UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BISHOP GEORGE BLOOMER, *et al.*,

Plaintiffs,

v.

THE WORD NETWORK OPERATING COMPANY, INC., *et al.*,

Defendants.

Case No. 2:22-cv-12433-NGE-DRG
Hon. Nancy G. Edmunds
Magistrate Judge David R. Grand

---

**MORGAN & MORGAN, P.A.**
Michael N. Hanna (P81462)
2000 Town Center, Ste. 1900
Southfield, MI 48076
Telephone: (313) 251-1399
mhanna@forthepeople.com

**HKM EMPLOYMENT ATTORNEYS LLP**
J. Corey Asay
312 Walnut Street, Suite 1600
Cincinnati, OH 45202
casay@hkm.com

*Attorneys for Plaintiffs*

**BODMAN PLC**
John T. Below (P48677)
Rebecca Seguin-Skrabucha (P82077)
Amanda McSween Empey (P84594)
201 W. Big Beaver Road, Ste. 500
Troy, MI 48084
Telephone: (248) 743-6000
Facsimile: (248) 743-6002
jbelow@bodmanlaw.com
rseguin-skrabucha@bodmanlaw.com
aempey@bodmanlaw.com

*Attorneys for Defendants*

---

**INDEX OF EXHIBITS TO**
**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

| NO. | DESCRIPTION |
|---|---|
| 1 | Ralph Lameti Transcript |

| NO. | DESCRIPTION |
|---|---|
| 2 | Kevin Adell Transcript |
| 3 | WNC Deposition Transcript |
| 4 | George Bloomer Deposition |
| 5 | Plaintiffs' Responses to Defendants' Second Requests for Admission and Third Requests for Production of Documents |
| 6 | Temelia Daniel Deposition |
| 7 | Invoices |
| 8 | Collection Text Messages |
| 9 | May 10, 2017, Text |
| 10 | Matthew Safford Meme |
| 11 | September 2019 Text Messages |
| 12 | Transcript of 9.23.19 YouTube Video |
| 13 | Transcript of 11.03.2019 Facebook Video |
| 14 | GGB Deposition Transcript |