# EXHIBIT 1

IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE EASTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION

GEORGE BLOOMER,

Plaintiff,

vs. Case No. 2:22-cv-12433-NGE-DRG

THE WORD NETWORK

OPERATING COMPANY. INC., et al.

Defendants.

____________________________

The Deposition of RALPH LAMETI,

Taken at 201 West Big Beaver Road, #500,

Troy, Michigan,

Commencing at 10:12 a.m.,

Thursday, May 30, 2024,

Before Jenifer Weisman, CSR-6006.

APPEARANCES

J. CORY ASAY
HKM Employment Attorneys, LLP
312 Walnut Street
Suite 1600
Cincinnati, Ohio 45202
513.318.4496
casay@hkm.com
Appearing on behalf of the Plaintiff.

JOHN T. BELOW
Bodman, PLC
201 W. Big Beaver Road
Suite 500
Troy, Michigan 48084
248.743.6000
jbelow@bodmanlaw.com
Appearing on behalf of the Defendant.



TABLE OF CONTENTS


| WITNESS: | PAGE: |
|---|---|
| RALPH LAMETI | |
| EXAMINATION BY MR. ASAY: | 4 |
| EXAMINATION BY MR. BELOW: | 83 |
| RE-EXAMINATION BY MR. ASAY: | 88 |
| RE-EXAMINATION BY MR. BELOW: | 93 |


EXHIBITS

(Exhibits attached to the transcript.)


| | |
|---|---|
| DEPOSITION EXHIBIT 16 | 55 |
| DEPOSITION EXHIBIT 17 | 60 |
| DEPOSITION EXHIBIT 18 | 74 |




Thursday, May 30, 2024
10:12 a.m.

RALPH LAMETI,
was thereupon called as a witness herein, and after having first been duly sworn to testify to the truth, the whole truth and nothing but the truth, was examined and testified as follows:

EXAMINATION

BY MR. ASAY:
Q. Good morning, Mr. Lameti.
A. Good morning.
Q. My name is Cory Asay. We met briefly off the record.
A. Yes.
Q. And you understand we're here to take your deposition today?
A. Yes, sir.
Q. And I take it you've had your deposition taken before?
A. Yes.
Q. So you know all the ground rules, I take it?
A. Yes.
Q. I'll do my best to allow to you answer your question before I start back up, that will make it easy for the court reporter.
A. Thank you.



Q. Can I have your address, please?
A. Address is 6135 Kiev, K-I-E-V, West Bloomfield, Michigan 48324.
Q. And how long have you been at that address?
A. Since 1981.
Q. Do you have any plans to move from that address in the next 12 months?
A. No.
Q. If those plans change, will you let your attorney know, please?
A. Yes, yes.
Q. And your date of birth?
A. March 6, 1954.
Q. Are you on any medication today that would prevent you from testifying truthfully?
A. No.
Q. Consumed any drugs or alcohol today?
A. Other than caffeine, no.
Q. Well, same here.
Again, you're here for your deposition and you understand, of course, that that means you're here to tell the truth to the questions I'm going to ask you, right?
A. Yes, sir.
Q. And will do you that for me today?

Page 6

A. Yes, sir.
Q. Can you briefly tell me about your educational background starting, I guess, with your undergraduate?
A. Undergraduate was at Wayne State University, bachelor of science degree in accounting. I went to law school at Detroit College of Law, graduated in 1980. That was it.
Q. Any other education that you've received, formal or informal?
A. No, just with accounting, you have to have 40 hours of accounting instruction every year.
Q. Are you a practicing attorney now?
A. No.
Q. But a practicing accountant?
A. I'm a CFO. I used to practice public accounting.
Q. Understood. Are there any certificates or anything that are awarded as part of the accounting --
A. Yeah.
Q. -- background?
A. Yeah, accounting license and Michigan Department of -- you know, LARA, whatever it's called, gives you a license.
Q. Is your license currently active?
A. Yes.
Q. And is your law license currently active?

Page 7

A. Yes.
Q. Have there been any -- I guess we'll start with, I suppose, accounting, but have there been any grievances or any complaints that have, you know, been formally lodged against you with any kind of supervisory --
A. No.
Q. -- board or anything?
A. No.
Q. Same question for your law license: any grievances?
A. No.
Q. Who's your current employer?
A. The Word Network.
Q. So there are several entities and defendants in this case, one of which is The Word Network Operating Company?
A. Correct, that's the one I work for.
Q. Okay. And there's also The Word Network Church, correct?
A. Correct, but I don't receive a salary or anything from there.
Q. Okay. Those are related entities though, is that right?
A. Well, I mean, it's housed in the same building, but I wouldn't consider it related, because the ownership of

Page 8

a church is -- there's no ownership of a church; it basically goes to charity.
Q. We'll come back to that in just a moment.
So your employer is The Word Network Operating Company. I'm going to refer to The Word Network Operating Company as TWN, if that's okay?
A. Yes.
Q. Does that make sense?
A. Yes. I'm also employed with Adell Broadcasting Corporation.
Q. I think you said that your job title is CFO?
A. Yes.
Q. And that's with TWN?
A. Yes.
Q. What is -- what are your job duties as the CFO for TWN?
A. Basically, my job duties are reviewing the monthly accounting, collecting the revenues that come in, pay the bills or invoices. I deal with the financing with the banks, and the -- also with the reviewed statements that are done by UHY accounting firm, outside accounting firm, and anything else that comes up regarding financial matters.
Q. Anything else you could think of beyond what you told me in terms of your job duties?

Page 9

A. That's pretty much the extent of it.
Q. How long have you been employed with TWN?
A. 2010.
Q. And when you joined the company in 2010, did you come in as the CFO?
A. Yes.
Q. And I take it you've held that job ever since 2010?
A. Yes.
Q. Haven't had any other jobs in between there?
A. Correct.
Q. With your legal background, do you have any responsibilities for advising anyone at the company on legal matters?
A. I don't advise anybody on legal matters. On occasion, I'll be discussing -- if there's any items that the outside legal team needs for any information, I will go and seek the information or give them the information if I don't know -- if I know it.
Q. Okay. But you may, I take it, be the point person for the company with the outside counsel?
A. Yes.
Q. And what is your compensation as the CFO of TWN?
MR. BELOW: Objection. I don't think that's relevant.
MR. ASAY: I think it goes to bias,

potentially.
MR. BELOW: Disagree. Personal.
MR. ASAY: Are you going to instruct him not to answer?
MR. BELOW: He has -- he can make his own decision on that.
A. I don't want to answer, because I have another case that's pending that the judge ruled that I did not have to give the compensation, so I'm not going to.
MR. BELOW: You can take that up with the judge, if you want.
BY MR. ASAY:
Q. You're compensated by TWN as part of your duties as CFO though?
A. Yes. I also do the payroll every two weeks as part of my duties.
Q. Just briefly tell me, you know, I guess as succinctly as you can, what does TWN do?
A. Broadcast The Word Network, which is the largest African-American religious channel in the world; broadcasts all over the world basically, 200 countries, all the cable companies and also streaming companies -- platforms.
Q. And we mentioned earlier, The Word Network Church, you said you didn't have any dealings with Word Network



Church, is that accurate?
A. No, I wasn't employed by the church, no. I was involved in, basically, paying bills with the church, that's about it.
Q. I think I used the word related entity or affiliated entity, and not so much in the legal sense, but is it fair to say those, The Word Network and The Word Network Church, they have some connection --
A. Yes, the management would be the same.
Q. Okay. And in terms of the management, who are we talking about?
A. Kevin Adell is, basically, the manager, and then I do like paying the bills, semi-CFO job.
Q. And as far as The Word Network Church is concerned, what does that entity do?
A. Oh, currently, it basically has a couple of shows that are done by ministers or other types of people in other parts of the country. They may do a show once a week for an hour, as far as I know, and they have a -- we have a phone number that people call to make donations to the church, that's the extent of it now.
Before, we used to have a regular show every week, maybe once or twice, but mainly on Friday nights, we would have a show, and at the beginning back when it was started, we did telethons.



Q. That was all ran through the church?
A. Yes.
Q. The programming that the church does, does that programming air on TWN?
A. We don't -- the church doesn't do any programming anymore.
Q. Understood.
A. That was stopped before COVID.
Q. Okay.
A. After COVID, there has been no production of any shows.
Q. Pre-COVID, would those -- would the shows that the church put on, would those air on TWN?
A. Yes.
Q. And you said there aren't any shows that are being aired through the church anymore. Do you recall when those shows ceased?
A. The shows that are done now are not -- we don't produce the shows. These are produced by some third party somewhere that is a minister that does their own show and it's broadcast on The Word once a week or once every couple weeks, whenever the person can do the show.
Q. So that's --
A. We don't produce it. They produce their own show. We



just play on it The Word Network like it was a preacher show.
Q. That's currently?
A. Currently, right.
Q. Pre-COVID, 2019, let's say, was The Word Network producing shows and also --
A. Well, the church would produce the show. The Word Network would not produce the show. The church would produce the show; it would be mainly live on Friday night.
Q. You're saying since --
A. And it would play on The Word live Friday nights.
Q. And then since COVID, that has changed?
A. Stopped, yeah.
Q. Stopped?
A. Yeah.
Q. And you've worked, you said, since 2010 at TWN. Have you -- did you know Kevin Adell prior to that?
A. I've known Kevin Adell since he was ten years old.
Q. And Mr. Adell is --
A. 57.
Q. 57 now. So you've known him for a long time?
A. Correct.
Q. Are you two friends, would you say?
A. I mean, I don't socialize with him, no. We're close,

Page 14

you know, because I've worked with his father for many years and I worked with him for many years as an outside accountant, and then -- so we are close as far as the business goes, yes.
Q. How would you describe Mr. Adell?
A. Mr. Adell is a very good businessman. He's a fair businessman. He is a doer, he gets things done immediately; he doesn't wait around. If there is an idea or event, or anything like that, he gets right on it quickly. And he's been very successful at getting things done and getting -- you know, doing away with roadblocks, obstacles, and he became successful in that manner; whereas the rest of us would be stopping or forget about it or it's too hard or it's too -- but he doesn't look at it that way. He looks at it that it can be done. He's a fair employer; everybody gets paid a good salary, the other employees, has health benefits. He gives people time off when they need to have time off. Very fair employer.
Q. Have you ever seen him do anything that you considered to be wrong legally/morally, whatever your definition of that is?
A. Not that I know of, no.
Q. And that would go back for that entire period since you've known him, since he was ten?

Page 15

A. I wasn't really close to him until probably 1989. So probably until he was 20, you know, I just knew him casually. I guess I would give him his trust fund monies or whatever was due at that time. But as far as working with him would have been 1989. Yes, he's done everything that I would consider to be proper business.
Q. What about outside of the business, anything that you would question as legally or morally improper?
A. Absolutely not. He's a good husband, good father.
Q. You've been working for TWN for, I guess, going on 14 years now. I mean, you don't have any plans to leave the network any time?
A. No. I was involved when The Word Network started in 2000; I was the outside accountant. And no, I don't have any plans to leave. Even though I'm older and collecting Social Security, you know, think about retiring, but haven't done it. Don't have any other interests, so I won't be leaving soon.
Q. You may not practice law, but that is a telltale sign of a lawyer, work forever.
A. Accountants do that, too.
Q. There you go; double dose.
A. It's a dual problem.
Q. Is it fair to say that you wouldn't want to do

Page 16

anything in connection with this litigation or this deposition, for instance, to put your job in jeopardy?
A. No.
Q. You would not?
A. I would not, but there's nothing I can say that would do it, so...
Q. Would you agree with me that employers should maintain a workplace that's free from harassment and discrimination?
A. Yes.
Q. And that would include racial harassment?
A. Yes.
Q. And racial discrimination?
A. Yes.
Q. Would you agree with me that employers should take steps to prevent racial harassment from happening in the first place?
A. Yes.
Q. And would you agree that companies should prohibit employees in engaging in racial harassment no matter the employee's position?
A. Yes.
Q. Do you think that's a good policy?
A. Yes.
Q. Why?

Page 17

A. I think it's a fair policy. It's required to be non-discriminatory, it's part of the business ethics, the business community, and it should be maintained.
Q. You understand preventing discrimination is part of the law too, right?
A. Yes.
Q. So you'd expect companies to abide by the law --
A. Yes.
Q. -- right?
A. Yes.
Q. Would you agree with me that if a worker reports racially inappropriate conduct, that the company should take that seriously?
A. Yes, there should be an investigation and determination if that did occur or not, and resolve it in the best possible manner.
Q. And that investigation should happen promptly, shouldn't it?
A. Yes.
Q. You'd agree that if the allegations were substantiated, that the company should take some measure to correct that problem, right?
A. Yes.
Q. Let's switch gears a little bit. Are you aware of whether The Word Network, TWN, has an employee

Page 18

handbook?
A. I believe there was one several years ago. I haven't seen it recently, no.
Q. Can you ever recall seeing a copy?
A. Yes.
Q. Do you remember when that was?
A. It was probably, I don't know, 2015, somewhere in that area, '16.
Q. Do you know if in 2019 TWN had an employee handbook?
MR. BELOW: Place an objection in that it's irrelevant. Your plaintiff is not an employee. I don't know how relevant this could be.
MR. ASAY: Well, it's going to go to their policies.
MR. BELOW: But if he's not an employee, he doesn't have a policy.
MR. ASAY: Okay.
MR. BELOW: I just want -- let's talk about this case and not the esoteric.
MR. ASAY: I don't think it's the esoteric.
BY MR. ASAY:
Q. You can go ahead and answer.
A. I mean, whatever the policy handbook was at that time, I assume that it's the same one. I haven't seen it since probably that time. I didn't have any

Page 19

participation in drafting it; I don't really know who did.
Q. Fair to say that employment policies or policies governing the workplace, that would not be your area?
A. Correct.
Q. Are you aware of any anti-discrimination policy that TWN had in 2019?
A. I think that's always been a policy that we've had, just as a normal situation, normal operation. I mean, this is The Word Network, it's an African-American religious channel; many African-Americans work there, most of the African-Americans are ministers that broadcast on it; anti-discrimination is standard operating procedure.
Q. Do you know if there's any written policy that says, you know, you're not allowed to discriminate --
A. I haven't seen it lately, no. Since I told you before, I can't recall seeing any, but there is, I'm sure.
Q. But you haven't seen a written policy?
MR. BELOW: Objection, asked and answered.
A. I haven't seen it recently, maybe in 2015 when the manual came out; it's probably in there. To us, that's a normal operating standard procedure. We don't have to refer to anything to maintain that

Page 20

policy.
BY MR. ASAY:
Q. Are you aware of any anti-retaliation policy that TWN has, a written policy?
A. I haven't seen it lately, or since 2015, so I can't recall.
Q. Same question about an equal employment opportunity policy, a written policy?
A. Same thing, I can't recall. I haven't seen it since the original book came out.
Q. All right. So for each of those, you can't recall seeing them recently?
A. Correct.
Q. But you can recall seeing one in or around 2015?
A. I mean, it's long ago, I can't really recall.
Q. I'm not trying --
A. I'm sure it's in there, but I can't recall. It was done by a legal attorney, so I'm sure they had it in there.
Q. And I'm not trying to hold you specifically to the date; I'm just trying to get a sense of time.
A. Yeah.
Q. Are you aware if there is any policy on what a worker is supposed to do to report alleged harassment or retaliation?

Page 21

A. I can't recall.
Q. You can't recall if there is one?
A. Yeah, I can't recall reading that recently or -- from 2015, I can't recall that.
Q. I'll try to --
A. I'd have to look at the manual again to determine it to refresh my memory.
Q. Where would you go within the company to find out if there was a manual?
A. That's a good question. I don't know.
Q. Do you know who you would ask?
A. I don't really know who I'd ask, because I don't know what attorney did it, so...
Q. Whether it's written down or just sort of the normal protocol, what procedures are in place for a worker to report discrimination, if you know?
A. Well, if there was -- if they wanted to report something, they would go to Kevin Adell and report it to him.
Q. And then what is supposed to happen after the report goes to Kevin?
A. He would investigate and see if -- what the validity of it is or was.
Q. Would the investigation -- that doesn't sound like something Mr. Adell would do?

Page 22

A. He would do it, yes.
Q. He would interview people?
A. Yes. If it was a severe item, he might bring in legal counsel at that time, but initially it would be he would interview people, yes.
Q. So he would do the interviews and take statements?
A. Well, if it was taking statements, there would be legal counsel involved in that.
Q. Was there anyone else -- again, we're talking 2019 timeframe. Was there anyone at TWN who would have assisted Mr. Adell in any kind of investigation?
A. I don't believe so. I think he would be the one.
Q. Can you recall him ever conducting an investigation for alleged harassment?
A. Yes, he would interview people as to what happened or what the event was that occurred. If it was resolved, there would be no further action. If it wasn't resolved, he would have legal counsel take statements, but we've never had that occasion to happen, so...
Q. So that's what I'm -- I'm asking more specifically. Do you have a specific memory --
A. No.
Q. -- of Mr. Adell doing any investigation?
A. No.
Q. So I think what you're talking about is in the instance that it came up, Mr. Adell would be the person --

Page 23

A. Yes.
Q. -- to do the investigation?
A. He would do the initial investigation. If there were problems that were more severe, then he would have legal counsel take statements, but we've never had that occasion happen.
Q. And the legal counsel would be an outside law firm?
A. Yes.

MR. ASAY: I'll put on the record that I know we requested a handbook or policies that were related to anti-discrimination and anti-retaliation reporting procedures, we requested those documents be produced. I know we haven't received any. If they are in existence, I ask that defendants supplement that production. I can follow up after this deposition.

MR. BELOW: Please do. I can't remember what we responded to relative to that request. It may have been that because he's not an employee, he being your client, that we didn't believe any of that was applicable, and I don't remember a motion to compel on that particular topic. So it may be that you might be too late on that, but we'll see. I guess the objection may still stand; you may have to move to compel. I should say the objection does still stand. But I'm not against working with you to see if we can come up with the resolution of that issue, if you reach out in writing.

Page 24

BY MR. ASAY:
Q. In 2019, did TWN have any type of human resources department?
A. It wasn't really a human resources department. We had one person that was there that would handle job applications and that type of thing, or the health insurance.
Q. Okay.
A. That's about it.
Q. So --
A. Part-time; part-time while they're doing their other duties.
Q. As I understand it, there was no formal HR department?
A. Correct.
Q. No one with the title HR manager or HR business partner, or anything like that, right?
A. Correct.
Q. But there was someone who devoted at least a portion of their time to HR-type job duties, is that what you're saying?

Page 25

A. Yes.
Q. What was that person's name?
A. Over the years, there was Jamie Harrington and there was Kamia, I can't remember her last name. Now we have an outside accountant that comes in and handles some of that information, the Blue Cross information, her name is Christine, and I can't remember her last name; she's outside, she's not an employee.
Q. And so from 2016 to 2019, that time period, was Jamie Harrington performing those HR-type duties?

MR. BELOW: Objection. That's a mischaracterization of what he said. She did benefits.

A. Yeah, she did the benefits and she did the employee applications, but it wasn't in -- she was -- from 2016 to 2017, I think she mainly did Adell Broadcasting. She was not an employee of The Word Network.

BY MR. ASAY:
Q. Okay.
A. So from 2016 on, she would have done both The Word and the -- I mean, like 2018 or '19 or whatever forward, she would have done the benefits and everything for The Word Network employees also.
Q. So she's really handling, one, the applications for employment?

A. Correct.
Q. And two, benefits for TWN employees, maybe --
A. After, yeah, not -- from 2016 to 2018 or '19, she did Adell Broadcasting mainly. The other was handled by Kamia and whoever was before her.
Q. Okay. So anything else that you can recall those folks handling? I know I used HR-type, but I'm using that in a broad sense because it sounds like it was more benefits --
A. Not only benefits, Jamie Harrington for WADL would do job fairs, things of that nature, because as an FCC, we had to show that we are -- you know, made ads for jobs, master control people, things of that nature, for WADL. For The Word, that wasn't done; it wasn't necessary.
Q. Was that Ms. Harrington's only job function or was there -- were there other things that she did besides the job fairs?
A. Yes, she did other things.
Q. What were the some of the other things that she did?
A. She would do the programming, set up the schedule for the programming for WADL, and deal with the program contracts; she would get them from the syndicators. Every year we would have new programs, so she would get the -- assemble the contracts from the



syndicators. Mainly, for WADL; really didn't do anything for The Word, other than those benefits later on.
Q. The job duties related to benefits for the TWN employees, was that -- I mean, would you characterize that as a small function of her overall job duties?
A. Yes.
Q. And you may or may not be able to do this, but can you put any kind of percentage on what amount of time she devoted to benefits that she did versus the other stuff?
A. Probably 10 percent.
Q. So I take it from your testimony that Ms. Harrington or any of the other folks that performed some of these duties, they really didn't have more traditional HR responsibilities like fielding complaints from employees or doing training of any sort, or things like that --
A. Correct.
Q. -- is that a fair statement?
A. Correct.
Q. And she would not -- I think this is what I assume from your prior testimony, Ms. Harrington or Kamia, they wouldn't help Mr. Adell with any kind of investigations, or you wouldn't expect them to?



A. No.
Q. And Ms. Harrington or Kamia, they wouldn't be involved in providing feedback or discipline to employees, would they?
A. No.
Q. Are you aware of any discrimination or harassment training that TWN employees or people who work for TWN were required to go through?
A. Not aware of any, no.
Q. Are you aware of any discrimination or harassment training that TWN employees or workers did go through in actuality?
A. Not aware of any, no.
Q. Have you ever personally had to attend anything like that, harassment or discrimination training --
A. No.
Q. -- as a member of TWN?
A. No.
Q. Have you taken any of that training outside of TWN?
A. No.
Q. So it's fair to say from 2016 to 2019 there was no harassment or discrimination training that TWN provided to employees or workers?
A. Not that I'm aware of. There could have been, but I'm not aware of any.



Q. Is that something you think you would have been made aware of, had it happened in that time period?
A. Probably not.
Q. I mean, would you have been included in the group of people or employees that may have had to attend that training in that time period?
A. If it was operations, but I wasn't really involved in operations.
Q. What about anybody if it was outside of operations?
MR. BELOW: Objection.
A. I don't know. I'm not aware of anything.
MR. BELOW: I couldn't understand what you just said.
A. I didn't do anything -- I wasn't involved in any.
BY MR. ASAY:
Q. I'm just trying to find out if -- you weren't involved in any training, right?
A. I wasn't, no.
Q. If TWN had provided it, is it the type of thing that you think you would have been aware of?
A. Probably not. I was not involved in operations.
Q. Okay. Do you think that there's a possibility that there was training and it's just limited to operations?
A. Could have been, yes. That's not my -- I'm not

Page 30

involved in the operations of the company, so to speak.
Q. In terms of how you consider yourself or where you kind of fall in the organizational chart, you mentioned operations, and you would consider yourself to be in what department?
A. Just in the financial end.
Q. Just in the sort of back office part of the business?
A. Correct.
Q. I take it you're familiar with George Bloomer?
A. Yes.
Q. How long have you known Bishop Bloomer?
A. I don't know exact number of years, but from whenever he started doing his show on Friday nights, that's probably when I met him. I didn't know him before that time.
MR. BELOW: Can we take a quick break?
MR. ASAY: Yes.
(Off the record at 10:54 a.m.)
(Back on the record at 10:58 a.m.)
BY MR. ASAY:
Q. Mr. Lameti, you understand you're still under oath?
A. Yes, sir.
Q. Okay. Is there any portion of your prior testimony that you feel you need to change?

Page 31

A. No.
Q. I think before the break we were discussing how you first came to know Bishop George Bloomer.
A. Yes.
Q. I think you said you met him, you think, when he first started doing shows on The Word Network; yes?
A. Yes.
Q. You had no prior dealings with Bishop Bloomer?
A. No.
Q. Do you recall at what point he started appearing on TWN?
A. I don't really recall.
Q. Do you recall what shows he appeared on on TWN? I think you mentioned a Friday night show.
A. I think he produced a show on Friday night, as I recall, and then there was a live show, and that's basically all I know about that.
Q. I think there has been some testimony in the case already that Bishop Bloomer had The First Word or he was on The First Word. Does that sound right to you?
A. I've heard the term, but I don't know if he was on it or not.
Q. Okay.
A. I don't know if that was the Friday night show, what it was called. It might have been called that, I

Page 32

don't know.
Q. There was another one Rejoice In The Word?
A. Yes, that was the Friday night show.
Q. And then Spiritual Authority?
A. I don't know anything like that.
Q. Okay. But you do remember Rejoice In The Word, because it was the Friday night show?
A. Yes. That was produced by the church.
Q. So that show was produced by The Word Network Church, airs on TWN --
A. Correct.
Q. -- on Friday nights?
A. Yes.
Q. Okay. In terms of Rejoice In The Word, that Friday night show, how did that -- how did TWN make any revenue off of that show?
A. TWN did not make any revenue on that show.
Q. It did not make any revenue?
A. Zero.
Q. Who made revenue on that show?
A. The church would have made revenue based on donations that would have come in to the church.
Q. And those donations would have come from viewers?
A. Viewers, yes.
Q. Was there any -- did TWN have any metrics that it

Page 33

tracked when shows would air to determine if they were being successful or not?
A. Well, the only -- the only metric would be how many donations came in and/or there was also people that came in, participants that came in to see the show.
Q. In terms of an audience?
A. Yes.
Q. So there was a live audience?
A. Yes.
Q. Would TWN kind of keep a head count to see how many people showed up?
A. Not a specific head count, but if there were a lot of people, we knew it was a successful show. If there wasn't, it wouldn't be, as far as I know.
Q. So what we're talking about now in terms of successful rate of the show and all these things, is that something that would be within your job responsibilities?
A. No.
Q. Is that something you worry about?
A. No.
Q. Who would be the person that would be concerned with those things as part of their job duties?
A. Kevin Adell, mainly. He would be the one that would determine it, but also there was Dave Sheffield and

Page 34

Jeff Thurman.
Q. Dave Sheffield, what was his job responsibility?
A. He was an operations manager.
Q. And again, when I'm asking you questions, I know we're going back a while, but I'm really talking about that 2016 to 2019 time period, okay?
A. Okay.
Q. So we have that understanding. So Dave Sheffield, you said, he was an operations manager --
A. Correct.
Q. -- for TWN?
A. Yes.
Q. And you mentioned Jeff Thurman?
A. Yes.
Q. What was Jeff Thurman's job?
A. His job was just with the church. He would compile the donations and he would be there during the live show to supervise.
Q. Were there any -- did TWN keep track of viewer ratings or anything like that, for any of the shows?
A. There's no ratings; there's no ratings for The Word Network.
Q. There's not -- sometimes you hear about the Nielsen Rating --
A. No, that's not -- that was not part of The Word

Page 35

Network.
Q. It was not and is not, you're saying?
A. Correct.
Q. So then really the only way that The Word Network is determining whether the show is a hit, being successful, is based on the donations that are coming in, you said?
A. Correct.
Q. From the production of a show to the airing, to the collection of donations, where were you in that kind of cycle of that production; did you have any role?
A. The only role I had was paying the expenses; writing the checks for the expenses for the production of the show.
Q. What sorts of expenses would you have for production?
A. A substantial amount of expenses. There was a production, there was people, several people came in, not employees, they were just outside people that came in to handle the cameras, they handle the audience, they handle whatever else, I don't know, but there was several people.
Q. So primarily labor?
A. Labor, correct.
Q. Anything else that was, you know, in terms of an expense that TWN had when these shows would air?

Page 36

A. The church had that expense, TWN didn't.
Q. I'm sorry.
A. The church had those expenses.
Q. Okay.
A. That's all -- you know, that's all I was involved as far as the show goes.
Q. So the church would produce the show, you would make sure that the labor expenses and the other expenses were paid --
A. Correct.
Q. -- right?
A. Yes.
Q. There would be donations that came in?
A. I had nothing to do with the donations.
Q. Did you -- once they came in, you didn't have anything to do in terms of tracking those donations?
A. No.
Q. Who would have done that?
A. Jeff Thurman.
Q. So he would have been the guy to track those donations?
A. Correct.
Q. So as I understood it, the preachers, when they had a show, they would pay -- I might be wrong -- either the network or the church for that time slot?

Page 37

A. They would only pay the network. If it was an outside minister, they would pay the network for their time. The church was a separate entity that produced the show that Bishop Bloomer was involved in.
Q. So let's take Bishop Bloomer, Rejoice In The Word airs on Friday nights, the church produces the show, right?
A. Correct.
Q. Bishop Bloomer pays for the time slot for that Friday?
A. No, he didn't pay. The arrangement was, as far as I know, that he was -- he would do the show on his own, there was no compensation, no money, nothing like that occurred. His benefit was the exposure that he would get on The Word Network in over 200 countries, 97 million homes, whatever the count was at that time. So his benefit was the exposure that he received being on -- being on The Word for an hour, hour and a half, whatever the show was, I don't really know the timeframe of the show, but it was at least an hour.
Q. Okay. So your recollection is neither TWN or the church paid Bloomer and Bloomer didn't pay either one of those --
A. Correct.
Q. -- entities to be on it?
A. Correct.
Q. Do you have any recollection or knowledge about the

other shows that Bishop Bloomer was on, if that was the same arrangement?
A. I have no idea.
Q. Over that time period with Bishop Bloomer being on The Word Network, which I think was a fairly long period of time, eight or nine years.
A. I don't know exact number.
Q. Did you get to know him at all?
A. Not really, no.
Q. Did you guys have any conversations?
A. No, the only thing I was involved with with Bishop Bloomer was he would -- I would receive from Dave Sheffield his expenses for the travel, we would pay him the expenses for the travel, and that was it; that's the only dealings I had with Bishop Bloomer.
Q. I also understand that Bishop Bloomer at some point began promoting certain products on Rejoice In The Word, on that program, do you recall that; books?
A. The only thing I recall is his book. He had some of his books that he was trying to sell.
Q. You recall him promoting his own books --
A. I don't recall because I never watched the show, but I understand there was some books that he had.
Q. So Bloomer, he sold his own books on The Word Network, you were aware of that.



A. He was promoting his book. I don't know how much he sold.
Q. Can you tell me what your understanding was of how Bloomer would promote a book and it would be sold and he would get the revenue for it and how that worked?
A. I really don't know anything about that.
Q. Bloomer was not the only preacher that was on The Word Network during this time period, right?
A. Well, The Word Network had over probably 400 ministries that paid to air their show.
Q. Were there other preachers who promoted their own books or things on the program -- on their programs?
A. There was many preachers that promoted their own books, but we had nothing to do with that. They had their own phone number; they would sell their own books, all the other ministers.
Q. So was Bloomer's situation unique then?
A. Well, he had his show that he wasn't paying for. It was only to get exposure on The Word Network, so that, yeah, that was unique. All the other ministers paid for their time.
Q. Were you involved in any of the arrangements for the payment of time with ministers?
A. No.
Q. That would have been handled through --



A. Kevin Adell.
Q. That would have been handled through Kevin?
A. Yes.
Q. And those arrangements, it doesn't sound like would be something that you and Kevin would necessarily discuss?
A. No, I never discussed any of that with Kevin.
Q. All right. Those things would just -- they were outside of your wheelhouse?
A. Yes.
Q. It was within Kevin's?
A. Yes.
Q. You wouldn't really have any knowledge one way or the other on those arrangements?
A. No.
Q. Were you aware that Bloomer also promoted some, what we've called, TWN-branded Bibles and products on his show?
A. Not that I'm aware of, no.
Q. You just weren't aware of that at all?
A. No.
Q. Is that something that would have -- let me back up.
The arrangement for Bloomer promoting those TWN-branded products on the show, on Rejoice In The Word, is that arrangement something that would have



been handled by Kevin?
A. Yes.
Q. And you would not have any involvement in it one way or the other?
A. The only involvement I would have is if there was any payments that had to be made for any of those books that had to be paid out of the church; I would have written a check or signed the checks for that.
Q. Do you ever recall doing that?
A. Very, very limited amount of time. The only thing I really recall is his weekly submission of his travel expense, that's the only thing I recall. As far as any books, very little.
Q. And in terms of the books, are you talking about Bishop Bloomer's own books that he had written, or are you talking about TWN-branded books?
A. Just his book. I don't know anything about any other Bibles or anything like that.
Q. You don't recall ever being in any discussions or meetings with Bishop Bloomer or Kevin where the promotion of TWN-branded Bibles was discussed?
A. No, I wouldn't have been involved in that.
Q. Are you aware of any agreement to compensate Bishop Bloomer in any way for promoting these TWN-branded bibles?

Page 42

A. I don't know any of the terms of any of that, no.
Q. Are you aware of, kind of starting at first principles, are you aware of any agreement period --
A. No.
Q. -- to compensate him for that?
A. No.
Q. Is that something that you would have been involved in?
A. Again, the only time I would have been involved in that is paying for whatever it was that was agreed to, and I don't recall -- I recall a very limited number of times that that was ever done.
Q. And those instances we're talking about --
A. His books.
Q. -- his books, not TWN-branded books?
A. Correct.
Q. It sounds like you wouldn't have had involvement one way or the other in terms of the discussions about an agreement?
A. No.
Q. Or the compensation?
A. Correct.
Q. None of the details?
A. Correct.
Q. That wouldn't be your area?

Page 43

A. Correct.
Q. I take it you never spoke with Kevin about any agreements he had with Bloomer about being compensated for promoting these TWN-branded Bibles?
A. Correct.
Q. Are you aware of any agreement that the network had with any other preachers where they were compensated for promoting TWN-branded products?
A. No, no, I never heard of that.
Q. You never heard of that one way or the other?
A. Correct. I never remember paying anything for any of those, no. Those are donations that went to the church and that was all I know; we paid for the products.
Q. If Bishop Bloomer testified that he had an agreement with Mr. Adell or TWN to compensate him for certain TWN-branded products that he promoted on his shows, it sounds like you wouldn't have any knowledge one way or the other on those issues?
A. Well, I don't think that was possible, I don't think that actually happened, because nobody ever asked me to pay him for any amounts; there was no checks written to him, there was no -- nothing like that, so I would say it's highly unlikely there was some type of an agreement for that.

Page 44

Q. That is something, at least based on what you know, that is something that you would dispute, that there was an agreement?
A. Correct. Only from the perspective of writing checks.
Q. You didn't write any checks?
A. Correct.
Q. So from your perspective, you don't think there was an agreement?
A. Nobody asked me, Bishop Bloomer didn't come in and say where's my check, nothing like that.
Q. But you wouldn't have been involved in any kind of negotiations --
A. Correct.
Q. -- of the agreement?
A. Correct.
Q. And it also sounds like you wouldn't have been privy necessarily to the agreements other than from someone asking you to write a check?
A. Correct.
Q. Do you have any knowledge one way or the other if Bishop Bloomer, you know, asked Kevin for payment for the promotion of these TWN-branded products?
A. I'm not aware, no.
Q. You wouldn't have been present for any kind of conversation like that?

Page 45

A. The only time I would be present is if I was requested to write a check. I never was requested to write a check for anything like that.
Q. And you wouldn't have been in any conversation between Bishop Bloomer and Kevin Adell --
A. Correct.
Q. -- in terms of payment for the promotion of --
A. As far as an agreement, no.

COURT REPORTER: Can you please try to wait until he finishes the full question?

THE WITNESS: Sorry.

MR. BELOW: Did you ask him if he could never have been aware of that or something? I don't understand the question.

MR. ASAY: Can you read it back?

(The following portion of the record was read by the reporter at 11:22 a.m.:

Q. And you wouldn't have been in any conversation between Bishop Bloomer and Kevin Adell --

A. Correct.

Q. -- in terms of payment for the promotion of --

A. As far as an agreement, no.)

MR. BELOW: Did you understand that

question; you would not have been in that conversation? I don't know how you can answer that.
BY MR. ASAY:
Q. Let me ask it this way: Were you ever in a conversation or a meeting with Kevin Adell and Bishop Bloomer where they discussed payment to Bloomer for promoting TWN-branded --
A. I never was involved in that, no.
MR. BELOW: Okay.
BY MR. ASAY:
Q. Branded products is what I was going to say.
A. Sorry. I'll try to slow down.
Q. Sure. But you were not in any conversation; you don't recall ever being involved in a conversation between those two?
A. Correct.
Q. Are you aware of any written document that specifically disclaims any agreement between TWN or Kevin Adell and Bishop Bloomer for Bloomer's promotion of TWN-branded products?
A. No.
Q. Any e-mail?
A. No.
Q. Or text message?
A. No.


Q. Or letter?
A. No.
Q. There are a couple of other types of products that have been discussed in this case, including anointing oils and DVDs. I take it from your prior testimony that you don't have any knowledge about any agreements that Bloomer may have had with Kevin Adell about him being compensated for promotion of those products?
A. Correct.
Q. Would not have been something you discussed with Bishop Bloomer?
A. Correct.
Q. You didn't discuss anything like that with Kevin Adell?
A. Correct.
Q. Are you aware of any agreement that Kevin and Bloomer had for Bloomer's compensation for promotion of these TWN-branded oils or DVDs?
A. No.
Q. Do you know how many TWN-branded products would have been sold as a result of viewers calling up and ordering those things?
A. I have no idea.
Q. Do you know who would have some idea about that?
A. Back then, Jeff Thurman. Currently, it would be Mrs.


Finley. That would be the only two I would know.
Q. And so if I ask you how many Bibles were sold through TWN back in 2019, specifically Bibles, would you have any idea one way or the other how many?
A. No.
Q. I'll give you one example that we've talked about previously. The Spiritual Warfare Bible, have you heard of that?
A. I've heard of it, yes.
Q. Would you have any idea how many of those were sold to viewers in 2019?
A. No.
Q. Would that be a question for Jeff Thurman?
A. Jeff Thurman or Mrs. Finley.
Q. Mrs. Finley, was she employed with either TWN or the church?
A. Not employed; she's an outside contractor.
Q. Okay. What was her involvement in all of this?
A. She would have been under Jeff Thurman, putting together mailings, compiling the list, things of that nature.
Q. So just so I get a sense of how these things sort of happened, would people call in to a call center?
A. Yes.
Q. These would be viewers, I suppose, that call in to the


call center and say what, I want a copy of the Spiritual Warfare Bible?
A. Yeah, that would be how it would work, yes.
Q. And then they would -- someone at the call center would take the payment?
A. Yes.
Q. And then, I guess, Jeff Thurman and Arcenia Finley --
A. Yes.
Q. -- they, or people on their team, would put the Bible or whatever else someone else ordered, package it up and send it?
A. Jeff Thurman was more involved in monitoring what the donations were and what was sold. There was other people that did the mailings and things of that nature.
Q. Understood. But someone would package it up and send it out?
A. Correct.
Q. Okay. So those are -- would there have been anyone else besides Jeff Thurman and Mrs. Finley who would have an understanding of how many Bibles were sold during a certain time period?
A. Not that I'm aware of. There was another woman, but I can't remember her name.
Q. Okay. And I take it -- you know, we also talked about

oils and DVDs, but I take it you would have the same answer about those things; you wouldn't have any idea how many of those would be sold during a certain time period?
A. Yes.
Q. Again, would that be a question for Mr. Thurman or Ms. Finley?
A. Yes.
Q. Do you know how they kept track of those products? If someone called up and said I want to order a Bible, do you know how either someone from the call center or Jeff or Mrs. Finley, how those ordered were tracked?
A. I really don't know. I wasn't ever involved in that.
Q. Okay. Outside of your wheelhouse?
A. Correct.
Q. When the payments came in for those things, where did the payments end up? Did they go to the church?
A. Everything went to the church, yes. Most of them were done with charge cards, automatically put into the church bank account. That was probably 90 percent of the payments, 95 percent.
Q. Were what?
A. The charge cards that were --
Q. I got you.
A. -- batched and then they were put in by the --



directly into the bank.
Q. Okay. So charge goes in, goes in the bank for the church?
A. Correct.
Q. And then was there any -- I'll call it profit sharing -- any sharing of funds between the church and TWN?
A. No.
Q. The funds in the church, what do they go to?
A. Well, unfortunately, all the funds basically go to the production of the show that was on Friday night. So in the end, there wasn't very much profit at all.
Q. What is the -- so what's the revenue that comes into TWN? If those things go to the church and the church uses the funds to produce the church, whatever it may be; TWN makes its money how?
A. Charging the ministers for the time on The Word Network. So most of it is -- probably 99 percent is a half hour show. They pay for either a strip every day or they pay once a week, depending on what the arrangement is, and those funds go into The Word Network.
Q. And I think based on what you said earlier, the preachers would do this because they get exposure to --
A. The ministers, yeah, they have their own phone number



there on their show, they sell their own books, they sell whatever else they sell, and people donate to the minister for the service.
Q. And they will donate to that particular minister?
A. Correct, it's their phone number. It has nothing to do with TWN or the church, or anything like that.
Q. Do you know if there was any reporting after a show as to how many donations came in or how many products were sold, or anything along those lines?
A. Jeff Thurman would have that.
Q. Would he report any of that to you?
A. No, Kevin Adell.
Q. He would report it to Kevin?
A. Correct.
Q. Would Kevin report any of that to you?
A. No, I would just -- no, not necessarily, no.
Q. Sounds like it wasn't a regular occurrence, but it may have occurred sometimes?
A. He might have said it was a good show, bad show, whatever, but nothing on a regular basis or -- I wasn't privy to that. It wasn't my job.
Q. And so what you're saying is that sort of -- I'm calling it reporting -- but if Kevin said to you, oh, we had a good show, would he say we had, you know, X number of dollars come in for donations?



A. Not really. He might have said it was a good show, bad show, something like that.
Q. Was there anything that -- if he gave you that information, it was a good show, was there anything that you needed to do with that information as part of your job responsibilities?
A. No, it wasn't part of my job at all.
Q. So if he said it was a good show or bad show, it was more of a casual conversation?
A. Correct.
Q. Okay. Let me show you what has already been identified as Exhibit 7. If you just take a look at that. This is a series of text messages.
MR. ASAY: Sorry, I don't have a copy for you.
MR. BELOW: Thank you very little.
MR. ASAY: Sorry, I printed off two.
A. Okay.
BY MR. ASAY:
Q. I see at the top 248.933.7878. I think that's Mr. Adell's cell phone number, is that correct?
A. Correct.
Q. I see Jeff Thurman.
A. Correct.
Q. I know this is not a text message between you and --

A. Correct.
Q. -- anyone.
MR. BELOW: Let me place an objection. Is this going to be offered as an exhibit to this deposition?
MR. ASAY: It's already an exhibit to Bloomer's deposition, so I just --
MR. BELOW: But it's not an exhibit to this deposition.
MR. ASAY: We don't have to --
MR. BELOW: It makes a difference on appeal, that's what I'm saying.
MR. ASAY: Okay.
MR. BELOW: I just want to place an objection that there's no foundation for this document with this witness.
MR. ASAY: Okay.
MR. BELOW: If you want to voir dire the witness about the foundation of this document, that would be great.
BY MR. ASAY:
Q. I'm just trying to explore a couple things here. I just want to get a sense, is this the kind of reporting that we've been talking about that Jeff Thurman would provide --



A. Correct.
Q. -- to Kevin Adell?
A. Correct.
Q. Here's the show total and here's the grand total?
A. Yes.
Q. That's what we're talking about, right?
A. Yes, that's all I know.
Q. Okay. I'll ask you about this next document.
MARKED FOR IDENTIFICATION:
DEPOSITION EXHIBIT 16
11:38 a.m.
BY MR. ASAY:
Q. I'm going to hand you what at least I'm calling Exhibit 16. Are you able to identify this document?
A. This would be from the Church of the Word's books, The Word Network Church.
MR. BELOW: I'll object for the second. I think this is part of a two-page document, isn't it?
MR. ASAY: I don't think so.
MR. BELOW: Okay, keep going. I think it is a two-pager.
MR. ASAY: This is Bates stamped WNC00001.
BY MR. ASAY:
Q. You said this is from The Church of the Word's books?
A. Correct.



Q. It says vendor activity detail at the top, right?
A. Correct.
Q. Is this a type of document that comes out of, I guess, the church's accounting software?
A. Yes.
Q. Is this something that you -- is this type of document something you'd be familiar with?
A. Not necessarily, no.
Q. Is this something you would ever look at?
A. No.
Q. Who would be the type of -- who would be the person that would typically look at something like this?
A. It would be the accounting clerk, accounting staff.
Q. Would those people be, I guess, under you in terms of reporting?
A. Yes.
Q. Can you explain to me what we're looking at?
A. These would be payments that were made to George Bloomer Ministries, yes.
MR. BELOW: For a time period.
A. 2019 (sic) through 7/5/19.
MR. BELOW: So the answer is yes, he can explain the document.
BY MR. ASAY:
Q. Okay. So I see at -- do you see at the bottom,



company totals, and then there is $45,184.93?
A. Yes.
Q. That's under the payable amount?
A. Yes.
Q. And then there's another column, payment amount, that is also $45,183.93 --
A. Yes.
Q. -- right?
A. Yes.
Q. So then there's a balance there to the right, correct, of $183,480?
A. Yes. That has nothing to do with George Bloomer. That's a total of all the expenses.
Q. So explain that to me, because as I look at this, not knowing this software, you know, that looks like there is a balance of 183,000, right?
A. Incorrect. Incorrect.
Q. So tell me why I'm wrong about that.
A. This represents all the expenses that were paid out of the church during this period of time.
Q. Okay. So that's all the expenses for everything?
A. The church, yes.
Q. For the church?
A. Correct.
Q. So that would be labor?

A. Correct. There's a lot of expenses for the church, yes.
Q. What you just told me, is that -- that's not reflected on the document though, right?
A. Not on this document, no.
Q. It doesn't say this is for all the expenses?
A. No.
Q. So that is something that you just have to know based on this document?
A. Correct.
Q. So does this -- does this document show in terms of GG Bloomer Ministries -- you tell me, it shows what?
A. It shows how many total amount of payments and the total payments made to George Bloomer Ministries during that period 1/5/18 through 7/5/19.
Q. And the payable amount column, would that have been the amount essentially invoiced by Bloomer Ministries?
A. The church, The Word, none of these companies have an accounts payable system. So the check is written at the same time that the invoice is presented. There's no payable system.
Q. Okay.
A. That's why the amounts are the same.
Q. You're getting more technical than my mind is --
A. I'm trying to explain.


Q. I appreciate that. I'm just trying to understand if that payable amount column, that is an amount owed to GG Bloomer Ministries, is that right?
A. Yes.
Q. And then the payment amount is the balance --
A. Same.
Q. -- that was paid?
A. Correct.
Q. Are these -- you may or may not know, so you tell me -- are these for Bishop Bloomer's books that he was selling?
A. All the payments for $1,600 are his travel expenses.
Q. Okay. So for these larger ones, 11,700, 3,200, were those for something else?
A. Yes, that would be for something else. I don't recall what they were. It could have been books, could not have been books, I don't know.
Q. I see a line here 7/1/19 that says books.
A. That says books, so that would be for books.
Q. That was for $4,385?
A. Right.
Q. Based on this document, what you're saying, at least what's reflected on here, is the church paid Bloomer for at least these things?
A. Everything, yes, that's here, yes.


Q. Okay. In 2019, did you become aware of an article that had been published online about Kevin Adell that was written for the website Babylon Today?
A. No.

MARKED FOR IDENTIFICATION:
DEPOSITION EXHIBIT 17
11:48 a.m.

BY MR. ASAY:
Q. You've just been handed a document we're going to call Exhibit 17. It's Bates stamped Bloomer 112 to 114. I'll give you a moment to read through it, but let me know when you're ready.
A. Okay.
Q. Can you identify this?
A. No.
Q. Have you seen this before?
A. I've only seen the meme before.
Q. Okay. You're talking about the picture that's on the front?
A. Correct.
Q. This is an article published in Babylon Today with the title Black Gospel Network Pimp Kevin Adell, right?
A. That's what it says.
Q. Did you ever read this article?
A. No.


Q. But you have seen the picture of the meme?
A. Yes.
Q. I think we've all been calling it the meme, so I'll continue to do so.
A. Yes.
Q. Do you remember seeing -- when you first saw this meme?
A. I believe it was Kevin Adell and I were with Dodie Johnson, Denise Johnson, she came running out in the hall and she had the thing -- this picture on the phone. She said I just saw this on an e-mail or the website or on somebody's website, or whatever, and so she showed it to both of us.
Q. You and Kevin both?
A. Correct. That's the extent of my knowledge of it. It wasn't prepared by Kevin Adell, it was something that she got off of somebody's website or whatever, I don't know.
Q. So Dodie Johnson, who is Dodie Johnson?
A. She worked -- she was mainly the manager of the radio station, 910am Superstation.
Q. And she worked with Mr. Adell, right?
A. Yes.
Q. She worked with you?
A. Mr. Adell.

Q. Just Mr. Adell?
A. Right.
Q. But you knew --
A. I knew her, yeah. She was on the payroll. She was an employee, so...
Q. Of TWN?
A. Right.
Q. So she comes out of her office?
A. Correct.
Q. And she's got a picture of the meme?
A. Correct.
Q. And is it just a picture of the meme?
A. Yes.
Q. And did she have a copy of the article?
A. Not that I recall, just a picture of the meme.
Q. So she shows the picture of the meme to you and Mr. Adell?
A. Correct.
Q. Where are you all at this point, do you remember?
A. It was somewhere around her office, which was over by the call center, the church area.
Q. What does she say about the meme?
A. She just said I saw this, you know, she just saw it on a website, that's all she said.
Q. Did she say anything else about it other than --


A. Not that I know of. I don't recall anything more.
Q. What did you say, if anything, when you saw it?
A. I didn't say anything.
Q. What did Kevin say, if anything?
A. Kevin, he said he had nothing to do with it, he didn't know who did it, or anything like that. He might have laughed, because it was kind of funny, but that's about it.
Q. Did you have any reaction to the meme?
A. No.
Q. I know you said you didn't say anything, but how did you feel when you saw it?
A. Well, I mean, it's just a meme that somebody wrote up that has nothing to do with anything, so that's all I think of it.
Q. Did you have any negative feelings about it?
A. Well, I didn't think it represented Kevin Adell or The Word Network, or anything like that nature, no.
Q. I mean, tell me more about that. What do you mean by that?
A. That's not The Word Network, Kevin Adell doesn't have a white fur coat, doesn't have a cane, or whatever that is there.
MR. BELOW: Is there a cane?
THE Witness: Whatever he's got. I don't


know. I'm just saying he doesn't dress that way; it's not very respectful of the African-American ministers; it's a complete negative interpretation of The Word.
BY MR. ASAY:
Q. I mean, at the moment when you saw it, did you think this is, at the very least, disrespectful --
A. Right.
Q. -- disrespectful to the ministers, right?
A. Correct.
Q. And you felt it did not represent accurately The Word Network?
A. Correct.
Q. And sounds like Mr. Adell said, hey, I didn't have anything to do with it?
A. Yes.
Q. I didn't create this meme?
A. Correct.
Q. Was it your interpretation of how he reacted to it that he also thought that this was disrespectful to the ministers or --
A. Absolutely.
Q. He had a negative reaction to it, would you say?
A. Yeah, he had a negative reaction to it. He was slightly amused, but really a negative reaction.
Q. Do you recall if he had a copy of it -- you said Dodie


Johnson showed a copy of it on her phone, right?
A. I think so, yes.
Q. And did she provide a copy; did she text it to Mr. Adell?
A. Might have, yes.
Q. I guess what I'm saying is in that conversation when you all are together, did she provide it to him?
A. Not that I recall at that time.
Q. At that point, did you try to do any further investigation as to the meme in terms of where it came from?
A. No.
Q. Did you and Kevin discuss it, again, in that meeting between you and Dodie and Kevin, did you have any discussions about it?
A. The only thing I recall is we asked who did it or who wrote it or who produced it or whatever; nobody had an answer.
MR. BELOW: That's the meme?
THE WITNESS: The meme, right.
BY MR. ASAY:
Q. Did Dodie Johnson say anything about it -- about the meme being connected to this article we're looking at in Exhibit 17?
A. Not that I recall, no.

Q. Did you, at some point later, learn that this meme was attached to this article?
A. Not really. I don't recall putting the two together.
Q. When you saw the meme, you said you had sort of a negative reaction, right?
A. Correct.
Q. Did you understand the meme to have, you know, a racist connotation to it?
A. I don't know. I guess you can say it was a racist connotation.
Q. Did you feel that way?
A. I think it misrepresented The Word Network.
Q. Yeah, right.
A. I don't know if you can say racism, but I would say it misrepresented the way that Kevin communicates and deals with ministers and helps them on their shows.
Q. Do you recall if there were reactions to the meme from other TWN employees?
A. Not that I'm aware of, no.
Q. Do you know if other TWN employees became aware of the meme?
A. I imagine so. I'm sure Dodie told everybody.
Q. Do you remember when that conversation between Dodie and Kevin and yourself, when that occurred?
A. I don't know the exact date, no.



Q. A lot of the other documents in this case kind of occurred around September of 2019. Would you --
A. I don't know.
Q. Do you think it's fair to say --
A. I have no idea.
Q. Did you, at any point, share the meme with anybody?
A. No.
Q. And why not?
A. I saw no purpose in that. It wasn't representative of The Word, it wasn't complimentary of The Word, it had nothing to do with the way The Word operates; why would I?
MR. BELOW: You can't ask him questions.
Why would I?
BY MR. ASAY:
Q. It's okay.
A. It was a rhetorical question.
Q. I took it as rhetorical.
A. I wasn't trying to ask.
Q. At that point, did you advise anybody not to share it with others?
A. No.
Q. Did you talk to Kevin or Dodie about sort of disclaiming the meme in any way?
A. No.



Q. Beyond just that initial conversation, do you recall that happening afterwards, you know, trying to disclaim it in some kind of way?
A. I think Kevin Adell tried to disclaim it in the media and to Bishop Bloomer, but that's as far as I could recall.
Q. Do you remember if TWN took any steps to try to get the article removed or taken down?
A. I don't recall anything like that. I didn't participate.
Q. Aside from Mr. Adell or Ms. Johnson, did you discuss this meme with anyone else?
A. No.
Q. Do you know now that Mr. Adell eventually sent the meme to Bishop Bloomer?
A. I know now, yes.
Q. Are you aware of that?
A. Yes.
Q. Were you aware at the time that he did it?
A. No.
Q. He did not ask you about whether he should or should not send it to Bishop Bloomer, I take it?
A. No.
Q. Do you recall ever having a conversation with Bishop Bloomer in person about the meme?



A. No.
Q. Do you ever recall him and Kevin having a conversation about the meme with you present?
A. No.
Q. Do you think that could have happened and you just don't remember?
A. In passing it might have happened, but I wasn't participating in the conversation, if it did happen.
Q. So you don't recall Bishop Bloomer saying anything to Kevin about getting rid of the meme or it was racist, or anything like that?
A. No.
Q. I think what you said was you don't recall that type of conversation one way or the other?
A. Correct.
Q. Although, it may have happened, but you were not a participant in any conversation like that, is that right?
A. Correct.
Q. Do you ever remember being in the room when Kevin Adell called Bishop Bloomer on speakerphone to discuss the meme?
A. No.
Q. You don't remember anything like that?
A. No.

Page 70

Q. Do you know if that type of conversation happened, you just weren't present for it?
A. I don't know. I mean, I don't recall. I imagine he talked to him about it, but I don't recall any specific occasion.
Q. You were not present for any conversation like that?
A. Correct.
Q. It sounds like you don't remember having heard of a conversation like that either?
A. I mean, with litigation, yes, I understand that, but not before that time, no.
Q. I'm not talking about during litigation.
A. Exactly.
Q. But at the time you learned of it or shortly thereafter, you don't recall hearing of a conversation that Mr. Adell had with Bishop Bloomer about the meme?
A. No.
Q. What is your recollection of, if you know, why Mr. Adell sent the meme to Bishop Bloomer?
A. You'd have to ask him. I have no idea.
Q. Is that something you all ever discussed; why Mr. Adell sent it to Bishop Bloomer?
A. I mean, the only thing I would think of is he just wanted to make him aware of it, that's all. That's the only thing I would recall or think of a reason

Page 71

why.
Q. And what facts are you basing that belief off of?
A. Kevin was very good at communicating. He liked to communicate with everybody. He was very transparent, so he probably would've shared it with him to show that somebody is doing that kind of stuff and it's not proper.
Q. But did you ever have a conversation with Kevin about that, about why he sent it --
A. No.
Q. -- to Mr. Bloomer?
A. No.
Q. Did you have conversations with anyone else about why Kevin Adell sent the meme to Bishop Bloomer?
A. No.
Q. Eventually, Bishop Bloomer left TWN, right?
A. Yes.
Q. Stopped appearing for shows on TWN?
A. Yes.
Q. Do you know why he left?
A. As far as I know, he left because David Sheffield and Jeff Thurman talked to him one day and said his show was not producing any donations or enough donations or enough audience, and that he should try to change his show to make it better, that's as far as I was

Page 72

remembering, and I guess he got mad and quit.
Q. Did you have any conversations with Bishop Bloomer about why he left?
A. No.
Q. Either at the time or after?
A. No.
Q. Did you speak with Jeff Thurman or anyone else about this conversation that you just told us about?
A. No.
Q. Who else was in that conversation? You said Jeff Thurman?
A. I think Jeff Thurman and David Sheffield, I don't know if anyone else was present or not.
Q. Did you have any conversations with Dave Sheffield about why Bishop Bloomer left?
A. No.
Q. How did you come to believe that Bishop Bloomer left for the reasons that you stated?
A. I think they reported to Kevin Adell, David and Jeff, that he quit because of this, so Kevin told me. That's the only thing I know of.
Q. And do you remember a specific conversation about that topic?
A. Not a specific conversation, but I do remember that Kevin informed me of that, yes.

Page 73

Q. Okay. So your recollection of how you came to believe that Bishop Bloomer left TWN is based on what Kevin told you?
A. That's my impression, yes.
Q. Did you ever hear that he was fired?
A. No.
Q. Did you ever hear from anyone that he was -- Bishop Bloomer was accused of misappropriating funds?
A. No.
Q. I think earlier you may have mentioned that there was some news coverage of Bishop Bloomer, about his leaving and the meme following Bishop Bloomer's departure from TWN. Do you recall any of that?
A. The only thing I recall is Kevin wanted to -- I guess he informed the papers or whatever that he apologized if he hurt Bishop Bloomer in any way; that's the only thing I recall.
Q. Do you recall the news coverage accusing Kevin of racial insensitivity?
A. Not that I'm aware of or I can recall.
Q. You don't remember any of that?
A. No.
Q. It doesn't sound like you read those articles.
A. No.
Q. Do you remember there being a petition set up to

boycott The Word Network; do you remember that?
A. No.
Q. Would it surprise you to learn there was a petition to boycott The Word Network?
A. I guess I would be surprised.
Q. But you didn't know about that?
A. No.
Q. Is today the first you're hearing of it?
A. Yes.
Q. Did you ever become aware of a letter from the Detroit chapter of the National Association of Black Journalists that was to Kevin -- sent to Kevin?
A. No.
Q. You never saw --
A. Not that I recall.
Q. -- anything like that?
A. No.
MARKED FOR IDENTIFICATION:
DEPOSITION EXHIBIT 18
12:11 p.m.
BY MR. ASAY:
Q. You've just been handed what I'm calling Exhibit 18. It's Bates stamped Bloomer 27. Take a look at that and let me know when you're ready.
A. Okay.



Q. So that's the letter that I was referring to previously. Having seen it, do you recall ever looking at this letter before today?
A. No.
Q. Do you ever recall discussing this letter at any point, not during litigation, but I mean, do you recall ever discussing this letter before today with Kevin?
A. No.
Q. Or with anyone else?
A. No.
Q. Were you even aware of it?
MR. BELOW: Objection, asked and answered.
A. No, I wasn't aware of it.
BY MR. ASAY:
Q. Do you recall anyone -- after the news coverage started with the meme, I mean, do you recall any of these news outlets saying that the meme was racist?
A. Not that I recall, no.
Q. Do you remember anyone saying that the meme was racist?
A. No.
Q. Do you think --
MR. BELOW: You mean other than this case?
BY MR. ASAY:



Q. Yeah, was there -- other than the allegations in this case, I'm not talking about in litigation, you know, but beforehand, when it -- when you first saw it and thereafter, do you recall anyone saying to you I think this meme is racist?
A. No.
Q. Do you think the meme is racist?
A. In my view, the meme is not representative of The Word Network, that's what I said before.
Q. Right.
A. It doesn't depict anything of reality at The Word Network.
Q. Right. But do you think the meme itself is racist? I understand you don't think it's representative of The Word Network, but my question is a little bit different. Do you think it's racist?
MR. BELOW: Objection. Are you asking him whether subjectively he thinks it's racist --
MR. ASAY: Yeah.
MR. BELOW: -- or objectively he thinks it's racist?
BY MR. ASAY:
Q. Do you, Mr. Lameti, do you think that the meme is racist?
A. For somebody to produce it, yeah, it would be racist,



for whoever produced it; that would be a racist thing to produce.
Q. Have you ever known anyone at The Word Network to make inappropriate jokes at work?
A. Not that I recall, no.
Q. Anything that would be racially inappropriate?
A. No.
Q. Any racist jokes?
A. No.
Q. Do you recall --
A. Absolutely not.
Q. Do you recall Mr. Adell ever making jokes that were inappropriate?
A. Absolutely not.
Q. Do you think he makes off-color comments at work?
A. I would say no. He's transparent and an open communicator. He doesn't hide in dark corners or anything like that, so, no, I never heard anything like that in my time.
Q. You never heard him make any off-color comments at work?
A. Correct.
Q. How about outside of work?
A. I'm not involved with him outside of work, but I would say no.

Q. Have you ever heard him make fun of other TWN employees?
A. No.
Q. Has he ever made fun of you?
A. Not that I know of. He could have.
Q. To your face, has he made fun of you?
A. No.
Q. You mentioned Arcenia Finley, I think you said she had -- that part of her job responsibilities, I should say, dealt with the call center and the products that were being purchased, right?
A. Correct, that's predominately all of her responsibilities.
Q. Was there anything else that she was involved in, that you can remember, that would be pertinent to the allegations in this case?
A. No.
Q. What about Scott Nelson?
A. He's an IT person. He handles our computers and software purchases, telephones, telephone service, mobile phone service, things like that.
Q. You mentioned Jeff Thurman, he was -- he worked with Ms. Finley, right?
A. Yes.
Q. Sort of similar knowledge of products being sold --



A. Correct.
Q. -- and processed, right?
A. Correct.
Q. Did you have any kind of working relationship with Jeff?
A. No, I really didn't have anything -- unless he had an invoice that had to be paid for purchase of any of these products, I would not have any other discussions with him.
Q. Did you ever have any bad experiences with Jeff?
A. No.
Q. I mean, as you sit here today, do you consider him to be a decent person?
A. Yes.
Q. An honest person?
A. Yes.
Q. What about Dave Sheffield, did you ever have any bad experiences with him?
A. No.
Q. And again, do you consider him to be a decent person?
A. Yes.
Q. And an honest person?
A. Yes.
Q. I take it you think the same for Mrs. Finley --
A. Yes.



Q. -- decent and honest?
A. Yes.
MR. ASAY: Let's take a short break.
(Off the record at 12:21 p.m.)
(Back on the record at 12:33 p.m.)
BY MR. ASAY:
Q. Mr. Lameti, you understand you're still under oath, right?
A. Yes.
Q. Okay. Is there any aspect of your testimony you wish to change at this point?
A. No.
Q. I asked you earlier and we've been discussing the meme that was in Exhibit 17, and I think you told me, but don't let me put words in your mouth, that you understood that eventually Kevin Adell shared the meme with Bishop Bloomer, is that right?
A. I believe so, yes.
Q. Do you understand that Bishop Bloomer had some objection to that meme being shared with him?
A. I understand now in the litigation, yes.
Q. But did you know that at the time?
A. No.
Q. But you understand now that Bishop Bloomer had an objection to it, right?



A. Yes.
Q. And you understand that Bishop Bloomer believed that the meme was racist?
MR. BELOW: Objection to the phrased believed. What do you mean by that? It's ambiguous.
BY MR. ASAY:
Q. What do you think the word believed means?
MR. BELOW: You mean then or now?
A. I don't know what Bishop Bloomer believes. In the litigation, that's what he says. Whether he believes that, I don't know.
MR. BELOW: That's fair.
BY MR. ASAY:
Q. Did you -- at the time, September 2019, were you privy to any of the communications between Kevin Adell and Bishop Bloomer?
A. No.
Q. Did Kevin Adell, during that time period, ever tell you that, hey, Bloomer told me this meme that I sent him is racist?
A. No.
Q. But you understand that now --
A. Yes.
Q. -- right?
A. Yes.

Q. Do you understand that other people outside of The Word Network have objected to this meme?
A. I saw that letter that you showed me, yes.
Q. I think you said you hadn't seen this letter until today though, right?
A. Correct.
Q. Did you know one way or the other in September 2019 or shortly thereafter that there were other people who thought that the meme was racist?
MR. BELOW: Objection, irrelevant.
A. I didn't know if anybody else thought that was racist. I know that Kevin, at some point, apologized if he upset George Bloomer or whatever.
BY MR. ASAY:
Q. That apology that you're referring to, that was issued through a public relations firm; is that the one that you're referring to?
A. I guess. I know he did that, but that's the only thing I recall of the situation.
Q. Do you know if Kevin and George Bloomer ever had a one-on-one conversation where Kevin apologized to Bishop Bloomer?
A. I'm not aware of any.
Q. Was there any investigation done, to your knowledge, of Mr. Adell's sharing this meme with Bishop Bloomer?



A. No, not that I'm aware of.
Q. Did anyone at TWN look into it to see if it was inappropriate in any way?
A. No.
Q. I think what you told me earlier is the person who would have done the investigation would have been Mr. Adell, right?
A. Correct.
Q. So you don't recall any investigation that he did to himself?
A. The only investigation we did is to try to see who did that meme. I don't think it was ever determined.
Q. You never figured that out?
A. Correct.
Q. Do you recall there ever being, I'll call it, sensitivity training that occurred after this meme came out and was shared by Mr. Adell?
A. No.
Q. You don't recall any training?
A. No.
MR. ASAY: That's all I have.
MR. BELOW: I have some questions.
EXAMINATION
BY MR. BELOW:
Q. Ralph, you know I'm the lawyer for the defendants in



this case, right?
A. Yes.
Q. I just want to see if we can get some things a little clearer and a little more focused on this case.
Do you recall when Word Network Church produced say in-house television or in-house programs --
A. Yes.
Q. -- and that George did either a weekly or whatever?
A. I recall the Friday night show.
Q. Do you remember there being audiences that attended those?
A. It was audiences invited.
Q. Did you ever see who attended?
A. No.
Q. Okay. With respect to the donations or I think we even said purchases done with The Word Network Church, do you remember discussing that with Mr. Asay?
A. Yes.
Q. That type of donation or purchase or pledge, was that only in relation to Word Network Church?
A. Yes.
Q. Does that have anything to do with The Word Network Operating Company?
A. No.



Q. Now, with respect to Mr. Bloomer's expenses during I suppose this eight years and a couple months' relationship, who paid George Bloomer's expenses when he came in to do the show?
A. The church did.
Q. Did TWN or The Word Network Operating Company pay those expenses?
A. No.
Q. Ever?
A. No.
Q. Now, is The Word Network Church, as you understand it, and The Word Network Operating Company, are those separate legal corporations?
A. Yes.
Q. In your experience and knowledge, does The Word Network Church, even as we sit here today, and for say the last eight or nine years, maintain completely separate bank accounts from The Word Network Operating Company?
A. Yes.
Q. To your knowledge, has there ever been any cross-pollination of the financials of those two businesses, The Word Network Operating Company or The Word Network Church?
A. No.

Page 86

Q. Did The Word Network conduct any type of business or business arrangement with George Bloomer?
A. Not that I'm aware of, no.
Q. Did or was it The Word Network Church exclusively that conducted business with George Bloomer?
A. Yes.
Q. To your knowledge, did Kevin Adell personally do any business or conduct any business arrangement with George Bloomer?
A. No.
Q. Have you ever heard of Kevin Adell conducting any business on a personal level with George Bloomer or anyone else in your business experience with Kevin Adell?
A. No.
Q. Never?
A. With respect to The Word Network?
Q. Yes.
A. No.
Q. How about Word Network Church?
A. No.
Q. Now, Mr. Asay also asked you questions about Jeff Thurman who worked in or worked with The Word Network Church at one time and has since separated. Do you recall that?

Page 87

A. Yes.
Q. Now, are you aware -- I think you said that Mr. Thurman would have some knowledge of sales or donations of Word Network Church, correct?
A. Yes.
Q. Now, are you also, at least generally, aware that The Word Network Church maintains -- and you can tell me if you don't know what this is -- fulfillment sheets or records regarding what is actually purchased from The Word Network Church?
A. There's records of everything that is sold, plus donations.
Q. Okay. And in your -- as an accountant, what would be my superior or best evidence of the actual sales or donations for Word Network products or books; Jeff Thurman's comments or the fulfillment records?
MR. ASAY: I'll object.
MR. BELOW: What's the objection?
MR. ASAY: Relevance or --
MR. BELOW: Relevance?
MR. ASAY: -- that he would even know. You're asking him a subjective question, what would be the best evidence of that. I mean --
MR. BELOW: He's a lawyer and a CPA.
MR. ASAY: I object to the question.

Page 88

BY MR. BELOW:
Q. Let me ask it differently: What, in your experience with the businesses we discussed today, would be the most accurate record of what was actually sold or exchanged for a donation to and with The Word Network Church?
MR. ASAY: Same objection.
A. It would be the documents that are the company records, that would be the biggest -- most important, that would be the only one.
MR. BELOW: That's all I have.

RE-EXAMINATION

BY MR. ASAY:
Q. Just a couple follow-up questions. I understand that you said TWN and Word Network Church are separate entities.
A. Yes.
Q. Earlier, I think you said that those entities share management and Kevin Adell --
A. Yes.
Q. -- is that right?
A. Yes.
Q. And you do the finances for both?
A. I really -- the only thing I do for the church is pay bills from the church.

Page 89

Q. Okay.
A. That's the only finances. There aren't any bank loans or anything of that nature.
Q. So you pay the bills on behalf of the church?
A. Correct, from the church bank accounts.
Q. Are there any other individuals who have shared duties between TWN and WNC?
A. No, just the accounting clerk that would write out the check, prepare the checks or whatever for me to sign, that would be it.
Q. Who is that?
A. Right now, it's Christine, I can't remember, Crump, and then there's Kim Torres, T-O-R-R-E-S, they're the bookkeepers.
Q. And they have shared duties between TWN and WNC?
A. With respect to payments, yeah, like independent contractor payments and also for any products that are purchased or phone bills, or things of that nature.
Q. If you know, would Mr. Adell have the authority to enter into agreements with ministers or other businesses on behalf of TWN?
A. With ministers, yes, that's what he does.
Q. Other businesses, would he have authority to enter into agreements with other businesses on behalf of TWN?

Page 90

A. I don't understand the question.
Q. I mean, would he have the authority or is there some other person or body of people that he would have to go to to get that authority?
A. No.
Q. He could do it himself?
A. Yes.
Q. And would he have the authority to enter into agreements on behalf of Word Network Church?
A. Yes.
Q. And he would not have to appeal to some higher authority to be able to do that, would he?
A. No.
Q. When he entered into agreements with ministers or businesses, is that something that he would necessarily discuss with you?
A. No.
Q. Sounds like from talking with you today, that wouldn't happen unless there was a check that you needed to write for some reason, is that fair?
A. Correct.
Q. Are you in any way involved in the creation or oversight of the fulfillment records that Mr. Below referenced earlier?
A. No.

Page 91

Q. Have you seen the fulfillment records before?
A. I really can't recall personally seeing them, no.
Q. Would you have any personal knowledge about their accuracy?
A. I would say they're very accurate, because they come from the phone system and right through the computer.
Q. But you don't -- you didn't create them --
A. Correct.
Q. -- or do any kind of quality assurance?
A. No.
Q. You don't double-check them to see if the entries in the fulfillment records match up with the calls or anything, right?
A. Correct.
Q. So would you have any personal knowledge about their accuracy, other than just what you're guessing at?
A. I would --

MR. BELOW: Objection. I don't think as a CPA and a lawyer, he hasn't guessed about whether records are more accurate than somebody talking off the top of their head, so is that what you're asking about?

BY MR. ASAY:
Q. Are you talking off the top of your head about the accuracy of the --

Page 92

MR. BELOW: No, I think you're talking about Jeff Thurman talking off the top of his head.

MR. ASAY: Hey, look, I'm asking the questions --

MR. BELOW: Don't say hey.

MR. ASAY: I'm asking the questions. You've got a speaking objection --

MR. BELOW: Yeah, I sure do.

MR. ASAY: So stop it.

MR. BELOW: Stop asking questions like that.

MR. ASAY: No. John, this is -- you asked him the question about whether he thinks these things are accurate.

MR. BELOW: Yes.

MR. ASAY: And so I'm trying to get to whether he's got any personal knowledge about that. How is that inappropriate?

MR. BELOW: It's inappropriate.

MR. ASAY: It's not inappropriate.

BY MR. ASAY:
Q. Do you have any personal knowledge about the creation of those documents?
A. No.
Q. Do you have any personal knowledge about the review of

Page 93

those documents?
A. No.

MR. ASAY: That's it. That's all I've got. Thank you.

MR. BELOW: I have some more.

RE-EXAMINATION

BY MR. BELOW:
Q. Do you know who prepared the fulfillment records that were produced in this case?
A. If it was recently, it's got to be Mrs. Finley.
Q. And would Mrs. Finley have direct knowledge of the records that are shown in the fulfillment sheets?
A. Yes.
Q. And would she have today a better knowledge of the records of fulfillment sheets than Jeff Thurman?

MR. ASAY: Objection.

MR. BELOW: What's the objection?

MR. ASAY: How would he know that?

MR. BELOW: Just by objective evidence. She's working with him and he has no access to it.

MR. ASAY: He's not even seen the fulfillment records. How would he know that?

BY MR. BELOW:
Q. Are you aware of those, the fulfillment sheets?

MR. ASAY: The existence of them?

A. Yeah, I haven't seen them.

MR. BELOW: Yes.

MR. ASAY: Okay.

MR. BELOW: You're telling me to not speak, so now you not speak, okay?

BY MR. BELOW:

Q. So as we sit here today as an accountant and an attorney who has practiced now 40-some years in the state of Michigan -- you know what, I'll withdraw that.

MR. BELOW: I'm good. I'm done.

MR. ASAY: Nothing further.

(The deposition was concluded at 12:51 p.m. Signature of the witness was not requested by counsel for the respective parties hereto.)



CERTIFICATE OF NOTARY

STATE OF MICHIGAN )
) SS
COUNTY OF OAKLAND )

I, JENIFER WEISMAN, certify that this deposition was taken before me on the date hereinbefore set forth; that the foregoing questions and answers were recorded by me stenographically and reduced to computer transcription; that this is a true, full and correct transcript of my stenographic notes so taken; and that I am not related to, nor of counsel to, either party nor interested in the event of this cause.

JENIFER WEISMAN, CSR-6006
Notary Public,
Oakland County, Michigan.

My Commission expires: August 17, 2027

## Exhibits

**EX 0016 Ralph Lameti 053024**
3:15 55:10,14
**EX 0017 Ralph Lameti 053024**
3:16 60:6,10 65:24 80:14
**EX 0018 Ralph Lameti 053024**
3:17 74:19,22

## $

**$1,600**
59:12
**$183,480**
57:11
**$4,385**
59:20
**$45,183.93**
57:6
**$45,184.93**
57:1

## 1

**1/5/18**
58:15
**10**
27:12
**10:12**
4:2
**10:54**
30:19
**10:58**
30:20
**11,700**
59:13
**112**
60:10
**114**
60:10
**11:22**
45:17
**11:38**
55:11
**11:48**
60:7
**12**
5:7
**12:11**
74:20
**12:21**
80:4
**12:33**
80:5
**12:51**
94:13
**14**
15:11
**16**
18:8 55:10,14
**17**
60:6,10 65:24 80:14
**18**
74:19,22
**183,000**
57:16
**19**
25:21 26:3
**1954**
5:13
**1980**
6:6
**1981**
5:5
**1989**
15:1,5

## 2

**20**
15:2
**200**
10:21 37:13
**2000**
15:15
**2010**
9:3,4,7 13:17
**2015**
18:7 19:22 20:5,14 21:4
**2016**
25:9,15,20 26:3 28:21 34:6
**2017**
25:16
**2018**
25:21 26:3
**2019**
13:5 18:9 19:7 22:9 24:7 25:9 28:21 34:6 48:3,11 56:21 60:1 67:2 81:14 82:7
**2024**
4:1
**248.933.7878**
53:20
**27**
74:23

## 3

**3,200**
59:13
**30**
4:1

## 4

**40**
6:10
**40-some**
94:8
**400**
39:9
**48324**
5:3

## 5

**57**
13:21,22

## 6

**6**
5:13
**6135**
5:2

## 7

**7**
53:12
**7/1/19**
59:18
**7/5/19**
56:21 58:15

## 9

**90**
50:20
**910am**
61:21
**95**
50:21
**97**
37:13
**99**
51:17

## A

**a.m.**
4:2 30:19,20 45:17 55:11

60:7
**abide**
17:7
**able**
27:8 55:14 90:12
**Absolutely**
15:10 64:21 77:11,14
**access**
93:20
**account**
50:20
**accountant**
6:14 14:3 15:15 25:5 87:13 94:7
**Accountants**
15:22
**accounting**
6:5,10,11, 15,17,20 7:3 8:18,21,22 56:4,13 89:8
**accounts**
58:19 85:18 89:5
**accuracy**
91:4,16,25
**accurate**
11:1 88:4 91:5,20 92:14
**accurately**
64:10
**accused**
73:8
**accusing**
73:18
**action**
22:17
**active**
6:23,25
**activity**
56:1
**actual**
87:14
**actuality**
28:12
**address**
5:1,2,4,6
**Adell**
8:9 11:12 13:18,19,20 14:5,6 21:18,25 22:11,23 23:1 25:16 26:4 27:24 33:24 40:1 43:16 45:5, 20 46:5,19 47:7,14 52:12 55:2 60:2,22 61:8,16,22, 25 62:1,17 63:17,21 64:13 65:4 68:4,11,14 69:21 70:16, 19,22 71:14 72:19 77:12 80:16 81:15, 18 83:7,17 86:7,11,14 88:19 89:19
**Adell's**
53:21 82:25
**ads**
26:12
**advise**
9:14 67:20
**advising**
9:12
**affiliated**
11:5
**African-american**
10:20 19:10 64:2
**African-americans**
19:11,12
**afterwards**
68:2
**ago**
18:2 20:15
**agree**
16:7,15,19 17:11,20
**agreed**
42:10
**agreement**
41:23 42:3, 19 43:6,15, 25 44:3,8,14 45:8,24 46:18 47:16
**agreements**
43:3 44:17 47:6 89:20, 24 90:9,14
**ahead**
18:22
**air**
12:4,13 33:1 35:25 39:10
**aired**
12:16
**airing**
35:9
**airs**
32:10 37:5
**alcohol**
5:17
**allegations**
17:20 76:1 78:16
**alleged**
20:24 22:14
**allow**
4:22
**allowed**
19:16
**ambiguous**
81:5
**amount**
27:9 35:16 41:10 57:3,5 58:13,16,17 59:2,5
**amounts**
43:22 58:23
**amused**
64:24
**and/or**
33:4
**anointing**
47:4
**answer**
4:22 10:4,7 18:22 46:2 50:2 56:22 65:18
**answered**
19:21 75:13
**anti-discrimination**
19:6,13 23:13
**anti-retaliation**
20:3 23:13
**anybody**
9:14 29:9 67:6,20 82:11
**anymore**
12:6,16
**anyone**
9:12 22:9,10 49:19 54:2 68:12 71:13 72:7,13 73:7 75:10,16,20 76:4 77:3 83:2 86:13
**apologized**
73:15 82:12, 21
**apology**
82:15
**appeal**
54:12 90:11
**appeared**
31:13

**appearing** 31:10 71:18
**applicable** 23:23
**applications** 24:11 25:15, 24
**appreciate** 59:1
**Arcenia** 49:7 78:8
**area** 18:8 19:4 42:25 62:21
**around** 14:8 20:14 62:20 67:2
**arrangement** 37:9 38:2 40:23,25 51:20 86:2,8
**arrangements** 39:22 40:4, 14
**article** 60:1,21,24 62:14 65:23 66:2 68:8
**articles** 73:23
**Asay** 4:10,13 9:25 10:3,12 18:13,17,20, 21 20:2 23:11 24:6 25:18 29:15 30:18,21 45:15 46:3, 10 53:14,17, 19 54:6,10, 13,17,21 55:12,19,22, 23 56:24 60:8 64:4 65:21 67:15 74:21 75:15, 25 76:19,22 80:3,6 81:6, 13 82:14 83:21 84:18 86:22 87:17, 19,21,25 88:7,13 91:23 92:3, 6,9,12,16, 20,21 93:3, 16,18,21,25 94:3,12
**asked** 19:21 43:21 44:9,21 65:16 75:13 80:13 86:22 92:12
**asking** 22:20 34:4 44:18 76:17 87:22 91:21 92:3,6,10
**aspect** 80:10
**assemble** 26:25
**assisted** 22:11
**Association** 74:11
**assume** 18:24 27:22
**assurance** 91:9
**attached** 66:2
**attend** 28:14 29:5
**attended** 84:11,14
**attorney** 5:9 6:12 20:18 21:13 94:8
**audience** 33:6,8 35:19 71:24
**audiences** 84:11,13
**authority** 32:4 89:19, 23 90:2,4,8, 12
**automatically** 50:19
**awarded** 6:17
**aware** 17:24 19:6 20:3,23 28:6,9,10, 13,24,25 29:2,11,20 38:25 40:16, 19,20 41:23 42:2,3 43:6 44:23 45:13 46:17 47:16 49:23 60:1 66:19,20 68:17,19 70:24 73:20 74:10 75:12, 14 82:23 83:1 86:3 87:2,6 93:24

**B**

**Babylon** 60:3,21
**bachelor** 6:4
**back** 4:23 8:3 11:25 14:24 30:8,20 34:5 40:22 45:15 47:25 48:3 80:5
**background** 6:3,19 9:11
**bad** 52:19 53:2,8 79:10,17
**balance** 57:10,16 59:5
**bank** 50:20 51:1,2 85:18 89:2,5
**banks** 8:20
**based** 32:21 35:6 44:1 51:22 58:8 59:22 73:2
**basically** 8:2,17 10:21 11:3,12,16 31:17 51:9
**basing** 71:2
**basis** 52:20
**batched** 50:25
**Bates** 55:22 60:10 74:23
**began** 38:17
**beginning** 11:24
**behalf** 89:4,21,24 90:9
**belief** 71:2
**believe** 18:2 22:12 23:22 61:8 72:17 73:1 80:18
**believed** 81:2,5,7
**believes** 81:9,10

**Below**
9:23 10:2,5, 10 18:10,15, 18 19:21 23:19 25:11 29:10,12 30:17 45:12, 25 46:9 53:16 54:3, 8,11,14,18 55:17,20 56:20,22 63:24 65:19 67:13 75:13, 24 76:17,20 81:4,8,12 82:10 83:22, 24 87:18,20, 24 88:1,11 90:23 91:18 92:1,5,8,10, 15,19 93:5, 7,17,19,23 94:2,4,6,11

**benefit**
37:12,15

**benefits**
14:18 25:13, 14,22 26:2, 9,10 27:2,4, 10

**besides**
26:17 49:20

**best**
4:22 17:16 87:14,23

**better**
71:25 93:14

**bias**
9:25

**Bible**
48:7 49:2,9 50:10

**bibles**
40:17 41:18, 21,25 43:4 48:2,3 49:21

**biggest**
88:9

**bills**
8:19 11:3,13 88:25 89:4, 18

**birth**
5:12

**Bishop**
30:12 31:3, 8,19 37:4,5, 8 38:1,4,11, 15,16 41:15, 20,23 43:15 44:9,21 45:5,19 46:5,19 47:11 59:10 68:5,15,22, 24 69:9,21 70:16,19,22 71:14,16 72:2,15,17 73:2,7,11, 12,16 80:17, 19,24 81:2, 9,16 82:22, 25

**bit**
17:24 76:15

**Black**
60:22 74:11

**Bloomer**
30:10,12 31:3,8,19 37:4,5,8,20 38:1,4,12, 15,16,24 39:4,7 40:16,23 41:20,24 43:3,15 44:9,21 45:5,19 46:6,19 47:7,11,16 56:19 57:12 58:12,14,17 59:3,23 60:10 68:5, 15,22,25 69:9,21 70:16,19,22 71:11,14,16 72:2,15,17 73:2,8,11,16 74:23 80:17, 19,24 81:2, 9,16,19 82:13,20,22, 25 86:2,5,9, 12

**Bloomer's**
39:17 41:15 46:19 47:17 54:7 59:10 73:12 85:1,3

**Bloomfield**
5:2

**Blue**
25:6

**board**
7:8

**body**
90:3

**book**
20:10 38:19 39:1,4 41:17

**bookkeepers**
89:14

**books**
38:18,20,21, 23,24 39:12, 14,16 41:6, 13,14,15,16 42:14,15 52:1 55:15, 24 59:10,16, 17,18,19 87:15

**bottom**
56:25

**boycott**
74:1,4

**Branded**
46:11

**break**
30:17 31:2 80:3

**briefly**
4:13 6:2 10:17

**bring**
22:3

**broad**
26:8

**broadcast**
10:19 12:21 19:13

**Broadcasting**
8:9 25:16 26:4

**broadcasts**
10:21

**building**
7:24

**business**
14:4 15:7,8 17:2,3 24:20 30:8 86:1,2, 5,8,12,13

**businesses**
85:23 88:3 89:21,23,24 90:15

**businessman**
14:6,7

**C**

**cable**
10:22

**caffeine**
5:18

**call**
11:20 48:23, 25 49:1,4 50:11 51:5 60:9 62:21 78:10 83:15

**called**
4:5 6:21

31:25 40:17 50:10 69:21
**calling** 47:21 52:23 55:13 61:3 74:22
**calls** 91:12
**cameras** 35:19
**cane** 63:22,24
**cards** 50:19,23
**case** 7:15 10:7 18:19 31:18 47:4 67:1 75:24 76:2 78:16 84:1,4 93:9
**casual** 53:9
**casually** 15:3
**ceased** 12:17
**cell** 53:21
**center** 48:23 49:1,4 50:11 62:21 78:10
**certain** 38:17 43:16 49:22 50:3
**certificates** 6:16
**CFO** 6:15 8:11,15 9:5,22 10:14
**change** 5:9 30:25 71:24 80:11
**changed** 13:13
**channel** 10:20 19:11
**chapter** 74:11
**characterize** 27:5
**charge** 50:19,23 51:2
**Charging** 51:16
**charity** 8:2
**chart** 30:4
**check** 41:8 44:10,18 45:2,3 58:19 89:9 90:19
**checks** 35:13 41:8 43:22 44:4,5 89:9
**Christine** 25:7 89:12
**church** 7:18 8:1 10:24 11:1,2,3,8,14,21 12:1,3,5,13,16 13:7,8 32:8,9,21,22 34:16 36:1,3,7,25 37:3,6,20 41:7 43:13 48:16 50:17,18,20 51:3,6,8,13,14 52:6 55:15,16,24 57:20,22,23 58:1,18 59:23 62:21 84:5,17,21 85:5,11,16,24 86:4,20,24 87:4,7,10 88:6,15,24,25 89:4,5 90:9
**church's** 56:4
**clearer** 84:4
**clerk** 56:13 89:8
**client** 23:22
**close** 13:25 14:3 15:1
**coat** 63:22
**collecting** 8:18 15:17
**collection** 35:10
**College** 6:6
**column** 57:5 58:16 59:2
**come** 8:3,18 9:4 24:4 32:22,23 44:9 52:25 72:17 91:5
**comes** 8:22 25:5 51:12 56:3 62:8
**comments** 77:15,20 87:16
**communicate** 71:4
**communicates** 66:15
**communicating** 71:3
**communications** 81:15
**communicator** 77:17
**community** 17:3
**companies** 10:22,23 16:19 17:7 58:18
**company** 7:16 8:5,6 9:4,12,20 17:12,21 21:8 30:1 57:1 84:24 85:6,12,19,23 88:8
**compel** 23:23 24:2
**compensate** 41:23 42:5 43:16
**compensated** 10:13 43:3,7 47:8
**compensation** 9:22 10:9 37:11 42:21 47:17
**compile** 34:16
**compiling** 48:20
**complaints** 7:4 27:16
**complete** 64:3
**completely** 85:17
**complimentary** 67:10
**computer** 91:6
**computers** 78:19
**concerned** 11:14 33:22

**concluded**
94:13
**conduct**
17:12 86:1,8
**conducted**
86:5
**conducting**
22:13 86:11
**connected**
65:23
**connection**
11:8 16:1
**connotation**
66:8,10
**consider**
7:25 15:6 30:3,5 79:12,20
**considered**
14:20
**Consumed**
5:17
**continue**
61:4
**contractor**
48:17 89:17
**contracts**
26:23,25
**control**
26:13
**conversation**
44:25 45:4, 19 46:2,5, 13,14 53:9 65:6 66:23 68:1,24 69:2,8,14,17 70:1,6,9,15 71:8 72:8, 10,22,24 82:21
**conversations**
38:10 71:13 72:2,14
**copy**
18:4 49:1 53:14 62:14 64:25 65:1,3
**corners**
77:17
**Corporation**
8:10
**corporations**
85:13
**correct**
7:17,19,20 9:10 13:23 17:22 19:5 20:13 24:19, 22 26:1 27:19,21 30:9 32:11 34:10 35:3, 8,23 36:10, 22 37:7,22, 24 42:16,22, 24 43:1,5,11 44:4,6,13, 15,19 45:6, 21 46:16 47:9,12,15 49:18 50:15 51:4 52:5,14 53:10,21,22, 24 54:1 55:1,3,25 56:2 57:10, 24 58:1,10 59:8 60:20 61:15 62:9, 11,18 64:9, 12,17 66:6 69:15,19 70:7 77:22 78:12 79:1,3 82:6 83:8,14 87:4 89:5 90:21 91:8, 14
**Cory**
4:13
**counsel**
9:20 22:4,8, 18 23:7,9 94:15
**count**
33:10,12 37:14
**countries**
10:22 37:13
**country**
11:18
**couple**
11:16 12:22 47:3 54:22 85:2 88:14
**course**
5:21
**court**
4:24 45:9
**coverage**
73:11,18 75:16
**COVID**
12:8,10 13:13
**CPA**
87:24 91:19
**create**
64:16 91:7
**creation**
90:22 92:22
**Cross**
25:6
**cross-pollination**
85:22
**Crump**
89:12
**current**
7:12
**cycle**
35:11

**D**

**dark**
77:17
**date**
5:12 20:21 66:25
**Dave**
33:25 34:2,8 38:12 72:14 79:17
**David**
71:21 72:12, 19
**day**
51:18 71:22
**deal**
8:19 26:22
**dealings**
10:25 31:8 38:15
**deals**
66:16
**dealt**
78:10
**decent**
79:13,20 80:1
**decision**
10:6
**defendants**
7:14 23:16 83:25
**definition**
14:21
**degree**
6:5
**Denise**
61:9
**department**
6:20 24:8,9, 18 30:6
**departure**
73:13
**depending**
51:19
**depict**
76:11
**deposition**
4:15,18 5:20 16:2 23:18 54:5,7,9 55:10 60:6 74:19 94:13

**describe**
14:5
**detail**
56:1
**details**
42:23
**determination**
17:15
**determine**
21:6 33:1,25
**determined**
83:12
**determining**
35:5
**Detroit**
6:6 74:10
**devoted**
24:23 27:10
**difference**
54:11
**different**
76:16
**differently**
88:2
**dire**
54:18
**direct**
93:11
**directly**
51:1
**Disagree**
10:2
**discipline**
28:3
**disclaim**
68:3,4
**disclaiming**
67:24
**disclaims**
46:18
**discriminate**
19:16
**discriminatio n**
16:9,13 17:4 21:16 28:6, 10,15,22
**discuss**
40:6 47:13 65:13 68:11 69:21 90:16
**discussed**
40:7 41:21 46:6 47:4,10 70:21 88:3
**discussing**
9:15 31:2 75:5,7 80:13 84:18
**discussions**
41:19 42:18 65:15 79:8
**dispute**
44:2
**disrespectful**
64:6,8,19
**document**
46:17 54:15, 19 55:8,14, 18 56:3,6,23 58:4,5,9,11 59:22 60:9
**documents**
23:14 67:1 88:8 92:23 93:1
**Dodie**
61:8,19 64:25 65:14, 22 66:22,23 67:23
**doer**
14:7
**doing**
14:11 22:23 24:16 27:17 30:14 31:6 41:9 71:6
**dollars**
52:25
**donate**
52:2,4
**donation**
84:20 88:5
**donations**
11:21 32:21, 23 33:4 34:17 35:6, 10 36:13,14, 16,21 43:12 49:13 52:8, 25 71:23 84:16 87:4, 12,15
**dose**
15:23
**double**
15:23
**double-check**
91:11
**drafting**
19:1
**dress**
64:1
**drugs**
5:17
**dual**
15:24
**due**
15:4
**duly**
4:6
**duties**
8:15,17,25 10:13,16 24:17,24 25:10 27:4, 6,15 33:23 89:6,15
**DVDS**
47:5,18 50:1

**E**

**e-mail**
46:22 61:11
**earlier**
10:24 51:22 73:10 80:13 83:5 88:18 90:24
**easy**
4:23
**education**
6:8
**educational**
6:2
**eight**
38:6 85:2,17
**either**
36:24 37:20 48:15 50:11 51:18 70:9 72:5 84:9
**employed**
8:9 9:2 11:2 48:15,17
**employee**
17:25 18:9, 11,15 23:21 25:8,14,17 62:5
**employee's**
16:21
**employees**
14:17 16:20 25:23 26:2 27:5,17 28:3,7,11,23 29:5 35:18 66:18,20 78:2
**employer**
7:12 8:4 14:16,19
**employers**
16:7,15
**employment**
19:3 20:7 25:25
**end**
30:7 50:17 51:11
**engaging**
16:20

**enter** 89:20,23 90:8
**entered** 90:14
**entire** 14:24
**entities** 7:14,22 37:23 88:16, 18
**entity** 11:5,6,15 37:3
**entries** 91:11
**equal** 20:7
**esoteric** 18:19,20
**essentially** 58:17
**ethics** 17:2
**event** 14:9 22:16
**eventually** 68:14 71:16 80:16
**everybody** 14:16 66:22 71:4
**evidence** 87:14,23 93:19
**exact** 30:13 38:7 66:25
**Exactly** 70:13
**EXAMINATION** 4:9 83:23
**examined** 4:8
**exchanged** 88:5
**exclusively** 86:4
**exhibit** 53:12 54:4, 6,8 55:10,14 60:6,10 65:24 74:19, 22 80:14
**existence** 23:16 93:25
**expect** 17:7 27:25
**expense** 35:25 36:1 41:12
**expenses** 35:12,13,15, 16 36:3,8 38:13,14 57:13,19,21 58:1,6 59:12 85:1,3,7
**experience** 85:15 86:13 88:2
**experiences** 79:10,18
**explain** 56:17,23 57:14 58:25
**explore** 54:22
**exposure** 37:12,15 39:19 51:23
**extent** 9:1 11:21 61:15

**F**

**face** 78:6
**facts** 71:2
**fair** 11:7 14:6, 16,19 15:25 17:1 19:3 27:20 28:21 67:4 81:12 90:20
**fairly** 38:5
**fairs** 26:11,18
**fall** 30:4
**familiar** 30:10 56:7
**far** 11:14,19 14:3 15:4 33:14 36:6 37:9 41:12 45:8,24 68:5 71:21,25
**father** 14:1 15:10
**FCC** 26:11
**feedback** 28:3
**feel** 30:25 63:12 66:11
**feelings** 63:16
**felt** 64:10
**fielding** 27:16
**figured** 83:13
**finances** 88:23 89:2
**financial** 8:23 30:7
**financials** 85:22
**financing** 8:19
**find** 21:8 29:16
**finishes** 45:10
**Finley** 48:1,14,15 49:7,20 50:7,12 78:8,23 79:24 93:10, 11
**fired** 73:5
**firm** 8:21,22 23:9 82:16
**first** 4:6 16:17 31:3,5,19,20 42:2 61:6 74:8 76:3
**focused** 84:4
**folks** 26:7 27:14
**follow** 23:17
**follow-up** 88:14
**following** 45:16 73:12
**follows** 4:8
**forever** 15:21
**forget** 14:14
**formal** 6:8 24:18
**formally** 7:5
**forward** 25:21
**foundation** 54:15,19
**free** 16:8
**Friday** 11:23 13:9,

12 30:14 31:14,15,24 32:3,7,12,14 37:6,8 51:10 84:10
**friends** 13:24
**front** 60:19
**fulfillment** 87:8,16 90:23 91:1, 12 93:8,12, 15,22,24
**full** 45:10
**fun** 78:1,4,6
**function** 26:16 27:6
**fund** 15:3
**funds** 51:6,8,9,14, 20 73:8
**funny** 63:7
**fur** 63:22

**G**

**gave** 53:3
**gears** 17:24
**generally** 87:6
**George** 30:10 31:3 56:18 57:12 58:14 82:13, 20 84:9 85:3 86:2,5,9,12
**getting** 14:10,11 58:24 69:10
**GG** 58:11 59:3
**give** 9:17 10:9 15:3 48:6 60:11
**goes** 8:2 9:25 14:4 21:21 36:6 51:2
**going** 5:22 8:5 10:3,9 15:11 18:13 34:5 46:11 54:4 55:13,20 60:9
**good** 4:11,12 14:6,17 15:10 16:23 21:10 52:19, 24 53:1,4,8 71:3 94:11
**Gospel** 60:22
**governing** 19:4
**graduated** 6:6
**grand** 55:4
**great** 54:20
**grievances** 7:4,10
**ground** 4:20
**group** 29:4
**guess** 6:3 7:2 10:17 15:3, 11 23:25 49:7 56:3,14 65:6 66:9 72:1 73:14
74:5 82:18
**guessed** 91:19
**guessing** 91:16
**guy** 36:20
**guys** 38:10

**H**

**half** 37:16 51:18
**hall** 61:10
**hand** 55:13
**handbook** 18:1,9,23 23:12
**handed** 60:9 74:22
**handle** 24:10 35:19, 20
**handled** 26:4 39:25 40:2 41:1
**handles** 25:5 78:19
**handling** 25:24 26:7
**happen** 17:17 21:20 22:19 23:8 69:8 90:19
**happened** 22:15 29:2 43:21 48:23 69:5,7,16 70:1
**happening** 16:16 68:2
**harassment** 16:8,11,16, 20 20:24
22:14 28:6, 10,15,22
**hard** 14:14
**Harrington** 25:3,10 26:10 27:13, 23 28:2
**Harrington's** 26:16
**head** 33:10,12 91:21,24 92:2
**health** 14:17 24:11
**hear** 34:23 73:5,7
**heard** 31:21 43:9, 10 48:8,9 70:8 77:18, 20 78:1 86:11
**hearing** 70:15 74:8
**held** 9:7
**help** 27:24
**helps** 66:16
**hereto** 94:15
**hey** 64:13 81:19 92:3,5
**hide** 77:17
**higher** 90:11
**highly** 43:24
**hit** 35:5
**hold** 20:20

**homes** 37:14
**honest** 79:15,22 80:1
**hour** 11:19 37:16, 18 51:18
**hours** 6:10
**housed** 7:24
**HR** 24:18,20 27:15
**HR-TYPE** 24:24 25:10 26:7
**human** 24:7,9
**hurt** 73:16
**husband** 15:10

**I**

**idea** 14:9 38:3 47:23,24 48:4,10 50:2 67:5 70:20
**IDENTIFICATION** 55:9 60:5 74:18
**identified** 53:12
**identify** 55:14 60:14
**imagine** 66:22 70:3
**immediately** 14:8
**important** 88:9
**impression** 73:4
**improper** 15:9
**in-house** 84:6
**inappropriate** 17:12 77:4, 6,13 83:3 92:18,19,20
**include** 16:11
**included** 29:4
**including** 47:4
**Incorrect** 57:17
**independent** 89:16
**individuals** 89:6
**informal** 6:9
**information** 9:16,17,18 25:6 53:4,5
**informed** 72:25 73:15
**initial** 23:5 68:1
**initially** 22:4
**insensitivity** 73:19
**instance** 16:2 23:1
**instances** 42:13
**instruct** 10:3
**instruction** 6:11
**insurance** 24:12
**interests** 15:19
**interpretation** 64:3,18
**interview** 22:2,5,15
**interviews** 22:6
**investigate** 21:22
**investigation** 17:14,17 21:24 22:11, 13,23 23:4,5 65:10 82:24 83:6,9,11
**investigations** 27:25
**invited** 84:13
**invoice** 58:20 79:7
**invoiced** 58:17
**invoices** 8:19
**involved** 11:3 15:14 22:8 28:2 29:7,14,16, 21 30:1 36:5 37:4 38:11 39:22 41:22 42:7,9 44:11 46:8,14 49:12 50:13 77:24 78:14 90:22
**involvement** 41:3,5 42:17 48:18
**irrelevant** 18:11 82:10
**issue** 24:4
**issued** 82:15
**issues** 43:19
**item** 22:3
**items** 9:15

**J**

**Jamie** 25:3,9 26:10
**Jeff** 34:1,13,15 36:19 47:25 48:13,14,19 49:7,12,20 50:12 52:10 53:23 54:24 71:22 72:7, 10,12,19 78:22 79:5, 10 86:22 87:15 92:2 93:15
**jeopardy** 16:2
**job** 8:11,15,17, 25 9:7 11:13 16:2 24:10, 24 26:11,16, 18 27:4,6 33:17,23 34:2,15,16 52:21 53:6,7 78:9
**jobs** 9:9 26:13
**John** 92:12
**Johnson** 61:9,19 65:1,22 68:11

**joined** 9:4
**jokes** 77:4,8,12
**Journalists** 74:12
**judge** 10:8,11

**K**

**K-I-E-V** 5:2
**Kamia** 25:4 26:5 27:23 28:2
**keep** 33:10 34:19 55:20
**kept** 50:9
**Kevin** 11:12 13:18, 19 21:18,21 33:24 40:1, 2,5,7 41:1, 20 43:2 44:21 45:5, 20 46:5,19 47:7,13,16 52:12,13,15, 23 55:2 60:2,22 61:8,14,16 63:4,5,17,21 65:13,14 66:15,24 67:23 68:4 69:2,10,20 71:3,8,14 72:19,20,25 73:2,14,18 74:12 75:8 80:16 81:15, 18 82:12,20, 21 86:7,11, 13 88:19
**Kevin's** 40:11
**Kiev** 5:2
**Kim** 89:13
**kind** 7:5 22:11 27:9,24 30:4 33:10 35:10 42:2 44:11, 24 54:23 63:7 67:1 68:3 71:6 79:4 91:9
**knew** 15:2 33:13 62:3,4
**know** 4:20 5:10 6:21 7:4 9:18 10:17 11:19 13:18 14:1,11,23 15:2,17 18:7,9,12 19:1,15,16 21:10,11,12, 16 23:12,15 26:7,12 29:11 30:13, 15 31:3,17, 21,24 32:1,5 33:14 34:4 35:20,24 36:5 37:10, 17 38:7,8 39:1,6 41:17 42:1 43:13 44:1,21 46:2 47:20,24 48:1 49:25 50:9,11,13 52:7,24 53:25 55:7 57:15 58:8 59:9,17 60:12 61:18 62:23 63:1, 6,11 64:1 66:7,9,14, 20,25 67:3 68:2,14,16 70:1,3,18 71:20,21 72:12,21 74:6,24 76:2 78:5 80:22 81:9,11 82:7,11,12, 18,20 83:25 87:8,21 89:19 93:8, 18,22 94:9
**knowing** 57:15
**knowledge** 37:25 40:13 43:18 44:20 47:6 61:15 78:25 82:24 85:15,21 86:7 87:3 91:3,15 92:17,22,25 93:11,14
**known** 13:19,22 14:25 30:12 77:3

**L**

**labor** 35:22,23 36:8 57:25
**Lameti** 4:4,11 30:22 76:23 80:7
**LARA** 6:21
**larger** 59:13
**largest** 10:19
**late** 23:25
**laughed** 63:7
**law** 6:5,6,25 7:10 15:20 17:5,7 23:9
**lawyer** 15:21 83:25 87:24 91:19
**learn** 66:1 74:3
**learned** 70:14
**leave** 15:12,16
**leaving** 15:19 73:12
**left** 71:16,20,21 72:3,15,17 73:2
**legal** 9:11,13,14, 16 11:6 20:18 22:3, 8,18 23:7,9 85:13
**legally** 15:9
**legally/ morally** 14:21
**letter** 47:1 74:10 75:1,3,5,7 82:3,4
**level** 86:12
**license** 6:20,22,23, 25 7:10
**limited** 29:23 41:10 42:11

**line**
59:18
**lines**
52:9
**list**
48:20
**litigation**
16:1 70:10, 12 75:6 76:2 80:21 81:10
**little**
17:24 41:13 53:16 76:15 84:3,4
**live**
13:9,12 31:16 33:8 34:17
**loans**
89:2
**lodged**
7:5
**long**
5:4 9:2 13:22 20:15 30:12 38:5
**look**
14:15 21:6 53:12 56:9, 12 57:14 74:23 83:2 92:3
**looking**
56:17 65:23 75:3
**looks**
14:15 57:15
**lot**
33:12 58:1 67:1

**M**

**mad**
72:1
**made**
26:12 29:1 32:20,21 41:6 56:18 58:14 78:4,6
**mailings**
48:20 49:14
**maintain**
16:7 19:25 85:17
**maintained**
17:3
**maintains**
87:7
**make**
4:23 8:8 10:5 11:20 32:15,17,18 36:7 70:24 71:25 77:3, 20 78:1
**makes**
51:15 54:11 77:15
**making**
77:12
**management**
11:9,10 88:19
**manager**
11:12 24:20 34:3,9 61:20
**manner**
14:13 17:16
**manual**
19:23 21:6,9
**March**
5:13
**MARKED**
55:9 60:5 74:18
**master**
26:13
**match**
91:12
**matter**
16:20
**matters**
8:23 9:13,14
**mean**
7:24 13:25 15:12 18:23 19:9 20:15 25:21 27:5 29:4 63:13, 19 64:5 70:3,10,23 75:6,17,24 79:12 81:5,8 87:23 90:2
**means**
5:21 81:7
**measure**
17:22
**media**
68:4
**medication**
5:14
**meeting**
46:5 65:13
**meetings**
41:20
**member**
28:17
**meme**
60:17 61:1, 3,7 62:10, 12,15,16,22 63:9,13 64:16 65:10, 19,20,23 66:1,4,7,17, 21 67:6,24 68:12,15,25 69:3,10,22 70:16,19 71:14 73:12 75:17,18,20 76:5,7,8,13, 23 80:13,16, 20 81:3,19 82:2,9,25 83:12,16
**memory**
21:7 22:21
**mentioned**
10:24 30:5 31:14 34:13 73:10 78:8, 22
**message**
46:24 53:25
**messages**
53:13
**met**
4:13 30:15 31:5
**metric**
33:3
**metrics**
32:25
**Michigan**
5:3 6:20 94:9
**million**
37:14
**mind**
58:24
**minister**
12:20 37:2 52:3,4
**ministers**
11:17 19:12 39:16,20,23 51:16,25 64:2,8,20 66:16 89:20, 22 90:14
**ministries**
39:10 56:19 58:12,14,17 59:3
**misappropriating**
73:8
**mischaracterization**
25:12
**misrepresented**
66:12,15
**mobile**
78:21

**moment**
8:3 60:11 64:5
**money**
37:11 51:15
**monies**
15:4
**monitoring**
49:12
**monthly**
8:17
**months**
5:7
**months'**
85:2
**morally**
15:9
**morning**
4:11,12
**motion**
23:23
**mouth**
80:15
**move**
5:6 24:1

**N**

**name**
4:13 25:2,4, 7,8 49:24
**National**
74:11
**nature**
26:11,13 48:21 49:15 63:18 89:3, 18
**necessarily**
40:5 44:17 52:16 56:8 90:16
**necessary**
26:15
**need**
14:18 30:25
**needed**
53:5 90:19
**needs**
9:16
**negative**
63:16 64:3, 22,23,24 66:5
**negotiations**
44:12
**Nelson**
78:18
**network**
7:13,15,18 8:4,6 10:19, 24,25 11:7, 8,14 13:1,5, 8 15:13,14 17:25 19:10 25:17,23 31:6 32:9 34:22 35:1,4 36:25 37:1, 2,13 38:5,24 39:8,9,19 43:6 51:17, 21 55:16 60:22 63:18, 21 64:11 66:12 74:1,4 76:9,12,15 77:3 82:2 84:5,17,21, 23 85:6,11, 12,16,18,23, 24 86:1,4, 17,20,23 87:4,7,10,15 88:5,15 90:9
**never**
22:19 23:7 38:22 40:7 43:2,9,10,11 45:2,13 46:8 74:14 77:18, 20 83:13 86:16
**news**
73:11,18 75:16,18
**Nielsen**
34:23
**night**
13:10 31:14, 15,24 32:3, 7,15 51:10 84:10
**nights**
11:24 13:12 30:14 32:12 37:6
**nine**
38:6 85:17
**non-discriminatory**
17:2
**normal**
19:9,24 21:14
**number**
11:20 30:13 38:7 39:15 42:11 51:25 52:5,25 53:21

**O**

**oath**
30:22 80:7
**object**
55:17 87:17, 25
**objected**
82:2
**objection**
9:23 18:10 19:21 24:1,2 25:11 29:10 54:3,15 75:13 76:17 80:20,25 81:4 82:10 87:18 88:7 91:18 92:7 93:16,17
**objective**
93:19
**objectively**
76:20
**obstacles**
14:12
**occasion**
9:14 22:19 23:8 70:5
**occur**
17:15
**occurred**
22:16 37:12 52:18 66:24 67:2 83:16
**occurrence**
52:17
**off-color**
77:15,20
**offered**
54:4
**office**
30:8 62:8,20
**oils**
47:5,18 50:1
**okay**
7:18,22 8:6 9:19 11:10 12:9 18:17 24:13 25:19 26:6 29:22 30:24 31:23 32:6,14 34:6,7 36:4 37:19 46:9 48:18 49:19, 25 50:14 51:2 53:11, 18 54:13,17 55:8,20 56:25 57:21 58:22 59:13 60:1,13,18 67:16 73:1

74:25 80:10 84:16 87:13 89:1 94:3,5
**older** 15:16
**once** 11:18,23 12:21,22 36:15 51:19
**one** 7:15,17 18:2,24 20:14 21:2 22:12 24:10, 20 25:24 32:2 33:24 37:20 40:13 41:3 42:17 43:10,18 44:20 48:4,6 69:14 71:22 82:7,16 86:24 88:10
**one-on-one** 82:21
**ones** 59:13
**online** 60:2
**open** 77:16
**operates** 67:11
**operating** 7:15 8:5,6 19:14,24 84:24 85:6, 12,18,23
**operation** 19:9
**operations** 29:7,8,9,21, 24 30:1,5 34:3,9
**opportunity** 20:7
**order** 50:10
**ordered** 49:10 50:12
**ordering** 47:22
**organizational** 30:4
**original** 20:10
**outlets** 75:18
**outside** 8:22 9:16,20 14:3 15:8,15 23:9 25:5,8 28:19 29:9 35:18 37:1 40:9 48:17 50:14 77:23, 24 82:1
**oversight** 90:23
**owed** 59:2
**ownership** 7:25 8:1

**P**

**p.m.** 74:20 80:4,5 94:13
**package** 49:10,16
**paid** 14:17 36:9 37:20 39:10, 20 41:7 43:13 57:19 59:7,23 79:7 85:3
**papers** 73:15
**part** 6:17 10:13, 15 17:2,4 30:8 33:23 34:25 53:5,7 55:18 78:9
**part-time** 24:16
**participant** 69:17
**participants** 33:5
**participate** 68:10
**participating** 69:8
**participation** 19:1
**particular** 23:24 52:4
**parties** 94:15
**partner** 24:21
**parts** 11:18
**party** 12:20
**passing** 69:7
**pay** 8:18 36:24 37:1,2,9,20 38:13 43:22 51:18,19 85:6 88:24 89:4
**payable** 57:3 58:16, 19,21 59:2
**paying** 11:3,13 35:12 39:18 42:10 43:11
**payment** 39:23 44:21 45:7,22 46:6 49:5 57:5 59:5
**payments** 41:6 50:16, 17,21 56:18 58:13,14 59:12 89:16, 17
**payroll** 10:15 62:4
**pays** 37:8
**pending** 10:8
**people** 11:17,20 14:18 22:2, 5,15 26:13 28:7 29:5 33:4,11,13 35:17,18,21 48:23 49:9, 14 52:2 56:14 82:1,8 90:3
**percent** 27:12 50:20, 21 51:17
**percentage** 27:9
**performed** 27:14
**performing** 25:10
**period** 14:24 25:9 29:2,6 34:6 38:4,5 39:8 42:3 49:22 50:4 56:20 57:20 58:15 81:18
**person** 9:19 12:22 23:2 24:10 33:22 56:11 68:25 78:19 79:13,15,20, 22 83:5 90:3

**person's** 25:2
**personal** 10:2 86:12 91:3,15 92:17,22,25
**personally** 28:14 86:7 91:2
**perspective** 44:4,7
**pertinent** 78:15
**petition** 73:25 74:3
**phone** 11:20 39:15 51:25 52:5 53:21 61:11 65:1 78:21 89:18 91:6
**phrased** 81:4
**picture** 60:18 61:1, 10 62:10,12, 15,16
**Pimp** 60:22
**place** 16:17 18:10 21:15 54:3, 14
**plaintiff** 18:11
**plans** 5:6,9 15:12, 16
**platforms** 10:23
**play** 13:1,12
**please** 5:1,10 23:19 45:9
**pledge** 84:20
**point** 9:19 31:10 38:16 62:19 65:9 66:1 67:6,20 75:6 80:11 82:12
**policies** 18:14 19:3 23:12
**policy** 16:23 17:1 18:16,23 19:6,8,15,20 20:1,3,4,8, 23
**portion** 24:23 30:24 45:16
**position** 16:21
**possibility** 29:22
**possible** 17:16 43:20
**potentially** 10:1
**practice** 6:15 15:20
**practiced** 94:8
**practicing** 6:12,14
**Pre-covid** 12:12 13:5
**preacher** 13:2 39:7
**preachers** 36:23 39:11, 13 43:7 51:23
**predominately** 78:12
**prepare** 89:9
**prepared** 61:16 93:8
**present** 44:24 45:1 69:3 70:2,6 72:13
**presented** 58:20
**pretty** 9:1
**prevent** 5:14 16:16
**preventing** 17:4
**previously** 48:7 75:2
**primarily** 35:22
**principles** 42:3
**printed** 53:17
**prior** 13:18 27:23 30:24 31:8 47:5
**privy** 44:16 52:21 81:14
**probably** 15:1,2 18:7, 25 19:23 27:12 29:3, 21 30:15 39:9 50:20 51:17 71:5
**problem** 15:24 17:22
**problems** 23:6
**procedure** 19:14,24
**procedures** 21:15 23:14
**processed** 79:2
**produce** 12:19,25 13:7,8,9 36:7 51:14 76:25 77:2
**produced** 12:19 23:15 31:15 32:8,9 37:3 65:17 77:1 84:6 93:9
**produces** 37:6
**producing** 13:6 71:23
**production** 12:10 23:17 35:9,11,13, 15,17 51:10
**products** 38:17 40:17, 24 43:8,14, 17 44:22 46:11,20 47:3,8,20 50:9 52:8 78:10,25 79:8 87:15 89:17
**profit** 51:5,11
**program** 26:22 38:18 39:12
**programming** 12:3,4,5 26:21,22
**programs** 26:24 39:12 84:7
**prohibit** 16:19
**promote** 39:4
**promoted** 39:11,13 40:16 43:17
**promoting** 38:17,21 39:1 40:23

41:24 43:4,8 46:7
**promotion** 41:21 44:22 45:7,22 46:19 47:8, 17
**promptly** 17:17
**proper** 15:6 71:7
**protocol** 21:15
**provide** 54:25 65:3,7
**provided** 28:23 29:19
**providing** 28:3
**public** 6:15 82:16
**published** 60:2,21
**purchase** 79:7 84:20
**purchased** 78:11 87:9 89:18
**purchases** 78:20 84:17
**purpose** 67:9
**put** 12:13 16:2 23:11 27:9 49:9 50:19, 25 80:15
**putting** 48:19 66:3

**Q**

**quality** 91:9
**question** 4:22 7:10 15:9 20:7 21:10 45:10, 14 46:1 48:13 50:6 67:17 76:15 87:22,25 90:1 92:13
**questions** 5:22 34:4 67:13 83:22 86:22 88:14 92:4,6,10
**quick** 30:17
**quickly** 14:10
**quit** 72:1,20

**R**

**racial** 16:11,13,16, 20 73:19
**racially** 17:12 77:6
**racism** 66:14
**racist** 66:8,9 69:10 75:18,21 76:5,7,13, 16,18,21,24, 25 77:1,8 81:3,20 82:9,11
**radio** 61:20
**Ralph** 4:4 83:25
**ran** 12:1
**rate** 33:16
**Rating** 34:24
**ratings** 34:19,21
**RE-EXAMINATION** 88:12 93:6
**reach** 24:5
**reacted** 64:18
**reaction** 63:9 64:22, 23,24 66:5
**reactions** 66:17
**read** 45:15,17 60:11,24 73:23
**reading** 21:3
**ready** 60:12 74:24
**reality** 76:11
**reason** 70:25 90:20
**reasons** 72:18
**recall** 12:16 18:4 19:18 20:6, 9,11,14,15, 17 21:1,2,3, 4 22:13 26:6 31:10,12,13, 16 38:18,19, 21,22 41:9, 11,12,19 42:11 46:14 59:15 62:15 63:1 64:25 65:8,16,25 66:3,17 68:1,6,9,24 69:2,9,13 70:3,4,15,25 73:13,14,17, 18,20 74:15 75:2,5,7,16, 17,19 76:4 77:5,10,12 82:19 83:9, 15,19 84:5, 10 86:25 91:2
**receive** 7:20 38:12
**received** 6:8 23:15 37:15
**recently** 18:3 19:22 20:12 21:3 93:10
**recollection** 37:19,25 70:18 73:1
**record** 4:13 23:11 30:19,20 45:16 80:4,5 88:4
**records** 87:9,11,16 88:9 90:23 91:1,12,20 93:8,12,15, 22
**refer** 8:5 19:25
**referenced** 90:24
**referring** 75:1 82:15, 17
**reflected** 58:3 59:23
**refresh** 21:7
**regarding** 8:23 87:9
**regular** 11:22 52:17, 20
**Rejoice** 32:2,6,14

37:5 38:17 40:24
**related** 7:22,25 11:5 23:13 27:4
**relation** 84:21
**relations** 82:16
**relationship** 79:4 85:3
**relative** 23:20
**Relevance** 87:19,20
**relevant** 9:24 18:12
**religious** 10:20 19:11
**remember** 18:6 23:19, 23 25:4,7 32:6 43:11 49:24 61:6 62:19 66:23 68:7 69:6, 20,24 70:8 72:22,24 73:21,25 74:1 75:20 78:15 84:11, 18 89:12
**remembering** 72:1
**removed** 68:8
**report** 20:24 21:16, 17,18,20 52:11,13,15
**reported** 72:19
**reporter** 4:24 45:9,17
**reporting** 23:14 52:7, 23 54:24
56:15
**reports** 17:11
**represent** 64:10
**representative** 67:9 76:8,14
**represented** 63:17
**represents** 57:19
**request** 23:20
**requested** 23:12,14 45:1,2 94:14
**required** 17:1 28:8
**resolution** 24:4
**resolve** 17:15
**resolved** 22:16,18
**resources** 24:7,9
**respect** 84:16 85:1 86:17 89:16
**respectful** 64:2
**respective** 94:15
**responded** 23:20
**responsibilities** 9:12 27:16 33:18 53:6 78:9,13
**responsibility** 34:2
**rest** 14:13
**result** 47:21
**retaliation** 20:25
**retiring** 15:18
**revenue** 32:16,17,18, 20,21 39:5 51:12
**revenues** 8:18
**review** 92:25
**reviewed** 8:20
**reviewing** 8:17
**rhetorical** 67:17,18
**rid** 69:10
**right** 5:23 7:23 13:4 14:9 17:5,9,22 20:11 24:21 29:17 31:20 36:11 37:6 39:8 40:8 55:6 56:1 57:8,10,16 58:4 59:3,21 60:22 61:22 62:2,7 64:7, 8 65:1,20 66:5,13 69:18 71:16 76:10,13 78:11,23 79:2 80:8, 17,25 81:24 82:5 83:7 84:1 88:21 89:12 91:6, 13
**roadblocks** 14:12
**role** 35:11,12
**room** 69:20
**ruled** 10:8
**rules** 4:20
**running** 61:9

**S**

**salary** 7:20 14:17
**sales** 87:3,14
**saying** 13:11 24:25 35:2 52:22 54:12 59:22 64:1 65:6 69:9 75:18, 20 76:4
**says** 19:15 56:1 59:18,19 60:23 81:10
**schedule** 26:21
**school** 6:5
**science** 6:5
**Scott** 78:18
**second** 55:17
**Security** 15:17
**see** 21:22 23:25 24:3 33:5,10 53:20,23 56:25 59:18 83:2,11

84:3,14 91:11
**seeing** 18:4 19:18 20:12,14 61:6 91:2
**seek** 9:17
**sell** 38:20 39:15 52:1,2
**selling** 59:11
**semi-cfo** 11:13
**send** 49:11,16 68:22
**sense** 8:8 11:6 20:21 26:8 48:22 54:23
**sensitivity** 83:16
**separate** 37:3 85:13, 18 88:15
**separated** 86:24
**September** 67:2 81:14 82:7
**series** 53:13
**seriously** 17:13
**service** 52:3 78:20, 21
**set** 26:21 73:25
**several** 7:14 18:2 35:17,21
**severe** 22:3 23:6
**share** 67:6,20 88:18
**shared** 71:5 80:16, 20 83:17 89:6,15
**sharing** 51:5,6 82:25
**sheets** 87:8 93:12, 15,24
**Sheffield** 33:25 34:2,8 38:13 71:21 72:12,14 79:17
**short** 80:3
**shortly** 70:14 82:8
**show** 11:18,22,24 12:21,23,25 13:2,7,8,9 26:12 30:14 31:14,15,16, 24 32:3,7,9, 15,16,17,20 33:5,13,16 34:18 35:5, 9,14 36:6,7, 24 37:4,6, 10,17,18 38:22 39:10, 18 40:18,24 51:10,18 52:1,7,19,24 53:1,2,4,8, 11 55:4 58:11 71:5, 22,25 84:10 85:4
**showed** 33:11 61:13 65:1 82:3
**shown** 93:12
**shows** 11:16 12:11, 12,15,17,18, 19 13:6 31:6,13 33:1 34:20 35:25 38:1 43:17 58:12,13 62:16 66:16 71:18
**sic** 56:21
**sign** 15:20 89:9
**Signature** 94:14
**signed** 41:8
**similar** 78:25
**sir** 4:17 5:24 6:1 30:23
**sit** 79:12 85:16 94:7
**situation** 19:9 39:17 82:19
**slightly** 64:24
**slot** 36:25 37:8
**slow** 46:12
**small** 27:6
**Social** 15:17
**socialize** 13:25
**software** 56:4 57:15 78:20
**sold** 38:24 39:2,4 47:21 48:2, 10 49:13,21 50:3 52:9 78:25 87:11 88:4
**somebody's** 61:12,17
**sort** 21:14 27:17 30:8 48:22 52:22 66:4 67:23 78:25
**sorts** 35:15
**sound** 21:24 31:20 40:4 73:23
**sounds** 26:8 42:17 43:18 44:16 52:17 64:13 70:8 90:18
**speak** 30:2 72:7 94:4,5
**speakerphone** 69:21
**speaking** 92:7
**specific** 22:21 33:12 70:5 72:22, 24
**specifically** 20:20 22:20 46:18 48:3
**Spiritual** 32:4 48:7 49:2
**spoke** 43:2
**staff** 56:13
**stamped** 55:22 60:10 74:23
**stand** 24:1,2

**standard** 19:13,24
**start** 4:23 7:2
**started** 11:25 15:14 30:14 31:6, 10 75:17
**starting** 6:3 42:2
**state** 6:4 94:9
**stated** 72:18
**statement** 27:20
**statements** 8:21 22:6,7, 18 23:7
**station** 61:21
**steps** 16:16 68:7
**stop** 92:9,10
**stopped** 12:8 13:14, 15 71:18
**stopping** 14:13
**streaming** 10:22
**strip** 51:18
**stuff** 27:11 71:6
**subjective** 87:22
**subjectively** 76:18
**submission** 41:11
**substantial** 35:16
**substantiated** 17:21
**successful** 14:10,12 33:2,13,15 35:6
**succinctly** 10:17
**superior** 87:14
**Superstation** 61:21
**supervise** 34:18
**supervisory** 7:6
**supplement** 23:16
**suppose** 7:3 48:25 85:2
**supposed** 20:24 21:20
**sure** 19:19 20:17, 18 36:8 46:13 66:22 92:8
**surprise** 74:3
**surprised** 74:5
**switch** 17:24
**sworn** 4:6
**syndicators** 26:23 27:1
**system** 58:19,21 91:6

**T**

**T-O-R-R-E-S** 89:13
**take** 4:15,18,20 9:7,19 10:10 16:15 17:13, 21 22:6,18 23:7 27:13 30:10,17 37:5 43:2 47:5 49:5,25 50:1 53:12 68:22 74:23 79:24 80:3
**taken** 4:18 28:19 68:8
**taking** 22:7
**talk** 18:18 67:23
**talked** 48:6 49:25 70:4 71:22
**talking** 11:11 22:9, 25 33:15 34:5 41:14, 16 42:13 54:24 55:6 60:18 70:12 76:2 90:18 91:20,24 92:1,2
**team** 9:16 49:9
**technical** 58:24
**telephone** 78:20
**telephones** 78:20
**telethons** 11:25
**television** 84:6
**tell** 5:22 6:2 10:17 39:3 57:18 58:12 59:9 63:19 81:18 87:7
**telling** 94:4
**telltale** 15:20
**ten** 13:19 14:25
**term** 31:21
**terms** 8:25 11:10 30:3 32:14 33:6,15 35:24 36:16 41:14 42:1, 18 45:7,22 56:14 58:11 65:10
**testified** 4:8 43:15
**testify** 4:6
**testifying** 5:15
**testimony** 27:13,23 30:24 31:18 47:5 80:10
**text** 46:24 53:13, 25 65:3
**Thank** 4:25 53:16 93:4
**thing** 20:9 24:11 29:19 38:11, 19 41:10,12 61:10 65:16 70:23,25 72:21 73:14, 17 77:1 82:19 88:24
**things** 14:7,11 26:11,13,17, 19,20 27:17 33:16,23

39:12 40:8 47:22 48:20, 22 49:14 50:2,16 51:13 54:22 59:24 78:21 84:3 89:18 92:13

**think**
8:11,24 9:23,25 11:5 15:17 16:23 17:1 18:20 19:8 22:12, 25 25:16 27:22 29:1, 20,22 31:2, 5,14,15,18 38:5 43:20 44:7 51:22 53:20 55:18, 19,20 61:3 63:15,17 64:5 65:2 66:12 67:4 68:4 69:5,13 70:23,25 72:12,19 73:10 75:23 76:4,7,13, 14,16,23 77:15 78:8 79:24 80:14 81:7 82:4 83:5,12 84:16 87:2 88:18 91:18 92:1

**thinks**
76:18,20 92:13

**third**
12:19

**thought**
64:19 82:9, 11

**Thurman**
34:1,13 36:19 47:25 48:13,14,19 49:7,12,20 50:6 52:10 53:23 54:25 71:22 72:7, 11,12 78:22 86:23 87:3 92:2 93:15

**Thurman's**
34:15 87:16

**Thursday**
4:1

**time**
13:22 14:18, 19 15:4,13 18:23,25 20:21 22:4 24:24 25:9 27:9 29:2,6 30:16 34:6 36:25 37:2, 8,14 38:4,6 39:8,21,23 41:10 42:9 45:1 49:22 50:3 51:16 56:20 57:20 58:20 65:8 68:19 70:11, 14 72:5 77:19 80:22 81:14,18 86:24

**timeframe**
22:10 37:18

**times**
42:12

**title**
8:11 24:20 60:22

**today**
4:16 5:14, 17,25 60:3, 21 74:8 75:3,7 79:12 82:5 85:16 88:3 90:18 93:14 94:7

**told**
8:24 19:17 58:3 66:22 72:8,20 73:3 80:14 81:19 83:5

**top**
53:20 56:1 91:21,24 92:2

**topic**
23:24 72:23

**Torres**
89:13

**total**
55:4 57:13 58:13,14

**totals**
57:1

**track**
34:19 36:20 50:9

**tracked**
33:1 50:12

**tracking**
36:16

**traditional**
27:15

**training**
27:17 28:7, 11,15,19,22 29:6,17,23 83:16,19

**transparent**
71:4 77:16

**travel**
38:13,14 41:11 59:12

**trust**
15:3

**truth**
4:6,7 5:22

**truthfully**
5:15

**try**
21:5 45:9 46:12 65:9 68:7 71:24 83:11

**trying**
20:16,20,21 29:16 38:20 54:22 58:25 59:1 67:19 68:2 92:16

**twice**
11:23

**TWN**
8:6,13,16 9:2,22 10:13,18 12:4,13 13:17 15:11 17:25 18:9 19:7 20:3 22:10 24:7 26:2 27:4 28:7,11,17, 19,22 29:19 31:11,13 32:10,15,17, 25 33:10 34:11,19 35:25 36:1 37:19 43:16 46:18 48:3, 15 51:6,13, 15 52:6 62:6 66:18,20 68:7 71:16, 18 73:2,13 78:1 83:2 85:6 88:15 89:7,15,21, 25

**TWN-BRANDED**
40:17,24 41:16,21,24 42:15 43:4, 8,17 44:22 46:7,20 47:18,20

**two**
10:15 13:24

26:2 46:15 48:1 53:17 66:3 85:22

**two-page**
55:18

**two-pager**
55:21

**type**
24:7,11 29:19 43:24 56:3,6,11 69:13 70:1 84:20 86:1

**types**
11:17 47:3

**typically**
56:12

**U**

**UHY**
8:21

**undergraduate**
6:3,4

**understand**
4:15 5:21 17:4 24:18 29:12 30:22 38:16,23 45:14,25 59:1 66:7 70:10 76:14 80:7,19,21, 24 81:2,22 82:1 85:11 88:14 90:1

**understanding**
34:8 39:3 49:21

**understood**
6:16 12:7 36:23 49:16 80:16

**unique**
39:17,20

**University**
6:4

**upset**
82:13

**V**

**validity**
21:22

**vendor**
56:1

**versus**
27:10

**view**
76:8

**viewer**
34:19

**viewers**
32:23,24 47:21 48:11, 25

**voir**
54:18

**W**

**WADL**
26:10,14,22 27:1

**wait**
14:8 45:9

**want**
10:7,11 15:25 18:18 49:1 50:10 54:14,18,23 84:3

**wanted**
21:17 70:24 73:14

**Warfare**
48:7 49:2

**watched**
38:22

**way**
14:15 35:4 40:13 41:3, 24 42:18 43:10,18 44:20 46:4 48:4 64:1 66:11,15 67:11,24 68:3 69:14 73:16 82:7 83:3 90:22

**Wayne**
6:4

**website**
60:3 61:12, 17 62:24

**week**
11:19,23 12:21 51:19

**weekly**
41:11 84:9

**weeks**
10:15 12:22

**went**
6:5 43:12 50:18

**West**
5:2

**wheelhouse**
40:9 50:14

**white**
63:22

**withdraw**
94:9

**witness**
4:5 45:11 54:16,19 63:25 65:20 94:14

**WNC**
89:7,15

**WNC00001**
55:22

**woman**
49:23

**word**
7:13,15,18 8:4,5 10:19, 24,25 11:5, 7,14 12:21 13:1,5,7,12 15:14 17:25 19:10 25:17, 20,23 26:14 27:2 31:6, 19,20 32:2, 6,9,14 34:21,25 35:4 37:5, 13,16 38:5, 18,24 39:7, 9,19 40:25 51:16,20 55:16 58:18 63:18,21 64:3,10 66:12 67:10, 11 74:1,4 76:8,11,15 77:3 81:7 82:2 84:5, 17,21,23 85:6,11,12, 15,18,23,24 86:1,4,17, 20,23 87:4, 7,10,15 88:5,15 90:9

**Word's**
55:15,24

**words**
80:15

**work**
7:17 15:21 19:11 28:7 49:3 77:4, 15,21,23,24

**worked**
13:17 14:1,2 39:5 61:20, 22,24 78:22 86:23

**worker**
17:11 20:23 21:15

**workers**
28:11,23

**working**
15:5,11 24:3

79:4 93:20
**workplace**
16:8 19:4
**world**
10:20,21
**worry**
33:20
**would've**
71:5
**write**
44:5,18 45:2
89:8 90:20
**writing**
24:5 35:12
44:4
**written**
19:15,20
20:4,8 21:14
41:8,15
43:23 46:17
58:19 60:3
**wrong**
14:21 36:24
57:18
**wrote**
63:13 65:17

**Y**

**yeah**
6:18,20
13:14,16
20:22 21:3
25:14 26:3
39:20 49:3
51:25 62:4
64:23 66:13
76:1,19,25
89:16 92:8
94:1
**year**
6:11 26:24
**years**
13:19 14:2
15:12 18:2
25:3 30:13
38:6 85:2,17
94:8

**Z**

**Zero**
32:19