# EXHIBIT 2

IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE EASTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION

GEORGE BLOOMER,

Plaintiff,

vs. Case No. 2:22-cv-12433-NGE-DRG

THE WORD NETWORK

OPERATING COMPANY, et al.,

Defendants.

_____________________________

The Video-Recorded Deposition of KEVIN ADELL,

Taken at 201 W. Big Beaver Road, #500,

Troy, Michigan,

Commencing at 10:05 a.m.,

Friday, May 31, 2024,

Before Jenifer Weisman, CSR-6006.

APPEARANCES:

J. CORY ASAY
HKM Employment Attorneys, LLP
312 Walnut Street
Suite 1600
Cincinnati, Ohio 45202
513.318.4496
casay@hkm.com
Appearing on behalf of the Plaintiff.

JOHN T. BELOW
Bodman, PLC
201 W. Big Beaver Road
Suite 500
Troy, Michigan 48084
248.743.6000
jbelow@bodmanlaw.com
Appearing on behalf of the Defendant.

ALSO PRESENT:
Lauren Luzod - Video Technician



TABLE OF CONTENTS

WITNESS: PAGE:
KEVIN ADELL

EXAMINATION BY MR. ASAY: 4
EXAMINATION BY MR. BELOW: 142
RE-EXAMINATION BY MR. ASAY: 143

Exhibits

(Exhibits attached to the transcript.)

DEPOSITION EXHIBIT 19 81
DEPOSITION EXHIBIT 20 134



Friday, May 31, 2024
10:05 a.m.

VIDEO TECHNICIAN: We are on the record on May 31, 2024 at 10:05 a.m. This is the video deposition of Kevin Adell being taken in the matter of George Bloomer versus The Word Network Operating Company filed in the United States District Court, Eastern District of Michigan; case number 2:22-cv-12433-NGE-DRG.

This proceeding is being held at 201 West Big Beaver Road in Troy, Michigan. My name is Lauren Luzod, the video technician. Will the attorneys identify themselves for the record and court reporter swear in the witness.

MR. ASAY: Cory Asay for plaintiffs.

MR. BELOW: John Below from Bodman for the defendants. Michigan bar number 48677.

KEVIN ADELL,

was thereupon called as a witness herein, and after having first been duly sworn to testify to the truth, the whole truth and nothing but the truth, was examined and testified as follows:

EXAMINATION

BY MR. ASAY:



Q. Good morning, Mr. Adell. We met briefly off camera, off the record. Again, my name is Cory Asay and I'm one of the lawyers for the plaintiffs in this case.
Do you have a preference on what I call you today, Kevin or Mr. Adell?
A. Kevin is fine.
Q. Okay. Kevin, you realize you're here for your deposition today, right?
A. Yes.
Q. So I believe that you've had your deposition taken before, is that correct?
A. Yes.
Q. And you understand today I'm going to be asking you some questions and you'll be providing answers to those questions?
A. That's correct.
Q. If for some reason I ask a bad question, I think there is a high probability of that happening today, and you don't understand the question, just let me know and I'll do my best to clarify and rephrase it, okay?
A. I understand.
Q. And if you need to take a break at some point, just let me know. We're not here to try to run a marathon. I just ask that if I have a question pending, that you answer that question before we take a break, is that

fair?
A. I understand.
Q. All right. Can you give me your address, please?
A. 636 14th Avenue South, Naples, Florida 34102.
Q. And how long have you been at that address?
A. 20 years.
Q. Do you have any plans to move from that address in the next 12 months?
A. No, that's my homestead.
Q. Okay. If that changes, will you let your lawyer know so he can let me know?
A. Yes, I understand.
Q. Can I have your date of birth, please?
A. 11/18/66.
Q. And I know you said you've been deposed before. Do you know how many times?
A. No.
Q. Would you say it's more than five?
A. I'd say several.
Q. Is that less than five to you?
A. No, it would be more than five.
Q. More than five. More than ten?
A. I don't think so.
Q. Were all of those -- what types of cases were those that you were deposed in?



A. General business cases.
Q. Any employment cases?
A. I don't think so; not sure.
Q. Not that you recall?
A. Not that I recall.
Q. Were all of those cases filed in federal court?
A. Mostly Oakland County Court.
Q. State court?
A. State court.
Q. Are any of those actions that you've been deposed in, are any of those currently pending?
A. Yes, there's a couple pending cases.
Q. Okay. And how many are pending?
A. Maybe two, but I haven't taken deps from those.
Q. Understood, okay. The two that are pending, what's the general subject matter in those?
A. One was regarding a frivolous action that was filed on the Adell Center by my cousin Joannie that blew past the statute. And the other is a federal tax case filed on my dad's estate by the federal government, that's just a regular case, saying that I was a trustee or a personal representative, but I wasn't.
Q. Okay. You said there haven't -- you haven't provided depositions in either one of those cases?
A. That's correct.



Q. Are you on any medication today that would prevent you from testifying truthfully?
A. No, sir.
Q. Have you consumed any drugs or alcohol today?
A. No, sir.
Q. Okay. Of course, you understand you're under oath today?
A. That's correct.
Q. And you understand that that means you're supposed to tell the truth?
A. I understand.
Q. Will you do that for me today?
A. Yes, of course.
Q. All right. If you can, just briefly give me your educational background.
A. Have a degree in communication from '85 to '89 at Arizona State University; a BA in the Walter Cronkite School of Journalism; high school degree and college four-year degree.
Q. Anything after your four-year college degree?
A. No, just, you know, hard work.
Q. If you would, if you can give me just sort of a quick job history. I know before we went on the record you said you're in the business, and obviously we know that you're in the communications business, but if you



can just give me sort of a quick synopsis of what your job history has been after college.
A. Sure. Built a TV station, last TV station for the Detroit area from a construction permit, called a CP license in 1985 -- or I'm sorry, 1989. Built a TV station, WADL from the ground up. It's my network. After that, did work for General Motors division called Hughes doing all their data called V sats (phonetic) for Hughes Network Systems in the '90s.
I came up with The Word Network in 2000, the largest African-American religious network in the world. In 2000, built it from the ground up. The -- I have a radio station, 910 Superstation, WFDF. I didn't build it from the ground up, but it was a stick and converted it to a conservative talk radio station in town.
Went on to do the Adell Center before COVID, pre-COVID, and the Adell Center is a mixed-use development on the corner of Novi Road and I-96, with a 140-foot water tower that bears my name, Adell, and it's a mixed use with Carvana and iFLY and uses like that, hotels. And that's my history in 34 years. Privately owned.
Q. And I take it that you're still involved in the Adell Center, right?

Page 10

A. Yes.
Q. You're still actively managing that?
A. I'm not really managing it; overseeing the management company. It's already built, so it was pre-COVID, built during COVID. There's two hotels that are going to be going up, so I, you know, I already sold them the property, so I kind of manage just to see what they're doing, help the city out, making sure the management company is cutting the lawn, spraying, stuff like that, and I still have one lot left on the corner of I-96 and Novi Road. So it's the water tower I own and one lot.
Q. You mentioned the radio station, that's -- I'm going to use the word management, I know that's not quite right, but that is still something you are involved in or oversee?
A. That's correct.
Q. And then obviously we're here to talk about The Word Network and Word Network Church, and those are both entities that you still are involved in, is that right?
A. Yes.
Q. And are you still involved in the TV station, WADL?
A. Somewhat, yes.
Q. So let's talk about The Word Network Operating

Page 11

Company, and I think I refer to it as TWN, is that -- if I use that abbreviation, you'll know what I'm talking about?
A. Yes.
Q. Is that what you would call it, or what do you guys --
A. No, I call it The Word Network.
Q. The Word Network?
A. The Word or The Word Network.
Q. Okay. I will do my best to use my terminology, but I might slip into something shorter for the sake of brevity.
A. Understood.
Q. What is your position or your role with The Word?
A. Founder and creator of The Word Network. My role is CEO of The Word Network, so I oversee The Word Network.
Q. And what are your job duties as the CEO?
A. They haven't changed since the beginning, which was distribution; getting The Word Network on distribution, changing with technology, looking at open avails, making sure all the avails are sold, which are half-hour avails. So there's a 24-hour clock and I look to make sure that time's sold at the -- at a rate that's fair for everybody, watching spots on The Word, keeping up with technology, relationships

Page 12

with conventions and pastors doing conventions, live conventions, live shows, kind of like a general overview, and watch the employees to make sure that they're running the network, and that would fit for all three companies.
Q. Okay. When you say all three companies, you mean The Word, Word Network Church?
A. Yeah, it's really The Word, and then The Word Network Church is basically shows that we put on.
Q. Okay.
A. Like we had a show last night, The Word Network Church did, but I didn't produce it; it was produced elsewhere. So I'll make the time with the pastor or individuals and then block the time out for that.
Q. For The Word Network?
A. Church.
Q. For the church?
A. That's correct.
Q. Okay. And what -- you said for the three companies, what is the third company?
A. WADL and 910, same positions.
Q. And WADL and 910, do you consider -- are those separate entities or is that under one umbrella?
A. No, they're all separate entities.
Q. Then I think you touched on this a little bit earlier,

Page 13

but just for the sake of making a clear record, what does The Word Network do; what is its function?
A. The Word Network is providing a service to the cable companies, OTO companies, VPNs, airlines, prisons, a 24-hour channel that's sensitive to the African-American community, providing half hour to hour programs nationally, internationally, uninterrupted service.
Q. And these are religious programs, right?
A. Yes.
Q. Just in terms of history and the founding of The Word Network, as you sit here today, I don't think you're African-American, I don't think are -- I don't know if you're a Christian or not, but how did you come to found the largest African-American religious station in the world?
A. Yeah, and you don't have to be African-American to come up with an idea for The Word Network. Telemundo is owned by Comcast, and I forget the person that started it. Univision, same thing.
I was running religion on my local TV station in the beginning in 1989. So I was running local religious shows on the TV station, half-hour local ministries. I started to do work for General Motors doing their uplinking just at the right time.

Page 14

It was EDS, Electronic Data Systems, Ross Perot was doing V sats (phonetic) for General Motors, a division called Hughes Network Systems, and I happened to be at the right place at the right time, kind of lucky, I had a license in Southfield in 1994 and I was -- I had a dish, a KU dish that I built, and so they needed somebody to take the position away from EDS, which was based in Southfield. So there was a company called Hughes owned by General Motors in Germantown, and they partnered up with me to do uplinking, and they showed me the satellite business.

So you have a TV station that broadcasts 200 miles around the tower. Satellite, you broadcast 75 to 100 watts, sometimes 25 watts, and you go up 36,200 miles to the equator to a parking spot, and it comes down like a cone to the cable systems, and after six or seven attempts, I decided to build a religious network because I was running religion on my TV station.

I first had different choices to do a car channel. In fact, I was trying to do a home shopping channel for Kmart, which was across the street, so I had six or seven ideas that didn't pan out. So the last idea was to take religion that I was familiar with on ADL and put it together and make a national

Page 15

channel across the country, not just for local ministers, but ministers that were in Chicago, Philadelphia, Dallas.

So I would travel around the country with Reverend Jesse Jackson, Reverend Sharpton, and sometimes Minister Farrakhan, and I would have ministers meet us there and we would ask the cable companies to carry this channel.

And so the first channel that I got was DirecTV, and after that it was Time Warner New York, and I traveled the United States five days a week getting on cable systems and selling time to ministers, and I did that for 24, 25 years. And so we're now in 200 countries, reaching 3 billion people on linear cable, over-the-top streaming platforms, VPNs, airlines, prisons, wherever a platform is. So take an Xbox or a PlayStation, so we get it to you when you're young, a platform on there, to Roku to Comcast cable.

Q. And sounds like in terms of how The Word Network makes its revenue, generates revenue, is by primarily selling those time slots to ministers?
A. That's correct.
Q. Is that fair?
A. Yes.

Page 16

Q. Are there other ways that it makes revenue?
A. For a while we ran church services. We'd have a show that we would use product and preachers, but times have changed where I'm not doing the shows. I'll have a minister, like last night do. There was five ministers that produced a show with Damon Davis, and it was done at his studio in Atlanta. So I just carried the block of time. We had our number on there, but it's to cultivate new preachers, finding new preachers. Like we had older preachers on like Gordon Robertson from 700 Club and Derek Grier, but we had younger ministers on trying to sample The Word. And we run spots now on The Word. Instead of running -- the business constantly changes. So instead of running products like Bibles and prayer shawls and necklaces, we're selling spots in between the shows. So the business is always evolving and changing.
Q. We'll talk about selling the products, bibles and prayer shawls and this sort of thing a little bit later.

But in terms of the -- tell me, because I'm not in the business, what is the difference between selling the time slots to ministers and then selling a slot, I think is what you called it, between the shows?

Page 17

A. Yeah, so we sell a half hour to a ministry. Let's take for example Joyce Meyer. We'll sell her a Monday through Friday time period, and she might buy three times on the network: morning, afternoon, night, and she has the same show she produces and it's the same show that airs five days a week. And then the half hour -- every half hour I get two minutes after each show before I go into the next show, we'll sell spots for American Heart Association, St. Jude, Wounded Warriors, Christians and Jews. Where we used to sell products, we're now selling commercial time; easier.
Q. The Word Network Church, as I understand it, is a separate entity from The Word Network, is that right?
A. That's correct.
Q. And so tell me about what The Word Network Church does.
A. It was a studio that we have in the building at The Word Network, and it would produce shows; usually consists of an hour to two-hour shows, time slots, we would air on Friday, and we would produce a show, have a host, and we would interview ministers and have some gospel music and push a product at that time.
Q. You said at that time, when was that? I think you're referring to, you said, push a product --
A. It was before COVID.

Page 18

Q. Before COVID?
A. Right. So after COVID we stopped. You couldn't have studio audiences, you had to have essential workers, the governor just wanted essential workers. So TV and radio stations had to figure it out using remote locations, not having a lot of people in there, not having contacts, so everything changed right during COVID.
Q. All right. So I understand correctly, The Word Network Church's prime function was to produce shows that would then air on The Word Network?
A. That's correct.
Q. But not all of the shows that appeared on The Word Network were produced within Word Network Church, is that fair?
A. That's fair.
Q. And so the other shows that would appear on The Word Network may be produced by preachers in their own studios, or at least studios outside of Word Network Church?
A. That's correct. It's usually one hour every week.
Q. Of?
A. The Word Network Church.
Q. So one hour each week is a show that was produced within Word Network Church?

Page 19

A. Yes, during wintertime. Summertime, churches pretty much shut down, people have, you know, other activities, and so it usually starts in the fall, like September, starts back in September and shuts down in May. So most churches, you know, their congregation goes, you know, away, family affairs, functions, people going to school, and so most churches kind of put summer hours. And the pastor, that's when the pastor -- it's kind of like school teachers, that's when they take their break.
Q. Does programming decline during the summertime period?
A. I wouldn't say decline, I'd say no new shows are coming in. Just like regular television, you're seeing repeats now, and the shows are still there, but you're seeing repeats, so all the new shows start in September, August 31st, September 1st would be all the new shows, and so you're still seeing shows, but they're just repeats.
Q. Understood. Let me sort of circle back to where we started on all this, which was kind of your functions as the CEO. But in your role as a CEO, do you have authority to hire and fire employees?
A. Yeah, I do. I'm not -- I usually leave -- for like mass control, Kevin Coles would be the person to hire mass control operators, editors, so I'm not hiring

Page 20

every single person there, and that goes for all three companies.
Q. Okay. So it sounds like you've got the authority to do it, but you, would you say, delegated that responsibility to certain other employees within those entities?
A. Yes.
Q. In your role as CEO, do you have authority to enter into contracts or agreements on behalf of TWN or Word Network Church?
A. Yes.
Q. Do you have authority to control the finances?
A. Yes.
Q. So in general, we're talking about those types of things: entering into contracts, controlling finances; you have the authority to take action that would bind the company, is that fair?
A. Yes, I have a fiduciary obligation.
Q. You've been in business for a long time, it sounds like. How would you -- well, would you describe yourself in any particular way as a businessman?
A. Yeah, I would say entrepreneur, took risk, jumped out of a plane trying to figure out how I'm going to land safely, been self-employed. It would have been easier to work for somebody and collect a paycheck. Big

Page 21

responsibilities looking after, making sure all my employees are taken care of, making sure payroll -- I mean, it's a big risk; getting tired. I've been doing it for 34 years. You know, the fun part is creating; the fun part is not -- the not fun part is taking a deposition and dealing with problems, but I'd say the fun part is building the -- just like any business, you know, it's like the fun part would be building the business and being creative in the business and finding a niche that people like and being number one in that, and the not so fun would be running. So I would say running it was not fun.
Q. I don't know if I heard someone say this or I read it, but I think I've heard you described as sort of an old-school businessman, which I'm not exactly sure what they mean by that, but sort of doing business face-to-face, handshake deals, that sort of thing. Is that a fair characterization of you as a businessman?
A. Yes. Transparent, looking you eye-to-eye, a lot of my customers it's over the phone, dealing with reps, getting stiffed, thinking that people are honest, not, do you know what I'm saying, it's traditional business. I have to make myself get up every day and go to work. So I roll in at 10:00, take an hour for lunch, leave at 5:00, you know, you do the same thing

Page 22

every day over and over Monday through Friday, and your phone cannot stop and it still comes on the weekends and you have to take people's calls and complaints, and I would say creating the idea, like the Adell Center, creating that idea, building it in the beginning is fun; same thing with The Word, 910, coming up with something that's unusual that people like, but running the business day-to-day, I wouldn't wish that on anybody. And I think you're lucky if you work for a company because you don't have to worry about payroll, rent, you know, expenses, suppliers. You know, there's just a whole lot of things that go into it. So knowing what I know now, I'm stuck and -- not stuck, but I just can't -- I'm not going to be able to work for somebody; I've been my own boss for 34 years.
Q. And in the doing of the business and the running of the business and working with the vendors and employees even, you expect people to, you know, do what they say they're going to do?
A. Yeah, of course, it's human nature, you know. Human beings disappoint. That's why I love animals, because animals don't disappoint you. I'm a big fan of animals.
Q. Me too. Sounds like we had some -- at least you all

Page 23

had some wild life experiences in the last 24 hours.
A. Yeah.
Q. Would you agree with me that employers should maintain a workplace that's free from harassment and discrimination?
A. Yes, of course.
Q. And that would include racial harassment and discrimination?
A. Yes, of course.
Q. Would you agree that employers should take steps to prevent racial harassment and discrimination from happening in the first place?
A. Yes.
Q. That employers should prohibit employees from engaging in racial harassment and discrimination no matter the employee's position?
A. Yes, but The Word Network is the largest African-American network in the world; the majority or I'd say all the employees are African-American except myself, maybe myself and Ralph Lameti. And so, you know, I agree on all these things about discrimination, harassment. I can agree with you on that. I think I'm sensitive to that because I built the largest African-American religious network in the world dealing with African-American ministers, and so

Page 24

most of the ministers on The Word are African-American, I'd say 90 percent. And so I'm very sensitive when I go into a restaurant, to a building, looking around, everyone here is not African-American, and so I look at restaurant employees, so I'm very sensitive to that. So any questions dealing with harassment, discrimination, you know, my radar is up, yes, I'm keen on that. I was trained by the Reverend Jesse Jackson.
Q. Would you agree with me that a worker's reports of racially inappropriate behavior should be taken seriously by the company?
A. Yes.
Q. And should be promptly investigated?
A. Yes. Depends what the nature is, but yes.
Q. But it should be investigated --
MR. BELOW: I'll just object, because I think the question is too general to really be answered. So maybe you can be a little more specific.
BY MR. ASAY:
Q. If an employee --
MR. BELOW: What employee though? What are the circumstances?
BY MR. ASAY:
Q. There's a person who works for your company who is an

Page 25

employee --
MR. BELOW: Wait, wait. No. I'm going to place another objection on the record.
MR. ASAY: Just object.
MR. BELOW: Because your client has never been an employee of any of the defendants, and we've already had a decision on that by the EEOC. So let's talk about the case and not hypotheticals.
MR. ASAY: Just let me ask the question and --
MR. BELOW: I guess we'll see.
MR. ASAY: Okay.
MR. BELOW: Otherwise, we may be here for 14 hours.
MR. ASAY: John, we don't need to be.
MR. BELOW: Yeah, we do, if we're going to talk about hypotheticals.
BY MR. ASAY:
Q. If there's someone who is performing work for one of your companies, they report racially inappropriate behavior, do you think that is something that needs to be investigated; that's all I'm asking?
MR. BELOW: I object in the phrase working for. What does that mean? It's unanswerable, ambiguous. Working for how?

MR. ASAY: Performing services.
MR. BELOW: What, any services?
BY MR. ASAY:
Q. Do you understand the question?
A. So like a vendor, are you saying like a vendor, so if a vendor came to me, the guy that cuts the lawn, and he's Hispanic and somebody said something to him, like the guard outside, would I be responsible for investigating if somebody made a racial slur about Hispanics?
I mean, we're sensitive. The Word Network is -- I'll put a general statement -- is sensitive to all racial discrimination. We're going to investigate it, you know, but if somebody's -- George was a friend of mine and he wasn't an employee of The Word Network, and he showed up on his own to produce a show, and we were friends, and so if that's what you're talking about, do you know what I'm saying, it wasn't just between George and myself --
MR. BELOW: He's not talking about George; he's talking about hypotheticals.
A. Okay. So hypotheticals, yeah, we're going to investigate and look into it, and The Word, everyone there is mostly African-American. And like I said, I was trained by the Reverend Jesse Jackson about



sensitivity. In fact, I talked to him last night. And I talk to a lot of ministers. So I was trained by the best to be sensitive. It's a big responsibility owning the largest African-American religious network in the world. So I've never been determined (sic) as a racist or anything like that.
MR. BELOW: I'm not sure Cory knows who Jesse Jackson is.
MR. ASAY: I do know.
THE WITNESS: I'm sure he knows who he is.
MR. ASAY: I do know who Jesse Jackson is, but thanks for the vote of confidence.
THE WITNESS: I believe you do. Anyone in our age group would know who the Reverend Jesse Jackson is.
BY MR. ASAY:
Q. So you're sensitive to racial issues --
A. Yes.
Q. -- right?
A. I agree on that.
Q. Okay. Does the -- I guess we'll take these in order. I'll talk about TWN and The Word Network Church. It's a bit of a mouthful for me sometimes, so bear with me. Sort of take these in order, but starting with TWN: Does TWN have any written policies governing the



workplace?
A. Yes.
Q. And what are those policies?
A. It's a policy handbook that was done by Clark Hill -- sorry -- that was like an employment handbook, and usually the person that's hiring has that handbook given to the employees. If there's a position open, they -- now it's large with the Internet. We used to do job fairs, but now you put it on Indeed and you get 200 applicants, but you really can't look at 200 applicants, so you start to weed out experience to dwindle the number down, but we look at all the candidates for the job, the best person qualified, and mostly since it's The Word Network, we try and hire African-American, where like WXYZ is next door to me, it's mostly non-African-American there. So when we do EEOs by the FCC, we have sterling colors because it's 99 percent African-American broadcast, which is usually the opposite in our industry.
Q. How long has TWN had a handbook?
A. 24 years. I don't know where it is. I haven't looked at it. I know it was done, but I haven't seen it in -- since I started.
Q. Okay. Do you know if there's an anti-discrimination policy in there?



A. I would think that Clark Hill would protect me on the handbook, but I haven't seen it. I haven't looked at it. It's not something that I do.
Q. Okay. Is there somebody within TWN who would be the person that you would go to if you wanted to get a copy of it?
A. I'm sure I'd ask Ralph for a copy of it, you know, but I haven't asked him in years. It was done a long time ago. We have policies in our kitchen and areas that say, you know, whatever employee stuff, whatever we have to put up.
Q. You're talking about posters that need to be --
A. Yeah.
Q. -- hung up?
A. Yeah, whatever needs to be posted, they're up. I don't know if they're updated. I haven't seen it. I don't really pay attention. I just go in the back way to my office, park in the back, and go in that way.
Q. All right. So you may give me the same answer for a few of these, but I'm going to ask you about separate policies, and if you know one way or the other, let me know. Do you know --
MR. BELOW: Let me object in that he said he's unaware of any specific policy, so why you would ask him about five separate policies?

Page 30

MR. ASAY: Is that an objection?
MR. BELOW: Yes, it is. It's unnecessarily repetitive and redundant and harassing of the witness.
BY MR. ASAY:
Q. Do you know if there's an anti-retaliation policy in the handbook?
A. Like I said, I haven't seen the handbook since I started. I don't know what's in there.
Q. Okay. Are you aware of any policies that are outside of the handbook? Is there a separate, you know, HR guidebook or anything like that that would be outside of the handbook that you're aware of?
MR. BELOW: I want to object. Your client is not an employee, so it's irrelevant to talk about a handbook.
BY MR. ASAY:
Q. You can answer.
A. I know there's certain companies that do policies for us. I don't know what they do. I met them before, insurance, stuff like that. So you know, I know there's companies that handle insurance and Aflac and stuff like that. I don't know what's in their policies, that's not really my expertise. I haven't seen it in 24 years.
Q. Okay. And to find out, is that a question that you

Page 31

would ask Ralph or another person?
A. I don't think I'd even ask Ralph. It's something I don't do. It's doesn't come into my job responsibility. Mine's pretty narrow, you know, so I just handle what I need to handle.
Q. Yeah, I guess if you were forced to find out, who would be the person that --
A. I'd ask Ralph, one person. I might talk to a few people there at work, if I have to.
Q. But sounds like Ralph would be the primary person, like that's who you would go to first?
A. I might go to him first.
Q. Do you know if there's any process, written or otherwise, for someone to make a complaint about harassment, discrimination, or retaliation?
MR. BELOW: Objection, ambiguity as to someone.
A. I'm a small company, I'm not General Motors, do you know what I'm saying? I operate out of a 35,000 square foot building. You know, I never had that before. This is the first time that somebody's made a complaint about racial discrimination. You know, it's usually done -- normally, the church handles something like that; like a person would go to a pastor of a church or a civil rights leader. You know, this is

Page 32

unusual. So it's out of the ordinary. I'm not General Motors, I don't have 10,000 employees, you know, small companies.
Q. How many employees does TWN have?
A. I have no idea. I don't handle how many employees. I just work with a few central people. But there's mass control operators, there's accounting people there, there's traffic people there, there's salespeople there. I mean, I'm not counting employees. I handle a narrow job with little as much contact as possible with everybody. It's summertime, I want to get out of there.
Q. I understand. Just as a rough estimate, would you figure that there's more than 100?
A. Oh, there's not 100, no, definitely not.
Q. More than 50 though?
A. No. After COVID, we realized that we could operate leaner, less people, because we had to. So we had a lot of employees before COVID. Today, it's a different story. You know, COVID changed a lot of things. You realize, you know, you don't need a lot of people. A lot of stuff I do myself. Like I used to have security; I don't need security, I can get my own gas, I don't want anyone driving me around. COVID changed everything. You can get away with less

Page 33

people, less contact. So I would say COVID was the biggest motivator of realizing your company and seeing how many employees you really need. Stuff was done by Zoom, didn't need to go to meetings anymore, walk in the conference room, travel changed, everything changed during COVID, business changed, and so you had to adapt because you only had to have essential people there. So, you know, we cut everything drastically, two-thirds.
Q. Let me -- I was talking about TWN with respect to these policies. Let me just ask you about Word Network Church and your answers may be the same, so let me know there.
Is there -- are there written policies for The Word Network Church with regard to anti-discrimination?
A. No, because The Word Network Church was just a one-hour show once a week. It wasn't part of The Word Network. It was producing a one-hour show. So we had other hosts over the years that did that show that fizzled out, left, came, gone, came back and forth. It was -- it wasn't really a big deal for the network. It was just a one-hour show that was produced.
Q. So I understand, there were policies for TWN because there are employees and people who work for TWN?

A. Yeah, The Word Network Church is volunteers.
Q. Word Network Church is all volunteers?
A. Correct.
Q. So no policies for Word Network Church?
A. I don't believe so.
Q. Who are the -- as I understand it, the management of Word Network Church includes you, is that right, as CEO?
A. Yes.
Q. And is Mr. Lameti part of that sort of management?
A. I'm not sure. I don't know. It was done to produce a show for The Word Network. We needed our own studio. It was a different time before COVID. We were having guests, local ministers. It was in the process -- today, The Word Network is established and we have two open avails on The Word, or one today, 24 hours, seven days a week, sponsors sold probably 85, 90 percent of the time. So it's run better before -- after COVID.
Q. Do you know -- aside from yourself, do you know anyone who is sort of in that management level for Word Network Church?
A. No, just myself and probably Ralph. I don't know if he's on there. I haven't looked at it. We're really not doing live shows there anymore. The shows we had last night were in Atlanta, and I don't even know if



they put the logo on The Word Network Church. I watched it, you know, 8:30, went out to dinner, I saw that it was on. It was supposed to start at 8:00. It's a different setup now.
Q. Word Network Church isn't, would you say, is just not doing much at this point?
A. Once a week. You know, Thursday night, I think we do a show with Taketa Williams 7 to 8, and then maybe once a month I will probably do a show, but it's not at our studio, not producing it, not having talent; reduced my expenses, so you're not going to have a makeup artist there, you're not going to have no security there because you're not doing it at your studio, so no one's going to rush the stage on live TV; you're not having guests, you're not putting up at hotels, you're not -- I reduced my expenses 1,000 percent.
Q. So we'll go back, pre-COVID, back to 2019, since things were done a little bit differently back then.
Back in 2019, was there -- I understand there was not a human resources department, is that correct?
A. There was. Jamie Harrington did HR, but fell into the job. It was just providing a handbook, insurance, dealing with the insurance. I think we use a company



now that does that.
Q. And the company that you use --
A. I don't know the name. I don't know the name.
Q. Did that come about after COVID?
A. I'm not sure. I don't handle that. It's not the area that I specialize in.
Q. Do you know what -- you said Jamie Harrington fell into the job.
A. Yes.
Q. What was Jamie's primary responsibility before she started doing HR functions?
A. She was working at WADL doing stuff there. Jobs were disappearing because things got consolidated, so she moved over to The Word and she wanted to be near her cousin that was working there, sister-in-law or something like that, and kind of fell into that HR job. This is a long time ago.
Q. I understand. I understand it's been several years, so answer to the best of your ability.
Do you remember -- once she moved over to The Word, was -- I mean, was Jamie's primary responsibility then these HR functions?
A. No, she had other responsibility.
MR. BELOW: Can we take a time out for a second?



MR. ASAY: Yes. Do you want to go off the record?
MR. BELOW: I want to talk to you for a minute.
VIDEO TECHNICIAN: Off the record, 10:53.
(Off the record at 10:53 a.m.)
(Back on the record at 11:00 a.m.)
VIDEO TECHNICIAN: We are back on the record, 11:00:55.
BY MR. ASAY:
Q. Before we went off the record, we were, I believe, talking about Ms. Harrington and her function within TWN --
A. Yes.
Q. -- is that right?
Did she have any -- were any of her job duties, or did those job duties include investigations of any kind, if there had been a complaint of discrimination?
A. No. She just filled out the paperwork for -- helped fill out the paperwork for the employee, made sure the insurance was active in 90 days. It was really more for insurance, to make sure that if we hired a full-time employee, that they were qualified to get Blue Cross Blue Shield in 90 days and work with the HR

company, insurance company, or Aflac, you know. She fell into that position. She's no longer there. She quit.
Q. Understood. So sounds like she was handling benefits?
A. Just go-between, that's all it was. I think now we just go right to the person. She was a middleman. So we cut out the middleman. I didn't do it, she quit, left, you know --
Q. Okay.
A. -- don't care.
Q. Have you ever -- has there ever been any requirement at TWN to attend discrimination and harassment training? And I'm talking 2016 to 2019, that time period.
MR. BELOW: Same objection, nonemployment.
A. I don't know. I don't handle that. The person that's hiring people is African-American, his name is Kevin Coles. So if he's hiring anybody for mass control positions or radio positions or ADL, I mean, he's African-American, so I would think he would be sensitive to his own culture and community, so I mean, I would best ask him.
BY MR. ASAY:
Q. But do you recall personally attending any kind of harassment or discrimination training during that time



period?
A. I traveled with the Reverend Jesse Jackson five days a week and I think he would be the father of civil rights, and then before that it was Martin King, Mrs. King's son, and, you know, I traveled the country getting The Word on cable systems with pastors, large pastors that have huge congregations like Bishop Charles Ellis, Horace Sheffield, Reverend Jesse Jackson, Al Sharpton, I mean these are people that, you know, civil rights, Ben Crump, these are people that are, you know -- that bleed civil rights, it comes out of the church, so I think I'm pretty sensitive to the African-American community and know many pastors all over the world in Africa, Nigeria, Kenya, to the United States; I'm pretty sensitive on African-American issues, sensitivity, trained by the best, still talking to these individuals. It's never come up before. This is the first time --
Q. Okay.
A. -- so it's unusual.
Q. So you spend time with all these individuals that you just mentioned?
A. Tons of hours. Even yesterday I was on the phone. Jesse Jackson's doing a documentary because he's towards the end of his life, he's got Parkinson's, and



they asked if I would be a part of the documentary about the Reverend Jesse Jackson. It's going to be on Netflix. I said I would go there. I mean, I spent hours on the phone.
Q. So I'm not trying to put words in your mouth, but it sounds like you didn't feel there was a need to do any sort of --
A. I didn't say that.
Q. -- formal training --
A. I didn't that there's no need. It's just I live it. I'm sensitive to the African-American community. I mean, there's no need for me to go to class. What class am I going to go to? Like is there any kind? I'm not even aware of any classes. But if I have a question, I think I would ask them, right? What am I going to attend when I have -- most of my employees are African-American and most of my customer base is African-American, and my friends that I started The Word Network with are African-American, are civil rights leaders. So I guess if I have a question about civil rights or African-American issues, I think I'm going to go to my friends or civil rights leaders or the church, churches that I know here locally. I'm unaware of any class to attend. That's something for like General Motors or Ford or Chrysler; I'm a small



company, real small.
Q. So those things that you mentioned, like the classes at General Motors would do --
A. I don't know even if there are any. I have no idea. This is the first time that we've had a situation like this; this is the first time, one individual making a complaint who's not associated with the church, not part of an organization, not teaming up with Ben Crump or Jesse Jackson or Minister Farrakhan or Reverend Sharpton. He's a lone wolf out there making a complaint, using non-African-American attorneys, which is unusual.
Q. So you are familiar with Bishop George Bloomer; yes?
A. Of course, yes.
Q. When did you first meet Bishop Bloomer?
A. I have no idea. I saw him on TV on a small cable channel. I had a host before that, Greg Davis, who wasn't showing up on time. I don't know, wasn't excited about doing the show, was looking to do other things. I saw George on TCT, happened to be in my office, I got his number -- I think I got his number from Pastor Gerald Scott, called him up, and said, you know, would you like to play for the majors? You're playing in minor league baseball. TCT is Tri-County Christian. They had a small group of stations, and so

I'm like would you like to play for the Yankees? And he left what he was doing and came over. That's how I met George Bloomer. Some sort of that context, that's what happened. I don't know what year, date, but I saw him on another channel.

Q. Okay. I was going to ask you when you thought that was --

A. I have no idea. I don't even remember what I had for dinner last night.

Q. All right, fair. I will try to put just some parameters and I'm not trying to hold you to this, but after 2010?

A. I have no idea. I couldn't tell you. Like everything's a fog, right? I know milestones: when my daughter was born, my wife's birthday, when I started The Word, what time I went on the air on WADL, you know, 4 p.m. May 20th, 1989; I know dates like that. Everything else is a fog. That's not what I do.

Q. So let me ask you this: When Bishop Bloomer came over to The Word, how did -- you know, how did he come over and what was he -- what sort of show was he going --

A. I had an idea for a show. He came over, likeable guy, I liked him, you know, friendly, you know, nice looking, do you know what I'm saying, nice appearance



on TV. Usually people for TV are nice looking; people for radio have a face for radio, do you know what I'm saying, that's just how it is, and so charismatic, nice, came over, don't remember the conversation, showed him around The Word.

Word's an impressive facility. It's on a 90-acre compound. We share the property with Scripps Howard, big, huge broadcasting dishes are like three stories high, it's very impressive, high ceiling, everything's large, big, you know, transmitters, mass controls, and showed him around, and he was excited to do a Friday night show. I came up with the name, I forgot what the name was because it was a while back, but I'm sure you have the name there.

Q. I was going to say, Rejoice In The Word.

A. Yeah, I came up with that. So Rejoice is a common name and The Word, it wasn't like I went to Wharton or something, I'm like Rejoice In The Word. So I came up with a name. He decided to come in. I wasn't paying him, he wasn't an employee. He was going to come in and do the show every Friday night for The Word Network Church.

Q. Was he paying for that time slot?

A. No, I was giving him exposure, and that's what The Word was -- even last night, I saw ministers on that



are -- Gordon Robinson from the 700 Club still wants to come on The Word because it's a different audience. He has a traditionally non-African-American audience on the 700 Club, probably 60-plus, 70-plus, and he was coming to The Word Network, which was a younger-skewed African-American audience, so I would say probably from 21 to dead, do you know what I'm saying, but it's a young, enthusiastic audience.

So people come on the network for exposure, that's what they get out of it. I didn't pay one person last night. I didn't produce the show. People come on because of the reach. You're reaching -- used to be 95 million homes in the U.S. Because of the cord-cutting, that's now 70-plus. But where we lost in linear cable, we made up on streaming. So you're on every streaming platform known to mankind, and you pick up 200 countries on satellite. And now I'm doing 80 different languages for cable systems in Brazil, Latin America, stuff like that. So it's constantly keeping up with the technology, that's what I do, because I was a ham operator. I forgot to mention that. When I started, I was originally a ham operator, kato bravo indian delta bravo, KBIDB. It's a call sign. So that was one of my earlier careers, I was a ham operator.



Q. Okay. What was the concept for Rejoice In The Word; what was the show going --

A. Friday night church service, instead of Sunday night. It's like a -- the concept was -- it was a long time ago, but Friday night church service, little bit of gospel music, kind of like a Jay Leno interviewing people, pastors; so you have music, come out, interview a coupe pastors, and call it a night, two hours.

Q. I'm sorry, I think you said this, but I just don't remember what you said. Did Bishop Bloomer, did he pay the network for that time slot?

A. No, it's our time slot. I could have put any host in there that I wanted. He's charismatic, liked him, you know, it wasn't like a big meeting; it was just myself and him, you know, and he was willing to do it, he was enthusiastic, the person before wasn't enthusiastic. So you know, if you're enthusiastic and you're excited to do it, I'm going to give you a shot. There's no contract, there's no legal document, you're not an employee, there's no contract there, you didn't go through HR, you're not getting a W-2, you're not getting a salary. You're coming on at your own expense, you have to fly here, you have to come here. We'll pay for the hotel room. You know, pretty

Page 46

simple.
Q. You sort of answered, I think, what my next question was going to be, which was sounded like that arrangement was fairly casual.
A. Handshake, look you in the eye, kind of old school, you know, ask you a few questions. If I don't think you're a liar, if I think you're being honest, then you got the job, I guess, you know, but it's not a job where you're getting paid; it's just I'm going to partner with you to do something, you know, to come on our air. But if I find things out after, then I'm going to be disappointed. That's what human beings do.
I asked him a few questions. He offered that he went to jail, that he was a preacher that, you know, that he had troubles, but most of the people that are on the network, a lot of them had dark pasts, and so -- but that's what he said. I asked him a couple questions about his past. He even offered it to me, I didn't even bring it up, he offered about his past that he went to jail, and he said it was for drugs, but there's been a lot of pastors on that have had drugs, prostitution, stuff like that. You know, Jimmy Swaggart was one that liked prostitutes. I've got one wife, one daughter, married. Pastors are

Page 47

colorful people, some of them are, not all, but some of them are.
Q. So on that Friday night time slot, you said Bishop Bloomer is getting the exposure, it's especially TWN's time slot that they're --
A. Church.
Q. The church time slot --
A. Yeah.
Q. -- it's being held.
Is there -- is there any part of that Friday night slot that is generating revenue either for the church or for TWN?
A. You're supposed to generate for the church, that's the idea, you know, but after a while when you're paying all these expenses, there's very little profit, that's why we don't do it anymore. But the problem is you're paying everybody, you know, makeup people, camera operators, audio people, some work at The Word Network, some were outside labor, you know, bringing in food, security, a lot goes into it, and so, you know, after a while the expenses were greater than what was coming in, so we pulled the plug right around COVID.
Q. And how was -- when you said, you know, there were revenues coming in, what were those coming in from, I

Page 48

guess?
A. Donations, people calling making a donation to The Word Network Church. So you're going to have operators, you got three call centers who you're paying for religious operators that are getting paid so much per hour. You've got Microsoft, data, there's tons of stuff that goes into a live show, and so, you know, you're hoping that within the two-hour period that people are making enough donations to pay the expenses.
Q. So at least at that point, the revenue that came in for the Friday night show --
A. Was greater than the expenses, but at a certain point it starts to drop down and then that's when you start taking a look at things.
Q. And at that point the revenue, was it all from donations?
A. Donations and maybe products, but donations. You know, it was a long time ago, it was before COVID, you know, the business has changed dramatically.
Q. And I understand that. You're right, COVID changed everything.
A. Uh-huh.
Q. And not just your business.
A. Every business, yeah. People work from home. General

Page 49

Motors has a policy that they work, you know, a couple days in the office. It changed everything.
Q. So I'll try to focus on this 20 -- I'm going to call it 2016 to 2019 time period the best I can.
A. I don't know if I remember that, but we'll see.
Q. That's fine. At some point -- well, hold on, let me back up just a moment.
How was the church keeping track of the donations that came in?
A. I don't handle that. You'd have to talk to Ralph about that. I had nothing to do with that. I'm a big-picture guy. I look at, you know, flying at 50,000 feet; I'm not looking at stuff like that.
Q. Okay. Do you know who, aside from Ralph, do you know who would have been in charge of keeping track of that at the time from 2016 --
A. Ralph Lameti would be the person that you'd have to ask questions on that. I would have no idea. It wasn't a lot, so I wouldn't be looking at it. I just look at -- the majority of the money is coming from selling ministers on time slots. So a two-hour time slot on a Friday -- I don't even know if it's two hours, an hour, I have no idea, I don't even remember, but whatever the time period, you're looking at 24 hours, 365 days a year, 48 half hours, I'm not even

concentrating on that. It doesn't register.
Q. At some point on that Friday night show, did Bishop Bloomer start promoting items?
A. Yeah, we promote some items. Like we would promote maybe a Bible or a prayer shawl, and then he asked if he could promote his book. He found somebody to write a book for him, like a little cheap paperback book, but at the end, I didn't mind if he did that. I kind of remember him asking me if he could do that, promote his book that he wrote, but I know he didn't author the book, I know he wasn't a writer like Steinbeck, do you know what I'm saying, and so I looked at the book, it was like a cheap little book, you know, and so at the very end, at closing, I don't mind if you promote your little book.
Q. So he would promote his book on the show and then --
A. Yeah, I didn't really like it, do you know what I'm saying, because it wasn't substantial, you know. It was a little book, do you know what I'm saying? He'd come up with these like little books. You know, that wasn't why I brought him in there; it was just to host the show, to make the network better, do you know what I'm saying? And then he started bothering me and asking me for little things, you now, he'd start looking at you side-eyed. I have a concept, right,



get eyeballs, make it exciting, give a little religion, give some hope, you know, give some gospel music, that's it, see you later.
Q. But when he started promoting his own books --
A. It started getting worse and worse. You know, I wasn't watching the show. People would be telling me, I don't know, I just -- it's not the purpose of the show, to promote his book. It was really just to entertain, interview interesting people, all walks of life, testimonials, hope that the expenses would cover the -- hope that the money that's coming in covers the expenses. When it starts losing, then it becomes, you know, a big spotlight on you.
Q. So as I understand it, and tell me if this jives with your recollection --
A. Jives, that would be racial. I really wouldn't use that word.
Q. Well, me if this conforms to your --
A. That's a better choice of words.
Q. If --
A. You got to think, I was trained by Jesse Jackson, so, you know, I wouldn't use the word jive, you know.
Q. Okay. Did -- so Bloomer, I guess, began selling -- not selling, but promoting his own books on that Friday night programming, and then eventually did he



start promoting what we call branded products, Word Network-branded products?
A. Yeah, maybe at the end. You know, it started to become where he's going and all that or what conference he's going to. The show was -- my concept for the show was just like I talked about before: interview interesting people, religious pastors across the country, have them come in, they would come in -- coming in, interview them, testimonials, a little gospel music, and then when it starts -- people change, like that's what happens, like people get comfortable, in any job, I don't care what it is, selling ice cream, then you think it's your place, do you know what I'm saying, and then it's about you and where you're going, do you know what I'm saying, it's all about you.
Television is funny how it changes people. You know, when you look at that camera, it just consumes them. I've never been on the TV before; I've never been on the radio; never been on TV; never been on any of my channels. In fact, I dislike it, so I stay away from it, and I look at it as a business. When you get on TV, you can't help yourself. All you want to do is see yourself more and more. It's all about you. So the concept, he changed the concept.



Q. Did you -- when you said he changed the concept, did you agree with him to start promoting these branded products?
A. The show changed, do you know what I'm saying, and when less people started coming in, then it needed to adapt. Like, you know, it was -- like if I can be honest with you, the meme was way before that picture, it was really about George Bloomer and this show. The show was doing terrible. He was using that meme that I didn't produce, that I saw through Dodie Johnson; he was using that to gain leverage to keep his show, using race to do it. He went about it the wrong way. I would have adapted his show, made it better, sit down, listen to people, look at other people's shows, but he was using that meme that I didn't produce, to leverage to use as a race card to keep the show going. The show was dying. No one was showing up. There was more security there than people. I don't know, I mean, the show got bad, and I told him that. And so whatever he's using with the meme, that was way before. The show started to die down, and I thought I was friends with him and I told him, and he got offended, and then he used that meme as leverage as race to get me to carry the show. Like you're not going to make me do anything I don't want to do. I'm

the one that started the network, created the network. And so he went about it the wrong way. I liked George, I thought he was a great guy, funny, nice; I'm sorry it ended up this way, but he approached me the wrong way.
Q. And I will promise you we'll get to all that and I'll give you the opportunity --
A. Yeah.
Q. -- to give all your thoughts on it. Let me just try to sort of --
A. This is a big waste of time, do you know what I'm saying; it's just a big waste of time for everybody. You know, it's causing a big expense. You know, I would love to go to mediation, see if we can settle this thing, do you know what I'm saying? Like I really don't want to waste my whole Friday night, Friday day here. I'm sure you have things better to do. You're getting paid, you're getting paid, he's getting paid, but you're not getting paid, do you know what I'm saying? There's got to be some sort of compromise; that's what life is, you know. This is like beating a dead horse. I don't mean to use that expression --
MR. BELOW: Cory's not getting paid.
A. Okay. So it's a big waste of time.



MR. BELOW: He's working pro bono.
A. It's leverage to keep the show.
BY MR. ASAY:
Q. Let me -- I really am trying to get through these questions in a timely manner, and I appreciate what you're saying, and we'll get through this as quickly as we can, okay?
On the -- so let me, I guess, ask it a little different way: On the branded items that George was promoting on that Friday night show, I understand those to be several types of Bibles and anointing oil, and maybe prayer shawls. Is that -- is that consistent with your recollection?
A. It wasn't supposed to be the whole show. Like we were selling spots like trinkets, Bibles, prayer shawls, anointing oil with the two-minute spots that we had throughout the whole thing, and then he would sometimes push those products to increase the revenue so he could keep the show going, do you know what I'm saying? Because once the expenses outweigh the revenue, the show ends. And so he was starting to push those products to get callers to buy those products so he could see that -- to keep the show going. Because it's a big expense producing shows. I'm not Warner Brothers or Paramount, and all we want



to do is make sure that those expenses are met, and so he was -- the show started to change to like a shopping channel for the two hours. That's not what the idea of the show was; it was to interview people and make it good.
Q. As I understand it, he promoted a product called the Subject Bible.
A. I have no idea. This was a long time ago. We had some Bibles, some prayer shawls, oils, before COVID, that we did. You know, they weren't great, because we're not doing it now. Like if it was great, I'd still be doing it. You know, things change, you know; religion doesn't change, it's been around for 3,000 years.
Q. I'm going to say this: What I'm going to do is try to hit a couple of these things, and if you remember, hey, that's -- I do remember that. If you don't, that's fine.
So the Subject Bible, you said you don't remember if he promoted that one or not. Something called a Spiritual Warfare Bible, do you remember if he promoted that?
A. I don't know anything about it. Let's just reference there's some Bibles he promoted. I remember a prayer shawl. It's really a tallit, because I'm Jewish. I'm



the one that decided to come up with that. I was always looking for different products; some stuff worked, some stuff didn't. Like mezuzahs didn't work; I thought it was a winner. You buy a whole bunch of mezuzahs and you're stuck with them, you know. And the tallit, it's called a tallis, that worked. I have no idea why it worked, do you know what I'm saying, and so that worked. But he wasn't the inventor of the tallis; that was Moses, you know. And so the Bible has been around -- like I don't know, Bible, oil, you know what I'm saying? In Jewish, it's called tchotchkes, stuff like that.
It was there -- that wasn't the concept of the show. The show was the concept I told you before. And then expenses are rising, probably Ralph's looking at it. The money that's coming in, we're using The Word Network's money to pay for all this talent and all this stuff, hotels and limos, and so the show changed to a shopping thing. It was like -- it started to be a bad show. I'm sorry. There's a lot of bad shows on TV. It's got a shelf life.
Q. Do you recall any conversation that you had with Bishop Bloomer about any compensation he would get for promoting those branded products?
A. No, he didn't get compensation; he got air time,

Page 58

exposure, and so I gave him a half hour on The Word, maybe one or two, that's what he got. As a preacher, that's like gold, because you're not paying for it, and so you get a whole half hour to sell your books, tapes, CDs, and so that's where he was compensated. No checks were written. If any checks were written, it was expenses that he laid out traveling. But the name of the game was not paying Bishop Bloomer. There's a preacher born every day. There's tons of preachers. And so he was getting exposure, because he didn't have a church.

The way the African-American community is set up, you have Baptist, Apostolics, Church in God and Christ, these are 100-year organizations, and they have members and they're bishops, and they've been around for 100, 150 years. And so he wasn't part of that organization. I don't know why, didn't find out, do you know what I'm saying, but he wasn't part of that group, and so he didn't have a big church.

Like Bishop Ellis has a large church in Detroit. He sees 4,000 people on a Sunday, maybe two services. And so he didn't have a church, brick and mortar, so he was like a traveling preacher. So that's what he got out of it. No checks or compensation; it was exposure. And then if people saw

Page 59

him on TV, there's 400 ministries, they saw him, they might invite him to speak at their church. That's what he got; that was his form of compensation. Maybe started on one show and then maybe conned me to do another show, or give him two show on there. Not part of The Word Network Church. That was his compensation, pure and simple. I'm the one that came up with it; I'm the one that talked to him; I'm the one that set the parameters; it was me, not Ralph, not anyone else.

Q. You were the one that spoke with --

A. Yeah, I'm telling you right now, this is what the parameters were. Like I didn't pay you, you're not part of the The Word Network. You're getting exposure and that's what the deal was. Exposure on The Word, it was huge, because we reached billions of people worldwide, internationally.

Q. I mean, if Bloomer said, hey, I had a conversation with Kevin where he said he'd give me $10 per Bible --

A. He's lying. He's lying.

Q. You disagree with that?

A. 100 percent. Lying. I'm the one that set the parameters. I'm the one that found him. That's not what I'm doing. I wasn't going to do that. Because I have to buy the Bible, I have to take the calls, I

Page 60

have to ship it out, the returns are greater than what you're sending out, so we have a whole room of returns. People don't like it, they read it, they send it back, like postal, everything. The business changed. I don't want to do that anymore.

Q. So you at least didn't, you know -- your recollection was there was no agreement --

A. It's not my recollection; this is it, do you know what I'm saying? I wasn't paying him -- exposure. That was the deal. That's when I called him. He knew that from the beginning. If I bought some of his books, they were cheap books, I know that he was doubling the price. So if the book was $5, I maybe paid 10. I don't know what the number was, but whatever it is, I doubled it so he'd make some money on the books, and then The Word would promote that book that he was selling, his book, and then we would buy it only for the amount of books that we sold, but that's really small potatoes. Where he was benefited was getting air time one or two times on The Word Network on a Sunday, a Saturday, to have his own show where you're not buying the time every week and you're promoting yourself; that was his benefit, pure and simple.

Q. Do you recall -- I mean, do you recall having any conversation at all with Bloomer about the -- him

Page 61

getting $10 per Bible or -- I'm just trying to find out --

A. I already answered that. I'm telling you no. Do you know what I'm saying? Like there's no conversation; he's not telling the truth. I have a formula, do you know what I'm saying, and it's not making partners. I don't have a partner with The Word, do you know what I'm saying? So I'm not making partners. I'm going to give you stuff that I already have. I have the air time, and so it doesn't cost me anything to give you air time. But for you, it's a huge benefit, and that's what I give you. So I'm not writing checks, I really don't want to promote your book, because it's really -- I haven't read it, but it doesn't look good, it's not substantial, it's not a hardcover, you know, it looks like a cheap little book. I didn't read it. I probably should've, I don't know, do you know what I'm saying, but I really just want to sell half hours, that's all I look at.

Q. Okay. I'm wondering if there was ever a conversation that you had with him --

A. I'm telling you no, there's no conversation that he could get out of it.

Q. Okay. Let me just finish my question. I'll let you answer, I promise.

A. It's the same question over and over again.
Q. Well, it's slightly different. I'm just wondering if there was a conversation where you think he could've taken from that, or he asked and you said I'm not doing that, I'm not paying you, if there was a specific conversation?
A. No. I'm telling you, I'm pretty transparent, I look you in the eye, I tell you like it is. You might not like the answer, but I'm a pretty transparent guy. What you see is what you get. And so, you know, I'm telling you what happened. And the only thing that I'm going to give you is something I have a lot of: time. I get 24 hours a day every day. So tomorrow I get another 24 hours, I get another 24 hours. But it's value to you, right? There's no value to me except selling it. I really want to sell it; I don't want to give it away. And so if I give you one or two, I really don't, because it's money that could go into The Word Network to pay for employees, brick and mortar, you know, expenses at The Word. And so if he took it out of context -- I don't know how he took it out of context because I'm a pretty straightforward guy. English is my first language.
Q. Do you have any idea how many of those Bibles were being shipped out?


A. I have no idea. I'm telling you, it's a small part of The Word Network. I'm not looking at that.
Q. And if that was -- if you were trying to find that information out, who would you go to?
A. I'd say ask Ralph. I have nothing to do with that. You're looking at one hour once a week. I got 24 hours every day, but it's not 24 hours, it's 48 half hours. So I'm responsible for 48 half hours every day. That's a lot of time. It's like putting coal in a furnace. So one hour doesn't register. I can tell you it's not much, because if it was, I'd be doing it. So if it was a lot, I'd be doing it 24 hours a day. If it's such a great business and it's unbelievable, that's what I'd be doing; it would be 24 hours selling Bibles, trinkets, prayer shawls, oil. It's not. It's got to be so small where it doesn't even register.
Q. Outside of Bishop Bloomer, did you have any agreement with any of the other ministers where they would promote a branded item and they would get some percent --
A. No.
Q. -- you know, they would get a dollar amount for each one?
A. No. He would get air time. So some ministers -- like there was one woman that sold tallits, I would give


her air time to promote her church. Everyone is a pastor, and so, you know, there's three major networks in the U.S. that carry ministries: TBN, which is predominantly white; DayStar, which is predominantly white, and then you have The Word. Those are the three major networks in the United States that carry the majority of the preachers. The Word is separate, it's all African-American, and the other two are not.
And so a pastor like Bloomer wouldn't get on a TBN or a DayStar, and so the ability for him to get a half hour that he doesn't have to pay for, and half-hour rates going for various times, so he wouldn't have to pay for that. You got to pay four weeks in advance. So you have to pay a month in advance. And if we're unsure, we'll ask for eight weeks in advance. And so normally, a ministry wouldn't be able to afford that, a single ministry that doesn't have a big organization behind them, and so it's really a big, huge benefit for them.
So what I do with preachers, even last night, the guy that's doing a show once a month, I'm going to give you a half hour for yourself, that's what I give; I give air time, because I have an abundance of it, and it doesn't mean much to me, but it means a lot to you if you're a minister, and that's


the deal. That's been the deal since the beginning of time.
Q. Do you ever recall, you know, do you ever recall Bloomer coming back to you later and saying, hey, I've been promoting these books for a while, you know, we had some agreement where you were going to pay me, and I'd like to be paid for them?
A. Didn't happen. Didn't happen. And usually people want to stay away from my office. So no one's coming in unless I'm asking you, do you know what I'm saying? That wasn't the deal. So there's no I misunderstood or I'm doing this. The exposure is huge, do you know what I'm saying, if you're a minister. I'm telling you, The Word is in every cable system, every home; most African-Americans, if you're religious, will know The Word Network, and so you're getting a big benefit by being on The Word. A brand, that's what it is. We'll break at 12?
Q. Yeah, we'll break at 12.
A. Take an hour, and I'll be back at 1.
Q. We have a little bit of time, so we'll keep pushing forward.
A. Yeah, let's do it.
Q. Last question on these items and then we'll move on, but just so the record is clear: We've been talking

about Bibles, but there were also some anointing oils and maybe some other items that he promoted on there, but sort of same question, you're saying there was no agreement on those items?
A. Definitely not. Because I got to buy them, take them in, I got to mail them out, take the call, process the call, take the credit card, mail it out, you got to figure out the mailing, United States; it's complicated. There are certain parts of the business I shut down. We used to do a newsletter. I'm not doing that anymore, do you know what I'm saying? You used to get a newsletter back in the day; you have to print it, there's things that are time consuming. People today just want to watch The Word, get a sermon in 15 minutes, and be done. Like no one's spending hours at a church. We used to have hour programs. Those are gone now; it's half hours. The business is always evolving. Just trying to give you a message. And so if it was a great business, I'd still be doing it 24/7. It's not; it petered out. I wasn't partners with anyone. We would have to buy it, we'd have to store it, we'd have to mail it, we'd send it to you, it'd come out damaged, we'd get it back. It was a big pain, big pain in the ass. So I'm not paying anybody to be a partner, because they're not writing the check



to get the stuff. And then the companies want more in advance, they want you to buy more Bibles, more stuff, and then you're sitting with the stuff. What am I doing with oil, Bibles? I have a Bible; I don't need tons of them. The business was changing. And so, you know, you're not going to put words in my mouth, this is the deal I had with Bloomer; he got exposure. So what everyone else says or whatever past employees, they're lying to you. I'm the one that made the deal, I'm the one that created the network, and I'm telling you the truth. Anyone that's saying others is lying to you.
Q. Okay. We'll move on from Bibles and oil.
A. Sounds good.
Q. I'm going to give -- or hand you what we've previously -- at least I previously marked as Exhibit 17. It's Bates stamped Bloomer 112 to 114. I'll give you that copy.
MR. ASAY: John, I think you have a copy from yesterday.
MR. BELOW: 17 from yesterday?
MR. ASAY: 17.
MR. BELOW: Yep.
BY MR. ASAY:
Q. What I just handed you was a copy of an article



published on Babylon Today, March 12, 2019, with the title Black Gospel Network Pimp Kevin Adell. Have you seen a copy or have you seen that article before?
A. No. I don't read Babylon. I read the Wall Street Journal, I read my trades. I read those type of magazines, you know, on my phone; the Wall Street Journal, TV news, broadcast cable. I've never heard of Babylon. I've never seen this article. I've seen the picture obviously, but I've never seen the article.
Q. Ddi you -- did anyone -- has anyone read you the article?
A. No.
Q. Or described the article to you?
A. No. I remember Dodie Johnson giving me a picture of this -- this picture here, but I'm not reading Babylon. I never even heard of this magazine or newspaper. It's not something that I would be reading.
Q. So tell me about when you first became aware of the picture that is featured in this article, which we've just been calling the meme, so if that's what I say, that's what I'm referring to.
A. I didn't create the meme. It was brought to my attention by Dodie Johnson. She said this isn't good



and showed me the picture. Bloomer was there. You know, I mean, I don't have a white fur coat at home. I look heavy in this picture. I mean, I don't know, I laughed at it when I first got it. When we saw it, I laughed at it. Bloomer was there, he laughed at it too. We all laughed at it, and I thought it was over. It wasn't done to hurt his feelings. I mean, I'm the one that looks bad. I mean, I'm not a pimp. I'm non-African-American. I'm standing there with a white fur coat, white hat. But I've seen this exact meme with Stanford (sic) from the Lions. Like back in the day, you know, when this meme came out, there was less and less. Today, there's memes on everything, there's ton of memes, you know. But this was done and they put Stanford with all the Lions players. So it's a national meme that's done with high-profile people.
MR. BELOW: Are you saying Matt Stafford?
THE WITNESS: Yeah, from the Detroit Lions.
MR. BELOW: The quarterback.
THE WITNESS: The quarterback. They used him with the same white jacket and fur coat. I wasn't searching it. Somebody told me about it and showed it to me, but it really wasn't a big deal, like Bloomer laughed at it. This was way before his show was, you know, dispensed with. This was -- I didn't think it

Page 70

was a big deal. This is a person that was in prison, you know, for writing bad checks and -- not bad checks, drugs. This is a person that was in prison for drugs. So I mean, I think worse things happened to him in prison than me laughing about a meme.

BY MR. ASAY:

Q. If you will, could you just kind of set the scene for me in terms of when you --

A. I don't remember. It was a long time ago. I just remember Dodie bringing it to me, and Bloomer -- it was Bloomer, Dodie and myself. I laughed at it, he laughed at it, Dodie laughed it. It wasn't a big deal and it was over with.

Q. Is this -- do you recall, were you in the office when --

A. Yeah, I mean, I wouldn't see Dodie at my home. So it was Dodie at the office. I don't know what time of the day, I don't know where it was. I just recall the three people.

Q. I don't know what your relationship is with Dodie --

A. I don't have a relationship with anybody, do you know what I'm saying? So it was brought to my attention, it was a big joke, we laughed at it. I guess it's not a joke because I'm being sued for it.

Q. It sounded like you said Dodie brought it to you and

Page 71

said this isn't good?

A. Something to that effect, do you know what I'm saying? Like she was always on the Internet, she found it, she brought it to my attention, Bloomer was there. It had to be on a Friday because he was there on a Friday --

Q. Okay.

A. -- towards late in the day before I was leaving. I leave at 5:00 or 5:30, and so it was sometime before that, and I didn't think much of it. It wasn't a big deal. He didn't either. It wasn't a big deal.

Q. So the three of you -- was there anyone else around --

A. I have no idea. I'm just saying that that's what I recall.

Q. Okay. As best as you can remember, beyond what you told me already, did Dodie say anything else about it?

A. I just told you.

Q. Beyond what you've told me already.

A. I already told you.

Q. Same question for Bloomer: Did he say anything in particular?

A. Yeah, he said I look so small. He wanted to be me in the outfit, I do remember that. He was mad because he looked little, tiny. He's like why didn't they put me in the pimp outfit, that's what he said.

Q. Do you --

Page 72

A. I mean, I don't know why he'd want to be a pimp. I mean, it's not like, you know, an author, an artist. I mean, like -- but, you know, he's the one that said I wish they would have made me look like that. And I thought it kind of funny that he'd want to be a pimp.

Q. Do you -- do you have any recollection of him saying this is bad, get rid of it?

A. I didn't do it. I had nothing to do with it. How can I get rid of something that I had nothing to do with?

Q. Do you recall him saying this is bad?

A. No. I just told you what he said. You know, that he wished he was in the fur jacket, the pimp, and I was in the little tuxedo or whatever. I don't care, okay? I could've cared less if was in the tuxedo. I don't care. This is not a picture I have in my house. Any time you pull up my name, it comes up. I mean, I don't like it. It's bad for me. I look heavy, fat. I don't want to look heavy and fat. I don't want to look like a pimp. I mean, that's not something I would aspire to. It's embarrassing for me. I don't like it. I didn't promote it. I didn't do it. I don't know why we're even talking about it.

Q. I think Bloomer's testimony was he said that, hey, this is bad, get rid of it.

A. That's Bloomer's testimony, so that's his testimony.

Page 73

I'm telling you what I said and what he said, that's it, put a period on it.

Q. Did -- was there anything that you did in that moment, you know, with the meme; did you send it to anybody or --

A. I didn't send it to anybody. It was a big joke at the time. He was laughing at the time. It was only used as a purpose much later when the show was -- when I was telling him about the show, it's not doing well and that we're going to have to cease doing this; we should change the show. I didn't fire him. I said we should change the show, and he got mad.

He was friends with somebody that he was bringing on the show that was -- we were getting complaints on the station; people were complaining. I don't remember the preacher's name, but he was kinda being like a Chloe, like a fortune teller type of a thing, and that's in not religion. Religion doesn't like Halloween; they don't like fortune tellers; they don't like stuff like that.

And so I had a conversation with him and all of a sudden this meme pops up, and it's all about race. It was really -- this was used by Bloomer as leverage to keep his show, to threaten me on race discrimination, to leverage to keep his show. That's

Page 74

what's it's for, okay? He laughed at it. It wasn't a big deal. I'm surprised that we're still talking about this thing three to five years later. That's what it comes down to.
And it was my will not to succumb to that, not to be pressured, or to use that as race to do the show. I wasn't doing the show. I'm the one that came up with the show and I'm the one that came up with the network. If I say we're not doing it, we're not doing it, and I don't care what you use against me or leverage. Whatever leverage you think you have, you don't have. So he doesn't have a show on the network, he's not on the network, and we're still talking about the meme. And if we want to go to federal court in front of Judge Edmunds on a meme that I didn't create that he's using as leverage, then we'll go.
Q. At the time, did you do anything to try to figure out where this came from?
A. No, because I had nothing to do with it. No. I don't use it the Internet, I don't have e-mail, I didn't look, Google wasn't present that much at that time. I didn't look to do anything. Like Dodie brought it to my attention; it wasn't a big deal at the time. I don't know why it's a big deal now. We're beating a dead horse here. It's just -- it wasn't a big deal.

Page 75

It was used as leverage to garner to get me to carry the show, thinking that I'm white, non-African-American, owning the largest African-American -- he's going to use race and get people behind it and have his show and extract more from me. It didn't happen.
Q. Do you remember the first time that you actually saw the article?
A. I didn't read the article. I never read the article. I just saw the picture.
Q. But I mean just -- you've seen it now. I mean, have you seen before it this deposition?
A. No. I just saw the picture.
Q. Okay. So the article though --
A. I didn't even know about the article. It's the first -- I wouldn't read Babylon; it's not something that I'd read.
Q. So you're saying that the first time that you've seen this article is --
A. Is now.
Q. -- is now?
A. Yes.
Q. Okay.
A. I've seen the picture a million times, thousands of times.

Page 76

Q. I understand that. I know you're only seeing the article for the first time today. Did you, at some point before today, did you understand kind of the substance of the article?
A. I never -- this is the first time that I've seen this Babylon article. I've never seen it before. Like I said, again, I've seen the picture a million times. I've never read any article. I wouldn't want to read it, do you know what I'm saying? I wouldn't even want to read it now. It's not true; it's not fact. It's not the Wall Street Journal. I limit my reading material, because I don't have a lot of time, to accredited newspaper journalists, that's what I look at. I read my trades, I read the Wall Street Journal. It's a limited amount that I have time to read. So I'm not looking at a reporter, facts, finding the facts; I'm not going to look at a news source like that. I don't go on the Internet, I'm not on Facebook, social media; don't waste my time.
Q. Did you -- when you saw the meme, did you, you know, subscribe to any racist connotation?
A. I mean, I look fat. I'm in an outfit. I didn't look at it that way, do you know what I'm saying? Like, you know, I laughed at it because I'm in a pimp outfit. I wasn't looking at Bloomer or anyone behind

Page 77

it. I was really looking at myself. I mean, I'm not looking -- I don't even know who's in there. I mean, now I'm looking, but it was really myself. I was more concerned that I'm in a pimp outfit, hat, jacket, and I'm portrayed as a pimp, and so that's not the image I want to be portrayed as The Word; that's not a figure I want to aspire to be, and I look heavy and I don't like it. My face looks full, and so I don't like the picture. But I remember laughing at it at the time with anybody else, to kind of bluff it off.
Q. Do you understand now that the article essentially, boiling it down, says, you know, you're a pimp and these preachers are hoes?
A. I don't know. Do you want me to take the time to read it?
Q. You can.
A. I mean, are you going to ask me questions about the article?
Q. No, I'm just trying to find out your understanding --
A. I haven't read the article. I can't answer any questions about it. All I can look at is the picture. If you want to waste time and have me take the time to read it, I'll read it for you and you can ask me questions, but I can't comment on something I haven't read.

Q. Okay. I'm not -- I'm just trying to figure out what you know up to this point.
A. I just told you.
Q. All right. Did you ever -- did you -- after seeing the meme, did you discuss it with Ralph Lameti?
A. Yeah, not -- when I saw the meme, I probably showed him the picture. I don't remember, it was a long time ago.
Q. You don't remember if there was a conversation one way or the other?
A. Something like that, I don't think so. I mean, I think I showed him the meme, the picture that Dodie gave me, threw it out, do you know what I'm saying, showed it to him, you know. I don't remember the conversation I had with Lameti over a meme.
Q. Do you remember how Dodie showed you; was it on her phone or did she print it out?
A. Print it out.
Q. You said you just threw it away?
A. Yeah, I'm not keeping an 8 by 10 for my family. I think I just tossed it in the trash.
Q. Do you recall if Malia Howard was anywhere around when --
A. I have no idea who was around. I told you Bloomer -- Ralph wasn't around, it was Bloomer, Dodie, and



myself, and Dodie showed it to me. It was a printed copy. I think I took the copy when I was walking to my office and I showed Ralph and threw it away. These are all past employees you're talking about that were part of the show.
Q. After Bloomer left that day that the three of you, you, Dodie and Bloomer were standing there and you see the meme, when he left that day, did you have any phone conversation with him --
A. Yeah.
Q. -- later?
A. Yeah, we were making -- I was making fun of him.
Q. Okay. Tell me about that conversation.
A. I don't know, like he looks small. I thought it was a joke. I was friends with him. It didn't bother him, you know. He brought it up that he wished he was the pimp and he looked big and strong, and so, you know, I think I made fun of it. I didn't mean to, but I didn't know it bothered him. It didn't bother him at the time, and so we joked about it. It was only because we were talking about the show. The show, there was less people coming in, expenses were greater than what was coming in.
Q. Was the -- so that phone conversation that you're talking about, was that the same day that you saw the



meme or was that --
A. I don't remember. All I did is I made fun of him a couple times about the meme. It didn't seem to bother him at that time.
Q. And that's in person or over the phone?
A. I don't remember.
Q. But one or the other?
A. One or the other. It was a long time ago, you know. I mean, here's a guy that went to prison. I found out that after the fact that he was doing the Mann Act, transporting minors for, you know, improper purposes, so I think he's got bigger problems, do you know what I'm saying, than that. And so I found out later, okay; I would have never brought him in to The Word Network. I'm a father, I've got a daughter, I would have -- you know, he made his own admission that he likes minor boys, and so I think there's a bigger problem than this little meme. So I mean, if that offended him, I think you got bigger problems on the Mann Act.

MR. ASAY: This is probably a good place to stop.

THE WITNESS: I'll be here at 1:00, right?

MR. ASAY: That works for me.

VIDEO TECHNICIAN: Off the record, 12:00.



(Off the record at 12:00 p.m.)

(Back on the record at 1:17 p.m.)

VIDEO TECHNICIAN: We are back on the record, 1:17, with File 2.

BY MR. ASAY:
Q. Welcome back. You understand you're still under oath?
A. That's correct.
Q. Is there any part of your earlier testimony that you wish to change at this point?
A. No.

MARKED FOR IDENTIFICATION:
DEPOSITION EXHIBIT 19
1:18 p.m.

BY MR. ASAY:
Q. I have just -- you've just been handed, I should say, what has been marked Exhibit 19. This is Bates stamped Bloomer 285 to 308. If you'll look at the top left corner of the first page, 285, you can see it says messages exported from iPhone 919.806.6158. Do you know that to be Bishop Bloomer's cell phone number?
A. No.
Q. You don't memorize cell phone numbers?
A. No.
Q. I'm shocked.

A. No.
Q. I'll represent to you it's --
A. Okay.
Q. -- Bloomer's cell phone number. And then below that, it says with Kevin Adell, 248.933.7878. Is that your cell phone number?
A. Yes.
Q. And you can take a minute if you want to sort of thumb through those, but I'll ask some questions about specific pages here in a second.
Do you recognize these to be text messages between you and Bishop Bloomer?
A. No.
Q. Let's go to 297.
MR. BELOW: I would object insofar as I'm not sure that George's set of texts are complete. We had produced text messages that were extracted by an actual forensic examiner, and I think these were actually done like by him. So I'm not sure that they're a complete set. And with that, please go forward.
MR. ASAY: Okay.
A. What page did you say?
BY MR. ASAY:
Q. 297.



A. So the pages don't --
Q. I'm sorry, I'm referring to the Bates stamp there. It say Bloomer 297.
A. I see.
Q. Not the actual page number. Sorry about that.
A. Okay.
Q. Okay. So on Bloomer 297, do you see the top text message?
A. Uh-huh.
Q. And that looks like it was sent on September 4th, 2019 at 4:12 p.m.
A. Okay.
Q. Do you see that?
A. Yes.
Q. And was this a -- this is a text from you to George Bloomer, is that right?
A. I mean, if that's what you're saying. You know, I sort of vaguely remember, you know, making fun of him, you know, but yeah. If you say it, you know.
Q. Do you have any contrary recollection of sending a different text to him that included this picture?
A. I mean, it's a text that I sent. I'm not disputing it. You know, we were friends. It was taken out of context. We joked all the time. We had that type of relationship where, you know, it was like two boys



joking around like in high school. So, you know, how it's a problem, but, you know, yeah, this looks like something I sent and we joked about it many, many times. Now it's not funny because it's a lawsuit, but yeah, we were friends.
Q. So in the text message, that first text message on 297, that includes the meme that we discussed earlier?
A. Yeah, that I didn't produce and had nothing to do with, do you know what I'm saying?
Q. Right.
A. And George laughed at it too, do you know what I'm saying, and he's the one that said he was a midget, so that's why I said you look like a midget because he said he looked like a midget.
Q. That's something that Bloomer said to you --
A. Correct.
Q. -- in that initial --
A. Yeah.
Q. -- meeting?
A. That's why I said -- you know, referred back to you look like a midget.
Q. And then so that looks like there are several additional text messages from you, right?
A. Right.
Q. A Tattoo from Fantasy Island?



A. Yeah, I grew up with Fantasy Island, so he looked like Tattoo; it's not racial, Tattoo wasn't African-American, I think he was Samoan or Hawaiian, do you know what I'm saying, so there's nothing to take out of context racial, you know.
Q. After that you said I didn't know they made tuxedos that small --
A. Right.
Q. -- LOL, with it looks like an emoji?
A. Yeah.
Q. Then in this blue text --
A. Yeah.
Q. -- I think that's a text back from Bloomer to you, right? Is that how you understand it?
A. That's what you're portraying. It says that's not funny at all, but I don't remember him saying that.
Q. You don't remember Bishop Bloomer saying, hey, that's not funny at all?
A. No. This happened a long time ago and we joked about it before and now it's not a joke. Like I told you, he was using this as leverage to get his show back, making it racist.
Q. Had you -- you know, in terms of the timeline back then, I know it was a long time ago, when you sent this -- when you sent the meme to Bishop Bloomer on

9/4/2019, are you saying that before that you had already had a conversation with him about the show and --
A. Yeah.
Q. -- viewership?
A. Yeah, exactly.
Q. Do you remember when that conversation happened?
A. I mean, before. But the show was -- it wasn't just automatically that he started losing. We started talking about this for a while. It wasn't like it was a light switch. People weren't showing up, people didn't want to show up anymore, like editors and camera people didn't want to show up because there was no excitement anymore, and so we had a conversation way before this about the show.
He brought in a pastor, I can't remember who it was -- oh, E. Bernard Jordan or something. He brought in E. Bernard Jordan, and it wasn't receptive at The Word. The audience didn't care for him, just didn't, I don't know why, do you know what I'm saying? But the show started to get worse and worse, and so we had a conversation. I don't remember, but it was way before this.
Q. Do you think that conversation happened within days --
A. I don't know. It wasn't days. The show was starting



to get worse and worse, and so -- and I was getting reports from my people and then Ralph was saying the expenses weren't being paid, and so it wasn't like a light switch; it was ongoing. And then I told him that he needed to get rid of E. Bernard Jordan and he wouldn't get rid of him, and that was a bone of contention, that he wouldn't get rid of him. It's my network, it's my time; I'm trying to work with you to tell you to get rid of E. Bernard Jordan, maybe the show will be better, but he wasn't having it. I'm not there trying to police it, I wasn't canceling the show. The guy's making an effort to come in, you know, but we can tell by how many calls we get in for the show. But this was before. The meme, you know, he just used that to gain leverage using race to, you know, to push me to carry the show, that's what it comes down to.
Q. Let's go down to -- we'll kind of track these text messages and we can talk about them.
So he says that's not funny at all. You respond LOL, right?
A. Yeah, because this was -- I'm surprised that he's being so serious about this.
Q. And then he says that's not funny, that has a racist connotation to it, that pimp thing, get rid of it as



quickly --
A. That was the first time he brought that up to me.
Q. And he goes on, it's not funny, it's equivalent to a black face being put on a white man. I'm telling you it's not funny. That's what he says, right?
A. That's what he said, but that was the first time that he brought up race.
Q. Okay. That was the first time that he told you that --
A. Yes.
Q. -- he believed this was --
A. Yeah.
Q. -- racist?
A. Yeah, he didn't say it any other time before that.
Q. Your response to that text was Tattoo, what did Benny say, right?
A. Yeah, because he was my friend. We used to joke around all the time. So it's just unusual that if I have a relationship with you and we were friendly and joking; I'm surprised, right?
Q. What sorts of -- when you say you guys joked around, like what kind -- can you just give me an example to give me some idea?
A. I mean, just -- I felt comfortable around him, so I felt comfortable when I would see him, around him.



And he had an enigmatic personality; he was, you know, friendly, do you know what I'm saying? I didn't think, do you know what I'm saying, there was -- I wasn't concerned when I sent these pictures because we were friendly before. I've known him for years on the station and tried to help him out by giving him time on the air. I was glad that other churches were using him, big churches like Jake's and other churches, so I was happy for him.
Q. So when you say that you and Bloomer had a relationship where you could joke around, do you think that the jokes were, I guess what I'll call off-color jokes, and you had that kind of relationship?
A. No, I'm just saying like I could have my guard down. Like when I was going to lunch, I was talking to Gordon Robinson, Pat Robinson's son. He's not a guy that you can joke around with. His personality is stern, he wears a suit and a tie and he's tight, do you know what I'm saying, and so there's no joking around with him, you know. And so with Bloomer, you know, he was casual, and there was no off-colored jokes, but I felt comfortable around him because of his personality. Some preachers you know are serious and some aren't. He's one of those that aren't serious.

Page 90

Q. Did you think that this text from him where he says that's not funny at all, it has a racist connotation; did you think he was being sincere?
A. My guard went up probably, you know, but that was the first time he said race.
Q. Do you think to say anything, apologize or --
A. I did apologize to him.
Q. -- or clarify?
A. I did, do you know what I'm saying? Like I did apologize to him. You know, it's not a -- I don't see what the big deal is. I did apologize to him. I publically apologized to him when he made a big deal about it. You know, here's a guy that was in prison; I think he had worse things that happened to him being in prison. And I found out later he was moving young men in the Mann Act for immoral purposes. So I think he has bigger problems -- I think, you know, those kind of personality -- I would've never put him on the air. I'm a father, I have one wife, one daughter, I wouldn't put somebody that, you know, that has relationship with young boys, minors. So I mean, I didn't know him that way. I found out after. It was a big joke before. I apologized to him. I said I was sorry, I publically said it.
Q. Do you have a one-on-one conversation where you

Page 91

apologized to Bishop Bloomer?
A. Yeah, on the phone.
Q. Do you remember when that was?
A. No. But I remember, you know, when he brought up race at some point -- whatever -- I know I said I was sorry to him. I was trying to defuse it. You know, I didn't see the racial connotation with it that he did. And I still -- looking at it, I mean, they made me look like a pimp. I don't want to be portrayed as a pimp; that's not how I want to be portrayed. So, you know, I didn't create the meme, I didn't do it. Bloomer did say at some point when we were joking in the hallway he should've been the pimp, not me, and, you know, he was mad at that. So when he brought up race, my hair went up on the back of my neck, because that wasn't like him, he never brought up race to me; he never did that at all.
Q. Do you think that made the situation more serious since he wouldn't normally say something about it and he did in this context?
A. Yeah, of course, definitely.
Q. So at least at this point when he sends the text, you know that at least from Bishop Bloomer's standpoint, he believes that the meme is racist?
A. I knew there was a problem, okay; I knew he's using

Page 92

this as leverage.
Q. Did you tell him that?
A. I don't think I would say that, but in my mind, I think he's using this to get his show back. Because the meme was way before he saw it, and so I believe he was using this racist connotation, this meme, E. Bernard Jordan, trying to create, you know, like a forest fire. This is the first time it's ever happened to us at The Word Network. Like I'm surrounded by African-Americans, ministers, I talk to ministers 24/7; this is the first time that this has happened to us.
Q. Were there any specific facts as you knew them at this point back in September of 2019 that made you think, you know, Bloomer's not being sincere about this; he's trying to use it for leverage?
A. Say that again.
Q. Yeah. Were there any other specific facts that you had in 2019 that made you think Bloomer's not being sincere about his belief that this is racist, he's trying to use it as leverage?
A. Yeah. I mean, I don't know the dates or years; I don't recall what actual date. But the meme he was aware of, he knew I didn't create it, you know, he was using this as leverage. I don't know what -- you

Page 93

know, it was after the fact that he was trying to get his show back on the air, and I wasn't going to -- I wasn't going to do it, because then he would control the network, he would be -- I just wasn't going to do it.

And so he said he wanted to part ways and take a break. I didn't fire him. He said he wanted to leave. And then he went on the air on social media saying that he was leaving and he intertwined this thing in here. It's fine that he left. It was better, do you know what I'm saying? If you're not happy, I don't want you there.
Q. I guess to sort of round this out, it sounds like you had a belief that he was not being sincere about this --
A. Meme, yes.
Q. -- this meme being racist?
A. A big deal, right. I had a feeling like that.
Q. You had a feeling, like you said a gut feeling about it?
A. Yeah. It changed; I'm friends with you and now you're bringing up race. So if I'm friends with you and now you're bringing up race, yeah, I have a feeling. The actual date, I can't tell you the actual date, but it was -- the meme was -- he knew about the meme before.

Q. Do you understand that his position on that, you knew about it before, but he objected to it from the get-go?
A. No, that's not true. He didn't object to the meme before, that's why I was freely joking around with him. If I knew he objected before, I wouldn't be calling him Tattoo and a midget, and so this was the first time he said race. If I knew he objected to it, I wouldn't have done that to him.
Q. But he was, in this text, at least on the 9/4, he was objecting to it at that point; yeah?
A. Yeah, that was the first time. I told you, you know, before that he wasn't objecting to it; we joked about it; we joked about it in the hallway, maybe on the phone. This is the first time that he said racism and I realized there was a problem.
Q. If you'll flip to Bloomer 299, if you look at the top text message on this page --
A. Yeah.
Q. -- on September 5, 2019 at 2:03 p.m.
A. Right.
Q. Do you see that?
A. Yes.
Q. It appears to me to be an image of you in a white tuxedo jacket. Is that you?



A. Yeah, that's me, and it's Paul Crouch, and it's not blackface. I crossed out Paul Crouch because he used to work for me.
Q. Okay. Do you --
A. That's what you're getting to.
Q. Yeah, yeah.
A. It's not black face.
Q. I want to ask you about that.
A. It's not blackface. You're taking it out of context. I sent it to Bloomer. There was a picture of -- this is what I was trying to portray: This is what you should look like in a tuxedo, because he was wearing a white tuxedo. I'm a big guy, strong, water tower picture, and so I was showing Bloomer, this is what you're supposed to look like in a tuxedo, that's all I meant. I was just joking with him because I had a relationship with him that we were friends. Now you're saying we're not friends.
And this isn't blackface. I crossed out Paul Crouch's face because Paul doesn't work for me anymore; was caught stealing, stealing, skimming numbers, do you know what I'm saying, so I didn't want to show Paul Crouch there, but it wasn't anything to Bloomer, it wasn't blackface. You're taking it out of context.



Q. Do you --
MR. BELOW: Or poor coloring.
A. I had it on my phone, I just crossed it out. There was no racist connotation at this point. That's what you're trying to get at.
BY MR. ASAY:
Q. Do you understand how --
A. No, I do not.
Q. -- he might take it as blackface?
A. No, no, I do not. Sorry, I do not.
Q. Not even with him --
A. No, no, no.
Q. Just let me finish my question.
A. I don't want to hear it, because I don't.
Q. Just let me finish my question --
A. I'm not.
Q. -- and I'll let you answer.
A. Okay.
Q. Do you -- the day before he had said it's equivalent to blackface, and then you sent this picture with a white guy with black on his face. You don't understand how --
A. No.
Q. -- he would take it --
A. No, no --



Q. -- as such?
A. -- because we were friends. We were friends. You're taking it out of context. I like Bloomer, I have no ill feelings for Bloomer, you know, I'm not mad at him, I'm disappointed in him, but we were friends. You're taking it out of context.
Q. When you sent this text to him, it doesn't appear to me that you gave him the context of what you just told me, this is how you're supposed to look in a tuxedo, right; you didn't --
A. I talked to him about it. We talked. So just because I messaged, you're missing the context. Like we talked, just because I messaged, there was conversations.
Q. And so that's what I'm trying to get at. Give me the context about --
A. Yeah, I said this is how you're supposed to look. I'm big, I'm in a white tuxedo. I was joking around with him because we were friends.
Q. Did you have a phone call or something with him when you sent this or after you sent --
A. I don't remember. It was before or after, I don't know.
Q. But you think you had a --
A. You're missing the part of the whole story; you're

Page 98

only getting one piece of it.
Q. And I'm trying to get your side of the story.
A. Yeah, I mean, we probably had a phone call and I said this is what you're supposed to look like in a white tuxedo. That was my brand. Whenever I go to parties, you know, I'd wear a white tuxedo, black pants, you know. And so any parties at The Word, my wedding, do you know what I'm saying, it's kind of the signature black pants, like gray-ish black pants, white tuxedo; I've been doing that for years, for 30-some years. I tie my own bow ties, usually open, do you know what I'm saying?
Q. Do you remember a specific conversation with him about that or do you just think that's probably what happened?
A. No, that's what happened, and then I sent him the picture. So I'm sure there's some conversation that I said this is what you're supposed to look like. I wear white tuxedos, you know, jackets, and this is what you're supposed to look like. And it wasn't blackface, I didn't look at that, I just crossed out his face. He should have looked at that, we're friends, there was never any race in there.
I'm the one that introduced him to many civil rights leaders and he was in with The Word; I

Page 99

was introducing him to a lot of bishops that he didn't have a chance to meet. And so without me -- he grew a lot bigger because of me; phone calls, people, churches, big churches. Like a big church wouldn't associate with a guy like Bloomer; they just wouldn't. What do they need him for? They have a big church, congregation, they're not going to invite somebody there. So I opened up a lot of doors for him. So yeah, I'm annoyed at him for that.
Q. This image looks like it might have been searched and then a screenshot. Do you remember, was there --
A. What image are you talking about?
Q. I'm sorry, on 299, the one with you in a white tuxedo jacket. I mean, was there a particular event that was --
A. Yeah, it was a party.
Q. -- on or around 9/5?
A. Yeah, it was a party at The Word Network, one of our shows, I don't remember which one, do you know what I'm saying, but obviously it was nice because we dressed up. So I don't remember, maybe it was a Christmas party, I don't remember, but there was definitely a party, and I remember the Reverend Jesse Jackson was there, and he got to see Reverend Jackson.
Q. But that party that you're talking about, that wasn't

Page 100

on 9/5/2019?
A. No, no, that was prior in my photo album. It had to be a party, not New Year's Eve, it had to be like a Christmas party, some sort of a party.
Q. Okay. Do you remember why you sent the meme to Bloomer in the first place on 9/4/2019?
A. Where is this?
Q. I'm sorry, I went back to 297. The meme, do you remember why you sent it to him in the first place? I know you said you had that kind of relationship --
A. I don't remember.
Q. Sounds like kind of as a joke, because you said you had that kind of relationship.
A. Yeah, I'm friends with him. He didn't make a big deal about it in the beginning, but it seemed like now it was, so that's why it was unusual for me. I was trying to get him back to normal George Bloomer.
Q. Okay, thanks. All right. If you'll turn to Bloomer 302, and do you see that text there at the top?
A. Yeah.
Q. Looks like a text that you sent to Bloomer on 9/11/2019 at 12:04 p.m., right?
A. If you say so.
Q. Do you think you didn't send that?
A. I don't remember what I sent like on 9/14 at 12. I

Page 101

have no idea. If you say I did, then I'll take your word for it. If my attorney confirms with it, then I would. Like I don't know what I sent Bloomer. I was friends with the guy, I told you a million times.
MR. BELOW: We produced this.
THE WITNESS: Okay.
MR. BELOW: I don't think it's the same. I think this was produced by an amateur.
A. Whatever. I took a picture of him and sent it to him. Okay, so I sent it to him. What's the point? And when he says not funny, obviously there's a million exclamation marks, that means, as a communication major, you're still -- you know, you're joking with me, right? It wasn't not funny with a period, right? Not funny and there's like five exclamation marks, do you know what I'm saying; that means you're laughing with me, right? Why go to the effort to put that? You can just put not funny. I'm inferring that, okay? This guy was my friend, taken out of context, we were friends, we were still doing business together, he still wanted to be on the air, he still wanted to have a relationship with The Word.
BY MR. ASAY:
Q. Did you think, based on the prior text message, that Bishop Bloomer had sent to you about the meme saying

it had a racist connotation --
A. Yes.
Q. -- this text that he sends you on 9/11 saying not funny --
A. Yeah, but I had conversations with him in between that. So you're missing -- you're taking it out of context. Like him and I talked a lot. He would ask me for favors, wanting to do stuff, promote stuff, partner with people, so you're missing the context. There had to be conversations prior to that where I would just send him out of the blue this. I'm sure he was asking me for something. Most ministers ask me for something: air time.
You know, just the other day -- when I was going to lunch just now, wants to be on The Word, air time, I'm not paying, do you know what I'm saying, want to use our audience, highjack our audience, come on the air, do you know what I'm saying? So most preachers are asking me for something, because I have a valuable commodity around the world: eyeballs.
So you're missing context. I'm sending you a picture, but we must have had conversations before where I felt comfortable that I was back in the fold to send him this.
Q. Do you remember any specific conversations --



A. No, I don't, but I must have felt comfortable sending it to him thinking that it was back on track or something, our friendship. It was just one program once a week out of 24 hours, 365 days a year, just one show once a week. I don't even know if it's two hours, one hour. 8 to 10, right, so it's two hours. It's not a big deal.
Q. And so you thought or you think --
A. I know. I had conversations with him before.
Q. Hold on.
A. You're taking it out of context.
Q. Let me ask my question. I'll let you answer.
A. I got it.
Q. But your testimony is that there were other conversations between the text message on 9/4 and this one on 9/11 that led you to believe that Bloomer's not funny text was in a joking manner, is that right?
A. Yes.
Q. And then the multiple exclamation points, again, led you to believe that this is a joking kind of text?
A. Right. Because he would just put not funny. He wouldn't have taken the time to put five or six exclamation points, you know. I mean, that means that you're excited by something, right; that means you're telling me something. You could have just put not



funny. But you're missing the point. There's other conversations that we had, phone conversations, where I felt comfortable to send him the picture. If I knew it really bothered him, I wouldn't have done that.
Q. But you don't remember those conversations specifically?
A. I can't tell you how many, but Bloomer and I did speak a lot, all the time, about preachers, Benny Hinn, promoting things. I mean, I don't know, November 23rd, I'm sure he wanted me to promote this, you know. So just like the power of TV, he wanted me to promote a conference he was at. I'm not in the conference; it's Benny Hinn, I don't know who the guy on the left is, and Bloomer, right?
Q. What page are you looking at?
A. 300, Bloomer 300. He says just like that, the power of TV. I'll see you on Friday. So obviously, he's asking me to promote this conference. There's a conference that he's going to be part of, and so he wanted to get people there, people that donate, and so he wanted me to promote this on The Word. So I had a -- if he was that -- if he considered me a racist and such a bad person, why are you asking me to promote your conference, right, if I'm such a bad person --
MR. BELOW: This is on Exhibit 19.



A. This is near the other -- the same thing you gave me, right, like, you know, this is bad, this is racist; why are you asking me for a favor then?
BY MR. ASAY:
Q. I don't know; you tell me.
A. You tell me. You're asking -- he's asking me to promote this conference.
MR. BELOW: You asked him if there were discussions before.
A. There's a lot of discussions, we had phone conversations, you're taking bits and pieces out of context and weaving something in.
BY MR. ASAY:
Q. Let me ask it this way: Was there any part of you on 9/11 when Bishop Bloomer sent you not funny in response to the picture that you sent, was there any part of you that thought he might be taking this seriously --
A. No.
Q. -- and maybe I should back off?
A. No. Because on one hand you're asking me to promote your conference. What do I get out of promoting that conference, my part of it, does it help The Word, no. The Word's not even a part of it. It's a conference. Obviously, it's Benny Hinn, because he's in the

Page 106

middle, and Bloomer's to the right, but it's for Benny Hinn. Benny Hinn doesn't buy time on The Word. So I'm going to promote a conference to help Benny Hinn to help you. But I was friends with him, so I did it. I'm sure I did it. If you ask me to do it, I'm friends with you, it's not a problem, we're going to give you a heavy rotation. So I'm sure I did it.
Q. So if you turn to the next page, Bloomer 303, and you see the top image there, the top text message.
A. Yes.
Q. That's a text from you back to Bloomer again. Hi, we did great on the pretzels last night, 20K. And you follow up with I think you mean prayer shawls.
A. I don't know what pretzels mean.
Q. Yeah, I think it was a --
A. Voice text?
Q. An incorrect -- you had a word in there that you didn't mean, because it looks like you follow up with prayer shawl --
A. It's probably a voice text. So I probably said prayer shawls and it came up pretzel.
MR. BELOW: Like autocorrect.
A. I use voice text, so I probably said prayer shawls and it said pretzels.
BY MR. ASAY:

Page 107

Q. So you sent the image of Bloomer in the tuxedo with that message --
A. But prior to that you asked me to promote your conference, right? If you go back before, you're asking me to promote your conference, right, going back, is that correct? This Glory thing -- this prior --
Q. My question is just about --
A. You're just curious about timeline, right? So timeline, so this is 9/8, and this is --
Q. 9/8 is the Glory conference.
A. Yeah, so that's -- when did I receive it, 9/8?
MR. BELOW: Yeah.
A. So I received it on 9/6. So from 9/6 to 9/12, right, I probably promoted it every hour on The Word Network. So it got played every hour on the network. That would be a fortune to promote it for all those days every hour on The Word Network 24/7.
BY MR. ASAY:
Q. So I understand --
A. We're friends, so you asked me to do something for you, and I'm not benefitting, and I'm sure it's helping other people other than myself. So we're friends, I'm back to sending you a picture of Tattoo.
Q. That's on 9/12/2019?

Page 108

A. Right, but from 9/6, I probably promoted it every hour on The Word Network. Why would I promote something every hour on the Word Network that I'm not part of and I'm not going to receive a benefit for?
Q. Do you think that -- is your recollection you sent this text on 9/12, not necessarily in response to the promotion, but it was tied to the promotion for Bishop Bloomer?
A. We're friends, I'm doing something for you, not receiving a benefit, and that's how our relationship was. And so I'm helping you be around Benny Hinn and big preachers that you would not normally be around, because you're a preacher that doesn't have a church, in your home producing shows that no one sees, and so I'm helping you become big, surrounding yourself with big ministries that are asking you -- invited you to speak.
Q. So let's, if we could, let's drop down to see Bloomer's response on 303. He says I told you I don't like that Tattoo business. I told you that it was highly offense. I told you I would see that as being races -- he may have meant racist -- but I told you I do not play games with my name or my character and what you think is funny is not. I'm going to ask you for the last time to stop playing with me like that.

Page 109

I do not like it. Great on the prayer shawls. See, she's earned her picture on the hall of fame at The Word Network.
A. I don't remember the text.
Q. Seeing it now, does that refresh your recollection of when you received it?
A. I had a lot of texts with him, tons.
Q. Do you believe that he was being sincere about finding the Tattoo business as he called it highly offensive?
A. I mean, I don't know. I'm friends with him, so I didn't see it that way, you know. So you know, I said okay, got it, you know.
Q. You said okay, got it, so sensitive, WTF.
A. That means what the fuck.
Q. So that's how you responded to him?
A. Yes. Obviously, I did, right?
Q. Right.
A. It's just unnatural for him to act this way. And then on the next page he's asking me to promote something, right? So he's like Sybil or schizophrenic; on the other hand, you're asking to me -- you want me to promote something for you, right, that's what this is for. So one thing, you're mad at me, but, oh, can you promote this? It looks like some sort of a relief, bottles, water, right? He's asking me for a favor

Page 110

again because we're friends.
Q. So he had told you -- I know we've gone over this -- but he told you a couple times throughout these text messages that he found it offensive, and you told me that because of the conversations that you say you had in between, that there was more context to those text messages, right?
A. Yes.
Q. So the text that he sends on 9/12 about the Tattoo business and your response, okay, got it, so sensitive, WTF; at that point did you believe Bloomer is being sincere that he believes that this has a racist connotation?
A. No, no.
Q. No, you didn't believe it at that time?
A. No.
Q. And why not? Why didn't you believe --
A. Because it was strange that he was bringing this up. He never brought up race ever before. If it was so bad being there and I'm a racist, why do you want to come there every Friday and do a show for me? So no, I don't believe it. I still don't believe it. Like if I offered him to come back right now every Friday, he would be right there. He would leave you in the dirt and come back. So if I called him up and said

Page 111

I'm going to put the band back together and you can come back every Friday night at 8:00, he would leave you right now and come back.
Q. Would you do that?
A. No, but I'm saying if I did, he would do it. Don't put it past him. There's too much stuff -- I couldn't do it because of all the things he did.
Q. Do you think that someone in Bishop Bloomer's position would sort of put up with or deal with things they don't like about work environment because --
A. You got to ask Bloomer. I"m not -- you're asking a question about George Bloomer. I don't know.
Q. You knew him well, right?
MR. BELOW: Objection. He could not know.
A. I can't answer for George Bloomer, what's in his mind.
BY MR. ASAY:
Q. Let me ask it more direct.
A. All right.
Q. Do you think George Bloomer, knowing him as did you for that long period of time, would tolerate a certain amount of discomfort in these communications with you because he still had a great platform on The Word Network; do you think he would do that?
MR. BELOW: Same objection.
A. I'm going to answer it the same, I don't know what

Page 112

Bloomer in his mind, what he's thinking hypothetical. I don't know to answer that, and I can't answer that.
But on another respect, he's asking me to -- you know, what's funny, he says on the bottom (inaudible) he knew there was a problem on Friday -- he knew there was a problem on Friday saying we need to do more consistent shows on Friday night to get the audience back. This is what I was telling him. This is what we were talking about right here. Like his own text answers the question right here, like the show, people weren't coming in. It had nothing to do with me. It's him.
BY MR. ASAY:
Q. So then and now, The Word Network is the top network if you are an African-American preacher, is that right?
A. Yes.
Q. Is that your opinion --
A. Yes.
Q. -- it's probably not just my opinion?
A. It's not my opinion. It's the only African-American religious network in the world on cable, on all these platforms, and distributions that we have, and so it's the only go-to if you're a minister, to go. There's other places you can go, on YouTube and all that, but

Page 113

I'm saying YouTube, you're with everybody, you're with all different collections of different types of programs; it could be any show. This is a collection of African-American ministries, the biggest churches in the United States all together on one 24-hour channel. So there's other platforms they go on now like YouTube and other platforms, but they're not going to have the reach that The Word has.
Q. So again, knowing Bishop Bloomer as you did for all those years, at least in 2019, your belief is he wanted to remain on The Word Network and continue --
A. Yeah, of course. I mean, why wouldn't you? You're getting invited to big churches like Benny Hinn. Benny Hinn doesn't have a church, but he'll see 100,000 at a stadium. So you're a preacher that wouldn't normally be invited, and you're being invited as part of this conference. And he's also friends with me, so I'm sure Benny realizes that if he asked me to promote this conference, I'm going to promote this conference, which is free admission to get in, but you're going to be making donations there. So Bloomer wouldn't have a chance like this; he wasn't well known as a preacher, so this was an opportunity for him.
Q. So he's unlikely to leave the network unless --

Page 114

A. He did; he left.
Q. I know he did eventually.
A. But that wasn't what he really wanted to do. I took him up on it. So I knew when he quit, that's not what he really wanted.
Q. What do you believe he really wanted?
A. He was using this as leverage to get back on The Word Network and have his friend E. Bernard Jordan with him; that's what I believe. So when he decided to quit, I said I'm sorry, you know, that you're leaving, we'll revisit it, and immediately he went out on social media talking about it with E. Bernard Jordan, and I knew that there was social media presence that he was complaining about The Word. But before that, he showed up every Friday.
Q. Let's flip to Bloomer 306, and I'll give you a chance to review that page.
A. What do you want me to read, his thing?
Q. I don't want you to read it into the record, but I just want you to --
A. Read the blue.
Q. Read the blue, and then we'll talk about it.
A. All right. It's hard to read because it's so small.
Q. Take whatever time you need.
A. Can I ask you a question? The meme and all this other text, is this after this, the text right here?

Page 115

Q. This text appears to be --
A. After.
Q. 9/15/2019?
MR. BELOW: This is the 15th.
THE WITNESS: Yeah, this is after, right, where he's talking about I'm racist or racist connotation, right?
MR. BELOW: It's after. If you look at the dates on this.
THE WITNESS: So it's after. If I'm racist, right -- off the record -- if we can go off the record.
BY MR. ASAY:
Q. We're going to stay on the record.
A. But I'm just saying it's kind of ridiculous, right, if I'm all these things and then you're asking me about the show and how to make it better, right? Like if that meme is so horrible and so bad and now on 9/15 way after before (sic) you're asking me questions, and I don't believe this is to be true. It says, yeah, here's my text, it seems like you're unhappy at The Word. I tried calling you. You're blaming me for low audience, right, like you're blaming me for -- you're blaming the network when you should be blaming yourself.

Page 116

Q. Let me ask you if you're done reading through --
A. Yeah, I'm done.
Q. Let me ask you a few questions about it. The very first sentence he says I was a little bit disturbed by our conversation this afternoon with regarding the show on Friday night.
What was the conversation that the two of you had --
A. I have no idea. I don't remember what conversation, okay? I mean, you asked me to read a text that he wrote. I don't remember what I had a conversation with him about that. I don't know.
Q. Does it -- it sounds to me like it may have been about the show, the Friday show.
A. I mean, it was always a Friday night show, you know, and then I don't like the word when he used plantation; that's a negative connotation, do you know what I'm saying? I think that's what ruined it for him when he said that. You keep on using race -- I heard it all the time, right, when I built the network, plantation preachers, plantation this. People use that as an excuse, do you know what I'm saying, because they're not liking it there. So if you look at my text, that's what kind of did it for him, when he used the word plantation; you're bringing up race again.

Page 117

Q. Right.
A. If you want to be cooperative and try and help the show and do something, it -- not everything revolves around race, it just doesn't. Not everything is about race in the United States, and so --
Q. But you obviously had a negative reaction to him --
A. Yeah, when he used the word plantation. Even reading it for the first time, I don't remember this, that he wrote, until reading it, and then the word -- the only thing that sticks out is plantation. You don't need to say that. I mean, if it's such a plantation, why did you come every Friday? If it's so bad, right, and it's so horrible, why are you coming?
Q. Did you end up having a conversation with Bishop Bloomer about the text and your response?
A. I don't remember. You're talking about 2019. It's 2024.
Q. I'm just saying do you remember --
A. Whatever the text is on there, that's that I said. I don't remember every conversation I had with somebody in 2019. I mean, I am kind of busy. I don't know if you know that.
Q. But you don't remember any specific conversation that

you had with him?
A. I don't even remember this text until you showed it to me the first time, and then when I read it, the word plantation stuck out. Nothing in here made any -- I didn't look at anything -- the plantation stuck out like a big sore thumb, and that's going to piss me off.
Q. If you turn to Bloomer 307, this is the next page.
A. Okay.
Q. And it looked to me between the prior page and this page that you tried to reach him and could not. Does that --
A. I don't remember. You're asking me something that happened in 2019, right? Is that the year?
Q. Yes.
A. That's a long time.
Q. Yeah. If you don't remember, you can just say, hey, I don't remember.
A. Whatever the texts are, that's what they are.
Q. Do you see the text at 8:31 p.m.? The date and time is located right under the text message. Do you --
A. Where?
Q. Sorry, Bloomer 307, and there's a text from you, and you say you receive a lot of time on the network.
A. Right.



Q. That was at 8:31 p.m.
A. Okay.
Q. And you follow up, I don't think you are appreciative.
A. Okay.
Q. We'll look tomorrow on how much time you are on network.
A. Yeah, okay.
Q. I'm very disturbed by you tonight.
A. Okay.
Q. Do you recall if you, you know, went back to the office and looked to see how much time he had spent?
A. I probably -- time, meaning giving you time on the network, half hours. I probably asked somebody to look to see how many half hours he was given on the network.
Q. Was your intention at that point to maybe pull that time --
A. Yes.
Q. -- back from him?
A. Yes. If you look at my text, yeah, that's the whip.
Q. Okay. And --
A. Time is so important to preachers. I can't tell you because you're not a preacher, but if you get time on The Word Network and you're reaching all over the world, different times zones, armed forces, cruise



ships, submarines, armed force bases, yeah, it's worth a lot, right? Because you're at home, you have no way to distribute your books, tapes, and CDs. So if you're given half hours, I'm thinking to myself, you're getting more than two times. Somebody's giving you more time on The Word Network. Either promos, half hours, maybe he's friends with people, that's how you steal from the network, is you insert stuff without the log, giving time. I see it more often than not. So somebody in mass control, somebody is putting you in where it's not in the log, yeah.

MR. BELOW: I need to use the restroom.
VIDEO TECHNICIAN: Off record, 2:07:55.
(Off the record at 2:07 p.m.)
(Back on the record at 2:16 p.m.)
VIDEO TECHNICIAN: We are back on the record. It's 2:16.

BY MR. ASAY:
Q. We're back on the record. And Kevin, you understand you're still under oath, right?
A. Yes.
Q. And anything about your prior testimony you want to change at this point?
A. No.
Q. Okay. So let's -- I'm still on Bloomer 307.



A. Okay.
Q. And I'm looking down at the blue box that Bloomer sent. He says --
A. Do you want me to read it?
Q. Yeah, go ahead and read it. Read it to yourself and I'll ask you some questions about it. You just tell me when you're ready.
A. Wait, one second. Okay.
Q. All right. So this text message that Bloomer sent you, he's -- this is where he says I'm going to step away from The Word Network, right?
A. Yeah, that's what he says.
Q. Do you all -- prior to him sending that text message, did you have a conversation with him on the phone where he expressed to you that he was leaving?
A. I don't know.
Q. Do you recall anything like that?
A. I mean, maybe. I don't know. I mean, I'm seeing this text. I don't remember how it happened in 2019. I don't remember if he called me or texted me, do you know what I'm saying? Obviously, I see the text, but I don't know, do you know what I'm saying, how this happened. I know he quit.
Q. Do you recall having any conversation on the phone about the meme, and in that discussion --

Page 122

A. The meme was past that.
Q. -- that ended with him --
A. No.
Q. -- saying he was leaving?
A. No, it had nothing to do with the meme. Like this is way after the meme. This is about the show not doing well. Like that's what it's about. It's about the show not doing well, and my people at The Word didn't want to participate in the show every Friday. So he referenced Dave and Jeff, that was a few people -- there were a lot of people that didn't want to do the show on Friday because it wasn't going anywhere; calls weren't coming in, they're spending their Friday night, and these are church people, and it wasn't exciting, so people weren't showing up and people weren't -- were not being scheduled for a reason and he was leaving on his own accord because it wasn't doing well; he's leaving because he knows he can't do it.
Q. Did you ever have a phone call conversation where -- with Bishop Bloomer where you're discussing the meme and you said to him if I'm your pimp, then bring me my money?
A. No, I wouldn't talk like that.
Q. Or words to that effect?

Page 123

A. No, I don't talk that way. Like when you used the word jive, I corrected you. So that doesn't sound like me. Like when you used the word jive, I don't know you, but I am like, hmm, I wouldn't use that, do you know what I'm saying, you're not Afro-American, do you know what I'm saying, you're from the Midwest, you know, why are you using that word? So I corrected you on it, right? I checked you in the boards. And so that doesn't sound like me. I wouldn't use that. Like that's not me; I don't talk that way. You know, I never had a conversation like that.
Q. Okay.
A. This is about him leaving because he knows the show is not doing well, and he probably wanted to leave before he got fired; that's what I think. I don't remember, it's 2019, but he's leaving. He knows the ship's sinking on Rejoice In The Word on Friday night, and so he took off in a speedboat.
Q. So your testimony is you never had a conversation --
A. Definitely not. I wouldn't talk like that.
Q. Did you ever have a conversation with Bishop Bloomer where you told him to go over to Impact?
A. No.
Q. Did you ever have a conversation with him where you told Bishop Bloomer that you'd put him in your Rolls

Page 124

Royce and drive his black ass over to Impact?
A. That doesn't sound like me. I don't talk like that, it just doesn't, you know.
Q. You deny having a conversation like that?
A. Look at me, do I look like I talk like that, do you know what I'm saying? I wear a blue sports jacket, polo shirt, do you know what I'm saying; that's not me, that's not my style. You know, I'm not talking like that. I don't even know you and I corrected you, do you know what I'm saying? I don't use terms like that. I'm not like that. That's not who I am.
Q. Okay. So you didn't have that conversation?
A. I did not. Even the meme, I don't like being dressed up in a pimp; that's not me. You know, I didn't come in here dressed like that, you know, so that's not my style. So I'm offended about the meme, but I didn't sue the company that did it, because it's a meme; it's supposed to be a joke.
Q. Did you ever try to find out who made the meme?
A. It's a national meme. Back then, memes weren't popular. Today, there's memes on everything. But I didn't have the ability. I don't have a computer. I didn't have the ability to go on and find out who did it. Like it was a joke; that's all it was was a joke, and I had nothing to do with it. It's a joke. But

Page 125

you know, obviously he's very offended by it now and he weaved a federal case into it. He's leaving on his own accord; it had nothing to do with me. He knows the show's bad and no one wants to show up for it. And I think the last time he was there there was wasn't camera operators or audio people, and they couldn't do the show. They were telling him that the show is bad.
Q. If Bloomer's testimony is that you had this conversation, you dispute that, right?
A. He's lying.
Q. If he said that the meme was sort of the straw that broke the camel's back, and the reason he left, you say --
A. He's lying. I mean, he doesn't mention the meme in this thing when he's leaving, right? I mean, you asked me to read this.
Q. Yes.
A. Does he mention the meme in this? Is there anywhere that the meme's mentioned in this? No? I'll answer that for you. He doesn't mention the meme in there, that he's leaving for that reason.
Q. I'm looking at 308, Bloomer 308. The last message there is from you, it says please no longer communicate with me. I'm now blocking your phone.

A. Yeah, I blocked him. I do that all the time.
Q. What was the purpose in doing that?
A. If I'm not going to talk to you anymore, you know, I block people all the time.
Q. As you sit here today, do you think that Bishop Bloomer's sort of opposition to the meme and the text, do you think that was sincere opposition?
A. You're asking me about Bishop Bloomer, in my opinion?
Q. Yes. I mean, what was -- do you think that was a sincere opposition to this --
A. No, I think he's using it -- I think was using it to get leverage to keep his show and keep air time on the network. I just think he -- it had nothing to do with the meme. He knew it, we were friends, we joked about it, and on one hand he's saying he's leaving, he doesn't even mention the meme, I'm quitting, I'm leaving, and he doesn't even mention the meme, which is the whole fabric of this lawsuit, was the meme, right? So he intertwined this whole federal case about a meme, you know, and in his own admission that he's leaving, he doesn't even mention the meme. Don't you think that would've been his swan song? I mean, it's his words; he should have said I'm leaving because of the meme. His own admission tells you he didn't believe in the meme; he knew it was a joke.


I mean, we're going to take this all the way to the end, if that's what you want. We'll go to trial, we'll go right to the end, if that's what you want to do. I'd like to see if there's a settlement, see if we can work something out, but if you want to take it all the way to the end, let's do it.
MR. BELOW: Wait until he gives you a question.
BY MR. ASAY:
Q. Do you recall after Bloomer's departure that there was news coverage about that; do you remember that?
A. Yeah, he created it. He's the one that did it. He's the one that caused all these. He went on the Internet; he was trying to drum up support. Yeah, there was news coverage. I had to hire a P.R. person out of DC to handle it.
Q. Do you remember generally being accused of racial insensitivity?
A. By him only; no one else.
Q. And how did you feel about that?
A. I was upset, because that's not who we are at The Word, that's not who I am. I thought I was very fair to him. He's the one that left. I didn't want him to leave. I wanted to work it out. And so yeah, I was disappointed in him; hurt because we were friends, and


I knew it was fabricated. And he didn't have support of the black community behind him; it was just him.
Q. Okay. We'll get to that in a moment.
Did you do anything internally at the company to address the publicity?
A. Yeah, I hired a P.R. person instead of The Word doing it itself. We went outside and hired a P.R. person to handle it.
Q. Did you have any discussions with employees about the publicity, or was there any communications with employees about the --
A. Mostly Bishop Ellis, he's a pastor at Greater Grace, one of the largest churches here in Detroit, he's got a million members, part of our organization called Apostolic Paul, and so between him, Paul Morton, head of the big, big, churches, I had conversations with on how to handle this, and so I didn't talk to the employees about it. I went outside to my core group: the Reverend Jesse Jackson, Bishop Ellis, Horace Sheffield, you know, a group of people I traveled with across the country to get on cable systems. They said it's not going to gain any traction because there's no one supporting; there's no major civil rights leaders behind him, and so he's just doing it himself. He's out there promoting this stuff. He created his own


damages by going on and showing the meme to everybody. No one knew about the meme except him and myself going back and forth, but he created it by putting the meme out there, putting it on social media, going on -- doing interviews on social media platforms, so he did it to himself. I didn't discuss it with any employees. It was just -- I had conversations with Bishop Ellis and Reverend Jackson how to handle this. I got a firm that somebody gave to me, African-American firm out of DC, we apologized, came out in front of it, said I was sorry publically and moved on, and didn't talk about it after that.
Q. Do you remember there being some discussions of a potential boycott of The Word Network --
A. Yeah.
Q. -- do you remember that?
A. Boycotts don't work. So it's a horrible idea. Like they've been doing boycotts at supermarkets and then you see an African-American family going and buying milk or whatever. Boycotts, that's the worst thing you can do, and Reverend Jackson told me that. He said, oh, my God, that's the worst thing you can do. You can't go to everybody's home in the United States and see if they're watching The Word Network, and all it's going to do is bring more attention to you, like

Page 130

let me turn this on and see what's going on here. Boycotts are the wrong thing, and so that's somebody that's inexperienced in civil rights saying a boycott; that's what Reverend Jackson told me.
Q. Did anything about the petition for the boycott make you rethink whether or not you should have shared the meme with Bishop Bloomer?
A. I just told you my response. I talked to Reverend Jackson, I talked to Reverend Sharpton, I talked to local ministers, you know; they knew that it was made up by him, he was publicizing the meme, but the meme wasn't why he left. He was using that after the fact. The meme was way before that. People saw the meme because of him.
Q. I'm going to give you what's previously marked as Exhibit 18. This is Bates stamp Bloomer 27.
MR. ASAY: John, you should have a copy of that from yesterday.
MR. BELOW: I got it.
BY MR. ASAY:
Q. Can you identify that document for me, Kevin?
A. I'm familiar. It's a Detroit chapter, National Association of Black Journalism. You know, I knew that they were putting something out with Bloomer or something like that.

Page 131

Q. And --
A. I don't remember seeing this document, but I just looked at the call letters. I know who the organization is. In fact, we were members, so I don't know how that happened. Like 910 was a member of NABJ, paying its dues, and then this is somebody that's friends with Bloomer that did this letter. So it was somebody that was disgruntled on 910 that did the letter on their station, that's what I found out. So somebody at NABJ was mad at me or disgruntled that was a board operator or on air personality that did a favor. This wasn't the organization, because I was part of this. I've been to their parties, sponsorships. So this was, you know, an unauthorized letter.
Q. You're telling me that's a forgery?
A. I don't know if it's a forgery, but I know the association, I was a member of NABJ, been to their parties, been to their dinners, I've even gotten awards from NABJ. So somebody did a letter for Bloomer and, you know, we didn't pay attention to it.
Q. The letter calls the meme tone deaf and racist, right?
A. I didn't do the meme.
Q. I know, but it calls it that, right?
A. I didn't do the meme; I told you thousands of times.

Page 132

I had nothing to do with the meme.
Q. The letter though takes some exception to you sharing the meme, right?
A. I didn't share it; Bloomer shared it.
Q. You shared it with Bloomer.
A. Bloomer got it the same time I did through Dodie Johnson, but no one knew about the meme except Dodie, myself, Ralph Lameti. It was Bloomer that created his own demise by going on social media and showing this. I remember the NABJ made a couple calls, and we stopped being a member for that.
Q. After the letter?
A. Yeah. I don't recall the letter, but I remember they got involved and I made a couple calls. I think we threatened that we were going to sue, or told them we were going to sue, and that was the end of it.
Q. Yeah, I read that there was a cease and desist letter.
A. Probably, yeah. I don't -- you know, I don't remember, you know, it was a long time ago. You're asking me about October 14, 2019, but I remember I was disappointed in them because I've been to their functions -- it would be like a function that you are, like lawyers, do you know what I'm saying, and you pay the dues and you go and you go to the dinner and you get a letter from, you know, an outsider, you know, so

Page 133

I think we sent a cease and desist letter, and it stopped. I heard it was unauthorized.
Q. You heard the letter was unauthorized?
A. Yeah.
Q. First of all, who did you hear that from?
A. Somebody in part of the organization, somebody high up, a journalist. I think it was a journalist at WWJ. A lot of African-American journalists, radio, TV, are members, or used to be members. Like there was a lady from WWJ and also a personality on Channel 7, you know, I forget their name, I can't think of it, but African-American, usually communication journalists or on air personalities and told me that.
Q. Do you ever receive an official response from NABJ saying --
A. I have no idea.
Q. -- saying it was unauthorized?
A. All I know is it stopped.
Q. And what's the date of the letter?
A. October 14th, 2019.
Q. And at that point, October 14, 2019, did you feel like, hey, you really hadn't done anything wrong with respect to Bloomer?
A. Yes.
Q. Did that change at some point?

A. What do you mean?
Q. I mean, after -- some point after October 14, 2019, did you feel like I may have been in the wrong at all?
A. No.
MR. ASAY: We'll mark this one as Exhibit 20.
MARKED FOR IDENTIFICATION:
DEPOSITION EXHIBIT 20
2:37 p.m.
BY MR. ASAY:
Q. You've just been handed what we've marked as Exhibit 20. It is Bates stamped Bloomer 26. I'll give you a second to review this, and you let me know when you're ready.
A. You want me to read the whole thing? It looks like a press release that -- of the P.R. firm we hired.
Q. I think you mentioned earlier that you hired a P.R. firm, right?
A. Yes.
Q. The Foster-Jones Group, is that what you hired?
A. Yeah, I can't think of her first name, but yeah, it's a P.R. firm out of DC.
Q. Is this the -- this is the apology that you referenced earlier, right?
A. Yeah. Yeah, Jackson -- a whole bunch of ministers



were advising me: Reverend Jesse Jackson, a couple members of the NAACP, Bishop Ellis, people that I rely on that gave me advice, you know, we all work together; apologize and move on.
Q. So this is what came out of that?
A. I didn't read it. I mean, if you want me to read this whole thing, I'll take the time, go off record and read it, if that's what you want to me to do.
Q. I just want to know if this was the apology --
A. Yeah.
Q. -- and the press release --
A. Yeah, I publically apologized. We put it on P.R. Newswire; put an apology out and move on and don't say anything else, and that was the advice of Reverend Jesse Jackson, Bishop Ellis, Horace Sheffield, people at the NAACP, maybe Sharpton was involved, local chapter of NAN (phonetic), there was a whole bunch of advisors, it wasn't just me. I didn't pick this firm out. I still use it, but, you know, they gave me the firm, and she worked for the mayor's office in DC, and so we put out a statement, and it stopped.
Q. And this is -- looks like it's dated November 4, 2019, is that right?
A. If that's what the letter says, that's what the letter says.



Q. And this went out based on --
A. P.R. Newswire.
Q. -- based on advice of these people that you talked about?
A. Yeah, people that I relied on that are civil rights leaders, that are well-known civil rights leaders.
Q. But this -- I think based on what you said earlier, this didn't reflect you feeling like you needed to apologize; it reflected you wanted --
A. I apologized to him. I didn't know I offended him. I put it out there. I publically said I was sorry. I took the right steps to correct it, right? Like I felt that he was using the meme for leverage. I felt that he was aware of the meme. He joked around with me before. He was using it. I wanted to put an end to it; I didn't want to keep on going, so I publically apologized. This went out internationally. It went to Kenya, Africa, it went all over the place. I publically apologized to George Bloomer, end of story. I wouldn't have done it if I -- I wouldn't have apologized if I didn't -- I wouldn't put it out there. If I didn't believe in it, I wouldn't apologize. So I apologized to him. I mean, no big deal, right? But I said I was sorry and moved on. But no one is going to make me put something out on P.R. Newswire on the



company that I created. So I thought for the best of everybody, just to put it at ease, I'll apologize publically, internationally, and it went to BSkyB, it went to France, it went all over the place. It was an expensive P.R. International P.R. is very expensive.
Q. At this point after, you know, five years almost, do you think this meme that you sent to Bloomer, do you think there's any racist connotation to it as you sit here today?
A. No, because I didn't create the meme. It makes me look bad, and a pimp, in a hat. I mean, I'm the one that should be mad. I should be suing the company that made the meme for the legal expense and time. So I mean, you know, there's so many memes today; there's memes on everything. You can't control it on the Internet. There's no control on the Internet, what people put out; misinformation, bad information. You just got to take with it a grain of salt and move on.
Q. I want to just ask you about a few people who I think are connected with this lawsuit in some kind of way and I want to find out what you think they know in relation to this case.
Arcenia Finley, do you know her?
A. Yeah, she handles my call center. She's not related to this case, has nothing to do with this case.

Q. Malia Howard?
A. She worked at The Word in social media, doing social media for The Word Network; has no relationship, didn't work with Bloomer, doesn't have any relationship to this case. They're past employees that were before COVID. So after COVID, the business changed. We didn't need somebody to work on the shows like social media. So other than Pastor Finley, we can go through the names. They're pre-COVID. So if they -- if they're not working there anymore, they're going to be mad because they don't have their job anymore.
Q. Most of the -- I mean, really all of the events that are that -- that relate to this case occurred before COVID in 2016 to 2019.
A. Right, but you're mentioning employees that aren't there that were affected by COVID that don't have their job because there's no production done anymore, so they're going to have ill feelings. I don't know who you're going to mention, but I can probably guess that they're going to be people that are mad that they're not working there anymore. I mean, go through the list with me.
Q. Yeah, I just wonder if Malia Howard, thinking back on that timeframe, if there would be anything that she



would --
A. She didn't interact with Bloomer other than social media on the show.
Q. Dodie Johnson, we've mentioned, I know she had a conversation with you.
A. Yeah, she was gone during COVID, not needed. Sorry, but some of the people we realized were not essential people to keep us on the air.
Q. All right. Dave Sheffield?
A. Left after COVID.
Q. Would he have information that's relevant to the case you think?
A. I don't think any of these guys would have relevant information about the case. Dave sold air time. So Bloomer wasn't buying air time; I don't know why he's involved.
Q. Are there any other individuals that you can think of that --
A. I don't know, read them to me, I'll tell you if they're relevant.
Q. No, that's -- I have Ralph Lameti on this list --
A. Ralph's my CFO and he's the person that I would go to to ask questions, to find out -- gather information for me.
Q. So is there anyone else in addition to the people that



I've identified that you can think of that would have information that's relevant to the case?
A. I can't do your work for you. You know, I mean, I don't know who would be relevant. Whatever I mentioned in the dep today, you can contact Bishop Ellis, you can contact Reverend Jesse Jackson, you can contact Reverend Al Sharpton; whoever I mentioned today, go take their deps.
Q. What do you think they would tell me about this case?
A. I have no idea what they would say. How would I know what Reverend Jesse Jackson is going to say about this or Bishop Ellis, or Horace -- whoever I mentioned today would have relevance on this case; go take their deps.
Q. Are there any other individuals or witnesses that you talked to about the case?
A. Other than the people I identified in this deposition, that's who I talked to.
Q. I guess I should be clear. I'm not talking about anybody that's, you know, connected with your lawyers or anything, but --
A. I know that.
Q. -- anybody else.
A. I know that. I didn't discuss it at work with anybody other than Ralph.



Q. Got you. Anybody outside --
A. There's a privilege with Ralph; he's a lawyer and he's also an accountant, so there's a privilege, so I would never break the privilege, and so I didn't discuss it with anyone at work other than Ralph Lameti because there's a privilege, and my attorneys. And whoever I mentioned at the dep today, they're free game to take their deps.
Q. Okay. I forgot to ask: I thought we were supposed to have a sketch artist today?
A. I don't know what you're talking about.
Q. I thought you wanted a sketch artist.
A. No.
MR. BELOW: It was something that was mentioned.
A. You have some bad information, I guess.
MR. BELOW: They're in here right now, you just can't see them.
BY MR. ASAY:
Q. Okay.
A. I mean, everyone takes my video dep, everyone does it. You know, you're not the first to come up with this.
Q. I did not hold myself out as being the smartest.
A. Either am I.
MR. ASAY: Give me -- well, we can go off

the record for maybe five minutes and let me review my notes.

VIDEO TECHNICIAN: Off the record, 2:48.

(Off the record at 2:48 p.m.)

(Back on the record at 2:53 p.m.)

VIDEO TECHNICIAN: We are back on the record, 2:53.

BY MR. ASAY:

Q. Kevin, we're back on the record. Was there anyone at TWN who, aside from Bloomer, who came forward and objected to that meme or you sharing the meme in any way?

A. No. I didn't share it. So no one -- everyone thought it was a joke. And obviously, people that don't work for me don't think it's a joke anymore. You know, I don't know why they're getting involved, but no one -- it wasn't mentioned. The only person that saw was Dodie brought it to my attention, showed Ralph, you know, after that, that was it, I didn't discuss it with anybody.

MR. ASAY: That's all I've got.

EXAMINATION

BY MR. BELOW:

Q. All right. I just have a couple. Kevin, I think you said something on the record, you can correct me if



I'm wrong, but that Bloomer caused his own demise by showing the meme. Were you talking about what he did after he quit The Word Network Church?

A. Yes.

Q. In connection with Exhibit 19 that we mentioned on the record, you went through a bunch of parts of it; do you remember Exhibit 19 today?

A. Yes.

Q. After the meme is either shared or exchanged, is it your recollection that for approximately, you know, 10, 11, 12 days, either by text in Exhibit 19 or in conversations, that Bloomer continued to talk about staying on the air and keeping his show on The Word Network Church?

A. Yes.

MR. BELOW: That's all I got.

RE-EXAMINATION

BY MR. ASAY:

Q. Just a quick follow-up on that last question.

A. Sure.

Q. So that time period between, I guess, 9/4 and 9/11, do you have any specific recollection of, you know, a specific conversations that you had with Bloomer about remaining on the air?

A. No.



MR. BELOW: I think it was actually September 4 and September 15.

MR. ASAY: What did I say?

MR. BELOW: 9/4 and 9/11.

BY MR. ASAY:

Q. So between that time period, any specific recollection of specific conversation --

MR. BELOW: I know you love when I correct you.

A. An actual conversation I had, I mean, I knew that he wanted to stay on the air.

MR. ASAY: Nothing further.

VIDEO TECHNICIAN: That concludes the deposition. Off the record, 2:56:25.

(The deposition was concluded at 2:56 p.m. Signature of the witness was not requested by counsel for the respective parties hereto.)



CERTIFICATE OF NOTARY

STATE OF MICHIGAN )
) SS
COUNTY OF OAKLAND )

I, JENIFER WEISMAN, certify that this deposition was taken before me on the date hereinbefore set forth; that the foregoing questions and answers were recorded by me stenographically and reduced to computer transcription; that this is a true, full and correct transcript of my stenographic notes so taken; and that I am not related to, nor of counsel to, either party nor interested in the event of this cause.

JENIFER WEISMAN, CSR-6006
Notary Public,
Oakland County, Michigan.
My Commission expires: August 17, 2027

Exhibits

**EX 0017 Kevin Adell 053124 Previously marked**
67:16,17
**EX 0018 Kevin Adell 053124 Previously marked**
130:16
**EX 0019 Kevin Adell 053124**
3:14 81:12,16 104:25 143:5,7,11
**EX 0020 Kevin Adell 053124**
3:15 134:5,6,8,11,12

$

**$10**
59:19 61:1
**$5**
60:13

1

**1**
65:20
**1,000**
35:16
**10**
60:13 78:20 103:6
**10,000**
32:2
**100**
14:14 32:14,15 58:16 59:22
**100,000**
113:15
**100-year**
58:14
**10:00**
21:24
**10:05**
4:2,5
**10:53**
37:5,6
**11/18/66**
6:14
**112**
67:17
**114**
67:17
**11:00**
37:7
**11:00:55**
37:9
**12**
6:8 65:18,19 68:1 100:25
**12:00**
80:25 81:1
**12:04**
100:22
**14**
25:14 132:20 133:21 134:2
**140-foot**
9:20
**14th**
6:4 133:20
**15**
66:15
**150**
58:16
**15th**
115:5
**17**
67:17,21,22
**18**
130:16
**19**
81:12,16 104:25
**1985**
9:5
**1989**
9:5 13:22 42:17
**1994**
14:5
**1:00**
80:23
**1:17**
81:2,4
**1:18**
81:13
**1st**
19:16

2

**2**
81:4
**20**
6:6 49:3 134:6,8,12
**200**
14:13 15:14 28:10 44:17
**2000**
9:10,12
**201**
4:11
**2010**
42:12
**2016**
38:13 49:4,16 138:15
**2019**
35:18,20 38:13 49:4 68:1 83:10 92:14,19 94:20 113:10 117:18,23 118:14 121:19 123:16 132:20 133:20,21 134:2 135:22 138:15
**2024**
4:1,5 117:19
**20K**
106:12
**20th**
42:17
**21**
44:7
**23rd**
104:10
**24**
15:13 23:1 28:21 30:24 34:16 49:24 62:13,14 63:6,7,12,14 103:4
**24-hour**
11:22 13:5 113:5
**24/7**
66:20 92:11 107:18
**248.933.7878**
82:5
**25**
14:14 15:13
**26**
134:12
**27**
130:16
**285**
81:17,18
**297**
82:14,25 83:3,7 84:7 100:8
**299**
94:17 99:13
**2:03**
94:20
**2:07**
120:14
**2:07:55**
120:13

**2:16**
120:15,17
**2:22-cv-12433-nge-drg**
4:10
**2:37**
134:9
**2:48**
142:3,4
**2:53**
142:5,7

3

**3**
15:14
**3,000**
56:13
**30-some**
98:10
**300**
104:16
**302**
100:19
**303**
106:8 108:19
**306**
114:16
**307**
118:8,23
120:25
**308**
81:17 125:23
**31**
4:1,5
**31st**
19:16
**34**
9:22 21:4
22:16
**34102**
6:4
**35,000**
31:19
**36,200**
14:15
**365**
49:25 103:4

4

**4**
42:17 135:22
**4,000**
58:21
**400**
59:1
**48**
49:25 63:7,8
**48677**
4:18
**4:12**
83:11
**4th**
83:10

5

**5**
94:20
**50**
32:16
**50,000**
49:13
**5:00**
21:25 71:8
**5:30**
71:8

6

**60-plus**
44:4
**636**
6:4

7

**7**
35:8 133:10
**70-plus**
44:4,14
**700**
16:11 44:1,4
**75**
14:14

8

**8**
35:8 78:20
103:6
**80**
44:18
**85**
8:16 34:17
**89**
8:16
**8:00**
35:3 111:2
**8:30**
35:2
**8:31**
118:20 119:1

9

**9/11**
102:3 103:16
105:15
**9/11/2019**
100:22
**9/12**
107:14 108:6
110:9
**9/12/2019**
107:25
**9/14**
100:25
**9/15**
115:19
**9/15/2019**
115:4
**9/4**
94:10 103:15
**9/4/2019**
86:1 100:6
**9/5**
99:17
**9/5/2019**
100:1
**9/6**
107:14 108:1
**9/8**
107:10,11,12
**90**
24:2 34:17
37:22,25
**90-acre**
43:7
**90s**
9:9
**910**
9:13 12:21,
22 22:6
131:5,8
**919.806.6158**
81:19
**95**
44:13
**99**
28:18

A

**a.m.**
4:2,5 37:6,7
**abbreviation**
11:2
**ability**
36:19 64:10
124:22,23
**able**
22:15 64:17
**abundance**
64:24
**accord**
122:17 125:3
**accountant**
141:3
**accounting**
32:7

**accredited** 76:13
**accused** 127:17
**across** 14:22 15:1 52:7 128:21
**act** 80:10,20 90:16 109:18
**action** 7:17 20:16
**actions** 7:10
**active** 37:22
**actively** 10:2
**activities** 19:3
**actual** 82:18 83:5 92:23 93:24
**adapt** 33:7 53:6
**adapted** 53:13
**addition** 139:25
**additional** 84:23
**address** 6:3,5,7 128:5
**Adell** 4:6,19 5:1,5 7:18 9:17, 18,20,24 22:5 68:2 82:5
**ADL** 14:25 38:19
**admission** 80:16 113:20 126:20,24
**advance** 64:14,15,16 67:2
**advice** 135:3,14 136:3
**advising** 135:1
**advisors** 135:18
**affairs** 19:6
**affected** 138:17
**afford** 64:17
**Aflac** 30:21 38:1
**Africa** 39:14 136:18
**African-american** 9:11 13:6, 13,15,17 23:18,19,24, 25 24:2,4 26:24 27:4 28:15,18 38:17,20 39:13,16 40:11,17,18, 19,21 44:6 58:12 64:8 75:4 85:3 112:15,21 113:4 129:10,19 133:8,12
**African-americans** 65:15 92:10
**Afro-american** 123:5
**afternoon** 17:4 116:6
**age** 27:14
**ago** 29:9 36:17 45:5 48:19 56:8 70:9 78:8 80:8 85:19,24 132:19
**agree** 23:3,10,21, 22 24:10 27:20 53:2
**agreement** 60:7 63:17 65:6 66:4
**agreements** 20:9
**ahead** 121:5
**air** 17:20 18:11 42:16 46:11 57:25 60:20 61:9,11 63:24 64:1, 23 89:7 90:19 93:2,8 101:21 102:13,15,18 126:12 131:11 133:13 139:8,14,15
**airlines** 13:4 15:16
**airs** 17:6
**album** 100:2
**alcohol** 8:4
**amateur** 101:8
**ambiguity** 31:16
**ambiguous** 25:25
**America** 44:19
**American** 17:9
**amount** 60:18 63:22 76:15 111:21
**animals** 22:22,23,24
**annoyed** 99:9
**anointing** 55:12,16 66:1
**answer** 5:25 29:19 30:17 36:19 61:25 62:9 77:20 96:17 103:12 111:15,25 112:2 125:20
**answered** 24:19 46:2 61:3
**answers** 5:14 33:12 112:10
**anti-discrimination** 28:24 33:16
**anti-retaliation** 30:5
**anybody** 22:9 38:18 66:24 70:21 73:4,6 77:10 140:20,23,24 141:1 142:20
**anymore** 33:4 34:24 47:16 60:5 66:11 86:12, 14 95:21 126:3 138:10,12, 18,22 142:15

**anyone**
27:13 32:24 34:19 59:10 66:21 67:11 68:11 71:11 76:25 139:25 141:5 142:9
**apologize**
90:6,7,10,11 135:4 136:9, 22 137:2
**apologized**
90:12,23 91:1 129:10 135:12 136:10,17, 19,21,23
**apology**
134:23 135:9,13
**Apostolic**
128:15
**Apostolics**
58:13
**appearance**
42:25
**appeared**
18:13
**appears**
94:24 115:2
**applicants**
28:10,11
**appreciate**
55:5
**appreciative**
119:3
**approached**
54:4
**Arcenia**
137:23
**area**
9:4 36:5
**areas**
29:9
**Arizona**
8:17
**armed**
119:25 120:1
**around**
14:13 15:4 24:4 32:24 43:5,11 47:22 56:13 57:10 58:16 71:11 78:22, 24,25 84:1 88:18,21,24, 25 89:11,17, 20,22 94:5 97:18 99:17 102:20 108:11,12 117:6 136:14
**arrangement**
46:4
**article**
67:25 68:3, 8,10,12,14, 21 75:8,9, 14,15,19 76:2,4,6,8 77:11,18,20
**artist**
35:12 72:2 141:10,12
**Asay**
4:16,25 5:2 24:20,24 25:4,9,12, 15,18 26:1,3 27:9,11,16 30:1,4,16 37:1,10 38:23 55:3 67:19,22,24 70:6 80:21, 24 81:5,14 82:22,24 96:6 101:23 105:4,13 106:25 107:19 111:16 112:13 115:14 120:18 127:9 130:17,20 134:5,10 141:19,25 142:8,21
**asked**
29:8 40:1 46:14,18 50:5 62:4 105:8 107:3, 21 113:18 116:11 119:13 125:17
**asking**
5:13 25:22 50:9,24 65:10 102:12,19 104:18,23 105:3,6,21 107:5 108:16 109:19,21,25 111:11 112:3 115:17,20 118:13 126:8 132:20
**aspire**
72:20 77:7
**ass**
66:24 124:1
**associate**
99:5
**associated**
41:7
**association**
17:9 130:23 131:18
**Atlanta**
16:7 34:25
**attempts**
14:17
**attend**
38:12 40:16, 24
**attending**
38:24
**attention**
29:17 68:25 70:22 71:4 74:23 129:25 131:21 142:18
**attorney**
101:2
**attorneys**
4:13 41:11 141:6
**audience**
44:2,3,6,8 86:19 102:17 112:8 115:24
**audiences**
18:3
**audio**
47:18 125:6
**August**
19:16
**author**
50:10 72:2
**authority**
19:22 20:3, 8,12,16
**autocorrect**
106:22
**automatically**
86:9
**avails**
11:21,22 34:16
**Avenue**
6:4
**awards**
131:20
**aware**
30:9,12 40:14 68:20 92:24 136:14

**B**

**BA**
8:17

**Babylon**
68:1,4,8,17 75:16 76:6
**back**
19:4,19 29:17,18 33:21 35:18, 19,20 37:7,8 43:13 49:7 60:4 65:4,20 66:12,23 69:11 81:2, 3,6 84:20 85:13,21,23 91:15 92:4, 14 93:2 100:8,17 102:23 103:2 105:20 106:11 107:4,6,24 110:23,25 111:1,2,3 112:8 114:7 119:10,19 120:15,16,19 124:20 125:13 129:3 138:24 142:5,6,9
**background**
8:15
**bad**
5:17 53:19 57:20,21 69:8 70:2 72:7,10,17, 24 104:23,24 105:2 110:20 115:19 117:14 125:4,8 137:11,17 141:16
**band**
111:1
**Baptist**
58:13
**bar**
4:18
**base**
40:17
**baseball**
41:24
**based**
14:8 101:24 136:1,3,7
**bases**
120:1
**basically**
12:9
**Bates**
67:17 81:16 83:2 130:16 134:12
**bear**
27:23
**bears**
9:20
**beating**
54:22 74:24
**Beaver**
4:12
**began**
51:23
**beginning**
11:18 13:22 22:6 60:11 65:1 100:15
**behalf**
20:9
**behavior**
24:11 25:21
**behind**
64:18 75:5 76:25 128:2, 24
**beings**
22:22 46:12
**belief**
92:20 93:14 113:10
**believe**
5:10 27:13 34:5 37:11 92:5 103:16, 20 109:8 110:11,15, 17,22 114:6, 9 115:21 126:25 136:22
**believed**
88:11
**believes**
91:24 110:12
**below**
4:17 24:17, 22 25:2,5, 11,13,16,23 26:2,20 27:7 29:23 30:2, 13 31:16 36:24 37:3 38:15 54:24 55:1 67:21, 23 69:17,19 82:4,15 96:2 101:5,7 104:25 105:8 106:22 107:13 111:14,24 115:5,9 120:12 127:7 130:19 141:14,17 142:23
**Ben**
39:10 41:8
**benefit**
60:23 61:11 64:19 65:16 108:4,10
**benefited**
60:19
**benefits**
38:4
**benefitting**
107:22
**Benny**
88:15 104:8, 13 105:25 106:1,2,3 108:11 113:13,14,18
**Bernard**
86:17,18 87:5,9 92:7 114:8,12
**best**
5:20 11:9 27:3 28:13 36:19 38:22 39:17 49:4 71:14 137:1
**better**
34:18 50:22 51:19 53:13 54:17 87:10 93:11 115:18
**Bible**
50:5 56:7, 19,21 57:9, 10 59:19,25 61:1 67:4
**bibles**
16:15,18 55:11,15 56:9,24 62:24 63:15 66:1 67:2,4, 13
**big**
4:12 20:25 21:3 22:23 27:3 33:22 43:8,10 45:15 51:13 54:11,12,13, 25 55:24 58:19 64:18, 19 65:16 66:23,24 69:23 70:1, 12,23 71:9, 10 73:6 74:2,23,24, 25 79:17 89:8 90:11, 12,23 93:18

95:13 97:18 99:4,6 100:14 103:7 108:12,15,16 113:13 118:6 128:16 136:23

**big-picture** 49:12

**bigger** 80:12,17,19 90:17 99:3

**biggest** 33:2 113:4

**billion** 15:14

**billions** 59:16

**bind** 20:17

**birth** 6:13

**birthday** 42:15

**Bishop** 39:7 41:13, 15 42:20 45:11 47:3 50:2 57:23 58:8,20 63:17 81:20 82:12 85:17, 25 91:1,23 101:25 105:15 108:7 111:8 113:9 117:16 122:21 123:21,25 126:5,8 128:12,19 129:8 130:7 135:2,15 140:5,12

**bishops** 58:15 99:1

**bit** 12:25 16:19 27:23 35:19 45:5 65:21 116:5

**bits** 105:11

**black** 68:2 88:4 95:7 96:21 98:6,9 124:1 128:2 130:23

**blackface** 95:2,9,19,24 96:9,20 98:21

**blaming** 115:23,24,25

**bleed** 39:11

**blew** 7:18

**block** 12:14 16:8 126:4

**blocked** 126:1

**blocking** 125:25

**Bloomer** 4:7 41:13,15 42:3,20 45:11 47:4 50:3 51:23 53:8 57:23 58:8 59:18 60:25 63:17 64:9 65:4 67:7,17 69:1,5,23 70:10,11 71:4,19 73:23 76:25 78:24,25 79:6,7 81:17 82:12 83:3, 7,16 84:15 85:13,17,25 89:10,20 91:1,12 94:17 95:10, 14,24 97:3,4 99:5 100:6, 17,18,21 101:3,25 104:7,14,16 105:15 106:8,11 107:1 108:8 110:11 111:11,12, 15,19 112:1 113:9,22 114:16 117:17 118:8,23 120:25 121:2,9 122:21 123:21,25 125:23 126:8 130:7,16,24 131:7,21 132:4,5,6,8 133:23 134:12 136:19 137:7 138:4 139:2, 15 142:10

**Bloomer's** 72:23,25 81:20 82:4 91:23 92:15, 19 103:16 106:1 108:19 111:8 125:9 126:6 127:10

**blue** 37:25 85:11 102:11 114:21,22 121:2 124:6

**bluff** 77:10

**board** 131:11

**boards** 123:8

**Bodman** 4:17

**boiling** 77:12

**bone** 87:6

**bono** 55:1

**book** 50:6,7,10, 11,12,13,15, 16,19 51:8 60:13,16,17 61:13,16

**books** 50:20 51:4, 24 58:4 60:11,12,15, 18 65:5 120:3

**born** 42:15 58:9

**boss** 22:15

**bother** 79:15,19 80:3

**bothered** 79:19 104:4

**bothering** 50:23

**bottles** 109:25

**bottom** 112:4

**bought** 60:11

**bow** 98:11

**box** 121:2

**boycott** 129:14 130:3,5

**boycotts**
129:17,18,20 130:2
**boys**
80:17 83:25 90:21
**brand**
65:17 98:5
**branded**
52:1 53:2 55:9 57:24 63:19
**bravo**
44:23
**Brazil**
44:18
**break**
5:22,25 19:10 65:18, 19 93:7 141:4
**brevity**
11:11
**brick**
58:22 62:19
**briefly**
5:1 8:14
**bring**
46:20 122:22 129:25
**bringing**
47:19 70:10 73:14 93:22, 23 110:18 117:1
**broadcast**
14:13 28:18 68:7
**broadcasting**
43:8
**broadcasts**
14:12
**broke**
125:13
**Brothers**
55:25
**brought**
50:21 68:24 70:22,25 71:4 74:22 79:16 80:14 86:16,18 88:2,7 91:4, 14,16 110:19 142:18
**BSKYB**
137:3
**build**
9:14 14:17
**building**
17:17 21:7,8 22:5 24:3 31:20
**built**
9:3,5,12 10:4,5 14:6 23:23 116:21
**bunch**
57:4 134:25 135:17
**business**
7:1 8:24,25 14:11 16:14, 17,22 20:19 21:7,9,16,23 22:8,17,18 33:6 48:20, 24,25 52:22 60:4 63:13 66:9,17,19 67:5 101:20 108:20 109:9 110:10 138:6
**businessman**
20:21 21:15, 18
**busy**
117:23
**buy**
17:3 55:22 57:4 59:25 60:17 66:5, 21 67:2 106:2
**buying**
60:22 129:19 139:15

**C**

**cable**
13:3 14:16 15:7,12,15, 19 39:6 41:16 44:15, 18 65:14 68:7 112:22 128:21
**call**
5:4 11:5,6 44:24 45:8 48:4 49:3 52:1 66:6,7 89:12 97:20 98:3 122:20 131:3 137:24
**called**
4:20 9:4,8 14:3,8 16:24 41:22 56:6, 21 57:6,11 60:10 109:9 110:25 121:20 128:14
**callers**
55:22
**calling**
48:2 68:22 94:7 115:23
**calls**
22:3 59:25 87:13 99:3 122:12 131:22,24 132:10,14
**camel's**
125:13
**camera**
5:1 47:17 52:18 86:13 125:6
**canceling**
87:11
**candidates**
28:13
**car**
14:20
**card**
53:16 66:7
**care**
21:2 38:10 52:12 72:13, 15 74:10 86:19
**cared**
72:14
**careers**
44:24
**carried**
16:8
**carry**
15:8 53:24 64:3,6 75:1 87:16
**Carvana**
9:21
**case**
4:9 5:3 7:19,21 25:8 125:2 126:19 137:22,25 138:5,14 139:11,14 140:2,9,13, 16
**cases**
6:24 7:1,2, 6,12,24
**casual**
46:4 89:21
**caught**
95:21
**caused**
127:13
**causing**
54:13

**CDS** 58:5 120:3
**cease** 73:10 132:17 133:1
**ceiling** 43:9
**cell** 81:20,23 82:4,6
**center** 7:18 9:17, 18,25 22:5 137:24
**centers** 48:4
**central** 32:6
**CEO** 11:15,17 19:21 20:8 34:8
**certain** 20:5 30:18 48:13 66:9 111:20
**CFO** 139:22
**chance** 99:2 113:22 114:16
**change** 52:11 56:2, 12,13 73:11, 12 81:9 120:23 133:25
**changed** 11:18 16:4 18:7 32:20, 25 33:5,6 48:20,21 49:2 52:25 53:1,4 57:19 60:5 93:21 138:7
**changes** 6:10 16:14 52:17
**changing** 11:20 16:17 67:5
**channel** 13:5 14:21, 22 15:1,8,9 41:17 42:5 56:3 113:6 133:10
**channels** 52:21
**chapter** 130:22 135:17
**character** 108:23
**characterization** 21:18
**charge** 49:15
**charismatic** 43:3 45:14
**Charles** 39:8
**cheap** 50:7,13 60:12 61:16
**check** 66:25
**checked** 123:8
**checks** 58:6,24 61:12 70:2,3
**Chicago** 15:2
**Chloe** 73:17
**choice** 51:19
**choices** 14:20
**Christ** 58:14
**Christian** 13:14 41:25
**Christians** 17:10
**Christmas** 99:22 100:4
**Chrysler** 40:25
**church** 10:19 12:7, 9,11,16,17 16:2 17:12, 15 18:14,20, 23,25 20:10 27:22 31:23, 25 33:12,15, 17 34:1,2,4, 7,21 35:1,5 39:12 40:23 41:7 43:22 45:3,5 47:6, 7,12,13 48:3 49:8 58:11, 13,19,20,22 59:2,6 64:1 66:16 99:4,6 108:13 113:14 122:14
**Church's** 18:10
**churches** 19:1,5,7 40:23 89:7,8 99:4 113:4, 13 128:13,16
**circle** 19:19
**circumstances** 24:23
**city** 10:8
**civil** 31:25 39:3, 10,11 40:19, 21,22 98:25 128:23 130:3 136:5,6
**clarify** 5:20 90:8
**Clark** 28:4 29:1
**class** 40:12,13,24
**classes** 40:14 41:2
**clear** 13:1 65:25 140:19
**client** 25:5 30:13
**clock** 11:23
**closing** 50:14
**Club** 16:11 44:1,4
**coal** 63:9
**coat** 69:2,10,21
**Coles** 19:24 38:18
**collect** 20:25
**collection** 113:3
**collections** 113:2
**college** 8:18,20 9:2
**colorful** 47:1
**coloring** 96:2
**colors** 28:17
**Comcast** 13:19 15:19
**come** 13:14,18

31:3 36:4 39:18 42:21 43:19,20 44:2,9,12 45:7,24 46:10 50:20 52:8 57:1 66:23 87:12 102:17 110:21,23,25 111:2,3 117:14 124:14 141:22
**comes** 14:16 22:2 39:12 72:16 74:4 87:17
**comfortable** 52:12 88:24,25 89:22 102:23 103:1 104:3
**comment** 77:24
**commercial** 17:11
**commodity** 102:20
**common** 43:16
**communicate** 125:25
**communication** 8:16 101:12 133:12
**communications** 8:25 111:21 128:10
**community** 13:6 38:21 39:13 40:11 58:12 128:2
**companies** 12:5,6,19 13:4 15:8 20:2 25:20 30:18,21 32:3 67:1
**company** 4:8 10:4,9 11:1 12:20 14:8 20:17 22:10 24:12,25 31:18 33:2 35:25 36:2 38:1 41:1 124:17 128:5 137:1,12
**compensated** 58:5
**compensation** 57:23,25 58:25 59:3,7
**complaining** 73:15 114:14
**complaint** 31:14,22 37:18 41:7,11
**complaints** 22:4 73:15
**complete** 82:16,20
**complicated** 66:9
**compound** 43:7
**compromise** 54:21
**computer** 124:22
**concentrating** 50:1
**concept** 45:1,4 50:25 52:5,25 53:1 57:13,14
**concerned** 77:4 89:4
**cone** 14:16
**conference** 33:5 52:5 104:12,18,19,24 105:7,22,23,24 106:3 107:4,5,11 113:17,19,20
**confidence** 27:12
**confirms** 101:2
**conforms** 51:18
**congregation** 19:5 99:7
**congregations** 39:7
**connected** 137:20 140:20
**conned** 59:4
**connotation** 76:21 87:25 90:2 91:7 92:6 96:4 102:1 110:13 115:8 116:18 137:8
**conservative** 9:15
**consider** 12:22
**considered** 104:22
**consistent** 55:13 112:7
**consists** 17:19
**consolidated** 36:13
**constantly** 16:14 44:19
**construction** 9:4
**consumed** 8:4
**consumes** 52:19
**consuming** 66:13
**contact** 32:10 33:1 140:5,6,7
**contacts** 18:7
**contention** 87:7
**context** 42:3 62:21,22 83:24 85:5 91:20 95:9,25 97:3,6,8,12,16 101:19 102:7,9,21 103:11 105:12 110:6
**continue** 113:11
**contract** 45:20,21
**contracts** 20:9,15
**contrary** 83:20
**control** 19:24,25 20:12 32:7 38:18 93:3 120:10 137:15,16
**controlling** 20:15
**controls** 43:11
**conventions** 12:1,2
**conversation** 43:4 57:22 59:18 60:25 61:4,20,22

62:3,6 73:21 78:9,15 79:9,13,24 86:2,7,14, 22,24 90:25 98:13,17 116:6,8,10, 12 117:16, 22,25 121:14,24 122:20 123:11,19, 21,24 124:4, 12 125:10 139:5

**conversations** 97:14 102:5, 10,22,25 103:9,15 104:2,5 105:11 110:5 128:16 129:7

**converted** 9:15

**cooperative** 117:4

**copy** 29:6,7 67:18,19,25 68:3 79:2 130:17

**cord-cutting** 44:14

**core** 128:18

**corner** 9:19 10:11 81:18

**correct** 5:11,16 7:25 8:8 10:17 12:18 15:23 17:14 18:12, 21 34:3 35:22 81:7 84:16 107:6 136:12 142:25

**corrected** 123:2,7 124:9

**correctly** 18:9

**Cory** 4:16 5:2 27:7

**Cory's** 54:24

**cost** 61:10

**could've** 62:3 72:14

**counting** 32:9

**countries** 15:14 44:17

**country** 15:1,4 39:5 52:8 128:21

**County** 7:7

**coupe** 45:8

**couple** 7:12 46:19 49:1 56:16 80:3 110:3 132:10,14 135:1 142:24

**course** 8:6,13 22:21 23:6,9 41:14 91:21 113:12

**court** 4:8,14 7:6, 7,8,9 74:14

**cousin** 7:18 36:15

**cover** 51:10

**coverage** 127:11,15

**covers** 51:11

**COVID** 9:18 10:5 17:25 18:1, 2,8 32:17, 19,20,24 33:1,6 34:13,18 36:4 47:23 48:19,21 56:9 138:6, 15,17 139:6, 10

**CP** 9:4

**cream** 52:13

**create** 68:24 74:15 91:11 92:7, 24 137:10

**created** 54:1 67:10 127:12 128:25 129:3 132:8 137:1

**creating** 21:4 22:4,5

**creative** 21:9

**creator** 11:14

**credit** 66:7

**Cronkite** 8:17

**Cross** 37:25

**crossed** 95:2,19 96:3 98:21

**Crouch** 95:1,2,23

**Crouch's** 95:20

**cruise** 119:25

**Crump** 39:10 41:8

**cultivate** 16:9

**culture** 38:21

**curious** 107:9

**customer** 40:17

**customers** 21:20

**cut** 33:8 38:7

**cuts** 26:6

**cutting** 10:9

**D**

**dad's** 7:20

**Dallas** 15:3

**damaged** 66:23

**damages** 129:1

**Damon** 16:6

**dark** 46:17

**data** 9:8 14:1 48:6

**date** 6:13 42:4 92:23 93:24 118:20 133:19

**dated** 135:22

**dates** 42:17 92:22 115:10

**daughter** 42:15 46:25 80:15 90:19
**Dave** 122:10 139:9,14
**Davis** 16:6 41:17
**day** 21:23 22:1 54:17 58:9 62:13 63:7, 9,12 66:12 69:12 70:18 71:7 79:6,8, 25 96:19 102:14
**day-to-day** 22:8
**days** 15:11 17:6 34:17 37:22, 25 39:2 49:2,25 86:24,25 103:4 107:17
**Daystar** 64:4,10
**DC** 127:16 129:10 134:22 135:20
**Ddi** 68:11
**dead** 44:7 54:22 74:25
**deaf** 131:22
**deal** 33:22 59:15 60:10 65:1, 11 67:7,9 69:23 70:1, 12 71:10 74:2,23,24, 25 90:11,12 93:18 100:14 103:7 111:9 136:23
**dealing** 21:6,20 23:25 24:6 35:25
**deals** 21:17
**decided** 14:17 43:19 57:1 114:9
**decision** 25:7
**decline** 19:11,12
**defendants** 4:18 25:6
**definitely** 32:15 66:5 91:21 99:23 123:20
**defuse** 91:6
**degree** 8:16,18,19, 20
**delegated** 20:4
**delta** 44:23
**demise** 132:9
**deny** 124:4
**dep** 140:5 141:7, 21
**department** 35:21
**departure** 127:10
**Depends** 24:15
**deposed** 6:15,25 7:10
**deposition** 4:6 5:8,10 21:6 75:12 81:12 134:8 140:17
**depositions** 7:24
**deps** 7:14 140:8, 14 141:8
**Derek** 16:11
**describe** 20:20
**described** 21:14 68:14
**desist** 132:17 133:1
**determined** 27:5
**Detroit** 9:4 58:21 69:18 128:13 130:22
**development** 9:19
**die** 53:21
**difference** 16:22
**different** 14:20 32:20 34:13 35:4 44:2,18 55:9 57:2 62:2 83:21 113:2 119:25
**differently** 35:19
**dinner** 35:2 42:9 132:24
**dinners** 131:19
**direct** 111:17
**Directv** 15:10
**dirt** 110:25
**disagree** 59:21
**disappearing** 36:13
**disappoint** 22:22,23
**disappointed** 46:12 97:5 127:25 132:21
**discomfort** 111:21
**discrimination** 23:5,8,11, 15,22 24:7 26:13 31:15, 22 37:19 38:12,25 73:25
**discuss** 78:5 129:6 140:24 141:4 142:19
**discussed** 84:7
**discussing** 122:21
**discussion** 121:25
**discussions** 105:9,10 128:9 129:13
**disgruntled** 131:8,10
**dish** 14:6
**dishes** 43:8
**dislike** 52:21
**dispensed** 69:25

**dispute**
125:10
**disputing**
83:22
**distribute**
120:3
**distribution**
11:19,20
**distributions**
112:23
**District**
4:8,9
**disturbed**
116:5 119:8
**division**
9:7 14:2
**document**
45:20 130:21 131:2
**documentary**
39:24 40:1
**Dodie**
53:10 68:15, 25 70:10,11, 12,16,17,20, 25 71:15 74:22 78:12, 16,25 79:1,7 132:6,7 139:4 142:18
**doing**
9:8 10:8 12:1 13:25 14:2 16:4 21:3,16 22:17 34:24 35:6,13 36:11,12 39:24 41:19 42:2 44:17 53:9 56:11, 12 59:24 62:5 63:11, 12,14 64:21 65:12 66:11, 19 67:4 73:9,10 74:7,9 80:10 98:10 101:20 108:9 122:6, 8,18 123:14 126:2 128:6, 24 129:5,18 138:2
**dollar**
63:22
**donate**
104:20
**donation**
48:2
**donations**
48:2,9,17,18 49:9 113:21
**door**
28:15
**doors**
99:8
**doubled**
60:15
**doubling**
60:12
**dramatically**
48:20
**drastically**
33:8
**dressed**
99:21 124:13,15
**drive**
124:1
**driving**
32:24
**drop**
48:14 108:18
**drugs**
8:4 46:22,23 70:3,4
**drum**
127:14
**dues**
131:6 132:24
**duly**
4:21
**duties**
11:17 37:17
**dwindle**
28:12
**dying**
53:17

**E**

**e-mail**
74:20
**earlier**
12:25 44:24 81:8 84:7 134:17,24 136:7
**earned**
109:2
**ease**
137:2
**easier**
17:11 20:24
**Eastern**
4:9
**editors**
19:25 86:12
**Edmunds**
74:15
**EDS**
14:1,7
**educational**
8:15
**EEOC**
25:7
**EEOS**
28:17
**effect**
71:2 122:25
**effort**
87:12 101:17
**eight**
64:15
**either**
7:24 47:11 71:10 120:6 141:24
**Electronic**
14:1
**Ellis**
39:8 58:20 128:12,19 129:8 135:2, 15 140:6,12
**embarrassing**
72:20
**emoji**
85:9
**employee**
24:21,22 25:1,6 26:15 29:10 30:14 37:21,24 43:20 45:21
**employee's**
23:16
**employees**
12:3 19:22 20:5 21:2 22:19 23:14, 19 24:5 28:7 32:2,4,5,9, 19 33:3,25 40:16 62:19 67:8 79:4 128:9,11,18 129:7 138:5, 16
**employers**
23:3,10,14
**employment**
7:2 28:5
**end**
39:25 50:8, 14 52:3 117:16 127:2,3,6 132:16 136:15,19
**ended**
54:4 122:2
**ends**
55:21

**engaging**
23:14
**English**
62:23
**enigmatic**
89:1
**enter**
20:8
**entering**
20:15
**entertain**
51:9
**enthusiastic**
44:8 45:17, 18
**entities**
10:20 12:23, 24 20:6
**entity**
17:13
**entrepreneur**
20:22
**environment**
111:10
**equator**
14:15
**equivalent**
88:3 96:19
**essential**
18:3,4 33:7 139:7
**essentially**
77:11
**established**
34:15
**estate**
7:20
**estimate**
32:13
**Eve**
100:3
**event**
99:14
**events**
138:13
**eventually**
51:25 114:2
**everybody**
11:24 32:11 47:17 54:12 113:1 129:1 137:2
**everybody's**
129:23
**everyone**
24:4 26:23 64:1 67:8 141:21 142:13
**everything's**
42:14 43:10
**evolving**
16:17 66:18
**exact**
69:10
**exactly**
21:15 86:6
**EXAMINATION**
4:24 142:22
**examined**
4:23
**examiner**
82:18
**exception**
132:2
**excited**
41:19 43:11 45:18 103:24
**excitement**
86:14
**exciting**
51:1 122:15
**exclamation**
101:12,15 103:19,23
**excuse**
116:23
**Exhibit**
67:16 81:12, 16 104:25 130:16 134:5,8,11
**expect**
22:19
**expense**
45:24 54:13 55:24 137:13
**expenses**
22:11 35:11, 16 47:15,21 48:10,13 51:10,12 55:20 56:1 57:15 58:7 62:20 79:22 87:3
**expensive**
137:5
**experience**
28:11
**experiences**
23:1
**expertise**
30:23
**exported**
81:19
**exposure**
43:24 44:9 47:4 58:1, 10,25 59:14, 15 60:9 65:12 67:7
**expressed**
121:15
**expression**
54:23
**extract**
75:5
**extracted**
82:17
**eye**
46:5 62:8
**eye-to-eye**
21:19
**eyeballs**
51:1 102:20

**F**

**fabric**
126:18
**fabricated**
128:1
**face**
43:2 77:8 88:4 95:7,20 96:21 98:22
**face-to-face**
21:17
**Facebook**
76:19
**facility**
43:6
**fact**
14:21 27:1 52:21 76:10 80:10 93:1 130:12 131:4
**facts**
76:16,17 92:13,18
**fair**
6:1 11:24 15:24 18:15, 16 20:17 21:18 42:10 127:22
**fairly**
46:4
**fairs**
28:9
**fall**
19:3
**fame**
109:2
**familiar**
14:24 41:13 130:22
**family**
19:6 78:20 129:19
**fan**
22:23

**Fantasy**
84:25 85:1
**Farrakhan**
15:6 41:9
**fat**
72:17,18
76:22
**father**
39:3 80:15
90:19
**favor**
105:3 109:25
131:12
**favors**
102:8
**FCC**
28:17
**featured**
68:21
**federal**
7:6,19,20
74:14 125:2
126:19
**feel**
40:6 127:20
133:21 134:3
**feeling**
93:18,19,23
136:8
**feelings**
69:7 97:4
138:19
**feet**
49:13
**fell**
35:23 36:7,
16 38:2
**felt**
88:24,25
89:22 102:23
103:1 104:3
136:13
**fiduciary**
20:18
**figure**
18:5 20:23
32:14 66:8
74:17 77:6
78:1
**File**
81:4
**filed**
4:8 7:6,17,
20
**fill**
37:21
**filled**
37:20
**finances**
20:12,16
**find**
30:25 31:6
46:11 58:17
61:1 63:3
77:19
124:19,23
137:21
139:23
**finding**
16:9 21:10
76:16 109:8
**fine**
5:6 49:6
56:18 93:10
**finish**
61:24 96:13,
15
**Finley**
137:23 138:8
**fire**
19:22 73:11
92:8 93:7
**fired**
123:15
**firm**
129:9,10
134:16,18,22
135:18,20
**first**
4:21 14:20
15:9 23:12
31:11,12,21
39:18 41:5,
6,15 62:23
68:20 69:4
75:7,15,18
76:2,5 81:18
84:6 88:2,6,
8 90:5 92:8,
11 94:8,12,
15 100:6,9
116:5 117:10
118:3 133:5
134:21
141:22
**fit**
12:4
**five**
6:18,20,21,
22 15:11
16:5 17:6
29:25 39:2
74:3 101:15
103:22 137:6
142:1
**fizzled**
33:21
**flip**
94:17 114:16
**Florida**
6:4
**fly**
45:24
**flying**
49:12
**focus**
49:3
**fog**
42:14,18
**fold**
102:23
**follow**
106:13,18
119:3
**follows**
4:23
**food**
47:20
**foot**
31:20
**force**
120:1
**forced**
31:6
**forces**
119:25
**Ford**
40:25
**forensic**
82:18
**forest**
92:8
**forgery**
131:16,17
**forget**
13:19 133:11
**forgot**
43:13 44:21
141:9
**form**
59:3
**formal**
40:9
**formula**
61:5
**forth**
33:21 129:3
**fortune**
73:17,19
107:17
**forward**
65:22 82:21
142:10
**Foster-jones**
134:20
**found**
13:15 50:6
59:23 71:3
80:9,13
90:15,22
110:4 131:9
**Founder**
11:14
**founding**
13:11
**four**
64:13

**four-year**
8:19,20
**France**
137:4
**free**
23:4 113:20 141:7
**freely**
94:5
**Friday**
4:1 17:3,20 22:1 43:12, 21 45:3,5 47:3,11 48:12 49:22 50:2 51:25 54:16,17 55:10 71:5 104:17 110:21,23 111:2 112:5, 6,7 114:15 116:7,15,16 117:14 122:9,12,13 123:17
**friend**
26:14 88:17 101:19 114:8
**friendly**
42:24 88:19 89:2,5
**friends**
26:17 40:18, 22 53:22 73:13 79:15 83:23 84:5 93:21,22 95:17,18 97:2,5,19 98:23 100:14 101:4,20 106:4,6 107:21,24 108:9 109:10 110:1 113:17 120:7 126:14 127:25 131:7
**friendship**
103:3
**frivolous**
7:17
**front**
74:15 129:11
**fuck**
109:14
**full**
77:8
**full-time**
37:24
**fun**
21:4,5,7,8, 11,12 22:6 79:12,18 80:2 83:18
**function**
13:2 18:10 37:12 132:22
**functions**
19:6,20 36:11,22 132:22
**funny**
52:17 54:3 72:5 84:4 85:16,18 87:20,24 88:3,5 90:2 101:11,14, 15,18 102:4 103:17,21 104:1 105:15 108:24 112:4
**fur**
69:2,10,21 72:12
**furnace**
63:10

**G**

**gain**
53:11 87:15 128:22
**game**
58:8 141:7
**games**
108:23
**garner**
75:1
**gas**
32:24
**gather**
139:23
**gave**
58:1 78:13 97:8 105:1 129:9 135:3, 19
**general**
7:1,16 9:7 12:2 13:24 14:2,9 20:14 24:18 26:12 31:18 32:2 40:25 41:3 48:25
**generally**
127:17
**generate**
47:13
**generates**
15:21
**generating**
47:11
**George**
4:7 26:14, 19,20 41:13, 20 42:3 53:8 54:3 55:10 83:15 84:11 100:17 111:12,15,19 136:19
**George's**
82:16
**Gerald**
41:22
**Germantown**
14:9
**get-go**
94:3
**getting**
11:19 15:12 21:3,21 39:6 45:22,23 46:9 47:4 48:5 51:5 54:18,19,24 58:10 59:14 60:19 61:1 65:16 73:14 87:1 95:5 98:1 113:13 120:5 142:16
**give**
6:3 8:14,22 9:1 29:19 45:19 51:1,2 54:7,9 59:5, 19 61:9,10, 12 62:12,17 63:25 64:22, 23 66:18 67:15,17 88:22,23 97:15 106:7 114:16 130:15 134:12 141:25
**given**
28:7 119:14 120:4
**giving**
43:24 68:15 89:6 119:12 120:5,9
**glad**
89:7
**Glory**
107:6,11
**go-between**
38:5
**go-to**
112:24
**God**
58:13 129:22

**goes**
19:6 20:1 47:20 48:7 88:3
**going**
5:13 10:5,6, 13 19:7 20:23 22:14, 20 25:2,16 26:13,22 29:20 35:11, 12,14 40:2, 13,16,22 42:6,22 43:15,20 45:2,19 46:3,9,12 48:3 49:3 52:4,5,15 53:16,25 55:19,24 56:15 59:24 61:8 62:12 64:12,22 65:6 67:6,15 73:10 75:4 76:17 77:17 89:15 93:2, 3,4 99:7 102:15 104:19 106:3,6 107:5 108:4, 24 111:1,25 113:8,19,21 115:15 118:6 121:10 122:12 126:3 127:1 128:22 129:1,2,4, 19,25 130:1, 15 132:9,15, 16 136:16,24 138:11,19, 20,21 140:11
**gold**
58:3
**good**
5:1 56:5 61:14 67:14 68:25 71:1 80:21
**Google**
74:21
**Gordon**
16:11 44:1 89:16
**gospel**
17:22 45:6 51:2 52:10 68:2
**governing**
27:25
**government**
7:20
**governor**
18:4
**Grace**
128:12
**grain**
137:18
**gray-ish**
98:9
**great**
54:3 56:10, 11 63:13 66:19 106:12 109:1 111:22
**greater**
47:21 48:13 60:1 79:22 128:12
**Greg**
41:17
**grew**
85:1 99:2
**Grier**
16:11
**ground**
9:6,12,14
**group**
27:14 41:25 58:19 128:18,20 134:20
**guard**
26:8 89:14 90:4
**guess**
25:11 27:21 31:6 40:20 46:8 48:1 51:23 55:8 70:23 89:12 93:13 138:20 140:19 141:16
**guests**
34:14 35:15
**guidebook**
30:11
**gut**
93:19
**guy**
26:6 42:23 49:12 54:3 62:9,23 64:21 80:9 89:16 90:13 95:13 96:21 99:5 101:4, 19 104:13
**guy's**
87:12
**guys**
11:5 88:21 139:13

**H**

**hair**
91:15
**half**
13:6 17:1,6, 7 49:25 58:1,4 61:18 63:7,8 64:11,22 66:17 119:13,14 120:4,7
**half-hour**
11:22 13:23 64:12
**hall**
109:2
**Halloween**
73:19
**hallway**
91:13 94:14
**ham**
44:21,22,25
**hand**
67:15 105:21 109:21 126:15
**handbook**
28:4,5,6,20 29:2 30:6,7, 10,12,15 35:24
**handed**
67:25 81:15 134:11
**handle**
30:21 31:5 32:5,9 36:5 38:16 49:10 127:16 128:8,17 129:8
**handles**
31:23 137:24
**handling**
38:4
**handshake**
21:17 46:5
**happen**
65:8 75:6
**happened**
14:3 41:20 42:4 62:11 70:4 85:19 86:7,24 90:14 92:9, 12 98:15,16 118:14 121:19,23

131:5
**happening**
5:18 23:12
**happy**
89:9 93:12
**harassing**
30:3
**harassment**
23:4,7,11, 15,22 24:7 31:15 38:12, 25
**hard**
8:21 114:23
**hardcover**
61:15
**Harrington**
35:23 36:7 37:12
**hat**
69:10 77:4 137:11
**Hawaiian**
85:3
**he'll**
113:14
**head**
128:15
**hear**
96:14 133:5
**heard**
21:13,14 68:7,17 116:21 133:2,3
**Heart**
17:9
**heavy**
69:3 72:17, 18 77:7 106:7
**held**
4:11 47:9
**help**
10:8 52:23 89:6 105:23 106:3,4
117:4
**helped**
37:20
**helping**
107:23 108:11,15
**hey**
56:17 59:18 65:4 72:23 85:17 118:17 133:22
**high**
5:18 8:18 43:9 84:1 133:6
**high-profile**
69:16
**highjack**
102:17
**highly**
108:21 109:9
**Hill**
28:4 29:1
**Hinn**
104:8,13 105:25 106:2,3 108:11 113:13,14
**hire**
19:22,24 28:14 127:15
**hired**
37:23 128:6, 7 134:16,17, 20
**hiring**
19:25 28:6 38:17,18
**Hispanic**
26:7
**Hispanics**
26:10
**history**
8:23 9:2,22 13:11
**hit**
56:16
**hmm**
123:4
**hoes**
77:13
**hold**
42:11 49:6 103:10 141:23
**home**
14:21 48:25 65:14 69:2 70:16 108:14 120:2 129:23
**homes**
44:13
**homestead**
6:9
**honest**
21:21 46:7 53:7
**hope**
51:2,10,11
**hoping**
48:8
**Horace**
39:8 128:19 135:15 140:12
**horrible**
115:19 117:15 129:17
**horse**
54:22 74:25
**host**
17:21 41:17 45:13 50:21
**hosts**
33:20
**hotel**
45:25
**hotels**
9:22 10:5 35:16 57:18
**hour**
13:6,7 17:1, 7,19 18:21, 24 21:24 48:6 49:23 58:1,4 63:6, 10 64:11,22 65:20 66:16 103:6 107:15,16,18 108:1,3
**hours**
19:8 23:1 25:14 34:16 39:23 40:4 45:9 49:23, 25 56:3 61:18 62:13, 14 63:7,8, 12,14 66:16, 17 103:4,6 119:13,14 120:4,7
**house**
72:15
**Howard**
43:8 78:22 138:1,24
**HR**
30:10 35:23 36:11,16,22 37:25 45:22
**huge**
39:7 43:8 59:16 61:11 64:19 65:12
**Hughes**
9:8,9 14:3,9
**human**
22:21 35:21 46:12
**hung**
29:14
**hurt**
69:7 127:25
**hypothetical**
112:1

**hypotheticals** 25:8,17 26:21,22

**I**

**I"m** 111:11
**I-96** 9:19 10:11
**ice** 52:13
**idea** 13:18 14:24 22:4,5 32:5 41:4,16 42:8,13,23 47:14 49:18, 23 56:4,8 57:7 62:24 63:1 71:12 78:24 88:23 101:1 116:10 129:17 133:16 140:10
**ideas** 14:23
**IDENTIFICATION** 81:11 134:7
**identified** 140:1,17
**identify** 4:14 130:21
**ifly** 9:21
**ill** 97:4 138:19
**image** 77:5 94:24 99:10,12 106:9 107:1
**immediately** 114:11
**immoral** 90:16
**Impact** 123:22 124:1
**important** 119:22
**impressive** 43:6,9
**improper** 80:11
**inappropriate** 24:11 25:20
**inaudible** 112:5
**include** 23:7 37:17
**included** 83:21
**includes** 34:7 84:7
**incorrect** 106:17
**increase** 55:18
**Indeed** 28:9
**indian** 44:23
**individual** 41:6
**individuals** 12:14 39:17, 21 139:17 140:15
**industry** 28:19
**inexperienced** 130:3
**inferring** 101:18
**information** 63:4 137:17 139:11,14,23 140:2 141:16
**initial** 84:17
**insensitivity** 127:18
**insert** 120:8
**insurance** 30:20,21 35:24,25 37:22,23 38:1
**intention** 119:16
**interact** 139:2
**interesting** 51:9 52:7
**internally** 128:4
**International** 137:5
**internationally** 13:7 59:17 136:17 137:3
**Internet** 28:8 71:3 74:20 76:18 127:14 137:16
**intertwined** 93:9 126:19
**interview** 17:21 45:8 51:9 52:7,9 56:4
**interviewing** 45:6
**interviews** 129:5
**introduced** 98:24
**introducing** 99:1
**inventor** 57:8
**investigate** 26:13,23
**investigated** 24:14,16 25:22
**investigating** 26:9
**investigations** 37:17
**invite** 59:2 99:7
**invited** 108:16 113:13,16
**involved** 9:24 10:15, 20,23 132:14 135:16 139:16 142:16
**iphone** 81:19
**irrelevant** 30:14
**Island** 84:25 85:1
**issues** 27:17 39:16 40:21
**item** 63:19
**items** 50:3,4 55:9 65:24 66:2,4

**J**

**jacket** 69:21 72:12 77:4 94:25 99:14 124:6
**jackets** 98:19
**Jackson** 15:5 24:9 26:25 27:8, 11,15 39:2,9 40:2 41:9 51:21 99:24 128:19 129:8,21

130:4,9 134:25 135:1,15 140:6,11
**Jackson's** 39:24
**jail** 46:15,21
**Jake's** 89:8
**Jamie** 35:23 36:7
**Jamie's** 36:10,21
**Jay** 45:6
**Jeff** 122:10
**Jesse** 15:5 24:9 26:25 27:8, 11,14 39:2, 8,24 40:2 41:9 51:21 99:23 128:19 135:1,15 140:6,11
**Jewish** 56:25 57:11
**Jews** 17:10
**Jimmy** 46:24
**jive** 51:22 123:2, 3
**jives** 51:14,16
**Joannie** 7:18
**job** 8:23 9:2 11:17 28:9, 13 31:3 32:10 35:24 36:8,17 37:16,17 46:8 52:12 138:11,18
**Jobs** 36:12
**John** 4:17 25:15 67:19 130:17
**Johnson** 53:10 68:15, 25 132:7 139:4
**joke** 70:23,24 73:6 79:15 85:20 88:17 89:11,17 90:23 100:12 124:18,24,25 126:25 142:14,15
**joked** 79:20 83:24 84:3 85:19 88:21 94:13, 14 126:14 136:14
**jokes** 89:12,13,22
**joking** 84:1 88:20 89:19 91:12 94:5 95:16 97:18 101:13 103:17,20
**Jordan** 86:17,18 87:5,9 92:7 114:8,12
**Journal** 68:5,7 76:11,14
**Journalism** 8:18 130:23
**journalist** 133:7
**journalists** 76:13 133:8, 12
**Joyce** 17:2
**Jude** 17:9
**Judge** 74:15
**jumped** 20:22

K

**kato** 44:23
**KBIDB** 44:23
**keen** 24:8
**keep** 53:11,16 55:2,19,23 65:21 73:24, 25 116:20 126:12 136:16 139:8
**keeping** 11:25 44:20 49:8,15 78:20
**Kenya** 39:15 136:18
**Kevin** 4:6,19 5:5, 6,7 19:24 38:17 59:19 68:2 82:5 120:19 130:21 142:9,24
**kind** 10:7 12:2 14:4 19:7,9, 20 36:16 37:18 38:24 40:13 45:6 46:5 50:8 70:7 72:5 76:3 77:10 87:18 88:22 89:13 90:18 98:8 100:10, 12,13 103:20 115:16 116:25 117:23 137:20
**kinda** 73:16
**King** 39:4
**King's** 39:5
**kitchen** 29:9
**Kmart** 14:22
**knew** 60:10 91:25 92:13,24 93:25 94:1, 6,8 104:3 111:13 112:5,6 114:4,13 126:14,25 128:1 129:2 130:10,23 132:7
**know** 5:19,23 6:10,11,15, 16 8:21,23, 24 10:6,14 11:2 13:13 19:2,5,6 21:4,8,13, 22,25 22:11, 12,13,19,21 23:21 24:7 26:14,18 27:9,11,14 28:21,22,24 29:7,10,16, 21,22 30:5, 8,10,18,19,

20,22 31:4, 13,19,20,22, 25 32:3,20, 21 33:8,13 34:11,19,22, 25 35:2,7 36:3,7 38:1, 8,16 39:5, 10,11,13 40:23 41:4, 18,23 42:4, 14,17,21,24, 25 43:2,10 44:7 45:15, 16,18,25 46:6,8,10, 16,23 47:14, 17,19,21,24 48:8,19,20 49:1,5,12, 14,22 50:10, 11,12,13,17, 18,19,20,22 51:2,5,7,13, 22 52:3,14, 15,18 53:4, 6,18 54:11, 13,15,19,21 55:19 56:10, 12,23 57:5, 7,9,10,11 58:17,18 60:6,8,12,14 61:4,6,7,15, 17 62:10,20, 21 63:22 64:2 65:3,5, 10,12,15 66:11 67:6 68:6 69:2,3, 12,14,25 70:2,17,18, 20,21 71:2 72:1,2,3,11, 22 73:4 74:24 75:15 76:1,9,20, 23,24 77:2, 12,14 78:2, 13,14 79:14, 16,17,19 80:8,11,12, 16 81:20 83:17,18,19, 23,25 84:1, 2,9,11,20 85:4,5,6,23, 24 86:20,25 87:13,14,16 89:1,2,3,19, 20,21,23 90:4,9,10, 13,17,20,22 91:4,5,6,11, 14,23 92:7, 15,22,24,25 93:1,11 94:12 95:22 97:4,23 98:6,7,8,11, 19 99:19 100:10 101:3,13,16 102:14,16,18 103:5,9,23 104:9,10,13 105:2,5 106:14 109:10,11,12 110:2 111:12,14,25 112:2,4 114:2,10 116:13,16, 18,23 117:23,24 119:10 121:16,18, 21,22,23 123:4,5,6,7, 10 124:3,6, 7,8,9,10,14, 15 125:1 126:3,20 128:20 130:10,23 131:3,5,14, 17,21,24 132:18,19, 23,25 133:11,18 134:13 135:3,9,19 136:10 137:6,14,21, 23 138:19 139:4,15,19 140:3,4,10, 20,22,24 141:11,22 142:15,16,19

**knowing**
22:13 111:19 113:9

**known**
44:16 89:5 113:23

**KU**
14:6

**L**

**labor**
47:19

**lady**
133:9

**laid**
58:7

**Lameti**
23:20 34:10 49:17 78:5, 15 132:8 139:21 141:5

**land**
20:23

**language**
62:23

**languages**
44:18

**large**
28:8 39:6 43:10 58:20

**largest**
9:11 13:15 23:17,24 27:4 75:3 128:13

**late**
71:7

**Latin**
44:19

**laughed**
69:4,5,6,24 70:11,12,23 74:1 76:24 84:11

**laughing**
70:5 73:7 77:9 101:16

**Lauren**
4:12

**lawn**
10:9 26:6

**lawsuit**
84:4 126:18 137:20

**lawyer**
6:10 141:2

**lawyers**
5:3 132:23 140:20

**leader**
31:25

**leaders**
40:20,22 98:25 128:23 136:6

**league**
41:24

**leaner**
32:18

**leave**
19:23 21:25 71:8 93:8 110:24 111:2 113:25 123:14 127:24

**leaving**
71:7 93:9 114:10 121:15

122:4,17,18 123:13,16 125:2,16,22 126:15,17, 21,23
**led**
103:16,19
**left**
10:10 33:21 38:8 42:2 79:6,8 81:18 93:10 104:13 114:1 125:13 127:23 130:12 139:10
**legal**
45:20 137:13
**Leno**
45:6
**letter**
131:7,9,15, 20,22 132:2, 12,13,17,25 133:1,3,19 135:24
**letters**
131:3
**level**
34:20
**leverage**
53:11,16,23 55:2 73:24, 25 74:11,16 75:1 85:21 87:15 92:1, 16,21,25 114:7 126:12 136:13
**liar**
46:7
**license**
9:5 14:5
**life**
23:1 39:25 51:10 54:21 57:21
**light**
86:11 87:4
**likeable**
42:23
**likes**
80:17
**liking**
116:24
**limit**
76:11
**limited**
76:15
**limos**
57:18
**linear**
15:15 44:15
**Lions**
69:11,15,18
**list**
138:23 139:21
**listen**
53:14
**little**
12:25 16:19 24:19 32:10 35:19 45:5 47:15 50:7, 13,15,19,20, 24 51:1 52:9 55:9 61:16 65:21 71:23 72:13 80:18 116:5
**live**
12:1,2 34:24 35:14 40:10 48:7
**local**
13:21,23,24 15:1 34:14 130:10 135:16
**locally**
40:23
**located**
118:21
**locations**
18:6
**log**
120:9,11
**logo**
35:1
**LOL**
85:9 87:21
**lone**
41:10
**long**
6:5 20:19 28:20 29:8 36:17 45:4 48:19 56:8 70:9 78:7 80:8 85:19, 24 111:20 118:16 132:19
**longer**
38:2 125:24
**look**
11:23 24:5 26:23 28:10, 12 46:5 48:15 49:12, 20 52:18,22 53:14 61:14, 19 62:7 69:3 71:21 72:4, 17,18,19 74:21,22 76:13,17,22 77:7,21 81:17 84:13, 21 91:9 94:17 95:12, 15 97:9,17 98:4,18,20, 21 115:9 116:25 118:5 119:5,14,20 124:5 137:11
**looked**
28:21 29:2 34:23 50:12 71:23 79:17
84:14 85:1 98:22 118:10 119:11 131:3
**looking**
11:20 21:1, 19 24:4 41:19 42:25 43:1 49:13, 19,24 50:25 57:2,15 63:2,6 76:16,25 77:1,2,3 91:8 104:15 121:2 125:23
**looks**
61:16 69:8 77:8 79:14 83:10 84:2, 22 85:9 99:10 100:21 106:18 109:24 134:15 135:22
**losing**
51:12 86:9
**lost**
44:14
**lot**
10:10,12 18:6 21:19 22:12 27:2 32:19,20,21, 22 46:17,22 47:20 49:19 57:20 62:12 63:9,12 64:25 76:12 99:1,3,8 102:7 104:8 105:10 109:7 118:24 120:2 122:11 133:8
**love**
22:22 54:14
**low**
115:23

**lucky**
14:4 22:9
**lunch**
21:25 89:15 102:15
**Luzod**
4:13
**lying**
59:20,22 67:9,11 125:11,15

M

**mad**
71:22 73:12 91:14 97:4 109:23 131:10 137:12 138:11,21
**made**
26:9 31:21 37:21 44:15 53:13 67:9 72:4 79:18 80:2,16 85:6 90:12 91:8, 18 92:14,19 118:4 124:19 130:10 132:10,14 137:13
**magazine**
68:17
**magazines**
68:6
**mail**
66:6,7,22
**mailing**
66:8
**maintain**
23:3
**major**
64:2,6 101:13 128:23
**majority**
23:18 49:20 64:7
**majors**
41:23
**make**
11:23 12:3, 13 14:25 21:23 31:14 37:23 50:22 51:1 53:25 56:1,5 60:15 100:14 115:18 130:5 136:25
**makes**
15:20 16:1 137:10
**makeup**
35:12 47:17
**making**
10:8 11:21 13:1 21:1,2 41:6,10 48:2,9 61:6, 8 79:12 83:18 85:22 87:12 113:21
**Malia**
78:22 138:1, 24
**man**
88:4
**manage**
10:7
**management**
10:3,9,14 34:6,10,20
**managing**
10:2,3
**mankind**
44:16
**Mann**
80:10,20 90:16
**manner**
55:5 103:17
**marathon**
5:23
**March**
68:1
**mark**
134:5
**marked**
67:16 81:11, 16 130:15 134:7,11
**marks**
101:12,15
**married**
46:25
**Martin**
39:4
**mass**
19:24,25 32:6 38:18 43:10 120:10
**material**
76:12
**Matt**
69:17
**matter**
4:6 7:16 23:15
**mayor's**
135:20
**mean**
12:6 21:3,16 25:24 26:11 32:9 36:21 38:19,21 39:9 40:3,12 53:19 54:22 59:18 60:24 64:24 69:2, 3,7,8 70:4, 16 72:1,2,3, 16,19 75:11 76:22 77:1, 2,17 78:11 79:18 80:9, 18 83:17,22 86:8 88:24 90:21 91:8 92:22 98:3 99:14 103:23 104:9 106:13,14,18 109:10 113:12 116:11,16 117:13,23 121:18 125:15,16 126:9,22 127:1 134:1, 2 135:6 136:23 137:11,14 138:13,22 140:3 141:21
**meaning**
119:12
**means**
8:9 64:25 101:12,16 103:23,24 109:14
**meant**
95:16 108:22
**media**
76:19 93:8 114:12,13 129:4,5 132:9 138:2, 3,8 139:3
**mediation**
54:14
**medication**
8:1
**meet**
15:7 41:15 99:2
**meeting**
45:15 84:19
**meetings**
33:4
**member**
131:5,18 132:11
**members**

58:15 128:14 131:4 133:9 135:2
**meme**
53:7,9,15, 20,23 68:22, 24 69:10,12, 16 70:5 73:4,22 74:14,15 76:20 78:5, 6,12,15 79:8 80:1,3,18 84:7 85:25 87:14 91:11, 24 92:5,6,23 93:16,17,25 94:4 100:5,8 101:25 114:25 115:19 121:25 122:1,5,6,21 124:13,16, 17,19,20 125:12,15, 19,21 126:6, 14,16,17,18, 20,21,24,25 129:1,2,3 130:7,11,13 131:22,23,25 132:1,3,7 136:13,14 137:7,10,13 142:11
**meme's**
125:20
**memes**
69:13,14 124:20,21 137:14,15
**memorize**
81:23
**men**
90:16
**mention**
44:21 125:15,19,21 126:16,17,21 138:20
**mentioned**
10:13 39:22 41:2 125:20 134:17 139:4 140:5,7,12 141:7,15 142:17
**mentioning**
138:16
**message**
66:18 83:8 84:6 94:18 101:24 103:15 106:9 107:2 118:21 121:9,13 125:23
**messaged**
97:12,13
**messages**
81:19 82:11, 17 84:23 87:19 110:4, 7
**met**
5:1 30:19 42:3 56:1
**Meyer**
17:2
**mezuzahs**
57:3,5
**Michigan**
4:9,12,18
**Microsoft**
48:6
**middle**
106:1
**middleman**
38:6,7
**midget**
84:12,13,14, 21 94:7
**Midwest**
123:6
**miles**
14:13,15
**milestones**
42:14
**milk**
129:20
**million**
44:13 75:24 76:7 101:4, 11 128:14
**mind**
50:8,14 92:3 111:15 112:1
**mine**
26:15
**Mine's**
31:4
**minister**
15:6 16:5 41:9 64:25 65:13 112:24
**ministers**
15:2,7,13,22 16:6,12,23 17:21 23:25 24:1 27:2 34:14 43:25 49:21 63:18, 24 92:10,11 102:12 130:10 134:25
**ministries**
13:24 59:1 64:3 108:16 113:4
**ministry**
17:1 64:16, 17
**minor**
41:24 80:17
**minors**
80:11 90:21
**minute**
37:4 82:8
**minutes**
17:7 66:15 142:1
**misinformation**
137:17
**missing**
97:12,25 102:6,9,21 104:1
**misunderstood**
65:11
**mixed**
9:21
**mixed-use**
9:18
**moment**
49:7 73:3 128:3
**Monday**
17:2 22:1
**money**
49:20 51:11 57:16,17 60:15 62:18 122:23
**month**
35:9 64:14, 21
**months**
6:8
**morning**
5:1 17:4
**mortar**
58:23 62:20
**Morton**
128:15
**Moses**
57:9
**motivator**
33:2
**Motors**
9:7 13:25 14:2,9 31:18 32:2 40:25 41:3 49:1
**mouth**
40:5 67:6

**mouthful**
27:23
**move**
6:7 65:24 67:13 135:4, 13 137:18
**moved**
36:14,20 129:12 136:24
**moving**
90:15
**multiple**
103:19
**music**
17:22 45:6,7 51:3 52:10

**N**

**NAACP**
135:2,16
**NABJ**
131:6,10,18, 20 132:10 133:14
**name**
4:12 5:2 9:20 36:3 38:17 43:12, 13,14,17,19 58:8 72:16 73:16 108:23 133:11 134:21
**names**
138:9
**NAN**
135:17
**Naples**
6:4
**narrow**
31:4 32:10
**national**
14:25 69:16 124:20 130:22
**nationally**
13:7
**nature**
22:21 24:15
**necessarily**
108:6
**neck**
91:15
**necklaces**
16:16
**need**
5:22 25:15 29:12 31:5 32:21,23 33:3,4 40:6, 10,12 67:4 99:6 112:6 114:24 117:12 120:12 138:7
**needed**
14:6 34:12 53:5 87:5 136:8 139:6
**needs**
25:21 29:15
**negative**
116:18 117:8
**Netflix**
40:3
**network**
4:7 9:6,9, 10,11 10:19, 25 11:6,7,8, 14,15,16,19 12:4,7,8,11, 15 13:2,3, 12,18 14:3, 18 15:20 17:4,12,13, 15,18 18:10, 11,14,18,19, 23,25 20:10 23:17,18,24 26:11,15 27:4,22 28:14 33:12, 15,17,19,22 34:1,2,4,7, 12,15,21 35:1,5 40:19 43:22 44:5,9 45:12 46:17 47:19 48:3 50:22 54:1 59:6,14 60:20 62:19 63:2 65:16 67:10 68:2 74:9,12,13 80:15 87:8 92:9 93:4 99:18 107:15,16,18 108:2,3 109:3 111:23 112:14,22 113:11,25 114:8 115:25 116:22 118:24 119:6,13,15, 24 120:6,8 121:11 126:13 129:14,24 138:3
**Network's**
57:17
**Network-branded**
52:2
**networks**
64:2,6
**never**
25:5 27:5 31:20 39:17 52:19,20 68:7,8,9,17 75:9 76:5,6, 8 80:14 90:18 91:16, 17 98:23 110:19 123:11,19 141:4
**news**
68:7 76:17 127:11,15
**newsletter**
66:10,12
**newspaper**
68:18 76:13
**Newswire**
135:13 136:2,25
**nice**
42:24,25 43:1,4 54:3 99:20
**niche**
21:10
**Nigeria**
39:14
**night**
12:11 16:5 17:4 27:1 34:25 35:7 42:9 43:12, 21,25 44:11 45:3,5,8 47:3,11 48:12 50:2 51:25 54:16 55:10 64:21 106:12 111:2 112:7 116:7, 16 122:14 123:17
**non-african-american**
28:16 41:11 44:3 69:9 75:3
**nonemployment**
38:15
**normal**
100:17
**notes**
142:2
**November**
104:9 135:22

**Novi**
9:19 10:11
**number**
4:9,18 16:8 21:10 28:12 41:21 60:14 81:21 82:4,6 83:5
**numbers**
81:23 95:22

O

**Oakland**
7:7
**oath**
8:6 81:6 120:20
**object**
24:17 25:4, 23 29:23 30:13 82:15 94:4
**objected**
94:2,6,8 142:11
**objecting**
94:11,13
**objection**
25:3 30:1 31:16 38:15 111:14,24
**obligation**
20:18
**obviously**
8:24 10:18 68:9 99:20 101:11 104:17 105:25 109:16 117:8 121:21 125:1 142:14
**occurred**
138:14
**October**
132:20 133:20,21 134:2
**off-color**
89:12
**off-colored**
89:21
**offended**
53:23 80:19 124:16 125:1 136:10
**offense**
108:21
**offensive**
109:9 110:4
**offered**
46:14,19,20 110:23
**office**
29:18 41:21 49:2 65:9 70:14,17 79:3 119:11 135:20
**official**
133:14
**oil**
55:12,16 57:10 63:15 67:4,13
**oils**
56:9 66:1
**okay**
5:7,20 6:10 7:13,15,23 8:6 11:9 12:6,10,19 20:3 25:12 26:22 27:21 28:24 29:4 30:9,25 38:9 39:19 42:6 45:1 49:14 51:23 54:25 55:7 61:20, 24 67:13 71:6,14 72:13 74:1 75:14,23 78:1 79:13 80:14 82:3, 22 83:6,7,12 88:8 91:25 95:4 96:18 100:5,18 101:6,10,18 109:12,13 110:10 116:11 118:9 119:2,4,7,9, 21 120:25 121:1,8 123:12 124:12 128:3 141:9,20
**old-school**
21:15
**older**
16:10
**once**
33:18 35:7,9 36:20 55:20 63:6 64:21 103:4,5
**one**
5:3 7:17,24 10:10,12 12:23 18:21, 24 21:10 25:19 29:21 31:8 34:16 41:6 44:10, 24 46:24,25 53:17 54:1 56:20 57:1 58:2 59:4,7, 8,9,11,22,23 60:20 62:17 63:6,10,23, 25 67:9,10 69:8 72:3 74:7,8 78:9 80:7,8 84:12 89:24 90:19 98:1,24 99:13,18,19 103:3,4,6,16 105:21 108:14 109:23 113:5 121:8 125:4 126:15 127:12,13, 19,23 128:13,23 129:2 132:7 134:5 136:24 137:11 142:13,16
**one's**
35:14 65:9 66:15
**one-hour**
33:18,19,23
**one-on-one**
90:25
**ongoing**
87:4
**open**
11:21 28:7 34:16 98:11
**opened**
99:8
**operate**
31:19 32:17
**Operating**
4:7 10:25
**operator**
44:21,23,25 131:11
**operators**
19:25 32:7 47:18 48:4,5 125:6
**opinion**
112:18,20,21 126:8
**opportunity**
54:7 113:23
**opposite**
28:19
**opposition**
126:6,7,10

**order** 27:21,24
**ordinary** 32:1
**organization** 41:8 58:17 64:18 128:14 131:4,12 133:6
**organizations** 58:14
**originally** 44:22
**OTO** 13:4
**outfit** 71:22,24 76:22,25 77:4
**outside** 18:19 26:8 30:9,11 47:19 63:17 128:7,18 141:1
**outsider** 132:25
**outweigh** 55:20
**over-the-top** 15:15
**oversee** 10:16 11:15
**overseeing** 10:3
**overview** 12:3
**owned** 9:23 13:19 14:9
**owning** 27:4 75:3

**P**

**p.m.** 42:17 81:1, 2,13 83:11 94:20 100:22 118:20 119:1 120:14,15 134:9 142:4, 5
**P.R.** 127:15 128:6,7 134:16,17,22 135:12 136:2,25 137:5
**page** 81:18 82:23 83:5 94:18 104:15 106:8 109:19 114:17 118:8,10,11
**pages** 82:10 83:1
**paid** 46:9 48:5 54:18,19,24 60:13 65:7 87:3
**pain** 66:24
**pan** 14:23
**pants** 98:6,9
**paperback** 50:7
**paperwork** 37:20,21
**parameters** 42:11 59:9, 13,23
**Paramount** 55:25
**park** 29:18
**parking** 14:15
**Parkinson's** 39:25
**part** 21:4,5,7,8 33:18 34:10 40:1 41:8 47:10 58:16, 18 59:5,14 63:1 79:5 81:8 93:6 97:25 104:19 105:14,17, 23,24 108:3 113:17 128:14 131:13 133:6
**participate** 122:9
**particular** 20:21 71:20 99:14
**parties** 98:5,7 131:13,19
**partner** 46:10 61:7 66:25 102:9
**partnered** 14:10
**partners** 61:6,8 66:20
**parts** 66:9
**party** 99:16,18,22, 23,25 100:3, 4
**past** 7:18 46:19, 21 67:8 79:4 111:6 122:1 138:5
**pastor** 12:13 19:8,9 31:24 41:22 64:2,9 86:16 128:12 138:8
**pastors** 12:1 39:6,7, 14 45:7,8 46:22,25 52:7
**pasts** 46:17
**Pat** 89:16
**Paul** 95:1,2,20,23 128:15
**pay** 29:17 44:10 45:12,25 48:9 57:17 59:13 62:19 64:11,13,14 65:6 131:21 132:23
**paycheck** 20:25
**paying** 43:19,23 47:14,17 48:5 58:3,8 60:9 62:5 66:24 102:16 131:6
**payroll** 21:2 22:11
**pending** 5:24 7:11, 12,13,15
**people** 15:14 18:6 19:2,7 21:10,21 22:7,19 31:9 32:6,7,8,18, 22 33:1,7,25 38:17 39:9, 10 43:1 44:9,11 45:7 46:16 47:1, 17,18 48:2, 9,25 51:6,9 52:7,10,11,

17 53:5,14, 18 56:4 58:21,25 59:16 60:3 65:8 66:14 69:16 70:19 73:15 75:5 79:22 86:11, 13 87:2 99:3 102:9 104:20 107:23 112:11 116:23 120:7 122:8,10,11, 14,15 125:6 126:4 128:20 130:13 135:2,15 136:3,5 137:17,19 138:21 139:7,8,25 140:17 142:14

**people's**
22:3 53:14

**percent**
24:2 28:18 34:17 35:17 59:22 63:20

**performing**
25:19 26:1

**period**
17:3 19:11 38:14 39:1 48:8 49:4,24 73:2 101:14 111:20

**permit**
9:4

**Perot**
14:1

**person**
13:19 19:24 20:1 24:25 28:6,13 29:5 31:1,7,8,10, 24 38:6,16 44:11 45:17 49:17 70:1,3 80:5 104:23, 24 127:15 128:6,7 139:22 142:17

**personal**
7:22

**personalities**
133:13

**personality**
89:1,17,23 90:18 131:11 133:10

**personally**
38:24

**petered**
66:20

**petition**
130:5

**Philadelphia**
15:3

**phone**
21:20 22:2 39:23 40:4 68:6 78:17 79:9,24 80:5 81:20,23 82:4,6 91:2 94:15 96:3 97:20 98:3 99:3 104:2 105:10 121:14,24 122:20 125:25

**phonetic**
9:9 14:2 135:17

**photo**
100:2

**phrase**
25:23

**pick**
44:17 135:18

**picture**
53:7 68:9, 15,16,21 69:1,3 72:15 75:10,13,24 76:7 77:9,21 78:7,12 83:21 95:10, 14 96:20 98:17 101:9 102:22 104:3 105:16 107:24 109:2

**pictures**
89:4

**piece**
98:1

**pieces**
105:11

**pimp**
68:2 69:8 71:24 72:1, 5,12,19 76:24 77:4, 5,12 79:17 87:25 91:9, 10,13 122:22 124:14 137:11

**piss**
118:6

**place**
14:4 23:12 25:3 52:13 80:21 100:6, 9 136:18 137:4

**places**
112:25

**plaintiffs**
4:16 5:3

**plane**
20:23

**plans**
6:7

**plantation**
116:18,22 117:1,9,12, 13 118:4,5

**platform**
15:16,18 44:16 111:22

**platforms**
15:15 112:23 113:6,7 129:5

**play**
41:23 42:1 108:23

**played**
107:16

**players**
69:15

**playing**
41:24 108:25

**Playstation**
15:17

**please**
6:3,13 82:20 125:24

**plug**
47:22

**point**
5:22 35:6 48:11,13,16 49:6 50:2 76:3 78:2 81:9 91:5, 12,22 92:14 94:11 96:4 101:10 104:1 110:11 119:16 120:23 133:21,25 134:2 137:6

**points**
103:19,23

**police**
87:11

**policies**
27:25 28:3 29:9,21,25 30:9,18,23

33:11,14,24 34:4
**policy** 28:4,25 29:24 30:5 49:1
**polo** 124:7
**poor** 96:2
**pops** 73:22
**popular** 124:21
**portray** 95:11
**portrayed** 77:5,6 91:9, 10
**portraying** 85:15
**position** 11:13 14:7 23:16 28:7 38:2 94:1 111:8
**positions** 12:21 38:19
**possible** 32:10
**postal** 60:4
**posted** 29:15
**posters** 29:12
**potatoes** 60:19
**potential** 129:14
**power** 104:11,16
**prayer** 16:15,19 50:5 55:12, 15 56:9,24 63:15

106:13,19, 20,23 109:1
**pre-covid** 9:18 10:4 35:18 138:9
**preacher** 46:15 58:2, 9,23 108:13 112:15 113:15,23 119:23
**preacher's** 73:16
**preachers** 16:3,9,10 18:18 58:10 64:7,20 77:13 89:23 102:19 104:8 108:12 116:22 119:22
**predominantly** 64:4
**preference** 5:4
**presence** 114:13
**present** 74:21
**press** 134:16 135:11
**pressured** 74:6
**pretty** 19:1 31:4 39:12,15 45:25 62:7, 9,22
**pretzel** 106:21
**pretzels** 106:12,14,24
**prevent** 8:1 23:11

**previously** 67:16 130:15
**price** 60:13
**primarily** 15:21
**primary** 31:10 36:10, 21
**prime** 18:10
**print** 66:13 78:17, 18
**printed** 79:1
**prior** 100:2 101:24 102:10 107:3,6 118:10 120:22 121:13
**prison** 70:1,3,5 80:9 90:13, 15
**prisons** 13:4 15:16
**Privately** 9:23
**privilege** 141:2,3,4,6
**pro** 55:1
**probability** 5:18
**probably** 34:17,22 35:9 44:4,6 57:15 61:17 78:6 80:21 90:4 98:3,14 106:20,23 107:15 108:1 112:20 119:12,13

123:14 132:18 138:20
**problem** 47:16 80:18 84:2 91:25 94:16 106:6 112:5,6
**problems** 21:6 80:12, 19 90:17
**proceeding** 4:11
**process** 31:13 34:14 66:6
**produce** 12:12 17:18, 20 18:10 26:16 34:11 44:11 53:10, 15 84:8
**produced** 12:12 16:6 18:14,18,24 33:23 82:17 101:5,8
**produces** 17:5
**producing** 33:19 35:10 55:24 108:14
**product** 16:3 17:22, 24 56:6
**production** 138:18
**products** 16:15,18 17:11 48:18 52:1,2 53:3 55:18,22,23 57:2,24
**profit** 47:15
**program** 103:3

**programming**
19:11 51:25
**programs**
13:7,9 66:16 113:3
**prohibit**
23:14
**promise**
54:6 61:25
**promos**
120:6
**promote**
50:4,6,9,14, 16 51:8 60:16 61:13 63:19 64:1 72:21 102:8 104:10,11, 18,21,23 105:7,21 106:3 107:3, 5,17 108:2 109:19,22,24 113:19
**promoted**
56:6,20,22, 24 66:2 107:15 108:1
**promoting**
50:3 51:4,24 52:1 53:2 55:10 57:24 60:22 65:5 104:9 105:22 128:25
**promotion**
108:7
**promptly**
24:14
**property**
10:7 43:7
**prostitutes**
46:24
**prostitution**
46:23
**protect**
29:1
**provided**
7:23
**providing**
5:14 13:3,6 35:24
**publically**
90:12,24 129:11 135:12 136:11,16,19 137:3
**publicity**
128:5,10
**publicizing**
130:11
**published**
68:1
**pull**
72:16 119:16
**pulled**
47:22
**pure**
59:7 60:23
**purpose**
51:7 73:8 126:2
**purposes**
80:11 90:16
**push**
17:22,24 55:18,22 87:16
**pushing**
65:21
**put**
12:9 14:25 19:8 26:12 28:9 29:11 35:1 40:5 42:10 45:13 67:6 69:15 71:23 73:2 88:4 90:18, 20 101:17,18 103:21,22,25 111:1,6,9 123:25
135:12,13,21 136:11,15, 21,25 137:2, 17
**putting**
35:15 63:9 120:11 129:3,4 130:24

**Q**

**qualified**
28:13 37:24
**quarterback**
69:19,20
**question**
5:17,19,24, 25 24:18 25:9 26:4 30:25 40:15, 20 46:2 61:24 62:1 65:24 66:3 71:19 96:13, 15 103:12 107:8 111:12 112:10 114:25 127:8
**questions**
5:14,15 24:6 46:6,14,19 49:18 55:5 77:17,21,24 82:9 115:20 116:4 121:6 139:23
**quick**
8:22 9:1
**quickly**
55:6 88:1
**quit**
38:3,7 114:4,10 121:23
**quite**
10:14
**quitting**
126:16

**R**

**race**
53:12,16,24 73:23,24 74:6 75:4 87:15 88:7 90:5 91:4, 15,16 93:22, 23 94:8 98:23 110:19 116:20 117:2,6,7
**races**
108:22
**racial**
23:7,11,15 26:9,13 27:17 31:22 51:16 85:2,5 91:7 127:17
**racially**
24:11 25:20
**racism**
94:15
**racist**
27:6 76:21 85:22 87:24 88:13 90:2 91:24 92:6, 20 93:17 96:4 102:1 104:22 105:2 108:22 110:13,20 115:7,12 131:22 137:8
**radar**
24:7
**radio**
9:13,15 10:13 18:5 38:19 43:2 52:20 133:8

**Ralph**
23:20 29:7 31:1,2,8,10 34:22 49:10, 14,17 59:9 63:5 78:5,25 79:3 87:2 132:8 139:21 140:25 141:2,5 142:18
**Ralph's**
57:15 139:22
**ran**
16:2
**rate**
11:24
**rates**
64:12
**reach**
44:12 113:8 118:11
**reached**
59:16
**reaching**
15:14 44:12 119:24
**reaction**
117:8
**read**
21:13 60:3 61:14,16 68:4,5,11 75:9,16,17 76:8,10,14, 15 77:14,20, 23,25 114:18,19, 21,22,23 116:11 118:3 121:4,5 125:17 132:17 134:15 135:6,8 139:19
**reading**
68:16,19 76:11 116:2 117:9,11
**ready**
121:7 134:14
**real**
41:1
**realize**
5:7 32:21
**realized**
32:17 94:16 139:7
**realizes**
113:18
**realizing**
33:2
**reason**
5:17 122:16 125:13,22
**recall**
7:4,5 38:24 57:22 60:24 65:3 70:14, 18 71:13 72:10 78:22 92:23 119:10 121:17,24 127:10 132:13
**receive**
107:12 108:4 118:24 133:14
**received**
107:14 109:6
**receiving**
108:10
**receptive**
86:18
**recognize**
82:11
**recollection**
51:15 55:13 60:6,8 72:6 83:20 108:5 109:5
**record**
4:4,14 5:2 8:23 13:1 25:3 37:2,5, 6,7,9,11 65:25 80:25 81:1,2,4 114:19 115:12,13,15 120:13,14, 15,17,19 135:7 142:1, 3,4,5,7,9,25
**reduced**
35:11,16
**redundant**
30:3
**refer**
11:1
**reference**
56:23
**referenced**
122:10 134:23
**referred**
84:20
**referring**
17:24 68:23 83:2
**reflect**
136:8
**reflected**
136:9
**refresh**
109:5
**regard**
33:15
**regarding**
7:17 116:6
**register**
50:1 63:10, 16
**regular**
7:21 19:13
**Rejoice**
43:15,16,18 45:1 123:17
**relate**
138:14
**related**
137:24
**relation**
137:22
**relationship**
70:20,21 83:25 88:19 89:11,13 90:21 95:17 100:10,13 101:22 108:10 138:3,5
**relationships**
11:25
**release**
134:16 135:11
**relevance**
140:13
**relevant**
139:11,13,20 140:2,4
**relied**
136:5
**relief**
109:24
**religion**
13:21 14:18, 24 51:2 56:13 73:18
**religious**
9:11 13:9, 15,23 14:17 23:24 27:4 48:5 52:7 65:15 112:22
**rely**
135:2
**remain**
113:11
**remember**
36:20 42:8 43:4 45:11 49:5,23 50:9 56:16,17,20, 21,24 68:15

70:9,10 71:14,22 73:16 75:7 77:9 78:7,9, 14,16 80:2,6 83:18 85:16, 17 86:7,16, 22 91:3,4 97:22 98:13 99:11,19,21, 22,23 100:5, 9,11,25 102:25 104:5 109:4 116:10,12 117:10,18, 20,22,25 118:2,13,17, 18 121:19,20 123:15 127:11,17 129:13,16 131:2 132:10,13, 19,20

**remote** 18:5

**rent** 22:11

**repeats** 19:14,15,18

**repetitive** 30:3

**rephrase** 5:20

**report** 25:20

**reporter** 4:14 76:16

**reports** 24:10 87:2

**represent** 82:2

**representative** 7:22

**reps** 21:20

**requirement** 38:11

**resources** 35:21

**respect** 33:10 112:3 133:23

**respond** 87:21

**responded** 109:15

**response** 88:15 105:16 108:6,19 110:10 117:17 130:8 133:14

**responsibilities** 21:1

**responsibility** 20:5 27:3 31:4 36:10, 22,23

**responsible** 26:8 63:8

**restaurant** 24:3,5

**restroom** 120:12

**retaliation** 31:15

**rethink** 130:6

**returns** 60:1,3

**revenue** 15:21 16:1 47:11 48:11, 16 55:18,21

**revenues** 47:25

**Reverend** 15:5 24:8 26:25 27:14 39:2,8 40:2 41:9 99:23, 24 128:19 129:8,21 130:4,8,9 135:1,14 140:6,7,11

**review** 114:17 134:13 142:1

**revisit** 114:11

**revolves** 117:5

**rid** 72:7,9,24 87:5,6,7,9, 25

**ridiculous** 115:16

**right** 5:8 6:3 8:14 9:25 10:15, 21 13:9,25 14:4 17:13 18:2,7,9 27:19 29:19 34:7 37:15 38:6 40:15 42:10,14 47:22 48:21 50:25 59:12 62:15 78:4 80:23 83:16 84:10,23,24 85:8,14 87:21 88:5, 16,20 93:18 94:21 97:10 100:18,22 101:14,17 103:6,17,21, 24 104:14,24 105:2 106:1 107:4,5,9,14 108:1 109:16,17, 20,22,25 110:7,23,24 111:3,13,18 112:9,10,16 114:23 115:1,6,8, 12,16,18,24 116:21 117:3,14 118:14,21,25 120:2,20 121:9,11 123:8 125:10,16 126:19 127:3 131:22,24 132:3 134:18,24 135:23 136:12,23 138:16 139:9 141:17 142:24

**rights** 31:25 39:4, 10,11 40:20, 21,22 98:25 128:23 130:3 136:5,6

**rising** 57:15

**risk** 20:22 21:3

**Road** 4:12 9:19 10:11

**Robertson** 16:11

**Robinson** 44:1 89:16

**Robinson's** 89:16

**Roku** 15:18

**role** 11:13,14 19:21 20:8

**roll** 21:24

**Rolls**
123:25
**room**
33:5 45:25 60:2
**Ross**
14:1
**rotation**
106:7
**rough**
32:13
**round**
93:13
**Royce**
124:1
**ruined**
116:19
**run**
5:23 16:13 34:18
**running**
12:4 13:21, 22 14:18 16:13,15 21:11,12 22:8,17
**rush**
35:14

S

**safely**
20:24
**sake**
11:10 13:1
**salary**
45:23
**salespeople**
32:8
**salt**
137:18
**Samoan**
85:3
**sample**
16:12
**satellite**
14:11,13 44:17
**sats**
9:8 14:2
**Saturday**
60:21
**saying**
7:21 21:22 26:5,18 31:19 42:25 43:3 44:7 50:12,18,19, 23 52:14,15 53:4 54:12, 15,20 55:6, 20 57:7,11 58:18 60:9 61:4,6,8,18 65:4,10,13 66:3,11 67:11 69:17 70:22 71:2, 12 72:6,10 75:18 76:9, 23 78:13 80:13 83:17 84:9,12 85:4,16,17 86:1,20 87:2 89:2,3,14,19 90:9 93:9,11 95:18,22 98:8,12 99:20 101:16,25 102:3,16,18 111:5 112:6 113:1 115:16 116:19,24 117:20 121:21,22 122:4 123:5, 6 124:6,7,10 126:15 130:3 132:23 133:15,17
**says**
67:8 77:12 81:19 82:5 85:15 87:20, 24 88:5 90:1 101:11 104:16 108:19 112:4 115:21 116:5 121:3,10,12 125:24 135:24,25
**scene**
70:7
**scheduled**
122:16
**schizophrenic**
109:20
**school**
8:18 19:7,9 46:5 84:1
**Scott**
41:22
**screenshot**
99:11
**Scripps**
43:7
**searched**
99:10
**searching**
69:22
**second**
36:25 82:10 121:8 134:13
**security**
32:23 35:13 47:20 53:18
**see**
10:7 25:11 49:5 51:3 52:24 54:14 55:23 62:10 70:16 79:7 81:18 83:4, 7,13 88:25 90:10 91:7 94:22 99:24 100:19 104:17 106:9 108:18,21 109:1,11 113:14 118:20 119:11,14 120:9 121:21 127:4,5 129:19,24 130:1 141:18
**seeing**
19:14,15,17 33:2 76:1 78:4 109:5 121:18 131:2
**sees**
58:21 108:14
**self-employed**
20:24
**sell**
17:1,2,8,10 58:4 61:18 62:16
**selling**
15:12,22 16:16,18,23 17:11 49:21 51:23,24 52:13 55:15 60:17 62:16 63:14
**send**
60:4 66:22 73:4,6 100:24 102:11,24 104:3
**sending**
60:2 83:20 102:21 103:1 107:24 121:13
**sends**
91:22 102:3 110:9
**sensitive**
13:5 23:23 24:3,6 26:11,12

27:3,17 38:21 39:13, 15 40:11 109:13 110:11
**sensitivity** 27:1 39:16
**sentence** 116:5
**separate** 12:23,24 17:13 29:20, 25 30:10 64:7
**September** 19:4,16 83:10 92:14 94:20
**serious** 87:23 89:23, 25 91:18
**seriously** 24:12 105:18
**sermon** 66:14
**service** 13:3,8 45:3, 5
**services** 16:2 26:1,2 58:22
**set** 58:13 59:9, 22 70:7 82:16,20
**settle** 54:14
**settlement** 127:4
**setup** 35:4
**seven** 14:17,23 34:16
**several** 6:19 36:18 55:11 84:22
**share** 43:7 132:4 142:13
**shared** 130:6 132:4, 5
**sharing** 132:2 142:11
**Sharpton** 15:5 39:9 41:10 130:9 135:16 140:7
**shawl** 50:5 56:25 106:19
**shawls** 16:15,19 55:12,15 56:9 63:15 106:13,21,23 109:1
**Sheffield** 39:8 128:20 135:15 139:9
**shelf** 57:21
**Shield** 37:25
**ship** 60:1
**ship's** 123:16
**shipped** 62:25
**ships** 120:1
**shirt** 124:7
**shocked** 81:25
**shopping** 14:21 56:3 57:19
**shorter** 11:10
**shot** 45:19
**should've** 61:17 91:13
**show** 12:11 16:2,6 17:5,6,8,20 18:24 26:16 33:18,19,20, 23 34:12 35:8,9 41:19 42:22,23 43:12,21 44:11 45:2 48:7,12 50:2,16,22 51:6,8 52:5, 6 53:4,8,9, 11,13,16,17, 19,21,24 55:2,10,14, 19,21,23 56:2,4 57:14,18,20 59:4,5 60:21 64:21 69:24 73:8,9,11, 12,14,24,25 74:7,8,12 75:2,5 79:5, 21 85:21 86:2,8,12, 13,15,21,25 87:10,12,14, 16 92:4 93:2 95:23 103:5 110:21 112:11 113:3 115:18 116:7,15,16 117:5 122:6, 8,9,12 123:13 125:4,7,8 126:12 139:3
**show's** 125:4
**showed** 14:10 26:16 43:5,11 69:1,22 78:6,12,14, 16 79:1,3 114:15 118:2 142:18
**showing** 41:18 53:17 86:11 95:14 122:15 129:1 132:9
**shows** 12:2,9 13:23 16:4,16,25 17:18,19 18:10,13,17 19:12,14,15, 17 34:24 53:14 55:24 57:21 99:19 108:14 112:7 138:7
**shut** 19:2 66:10
**shuts** 19:4
**sic** 27:5 69:11 115:20
**side** 98:2
**side-eyed** 50:25
**sign** 44:24
**signature** 98:8
**simple** 46:1 59:7 60:23
**sincere** 90:3 92:15, 20 93:14 109:8 110:12 126:7,10
**single** 20:1 64:17

**sinking**
123:17
**sir**
8:3,5
**sister-in-law**
36:15
**sit**
13:12 53:13 126:5 137:8
**sitting**
67:3
**situation**
41:5 91:18
**sketch**
141:10,12
**skimming**
95:21
**slightly**
62:2
**slip**
11:10
**slot**
16:24 43:23 45:12,13 47:3,5,7,11 49:22
**slots**
15:22 16:23 17:19 49:21
**slur**
26:9
**small**
31:18 32:3 40:25 41:1, 16,25 60:19 63:1,16 71:21 79:14 85:7 114:23
**smartest**
141:23
**social**
76:19 93:8 114:12,13 129:4,5 132:9 138:2, 8 139:2
**sold**
10:6 11:21, 23 34:17 60:18 63:25 139:14
**somebody's**
26:14 31:21 120:5
**son**
39:5 89:16
**song**
126:22
**sore**
118:6
**sort**
8:22 9:1 16:19 19:19 21:14,16,17 27:24 34:10, 20 40:7 42:3,22 46:2 54:10,20 66:3 82:8 83:18 93:13 100:4 109:24 111:9 125:12 126:6
**sorts**
88:21
**sound**
123:2,9 124:2
**sounded**
46:3 70:25
**sounds**
15:20 20:3, 19 22:25 31:10 38:4 40:6 67:14 93:13 100:12 116:14
**source**
76:17
**South**
6:4
**Southfield**
14:5,8
**speak**
59:2 104:7 108:17
**specialize**
36:6
**specific**
24:19 29:24 62:6 82:10 92:13,18 98:13 102:25 117:25
**specifically**
104:6
**speedboat**
123:18
**spend**
39:21
**spending**
66:15 122:13
**spent**
40:3 119:11
**Spiritual**
56:21
**spoke**
59:11
**sponsors**
34:17
**sponsorships**
131:14
**sports**
124:6
**spot**
14:15
**spotlight**
51:13
**spots**
11:24 16:13, 16 17:8 55:15,16
**spraying**
10:9
**square**
31:20
**St**
17:9
**stadium**
113:15
**Stafford**
69:17
**stage**
35:14
**stamp**
83:2 130:16
**stamped**
67:17 81:17 134:12
**standing**
69:9 79:7
**standpoint**
91:23
**Stanford**
69:11,15
**start**
19:15 28:11 35:3 48:14 50:3,24 52:1 53:2
**started**
13:20,24 19:20 28:23 30:8 36:11 40:18 42:16 44:22 50:23 51:4,5 52:3 53:5,21 54:1 56:2 57:20 59:4 86:9,21
**starting**
27:24 55:21 86:25
**starts**
19:3,4 48:14 51:12 52:10
**State**
7:8,9 8:17
**statement**
26:12 135:21
**States**
4:8 15:11 39:15 64:6 66:8 113:5 117:7 129:23
**station**
9:3,6,13,15

10:13,23 13:15,22,23 14:12,19 73:15 89:6 131:9
**stations** 18:5 41:25
**statute** 7:19
**stay** 52:22 65:9 115:15
**steal** 120:8
**stealing** 95:21
**Steinbeck** 50:11
**step** 121:10
**steps** 23:10 136:12
**sterling** 28:17
**stern** 89:18
**stick** 9:14
**sticks** 117:12
**stiffed** 21:21
**stop** 22:2 80:22 108:25
**stopped** 18:2 132:11 133:2,18 135:21
**store** 66:22
**stories** 43:9
**story** 32:20 97:25 98:2 136:19
**straightforward** 62:22
**strange** 110:18
**straw** 125:12
**streaming** 15:15 44:15, 16
**street** 14:22 68:4,6 76:11,14
**strong** 79:17 95:13
**stuck** 22:13,14 57:5 118:4,5
**studio** 16:7 17:17 18:3 34:12 35:10,14
**studios** 18:19
**stuff** 10:10 29:10 30:20,22 32:22 33:3 36:12 44:19 46:23 48:7 49:13 57:2, 3,12,18 61:9 67:1,2,3 73:20 102:8 111:6 120:8 128:25
**style** 124:8,16
**subject** 7:16 56:7,19
**submarines** 120:1
**subscribe** 76:21
**substance** 76:4
**substantial** 50:18 61:15
**succumb** 74:5
**sudden** 73:22
**sue** 124:17 132:15,16
**sued** 70:24
**suing** 137:12
**suit** 89:18
**summer** 19:8
**summertime** 19:1,11 32:11
**Sunday** 45:3 58:21 60:21
**supermarkets** 129:18
**Superstation** 9:13
**suppliers** 22:11
**support** 127:14 128:1
**supporting** 128:23
**supposed** 8:9 35:3 47:13 55:14 95:15 97:9, 17 98:4,18, 20 124:18 141:9
**sure** 7:3 9:3 10:8 11:21,23 12:3 21:1,2, 15 27:7,10 29:7 34:11 36:5 37:21, 23 43:14 54:17 56:1 82:16,19 98:17 102:11 104:10 106:5,7 107:22 113:18
**surprised** 74:2 87:22 88:20
**surrounded** 92:10
**surrounding** 108:15
**Swaggart** 46:24
**swan** 126:22
**swear** 4:15
**switch** 86:11 87:4
**sworn** 4:21
**Sybil** 109:20
**synopsis** 9:1
**system** 65:14
**systems** 9:9 14:1,3, 16 15:12 39:6 44:18 128:21

**T**

**take** 5:22,25 9:24 14:7,24 15:17 17:2 19:10 20:16 21:24 22:3 23:10 27:21, 24 36:24

59:25 65:20 66:5,6,7 77:14,22 82:8 85:5 93:7 96:9,24 101:1 114:24 127:1,6 135:7 137:18 140:8,13 141:7
**taken** 4:6 5:10 7:14 21:2 24:11 62:4 83:23 101:19 103:22
**takes** 132:2 141:21
**Taketa** 35:8
**taking** 21:5 48:15 95:9,24 97:3,6 102:6 103:11 105:11,17
**talent** 35:10 57:17
**talk** 9:15 10:18, 25 16:18 25:8,17 27:2,22 30:14 31:8 37:3 49:10 87:19 92:10 114:22 122:24 123:1,10,20 124:2,5 126:3 128:17 129:12
**talked** 27:1 52:6 59:8 97:11, 13 102:7 130:8,9 136:3
140:16,18
**talking** 11:3 20:14 26:17,20,21 29:12 33:10 37:12 38:13 39:17 65:25 72:22 74:2, 13 79:4,21, 25 86:10 89:15 99:12, 25 112:9 114:12 115:7 117:18 124:8 140:19 141:11
**tallis** 57:6,9
**tallit** 56:25 57:6
**tallits** 63:25
**tapes** 58:5 120:3
**Tattoo** 84:25 85:2 88:15 94:7 107:24 108:20 109:9 110:9
**tax** 7:19
**TBN** 64:3,10
**tchotchkes** 57:12
**TCT** 41:20,24
**teachers** 19:9
**teaming** 41:8
**technician** 4:4,13 37:5, 8 80:25 81:3 120:13,16 142:3,6
**technology** 11:20,25 44:20
**Telemundo** 13:18
**television** 19:13 52:17
**tell** 8:10 16:21 17:15 42:13 51:14 62:8 63:10 68:20 79:13 87:9, 13 92:2 93:24 104:7 105:5,6 119:22 121:6 139:19 140:9
**teller** 73:17
**tellers** 73:19
**telling** 51:6 59:12 61:3,5,22 62:7,11 63:1 65:13 67:10 73:1,9 88:4 103:25 112:8 125:7 131:16
**tells** 126:24
**ten** 6:22
**terminology** 11:9
**terms** 13:11 15:20 16:21 70:8 85:23 124:10
**terrible** 53:9
**testified** 4:23
**testify** 4:21
**testifying** 8:2
**testimonials** 51:10 52:9
**testimony** 72:23,25 81:8 103:14 120:22 123:19 125:9
**text** 82:11,17 83:7,15,21, 22 84:6,23 85:11,13 87:18 88:15 90:1 91:22 94:10,18 97:7 100:19, 21 101:24 102:3 103:15,17,20 106:9,11,16, 20,23 108:6 109:4 110:3, 6,9 112:10 115:1,2,22 116:11,25 117:17,21 118:2,20,21, 23 119:20 121:9,13,19, 21 126:6
**texted** 121:20
**texts** 82:16 109:7 118:19
**thanks** 27:12 100:18
**thing** 13:20 16:19 21:17,25 22:6 54:15 55:17 57:19 62:11 73:18 74:3 87:25 93:10 105:1 107:6 109:23

114:18 117:12 125:16 129:20,22 130:2 134:15 135:7

**things**
20:15 22:12 23:21 32:21 35:19 36:13 41:2,20 46:11 48:15 50:24 54:17 56:12,16 66:13 70:4 90:14 104:9 111:7,9 115:17

**think**
5:17 6:23 7:3 11:1 12:25 13:12, 13 16:24 17:23 21:14 22:9 23:23 24:18 25:21 29:1 31:2 35:7,25 38:5,20 39:3,12 40:15,21 41:21 45:10 46:2,6,7 51:21 52:13 62:3 67:19 69:25 70:4 71:9 72:23 74:11 78:11, 12,21 79:2, 18 80:12,17, 19 82:18 85:3,13 86:24 89:3, 11 90:1,3,6, 14,16,17 91:18 92:3, 4,14,19 97:24 98:14 100:24 101:7,8,24 103:8 106:13,15 108:5,24 111:8,19,23 116:19 119:3 123:15 125:5 126:5,7,9, 11,13,22 132:14 133:1,7,11 134:17,21 136:7 137:7, 8,19,21 139:12,13,17 140:1,9 142:15,24

**thinking**
21:21 75:2 103:2 112:1 120:4 138:24

**third**
12:20

**thought**
42:6 53:21 54:3 57:4 69:6 72:5 79:14 103:8 105:17 127:22 137:1 141:9,12 142:13

**thoughts**
54:9

**thousands**
75:24 131:25

**threaten**
73:24

**threatened**
132:15

**three**
12:5,6,19 17:3 20:1 43:8 48:4 64:2,6 70:19 71:11 74:3 79:6

**threw**
78:13,19 79:3

**thumb**
82:8 118:6

**Thursday**
35:7

**tie**
89:18 98:11

**tied**
108:7

**ties**
98:11

**tight**
89:18

**time**
12:13,14 13:25 14:4 15:10,12,22 16:8,23 17:3,11,19, 22,23 20:19 29:8 31:21 34:13,18 36:17,24 38:13,25 39:18,21 41:5,6,18 42:16 43:23 45:4,12,13 47:3,5,7 48:19 49:4, 16,21,24 54:11,12,25 56:8 57:25 60:20,22 61:10,11 62:13 63:9, 24 64:1,23 65:2,21 66:13 70:9, 17 72:16 73:7 74:17, 21,23 75:7, 18 76:2,5, 12,15,19 77:9,14,22 78:7 79:20 80:4,8 83:24 85:19,24 87:8 88:2,6, 8,14,18 89:6 90:5 92:8,11 94:8,12,15 102:13,16 103:22 104:8 106:2 108:25 110:15 111:20 114:24 116:21 117:10 118:3,16,20, 24 119:5,11, 12,17,22,23 120:6,9 125:5 126:1, 4,12 132:6, 19 135:7 137:13 139:14,15

**time's**
11:23

**timeframe**
138:25

**timeline**
85:23 107:9, 10

**timely**
55:5

**times**
6:16 16:3 17:4 60:20 64:12 75:24, 25 76:7 80:3 84:4 101:4 110:3 119:25 120:5 131:25

**tiny**
71:23

**tired**
21:3

**title**
68:2

**today**
5:5,8,13,18

8:1,4,7,12 13:12 32:19 34:15,16 66:14 68:1 69:13 76:2,3 124:21 126:5 137:9,14 140:5,8,13 141:7,10
**told** 53:19,22 57:14 69:22 71:15,16,17, 18 72:11 78:3,24 85:20 87:4 88:8 94:12 97:8 101:4 108:19,20, 21,22 110:2, 3,4 123:22, 25 129:21 130:4,8 131:25 132:15 133:13
**tolerate** 111:20
**tomorrow** 62:13 119:5
**ton** 69:14
**tone** 131:22
**tonight** 119:8
**tons** 39:23 48:7 58:9 67:5 109:7
**top** 81:17 83:7 94:17 100:19 106:9 112:14
**tossed** 78:21
**touched** 12:25
**tower** 9:20 10:11 14:13 95:13
**town** 9:16
**track** 49:8,15 87:18 103:2
**traction** 128:22
**trades** 68:5 76:14
**traditional** 21:22
**traditionally** 44:3
**traffic** 32:8
**trained** 24:8 26:25 27:2 39:16 51:21
**training** 38:13,25 40:9
**transmitters** 43:10
**transparent** 21:19 62:7,9
**transporting** 80:11
**trash** 78:21
**travel** 15:4 33:5
**traveled** 15:11 39:2,5 128:20
**traveling** 58:7,23
**Tri-county** 41:24
**trial** 127:3
**trinkets** 55:15 63:15
**troubles** 46:16
**Troy** 4:12
**true** 76:10 94:4 115:21
**trustee** 7:22
**truth** 4:21,22 8:10 61:5 67:11
**truthfully** 8:2
**try** 5:23 28:14 42:10 49:3 54:9 56:15 74:17 117:4 124:19
**trying** 14:21 16:12 20:23 40:5 42:11 55:4 61:1 63:3 66:18 77:19 78:1 87:8,11 91:6 92:7, 16,21 93:1 95:11 96:5 97:15 98:2 100:17 127:14
**turn** 100:18 106:8 118:8 130:1
**tuxedo** 72:13,14 94:25 95:12, 13,15 97:9, 18 98:5,6,9 99:13 107:1
**tuxedos** 85:6 98:19
**TV** 9:3,5 10:23 13:21,23
14:12,18 18:4 35:15 41:16 43:1 52:19,20,23 57:21 59:1 68:7 104:11, 17 133:8
**TWN** 11:1 20:9 27:22,24,25 28:20 29:4 32:4 33:10, 24,25 37:13 38:12 47:12 142:10
**TWN's** 47:4
**two** 7:14,15 10:5 17:7 34:15 45:8 49:22 56:3 58:2,21 59:5 60:20 62:18 64:8 83:25 103:5, 6 116:8 120:5
**two-hour** 17:19 48:8 49:21
**two-minute** 55:16
**two-thirds** 33:9
**type** 68:5 73:17 83:24
**types** 6:24 20:14 55:11 113:2

**U**

**U.S.** 44:13 64:3
**Uh-huh** 48:23 83:9

**umbrella** 12:23
**unanswerable** 25:24
**unauthorized** 131:14 133:2,3,17
**unaware** 29:24 40:24
**unbelievable** 63:13
**understand** 5:13,19,21 6:2,12 8:6, 9,11 17:12 18:9 26:4 32:13 33:24 34:6 35:20 36:18 48:21 51:14 55:11 56:6 76:1,3 77:11 81:6 85:14 94:1 96:7,22 107:20 120:19
**understanding** 77:19
**Understood** 7:15 11:12 19:19 38:4
**unhappy** 115:22
**uninterrupted** 13:8
**United** 4:8 15:11 39:15 64:6 66:8 113:5 117:7 129:23
**University** 8:17
**Univision** 13:20
**unnatural** 109:18
**unnecessarily** 30:2
**unsure** 64:15
**unusual** 22:7 32:1 39:20 41:12 88:18 100:16
**updated** 29:16
**uplinking** 13:25 14:10
**upset** 127:21

**V**

**vaguely** 83:18
**valuable** 102:20
**value** 62:15
**various** 64:12
**vendor** 26:5,6
**vendors** 22:18
**versus** 4:7
**video** 4:4,5,13 37:5,8 80:25 81:3 120:13, 16 141:21 142:3,6
**viewership** 86:5
**voice** 106:16,20,23
**volunteers** 34:1,2
**vote** 27:12
**VPNS** 13:4 15:16

**W**

**W-2** 45:22
**WADL** 9:6 10:23 12:21,22 36:12 42:16
**wait** 25:2 121:8 127:7
**walk** 33:4
**walking** 79:2
**walks** 51:9
**Wall** 68:4,6 76:11,14
**Walter** 8:17
**want** 30:13 32:11, 24 37:1,3 52:24 53:25 54:16 55:25 60:5 61:13, 18 62:16,17 65:9 66:14 67:1,2 72:1, 5,18 74:14 76:8,9 77:6, 7,14,22 82:8 86:12,13 91:9,10 93:12 95:8, 22 96:14 102:17 109:21 110:20 114:18,19,20 117:4 120:22 121:4 122:9, 11 127:2,4, 5,23 134:15 135:6,8,9 136:16 137:19,21
**wanted** 18:4 29:5 36:14 45:14 71:21 93:6,7 101:21 104:10,11, 20,21 113:11 114:3,5,6 123:14 127:24 136:9,15 141:12
**wanting** 102:8
**Warfare** 56:21
**Warner** 15:10 55:25
**Warriors** 17:10
**waste** 54:11,12,16, 25 76:19 77:22
**watch** 12:3 66:14
**watched** 35:2
**watching** 11:24 51:6 129:24
**water** 9:20 10:11 95:13 109:25
**watts** 14:14
**way** 20:21 29:17, 18,21 53:7, 12,20 54:2, 4,5 55:9 58:12 69:24 76:23 78:9

86:15,22 90:22 92:5 105:14 109:11,18 115:20 120:2 122:6 123:1, 10 127:2,6 130:13 137:20 142:12

**ways**
16:1 93:6

**wear**
98:6,19 124:6

**wearing**
95:12

**wears**
89:18

**weaved**
125:2

**weaving**
105:12

**wedding**
98:7

**weed**
28:11

**week**
15:11 17:6 18:21,24 33:18 34:17 35:7 39:3 60:22 63:6 103:4,5

**weekends**
22:3

**weeks**
64:14,16

**well-known**
136:6

**went**
8:23 9:17 35:2 37:11 42:16 43:17 46:15,21 53:12 54:2 80:9 90:4 91:15 93:8 100:8 114:11 119:10 127:13 128:7,18 136:1,17,18 137:3,4

**West**
4:11

**WFDF**
9:13

**Wharton**
43:17

**whip**
119:20

**white**
64:4,5 69:2, 9,10,21 75:2 88:4 94:24 95:13 96:21 97:18 98:4, 6,9,19 99:13

**wife**
46:25 90:19

**wife's**
42:15

**wild**
23:1

**Williams**
35:8

**winner**
57:4

**wintertime**
19:1

**wished**
72:12 79:16

**witness**
4:15,20 27:10,13 30:3 69:18, 20 80:23 101:6 115:6, 11

**witnesses**
140:15

**wolf**
41:10

**woman**
63:25

**wonder**
138:24

**wondering**
61:20 62:2

**word**
4:7 9:10 10:14,18,19, 25 11:6,7,8, 13,14,15,19, 25 12:7,8, 11,15 13:2, 3,11,18 15:20 16:12, 13 17:12,13, 15,18 18:9, 11,13,14,17, 19,23,25 20:9 22:6 23:17 24:1 26:11,15,23 27:22 28:14 33:11,15,17, 18 34:1,2,4, 7,12,15,16, 20 35:1,5 36:14,21 39:6 40:19 42:16,21 43:5,15,17, 18,21,25 44:2,5 45:1 47:18 48:3 51:17,22 52:1 57:17 58:1 59:6, 14,15 60:16, 20 61:7 62:19,20 63:2 64:5,7 65:14,16,17 66:14 77:6 80:14 86:19 92:9 98:7,25 99:18 101:2, 22 102:15 104:21 105:23 106:2,17 107:15,18 108:2,3 109:3 111:22 112:14 113:8,11 114:7,14 115:23 116:17 117:1,9,11 118:3 119:24 120:6 121:11 122:8 123:2, 3,7,17 127:22 128:6 129:14,24 138:2,3

**Word's**
43:6 105:24

**words**
40:5 51:19 67:6 122:25 126:23

**work**
8:21 9:7 13:24 20:25 21:24 22:10, 15 25:19 31:9 32:6 33:25 37:25 47:18 48:25 49:1 57:3 87:8 95:3,20 111:10 127:5,24 129:17 135:3 138:4,7 140:3,24 141:5 142:14

**worked**
57:3,6,7,8 135:20 138:2

**worker's**
24:10

**workers**
18:3,4

**working**
22:18 25:23, 25 36:12,15 55:1 138:10, 22
**workplace**
23:4 28:1
**works**
24:25 80:24
**world**
9:12 13:16 23:18,25 27:5 39:14 102:20 112:22 119:25
**worldwide**
59:17
**worry**
22:10
**worse**
51:5 70:4 86:21 87:1 90:14
**worst**
129:20,22
**worth**
120:1
**would've**
90:18 126:22
**Wounded**
17:9
**write**
50:6
**writer**
50:11
**writing**
61:12 66:25 70:2
**written**
27:25 31:13 33:14 58:6
**wrong**
53:12 54:2,5 130:2 133:22 134:3
**wrote**
50:10 116:12 117:11
**WTF**
109:13 110:11
**WWJ**
133:7,10
**WXYZ**
28:15

**X**

**Xbox**
15:17

**Y**

**Yankees**
42:1
**yeah**
12:8 13:17 17:1 19:23 20:22 22:21 23:2 25:16 26:22 29:13, 15 31:6 34:1 43:16 47:8 48:25 50:4, 17 52:3 54:8 59:12 65:19, 23 69:18 70:16 71:21 78:6,20 79:10,12 83:19 84:2, 5,8,18 85:1, 10,12 86:4,6 87:22 88:12, 14,17 91:2, 21 92:18,22 93:21,23 94:11,12,19 95:1,6 97:17 98:3 99:9, 16,18 100:14,20 102:5 106:15 107:12,13 113:12 115:6,21 116:3 117:9 118:17 119:7,20 120:1,11 121:5,12 126:1 127:12,14,24 128:6 129:15 132:13,17,18 133:4 134:21,25 135:10,12 136:5 137:24 138:24 139:6
**year**
42:4 49:25 103:4 118:14
**Year's**
100:3
**years**
6:6 9:22 15:13 21:4 22:16 28:21 29:8 30:24 33:20 36:18 56:14 58:16 74:3 89:5 92:22 98:10 113:10 137:6
**yesterday**
39:23 67:20, 21 130:18
**York**
15:10
**young**
15:18 44:8 90:15,21
**younger**
16:12
**younger-skewed**
44:5
**Youtube**
112:25 113:1,7

**Z**

**zones**
119:25
**Zoom**
33:4