# EXHIBIT 3

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BISHOP GEORGE BLOOMER,
Individually, and GG BLOOMER
MINISTRIES, Foreign Non-Profit
Corporation,
Plaintiffs,

vs. Case No. 2:22-cv-12433-NGE-DRG
Hon. Nancy G. Edmunds
Magistrate Judge David R. Grand

THE WORD NETWORK OPERATING
COMPANY, INC., a Foreign Profit
Corporation, CHURCH OF THE WORD
d/b/a THE WORD NETWORK CHURCH, a
Domestic Non-Profit Corporation,
and KEVIN ADELL, Individually,
Defendants.
_______________________________/

FORTZ Legal

Fortz Legal Support
www.FortzLegal.com
844.730.4066
FORTZ Legal

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BISHOP GEORGE BLOOMER,
Individually, and GG BLOOMER
MINISTRIES, Foreign Non-Profit
Corporation,
Plaintiffs,

vs. Case No. 2:22-cv-12433-NGE-DRG
Hon. Nancy G. Edmunds
Magistrate Judge David R. Grand

THE WORD NETWORK OPERATING
COMPANY, INC., a Foreign Profit
Corporation, CHURCH OF THE WORD
d/b/a THE WORD NETWORK CHURCH, a
Domestic Non-Profit Corporation,
and KEVIN ADELL, Individually,
Defendants.
________________________________/

Page 2

The Deposition of the Corporate Designee of The Word Network Church, RALPH LAMETI, was held on Thursday, September 26, 2024, commencing at 1:00 p.m. via Zoom Web Conference, before Christine A. Gonzalez, CSR, RPR, a Notary Public.

Stenographically Reported By:
Christine A. Gonzalez, CSR, RPR

Page 3

APPEARANCES:
(All Appearances Via Web Conference.)

ON BEHALF OF THE PLAINTIFFS:
J. COREY ASAY, ESQUIRE
HKM Employment Attorneys, LLP
312 Walnut Street, Suite 1600
Cincinnati, Ohio 45202
513.822.4024
casay@hkm.com

ON BEHALF OF THE DEFENDANTS:
AMANDA MCSWEEN EMPEY, ESQUIRE
JOHN T. BELOW, ESQUIRE
Bodman PLC
201 W. Big Beaver Road, Suite 500
Troy, Michigan 48084
248.743.6000
aempey@bodmanlaw.com
jbelow@bodmanlaw.com

Page 4

INDEX
Deposition of RALPH LAMETI
September 26, 2024


| Examination By: | | Page |
|---|---|---|
| MR. ASAY | | 5 |

| Exhibit No. | | Marked |
|---|---|---|
| Exhibit(s) Attached | | |
| Exhibit 1 | Notice of Deposition of the Corporate Designee of The Word Network Church | 7 |


Page 5

* * * * * * *
PROCEEDINGS
Whereupon,
RALPH LAMETI,
called as a witness, having been first duly sworn to tell the truth, the whole truth, and nothing but the truth, was examined and testified as follows:
\- - -
E X A M I N A T I O N
\- - -
BY MR. ASAY:
Q Good afternoon, Mr. Lameti. I know we've met before previously.
**A Yes.**
Q Good to see you again.
**A Nice to see you.**
Q As you might remember, my name is Corey Asay, and I represent the plaintiffs in this case.
**A Yes.**
Q Could you just state your name for the record, please?
**A It's Ralph G. Lameti, L-A-M-E-T-I.**
Q And if I remember correctly from your previous deposition, you're the chief financial officer for The Word Network; is that right?

Page 6

**A Yes.**
Q And you are employed by The Word Network; is that correct?
**A Yes.**
Q And just a few preliminary things, Mr. Lameti. Are you on any medication today that would prevent you from testifying truthfully?
**A No.**
Q And have you consumed any drugs or alcohol today?
**A No.**
Q And you understand that you're under oath today?
**A Yes.**
Q And you understand that means that you will tell the truth?
**A Yes.**
Q And will you do that for me today?
**A Yes.**
Q Thank you.
You understand, right, that in today's deposition you're here on behalf of The Word Network Church? You're the corporate representative?
**A Yes.**

Page 7

Q I'm going to share my screen with you and you all let me know if you can see that okay.
**A Yes, I see it.**
MR. ASAY: Okay. We'll mark this as Exhibit 1.
(Lameti WNC Exhibit 1 was marked for purposes of identification.)
BY MR. ASAY:
Q And this is titled the Plaintiff's Notice of Deposition of The Word Network Church.
Have you seen this document before?
**A Yes.**
Q Okay. And I'll just kind of scroll down a little bit. It's got seven topics of inquiry in this notice, and you said you did see this notice before?
**A Yes, sir.**
Q All right. And you understand that you've been designated today to testify on behalf of The Word Network Church as it relates to these topics?
**A Yes.**
Q And can you tell me what you did to prepare for today's deposition?
**A I just reviewed the seven items.**

Page 8

Q The seven items from the deposition notice?
**A Yes.**
Q And did you review any other documents to gather all the knowledge known or reasonably available to Word Network Church?
**A No, sir.**
Q And did you talk to anybody in preparation for today's deposition?
**A No, sir.**
Q Are you aware that the answers you give today will be binding on the company?
**A Yes.**
Q And do you agree to testify on behalf of the company on these topics today?
**A Correct.**
Q And are you fully prepared to provide all the information known or reasonably available to the company with respect to the topics of inquiry in Exhibit 1?
**A To the best of my knowledge.**
MR. BELOW: I'll object in that the witness will provide nothing more, nothing more, than the court rules require, and so your questioning on this is irrelevant and

Page 9

inappropriate.
BY MR. ASAY:
Q Okay. But, Mr. Lameti, you're prepared to provide all the information known or reasonably available to the company with respect to these topics?
MR. BELOW: Same objection. Same objection.
**A To the best of my knowledge.**
BY MR. ASAY:
Q And are you fully prepared to provide the position of the company with respect to those matters of examination in Exhibit 1?
MR. BELOW: Objection. That's an inappropriate question.
BY MR. ASAY:
Q Mr. Lameti, you can go ahead and answer.
**A I have no idea what --**
MR. BELOW: Yeah, it's a legal issue. You don't have to answer that.
BY MR. ASAY:
Q Let me just -- sorry. I'll ask --
MR. BELOW: You know what, since your client didn't even read the notice, I don't

Page 10

see why we're going into this.
BY MR. ASAY:
Q I'll just restate the question, Mr. Lameti.
MR. BELOW: And I'm going to ask him to not answer.
BY MR. ASAY:
Q Are you fully prepared, Mr. Lameti, to provide the position of the company as it relates to these topics of inquiry in Exhibit 1?
MR. BELOW: Same objection.
**A Refer to my counsel.**
BY MR. ASAY:
Q I'm sorry?
**A Refer to my company.**
Q Well, I'm asking you because you're the corporate representative, so I just -- I want to make sure that you're prepared today to answer these questions and that --
MR. BELOW: He's no more prepared than your witness was.
BY MR. ASAY:
Q Mr. Lameti?
**A I'm prepared to answer the questions that are in those seven questions. Any other**

Page 11

**question, I don't -- I have really no idea what the company's position is.**
MR. BELOW: It's not a company position deposition.
BY MR. ASAY:
Q Well, you're the corporate representative here today, right?
**A Correct.**
MR. BELOW: Just on these discrete topics within the limitations of 30(b)(6). Nothing from your statements will change or broaden the requirements of either Judge Grand's rules or the 30(b)(6) requirements and the cases in progeny.
MR. ASAY: All right, John. I understand your objections. Thank you.
MR. BELOW: Yeah. So let's move on.
(There was a brief recess taken from 1:06 p.m. until 1:08 p.m.)
BY MR. ASAY:
Q Mr. Lameti, so I will -- again, I think we did this before, but sometimes I may refer to The Word Network Church as WNC, just so you know what I'm talking about and --
**A Okay.**

Page 12

Q -- use that as shorthand.
**A Okay.**
Q WNC is registered with the State of Michigan as a domestic nonprofit organization; is that right?
**A Ecclesiastical, yes.**
Q And what does that mean?
**A Church. It's incorporated as a church.**
Q And as I understand it, WNC doesn't have a primary pastor or hold services every Sunday like a typical church; is that fair?
**A Yes.**
Q What are the sort of activities of WNC on a daily basis?
**A Daily basis, we have a call center, people call in to our staff and donate money. Sometimes we have -- sometimes a minister will send us a show that includes, you know, a request for donations and things of that nature.**
Q And do those activities that WNC partakes in, for instance, the call center and the donations, do those benefit The Word Network in any way?
**A No.**
Q Does WNC perform, for instance, the

Page 13

call center services for any competitor of The Word Network?
**A No.**
Q WNC does not support any of The Word Network's competitors, right?
**A Correct.**
Q Could you describe the services that WNC would provide to The Word Network?
**A They're not providing services to Word Network.**
Q And primarily, who is The Word Network providing services to?
**A The ministers that buy time on The Word Network.**
Q Okay. As I understand it, The Word Network is primarily in the business of selling slots of time for ministers who want to have their show on air; is that right?
**A Correct.**
Q And so The Word Network Church supports those ministers who purchase time for The Word Network; is that fair?
**A Not The Word Network Church, no.**
Q Not The Word Network Church.
**A Right.**

Page 14

Q The Word Network Church does not support those ministers who purchase time?
**A Correct. Correct.**
Q And so which ministers does it support then?
**A It doesn't support any ministers. Sometimes a minister produces a show, such as Steve Munsey, he produces his own show. There's no remuneration. There's no payment. And The Word would air the show with our phone number and people call in and donate to the church, The Word Network Church.**
Q Okay. So a pastor may produce his own show that is then aired on The Word Network, right, 'cause he's purchased that time?
**A No. He does not purchase the time. There's no remuneration.**
Q Oh, okay. So the --
**A It's only done for the church. It's only done for the church.**
Q I see, okay. So in those instances -- well, how many pastors produce shows that are for the benefit of The Word Network Church?
**A One or two. Two at the most.**
Q And then those shows are aired, I

Page 15

guess, where? The shows that are produced for the benefit of Word Network Church.
**A They're aired on The Word Network at various times. They're available during the week.**
Q And then if people call in and provide donations, you said there's a call center?
**A Correct. Correct.**
Q And the call center employees, are those employees of The Word Network?
**A No.**
Q Who are they employees of?
**A Word Network Church.**
Q And how many call center employees are there?
**A About three. Three, four. Four total.**
Q And you said they are W-2 employees of Word Network Church?
**A No. They are independent contractors.**
Q WNC has officers and directors, right?
**A Yes.**
Q And you are the treasurer for WNC, correct?
**A Treasurer/CFO, yes.**
Q And Mr. Kevin Adell, he is the president of WNC, right?

Page 16

**A President and CEO.**
Q And you're also listed as the registered agent for WNC; is that right?
**A Correct.**
Q And you and Mr. Adell are also directors of WNC, right?
**A Yes.**
Q I see that there's someone named Sharad Patel also listed as a director?
**A He was the director originally.**
Q Okay. He's no longer a director?
**A No.**
Q Are there any other individuals who are directors for WNC besides you and Mr. Adell?
**A No.**
Q Do you remember when Mr. Patel stopped being a director for WNC?
**A Could've been in 2020.**
Q Was Mr. Patel, to your knowledge, ever a director for The Word Network?
**A No.**
Q As I understand it, The Word Network is the sole owner of Word Network Church, right?
**A There are no owners of the church.**
Q Is there anyone or any entity, I guess,

Page 17

that has any kind of interest in Word Network Church, whether it's, you know, equity or, you know, any other kind of interest in the church?
**A No.**
Q The location of the offices for WNC is 20733 West 10 Mile Road in Southfield, Michigan; is that right?
**A Correct.**
Q And is that also the location for The Word Network?
**A Correct.**
Q And so in your duties as treasurer or CFO for The Word Network Church, I recall you telling me that includes paying bills for WNC, right?
**A Correct. Yes.**
Q And can you give me some examples of the types of bills that you would pay for WNC?
**A The only bills that I really pay would be telephone bills, AT&T and also the payment for the subcontractors, call center people and any bills for any products that are purchased.**
Q Anything else that you can think of? Any other bills that you pay?
**A I think that would be about it that I**

Page 18

**can recall right now. There's not that many.**
Q You said the AT&T bill, the phone bill, right?
**A Correct.**
Q Is that for the running of the call center?
**A Yes.**
Q Are there other people who, I guess, call Word Network Church, aside from people who are calling up the call center?
**A The only people I would say is the call center people. I mean, the people making donations is probably 95 percent of the calls that come in.**
Q Are there other phones associated with Word Network Church, you know, other than the call center phones?
**A Just the call center phones, they're all in one area.**
Q Okay. For instance, do you have any -- do you have a Word Network Church phone number, you know, as the treasurer and CFO? You know, do you have a --
**A No.**
Q -- separate phone number that people would call?

Page 19

**A No, just to the call center for donations.**
Q I guess if somebody were to call you at work, they would call your Word Network desk line; is that correct?
**A Correct. They call The Word Network. I don't have a separate line that comes to my office directly.**
Q You also said that you would make payments for the contractors, which I think you said were the call center folks who worked there?
**A Yes.**
Q Are there any other contractors that you would pay for services provided to The Word Network Church?
**A No.**
Q Are there any, I guess, standalone W-2 employees that work for Word Network Church?
**A No.**
Q Just the contractors?
**A Yes.**
Q You also mentioned that you would write, I guess, pay bills for products purchased for WNC. What kinds of products would WNC purchase?

Page 20

**A Predominately prayer shawls and some jewelry, trinkets.**
Q And who is WNC purchasing those from?
**A Outside vendors.**
Q And what's the purpose of purchasing those prayer shawls and trinkets, as you call them?
**A People call in for donations. Depending on the amount of the donations, we give them a prayer shawl, you know, some jewelry, trinkets or whatever else is part of the sales. It accompanies the donations.**
Q And when those products come in, are they stored there at the location in Southfield?
**A Yes.**
Q Is there a separate storage facility for those types of things at the Southfield location?
**A It's a small area. We really, you know, don't store materials. It's basically for the upcoming sales. So they come in and then they're stored in a small room, fulfillment room, and then they're packaged and mailed out to the person that donated, made donations.**
Q As the treasurer or CFO for WNC, in addition to paying the bills, do you review any

Page 21

kind of other, like, financial documents for WNC, like a profit and loss statement or something like that?
**A It's not really -- I don't really look at it because it's not -- it's not a profit center. It's just to collect donations, and hopefully, it's enough donations to make the payments to the independent contractors.**
Q Okay. So aside from -- you know, maybe a profit and loss statement wasn't the best example, but are there other financial documents that you would review for WNC?
**A I would look at the bank balance, our bank balance that we show.**
Q Anything else? Any kind of other financial statement that you would review on behalf of WNC?
**A No.**
Q Taxes, is that something that you would review on behalf of WNC?
**A There's no taxes on WNC. It's a tax-exempt entity.**
Q Do you have to make any filing with state or federal taxing authorities?
**A Not as a church.**

Page 22

Q Not even to show, hey, we are a church and we're tax exempt?
**A No. The only form I file every year is a Michigan annual report saying that the church is still active.**
Q And who does that get filed with?
**A State of Michigan.**
Q All right. In terms of sort of operations of WNC, we talked about the contractors who man the call center. I think you told me previously that there were a couple of accounting department employees that sometimes assist with financial matters related to WNC; is that right?
**A Yes. Our company would -- the checks are written by employees of The Word Network.**
Q Okay. So the checks for the independent contractors, for instance?
**A Or anything that's purchased for the church would be written up by the accounting people there and then I would sign the checks. I sign all the checks.**
Q Okay. And I think you told me previously that Christine Crump and Kim Torres are bookkeepers who sometimes assist in these financial matters for Word Network Church?

Page 23

**A Writing checks, correct, or making deposits of the -- if there's any cash donations that are made or check donations.**
Q And Ms. Crump and Ms. Torres, they are Word Network employees?
**A Kim Torres is an employee The Word Network. Christine is a subcontractor.**
Q Of The Word Network?
**A Correct.**
Q And I guess when those two get paid, they get paid by The Word Network, right?
**A Correct. Christine works for an accounting firm. We pay the accounting firm and they pay her.**
Q Okay. What's the name of the accounting firm?
**A UHY.**
Q So does UHY do any work for WNC, I mean, aside from what Christine does?
**A No.**
Q I think I know the answer to this, but I'll ask you anyway, I guess. Does WNC have any of its own kind of business departments like accounting or human resources or accounts receivable or anything like that?

Page 24

**A No separate departments, just everybody does all the jobs.**
Q It sounds like the accounting piece is handled by you and Ms. Torres and Ms. Crump?
**A Right.**
Q Right?
**A Yeah. Kim Torres also does collections for receivables, does the billing for the receivables. There's no separate department. It's not that kind of an operation where you have to have separate departments.**
Q Gotcha. For the independent contractors that work in the call center, who hires those people?
**A Arcenia Finley does. She's one of the call center people. She's the manager.**
Q Okay. And does Pastor Finley, does she work for The Word Network?
**A No.**
Q And does she -- she works exclusively for Word Network Church?
**A Correct.**
Q Is she paid a salary or anything by WNC?
**A No. She's paid the same way as the**

Page 25

**call center people based on an hourly, you know, time card, independent contractor.**
Q Okay. Would you classify her as an independent contractor of WNC?
**A Yes.**
Q Is there anybody else that you can think of that works for WNC as an independent contractor besides Ms. Finley and the call center people?
**A That's it.**
Q In terms of oversight of, I guess, the management of WNC, is that Mr. Adell's responsibility?
**A Yes.**
Q He would ultimately have authority to hire and fire people for WNC; is that right?
**A He doesn't -- he's not involved in anything to do with the call center people or anything like that.**
**His involvement would be strictly the determination of how much funds came in every day and what particular -- overlooking or determining if the show that the particular minister that wanted to do a show, he would coordinate with that. That would be his two functions with the church.**

Page 26

Q Okay. And then for oversight of the call center people or Ms. Finley, would that fall in kind of your purview?
**A Well, Ms. Finley handles all the call center people. Kevin gets the information. Mr. Adell gets the information about the funds donated from Mrs. Finley, so he would be contacting Mrs. Finley to determine how much of the donations came in.**
Q Is it fair to say that Ms. Finley reports to Kevin for whatever she does for Word Network Church?
**A Correct.**
Q Is there anybody else that she would report to?
**A No.**
Q And the call center people report to Ms. Finley, right?
**A Correct.**
Q So it sounds like Mr. Adell would oversee essentially the revenues coming in for Word Network Church?
**A Donations, yes.**
Q Donations. And then, I suppose, if The Word Network Church takes any kind of -- any sorts

Page 27

of actions, do those come from Mr. Adell?
**A The only actions that the church would be involved in would be, you know, Mr. Adell would tell them at this time so-and-so minister is going to be doing a show with our phone number to make donations. So he may say, okay, at 7:00, 8:00, whatever the time is.**
Q Okay. But that's coming from Mr. Adell, that kind of --
**A Correct.**
Q -- direction?
**A Correct. Right. There's no other action that's done by the church.**
Q Do you have any involvement in directing the work of any of the independent contractors or any of the people who are doing work on behalf of WNC?
**A No.**
Q Well, I guess besides the accounting people, I mean.
**A Besides paying -- signing their checks, I have no other contact with the church.**
Q I think you told me previously that The Word Network Church has a separate bank account from The Word Network; is that right?

Page 28

**A Correct.**
Q And where are the bank accounts held?
**A One bank account, Comerica Bank.**
Q Okay. So they're both at Comerica?
**A Just one bank account.**
Q For?
**A For the church.**
Q For the church. Okay.
And does The Word Network, does it also have a bank account at Comerica?
**A Yes.**
Q Are you -- as the CFO for The Word Network, are you also the person who's paying bills on behalf of The Word Network?
**A Yes.**
Q And you've got check-writing authority from the Comerica bank accounts for both WNC and TWN; is that right?
**A Yes.**
Q I mean, would you say that you have financial oversight for The Word Network Church?
**A Just in terms of what the bank balance is. We don't go beyond the balance of the bank account.**
Q And I guess same question as it relates

Page 29

to The Word Network. Do you have financial oversight for The Word Network?
**A I would have more financial oversight over The Word Network. Yes.**
Q As it relates to WNC then, who has, I mean, ultimate financial oversight for Word Network Church?
**A That would be both Kevin and myself, would be the -- Kevin Adell would be involved in, like I said, the amount of moneys coming in, donations, and I would be looking at the bank balance. There's no other -- there's no other activity in the church that would need oversight.**
Q And aside from you two, no one else is doing that financial oversight for The Word Network Church?
**A Right.**
Q Right?
**A Correct.**
Q Is there -- is there any money that The Word Network provides to Word Network Church for, you know, operations or anything like that?
**A There's no monetary amount that's given to the church at all. No.**
Q Are there any things that either The

Page 30

Word Network Church would invoice The Word Network for or, vice versa, that The Word Network would invoice The Word Network Church for?
**A No.**
Q Do The Word Network and Word Network Church, do they use the same internet provider?
**A I'm not sure of that. You'd have to talk to the IT supervisor, company.**
Q So the IT supervisor at The Word Network, would that IT supervisor provide IT services to The Word -- sorry -- to Word Network Church?
**A Yes.**
Q And do you know if The Word Network and Word Network Church, if they're on the same internet plan?
**A I have no idea.**
Q Is that a similar question for the IT supervisor?
**A Correct.**
MR. BELOW: I would just object that that's completely irrelevant.
BY MR. ASAY:
Q Do you -- who pays for, I guess, the internet at the location in Southfield? Is that

Page 31

something that would run through your office?
**A I would say so. It's probably, you know, with the AT&T bills. I really don't have a -- I give all the AT&T bills to the IT supervisor to approve and to go through. So I have really no oversight over the internet bills.**
Q As far as, you know, the phones at The Word Network, that AT&T bill, again, Word Network and Word Network Church, is that all on one plan or are those on separate plans?
**A Separate bills. Separate bills.**
MR. BELOW: He said separate.
**THE WITNESS: Separate bills. Sorry.**
BY MR. ASAY:
Q So separate bills for the phones, but you're not sure on the internet?
**A Correct.**
Q Do you know if The Word Network and Word Network Church, do they share an email server?
**A I think that's separate, but I'm not positive.**
Q Okay. So you're not entirely sure on that one?
**A Right.**
Q Who is the person who would know that,

Page 32

do you think?
**A IT supervisor.**
MR BELOW: I'll just place a continuing objection to that as being disproportionate and irrelevant.
BY MR. ASAY:
Q Both The Word Network and Word Network Church, they both share a website, right, TheWordNetwork.org?
**A Yes.**
Q Are there any, to your knowledge, any shared policies between The Word Network and Word Network Church, handbooks or just, you know, personnel policies or standard operating procedures, anything like that, that are shared?
**A No.**
Q Sorry. No, you don't know or --
**A No. No, there aren't any.**
Q Do you know if The Word Network Church even has policies of that nature like a handbook or anything like that?
**A Not that I've ever seen, no.**
Q Does Word Network Church, do they -- does it utilize any kind of broadcasting equipment?
**A No.**

Page 33

Q Or any recording equipment?
**A No.**
Q Does WNC maintain any kind of business license?
**A Other than the annual -- Michigan annual report, no.**
Q When people are paid for doing work for Word Network Church, does that run through a payroll company or --
**A It's independent contractors. They're just issued a check from the church for the amount of hours that are worked each -- every two weeks they are paid, semi-monthly.**
Q All right. So the checks that they get would be a check that says "Word Network Church" on top of it?
**A Absolutely, yes.**
Q And then you said they're paid just on an hourly basis; is that right?
**A Correct.**
Q And how do they keep track of their hours?
**A There's a time clock in the call center area, which they have to press or, you know, activate coming and going.**

Page 34

Q And that time clock, is it an electronic one or is -- I'm sort of thinking like the old school one where you had to put in that card and it would actually stamp it.
Do you know what kind they use?
**A I think it's more electronic. It does -- it does look like a regular time card.**
Q Do you know the -- if it's electronic, do you know what the company is that maintains the electronic, like what the terminal is?
**A There's no company that maintains it. We just bought the time clock and we put it on there. That's all. There's no third party monitoring the time cards or anything like that.**
Q Okay. So does somebody from, I guess, somebody from The Word Network then see the hours?
**A The accounting people that I told you about earlier, they write the check based on the time card.**
Q Okay. So the accounting people, Ms. Torres or Ms. Crump would --
**A Correct.**
Q -- see those hours and calculate what they owed the independent contractors?
**A Correct. Ms. Finley would give her the**

Page 35

**time cards for all people, and then they would make the payments based on the time card hours for each person.**
Q As independent contractors, I take it those call center folks are not covered by workers' compensation?
MR. BELOW: I'll object. This is outside the scope of the notice, and I'm instructing him not to answer.
I know where you're going, and we're not going to try to create another lawsuit here. You can do that on your own back.
MR. ASAY: I'm not interested in that. I'm just trying to find out if these people are covered under a similar workers' compensation plan as TWN employees. That's where I'm going.
MR. BELOW: Yeah, I don't think so. I think that it's outside the scope. And if you want to call Judge Grand, go ahead.
BY MR. ASAY:
Q Mr. Lameti, I'd like an answer for --
MR. BELOW: I'm instructing him not to answer the question because it's outside the scope, and we have limited time.

Page 36

MR. ASAY: I'm still within the time.
BY MR. ASAY:
Q I'm just trying to find out if the people who are working for Word Network Church, if they are covered by any plans that employees of The Word Network are covered under.
Do they receive the same benefits as Word Network employees?
**A No.**
Q Do they have any insurance through Word Network Church or The Word Network?
**A No.**
Q Are there any shared services agreements between Word Network Church and TWN?
**A No.**
Q Does Word Network Church maintain any -- well, is Word Network Church covered by any insurance policies like a general liability or a premises-type policy?
**A No.**
Q Does The Word Network maintain any kind of general premises liability or general liability insurance policy?
**A The Word Network, yes.**
Q And would it cover the facility in

Page 37

Southfield?
**A It covers the facility in Southfield, yes.**
Q And would it cover any of the work that's being done in the facility in Southfield?
**A I don't know how exactly it would work. I mean, they're covered by business interruption insurance, you know, that would be based on The Word's sales.**
Q Would it cover any of the work that the independent contractors are doing at that Southfield facility?
**A No.**
Q It would not? None of the insurance policies would cover what those independent contractors are doing?
**A Correct.**
MR. ASAY: All right. Give me five. We're pretty close to being done.
MR. BELOW: With Word Network Church.
MR. ASAY: With Word Network Church, yes.
MR. BELOW: Even though many of the questions were regarding both.
MR. ASAY: Give me five minutes, so I

Page 38

can review my notes and I'll be right back.
(There was a brief recess taken from 1:50 p.m. to 1:59 p.m.)
BY MR. ASAY:
Q I just have a few follow-ups.
MR. BELOW: Did you want to --
**A I just want to clarify one thing that I said. I just thought about it for a minute. The servers are separate. I said I thought they were, but they are separate.**
BY MR. ASAY:
Q You're talking about the emails?
**A No, the servers. I don't know about emails. But servers, there's separate servers because we -- the database for all the people that donate is very confidential, kind of a, you know, proprietary item that -- you know, there's no separate, there's no combining of them or anything like that. It's all separate. It's a separate database. So I know there's a separate server.**
Q And how do you know that? How are you aware of that?
**A Because I know we have -- I just thought about it while we were on break. And what it is, is all the people that donate, all that**

Page 39

**information is recorded in the server, and we have a database for it.**
**So whenever we, you know, want to get any donations, the church wants any donations, they send out an email or a text or whatever. That's not done on The Word's. That's why I know it's a separate server.**
Q During our break, did you talk to anybody about that particular --
**A No.**
Q -- topic?
**A No. I was just thinking about it. I said I thought it was separate, but now I know it's separate, just from that fact there's that very proprietary database of people that donated, the donors.**
**Number one, we want it confidential, but number two, we don't want somebody to get their hands on it that's not a church person that could possibly sell it or anything of that nature and sell it to another advertiser.**
**And then the donors would be very upset to know that their information is -- you know, unlike a lot of other companies, a lot of other charities, we don't -- there's no selling of**

Page 40

**donors' names or anything of that nature. I know it's separate.**
Q But still, I guess, the best person or the person who would be most intimately knowledgeable about that particular issue, do you think that would be the IT supervisor?
**A Correct. Correct.**
Q Have you ever had any discussions with the IT supervisor about the servers or where they're stored or if they're separate from The Word Network?
**A No, I've never had the conversation.**
Q Have you ever reviewed any documents about the servers that The Word Network uses versus Word Network Church?
**A No.**
Q Okay. Are there any other Word Network employees who perform work for The Word Network Church besides the ones we've talked about today?
**A No.**
Q If The Word Network Church had an IT issue, would the IT supervisor for The Word Network, would that be the person who would assist with that IT issue?
**A Yes.**

Page 41

MR. BELOW: I'll object to any line of questions to the IT person as being disproportionate and irrelevant to this case.
BY MR. ASAY:
Q Do you or Kevin draw any, I'll call it, a salary, but do you get any compensation from Word Network Church for your work as the treasurer and director?
**A No.**
Q And what about Kevin; does he draw any kind of compensation from Word Network Church for his oversight of it?
**A No.**
Q Are there any other people, besides you and Kevin, who are managing the affairs of Word Network Church?
**A Other than Ms. Finley, no.**
MR. ASAY: All right. I think that's all I've got.
MR. BELOW: Okay. You want to change gears?
MR. ASAY: We can go off for just a minute, Christine.
STENOGRAPHIC REPORTER: Can I have everyone state your order on the record if

Page 42

you're ordering the transcript, please?
MR. ASAY: Yeah, I'll take an Etran, please.
STENOGRAPHIC REPORTER: Thank you.
MS. EMPEY: We'll take the same, the Etrans.
(Deposition concluded at 2:05 p.m.)

Page 43

State of Michigan
Washtenaw County to wit:

I, Christine A. Gonzalez, CSR, RPR, a Notary Public of the State of Michigan, Washtenaw County, do hereby certify that prior to the commencement of the examination, the within-named witness appeared via remote videoconference and was duly remotely sworn by me to testify to the truth, the whole and nothing but the truth.

I further certify that the examination was recorded stenographically by me, and this transcript is a record of the proceedings to the best of my ability.

I further certify that I am not of counsel to any of the parties, nor in any way interested in the outcome of this action.

As witness my hand and notarial seal this 3rd of October, 2024.

Christine Gonzalez

Christine A. Gonzalez, RPR, CSR 6484
Notary Public - Washtenaw County

My Commission Expires: June 17, 2028

**Exhibits**

**Exhibit 1** 4:11 7:5,6 8:20 9:13 10:10

**1**

**1** 7:5,6 8:20 9:13 10:10

**10** 17:6

**1:06 p.m** 11:19

**1:08 p.m** 11:19

**1:50 p.m** 38:3

**1:59 p.m** 38:3

**2**

**2020** 16:18

**20733** 17:6

**2:05** 42:7

**3**

**30(b)(6)** 11:10,13

**7**

**7:00** 27:6

**8**

**8:00** 27:6

**9**

**95** 18:13

**A**

**about** 11:24 15:15 17:25 22:9 26:6 34:18 38:8,12,13,24 39:9,12 40:5,9,14,19 41:10

**Absolutely** 33:17

**accompanies** 20:11

**account** 27:24 28:3,5,10,24

**accounting** 22:11,19 23:13,16,24 24:3 27:19 34:17,20

**accounts** 23:24 28:2,17

**action** 27:13

**actions** 27:1,2

**activate** 33:25

**active** 22:5

**activities** 12:13,20

**activity** 29:13

**actually** 34:4

**addition** 20:25

**Adell** 15:24 16:5,14 26:6,20 27:1,3,9 29:9

**Adell's** 25:12

**advertiser** 39:21

**affairs** 41:15

**afternoon** 5:12

**again** 5:15 11:21 31:8

**agent** 16:3

**agree** 8:14

**agreements** 36:14

**ahead** 9:17 35:20

**air** 13:18 14:10

**aired** 14:14,25 15:3

**alcohol** 6:10

**also** 16:2,5,9 17:9,20 19:9,22 24:7 28:9,13

**amount** 20:8 29:10,23 33:11

**annual** 22:4 33:5,6

**another** 35:11 39:21

**answer** 9:18,21 10:6,18,24 23:21 35:9,22,24

**answers** 8:11

**any** 6:6,9 8:4 10:25 12:22 13:1,4 14:6 16:13,25 17:1,3,21,22,24 18:19 19:13,17 20:25 21:15,23 23:2,18,22 26:25 27:14,15,16 29:20,25 32:11,18,24 33:1,3 36:5,10,13,17,21 37:4,10 39:4 40:8,13,17 41:1,5,6,10,14

**anybody** 8:8 25:6 26:14 39:9

**anyone** 16:25

**anything** 17:23 21:15 22:18 23:25 24:23 25:18,19 29:22 32:15,21 34:14 38:18 39:20 40:1

**anyway** 23:22

**approve** 31:5

**Arcenia** 24:15

**area** 18:18 20:18 33:24

**aren't** 32:18

**Asay** 5:11,18 7:4,8 9:2,10,16,22 10:2,7,13,22 11:5,15,20 30:23 31:14 32:6 35:13,21 36:1,2 37:18,21,25 38:4,11 41:4,18,22 42:2

**aside** 18:9 21:9 23:19 29:14

**ask** 9:23 10:5 23:22

**asking** 10:16

**assist** 22:12,24 40:23

**associated** 18:14

**AT&T** 17:20 18:2 31:3,4,8

**authorities** 21:24

**authority** 25:15 28:16

**available** 8:6,18 9:5 15:4

**aware** 8:11 38:22

**B**

**back** 35:12 38:1

**balance** 21:13,14 28:22,23 29:12

**bank** 21:13,14 27:24 28:2,3,5,10,17,22,23 29:11

**based** 25:1 34:18 35:2 37:8

**basically** 20:19

**basis** 12:14,15 33:19

**because** 10:16 21:5 35:24 38:15,23

**been** 5:5 7:19 16:18

**before** 5:13 7:11,16 11:22

**behalf** 6:22 7:19 8:14 21:16,20 27:17 28:14

**being** 16:17 32:4 37:5,19 41:2

**BELOW** 8:22 9:7,14,20,24 10:5, 11,20 11:3,9,17 30:21 31:12 32:3 35:7,18,23 37:20,23 38:6 41:1,20

**benefit** 12:22 14:23 15:2

**benefits** 36:7

**besides** 16:14 25:8 27:19,21 40:19 41:14

**best** 8:21 9:9 21:10 40:3

**between** 32:12 36:14

**beyond** 28:23

**bill** 18:2 31:8

**billing** 24:8

**bills** 17:14,18,19,20,22,24 19:23 20:25 28:13 31:3,4,6,11,13,15

**binding** 8:12

**bit** 7:14

**bookkeepers** 22:24

**both** 28:4,17 29:8 32:7,8 37:24

**bought** 34:12

**break** 38:24 39:8

**brief** 11:18 38:2

**broadcasting** 32:24

**broaden** 11:12

**business** 13:16 23:23 33:3 37:7

**buy** 13:13

**C**

**calculate** 34:23

**call** 12:15,16,21 13:1 14:11 15:5, 6,8,13 17:21 18:5,9,10,11,15,17, 25 19:1,3,4,6,11 20:6,7 22:10 24:13,16 25:1,8,18 26:2,4,17 33:23 35:5,20 41:5

**called** 5:5

**calling** 18:10

**calls** 18:13

**came** 25:21 26:9

**can** 7:2,23 9:17 17:17,23 18:1 25:6 35:12 38:1 41:22,24

**card** 25:2 34:4,7,19 35:2

**cards** 34:14 35:1

**case** 5:18 41:3

**cases** 11:14

**cash** 23:2

**cause** 14:15

**center** 12:15,21 13:1 15:6,8,13 17:21 18:6,10,12,16,17 19:1,11 21:5 22:10 24:13,16 25:1,8,18 26:2,5,17 33:23 35:5

**CEO** 16:1

**CFO** 17:13 18:21 20:24 28:12

**change** 11:11 41:20

**charities** 39:25

**check** 23:3 33:11,15 34:18

**check-writing** 28:16

**checks** 22:14,16,20,21 23:1 27:21 33:14

**chief** 5:24

**Christine** 22:23 23:7,12,19 41:23

**church** 6:23 7:10,20 8:6 11:23 12:8,11 13:20,23,24 14:1,11,12, 19,20,23 15:2,12,17 16:23,24 17:2,3,13 18:9,15,20 19:15,18 21:25 22:1,4,19,25 24:21 25:25 26:12,22,25 27:2,13,22,24 28:7,8, 21 29:7,13,16,21,24 30:1,3,6,12, 15 31:9,19 32:8,13,19,23 33:8,11, 15 36:4,11,14,16,17 37:20,21 39:4,19 40:15,19,21 41:7,11,16

**clarify** 38:7

**classify** 25:3

**client** 9:25

**clock** 33:23 34:1,12

**close** 37:19

**collect** 21:6

**collections** 24:7

**combining** 38:18

**come** 18:13 20:12,20 27:1

**Comerica** 28:3,4,10,17

**comes** 19:7

**coming** 26:21 27:8 29:10 33:25

**companies** 39:24

**company** 8:12,15,19 9:5,12 10:9,15 11:3 22:14 30:8 33:9 34:9,11

**company's** 11:2

**compensation** 35:6,16 41:6,11

**competitor** 13:1

**competitors** 13:5

**completely** 30:22

**concluded** 42:7

**confidential** 38:16 39:17

**consumed** 6:9

**contact** 27:22

**contacting** 26:7

**continuing** 32:3

**contractor** 25:2,4,8

**contractors** 15:18 19:10,13,20 21:8 22:9,17 24:13 27:16 33:10 34:24 35:4 37:11,16

**conversation** 40:12

**coordinate** 25:24

**Corey** 5:17

**corporate** 6:23 10:17 11:6

**correct** 6:3 8:16 11:8 13:6,19 14:3 15:7,22 16:4 17:8,11,16 18:4 19:5,6 23:1,9,12 24:22 26:13,19 27:10,12 28:1 29:19 30:20 31:17 33:20 34:22,25 37:17 40:7

**correctly** 5:23

**could** 5:20 13:7 39:19

**Could've** 16:18

**counsel** 10:12

**couple** 22:11

**court** 8:24

**cover** 36:25 37:4,10,15

**covered** 35:5,15 36:5,6,17 37:7

**covers** 37:2

**create** 35:11

**Crump** 22:23 23:4 24:4 34:21

**D**

**daily** 12:14,15

**database** 38:15,20 39:2,15

**day** 25:21

**department** 22:12 24:9

**departments** 23:23 24:1,11

**Depending** 20:8

**deposition** 5:24 6:22 7:10,24 8:1,9 11:4 42:7

**deposits** 23:2

**describe** 13:7

**designated** 7:19

**desk** 19:4

**determination** 25:21

**determine** 26:8

**determining** 25:22

**did** 7:15,23 8:4,8 11:22 38:6 39:8

**didn't** 9:25

**directing** 27:15

**direction** 27:11

**directly** 19:8

**director** 16:9,10,11,17,20 41:8

**directors** 15:19 16:6,14

**discrete** 11:9

**discussions** 40:8

**disproportionate** 32:4 41:3

**document** 7:11

**documents** 8:4 21:1,11 40:13

**does** 12:7,25 13:4 14:1,4,16 22:6 23:18,19,22 24:2,7,8,15,17,20 26:11 28:9 32:23,24 33:3,8 34:7,15 36:16,21 41:10

**doesn't** 12:9 14:6 25:17

**doing** 27:5,16 29:15 33:7 37:11,16

**domestic** 12:4

**don't** 9:21,25 11:1 19:7 20:19 21:4 28:23 31:3 32:17 35:18 37:6 38:13 39:18,25

**donate** 12:16 14:11 38:16,25

**donated** 20:23 26:7 39:15

**donations** 12:19,22 15:6 18:12 19:2 20:7,8,11,23 21:6,7 23:2,3 26:8,23,24 27:6 29:11 39:4

**done** 14:19,20 27:13 37:5,19 39:6

**donors** 39:16,22

**donors'** 40:1

**down** 7:14

**draw** 41:5,10

**drugs** 6:9

**duly** 5:5

**during** 15:4 39:8

**duties** 17:12

**E**

**each** 33:12 35:2

**earlier** 34:18

**Ecclesiastical** 12:6

**either** 11:12 29:25

**electronic** 34:2,6,8,10

**else** 17:23 20:10 21:15 25:6 26:14 29:14

**email** 31:19 39:5

**emails** 38:12,14

**EMPEY** 42:5

**employed** 6:2

**employee** 23:6

**employees** 15:8,9,11,13,16 19:18 22:12,15 23:5 35:16 36:5,8 40:18

**enough** 21:7

**entirely** 31:22

**entity** 16:25 21:22

**equipment** 32:24 33:1

**equity** 17:2

**essentially** 26:21

**Etran** 42:2

**Etrans** 42:6

**even** 9:25 22:1 32:20 37:23

**ever** 16:19 32:22 40:8,13

**every** 12:10 22:3 25:21 33:12

**everybody** 24:1

**everyone** 41:25

**exactly** 37:6

**examination** 9:13

**examined** 5:7

**example** 21:11

**examples** 17:17

**exclusively** 24:20

**exempt** 22:2

**Exhibit** 7:5,6 8:20 9:13 10:10

**F**

**facility** 20:15 36:25 37:2,5,12

**fact** 39:14

**fair** 12:11 13:22 26:10

**fall** 26:2

**far** 31:7

**federal** 21:24

**few** 6:5 38:5

**file** 22:3

**filed** 22:6

**filing** 21:23

**financial** 5:24 21:1,11,16 22:13, 24 28:21 29:1,3,6,15

**find** 35:14 36:3

**Finley** 24:15,17 25:8 26:2,4,7,8, 10,18 34:25 41:17

**fire** 25:16

**firm** 23:13,16

**first** 5:5

**five** 37:18,25

**folks** 19:11 35:5

**follow-ups** 38:5

**follows** 5:7

**form** 22:3

**four** 15:15

**from** 5:23 6:7 8:1 11:11,18 18:9 20:3 21:9 23:19 26:7 27:1,8,25 28:17 29:14 33:11 34:15,16 38:2 39:14 40:10 41:6,11

**fulfillment** 20:21

**fully** 8:17 9:11 10:8

**functions** 25:25

**funds** 25:21 26:6

**G**

**gather** 8:5

**gears** 41:21

**general** 36:18,22

**gets** 26:5,6

**give** 8:11 17:17 20:8 31:4 34:25 37:18,25

**given** 29:23

**go** 9:17 28:23 31:5 35:20 41:22

**going** 7:1 10:1,5 27:4 33:25 35:10,11,17

**Good** 5:12,15

**got** 7:14 28:16 41:19

**Gotcha** 24:12

**Grand** 35:20

**Grand's** 11:13

**guess** 15:1 16:25 18:8 19:3,17, 23 23:10,22 25:11 27:19 28:25 30:24 34:15 40:3

**H**

**had** 34:3 40:8,12,21

**handbook** 32:20

**handbooks** 32:13

**handled** 24:4

**handles** 26:4

**hands** 39:19

**has** 15:19 17:1 27:24 29:5 32:20

**have** 6:9 7:11 9:19,21 11:1 12:10, 15,17 13:17 18:19,20,22 19:7 21:23 23:22 24:10,11 25:15 27:14,22 28:10,20 29:1,3 30:7,17 31:3,5 33:24 35:25 36:10 38:5,23 39:1 40:8,13 41:24

**having** 5:5

**he's** 10:20 14:15 16:11 25:17

**held** 28:2

**here** 6:22 11:7 35:12

**hey** 22:1

**hire** 25:16

**hires** 24:13

**hold** 12:10

**hopefully** 21:6

**hourly** 25:1 33:19

**hours** 33:12,22 34:16,23 35:2

**how** 14:22 15:13 25:21 26:8 33:21 37:6 38:21

**human** 23:24

**I**

**I'D** 35:22

**I'LL** 7:13 8:22 9:23 10:3 23:22 32:3 35:7 38:1 41:1,5 42:2

**I'M** 7:1 10:5,14,16,24 11:24 30:7 31:20 34:2 35:8,13,14,17,23 36:1, 3

**I'VE** 32:22 40:12 41:19

**idea** 9:19 11:1 30:17

**identification** 7:7

**inappropriate** 9:1,15

**includes** 12:18 17:14

**incorporated** 12:8

**independent** 15:18 21:8 22:17 24:12 25:2,4,7 27:15 33:10 34:24 35:4 37:11,15

**individuals** 16:13

**information** 8:18 9:4 26:5,6 39:1,23

**inquiry** 7:15 8:20 10:10

**instance** 12:21,25 18:19 22:17

**instances** 14:21

**instructing** 35:9,23

**insurance** 36:10,18,23 37:8,14

**interest** 17:1,3

**interested** 35:13

**internet** 30:6,16,25 31:6,16

**interruption** 37:7

**intimately** 40:4

**invoice** 30:1,3

**involved** 25:17 27:3 29:9

**involvement** 25:20 27:14

**irrelevant** 8:25 30:22 32:5 41:3

**issue** 9:20 40:5,22,24

**issued** 33:11

**it's** 5:22 7:14 9:20 11:3 12:8 14:19 17:2 20:18,19 21:4,5,6,21

24:9 31:2 33:10 34:6,8 35:19,24 38:19 39:6,13 40:2

**item** 38:17

**items** 7:25 8:1

J

**jewelry** 20:2,9

**jobs** 24:2

**John** 11:15

**Judge** 11:13 35:20

**just** 5:20 6:5 7:13,25 9:23 10:3,17 11:9,23 18:17 19:1,20 21:6 24:1 28:5,22 30:21 32:3,13 33:11,18 34:12 35:14 36:3 38:5,7,8,23 39:12,14 41:22

K

**keep** 33:21

**Kevin** 15:24 26:5,11 29:8,9 41:5, 10,15

**Kim** 22:23 23:6 24:7

**kind** 7:13 17:1,3 21:1,15 23:23 24:10 26:3,25 27:9 32:24 33:3 34:5 36:21 38:16 41:11

**kinds** 19:24

**know** 5:12 7:2 9:24 11:23 12:18 17:2,3 18:15,21 20:9,19 21:9 23:21 25:1 27:3 29:22 30:14 31:3, 7,18,25 32:13,17,19 33:24 34:5,8, 9 35:10 37:6,8 38:13,16,17,20,21, 23 39:3,6,13,23 40:1

**knowledge** 8:5,21 9:9 16:19 32:11

**knowledgeable** 40:5

**known** 8:5,18 9:4

L

**L-A-M-E-T-I** 5:22

**lameti** 5:4,12,22 6:6 7:6 9:3,17 10:4,8,23 11:21 35:22

**lawsuit** 35:11

**legal** 9:20

**let** 7:2 9:23

**let's** 11:17

**liability** 36:18,22

**license** 33:4

**like** 12:11 21:1,2 23:23,25 24:3 25:19 26:20 29:10,22 32:15,20,21 34:2,7,10,14 35:22 36:18 38:19

**limitations** 11:10

**limited** 35:25

**line** 19:4,7 41:1

**listed** 16:2,9

**little** 7:14

**location** 17:5,9 20:13,17 30:25

**longer** 16:11

**look** 21:4,13 34:7

**looking** 29:11

**loss** 21:2,10

**lot** 39:24

M

**made** 20:23 23:3

**mailed** 20:22

**maintain** 33:3 36:16,21

**maintains** 34:9,11

**make** 10:18 19:9 21:7,23 27:5 35:1

**making** 18:12 23:1

**man** 22:10

**management** 25:12

**manager** 24:16

**managing** 41:15

**many** 14:22 15:13 18:1 37:23

**mark** 7:4

**marked** 7:6

**materials** 20:19

**matters** 9:13 22:13,25

**may** 11:22 14:13 27:6

**maybe** 21:9

**mean** 12:7 18:12 23:19 27:20 28:20 29:6 37:7

**means** 6:15

**medication** 6:6

**mentioned** 19:22

**met** 5:13

**Michigan** 12:4 17:6 22:4,7 33:5

**might** 5:17

**Mile** 17:6

**minister** 12:17 14:7 25:23 27:4

**ministers** 13:13,17,21 14:2,4,6

**minute** 38:8 41:23

**minutes** 37:25

**monetary** 29:23

**money** 12:16 29:20

**moneys** 29:10

**monitoring** 34:14

**more** 8:23,24 10:20 29:3 34:6

**most** 14:24 40:4

**move** 11:17

**Mr** 5:11,12 6:6 7:4,8 8:22 9:2,3,7, 10,14,16,17,20,22,24 10:2,4,5,7, 8,11,13,20,22,23 11:3,5,9,15,17, 20,21 15:24 16:5,14,16,19 25:12 26:6,20 27:1,3,9 30:21,23 31:12, 14 32:3,6 35:7,13,18,21,22,23 36:1,2 37:18,20,21,23,25 38:4,6, 11 41:1,4,18,20,22 42:2

**Mrs** 26:7,8

**Ms** 23:4 24:4 25:8 26:2,4,10,18 34:21,25 41:17 42:5

**much** 25:21 26:8

**Munsey** 14:8

**my** 5:17 7:1 8:21 9:9 10:12,15 19:7 38:1

**myself** 29:8

N

**name** 5:17,20 23:15

**named** 16:8

**names** 40:1

**nature** 12:19 32:20 39:20 40:1

**need** 29:13

**Network** 5:25 6:3,23 7:10,20 8:6 11:23 12:22 13:2,8,10,11,14,16, 20,22,23,24 14:1,11,14,23 15:2,3, 9,12,17 16:20,22,23 17:1,10,13 18:9,15,20 19:4,6,15,18 22:15,25 23:5,7,8,11 24:18,21 26:12,22,25 27:24,25 28:9,13,14,21 29:1,2,4, 6,15,21 30:1,2,3,5,10,11,14,15 31:8,9,18,19 32:7,12,13,19,23 33:8,15 34:16 36:4,6,8,11,14,16, 17,21,24 37:20,21 40:11,14,15, 17,18,21,23 41:7,11,16

**Network's** 13:5

**never** 40:12

**Nice** 5:16

**no** 6:8,11 8:7,10 9:19 10:20 11:1 12:24 13:3,23 14:8,9,16,17 15:10, 18 16:11,12,15,21,24 17:4 18:23 19:1,16,19 21:18,21 22:3 23:20 24:1,9,19,25 26:16 27:12,18,22 29:12,14,23,24 30:4,17 31:5 32:16,17,18,22,25 33:2,6 34:11, 13 36:9,12,15,20 37:13 38:13,17, 18 39:10,12,25 40:12,16,20 41:9, 13,17

**None** 37:14

**nonprofit** 12:4

**notes** 38:1

**nothing** 5:6 8:23 11:11

**notice** 7:10,15,16 8:2 9:25 35:8

**number** 14:10 18:20,24 27:5 39:17,18

O

**oath** 6:13

**object** 8:22 30:21 35:7 41:1

**objection** 9:7,8,14 10:11 32:4

**objections** 11:16

**off** 41:22

**office** 19:8 31:1

**officer** 5:25

**officers** 15:19

**offices** 17:5

**Oh** 14:18

**okay** 7:2,4,13 9:3 11:25 12:2 13:15 14:13,18,21 16:11 18:19 21:9 22:16,22 23:15 24:17 25:3 26:1 27:6,8 28:4,8 31:22 34:15,20 40:17 41:20

**old** 34:3

**one** 14:24 18:18 24:15 28:3,5 29:14 31:9,23 34:2,3 38:7 39:17

**ones** 40:19

**only** 14:19,20 17:19 18:11 22:3 27:2

**operating** 32:14

**operation** 24:10

**operations** 22:9 29:22

**order** 41:25

**ordering** 42:1

**organization** 12:4

**originally** 16:10

**other** 8:4 10:25 16:13 17:3,24 18:8,14,15 19:13 21:1,11,15 27:12,22 29:12 33:5 39:24 40:17 41:14,17

**outside** 20:4 35:8,19,24

**over** 29:4 31:6

**overlooking** 25:22

**oversee** 26:21

**oversight** 25:11 26:1 28:21 29:2, 3,6,13,15 31:6 41:12

**owed** 34:24

**own** 14:8,13 23:23 35:12

**owner** 16:23

**owners** 16:24

P

**p.m.** 42:7

**packaged** 20:22

**paid** 23:10,11 24:23,25 33:7,13, 18

**part** 20:10

**partakes** 12:21

**particular** 25:22,23 39:9 40:5

**party** 34:13

**pastor** 12:10 14:13 24:17

**pastors** 14:22

**Patel** 16:9,16,19

**pay** 17:18,19,24 19:14,23 23:13, 14

**paying** 17:14 20:25 27:21 28:13

**payment** 14:9 17:20

**payments** 19:10 21:7 35:2

**payroll** 33:9

**pays** 30:24

**people** 12:16 14:10 15:5 17:21 18:8,9,11,12,24 20:7 22:19 24:14, 16 25:1,9,16,18 26:2,5,17 27:16, 20 33:7 34:17,20 35:1,14 36:4 38:15,25 39:15 41:14

**percent** 18:13

**perform** 12:25 40:18

**person** 20:23 28:13 31:25 35:3 39:19 40:3,4,23 41:2

**personnel** 32:14

**phone** 14:10 18:2,20,24 27:5

**phones** 18:14,16,17 31:7,15

**piece** 24:3

**place** 32:3

**Plaintiff's** 7:9

**plaintiffs** 5:18

**plan** 30:16 31:9 35:16
**plans** 31:10 36:5
**please** 5:21 42:1,3
**policies** 32:12,14,20 36:18 37:15
**policy** 36:19,23
**position** 9:12 10:9 11:2,3
**positive** 31:21
**possibly** 39:20
**prayer** 20:1,6,9
**Predominately** 20:1
**preliminary** 6:5
**premises** 36:22
**premises-type** 36:19
**preparation** 8:9
**prepare** 7:24
**prepared** 8:17 9:3,11 10:8,18,20, 24
**president** 15:25 16:1
**press** 33:24
**pretty** 37:19
**prevent** 6:7
**previous** 5:24
**previously** 5:13 22:11,23 27:23
**primarily** 13:11,16
**primary** 12:10
**probably** 18:13 31:2
**procedures** 32:15
**PROCEEDINGS** 5:2
**produce** 14:13,22
**produced** 15:1
**produces** 14:7,8
**products** 17:22 19:23,24 20:12
**profit** 21:2,5,10
**progeny** 11:14
**proprietary** 38:17 39:15
**provide** 8:17,23 9:4,11 10:9 13:8 15:5 30:10
**provided** 19:14
**provider** 30:6
**provides** 29:21
**providing** 13:9,12
**purchase** 13:21 14:2,16 19:25
**purchased** 14:15 17:22 19:23 22:18
**purchasing** 20:3,5
**purpose** 20:5
**purposes** 7:7
**purview** 26:3
**put** 34:3,12

**Q**

**question** 9:15 10:3 11:1 28:25 30:18 35:24
**questioning** 8:25
**questions** 10:19,24,25 37:24 41:2

**R**

**Ralph** 5:4,22
**read** 9:25
**really** 11:1 17:19 20:18 21:4 31:3, 5
**reasonably** 8:5,18 9:4
**recall** 17:13 18:1
**receivable** 23:25
**receivables** 24:8,9
**receive** 36:7
**recess** 11:18 38:2
**record** 5:21 41:25
**recorded** 39:1
**recording** 33:1
**refer** 10:12,15 11:22
**regarding** 37:24
**registered** 12:3 16:3
**regular** 34:7
**related** 22:13
**relates** 7:20 10:9 28:25 29:5
**remember** 5:17,23 16:16
**remuneration** 14:9,17
**report** 22:4 26:15,17 33:6
**REPORTER** 41:24 42:4
**reports** 26:11
**represent** 5:18
**representative** 6:24 10:17 11:7
**request** 12:18
**require** 8:24
**requirements** 11:12,14
**resources** 23:24
**respect** 8:19 9:5,12
**responsibility** 25:13
**restate** 10:3
**revenues** 26:21
**review** 8:4 20:25 21:12,16,20 38:1
**reviewed** 7:25 40:13
**right** 5:25 6:21 7:18 11:7,15 12:5 13:5,18,25 14:14 15:19,25 16:3,6, 23 17:7,15 18:1,3 22:8,13 23:11 24:5,6 25:16 26:18 27:12,25 28:18 29:17,18 31:24 32:8 33:14, 19 37:18 38:1 41:18
**Road** 17:6
**room** 20:21
**rules** 8:24 11:13
**run** 31:1 33:8
**running** 18:5

**S**

**said** 7:15 15:6,16 18:2 19:9,11 29:10 31:12 33:18 38:8,9 39:13

**salary** 24:23 41:6

**sales** 20:10,20 37:9

**same** 9:7 10:11 24:25 28:25 30:6, 15 36:7 42:5

**say** 18:11 26:10 27:6 28:20 31:2

**saying** 22:4

**says** 33:15

**school** 34:3

**scope** 35:8,19,25

**screen** 7:1

**scroll** 7:13

**see** 5:15,16 7:2,3,15 10:1 14:21 16:8 34:16,23

**seen** 7:11 32:22

**sell** 39:20,21

**selling** 13:16 39:25

**semi-monthly** 33:13

**send** 12:17 39:5

**separate** 18:24 19:7 20:15 24:1, 9,11 27:24 31:10,11,12,13,15,20 38:9,10,14,18,19,20 39:7,13,14 40:2,10

**server** 31:19 38:20 39:1,7

**servers** 38:9,13,14 40:9,14

**services** 12:10 13:1,7,9,12 19:14 30:11 36:13

**seven** 7:14,25 8:1 10:25

**Sharad** 16:9

**share** 7:1 31:19 32:8

**shared** 32:12,15 36:13

**shawl** 20:9

**shawls** 20:1,6

**she** 24:17,20,23 26:11,14

**She's** 24:15,16,25

**shorthand** 12:1

**show** 12:18 13:18 14:7,8,10,14 21:14 22:1 25:23,24 27:5

**shows** 14:22,25 15:1

**sign** 22:20

**signing** 27:21

**similar** 30:18 35:15

**since** 9:24

**sir** 7:17 8:7,10

**slots** 13:17

**small** 20:18,21

**so** 8:24 10:17 11:17,21,23 13:20 14:4,13,18,21 17:12 20:20 21:9 22:16 23:18 26:7,20 27:6 28:4 30:9 31:2,5,15,22 33:14 34:15,20 35:18 37:25 38:20 39:3

**so-and-so** 27:4

**sole** 16:23

**some** 17:17 20:1,9

**somebody** 19:3 34:15,16 39:18

**someone** 16:8

**something** 21:2,19 31:1

**sometimes** 11:22 12:17 14:7 22:12,24

**sorry** 9:23 10:14 30:11 31:13 32:17

**sort** 12:13 22:8 34:2

**sorts** 26:25

**sounds** 24:3 26:20

**Southfield** 17:6 20:13,16 30:25 37:1,2,5,12

**staff** 12:16

**stamp** 34:4

**standalone** 19:17

**standard** 32:14

**state** 5:20 12:3 21:24 22:7 41:25

**statement** 21:2,10,16

**statements** 11:11

**STENOGRAPHIC** 41:24 42:4

**Steve** 14:7

**still** 22:5 36:1 40:3

**stopped** 16:16

**storage** 20:15

**store** 20:19

**stored** 20:13,21 40:10

**strictly** 25:20

**subcontractor** 23:7

**subcontractors** 17:21

**such** 14:7

**Sunday** 12:10

**supervisor** 30:8,9,10,19 31:4 32:2 40:6,9,22

**support** 13:4 14:2,4,6

**supports** 13:20

**suppose** 26:24

**sure** 10:18 30:7 31:16,22

**sworn** 5:5

**T**

**take** 35:4 42:2,5

**taken** 11:18 38:2

**takes** 26:25

**talk** 8:8 30:8 39:8

**talked** 22:9 40:19

**talking** 11:24 38:12

**tax** 22:2

**tax-exempt** 21:22

**taxes** 21:19,21

**taxing** 21:24

**telephone** 17:20

**tell** 5:6 6:16 7:23 27:4

**telling** 17:14

**terminal** 34:10

**terms** 22:8 25:11 28:22

**testified** 5:7

**testify** 7:19 8:14

**testifying** 6:7

**text** 39:5

**than** 8:24 10:20 18:15 33:5 41:17

**Thank** 6:20 11:16 42:4

**that** 5:25 6:3,6,12,15,18,21 7:2,18 8:11,22 9:21 10:18,19,25 12:1,5, 7,11,18,19,20 13:7,13,18,22 14:14,15,22 15:1 16:3,8 17:1,7,9, 14,18,19,22,23,24,25 18:1,5,13, 24 19:5,7,9,13,18,22 20:23 21:3, 12,14,16,19 22:4,6,11,12,13,23 23:3,25 24:10,13 25:6,7,12,16,19, 23,24,25 26:2,10,14 27:2,9,23,25 28:18,20 29:8,13,15,20,22,25 30:2,7,10,18,21,25 31:1,8,9,23,25 32:4,15,20,21,22 33:8,12,14,15, 19 34:1,3,9,11,14,17 35:12,13,19 36:5 37:8,10,11 38:7,15,17,19,21, 22,25 39:9,14,15,19,20,23 40:1,5, 6,14,23,24

**that's** 9:14 22:18 25:10 27:8,13 29:23 30:22 31:20 34:13 35:16 37:5 39:5,6,19 41:18

**their** 13:17 27:21 33:21 39:18,23

**them** 20:6,9 27:4 38:18

**then** 14:5,14,25 15:5 20:20,22 22:20 26:1,24 29:5 33:18 34:16 35:1 39:22

**there** 11:18 15:14 16:13,24,25 18:8,14 19:11,13,17 20:13,15 21:11 22:11,20 25:6 26:14 29:20, 25 32:11,18 34:13 36:13 38:2 40:17 41:14

**there's** 14:8,9,17 15:6 16:8 18:1 21:21 23:2 24:9 27:12 29:12,23 33:23 34:11,13 38:14,17,18,20 39:14,25

**these** 7:20 8:15 9:5 10:10,19 11:9 22:24 35:14

**Thewordnetwork.org** 32:9

**they** 15:11,16,18 19:4,6 20:13,20 23:4,11,14 30:6 31:19 32:8,23 33:13,14,21,24 34:5,18,24 35:1 36:5,7,10 38:9,10 39:4

**they're** 13:9 15:3,4 18:17 20:21, 22 28:4 30:15 33:10,18 37:7 40:10

**thing** 38:7

**things** 6:5 12:19 20:16 29:25

**think** 11:21 17:23,25 19:10 22:10,22 23:21 25:7 27:23 31:20 32:1 34:6 35:18,19 40:6 41:18

**thinking** 34:2 39:12

**third** 34:13

**this** 5:18 7:4,9,11,15,16 8:25 10:1 11:22 23:21 27:4 35:7 41:3

**those** 9:12 10:25 12:20,22 13:21 14:2,21,25 15:9 20:3,6,12,16 23:10 24:14 27:1 31:10 34:23 35:5 37:15

**though** 37:23

**thought** 38:8,9,24 39:13

**three** 15:15

**through** 31:1,5 33:8 36:10

**time** 13:13,17,21 14:2,15,16 25:2 27:4,7 33:23 34:1,7,12,14,19 35:1,2,25 36:1

**times** 15:4

**titled** 7:9

**today** 6:6,10,13,18 7:19 8:12,15 10:18 11:7 40:19

**today's** 6:21 7:24 8:9

**told** 22:10,22 27:23 34:17

**top** 33:16

**topic** 39:11

**topics** 7:14,21 8:15,19 9:6 10:10 11:10

**Torres** 22:23 23:4,6 24:4,7 34:21

**total** 15:15

**track** 33:21

**transcript** 42:1

**treasurer** 15:21 17:12 18:21 20:24 41:7

**Treasurer/cfo** 15:23

**trinkets** 20:2,6,10

**truth** 5:6,7 6:16

**truthfully** 6:7

**try** 35:11

**trying** 35:14 36:3

**TWN** 28:18 35:16 36:14

**two** 14:24 23:10 25:25 29:14 33:12 39:18

**types** 17:18 20:16

**typical** 12:11

**U**

**UHY** 23:17,18

**ultimate** 29:6

**ultimately** 25:15

**under** 6:12 35:15 36:6

**understand** 6:12,15,21 7:18 11:16 12:9 13:15 16:22

**unlike** 39:24

**until** 11:19

**up** 18:10 22:19

**upcoming** 20:20

**upset** 39:22

**us** 12:18

**use** 12:1 30:6 34:5

**uses** 40:14

**utilize** 32:24

**V**

**various** 15:4

**vendors** 20:4

**versa** 30:2

**versus** 40:14

**very** 38:16 39:14,22

**vice** 30:2

**W**

**W-2** 15:16 19:17

**want** 10:17 13:17 35:20 38:6,7

39:3,17,18 41:20

**wanted** 25:24

**wants** 39:4

**was** 5:7 7:6 10:21 11:18 16:10,19 38:2 39:12,13

**wasn't** 21:10

**way** 12:23 24:25

**We'll** 7:4 42:5

**we're** 10:1 22:2 35:10 37:19

**we've** 5:13 40:19

**website** 32:8

**week** 15:4

**weeks** 33:12

**well** 10:16 11:6 14:22 26:4 27:19 36:17

**were** 19:3,11 22:11 37:24 38:9,24

**West** 17:6

**what** 7:23 9:19,24 11:1,24 12:7, 13 19:24 23:19 25:22 28:22 34:5, 9,10,23 37:15 38:24 41:10

**what's** 20:5 23:15

**whatever** 20:10 26:11 27:7 39:5

**when** 16:16 20:12 23:10 33:7

**whenever** 39:3

**where** 15:1 24:10 28:2 34:3 35:10,17 40:9

**Whereupon** 5:3

**whether** 17:2

**which** 14:4 19:10 33:24

**while** 38:24

**who** 13:11,17,21 14:2 15:11 16:13 18:8,9 19:11 20:3 22:6,10, 24 24:13 27:16 29:5 30:24 31:25 36:4 40:4,18,23 41:15

**who's** 28:13

**whole** 5:6

**why** 10:1 39:6

**within** 11:10 36:1

**witness** 5:5 8:23 10:21 31:13

**WNC** 7:6 11:23 12:3,9,13,20,25 13:4,8 15:19,21,25 16:3,6,14,17 17:5,14,18 19:24 20:3,24 21:1,12, 17,20,21 22:9,13 23:18,22 24:24 25:4,7,12,16 27:17 28:17 29:5 33:3

**Word** 5:25 6:2,22 7:10,20 8:6 11:23 12:22 13:1,4,8,9,11,13,15, 20,21,23,24 14:1,9,11,14,23 15:2, 3,9,12,17 16:20,22,23 17:1,10,13 18:9,15,20 19:4,6,14,18 22:15,25 23:5,6,8,11 24:18,21 26:11,21,25 27:24,25 28:9,12,14,21 29:1,2,4, 6,15,21 30:1,2,3,5,9,11,14,15 31:8,9,18,19 32:7,12,19,23 33:8, 15 34:16 36:4,6,8,10,11,14,16,17, 21,24 37:20,21 40:10,14,15,17, 18,21,22 41:6,11,15

**Word's** 37:9 39:6

**work** 19:4,18 23:18 24:13,18 27:15,16 33:7 37:4,6,10 40:18 41:7

**worked** 19:11 33:12

**workers'** 35:5,15

**working** 36:4

**works** 23:12 24:20 25:7

**would** 6:7 13:8 14:10 17:18,19, 25 18:11,25 19:4,9,14,22,24 21:12,13,16,19 22:14,19,20 25:3, 15,20,24,25 26:2,7,14,20 27:2,3 28:20 29:3,8,9,11,13 30:1,2,10,21 31:1,2,25 33:15 34:4,21,25 35:1 36:25 37:4,6,8,10,14,15 39:22 40:4,6,22,23

**write** 19:23 34:18

**Writing** 23:1

**written** 22:15,19

**Y**

**Yeah** 9:20 11:17 24:7 35:18 42:2

**year** 22:3

**yes** 5:14,19 6:1,4,14,17,19,25 7:3,12,17,22 8:3,13 12:6,12 15:20,23 16:7 17:16 18:7 19:12, 21 20:14 22:14 25:5,14 26:23 28:11,15,19 29:4 30:13 32:10 33:17 36:24 37:3,22 40:25

**You'd** 30:7

**you're** 5:24 6:12,22,23 9:3 10:16, 18 11:6 16:2 31:16,22 35:10 38:12 42:1

**you've** 7:19 28:16

**your** 5:20,23 8:25 9:24 10:21 11:11,16 16:19 17:12 19:4 26:3 31:1 32:11 35:12 41:7,25