# EXHIBIT 4

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION

BISHOP GEORGE BLOOMER, Individually, and GG BLOOMER MINISTRIES, Foreign Non-Profit Corporation.

Plaintiffs,

vs

THE WORD NETWORK OPERATING COMPANY, INC., a Foreign Profit Corporation, CHURCH OF THE WORD d/b/a THE WORD NETWORK CHURCH, a Domestic Nonprofit Corporation, KEVIN ADELL, Individually,

Defendants.
_______________________________/

CASE NO. 2:22-cv-12433-NGE-DRG

HON. NANCY G. EDMUNDS

MAGISTRATE JUDGE DAVID R. GRAND

PAGES 1 THROUGH 257

DEPOSITION OF GEORGE BLOOMER,

Taken by the Defendants before Debra M. Cummings, Court Reporter (CSR-6037) and Notary Public for the County of Livingston, acting in the County of Oakland, Michigan, on Friday, April 12, 2024 at 201 W. Big Beaver Road, Suite 500, Troy, Michigan at 9:35 a.m.

Fortz Legal Support

www.FortzLegal.com

844.730.4066

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BISHOP GEORGE BLOOMER, Individually, and GG BLOOMER MINISTRIES, Foreign Non-Profit Corporation.

Plaintiffs,

vs

THE WORD NETWORK OPERATING COMPANY, INC., a Foreign Profit Corporation, CHURCH OF THE WORD d/b/a THE WORD NETWORK CHURCH, a Domestic Nonprofit Corporation, KEVIN ADELL, Individually,

Defendants.
________________________________/

CASE NO. 2:22-cv-12433-NGE-DRG

HON. NANCY G. EDMUNDS

MAGISTRATE JUDGE DAVID R. GRAND

PAGES 1 THROUGH 257

DEPOSITION OF GEORGE BLOOMER,

Taken by the Defendants before Debra M. Cummings, Court Reporter (CSR-6037) and Notary Public for the County of Livingston, acting in the County of Oakland, Michigan, on Friday, April 12, 2024 at 201 W. Big Beaver Road, Suite 500, Troy, Michigan at 9:35 a.m.

APPEARANCES:

MR. MICHAEL N. HANNA P81462 (Via telephone)
Morgan & Morgan, P.A.
2000 Town Center, Suite 1900
Southfield, Michigan 48076
(313) 251-1399
Mhanna@forthepeople.com
Appearing on behalf of the Plaintiffs.

MR. J. COREY ASAY
HKM Employment Attorneys LLP
312 Walnut Street, Suite 1600
Cincinnati, Ohio 45202
513 822-4024
Casay@hkm.com
Appearing on behalf of the Plaintiffs.

MR. JOHN T. BELOW P48677
MS. AMANDA MCSWEEN EMPEY P84594
Bodman PLC
201 W. Big Beaver Road, Suite 500
Troy, Michigan 48084
(248) 743-6000
Jbelow@bodmanlaw.com
Aempey@bodmanlaw.com



Appearing on behalf of the Defendants.

DEBRA M. CUMMINGS, CSR 6037
Certified Shorthand Reporter



TABLE OF CONTENTS


| WITNESS | Page |
|---|---|
| GEORGE BLOOMER | |
| EXAMINATION BY MR. BELOW: | 6 |
| EXAMINATION BY MR. ASAY: | 232 |
| REEXAMINATION BY MR. BELOW: | 250 |

| EXHIBITS | Page |
|---|---|
| DEPOSITION EXHIBIT NUMBER 1: | 56 |
| 10-21-2015 Text Messages | |
| DEPOSITION EXHIBIT NUMBER 2: | 58 |
| 10-21-2016 Text Messages | |
| DEPOSITION EXHIBIT NUMBER 3: | 66 |
| 10-24-2016 Text Messages | |
| DEPOSITION EXHIBIT NUMBER 4: | 71 |
| 2-27-2015 Text Messages | |
| DEPOSITION EXHIBIT NUMBER 5: | 92 |
| 5-16-2017 Text Messages | |
| DEPOSITION EXHIBIT NUMBER 6: | 118 |
| Plaintiffs' Second Supplemental Responses to Defendants' Discovery Requests | |
| DEPOSITION EXHIBIT NUMBER 7: | 123 |
| 1-14-2017 Text Messages | |





| | |
|---|---|
| DEPOSITION EXHIBIT NUMBER 8: | 132 |
| 9-2-2017 Text Messages | |
| DEPOSITION EXHIBIT NUMBER 9: | 134 |
| 3-31-2018 Text Messages | |
| DEPOSITION EXHIBIT NUMBER 10: | 137 |
| 1-31-2017 Text Messages | |
| DEPOSITION EXHIBIT NUMBER 11: | 165 |
| 9-5-2019 Text Messages | |
| DEPOSITION EXHIBIT NUMBER 12: | 167 |
| 9-15-2019 Text Messages | |
| DEPOSITION EXHIBIT NUMBER 13: | 169 |
| Exit Interview Transcript | |
| DEPOSITION EXHIBIT NUMBER 14: | 181 |
| Transcription of 11-3-2019 Facebook Video | |
| DEPOSITION EXHIBIT NUMBER 15: | 188 |
| 9-4-2019 Through 9-18-2019 Text Messages | |
| DEPOSITION EXHIBIT NUMBER 16: | 198 |
| 10-15-2019 YouTube Video Transcript of Roland Martin | |
| DEPOSITION EXHIBIT NUMBER 17: | 215 |
| 2-4-2020 Brooks Pierce Letter to Mr. Adell | |


(Exhibits attached to Transcript)

Page 6

Troy, Michigan
Friday, April 12, 2024
at or about 9:35 a.m.
GEORGE BLOOMER,
having first been duly sworn to tell the truth, the whole truth, and nothing but the truth, testified as follows:
EXAMINATION
BY MR. BELOW:
Q. Okay. This is the deposition for George Bloomer in a lawsuit entitled case number 2:22-cv-12433. Can I call you George?
**A. Yes.**
Q. Okay. I'm John Below. I represent the defendants in the case.
**A. Um-hum.**
Q. With me is Amanda --
**A. How you doing?**
Q. -- Empey?
**A. Yes.**
Q. This is a deposition taken by notice and agreement regarding date and time, correct?
**A. Um-hum.**
Q. Have you had your deposition taken before?
**A. No.**
Q. At it's most basic elements, it's just a question and answer. If you don't understand a question, you should feel free to

Page 7

ask me to rephrase it or tell me why you don't understand the question, so that we can get through the questions and answers. If you answer something and I move on, I'm presuming that you've understood what I've asked you. Is that fair? In the deposition you can't say yes and no by nodding your head.
**A. Okay.**
Q. So you have to be verbal in your answers.
**A. Okay.**
Q. Okay. I'm sure we'll tell you that a number of times because it's just not that natural as question and answer, right?
**A. Yes.**
Q. And I do the same thing, so whatever. With respect to today's deposition, did you review any specific documents before you sat down with us this morning?
**A. I don't understand.**
Q. Did you review any documents, any written things before coming here this morning in preparation for your deposition?
**A. No. I didn't.**
Q. Okay.
**A. When you say documents, you mean in terms of --**
Q. Yeah. Case documents, things that have been shared among and between the parties?
**A. No.**
Q. Your Complaint?

Page 8

**A. I looked at the Complaint. Yes. Yeah.**
Q. All right. And when did you look at the Complaint?
**A. Day before yesterday.**
Q. Okay.
**A. I think -- today's Friday. Yeah. About Wednesday.**
Q. Curious, when you read the Complaint or reviewed it the day before -- two days ago, right?
**A. Um-hum.**
Q. Did you feel as though it was accurate?
**A. Yes.**
Q. Okay. All right. While you were working with -- for now I'll just say The Word, is that okay?
**A. That would be fine.**
Q. Okay. Say for about eight and a half years, right?
**A. Yes.**
Q. Did you maintain an appointment book?
**A. Did I maintain an appointment book?**
Q. Yeah. Or calendar.
**A. Okay. I'm not understanding the question. Like did I keep a calendar myself --**
Q. Yeah. Do you have a calendar?
**A. -- or did I keep up with the calendar that they had?**
Q. Did you keep a calendar yourself?
**A. No. I knew that I had to be there on Fridays and when we would come together to tape the shows. I'm not sure.**

Page 9

Q. No. It's okay. How would you know when you needed to be there on any given day?
**A. Well, I knew I had to be there every Friday, and once or twice a month Kevin would schedule us, and I would come in and tape the shows for The Word for the day.**
Q. Okay. So when --
**A. So there was no --**
Q. So you were there -- I'm sorry.
**A. I'm sorry.**
Q. We can't speak over each other.
MR. ASAY: Let him finish the question, and then he'll let you finish the answer.
BY MR. BELOW:
Q. Would you then just put those appointments in the your phone, say when you would come the one or two times other than the Fridays?
**A. No. I wouldn't put it in my phone. No.**
Q. So you did not maintain a calendar book or a calendar between the years 2016 and say the end of 2019?
**A. No.**
Q. Other than the calendar, as we've just discussed, did you maintain any type of written record of when you were at The Word?
**A. Written record?**
Q. Yeah.

Page 10

A. **No.**
Q. Of course, if we look at texts, we know there are times that you were there and you speak of them, correct?
A. **Yes.**
Q. But that's not a calendar obviously?
A. **Yes.**
Q. Okay. Good. What is your current address?
A. **48 Bonhill Drive, Durham, North Carolina 27701.**
Q. How long have you been at that residence?
A. **Forever.**
Q. Are you married?
A. **No.**
Q. Do you have children?
A. **Yes.**
Q. How many?
A. **Four.**
Q. Okay. Do you have a Facebook account?
A. **Not a personal one. A ministry one, yes.**
Q. And which ministry are you speaking of?
A. **My church and also my ministry, GG Bloomers ministries, and also my church, but I don't have a Facebook or Instagram. I don't have none of those things.**
Q. What's the church that you speak of?
A. **Bethel Family Worship Center.**
Q. Does Bethel Family Worship Center have a Facebook account?

Page 11

A. **Yes.**
Q. Does Bethel Family Worship Center have an Instagram?
A. **I don't think so.**
Q. Do you, George, are you on any social media as an individual?
A. **No.**
Q. You don't have a LinkedIn account?
A. **Um-um.**
Q. Have you ever heard of LinkedIn?
A. **When you say LinkedIn, I thought you meant am I linked in to other -- I don't understand what you're saying.**
Q. That's fine. Okay. So you personally, you don't have like a Twitter account?
A. **No. Twitter. No. Nothing like that.**
Q. Do you have anything that you would call a hobby outside of your work as a -- if I could call you a preacher, is that fair?
A. **Yes.**
Q. Do you do any hobbies outside of work?
A. **Love my family. Just spend time with my family. I'm not a --**
Q. And has that sort of been -- that's fine. What is your date of birth, sir?
A. **1-23-63.**
Q. Have you ever been convicted of a felony?
A. **Have I ever been convicted of a felony? No.**

Page 12

Q. Have you ever been incarcerated?
A. **Yes.**
Q. Okay. When?
A. **Back in the 80s. I don't remember the actual -- what have you.**
Q. Okay. Do you know how long or the duration?
A. **Of?**
Q. The incarceration.
A. **A week or two.**
Q. Okay. And what was that for?
A. **Writing bad checks and -- yes. That's what it was.**
Q. All right. Have you ever been arrested or convicted for drug possession or drug use?
A. **Absolutely not. Absolutely not.**
THE REPORTER: Mr. Bloomer, please make sure he gets his whole question out before you give your answer so I can write you both.
**THE WITNESS: I'm sorry.**
BY MR. BELOW:
Q. Some of the time we'll do questions, and it might seem a little bit freewheeling, and counsel can jump in, but I've had the benefit of watching some of your preaching --
A. **Um-hum.**
Q. -- on the internet?
A. **Um-hum.**

Page 13

Q. And you speak of drug addiction at times and so forth, so that's why I asked that question about whether or not you had been convicted for drug possession. So it sounds like that you're a recovered drug user, which is awesome, but you didn't get busted for any of that?
A. **No.**
Q. Okay. All right. Have you ever been a party to a lawsuit other than this lawsuit?
A. **Can you please --**
Q. So this is a civil lawsuit?
A. **Um-hum.**
Q. And, of course, The Word has sued you in a separate lawsuit. Other than those two lawsuits, have you ever, personally, been involved in a lawsuit, either having been sued or suing someone else, George Bloomer?
A. **No. I never sued anyone else, and I had to testify on something that happened in our church, but I don't know if I was a part of the lawsuit.**
Q. Are you divorced?
A. **Yes.**
Q. And how recently are you divorced?
A. **I think 11 years now.**
Q. Were you the plaintiff or the defendant in that lawsuit?
A. **I don't understand. You said plaintiff or defendant?**
Q. Yeah. Who petitioned for divorce, you or your wife?

Page 14

A. **Both of us.**
Q. Okay. How long ago did you testify for what happened in the church?
A. **Maybe 10 years ago.**
Q. Okay. A while ago?
A. **A while ago.**
Q. And that was at Bethel?
A. **It was Bethel. Yeah.**
Q. Is Bethel, do they have in person services every week?
A. **I'm sorry. One more time.**
Q. Does Bethel Family Worship Center --
A. **Do we meet together for service for church?**
Q. Yeah.
A. **Yes.**
Q. Every week?
A. **Every week. Yes.**
Q. Every Sunday?
A. **Every Sunday.**
Q. How many congregants does Bethel have?
A. **Maybe about 400. Maybe a little less than that after COVID. We're rebuilding.**
Q. All right. I'll ask you this, but I think I know the answer. Where did you go to high school?
A. **I went to --**
Q. John J?

Page 15

A. **John J, yeah.**
Q. And you did not graduate, correct?
A. **No. I didn't.**
Q. Now, did you attend ecclesiastical school, religious school?
A. **Yes. Some.**
Q. And when did you start -- I'll call it religious school. Is that fair, or do you want me to call it something else?
A. **Well, they would call it bible school.**
Q. Okay. Let's call it bible school.
A. **Bible school.**
Q. All right.
A. **I don't have dates, but it was in the 90s.**
Q. You don't remember when you were in bible school?
A. **I don't remember the -- I know it was probably from maybe '92 through '96 or what have you like that.**
Q. Okay.
A. **But I don't remember --**
Q. And what bible school did you attend?
A. **Tabernacle Bible Institute.**
Q. Where is that?
A. **It's in New York City.**
Q. Where in New York?
A. **In Queens.**
Q. Is it still there, to your knowledge?
A. **I don't believe so. I don't think so.**

Page 16

Q. Did you have to have a high school degree to attend that?
A. **No.**
Q. Did you obtain a degree from Tabernacle?
A. **No.**
Q. People call you and you call yourself Bishop George Bloomer, correct?
A. **That's correct.**
Q. Where does the name bishop come from?
A. **I was consecrated by the College of Bishops for the Triumphant Church of God in 1995.**
Q. Is the Triumphant College of Bishops an entity that's still in existence?
A. **It's not Triumphant College of Bishops. Triumphant is the name of the church where we had the consecration service at Triumphant. The College of Bishops are bishops that are assembled from different organizations to bring someone into the organization.**
Q. Okay. Does that organization still exist, the bishop's organization?
A. **The college of bishops?**
Q. Yeah.
A. **Yeah. Because it's not -- the college of bishops is cold. So if you are a bishop at First App, and there's another bishop at Bethel, what have you, when you getting ready to bring a bishop into the organization, they bring the bishops**

Page 17

**in and they come together to form a college in order to consecrate the bishop.**
Q. And that group, if you will, and that process still goes on today?
A. **Oh yeah.**
Q. And did you have to do anything to be consecrated as you've described? Did you have to go to school for any particular time?
A. **Well, you go to -- they'll put together a class to tell you the ins and the outs of the bishopry. Yeah. That's that.**
Q. It's just one class?
A. **It's three or four different classes. More four than three. Yeah. The gathering of the ministries together, and then a protocol lesson and how to conduct yourself after you become a bishop and so on and so forth like that.**
Q. Now, when you talk about that particularly, like how to conduct yourself, what comes to mind? What were some of the teachings relative to how to conduct yourself as a bishop, that you recall?
A. **Well, there's a scripture in First Timothys -- it's not First Timothys, it's Second Timothys -- two Timothys that says the bishop must be not given to wine and to teach, he must hold his family together with gravity. So it's those principles if you're going to become a bishop, so it comes out of the scripture and the charges in the scripture.**

Page 18

Q. And that was back in 1995, correct?
**A. Um-hum.**
Q. Yes?
**A. Yes. I'm sorry about the nodding. I'm sorry.**
Q. Okay. Maybe tell us a little bit about how you got into preaching, George, like how it all started?
**A. I was raised as a Seventh-day Adventist. My parents were Adventists. And the Adventist church were Sabbath keepers. So Thursday is the day of preparation, Friday sundown to Saturday sundown is when we worship them, so they wasn't Trinitarians or worship -- they didn't worship on Sundays. And so I came up in a religious family, but the -- if God was going to make his return and we were going to make it, it had to be on between Friday and Saturday because that's when you were most holy. Outside of that, they lived just the lives that people would normally live.**
Q. Okay.
**A. So there was a woman who moved into the projects on the sixth floor, and I used to do some errands for her, and she invited to me to go to church on an Easter Sunday, and I went with her. And the preacher that was preaching, the message really, really moved me. I was dealing with some addictions. He had been delivered from heroine and crack cocaine, so it actually spoke to me, and I gave my life to the lord. So that's how I got into the church.**

Page 19

Q. And what age, George, were you at the time?
**A. I would have to say about 19.**
Q. And shortly after that, did you end up going to Tabernacle to study or when did you start, at what age at Tabernacle?
**A. I'm 61 now. '95. It was a while. Yeah.**
Q. So after you were saved?
**A. Yeah.**
Q. At around the age of 19 or at 19, what did you do? What was your business at that time?
**A. I don't understand.**
Q. Like what did you do between the time you were saved and when you started bible study?
**A. I'm not understanding the question.**
Q. Were you working?
**A. I had a bunch of jobs. Yeah.**
Q. Did you start attending church regularly after that point?
**A. It grew into a regular. Yeah.**
Q. Other than in connection with this case, have you ever filed a claim with the EEOC, the equal opportunity employment commission?
**A. Did I file a claim with the --**
Q. EEOC. Have you ever filed a claim?
**A. I don't know what the EEOC is.**
Q. All right.
**A. I'm sorry.**

Page 20

Q. It's okay. That's okay. You're unaware of what that is, right?
**A. The EE --**
Q. The EEOC?
**A. It's the --**
Q. Equal Employment Opportunity Commission?
**A. I never filed with any body like that.**
Q. Have you ever filed a workers' compensation claim?
**A. Never.**
Q. Let's talk about how did you first connect with Kevin Adell or The Word Network church?
**A. It was Kevin Adell who connected with me.**
Q. Yeah. So just explain how that started.
**A. Okay. Probably back in 2000.**
Q. Okay.
**A. Or 2001 or '02. I'm not sure -- what have you -- I wrote a book called Witchcraft in the Pews, and it became very popular and I was on many platforms. So a lot of the preachers would ask me to come and speak to their leadership in that particular area, in the area of deliverance. They had a program called Rejoice in The Word on The Word Network. It was a young man named Greg Davis who was the host. Greg left to go to another network.**
**I received a call from a young lady there named Lexi who worked for The Word Network, and she said that there**

Page 21

**was an opening because Greg had gone to another network, and I should come in and talk with Kevin Adell. I didn't know who Kevin Adell was. I thought, like everybody else thought, that The Word Network was a black network. I didn't even know -- I had no idea. I came in, met with them, and he said go and host a show for me and see how you do. I went in and host a show. A week later he called me back, and he said I would love for you to come in and do the show. That's how that happened.**
Q. And you think it was around 2001 or do you think it would have been 2011?
**A. No. I said -- I was telling you around 2000, something like that, I was already on The Word Network. I had a program on The Word Network six o'clock in the morning when The Word Network first started, a guy by the name Lewis Gibbs offered me to come on the Network, but I had to pay for that program.**
Q. Okay.
**A. So what I was saying is that around 2000, 2001 is when I became aware of the whole Word Network, what have you. I didn't come to work for The Word Network until 2010 or '11. I'm not sure.**
Q. When you say work with, you were not an employee, correct, by the Word Network?
**A. I would say yes and no.**
Q. Okay. When you say no, why do you say no?

Page 22

A. I didn't get a W-2 form, but I had to -- we had a working agreement, me and Adell and The Word Network.
Q. Were you on a payroll?
A. No. To get a check each week?
Q. Yeah.
A. On a salary, no.
Q. Okay. Anyway, when did you start working with The Word Network?
A. I think it's late 2010, early '11 or 2011. I'm not quite sure.
Q. Okay. And what was the nature of what you were doing?
A. Just one second. Yeah. I was there between nine and ten years. I'm sorry.
Q. Okay. If I told you it was between eight and nine years, would you disagree with me?
A. That I worked there between eight and nine years?
Q. Yeah. Like eight and a half years, not between nine and ten years. If you can't --
A. Yeah. Yeah. I don't --
Q. And it doesn't matter that much for today, but it looks from everything that it's more like eight and a half years.
A. Okay.
Q. Okay. So what was the nature of what you were doing with them when it started then, back in say 2011. What were you doing?

Page 23

A. I come in on Friday and do -- they had a show called Rejoice in The Word.
Q. Okay.
A. So it was sort of like a night show, sort of like -- I'm old school -- like a Johnny Carson thing, but on the Christian side of it where gospel singers would come in and authors or preachers would come in to be interviewed.
Q. Okay. And then was that a show that was produced right at the Southfield location?
A. Um-hum.
Q. Yes?
A. Yes. I'm sorry.
Q. And was that every Friday then you would have to physically come to Michigan?
A. Every Friday. Yes.
Q. And that would be for 52 weeks in that first year that you came in every Friday?
A. I came in every Friday. I can't say 52 weeks, because Kevin sometimes would give that time to another -- it might be a live -- Church of God and Christ is having their convention, PAW is having their convention. So on a Friday night they would go live from there. So those times I wouldn't show up.
Q. And would you know then that you didn't have to show because Kevin told you he was going to put something else in that spot?

Page 24

A. Absolutely. And sometimes he would send me to the place that they were having it to host from there.
Q. Okay. All right. Do you know if The Word still produces shows at the location of the Southfield?
A. I don't know much of what they're doing.
Q. You don't know one way or another whether or not they're producing shows similar to what you were doing at the Southfield location?
A. I don't know.
Q. Okay. I just thought I'd see if you knew what they were doing that way.
A. I don't.
Q. Okay. We're going to be talking about agreements, arrangements, if you will. Counsel in this case -- we could go back and forth on what it means to be a contract and so forth. I don't want you and I to do that. I want to talk about the arrangement, but that doesn't mean I'm trying to say anything more about it. I'm just going to call it an arrangement. Sometimes I might call it an agreement. Whether or not it's a contract, I don't know. I'm not going to get into that. I just need to know what went down. Do you understand what I'm saying?
A. Trying to.
Q. All right. Now, you just discussed with me how you were coming on the air beginning in around 2011 and doing Rejoice

Page 25

in The Word, correct --
A. That's correct.
Q. -- every Friday?
A. That's correct.
Q. Except for some Fridays that special arrangements were made?
A. That's correct.
Q. Now, I want to know what were, in your words, what were all of the terms of that arrangement regarding your show? Like sort of list them for me, like as you understood it, you and I -- you know when someone has an agreement. I'm going to do something. You're going to do something. So tell me what the terms were with the show, all of them as you can think of right now.
A. When I came in 2011 or whenever it was when I started there --
Q. Okay.
A. -- I was coming in, and I just hosted a few shows maybe for two months or so.
Q. Okay.
A. Okay. And I was hosting it from the cookie cutter that Greg Davis had set up.
Q. Okay.
A. But I had been doing appearances on other networks.
Q. Okay.
A. And so I knew how we could get more eyeballs on to The Word

Page 26

**Network. So I went to Kevin and I said to Kevin, do we have a missions program, do we have -- how do we get a call and response going, how do we get a better response from the audience, people watching. And he wasn't interested. Just do the show or what have you. And I pressed again.**
Q. And so this would have been in 2011 or did you wait a bit to start pressing on?
**A. No. This is in 2011 --**
Q. Okay.
**A. -- because we were in the ADL station, the new building. We hadn't moved into that yet, and it was just the size of this room. And so we was just doing a Friday night show.**
Q. Okay.
**A. And people were calling me saying, Bishop, can you interview me on the show. So I knew that I could get better -- higher profile preachers to come on the show because not only was I calling them, but they were calling me, and I knew that we could build the whole network into something that would really generate revenue and what have you. And so I brought a guest speaker on and looked into the camera and asked for an offering, and it came in.**
**The next day, Kevin came and talked to me. He said what did you do last night? What happened? How did we -- and I said, well, if you engage the people, you're sitting in their living room with them, and if you make them a partner**

Page 27

**to the network, we'll have something going. He said, well, do it again. That's how we got started.**
Q. Okay. And so when I go back to what I call -- when I ask you for all the terms of your agreement regarding your show or the show, what else do we have? You're saying -- let me ask you again. Are you saying that part of the agreement was that you gave him your opinion about what you thought was going to be more successful content on the show?
**A. I'm not understanding what you're saying. One more time. I'm sorry.**
Q. So I'm asking for -- yeah. And I know. I'm asking for you to tell me what you needed to do and what Kevin or The Word needed to do relative to your show. What was the agreement? Let me say this. For instance, did they pay your expenses to fly to Detroit?
**A. Absolutely. Plane fare for me and my assistant and hotel accommodations.**
Q. So pay airfare for George and an assistant?
**A. Um-hum.**
Q. Now, do you have an assistant now?
**A. Um-hum.**
Q. What's that person's name?
**A. Victor Moore.**
Q. Victor Moore?
**A. Yeah.**

Page 28

Q. Does Victor live in Durham?
**A. Yes.**
Q. How long has Victor worked with you?
**A. Ten years or so.**
Q. So Victor worked with you for some of the time that you were on The Word?
**A. Yes. I don't know if he came many times.**
Q. He didn't --
**A. I'm sure --**
Q. He didn't maybe accompany -- he didn't accompany you much with respect to your flying?
**A. Yeah. Yeah.**
Q. Okay. We'll go back to Victor in a minute. So hotel expense, right?
**A. Um-hum.**
Q. And, again, we started in 2011. Do you remember a month or was it in spring? Do you remember any of that? It's okay if you don't.
**A. No. I don't.**
Q. All right. And do you remember how -- like did the agreement have a term of years, like, you know, I'm going to do this for two years, three years?
**A. No.**
Q. Was there any commitment like that?
**A. No.**

Page 29

Q. Okay. So there was no duration under the agreement as you see it?
**A. No.**
Q. And as you see it then, could either one of you have said no. Like, for instance, you say I'm not going to appear next Friday and he could pull your show off, correct?
**A. Well, I'm sure he thinks that. That's what he does. He pulls people's shows off all the time.**
Q. So he was pulling your show off, as you said, without warning sometimes?
**A. No. I didn't say without warning.**
Q. Okay.
**A. I never said that. I said that there was other conferences, and sometimes he would go and schedule and sometimes I would actually go and host the conference that they was having there because you was --**
Q. Yes. You did say that.
**A. -- asking me about the 52 weeks.**
Q. Right.
**A. Every Friday. Yeah.**
Q. But he could stop your show at any time, correct?
**A. Yeah. He --**
Q. And you're saying he did that?
**A. That's not what I said. No.**
Q. Okay. What are you saying then?

Page 30

**A. I'm not saying that. I didn't say that. I didn't say anything about shows being stopped. You asked the question about --**
Q. Let me ask a different question. Could he cancel the show at any time?
**A. If he wanted to, yeah, he could.**
Q. For any reason at all?
**A. I would say he probably would think he could. Yeah.**
Q. Well, what would stop him?
**A. Nothing. He's the boss.**
Q. Right. And you don't have any agreement as to whether or not he can't cancel the show, right?
MR. ASAY: Object to form. You can answer.
**THE WITNESS: Huh?**
MR. ASAY: You can answer.
BY MR. BELOW:
Q. Let me put it a different way because I really want to keep us moving. If Kevin cancels the show, you don't have any recourse against him to restart it, correct?
**A. No.**
Q. Not correct?
**A. You said if Kevin cancels the show --**
Q. Yeah.
**A. -- do I have any recourse that I go and say the show is not stopped, I'm just doing it anyway?**

Page 31

Q. Yes.
**A. No. It's his station.**
Q. Okay. All right. And that was part of the agreement on the shows, correct?
**A. No. He never came to me and said I can stop the show when I get ready to stop the show, but I knew he could stop the show if he wanted to stop the show. It's his network.**
Q. Okay. All right. Do you know the difference between The Word Network church and The Word Network?
**A. No.**
Q. Do you know -- oh, sorry. Go ahead.
**A. The Word Network, I guess, is the network where the television program -- what have you -- and The Word Network church, I don't know what that was, but I know they was calling me the pastor of the Word Network church, and I told them to stop calling me the pastor of The Word Network church because I didn't know where The Word Network church was at.**
Q. Okay. So you didn't understand that The Word Network church was a nonprofit that operated out of the Southfield location, correct?
**A. No.**
Q. Okay.
**A. Is it?**
Q. It is.
**A. Okay.**

Page 32

Q. But that's okay. You didn't know that to be the case, correct?
**A. No.**
Q. Okay. Did you ever --
**A. So -- I'm sorry.**
MR. ASAY: Let him finish his question.
BY MR. BELOW:
Q. Yeah. I mean, he can ask me a question. That's fine.
**A. No. Go ahead.**
Q. With respect to the shows again, who was the agreement with in your mind? I know it's not in writing anywhere, right?
**A. The agreement about the shows?**
Q. Yeah.
**A. It was between me and Kevin.**
Q. So just you and Kevin?
**A. Me and Kevin. Yes.**
Q. What about The Word Network?
**A. Kevin is The Word Network.**
Q. So you understood that it was between you and Kevin --
**A. Yes. The Word Network.**
Q. -- and Kevin was The Word Network?
**A. Yes. Kevin is The Word Network. I was talking about Kevin is The Word Network.**
Q. You understand that Kevin is the sole shareholder of The Word Network, is that what you think?

Page 33

**A. That's what I think. Yeah.**
Q. Do you know who owns The Word Network?
**A. Kevin tells everyone that he owns The Word Network.**
Q. Right. That's a different question, though. Do you know who owns The Word Network?
**A. I assume that Kevin owns it.**
Q. But you personally don't know, correct?
MR. ASAY: Object to relevance. Answer, if you know.
**THE WITNESS: I --**
BY MR. BELOW:
Q. Just say you don't know?
**A. I don't know. I know what he told me.**
Q. No. I understand. He told you what he told you, I'm the owner?
**A. Every day, every week, all the time.**
Q. Okay.
**A. Mine. Mine. Mine. You -- this is mine. That's him.**
Q. Okay. Same question for Word Network church, do you know who owns The Word Network church?
**A. I don't know who owns The Word Network -- I just found out a few minutes ago from you that The Word Network church is a nonprofit at the studio.**
Q. Well, The Word Network church is a defendant in your lawsuit that was commenced in 2022. So you're telling me that you

Page 34

first learned of this today or back in '22?
**A. That is a nonprofit church operating -- I know they called it The Word Network church. A church to me -- I'm sorry.**
Q. Okay. All right. That's probably neither here nor there right now. Maybe we'll get into something else where you can tell me your definition of what a church is, but The Word Network church, a Michigan nonprofit corporation is a defendant in this lawsuit?
**A. Yes.**
Q. Do you understand that?
**A. Yes. I do.**
Q. And this lawsuit was commenced in 2022. Do you recall that?
**A. I'm not sure.**
Q. Do you know when this lawsuit started?
**A. I can't recall, but I knew we started -- I know we sitting here now.**
Q. George, I'm just asking you because you said today is the first day you ever heard of that?
**A. Heard of what?**
Q. The Word Network church.
**A. No. What I was saying that it was a nonprofit -- a church to me is people, deacons, ushers, a church. A church.**
Q. All right.
**A. That's what a church is.**
Q. With congregants.

Page 35

**A. That's correct.**
Q. Okay.
**A. Members tithe paying, auxiliaries. That's what a church is to me.**
Q. What's an auxiliary?
**A. Usher board, choir, deacons, children's ministry.**
Q. Does Bethel have all those things?
**A. All of those things.**
Q. Okay. With respect to the agreement on the shows -- I'm going to continue along this same line.
**A. That's fine.**
Q. Did the agreement change after 2011?
**A. I'm sorry. Ask again.**
Q. We just explained the couple big terms of the agreement regarding the shows, right? We just talked about it, that the hotel expense, the air expense.
**A. When I first started it was hotel expense and air expense, but as we began to build --**
Q. Right. So I'm asking you did it change? So tell me about that now.
**A. Yes. It did. Yes. It did. It changed because, when I got there, there was nothing there but a two-hour program that Greg Davis had started and Kevin was allowing to go on.**
Q. Okay. That was the Friday show?
**A. That was the Friday show.**

Page 36

Q. Okay.
**A. I get there and I take the Friday show to monetize it, for better words. We get the people -- he has to put in a call center to handle the calls. We turned it into live reaction. I'm sitting here, but I'm like in your living room. Take a topic, I preach for 15 minutes, have guests that comes on, have a call to action, an offering, etc.**
Q. So people make pledges. They call --
**A. Make pledges. None of that was going on before I got there. None of it.**
Q. So when did that get off the ground, like 2012?
**A. 2012 it started really kicking.**
Q. And so we'll just say pledges begin. I understand there's a little more to it that you've explained. So were there any other changes in the arrangement as pledges and exposure sort of grew?
**A. Well, you have to keep the audience engaged and you're trying to build somewhat of a partners base.**
Q. So that's content?
**A. Huh?**
Q. That's content?
**A. Yes. And so I had books.**
Q. Okay.
**A. So I would do a program -- I'm going to take you 31 days in the book of proverbs. There's 31 proverbs. I'm going to go**

Page 37

**31 days in the Book of Proverbs, and I had a book called the Wisdom Walks, and so they going to walk with me for 30 days, and on Friday we're going to have a discussion what that proverb, what that devotion was on that day.**
Q. So let me ask you for a second here, the Wisdom Walks is based on the proverbs?
**A. It's a book that I wrote. It's based on the Book of Proverbs.**
Q. Okay.
**A. So it's 31 proverbs, 31 days in the month.**
Q. Right.
**A. So we take a month, there's like 31 days in May, and we will do 31 days in the Book of Proverbs.**
Q. And you're the author of the Wisdom Walks?
**A. Yes. I am.**
Q. And did you write that by yourself or did you have assistance?
**A. I have assistants that help me writing it.**
Q. Okay. Who helped you author the Wisdom Walks?
**A. I don't know how to answer the question. What do you mean who --**
Q. Yeah. Did you write it yourself or did other people assist in --
**A. Well, I'm talking into a tape recorder and stuff like that, and then they transcribe it. So you do a series of messages**

Page 38

**on it, and then the transcribers write it.**
Q. So you are the author of it?
**A. Yeah.**
Q. So when did the Wisdom Walks and that type of content start taking off?
**A. Like about --**
Q. 2012?
**A. The last part of '11, going -- let's say 2012 and then on.**
Q. So the pledges begin, the Wisdom Walks, the 31 days, 31 --
**A. Pledges. I won't say pledges. Seed offerings because pledges is like you pledge -- I wasn't doing pledges.**
Q. Okay. Seed offerings?
**A. Yeah. Seed offerings.**
Q. That's fine. We'll change it. Okay. And so what else? Did things change after 2012?
**A. Well, let's go back to the Wisdom Walks for a few moments, if we can.**
Q. Sure.
**A. So it was 30-day lessen. So we asking the folks who were watching your faithful seed of a dollar on a day. So it's $31 and we partner for you for this 31 -- what you call it -- what's behind it is to engage a number of people to turn them into the partners with The Word Network like TBN, CBN, TCT, those other networks that I would make appearances on. So I knew what they were doing. I wasn't creating the wheel. I**

Page 39

**knew what they were doing, but it wasn't going on over here. And so I wanted to bring that kind of program over.**
Q. So CBN, isn't that Robertson?
**A. Yeah. Pat Robertson.**
Q. And you appeared on CBN?
**A. Yes.**
Q. 700 Club?
**A. Yes.**
Q. Any time recent?
**A. Um-um.**
Q. When was the last time you were on CBN?
**A. It was in -- long time ago.**
Q. Okay.
**A. But it won't be hard to find and pull it up.**
Q. Okay.
**A. So programs like that worked, and so Kevin would come and say what's next. So I had the book. So I would say for your faithful seed of -- I'll just throw a number out -- for your faithful seed of $88 --**
Q. Um-hum.
**A. -- we're going to send you this book and a prayer cloth and we're entering into this covenant with you for the 30 days, and the phones would get to ringing. And so the agreement was, he gives me $10 for the book, he keeps the $77 that's left over from it or whatever -- if it was 88 -- I get 10 off**

Page 40

**of each product that I gave him.**
Q. Okay. So -- and then you had to buy books from the printer?
**A. That's correct.**
Q. And -- we'll just use the Wisdom Walks for a second.
**A. Okay.**
Q. Right? That was 10 bucks a pop, if you would?
**A. That comes to our ministry.**
Q. Right. And The Word buys each of the Wisdom Walks book for $10 a piece?
**A. Um-hum.**
Q. You, in turn, order those from the printer?
**A. Correct.**
Q. And what are you paying the printer for each book?
**A. Dependant upon how much I bought. So if I bought a great allotment, I can get it as low as say maybe buck 50, buck 70, but if not, then maybe 250 to $3. So I kept in my mind a 3 to 1 principle.**
Q. Yeah. So like 1.5 to 3.00, like a buck 50 to 3 was kind of your -- is that a fair statement, was the range on these books?
**A. Yes.**
Q. Okay. And we'll get into that just a little more, but let's kind of keep going with the shows. So did the shows or the show related agreement, did it change after 2012 like -- so we get the Wisdom Walks going, we probably start getting

Page 41

other books going?
**A. Yeah.**
Q. Right?
**A. Offerings going. So he goes and he builds this -- starts building a call center. So he if builds a call center, because he was outsourcing something, but now he wants to bring everything in, so he gets that going, and then he would call me at home. He says, so what you going to do for the show, what do you think we got going, you got anything going, what we going to do.**
**I say, okay, well, maybe we'll do -- or Easter is coming up, so let's prepare ourselves for a campaign for Easter, from Passover to Pentecost.**
Q. Okay.
**A. So that includes Good Friday, Easter, and then 50 days until Pentecost, which is another Christian festive holiday, and you come up with -- he never listened to those things. It was just, all right, do it, but he just wanted to know what we were actually going to be doing.**
Q. Okay. And the call center, when would it, again, roughly, would that have started around 2012 or 2013 maybe?
**A. Thereabout.**
Q. And your understanding was that the call center -- well, you can tell me if I'm wrong. The call center was just for your show or would that have been for really anytime somebody

Page 42

wanted to call and made an offering?
A. **I don't know what, but I do know that there was no call center and nothing until I started this. This was bare, nothing.**
Q. This wasn't a call center, say like when Greg Davis' show was on?
A. **Um-hum.**
Q. They had used a third party to do that, to your understanding?
A. **Yes.**
Q. But you weren't really there at the time, right?
A. **No. I wasn't there.**
Q. Okay. But that was your --
A. **But I know Greg Davis.**
Q. Right. And that was your understanding of how that was going before you showed up?
A. **That was the fact of what was going on before I showed up.**
Q. According to Greg Davis?
A. **According to everybody.**
Q. Okay.
A. **Kevin included.**
Q. Kevin included. Okay. And so the call center on site starts?
A. **Um-hum.**
Q. Let's go back to just sort of the show arrangement before we

Page 43

maybe get into the books a little more.
A. **Okay.**
Q. I know that on the show you do promote the sale or seed offering for books and some other things, too, and we'll get to that, but I want to just stick to the show for just a little bit more, just the show idea.
Did you, with respect to each show, were you paid any amount of money for just doing the show?
A. **No.**
Q. And was that always the case? You did the show, just the show, for free, correct?
A. **I had a program called Spiritual Authority that came on six o'clock on Sunday mornings, so he -- that show, morning show was free because I was doing the other shows. So he was compensating me with that show. So he said you don't have to pay for your -- when I started bringing in the revenue and what have you, he said your Sunday morning six o'clock show on Sunday mornings, you don't have to pay for.**
Q. The Sunday morning would have been at Bethel, correct?
A. **Well, it's a program that we put together, so it's from all over the place, but it's my ministry show.**
Q. And that's the GG Bloomer Ministries?
A. **Um-hum.**
Q. And does GG Bloomer Ministries minister out of any other location other than Bethel?

Page 44

A. **GG Bloomer Ministries ministers everywhere. It's my itinerary ministry.**
Q. Does GG Bloomer Ministries have a home base?
A. **Yeah. North Carolina.**
Q. At Bethel?
A. **Yes. But it's two separate ministries.**
Q. What does GG Bloomer Ministries do at Bethel?
A. **Nothing. I mean, we might have a conference and rent the facility where we're doing our conference. GG Bloomers Ministries is George Bloomer out on the road making appearances. That's what that is, and I'm the pastor of Bethel Family Worship Center.**
Q. Okay. And GG Bloomer Ministries, did they produce or like -- yeah -- produce a show on a weekly or monthly basis like that, you know, like to the masses?
A. **Yes.**
Q. And what platform do you use?
A. **What do you mean?**
Q. Do you use like YouTube?
A. **I'm not understanding. You mean how --**
Q. I'm sorry. I'm being kind of clunky, but how does GG Ministries do it's ministry, like what does it do? Do you go to different churches?
A. **Yes. Yes.**
Q. Well, tell me about it.

Page 45

A. **Made me laugh about that. I'll explain it this way --**
Q. Explain it however you want. I'm just trying to understand.
A. **Yes. So if I put out a recording, if I worked for Motown or something like that, and you put a recording out, they play the recording on the radio. The recording is a hit. So now people want to see the artist. So now we at windows of opportunity. You at the -- so the same principle functions inside the church. We have a preacher who's on television or he might did some appearances or he might put out a CD on a topic --**
Q. Um-hum.
A. **-- then other churches find out about him, and they call him to come in. So my obligation to my church is Tuesday nights and Sundays, so I have the rest of the week that I'm free, if I don't have counseling sessions, to go and make appearances, but we don't do it under the heading of the church. We do it under the heading of my own ministry.**
Q. GG Bloomer Ministries?
A. **GG Bloomer's Ministries.**
Q. Okay. I understand.
A. **So that's how that is.**
Q. Okay.
A. **Now, if I go and I preach at First App, and I take the video, I turn it over to our editing people, they turn it into a program, then we air it on a television. And so, I had a six**

Page 46

**o'clock in the morning program on The Word Network. And when things started rolling, the six o'clock in the morning program became a way of him saying that's free, you don't have to pay that again. I don't remember what it was, maybe about $2,000 a week or something like that, you don't have to pay that.**
Q. Yeah. I think it can vary, but it's -- and you can tell me if I'm wrong, but the cost for air time is like between two and five grand for half hour or an hour slots?
**A. Maybe at The Word Network.**
Q. Yeah.
**A. If you talking about TBN or you're talking about Daystar, that's a whole another ball game.**
Q. Are they more or less?
**A. More.**
Q. Okay. All right. Well, in any event, people that would get slots at The Word Network would pay for them, right?
**A. Yes.**
Q. Okay. But you didn't pay for your slots?
**A. I did pay for my slot until --**
Q. Okay.
**A. -- when I started generating revenue --**
Q. Okay.
**A. -- for the network.**
Q. Okay. So when did you stop paying for slots then?

Page 47

**A. Stop?**
Q. Stop. Yeah. Paying for the slots, just paying for the basic slot?
**A. I believe I was on The Word Network in like 2001 or 2002 up until about 2011. So maybe '13 or something like that.**
Q. Okay. So you were paying for slots periodically for the 10 years leading until 2011?
**A. Yeah. I was one of the first people on The Word Network.**
Q. And you were like anyone else that came in, you bought a slot --
**A. That's right.**
Q. -- and did your gig?
**A. That's correct.**
Q. I don't mean to be pejorative, but you did your preaching or your ministry, and you paid for it on a monthly basis or however the arrangement went, by contract, right?
**A. Um-hum.**
Q. Do you remember you had written contracts for that?
**A. Yeah. It was with the girl who brought me in to meet Kevin.**
Q. It's like an airtime broker, right?
**A. Right. That's correct.**
Q. Yeah. Okay. All right. So as we look at this agreement or this arrangement for shows beginning in 2011, you take over for Greg Davis, and you're not paying for time, correct?
**A. I am paying for time.**

Page 48

Q. Okay. So you did pay for some time going into the new show in 2011?
**A. '11, '12, maybe I started paying maybe in '13.**
Q. So let's just stay 2011 to 2013 maximum, you were paying for slots like everybody else?
**A. That's correct.**
Q. And so at some point in time that changed, right?
**A. Um-hum.**
Q. And that changed say around 2013, give or take, and it changed -- and correct me if I'm wrong -- but it changed because your seed offerings and the book arrangements were bringing in revenue, correct, such that you didn't pay for the slots?
**A. I didn't pay for the slot because I went to Kevin, and I said what are you going to give me.**
Q. Okay.
**A. What are you going to give me, we're doing all this and stuff like that. And he says, okay, well, take a look and see what your -- what your day shows is. Your --**
Q. Like the offering revenues or something?
**A. No. No.**
Q. Sorry.
**A. We'll look at what are you paying for your weekly show, the Spiritual Authority, and it was about 2,000 or something I was paying back then.**

Page 49

Q. Okay.
**A. And he says, okay, you don't have to pay that anymore. That will be free to you --**
Q. Okay.
**A. -- you keep on doing the show, and you pay me for -- I pay you $10 -- I was the one that suggested about the $10 because I wanted three to one. If we got paying 3 bucks for the -- what you call it -- I needed 9 in order to keep our thing going. So that was that.**
Q. You had to have your own profit in there?
**A. Hum?**
Q. You wanted to build in your own profit?
**A. Yes.**
Q. Okay. Okay. So that changed. And did -- and other than -- so as of the time that that changed, around 2013, for you to not pay for slots any more, right?
**A. Slot.**
Q. A slot. Okay. Sorry. At around $2,000 a month?
**A. Yes. I think so.**
Q. Okay. You received air time, and for each of those shows, from that day forward, for the shows, you didn't pay for it, and Kevin wasn't obligated to pay you for it, correct?
**A. He was obligated to pay me for it as long as I was doing the Rejoice in The Word on Friday nights.**
Q. And how did he -- what was his obligation for payment? What

Page 50

was he obligated to pay you?
**A. That my show was free.**
Q. Okay.
**A. I went to him about -- I'm generating revenue and stuff like that, I got to get something out of this.**
Q. Okay.
**A. And he said we'll take a look at -- you paying money out of pocket, that's free.**
Q. So he waives that?
**A. As long as you keep doing Friday night.**
Q. Okay. Okay. All right. And then was there any other payment that he owed you, payment being sort of a relative term there, the payment in this case is that he waived the time slot charge?
**A. He waived the time slot charge, so that was payment for the -- and he said, you know, we going to grow together, so as we grow, we going to do other things and the funds are going to come in, blah, blah, blah, blah.**
Q. And that was then getting into him buying the books at $10 a pop?
**A. Well, he's already buying the books at $10 a pop.**
Q. Okay.
**A. Remember the way that books came into play --**
Q. Okay.
**A. -- is that I engaged the -- let me say it this way. Kevin is**

Page 51

**the guy who sat in the office. Greg was the guy who sat out front.**
Q. Okay.
**A. But they didn't -- I don't know what they were doing. When I came along, I brought the model from the other networks that I had been on going and moving products. I could go to TBN and sit on the set with Rod Parsley and share a book, and that's on Tuesday. By Friday, TBN is calling me ordering 1,100 books.**
Q. Okay.
**A. It's that model that we took and brought it over.**
Q. Okay.
**A. But it didn't start off with the books. I just engaged the audience to give an offering. And on a Friday night, I hit them with an offering and they brought in like between 18,000 and 20,000. The next day Kevin was calling, what did you do, how did you X, Y, and Z. That opened up so we could have that actual discussion with him about building a ministry that would connect, so we could have the traffic back and forth, call and response and what have you.**
Q. All right.
**A. That's how that happened. So by the time that, when I went back to him, and I said, you know, each -- we're doing this, what you are going to pay me, what are you going to give me. He said, well, let's first look at your Spiritual Authority**

Page 52

**-- you call it now -- Spiritual Authority program.**
Q. The Saturday morning?
**A. Sunday morning.**
Q. Sunday morning?
**A. At six o'clock. So that was fine. He says do this as long as you do the Friday night.**
Q. Okay. So --
**A. And we're going to -- no -- he had more. And as we grow, we're going to do great things together, because he was excited. He had never brought in any revenue on the program. Now we got the revenue thing going.**
Q. So there was excitement. I understand what you're saying. There would be more offerings coming in, and you would have the Friday night slot fee waived?
**A. No. The Sunday fee would be waived. The Friday night is his.**
Q. Oh, I see because it's at their location, right?
**A. Not only at their location, the Rejoice in The Word is his program. That's Kevin's program.**
Q. All right. You're helping me out. So the Sunday show --
**A. Is mine.**
Q. -- the fee is waived?
**A. The fee is waived.**
Q. All right. And then, so as far as like actual monetary payments for just the shows, Kevin or The Word was not

Page 53

required to actually pay you any dollars, and likewise, you were not required to pay them any dollars?
**A. Ask the question again because he's -- the payment -- for payment is he's freeing the Sunday and I'm facilitating the Friday.**
Q. Right. But nothing more than that, correct?
**A. Revenue on the books because it was my book.**
Q. Right. We're going to get to the books.
**A. Yeah.**
Q. But just the show proper?
**A. Right.**
Q. Nothing more than that?
**A. Nothing more than that to start --**
Q. We're going to get to the books.
**A. -- off with. Nothing more than that. Correct. Yes.**
Q. So then did it change then again after 2013 and the arrangement we just discussed?
**A. Yes. It changed, because I went to him and I said, let's do -- let The Word Network do a bible. Kevin says, ah, you don't need a bible, what do you need a bible for. People will pick up their phone and they get the bibles on the phones, nobody's is going to -- I said, Kevin, you do not understand what you're saying. Oh, I know, I started, I been doing it -- I said, Kevin, Christians carry a bible, and it's a branded bible from The Word Network that brings them into**

Page 54

**partnership with us.**

**He goes -- because I had this deal with -- the person is passed away now -- the bible guy. We sold bibles for years together. They brought him in, me and him sat on the set, did a show, put it on the air. Put it on the air. A week later, Kevin Adell is on the phone to me. Hey man, we moved 500 bibles this week.**

Q. Do you know when that was? Was that maybe starting in 2014?

**A. I don't know the date when it started. I know it started, and there's tons of videos on it, with me and Getty selling the bibles together.**

Q. How close in time was the -- I'll call it the branded bible, is that all right? Is that what we're talking about?

**A. Um-hum.**

Q. The leather covered?

**A. All of them were leather covered.**

Q. How close in time to the call center being started were those offered? Were they at the same time or was it the bible come out a little after the call center was setup?

**A. The call center was already up.**

Q. Already up?

**A. Yeah.**

Q. So it's in like 2014 then roughly?

**A. I don't know when the call center -- the call center -- I can't answer that.**

Page 55

Q. Okay. But, eventually, you moved in to selling some bibles, the branded bibles?

**A. Um-hum, that he didn't want to sell.**

Q. Right. And you -- I don't know -- you talked him into it now?

**A. Um-hum.**

Q. Yes?

**A. Yes.**

Q. Okay. Now --

**A. So when the bibles sold --**

Q. Yeah.

**A. -- when the bibles, he called me on the phone, he said we did 500 bibles. I said I told you, and that's the only thing we can move. How much am I going to give you off the bibles. He said I give you $10 off each of the bibles.**

Q. Okay.

**A. That's what he said.**

Q. Now, the bibles, did you get the bibles?

**A. They got the bibles. The only product that I had in my hands was my own product. So Witchcraft in the Pews, Wisdom Walks, Living by The Word, a Daily Word, because I moved on the network -- I wrote 76 books. So I moved on the network different titles. We'd make up a program sort of like PBS, you know PBS will have a Suze Orman will come in and she'll do a whole -- and then offer a package. That's what we were**

Page 56

**doing.**

Q. Okay.

**A. So yeah.**

Q. Okay. Let me go back to the shows just briefly. Let's just -- let's have you look at an exhibit just to sort of break up some of our -- we're just going to make this Exhibit 1.

DEPOSITION EXHIBIT NUMBER 1 WAS MARKED BY THE REPORTER FOR IDENTIFICATION.

BY MR. BELOW:

Q. For purposes of identification, Exhibit 1 is from the text messages between George and Kevin Adell. Exhibit 1 is identified as bates number WNC 200 through 204. I'd like for you to keep these.

MS. EMPEY: It's 203.

BY MR. BELOW:

Q. Pardon -- 200 through 203. All right. George, you've had a chance to look at Exhibit 1, correct?

**A. Yes.**

Q. Now, do you recall -- I know you spoke already of Kevin pulling a show for this or that. Do you recall this exchange in or around October 21, 2015?

**A. I recall, yes, and a few times things like this.**

Q. Right. And it says, quote, wow, did I do something wrong, they pulled my showed today. People call in my ministry. I'll just end it there.

Page 57

**A. Well, I was doing a two-part series, so it's connected to --**

Q. But were you shocked a little bit then, like when you said wow, that the show was pulled? What was your -- what were you thinking?

**A. Pissed was more the feeling that I was feeling.**

Q. All right. And --

**A. Because this is his behavior, not just to me, to preachers all everywhere. You look up, you already paid him, look up, and your show is pulled, because it's his network. He does what he wants to do.**

Q. All right. And you couldn't do anything about that, is that what you're saying?

**A. Other than call him and ask him what was going on.**

Q. I mean, you could have walked out on him, right, if you didn't like the way that he was doing business, right?

**A. I could have walked out on him?**

Q. Yeah. I mean, you could have ended the relationship at any time, right?

**A. I could have.**

Q. But you didn't, right?

**A. No. I didn't.**

Q. So you accepted this kind of behavior and moved forward?

**A. Kept it moving.**

Q. Okay. Did you say you kept it moving?

**A. Um-hum.**

Page 58

Q. All right. And if I told you there were -- let's just, since
we've started down this road, let's go with the next one,
Amanda, which is 277. Thank you, George. We're going to
have another exhibit in just a second. Are you good? Do you
need to use the restroom or anything?
MR. ASAY: I was thinking, we've been going about
almost an hour and a half so --
MR. BELOW: Yeah. Let's take -- a restroom break
anyone?
(An off the record
discussion was held).
DEPOSITION EXHIBIT NUMBER 2 WAS MARKED BY THE
REPORTER FOR IDENTIFICATION.
BY MR. BELOW:
Q. George, it looks like you might still have a question or want
to clarify something on Exhibit 1? I want you to feel free
to do that. Did you have something that you wanted to talk
about on Exhibit 1?
**A. Yeah. I want to ask a question --**
Q. Sure.
**A. -- when he says just wanted to make some money, laugh out**
**loud.**
Q. Yeah. That's on page 201?
**A. 201.**
Q. Yeah.

Page 59

**A. And okay. And then on 203 --**
Q. Um-hum.
**A. He says a little short, needed to make some change, no big**
**deal.**
Q. Right. That's on page 203?
**A. 203, right.**
Q. So what's the point of clarification on that?
**A. What show did he pull?**
Q. Oh, I don't know.
**A. He pulled my personal show, not his show.**
Q. All right. So he pulled the Sunday morning show?
**A. That's correct. Where I have the call center that engaged**
**and what have you.**
Q. Right. The call center for your --
**A. For my ministry --**
Q. Right.
**A. -- because I don't use his call center. The Sunday show is a**
**whole different show.**
Q. But in your arrangement, he had the ability and the authority
to do that, correct?
**A. Not now that we have the Friday show going. Remember the**
**Sunday show is compensation for the Friday show.**
Q. Right.
**A. Can I just not show up and not do the Friday show when the**
**Friday show is supposed to be live?**

Page 60

Q. Okay. And so what did you do about that?
**A. What did I do about what? About this?**
Q. Yeah.
**A. I just had a discussion with him about it.**
Q. Right. But you couldn't force him to keep your show on on
Sunday morning, correct?
**A. Um-um. If he pulled -- what you call it -- then I would pay**
**for the show again, because I wanted the show to stay on.**
Q. Okay. Right.
**A. But I just wanted to be clear that this was not his show that**
**he pulled, it was my show that he pulled --**
Q. Right.
**A. -- and he pulled it when he got ready to pull it, but I was**
**still in place to do the show that I was supposed to do for**
**compensation of this show is my point that I'm making.**
Q. And I appreciate you making that clarification, but I'll go
back to the same point, and that is that Kevin could pull
your show at any time if he wanted to, and you had no
recourse for that, correct?
MR. ASAY: Asked and answered, but go ahead.
**THE WITNESS: Say it again. I'm sorry.**
BY MR. BELOW:
Q. You could not force Kevin to keep your Sunday show on The
Word?
**A. Right.**

Page 61

Q. Correct?
**A. Could Kevin force me to keep his show on Friday nights?**
Q. No.
**A. No.**
Q. Right.
**A. Right.**
Q. Okay.
**A. But integrity puts us both in positions where you said you're**
**going to do this, I say I'm going to do that, and we do what**
**we say we're going to do.**
Q. So it was more an arrangement of integrity as opposed to
contract?
**A. It was a contract.**
MR. ASAY: Objection. Go ahead.
BY MR. BELOW:
Q. But it's a contract that either party could break at any time
as you just explained?
**A. Well, he could break it.**
MR. ASAY: Same objection. Go ahead.
BY MR. BELOW:
Q. But you could, too?
**A. I wouldn't do that.**
Q. No. I understand, but you --
**A. I wouldn't do it --**
Q. That's a different --

Page 62

**A. And I wouldn't do it and I didn't do it.**
Q. Hold on. Hold on. That's a different question.
**A. I wouldn't do it -- it's the same question. I wouldn't do it --**
Q. It's not the same question.
**A. It's the same question.**
Q. The question is could you have walked away from doing Rejoice in The Word at any time. And you've already answered that, but you seem to be forgetting the way you answered before.
**A. I'm not forgetting.**
Q. I want you to answer the question.
**A. I'm asking the question.**
Q. No. You're not. You're not answering my question. You're telling me what you said you would do.
**A. I'm answering the question predicated upon this discussion that we're having right here. I was the one that brought this back up.**
Q. Yes. You did, and I let you do that.
**A. And I wanted to make it clear, that the program that was being pulled was my program --**
Q. At Bethel?
**A. No. Not at Bethel. My program on Sunday morning. My Sunday morning program with our call center, my program, Spiritual Authority, which was now in contract with Kevin with the program that I do on Friday nights. So he pulled the program**

Page 63

**while we were in the middle of a series. I have a call center that I have to pay. I find out that the program is not on because people are calling us telling us the program is not there.**
Q. Okay.
**A. And he responded to how he responded to. That's what I'm saying that's why I brought him back to that point.**
Q. So did you sue him for that, for pulling your show?
**A. Did I sue him for pulling the show?**
Q. Yeah. Well, I see that -- I understand that you're explaining that these two things were tied together. Okay. As I said, I disagree that that's a contract, but we don't have to quibble about that. If Kevin -- and we went over the fact, that if Kevin pulls your show, there's nothing you could do about it. Okay. And if you refuse to do the Rejoice in The Word, there's nothing Kevin could do about it, correct?
**A. He could pull my show.**
Q. Yes. We've got that. There's two pieces here.
**A. Yeah.**
Q. Kevin could pull your show at any time and he could pull you off Rejoice in The Word, too --
**A. Um-hum.**
Q. -- without any recourse by you, correct?
**A. Right.**

Page 64

Q. And conversely, you could refuse to show up at Rejoice in The Word, and Kevin couldn't make you do Rejoice in The Word, correct?
**A. He could pull my show.**
Q. Other than that?
**A. Right. Other than that.**
Q. Okay. Fair enough. But I suppose, you could -- if The Word is okay with it, you could go back to paying your $2,000 slot for your show?
**A. Yes.**
Q. On Sunday morning?
**A. That's correct.**
Q. Okay. Good. All right. Let's go to the next exhibit, Exhibit 2, for identification purposes, is bates number WNC 277. This is from the texts between George Bloomer and Kevin Adell. It's dated October 21, 2016, 7:45:29 a.m. George, if you can take a minute or two and just kind of read through that and we'll have a question or two on it.
(An off the record discussion was held).
BY MR. BELOW:
Q. Back on the record. George, have you had a chance to look at Exhibit 2?
**A. Yes.**
Q. Okay. Do you recall what the discussion was at or around

Page 65

that time of October 21, 2016 in Exhibit 2? Let me turn your attention to one of the sentences in there, if that's okay?
**A. Yeah.**
Q. Okay. Quote, I'm actually begging you prime time slot, just one somewhere between the hours of 8:30 and ten o'clock. Do you see that part?
**A. Yes.**
Q. Okay. So what's that all about, you're begging Kevin for time. Take me back to that, if you can.
**A. I can't. I have to recall this thing here. One second, sir. And your question was? I'm sorry.**
Q. Well, bringing you back to the question. I'm actually begging you -- quote, I'm actually begging you, prime time slot, just one somewhere between the hours of 8:30 and ten o'clock. What was that about?
**A. Okay. If you go up to the top of the text, I was talking about building a show.**
Q. Okay.
**A. We had had some conversations about doing like popup telethons like, so I would come up with a show -- what have you -- and we do a popup. I'm using the wrong term for popup.**
Q. Okay.
**A. Anyway, I'll throw this out there, in prime time, and we had discussions back and forth and so on and so forth like that.**

Page 66

**So in this text here, I'm talking about doing a huge show, paying the people that we owe money to, to get people back up and to do a prime time show, so we can generate funds for the network. That's what this was about, this text right here.**
Q. I guess this is more in line with Kevin really has to approve everything, is that fair?
**A. Oh, yeah. It's not my network.**
Q. All right. Let's look at the next exhibit, which is 279 to 290, Amanda.
DEPOSITION EXHIBIT NUMBER 3 WAS MARKED BY THE REPORTER FOR IDENTIFICATION.
(An off the record discussion was held).
BY MR. BELOW:
Q. Did you have something else on Exhibit 2, George?
**A. Always have something else.**
Q. Okay. Maybe if we want to get done today --
**A. Right. Right.**
Q. -- but I do want you to tell me something, if you think it's really important. So if you want to share or ask for a point of clarification on 2, that's fine, on Exhibit 2.
**A. No. I'm fine.**
Q. Okay. Let's go to Exhibit 3. Exhibit 3, for purposes of identification, is bates numbers WNC 279 through 290. I will want to bring your attention to -- see, we don't have that

Page 67

page actually, do we? Okay. Actually go to page 281, George. Well, let's just start at the top 279, first page.
**A. Can I look at it first?**
Q. Sure. Sure. Have you had a chance to look at that Exhibit 3?
**A. Yes. I did.**
Q. Do you recall when there was -- Exhibit 3, for identification purposes, is also dated October 24, 2016. It's from the texts between George and Kevin Adell. George, do you remember asking Kevin to have a show regarding the election?
**A. Yes.**
Q. Okay. And what was his response?
**A. No.**
Q. And with respect to like page 281, do you recall the text where you said, quote, you can't win the presidency without the blacks, ha, ha, ha. Do you remember that statement?
**A. Yes.**
Q. Okay. And did you feel as though that that was something that you could talk with Kevin about, that is say the black vote for the presidency in this way?
**A. Yes.**
Q. Did you have a pretty close relationship with Kevin?
**A. I wouldn't say a pretty close relationship with him.**
Q. What did you call it?
**A. We had a relationship.**

Page 68

Q. Do you recall Kevin saying that we needed to stay in the middle on this?
**A. Yes.**
Q. And that The Word Network is above that kind of thing?
**A. Yes. And then we did the show.**
Q. Okay.
**A. And then we did this press show.**
Q. Okay.
**A. We did this press show because he saw the revenue in it. And then we did the show.**
Q. Did you tell him about the revenue?
**A. He tells me about the revenue.**
Q. Okay. So when he said no, that is shown on Exhibit 3 --
**A. Uh-huh.**
Q. -- what happened after that?
**A. What do you mean what happened after that?**
Q. So you're saying --
**A. We did the press show with all the preachers and everything like that coming in.**
Q. Okay.
**A. Jesse and all them came in. We did this.**
Q. All right. But --
**A. He said no --**
Q. He originally said no?
**A. He originally said no, and then turned around and did the show.**

Page 69

Q. And did you ask him to reconsider?
**A. Huh?**
Q. After he said no, did you ask him to reconsider?
**A. He called me and told me we were going to do it.**
Q. Okay.
**A. And then we did the show.**
Q. Yes. I understand. So he reconsidered and that's that?
**A. I don't know what you mean when you say that's that. We did the press show. We had all the prayer, the preachers -- what you call -- the politicians --**
Q. You did the prayer show --
**A. We did this same show --**
Q. -- November --
**A. -- and he said --**
THE REPORTER: One at a time.
MR. BELOW: I'm sorry.
MR. ASAY: Let him finish, and then you answer, and he'll do the same.
BY MR. BELOW:
Q. And you're saying that he called you telling you that he had reconsidered after he had said no as shown on Exhibit 3?
**A. That's correct. We did the show.**
Q. You're becoming animated, so is there something wrong with him reconsidering? I'm just kind of curious why you're

Page 70

slapping the table. He reconsidered. So what's the point in your animation?
**A. What's the point in you bringing the texts up, because he said no, but then we did the show. So he said we should stick to religion.**
Q. Right.
**A. Okay.**
Q. Right.
**A. And then we still did the show.**
Q. Right. Well, you're not allowed to ask me what my motive is in asking these questions.
**A. Okay. I apologize.**
Q. But --
**A. I really, really do apologize.**
Q. You don't need to apologize. It's just really not how it goes. You can take my dep another day.
**A. Okay.**
Q. Okay. The reason it was brought up, sir, is because Kevin calls all the shots, and that's the agreement, isn't it?
**A. That's how it goes.**
Q. Yeah. Okay. All right. Well, let's look at the next exhibit, because exhibits are so fun.
George, would you say -- let's even look at 2017 or some of the dates of these exhibits that we've looked at. Do you think that you had a good relationship with Kevin?

Page 71

**A. Yeah. I think I tried to.**
Q. Okay.
**A. Yeah.**
Q. All right. Was it more good than bad in your opinion?
**A. It was do what I say or get the hell out of my face.**
Q. Okay.
**A. That's the relationship.**
Q. All right.
**A. And I knew how to move around that, and I did.**
Q. Right. Okay. Let's look at this one, 117.
DEPOSITION EXHIBIT NUMBER 4 WAS MARKED BY THE REPORTER FOR IDENTIFICATION.
BY MR. BELOW:
Q. All right. We're going to have another exhibit here, Exhibit 4. Can you take a look at that George, Exhibit 4. Exhibit 4, for purposes of identification, is WNC bates number 117 dated -- one page dated February 27, 2015. It is from the collection of texts between Kevin Adell and George Bloomer. Do you recall this text where it says, quote -- it starts with you thanks -- thank you is probably missing there -- but thank you, and you can correct me if I'm wrong, thank you for this opportunity. Promise you I'm going to make you proud and not do the bullshit that others have done. Thank you. Love you, man, four exclamation points or three -- three. Okay. What is this about?

Page 72

**A. This is about him going on -- he was very upset about people that was leaving, going over to the Impact television network, and things that he had done for people, they didn't do it for him. And so there was a strip that was on -- I think it was on -- if I recall, I think it was -- this is --**
Q. 2015.
**A. '15. There was a program that he had on with Darrell Scott and the family, and it had gone really, really, really bad. And so I stepped in. He shared the whole situation what was going on, and so and so, like that was what this text was about.**
Q. All right. Now, I see these phrases like thank for the opportunity.
**A. Um-hum.**
Q. I see the phrase love you, man?
**A. Um-hum.**
Q. Do you feel this was an indication of a good relationship between you and Kevin or is this just something different?
**A. Ask me the question one more time.**
Q. Do you think that this is an example --
**A. Somebody does something for you, you say thank you. Oh, I'm sorry.**
MR. ASAY: Just let him finish his question.
**THE WITNESS: I'm sorry.**
MR. ASAY: That's okay.

Page 73

BY MR. BELOW:
Q. Okay. So this is an expression or thank you?
**A. Hum?**
Q. This is an expression of thank you to Kevin?
**A. Um-hum.**
Q. And when you say thank you, do you, typically, also tell someone that you love them?
**A. I tell everybody that.**
Q. Okay. All right. So this is just an expression of you saying thank you for something?
**A. Um-hum.**
Q. And nothing more, right?
**A. But I really appreciated it also.**
Q. Okay.
**A. It was real, coming from my heart. Yes.**
Q. Okay. Fair enough. Now, when we talked about the show agreement, we also talked about, you know, books and items, right?
**A. Um-hum.**
Q. And so -- I guess before I move on -- and forgive me if I asked you this, but did you regard Kevin as a friend?
**A. As a friend?**
Q. Yeah.
**A. Yeah.**
Q. Now, as --

Page 74

**A. I don't hate Kevin.**
Q. Right. Even as you sit here today?
**A. I don't hate him. No.**
Q. No. But I'm talking about -- let's just, for right now, before the separation, you would characterize the relationship as friendly?
**A. Yes.**
Q. Okay. And did you ever have the opportunity to joke around with Kevin?
**A. From time to time, yeah.**
Q. If you can recall, but when you joked around with Kevin, say before you separated, did you feel as though Kevin would sometimes joke around in, say, poor taste?
**A. Yes.**
Q. So that was something that you had seen him exhibit in the past?
**A. Yes.**
Q. Poor taste?
**A. Yes.**
Q. Let's talk about the bibles and products for a minute. There was some type of an arrangement with respect to books and items?
**A. Yes.**
Q. Is that the best way to put it, books and items, books and products?

Page 75

**A. Products, items.**
Q. Items might be covered. And you spoke already about one of the books, the Wisdom Walks, and then we spoke about a Word product, I think, that I think it was -- I want to call it a branded bible. Does that sound right?
**A. Yes. That would be correct. They were all branded bibles because you have the Subject Bible, you have the Spiritual Warfare Bible. So they were all branded bibles, different types of bibles.**
Q. Branded by name. See, I think -- I think I might be getting something wrong. I'm thinking of branded like it's stamped like on the cover?
**A. Yes. With The Word Network on it, right.**
Q. Yeah. Like a leather embossed?
**A. That's correct.**
Q. So that's what that means --
**A. Yes.**
Q. -- branded?
**A. Yes.**
Q. So what were the books that The Word produced independent of your publishers and printers?
**A. None. Not anything that I sold with them.**
Q. Okay. So did you produce through your publishers and printers, the ones you dealt with for GG Bloomer Ministries, did you guys produce the branded bible that we talked about?

Page 76

**A. No.**
Q. Where did those come from?
**A. HarperCollins had one bible, Charisma Media, I think Strang Communications had one bible or two bibles, I think they had.**
Q. And would The Word order those independent of you, like you had no role in The Word buying the branded bibles --
**A. No.**
Q. -- say from HarperCollins?
**A. No. I didn't negotiate the sale of the bibles.**
Q. But you would -- those would be mentioned as offerings during the Rejoice in The Word?
**A. Okay. Can I go back a little bit?**
Q. Sure.
**A. The Getty bible -- his name was Getty. He was the bible guy when we did the first run with the bibles with, that sort of chummed the waters and let Kevin see that this is going to work. So after we did the Subject Bible, can't keep on doing the same bible, so you want to go to another bible. My area is Spiritual Warfare. So they came up with the Spiritual Warfare.**
Q. Can I ask a question?
**A. Yes.**
Q. Was Subject Bible something that The Word bought independent of you?
**A. Yeah. All the bibles --**

Page 77

Q. Subject Bible is a Word product?
**A. Subject Bible was a Word product.**
Q. So when was your book a part of the offerings? Was it the Wisdom Walks was the first one?
**A. I don't know what's the first one. I used Wisdom Walks as a --**
Q. Example?
**A. An example. Yeah.**
Q. Okay. All right. Go ahead. Sorry.
**A. My books showed them that there was a market out there that would purchase product from the network.**
Q. During your show?
**A. During my show.**
Q. Okay.
**A. So then after that, then we brought the bible guy in, and then after we did the Subject Bible, we wanted to go to another bible, and then go to another bible. And so, they brought the people in, had a meeting, and discussed what you think would be the best bible to do.**
Q. Right.
**A. And I said, if we go with a Deliverance or Spiritual Warfare Bible, I have a DVD that can push the bible. So he went and got the bible. Then we put it on the show, and it was a hit also.**
Q. Right. Okay. So sometimes, for one of the bibles that The

Page 78

Word produced, you would have one of your own products go with it?
A. **Yes.**
Q. When I say you, I would say GG Bloomer Ministries.
A. **That's fine. The bibles that -- all of the bibles that we sold there, whether it was the Subject Bible, the Woman's Bible, or the Spiritual Warfare Bible, or the Deliverance bible, or the Small New Testament bibles, or the Bible Experience, those were brainchilds of mine. Kevin wouldn't know what bible to sell, what market to reach, to who to talk to or what have you --**
Q. Okay.
A. **-- and then he would bring the people in, and we would sit down and he would say, well, we have this bible, we have this bible, and I would say, okay, this is -- I think I can roll with this one.**
Q. Um-hum.
A. **I can do a lesson on this, and we would come up with that. And so he would control the buying of the bibles, but I actually picked the bibles. It wasn't my product, wasn't Word Network's product.**
Q. Okay.
A. **But that's how that happened. In order to move certain products -- because people already have bibles. So the bible would have to be branded or made special specifically to a**

Page 79

**need that they were having, okay, so like we did the Quick Scan Bible where people -- it was done up in a way where you can do three verses and wind up taking in twelve. That's the way that they set it up. It was a great thing. So -- yeah. That's what I would say about that. I'm sorry.**
Q. No. That's okay. All right. So with respect to the products, we have Word produced products, and then we have GG Bloomer or GGB products?
A. **Um-hum.**
Q. How's that?
A. **That's fine.**
Q. Word Network church products, GGB products?
A. **Um-hum.**
Q. One side of the room, the other side of the room?
A. **Um-hum.**
Q. So what was the deal with respect to these? What was your understanding of the arrangement?
A. **On many of the products it was $10, and then there was some others where there's $2 for this or what have you, but all the products he promised to give me something on the products that I was moving. Yes.**
Q. Okay. And so when did -- when this mix of products, if you will, were being moved off of the shows, when was that agreement made that you say that The Word or Word Network church or Kevin was going to give you something on each of

Page 80

the products?
A. **I don't understand the question.**
Q. When did that start?
A. **Immediately.**
Q. Okay.
A. **But he doesn't pay.**
Q. Okay. Now, you communicated with him quite a bit, didn't you?
A. **One of the texts we had, at the top of it we were talking about we couldn't do a show because they didn't pay. We couldn't get the products off of the loading dock. So at the top of the text, that's what we're talking about, preparing ourselves, getting ready for another show, and I promise you, I know if we give the people what they want, they'll give us what we want. That's what that was about.**
Q. And in those texts, are you asking about the books that he procured from other people or the books he ordered from GG Bloomer Ministries?
A. **The books he ordered from GG Bloomers Ministries because they were outstanding -- we'd have the show on Friday and I'd move, let's just say, a couple hundred books.**
Q. Um-hum.
A. **The next Friday we have a show and I move a couple hundred books. The next show I do we would move a couple hundred books. So now its 800 to 1,000 books.**

Page 81

Q. Okay.
A. **There's also month -- people that ordered the first week still haven't received their product.**
Q. Right. I think we're going to talk about that in a just a second. I don't mean to cut you off --
A. **That's fine.**
Q. We are going to pick that up, and I think you'll have more opportunity to go into that more in depth. Okay. When you started with this agreement regarding books and items, how long was that agreement supposed to last? Was it a term of years?
A. **I guess until the product -- until we moved to another product. Perpetuity, I guess.**
Q. Okay. But the arrangement was that -- and I'll show you some detail, but the arrangement was you would get something with respect to each product. So let me say this, with respect to the GGB products, and I can show you invoices and stuff, but it looks like it was about $10 a unit like every time?
A. **Um-hum.**
Q. I saw something called Intel that was like 15, and it kind of stuck out to me because everything seemed to be $10 a piece. Does that sound about right?
A. **Everything is about $10 a piece. Yes.**
Q. And that was with respect to like every GGB product or item. Does that sound correct?

Page 82

**A. Well, pretty much.**
Q. With the exception of maybe one or two things, like this Intel thing? Do you know what this Intel thing is?
**A. I would have to look at it because I got a book called Intel, I got a video called Intel, we got a program called Intel --**
Q. Yeah. It's funny. It's on your invoice and I think --
**A. Yeah. I figured --**
Q. It just says Intel and it says $15 a unit.
**A. Inside National Territories Exposing Legions, which is --**
Q. Okay. Okay. So for the GGB products and items, that includes the books, there was a system in that arrangement, right?
**A. What do you mean when you say system? I'm sorry.**
Q. Certain number of items would be ordered from GGB?
**A. Um-hum.**
Q. Then GGB would invoice, correct? It would invoice The Word?
**A. Later on, yes, we would invoice. It started off we would just give them the product, and then I would get the product, give them the product, and then because the publishers would give you a 30 day -- what have you -- but they messed up with the 30 days, so I had to now wait to get the money before we could move the products.**
Q. Was that failure soon in that arrangement that you had to sort of get the money first before you would get the books?
**A. I'm not understanding the question. I'm sorry.**

Page 83

Q. Well, as I understand it, and you can correct me if I'm wrong, but The Word would order books or products from GGB, GGB would then obtain the products from it's supplier, printer, whatever, and you wouldn't ship until you got the money, correct?
**A. Yes. Correct.**
Q. All right.
**A. Because they were unpaid invoices.**
Q. Right. You ended up holding shipments because of unpaid invoices?
**A. Yeah.**
Q. All right.
**A. That's the only way we could get paid.**
Q. Right. And then with respect to Word books or products, how did you get paid?
**A. That's why we having this conversation. He didn't pay me.**
Q. Okay. Did you ever ask him for payment?
**A. Yes.**
Q. Okay. How did you ask him?
**A. When you going to -- you said I'm going to get $10 off this, when you going to -- well, the funds comes in, he's going to get it, it's going to do fine, and then it blows over, and that's that.**
Q. If I told you there wasn't a single reference to something like that in the texts that we have, would that surprise you?

Page 84

**A. I don't know.**
Q. Wouldn't you have asked him by text?
**A. Why would I ask him by text if I asked him in his face?**
Q. Okay. Let's look at this 442. So when did this arrangement that you would get something from some amount from The Word for it's products, when did that start?
**A. I'm not understanding the question.**
Q. When did that arrangement start, like do you have a date when this started?
**A. I don't have a date, but he told me when we sell the bibles, I was going to get $10 off of the bibles.**
Q. And you don't know when that started?
**A. It was supposed to start as soon as the bibles started selling.**
Q. Do you know when that started, like what year?
**A. It's been a long time. I know we sold bibles.**
Q. Okay.
**A. I mean, that's something we can go over things and find out, and pull updates on that. I don't have it in my head.**
Q. Okay. And you say on the bibles that The Word produced, you were supposed to get $10?
**A. Um-hum. We were moving the bibles for 150, some 107.**
Q. Right. But that's irrelevant to your agreement with Kevin, right?
**A. I don't know how to answer that.**

Page 85

Q. I guess, I don't understand why you would mention what they were ultimately offered or sold for, because it doesn't mean anything to your agreement with the Kevin, correct? It's either $10 or $12.
**A. Well, the reason why I mention that --**
Q. Yeah. Why would you mention that?
**A. I mention that because I was the one out front telling the people to purchase this.**
Q. Right. But -- and George -- excuse me -- but I mean, it would be up to you to make the deal, right?
**A. Well, I'm not complaining about the deal.**
Q. Well, it sounds like you might be, like you're objecting in the way that you're discussing it?
**A. That would be your opinion. No. That's not what I'm doing.**
Q. Well, I mean -- okay. That's fair. Okay. But $10, say for the -- what was the First Word produced bible?
**A. The Subject.**
Q. The Subject Bible?
**A. Subject.**
Q. And so I see that with respect to products that GGB is producing we have this -- we have this system. We have orders by way of e-mail, some in texts, right, and we have invoices, we have payments, right?
**A. Um-hum.**
Q. You've seen those, right?

Page 86

**A. Seen some. Yes.**
Q. Who handled that for you?
**A. Who handle --**
Q. Who handled that for GG Bloomer, GG Bloomer Ministries, the invoicing, and the orders?
**A. I think probably Ronnie King and Temelia -- I forget what Temelia's last name is right off the top, but I can get that to you.**
Q. I think we have her name. But with respect to this say $10 for the Subject Bible, I have no writing about any of it, not an invoice, not an order?
**A. Well, you wouldn't get an invoice because that's invoiced through whoever they --**
Q. Right.
**A. -- invoice it, whoever they get the bibles from. That's not in my department.**
Q. Right. So what you're saying is the record of how many, say, Subject bibles were sold, would be the knowledge of The Word?
**A. Of course. They would know what they have, what they purchased.**
Q. Well, it's not what they purchased. It's what they sold, right? You don't get $10 from every time they purchase some from HarperCollins, right?
**A. You get it when they --**
Q. You get it when it goes out to someone, correct?

Page 87

**A. That's correct. Yes.**
Q. So they're going to have the superior recordkeeping of what went out, like how many Subject bibles went out to people?
**A. Yes. I would say.**
Q. Correct. Do you or Temelia -- what's Temelia's last name?
MS. EMPEY: Daniels.
**THE WITNESS: Daniels.**
MR. BELOW: Daniels.
THE REPORTER: Can you spell Temelia.
MS. EMPEY: T-e-m-e-l-i-a.
MR. BELOW: Temelia Daniel, and I don't think it's Daniels. It's Daniel. I think it's Daniel, just like you think it would be spelled.
BY MR. BELOW:
Q. Okay. Do you have any record, either you, George Bloomer or GG Bloomer Ministries, of how many, just for example, Word Subject bibles were sold?
**A. Were sold?**
Q. Yeah. Sold or offered.
**A. I have an idea.**
Q. Okay. So, again, we'll use this as an example to see if we can shortcut some of the discussion, but The Word Subject Bible --
**A. Um-hum.**
Q. -- which is a Word produced bible, which you promoted for

Page 88

sale or offering?
**A. Um-hum.**
Q. We'll just say sale.
**A. That's fine.**
Q. And that you allege you're owed $10 per item sold. And then, to that end, you say you have an idea how many were sold for which you have not been paid $10 per unit. What is that idea?
**A. On the Subject Bible, an estimation would be low 50,000 bibles sold, high 100,000 --**
Q. Okay.
**A. -- that was ordered. They would --**
Q. Okay. And what do you base that estimate on?
**A. From Jeff that worked there that did the ordering and selling of the bibles and running the call center.**
Q. And Jeff has told you that?
**A. Yes.**
Q. When did he tell you that?
**A. Sometime ago. He told me while I was working there, but then when the case came together, he reiterated, told me again.**
Q. And what was he basing that on, do you know?
**A. He was the one ordering and stocking the stock houses and stocking the warehouses, I guess.**
Q. Right. But he wasn't in the fulfillment center?
**A. Yes. He was. Oh yes, he was.**

Page 89

Q. And did he, to your knowledge, did he take records from The Word when he left?
**A. I don't know.**
Q. Do you know what the timing was with respect to his knowledge, like what timeframe is he talking about?
**A. I don't know how to answer that question.**
Q. Well, what did Jeff Thurman tell you?
**A. That tens of thousands of those bibles were ordered and sold.**
Q. Right.
**A. So you would have a day when I would come in, and Jeff would say we got 3,000 bibles, so we want to do a show or tonight at some point in your show, in your message, push the bibles so we can get rid of that stock there, because Kevin is concerned about that stock. So I come in, and then I go and I would do the show, and then he would come and say, good, we moved 700 tonight, we going to have to do that for the next three weeks. So I know from there, him telling me what we had in stock.**
Q. Right. But you don't remember, as you sit here today?
**A. I don't remember what?**
Q. What he told you about any given date.
**A. I just told you.**
Q. What date would he tell you? What dates are we talking about?
**A. What date are you talking about?**

Page 90

Q. No. That's not how it goes.
**A. That's how it --**
Q. You're the one that made the Complaint. I mean, I don't have a Complaint in this case. What dates and what sales are we talking about? Not what was ordered, but what sales numbers are we talking about, because I look at --
**A. I just told you --**
Q. Hold it. Hold it a second. I look at Jeff Thurman's text about sales. It didn't come nothing near thousands and all that.
**A. Okay.**
Q. So --
**A. That's fine.**
Q. So where are we getting the information? If he didn't tell you where he got the information, that's fine.
**A. I just told you that I would come in and he would say we have 3,000 bibles --**
Q. Okay.
**A. -- and Kevin is concerned about the stock, so somewhere in your message tonight you need to speak on the bibles. So I would tailor -- this is on the Friday night show -- I would tailor and start moving the bibles, tell a story, Daniel Lion's Den, Noah Ark, dah, dah, dah, dah, the use of the Word. And then he would come at the end of the night and say, okay, we moved -- let's say we moved 500, 600 of them.**

Page 91

**So he said we need to do that the next week, we need to get rid of this stock right here because this was bothering Kevin. So I know from that interaction, that at least those were moving is what I'm saying to you.**
Q. Okay. And do you know of any record that backs that up, any written record?
**A. I'm not in the back room.**
Q. So the answer is no?
**A. I know that the amount that he told me that was in stock had been depleted because I did the shows that went along with them and those nights he would come in and says, this is the amount of orders that we have.**
Q. For what product?
**A. We're talking about the bible.**
Q. The Subject Bible?
**A. We talking about the Spiritual Warfare Bible.**
Q. Okay. What about the other products that you're alleging you're owed money?
**A. I don't know what you asking me about.**
Q. What about the Subject Bible, did he tell you how many that they sold?
**A. He told me it was right within that amount.**
Q. Okay. When did he tell you that?
**A. He told me when we were preparing the case, and also told me that we sold tons of bibles when I was there.**

Page 92

Q. Did you ever send, in your memory, a text to Kevin about receiving payment on any of these Word bibles?
**A. Not that I can remember.**
Q. Did you ever text Kevin a text that even, in your recollection, that said you owe me money for anything other than the books that he purchased from GG Bloomer Ministries?
**A. I don't know. I don't remember. I don't know.**
Q. But if you were owed money for these books, you would have told him about it?
**A. I have told him about it.**
Q. So did you reserve those discussions just to verbal discussions?
**A. I wouldn't say I reserved them. When the issues came up, I had those discussions with him.**

MR. BELOW: Okay. Let's do another exhibit here. Which one, 5.

THE REPORTER: Yeah.

DEPOSITION EXHIBIT NUMBER 5 WAS MARKED BY THE REPORTER FOR IDENTIFICATION.

BY MR. BELOW:
Q. Take a good, close look at that one, and we'll talk about it for a minute. Tell me when you're ready. All right. So I don't know if I want to read all of this, but, you know, I do -- I'm drawn to -- before I ask about Exhibit 5, let me ask you this -- it just occurred to me.

Page 93

So with respect to, again, I see how we accounted for all the products that GGB produced, but how were you accounting for any of the products that were produced, like so that you could get some accounting at any point in time?
**A. I'm not understanding.**
Q. Well, how would you account for this money that is allegedly owed to you from the start of the arrangement? Like did you ask for monthly totals? What did you do to account for it?
**A. You try asking Kevin for a --**
Q. I don't think that that's part of our deposition.
**A. That's the answer.**
Q. The answer is that you didn't ask him?
**A. No. I did. I did. And it would always be I'm going to take care of you later, things going to come through, we're going to work this thing out, and that's what happened.**
Q. So is that something that happened right from the beginning, that you asked about the payments and he said, you know, we'll take care of it later, don't worry?
**A. Yes.**
Q. Okay. And so how long ago was that, that first time you talked about, hey, I think you owe me some money on say --
**A. It was probably months, months, months into after products was going and so on and so forth like that.**
Q. All right. So would that have been 2013, 2014?
**A. I'm sorry. It's been a long time.**

Page 94

Q. Right. But you know that products were not moving in 2011, correct?
**A. Yes. I told you that.**
Q. They were not?
**A. We started with -- when I came there, nothing was going.**
Q. So look, I'm really just trying to move things along, so --
**A. Yes.**
Q. -- when did the product start moving, such that you thought you were owed any money from Word produced product?
**A. When we started moving Word producing products.**
Q. Right. What year was that?
**A. '13 on, but I would have to go back and look. I don't have those dates in my head.**
Q. Okay. So around '13?
**A. So whatever --**
Q. So for purposes of our Q and A today, 2013. Let's just try that. So from 2013 up until when you separated. Okay --
**A. Um-hum.**
Q. -- in 2019, how did you account for what was owed or not owed to you based on Word --
**A. How did I account for it?**
Q. Yeah. How did you account --
**A. How do I get to the --**
Q. How did you protect your claim, if you will, that you were owed funds based on the sale or offering of Word products or

Page 95

books?
**A. Are you asking me how did I --**
Q. Yeah. How did you, as a business person or as a person account for it? How did you have any idea --
**A. Of what was owed to me, is what you're asking me?**
Q. Yeah. Yeah. What did you do to account for it?
**A. I'm having a hard time understanding what --**
Q. Do you not understand having an accounting for something?
**A. Are you asking me how did I know --**
Q. Let me say it differently, because it's really not -- I'm not trying to be tricky. How did you keep track of what was owed to you?
**A. I couldn't keep track of what was owed to me.**
Q. Okay.
**A. These are estimates.**
Q. But how did you expect to be paid if you didn't keep track of what was owed to you?
**A. That's a very good question.**
Q. So what you're telling me, and you can correct me, is that the arrangement had no due date for payment, correct?
**A. What I'm telling you is that, it's impossible to deal with Kevin Adell.**
Q. Well, I understand, but you let that go, right? You were dealing with him and you let that go from 2013 on?
**A. So then he should pay me from 2013 on.**

Page 96

Q. Right. But I'm asking you what the arrangement was?
**A. I told you what the arrangement was. $10 off of each of the bibles that we sold and $10 off of the books that I had, and then there was some products that I had that were lesser than the $10.**
Q. Okay. That was of the arrangement on The Word produced books or products?
**A. Yes.**
Q. Because I do know that you've assigned different numbers to things?
**A. So, again, I go back to the arrangement or the agreement even has no due date for when you get paid, correct?**
MR. ASAY: Objection. You can answer.
BY MR. BELOW:
Q. The agreement, when it happened, because the agreement would have been around 2013, right?
**A. Um-hum.**
Q. Correct?
**A. Right.**
Q. There was no due date for payment?
**A. Well, he said I'm going to pay you on Friday, each Friday at certain time you get paid.**
Q. Okay.
**A. No. There was no --**
Q. So every week he said he was going to pay you?

Page 97

**A. No. I'm answering your question.**
Q. Okay.
**A. You said there was no due date. I'm trying to understand.**
Q. That was the agreement that he would pay you on Fridays?
**A. No. No. No. I didn't say that.**
Q. I'm trying to figure out what the agreement was when it started?
**A. I told you.**
Q. Tell me again then.
**A. That we sell these products, I'm giving you $10 per item that is sold.**
Q. When is he giving you the 10?
**A. He didn't give it on me.**
Q. Right. But under the agreement when was he supposed to give it to you?
**A. When it sold.**
Q. Okay. And so, did you ever ask about why he wasn't paying you when the items were sold?
**A. Yes.**
Q. Okay. And what did he tell you?
**A. We're going to speak with Ralph, we get it all together, we're going to pay you.**
Q. So you, based on your course of dealing -- based on your course of dealing then, you understood that there was, essentially, no due date for payment?

Page 98

MR. ASAY: Objection.
BY MR. BELOW:
Q. Right, because he never did pay you?
**A. The problem I'm having with the question is you keep on saying due date.**
Q. Right.
**A. That's the problem that I'm having with it.**
Q. I think what I'm asking you -- let me ask it a different way. You let go of the dates that those payments were due, you didn't hold him to that, correct?
**A. There wasn't a date that he gave me. That's the problem that I'm having with the question.**
Q. What about the date that you gave him to pay you, it was the amount owed to you, right?
**A. Well, the issue is there wasn't even a date. He couldn't do the program without paying because no one trusted him. So he had to pay for the product in order for the program to go forth or there would be no product there.**
Q. Okay. So when was any amount due to you for the sale of Word produced product?
**A. I don't understand the question.**
Q. I'm trying to figure out how you think you're owed any money based on the fact that there is no term of payment, other than a number. There's no due date for payment on what you're explaining to me. So I'm just trying to see if I've

Page 99

got it wrong. What are the terms of the payment?
**A. The terms of it is was that, when the products are sold --**
Q. Okay.
**A. -- he's going to pay me.**
Q. Right.
**A. The products was sold and he didn't pay me.**
Q. Right. And you knew he wasn't paying you back as early as 2013, correct?
**A. On those products, yes.**
Q. Okay. And you, after that point in time, continued in the arrangement, correct?
**A. Yes.**
Q. And didn't do anything about the fact that he --
**A. Well, I would talk to him from time to time.**
Q. Right. But nothing other than chitchatting about it, right?
**A. I wouldn't say chitchat.**
MR. ASAY: Objection.
**THE WITNESS: I wouldn't say chitchat.**
BY MR. BELOW:
Q. Right. But you talked to him about it. You didn't tell him that you owe me X amount of dollars by this date or I'm going to sue you? You did not enforce your right, correct?
MR. ASAY: Objection.
**THE WITNESS: I did not say that to him like that.**
MR. BELOW: What was that objection?

Page 100

MR. ASAY: Because you're mischaracterizing his previous testimony.
MR. BELOW: There is no mischaracterization there.
MR. ASAY: Yeah. There is.
MR. HANNA: You've been trying to put words in his mouth the whole time, Mr. Below. Please stop it. It's very inappropriate.
MR. BELOW: Hey, we're not going to listen to you. Okay?
MR. HANNA: Excuse me? You're not going to listen to me? What does that mean?
MR. BELOW: We're not listening to two lawyers.
MR. HANNA: What are you not going to listen to me?
MR. BELOW: I'm not going to listen to you. Okay?
MR. HANNA: You're going put ear plugs in your ear? You're not going to listen to me. Please act like a professional and don't try to badger my witness and put words in his mouth.
MR. BELOW: Oh, please stop.
MR. HANNA: He's answered this question --
MR. BELOW: Please stop. You know what, Michael. You are so ridiculous, just stop. Okay? You're like a child.
MR. HANNA: Don't be ridiculous on the record.

Page 101

Sir, listen, I really don't appreciate your inappropriate behavior. You've been out of control with your emotions throughout this case. We're trying to handle this professionally.
MR. BELOW: Oh, my God. That's hilarious.
MR. HANNA: And the record reflects what's going on here.
MR. BELOW: Okay.
MR. HANNA: So please stop badgering the witness. You got the answer. It doesn't seem like you like the answer, but let's move on. Thank you.
MR. BELOW: You know what, let's call Judge Grand because I'm not going to deal with two parties objecting on behalf of the witness.
MR. HANNA: I wasn't objecting. I was commenting about your --
MR. BELOW: Well, now you're -- actually, you just keep on running your mouth like a little child.
MR. HANNA: I keep on running my -- sir, how many times -- just for the record right now, how many times have I spoken in this deposition, just so we're clear?
MR. BELOW: I don't think you're allowed to do tag teaming on me.
MR. HANNA: Could you, please, answer the question. You've been going on for three hours. You said I

Page 102

keep badgering or whatever you just said --
MR. BELOW: I never said badgering.
MR. HANNA: How many times have I even said anything?
MR. BELOW: I think you keep talking, and you should stop.
MR. HANNA: How many times have I said anything? Are you not --
MR. BELOW: Well, now we're going on, what, five minutes?
MR. ASAY: All right. All right.
MR. BELOW: Okay. Just go away.
MR. ASAY: Stop. Everybody stop. Everybody stop.
MR. HANNA: I'm asking you a very direct question, and you're refusing to answer because you know the answer is I haven't said a word all deposition. I've only spoken this one time --
MR. BELOW: Okay. I think it's inappropriate for him to be on --
MR. HANNA: -- it's getting out of control --
MR. BELOW: -- making any objection.
MR. ASAY: Okay. All right. Everybody just chill out.
MR. BELOW: This is ridiculous.
MR. HANNA: I wasn't making an objection, but

Page 103

please, act like a professional --
MR. BELOW: I need you to act like a professional. Okay?
MR. ASAY: All right. Everybody --
MR. BELOW: I need you to act like a professional and keep out of it.
MR. HANNA: I agree, I am acting like a professional. Let's all --
MR. BELOW: No. You're not. You never have acted professional, not for once in this case.
MR. ASAY: All right.
MR. HANNA: Mr. Below, please, I don't really appreciate your inappropriate comments.
MR. BELOW: I don't appreciate yours.
MR. HANNA: All right. Listen, I understand, Mr. Below, that you're dying to get the last word, so I'll go ahead and let you get the last word --
MR. BELOW: Okay. Please, quiet down.
MR. HANNA: Go ahead. Go ahead and get the last word. Go ahead. Get it.
MR. BELOW: No. I don't need the last word.
MR. HANNA: Okay. Well, you got it. Good job.
MR. BELOW: But you did. But you needed it. Okay. Don't try to mirror image me, Michael. Your behavior has been atrocious --

Page 104

MR. HANNA: You're going to get the last word --
MR. BELOW: -- throughout this entire case. You're absolutely out of control --
THE REPORTER: I can't write you both.
MR. BELOW: -- every time you insert yourself into this case.
MR. ASAY: Hey, John, you chill. Michael, you chill. The court reporter can't get anything down. I'm making an objection about --
MR. BELOW: I think it was an inappropriate objection.
MR. ASAY: John, all I said was objection. That's it. Okay? And you asked for the basis --
MR. BELOW: And I don't want to tag team with two counsel in a deposition.
MR. ASAY: John?
MR. BELOW: Okay?
MR. ASAY: I know, but you asked for the basis for the objection. I gave it to you. You didn't like the basis for the objection. That's fine. But I'm not trying to hold you up. I'd just like to lodge my objection and move on. That's all I'm asking.
MR. BELOW: If Michael jumps in again, I'm calling Judge Grand.
MR. ASAY: Okay. All right. You got to do what

Page 105

you got to do.
MR. HANNA: If you act inappropriate again, we're going to call Judge Grand as well.
MR. BELOW: I've never acted inappropriate in this deposition. I don't even know what you're talking about.
MR. HANNA: Judge Grand --
MR. BELOW: I have a witness who is trying to avoid answering a question.
MR. HANNA: Let's go. Let's go. You just can't help yourself. Let's go.
MR. ASAY: All right. John, you're up. Ask your question.
BY MR. BELOW:
Q. All right. I'm going to go back to asking the question, that once you learned that you were not being paid, according to this arrangement you allege, did you demand that Kevin or The Word pay you?
**A. I asked him about payment.**
Q. Okay.
**A. And he said he's going to talk to Ralph and I'll get paid, and the can keeps on getting kicked down the road.**
Q. So after you learned that you were not going to get paid, according to what you expected --
**A. Well, I hoped I was going to get paid.**
Q. Right. But you didn't get paid at that time that you asked

Page 106

for it, correct?
A. No.
Q. But you willingly went forward and continued to sell these products, correct?
A. Yes.
Q. And you knew, after a certain amount of time, that you were not getting paid at all on those products?
A. I hoped that I would get paid.
Q. Right. You understood that it was a hope and nothing else?
A. I understood that it was going to be coming.
Q. And what made you expect, other than him telling you?
A. That's what I had. I had what he told me.
Q. Right. But you had no reason to believe what he told you, correct?
A. I hoped that he would have integrity and pay.
Q. And with the hope of integrity, you continued under that arrangement to sell Word --
A. Let me tell you something. Let me tell you something.
Q. I need you to answer the question.
A. This is how I'm going to answer it. This is how I'm going to answer it. I'm doing ministry. Okay? He might be doing a business, but I'm doing ministry. When I stand up in front of that camera and tell the people thus say it the lord, so on and so forth like that, that's coming from my heart, it's coming from my conversion, it's coming from my faith. So I

Page 107

don't only deal with Kevin Adell. I deal with God and the audience that we're dealing with.
Kevin afforded me an opportunity to ministry to people, and I did, and it worked for my ministry, and it worked for The Word Network. So when I'm standing up there, I'm talking to those people, just like when I left, I was still concerned rather that people were going to get their stuff that was in the Walmarts and stuff like that because the hurricane had come. So, you know, I'm very, very serious about my ministry and the ministry part of it. So I wasn't just there to get paid, I was ministering.
Q. I totally get it, but you've alleged business claims in this case. So I'm asking you then, under the business arrangement, did you decide that you would continue to do what you were doing irrespective of whether or not you were going to get paid these commissions?
A. I believed that I was going to get paid at some point, that something was going to happened, that I was going to get paid.
Q. So how many years did you proceed under the idea that eventually you would get paid?
A. I'm in this room right now. That's the answer to it. I'm in this room right now.
Q. Well, why didn't you assert a claim for that amount earlier in the process of -- as of 2013?

Page 108

A. Because I was ministering to God's people. It's a ministry and a calling.
Q. Okay. Let's look at Exhibit 5. Let's read it all really nice and close. So Exhibit 5, for identification, is bates Word Network or WNC 442. It is one page. It's dated May 16, 2017. It's from the texts between Bloomer and Adell. It's from the deponent Bloomer. So let's ask about some of these things here. Do you recall this text, George?
A. A little bit. Yes.
Q. Okay. Let's go to -- I want to focus on you, you know, part of this -- it doesn't seem to have any periods. So when you text me -- open quotes -- so when you text me that is something wrong, it bothered me, but at the same time I do understand that you've had to deal with so much disloyalty. Please take me out of that group. I'm here with you until you let me go and I hope that's never. I'm very, very successful, so none of those people can offer me anything. You have taken great care of me and I love you and appreciate you. I'm here to help you advance the kingdom, and then it says I'm in Turks and Caicos. But do you recall saying that?
A. Absolutely.
Q. So I guess I'm just --
A. What are you asking about this?
Q. I'm asking about this because I'm thinking that, as of May of 2017, that is May 16 of 2017, there's already money that is

Page 109

owed to you for your helping selling Word product, correct?
A. Can we go to the top of this?
Q. I want you to answer that question. There is money to you by this point?
A. Of course.
Q. So why did you say anything like --
A. Let go to the top of the text. All right. It says good morning, sir. I did not understand your text last night. What is the text that he texted me the night before and the conversation that we had the night before?
Q. I don't know.
A. He's upset that TBN and TCT and the Impact Network was trying to get me from him, and he went on a crazy, crazy rant. I did not want to go to TBN, I did not want to go to TCT, and I wasn't going to Impact, the other black network, which is the real black network owned by black people. I did not want to go to that. So this text is calming him down --
Q. Okay.
A. -- and bringing him back into the whole --
Q. And I'm glad you gave me that context, but I'm asking if he owed you a bunch of money at this point, why aren't you at least mentioning that, especially if you're being wooed by other networks?
A. So I have to be mean and -- he was out of control. I had to bring Kevin back in. There was no place -- I wouldn't talk

Page 110

**about that and use that. He's upset. I wanted to stay at The Word Network. At this point, I was the face of The Word Network.**
Q. All right. And I get that, but if you had so much position and other networks are asking to take you, right, they're asking about almost like recruiting you, why aren't you mentioning that he owes you a bunch of money?
**A. I wanted to stay --**
Q. I mean, this will be a great time for you to do that, right?
**A. That's how you would operate. That's not how I would operate.**
Q. All right. So that's your explanation is that you were trying to calm him down, and so you didn't want to mention money?
**A. Not only did I try, I did calm him down, and I did stay.**
Q. I understand you stayed because it's only May of 2017. After this, did he calm down after this, to your recollection?
**A. Calmed down, yeah, and he was okay, and then he proceeded to put me in my place, which got us to this thing that we're dealing with this right here.**
Q. So the thing we're dealing with right here, which is I'll just say, generally, the separation that you guys had --
**A. Um-hum.**
Q. -- and we'll get into a lot of the detail on that. You think that this is kind of the beginning of that, George?

Page 111

**A. No. No. No. He did a lot of things.**
Q. Okay.
**A. Most of the texts that I have with Kevin is as a result of Kevin texting me or calling me prior to the conversation that we have. So Kevin would text something, he would say something, he would call and say something to me. Based on that, that's my responses to those things.**
Q. Okay. I'm not so sure the documents show quite the same thing, since we have all the texts. But you think most of them are because he texted you?
**A. I said text me or called me.**
Q. So you don't think that you often texted him in the first place?
**A. I texted him -- there was times I texted him in the first place.**
Q. You would do that actually quite often?
**A. There was times I would text him. Yes.**
Q. Okay. And you would agree that, the record of those texts is the superior source of whether or not you or Kevin initiated texts, right?
**A. I don't understand that what you're saying.**
Q. If I have a complete record of it, it would be better than your memory of it, correct?
**A. Dependant upon what you have. I don't know how to answer that question.**

Page 112

Q. All right. Is your phone number for the text (919) 806-6158?
**A. I have not denied that I texted him. I don't know what you're asking me. Never once did I say I did not text him and talk to him about this. I did not deny that.**
Q. So with respect to keeping track of what may or may not be owed to -- would it be owed to GG Bloomer Ministries or would it be to you, the amounts with respect to the sale of Word produced products?
**A. Word produced products?**
Q. Yeah.
**A. Well, he didn't come to me and say I'm giving this to GG Bloomer Ministries, but everything I get I give to the ministry, but he said he was giving me $10 off each of the products that we sold.**
Q. Right. And that's what we've been talking about?
**A. And when checks was written to us, the check was always written to GG Bloomers Ministries.**
Q. And that's when they paid checks for the books that we bought?
**A. The reimbursement of travel or what have you.**
Q. Reimbursement of travel and hotel?
**A. Um-hum.**
Q. Right? They would have been made to GG Bloomer Ministries?
**A. Um-hum.**
Q. With respect to -- so then, with respect to The Word produced

Page 113

products, you were counting entirely on the records of The Word Network with respect to however many units were sold or offered, correct?
**A. Yeah. I would have no way of -- I'm not in there.**
Q. And you never actually checked in on the numbers, right?
**A. From time to time, yes, because they would come and say we got a thousand bottles of oil, and Kevin is bothered by this and he wants that depleted --**
Q. Right.
**A. -- so I would do a program to move it, so I would know that that was gone, because it's gone, because of the program that we just got finished doing.**
Q. Right. But you didn't check in based on a written request, correct, for the numbers of products sold? Did you ever make a letter asking for the totals?
**A. Um-um.**
Q. And that would be with respect to any of these years, correct, '13, '14, '15, '16, '17, '18, and '19, correct?
**A. Correct.**
Q. Did you -- okay.
**A. So '15, '16, '17, '18, '19 -- '17, I'm there promoting, doing -- what you call it -- and you get nothing.**
Q. Right. You kept doing it?
**A. Right. I'm there and you get nothing. Right.**
Q. Right.

Page 114

A. **There's no agreement or anything like that.**
Q. Right. And you didn't even check on the numbers?
A. **I did check on the numbers.**
Q. Right. But not in writing?
A. **I did check on the numbers, not in writing, but I did check on the numbers and I spoke to him about it.**
Q. You did that when?
A. **Several times.**
Q. Did you do that on a monthly basis?
A. **No. Not on a monthly basis --**
Q. Why not?
A. **-- but from time to time. Because I told you, I was doing ministry.**
Q. Yeah. But you know how to do business and ministry, correct?
A. **Without Kevin Adell, yes. With him is a different operation system.**
Q. So you keep saying this about Kevin. So you must have felt like you were never going to get paid, correct?
A. **I was hoping that I would.**
Q. Right. But you must have known that you wouldn't, correct?
A. **I won't say that. I won't say that.**
Q. Why won't you say that?
A. **Because I believed that at some point I would get paid. I don't know why it's a problem for you. If you don't believe -- so you knew he wasn't going to pay me?**

Page 115

Q. My understanding, though, is that you never asked about it in any of the documents?
A. **I told you, at least ten times today, that I asked him, we had conversations about it.**
Q. Right. But I understand that you're alleging that a lot of money is due. You have to excuse me if I think that maybe -- I can ask about maybe a little bit more being done to collect it, right?
A. **Um-hum.**
Q. Right?
A. **Um-hum.**
Q. So all you did is have a few conversations with him, correct?
A. **I dropped out of the school in the ninth grade. I learned how to read some years ago. I was given an unbelievable platform to stand on to share my testimony and to minister the people.**
Q. Okay.
A. **On that platform I'm ministering to people, doors are opening up to me around the place. This is a platform. I'm blessing the people. I'm blessing the network. I'm petrified as hell of losing this platform. Where do I go? I'm like a ballplayer who plays well, but if he breaks his ankle, where is he going to do -- this is what's going on in my mind, and you going to say to me, why didn't I do. You know what's going on in my heart --**

Page 116

Q. No. But I can only ask you --
A. **What's going on in my heart --**
Q. Right. Right.
A. **He took advantage of me, and for a while I allowed it. I stood up on that platform, and I made sure that I live Godly, wholly, I moved the products, ministered to the people, established the ministry. When I got there, they had none of that.**
Q. Okay. All right.
A. **And I asked him on several occasions, and he didn't, and I hoped that it would come.**
Q. Right. But at some point, you must have resigned yourself to the fact that it wasn't going to happen. The payment?
MR. ASAY: Objection. Asked and answered.
BY MR. BELOW:
Q. Let me put it this way. You made a decision to retain the profile and the exposure of doing the show knowing full well that you were not going to get paid the various smallish amounts on some of these books?
A. **I hoped that he was going to pay -- not the books. On the bibles and the products. I figured out how to get paid for the books and stuff, they were mine.**
Q. They were yours, right?
A. **And he wasn't going to give me --**
Q. We're not talking about the GG Bloomer products.

Page 117

A. **And he was not going to get it, unless he paid first.**
Q. Right.
A. **So with that revenue coming in and the programs that we were doing and doors opening up for me, he said he was going to pay me, I just let it roll. He said he was going to pay me, and I had a fear on the inside of me the whole time. He exploited it, he knew it, and he did nothing to take care and compensate me.**
Q. Right. And you did nothing, other than talk to him, to collect and --
A. **Talking to him is a lot.**
Q. Okay. But nothing else? Nothing --
A. **Talking to him is a lot.**
Q. That's not the question. Okay.
A. **The question is what?**
Q. All you did was talk to him about the idea --
A. **Talking to him was a lot.**
Q. But that's not answering my question.
A. **Yes. It is answering your question.**
Q. Did you do anything more than talking to him?
A. **Talking him was a lot. I was afraid. Talking to him was a lot.**
Q. Yeah. But the fact that you were afraid was more a problem with you, not with him. You were afraid. Okay. I'm asking --

Page 118

**A. Talking to him was a lot.**
Q. Okay. Did you do anything more than talk to him about the idea of collecting for any of these alleged amounts due?
**A. Like what?**
Q. I don't know. Did you do anything more than talk to him?
**A. I just told you 10, 15 times. Talking to him was a lot.**
Q. It's not the same answer -- I mean, it's not the question.
MR. ASAY: Look, we've been over this area for the last 30 minutes probably. I mean, you've asked the same questions over and over.
MR. BELOW: I don't agree.
MR. ASAY: Okay. It feels like we're rehashing a lot of the same material here.
MR. BELOW: All right.
(An off the record discussion was held).
BY MR. BELOW:
Q. Back from lunch break. George, we're back on the record.
**A. Yes.**
Q. Same drill, question and answers, some documents together. I'm going to mark another exhibit.
DEPOSITION EXHIBIT NUMBER 6 WAS MARKED BY THE REPORTER FOR IDENTIFICATION.
MR. BELOW: Exhibit 6, for identification purposes, is a document received today called Plaintiff's

Page 119

Second Supplemental Responses to Defendants' Discovery Requests to Plaintiffs. And it is a discovery response, that's five pages and it's signed by attorney of record, Michael Hanna, and Michael, I wouldn't normally invite you to talk, but were you going to have George attest to this document and sign it?
MR. ASAY: Yes.
BY MR. BELOW:
Q. George, have you had a chance to look at Exhibit 6? And if you want, we can actually kind of just go to page three, and you can see it. There's a chart that addresses economic damages. Do you see that? And there's a high end chart. And then, if you turn the page, the next page has like what looks like a low end chart. And it says just above the high end, you'll see that this says the estimates are based on defendants former call center director Jeffrey Thurman's estimates of units sold. Do you see that?
**A. Um-hum.**
Q. Okay. So with respect to these numbers in here, one showing a high end of 3,125,000, and the low end showing to be 2,425,000, do you see that?
**A. Yes.**
Q. Okay. Do you know what time period this pertains to? So, for instance, Jeff Thurman apparently gave his estimate of the units sold of the Spiritual Warfare Bible, which is the

Page 120

first line, you know, and he says 100,000 units, and then it says commission 10, and then it says total 1,000,000. Do you see that?
**A. Yes.**
Q. Okay. So Spiritual Warfare Bible, what time period does this pertain to?
**A. I don't recall. I don't know the time. I know we sold the Spiritual Warfare Bible for about four years continuously.**
Q. Okay.
**A. So we have an every day show on it, we did special shows on it, and it was moving.**
Q. So was the Spiritual Warfare Bible something that you would have sold near the end of your relationship with The Word or would it be nearer to the beginning, I mean, just like a rough approximation?
**A. I would say that we were rolling product wise across the board from like '15 to '19 when the COVID showed up.**
Q. '15 until when you left?
**A. Yeah.**
Q. And so, as far as precise timing, really on any of these on Exhibit 6, you don't know what the timing is?
**A. Um-um.**
Q. Okay. All right. And did you talk to Mr. Thurman about these numbers that are shown on Exhibit 6, pages three and four?

Page 121

**A. Yes.**
Q. Okay. And did you guys talk about the accuracy of these estimates?
**A. I'm not --**
Q. Well, you said you talked to him?
**A. Yeah. I --**
Q. So what did you talk about, just give me -- tell me about it.
**A. I said, Jeff, how many bibles do you think you sold. And he said, give me a day or two, and I'll call you back. He called me back in a few days, he said probably it's different numbers, but probably upwards of the low part 50 of -- what you call it -- he said because they was buying them in cycles of 5,000, 10,00 at a time.**
Q. Okay.
**A. That's what he said. And --**
Q. Okay. Sorry. Go ahead.
**A. But I knew there was large numbers sold because there were times he would come to see me and say, okay, we got two or 3,000 bibles left over from the last, before we going to order again, and Kevin wants that liquidated -- to use whatever word --**
Q. Okay.
**A. And so then they would put another order in. So I knew, at least those 2,000 that he told me a month ago had gone out the door.**

Page 122

Q. You remember that as an example of, at some point in time, the product moving?
**A. Yes.**
Q. When was that conversation?
**A. I don't know the --**
Q. You don't know the date of one or more of that kind of conversation?
**A. No.**
Q. And you don't know the dates that cover the alleged estimates in this Exhibit 6, right?
**A. Um-hum.**
Q. Okay. Correct?
**A. Correct. I don't know if 100,000 sold in one year or if this was over the two years.**
Q. Or four years?
**A. Or four years. I don't know.**
Q. Now, when you talked to Jeff Thurman about this, was he working with The Word, Word Network church?
**A. Yes.**
Q. When did he separate from Word Network?
**A. During the COVID thing. I'd been gone before he left.**
Q. Okay. And did you understand that Arcenia Finley was involved in the fulfillment center?
**A. Who?**
Q. Arcenia Finley, Pastor Finley?

Page 123

**A. Pastor Finley, yes.**
Q. Yeah.
**A. Yes.**
Q. Did you understand that she worked with how many units are sold?
**A. Yeah. Yes.**
Q. And did she work with Jeff Thurman, based on your understanding?
**A. Yes. At some point.**
Q. Did Jeff Thurman give you estimates, based on records, that he had?
**A. I don't know.**
Q. Okay.
**A. I don't know. I didn't go into those kind of things with him.**
Q. Right. Okay. So let's -- as part of a continuation really of Exhibit 6, we're going to go into Exhibit 7, and this will be perhaps enlightening.
DEPOSITION EXHIBIT NUMBER 7 WAS MARKED BY THE REPORTER FOR IDENTIFICATION.
BY MR. BELOW:
Q. So Exhibit 7 is bate stamped WNC 1914 through 1930, and I'll first ask you, have you ever seen anything like this Exhibit 7?
**A. No.**

Page 124

MR. ASAY: Before we move on, I've got through 1927. Wonder if there's three additional pages that should be attached. Just make sure we have the complete exhibit.
(An off the record discussion was held).
BY MR. BELOW:
Q. Anyway, I'm not going to ask about every page, but this is really just an exercise for comparison. Exhibit 7 -- with respect to Exhibit 7, the top sheet having the date January 14, 2019, George, were you aware that Jeff Thurman would text Kevin with like show, sales, totals periodically?
**A. Probably, yeah. I think -- I wouldn't say -- if someone would have told me that he did that I would believe it. Yeah.**
Q. Okay. All right. And if you look through these -- I know you don't have to trust me, but if you look through these, they date between January 4th of '19 and January 28 of '19 --
**A. Um-hum.**
Q. -- and there's really not a single day where more than like $560 comes in?
**A. Um-hum.**
Q. Okay. So over a two month period, yet, you know, when you look at your alleged damages, and I could go further into these reports, these numbers are --
**A. These are texts from what shows?**

Page 125

Q. I don't know. The first entry on the first page, it says the Bloomer show $295.
**A. Which Bloomer show?**
Q. I don't know.
**A. Okay. I'll tell you. It's the First Word. So they ran these shows four and five times a day.**
Q. Okay.
**A. This is not the bible shows that we're talking about and they ran commercials, so this is reflective of that.**
Q. Okay. And then you see a grand total of 1,960?
**A. Yes.**
Q. But these numbers would never get to these numbers.
**A. Okay.**
Q. Okay? So I'm trying to figure out where the estimates are based on.
**A. That's what you have to ask Jeff. But what I'm saying to you is that --**
Q. I will.
**A. -- these -- I like that -- this right here, when they say Bloomer show, they talking about the First Word, which is a half an hour show that ran five or six times a day --**
Q. Okay.
**A. Let me finish. Five or six times a day.**
Q. I'm letting you finish.
**A. Yeah. Five or six times a day, and then they ran**

Page 126

**commercials. That's reflective of -- this is these right here.**
Q. The grand total is?
A. **I don't say the grand total is. I say there's a lot more shows that are missing. They ain't all on this paper right here.**
Q. Okay. So you're saying that these things identified as Exhibit 7, they're not complete enough to tell exactly where it's coming from?
A. **Did not.**
Q. All right. That's fair. I appreciate it.
A. **Call Pastor Finley, she'll tell you.**
Q. I do talk to Pastor Finley.
A. **Um-hum.**
Q. I like that Pastor Finley a lot. Any way, all right. Let's continue on. All right. So at some point in time --
A. **You see this here on page -- 18 pages, it says 130 -- 130 of 219. That's one of the shows that they did, and then it's on the same day. There's another --**
Q. Right. But what I found is that none of these would support the numbers that are in Exhibit 6.
A. **I'm in agreement with you. That's what I'm telling is that --**
Q. But you're saying they're incomplete?
A. **And these are not the shows that we played for the bible,**

Page 127

**which are those --**
Q. Yeah. So where are the records for that one?
A. **Well, they have those.**
Q. Well, you got the records. You're looking at them. Okay. We can -- we won't go over those because you didn't go over the fulfillment sheets, right? George?
A. **Huh?**
Q. You didn't ask to see fulfillment sheets, correct?
A. **Huh?**
Q. Did you ever ask anyone at The Word for fulfillment sheets?
A. **I never asked him for fulfillment sheets. No.**
Q. Did you ever ask Jeff on a monthly, weekly, or quarterly basis for the sales figures for any of the books?
A. **Books, yes. For the bibles and stuff like that, no.**
Q. Okay. And when you asked him, what did he give you?
A. **He gave me the numbers that I gave you. That's what I asked him and those numbers that we're talking about was also confirmed by Pastor Finley.**
Q. When did you get those numbers from Jeff Thurman that are shown on Exhibit 6?
A. **Probably -- I don't know the exact dates, but let's say about -- when we were working on the case, putting the whole case together before I left, he gave us numbers, and I called him after we working on the case, so -- let's say -- two years ago.**

Page 128

Q. Okay.
A. **I spoke to him and Pastor Finley.**
Q. But before that, how did you obtain information about the sales at --
A. **Well, Pastor Finley would tell me all the time or we moved 150 bibles this week, we moved, blah, blah, blah.**
Q. She would just say that to you?
A. **Yeah.**
Q. What were the other ways that you obtained information to that like that?
A. **What do you mean?**
Q. Other than Arcenia Finley saying --
A. **I didn't have books. I wasn't in the accounting room. They would tell me that because I had to move product. So she would come and say like on -- we would do a bible experience.**
Q. Right. I understand that you were asked to move certain product, which included yours and Word products, correct?
A. **Not included my products. No. I generated the own sales for mine. I would go and do a show, and you get 300 calls, they knew they need 300, what have you. When Kevin would buy the bibles, I guess, he would have to buy a certain amount. So he would have bibles before the show was going on. Mine's was different. Mine's was show driven. I would have to get on the air and sell his, do programs to get his stuff to go down. You follow what I'm saying?**

Page 129

Q. No.
A. **All right. I go in tonight -- no one knows what I'm going to teach on, so I go in tonight, and I said, all right, we're going to do divine revelation of deliverance, and I do a teaching on divine deliverance. And I have this book on the divine revolution of deliverance for your faithful seed of -- so and so like that. They would call through the call center, then we know that we got 150, 200, 300, 5 -- whatever the number was, we know that that's what we needed.**
**Then, Jeff would to go to Kevin, get the money, and ship it out to the people. On the bibles, if they went to Charisma or they went to one of those companies, the company had a base. So they would have to buy maybe 500 at a time or 1,000 at a time, so they had a stockpile. Then we'd stop and if it wasn't moving quick enough, then they would come and say, okay, we got -- let's say we got 500 bibles in the stockpile, we need to liquidate that before we go to our next project. Then I would build a show around that and speak to that to move the product.**
Q. And that would be the Friday night show?
A. **That would be the Friday night show.**
Q. And on your show on Sunday, you would sell your product?
A. **Yeah. My show had nothing to do with The Word Network. It's a whole different 800 number.**
Q. Yeah.

Page 130

**A. None of the products -- don't even mention the words --**
Q. So would you sell also your products on the Rejoice in the Word Show, your books. So Warfare --
**A. Yeah. That was the only way that the money would come in. You have to sell a product --**
Q. No. I know, but you would sell GG Bloomer Ministry book and sometimes The Word produced books?
**A. The Word didn't produce no books. Word only had bibles.**
Q. So Word was just a bible. But you would sell the bible on the Rejoice in The Word show?
**A. Yeah. On nights that we --**
Q. And on The Rejoicing in The Word show, you would also sell some of your books?
**A. I would have to. That was the only way to bring the revenue in.**
Q. Okay.
**A. You follow what I'm saying?**
Q. And the amount due in the case or alleged to be due are amounts for bible sales, essentially, and some oils, not the GG Bloomer books?
**A. Yeah.**
Q. Because you had fixed that --
**A. Right.**
Q. -- from having them bought ahead of time?
**A. That's correct.**

Page 131

Q. All right. Good. I think I get it.
**A. And they would never pay the whole amount. They only pay half. That's what's reflected in the texts that we had.**
Q. Yeah. There's a lot of texts on that arrangement.
**A. It's not an arrangement. This is what he did.**
Q. Right. You asked for money for printers, and you needed it by a date certain.
**A. We needed $500 --**
Q. Right.
**A. He'd give 175. Make do with it.**
Q. Right. Right. And interestingly enough, that's why I found it odd that I found not a single text, on sort of these claims that are identified in Exhibit 6, not a thing about these, the bibles, for all that time, for six years. Just -- but we have the texts are replete with send me money so I can pay my printer.
**A. If you did not pay the printer, publishing house, you'd have no product. On the bible side, they had the product, they just needed a pinch to move it.**
Q. Okay.
**A. That's the two dynamics that go there. Okay. Nobody's just going to give you money, so you had to have a product to push to drive the show.**
Q. I get it. Let's do this one, too. Exhibit 8.
(An off the record discussion was held)

Page 132

DEPOSITION EXHIBIT NUMBER 8 WAS MARKED BY THE REPORTER FOR IDENTIFICATION.

BY MR. BELOW:
Q. Bates number WNC 473 dated September 2, 2017, text from Bloomer to Kevin Adell as part of the broader text set that's been produced in the case. George, can you take a look at that Exhibit 8, please?
**A. Yeah.**
Q. Have you read that? This one is short enough. I'll read it on the record. Open quote, good morning, I just want to say one more time, thank you so much for the strip. You're a great man. The bible says that faithfulness will bring you before great men. And I just want to say thank you, and I am 100 percent team Kevin Adell and Word Network. It is my life. Have a great holiday.
**A. Yes.**
Q. So even though, again, at this point in, you know, the third quarter of 2017, you remain unpaid on bibles, right?
**A. Um-hum.**
Q. You write him what can only be described as a very sweet message as described on Exhibit 8.
**A. Um-hum.**
Q. And I guess I find those two incompatible. And can you explain that.

Page 133

**A. What do you find incompatible?**
Q. The sweet message, along with alleged dollars that you are due and owing to you at the same time.
**A. This text right here is for a strip.**
Q. Okay. I see that it mentions a strip, but there's a lot more to it than that, isn't there?
**A. What's more to it?**
Q. I am 100 percent team Kevin Adell?
**A. Yeah. I kept on telling you -- let me restate it again. When I send a text, the text is coming after a text or a telephone call, something that we had a discussion on. That's how the texts goes. Okay. And so there was a strip, Bernard Jordan had a daily strip, so it was a program that comes on each day at the same time. Bernard Jordan -- that didn't go well or they no longer paid, and he took my programs and he dropped it into the strip. Okay? And so I called him, and I thanked him for it. That strip lasted maybe three weeks and then he pulled it.**
Q. So he had done something for you?
**A. Yes.**
Q. And you were being more than gracious about thanking him for it?
**A. I was gracious and I thanked him for it --**
Q. Right.
**A. -- and it was nice to do.**

Page 134

Q. Okay. That's cool.

DEPOSITION EXHIBIT NUMBER 9 WAS MARKED BY THE REPORTER FOR IDENTIFICATION.

BY MR. BELOW:

Q. This is Exhibit 9. Do you want to take a minute and take a look at that, George. I know it's pretty long.

(An off the record discussion was held).

BY MR. BELOW:

Q. Do you remember that text, George?

**A. I'm having a problem trying to -- I remember some parts of it, I'm trying to put it into my brain.**

Q. Let me just see if I can pick out a couple pieces of it, and then we'll see if we can do some question and answer on it.

**A. Okay.**

Q. Is that okay?

**A. Um-hum.**

Q. All right. Exhibit 9, if I hadn't identified it already is bates number WNC 655 dated March 31, 2018. It is a text from -- I think it's from Kevin Adell to George Bloomer. Yeah. The numbers align right. Okay. Quote, having something in writing is what protects everybody in delicate situations like this. In coming to the Impact Network, that was one of my requests is that everything be ran through attorneys and that all be done in writing, so given one day to the next,

Page 135

decisions about my appearance on the network is not ran by emotions, and my program are snatched off without notice because someone is angry about something or I am promised a strip, and that is taken away without me knowing about it. Do you see that passage?

**A. Yeah. And this came from me to Kevin?**

Q. Yeah.

**A. I don't remember that.**

Q. No. No. No.

**A. Okay. Because I never wrote that to -- that's Kevin talking to me.**

Q. Right. Right.

**A. Okay.**

Q. So, you know, Kevin is telling you at some point here that, you know, you should have something in writing, right?

**A. That I asked for and he would never give. He said he don't do contracts.**

Q. So even though he's talking about that, he's kept to the thing that I don't give any contracts. He kept to that with you?

**A. With everybody.**

Q. Okay.

**A. Yes. With me.**

Q. Okay. And did you object to that with him and say, no, I need a contract?

Page 136

**A. I asked him for a contract on three occasions, and he said handshake, he don't do contracts with anybody. Everybody who was working there will tell you that. But let's go to this here.**

Q. Okay. Yeah. For sure.

**A. Just saw your text. I want to know, what text did he just see to bring him to this here?**

Q. Yeah. I don't know. I mean, both parties produced all the texts. So I don't know.

**A. Because I remember making an appearance on the network and he went through the roof. Well, from the time I came to The Word Network -- I didn't come to The Word Network as a person that Kevin was going to make. When I came to the Word Network, I already had a decent name. That's the reason he asked me -- that's the reason why Lexi and them brought me over to talk to him, and I had been making appearances on Truth For the World, all the different networks, and I would go and do a premium. So -- let me finish -- a one-nighter. He saw me on the network show and hit the roof. So I didn't text him this. This is him texting me. So I'd like to see --**

Q. But if you look inside this text, he actually has your text in here.

**A. Huh?**

Q. This is your text inside of his.

Page 137

**A. I understand that. I'm saying I did not --**

Q. And you're the one, actually, that's saying having something in writing is what protects everyone?

**A. That's correct.**

Q. Right. So really, all I want to ask you about, because all that other stuff you're mentioning is irrelevant to me.

**A. Okay.**

Q. And that is that you know, despite your ministry comments, that the ministry is the most important thing for you --

**A. Um-hum.**

Q. -- that you have to take care of business regarding business, right? Having something in writing is something you were aware of, at least as of March of 2018, that was important to protect people in a business situation, correct?

**A. Yes.**

Q. Okay. And you say that's in this discussion?

**A. Yes. But he doesn't do contracts.**

Q. I understand. He didn't give you one, and you then continued to do what you had always done, correct?

**A. Yes.**

Q. That's all I got.

**A. Yeah. That's all you got on that.**

Q. Yeah. That's all I got. On to the next, Exhibit 10.

DEPOSITION EXHIBIT NUMBER 10 WAS MARKED BY THE REPORTER FOR IDENTIFICATION.

Page 138

MR. ASAY: Can I just ask a question, a clarifying question?
MR. BELOW: Sure.
MR. ASAY: This Exhibit 9, the owner on this text is (248) 933-7878 and that's from --
MR. BELOW: Kevin.
MR. ASAY: That's from Kevin to George?
MR. BELOW: Right.
MR. ASAY: So this is the text that Kevin sent.
MR. BELOW: Yeah. There's one before that, that he's quoting in there.
**THE WITNESS: Where is it?**
MR. ASAY: I'm the dummy here. I'm just confused as to the --
MR. BELOW: Yeah. You can find it if you want, but he's quoting a previous text.
**THE WITNESS: Who's quoting a previous text?**
BY MR. BELOW:
Q. Kevin is quoting your text to him where you say having a contract protects people.
**A. We also had a conversation like that also.**
Q. Right. But Exhibit 9 is he has his own words, and he has part of your message in it. Do you agree or no?
**A. One second, sir.**
Q. You already answered three questions to that effect, but if you want to go back and redo it, we can.

Page 139

**A. Yeah. I want to be very, very clear.**
Q. Ready?
**A. No. Because I'm not understanding the mix of this here.**
Q. Okay. Well, let me ask you this. Did Kevin have a contract with Impact Network?
**A. I don't know.**
Q. Did you?
**A. No. I didn't have a contract with Impact Network.**
Q. Well, then maybe it has a document that has no real meaning to the case?
**A. Well, you brought it up, and here's the thing here, I'm trying to figure out where this right here came from.**
Q. We'll have to ask Kevin that.
**A. Because I went on the Impact Network to do a show, an appearance.**
Q. Okay.
**A. They had daily shows I had an appearance on.**
Q. Yeah.
**A. Kevin saw it on television. He called me --**
Q. Okay.
**A. He said you going over to Impact Network. No. I been doing these shows -- I'm a global guy. Everybody knows what I'm doing. Now, where this Jackson thing comes in at -- I don't know where this came from.**

Page 140

Q. Okay.
**A. So this is -- it's going to give a strip Monday through Friday, 3:00 p.m. They have written a letter of invitation that I have -- I mean, what is this --**
Q. I guess we'll have to --
**A. -- and then you say he quotes me, he quotes my quoting in here. When.**
Q. I may have misunderstood, but I thought you said it was your saying having something -- I thought you said --
**A. No. What I said to you --**
THE REPORTER: Wait. One at a time.
**THE WITNESS: I'm sorry. What I said to you was I had a conversation with him --**
BY MR. BELOW:
Q. Okay. Don't raise your voice to me.
**A. No. No. I had a conversation with him on that -- I'm not raising my voice.**
Q. Yes. You are.
**A. Okay. I had a conversations with him --**
MR. HANNA: Listen, stop cutting him off and then tell him he's raising his voice.
MR. BELOW: Okay. You know what, that's enough out of you. We'll cut the call altogether. You cannot have two people --
MR. HANNA: Listen, John --

Page 141

MR. BELOW: You cannot have two people objecting in a deposition.
MR. HANNA: John, John, you need to take a step back. I know you like to disparage people and younger attorneys and act inappropriate, and now you're --
MR. BELOW: Okay. I'm going to cut you right off. If you keep talking nonsense like that, I am not going to listen to you. Michael, I have a fine reputation, and you treat me like shit every time I'm with you. I'm not going to take it, so just stop.
MR. HANNA: Again, the record speaks for itself --
MR. BELOW: Yes. It will --
MR. HANNA: And --
MR. BELOW: Yes. It will. Yes. It will. Yes. It will. Yes. It will. Yes. It will.
MR. HANNA: I'm glad there's a transcript of your behavior --
MR. BELOW: Okay.
MR. HANNA: -- and how you talk to people --
MR. BELOW: Okay.
MR. HANNA: -- because I'm going to show this to Court.
MR. BELOW: That's fine.
MR. HANNA: All I'm asking you to do is not talk -- listen, let me finish my sentence. I'm just asking you

Page 142

to not disparage my client like that.

MR. BELOW: I am not disparaging your client. No. Wait. No. Wait.

MR. HANNA: Let me --

MR. BELOW: No. Okay.

MR. HANNA: You can have the last word --

MR. BELOW: Okay.

MR. HANNA: -- but I --

MR. BELOW: Okay. All right. I'm turning it down. I'm turning it down. Okay. I want to make the objection that I am contending with two lawyers that are interfering with the record of this deposition. And this deponent, to whom I have been decent and kind, and I don't understand what's being said. Okay?

MR. HANNA: Just because you say on the record you're decent and kind on the record doesn't make you decent and kind. We have the record. The transcript speaks for itself. I am not making objections, but when you're acting inappropriate and disparaging my client, I'm going to step in. So stop it, and let's finish this deposition already. It shouldn't be this difficult, John.

MR. BELOW: I --

MR. HANNA: You have years of experience and you should not behave in this manner at a deposition. Just ask your question --

Page 143

MR. BELOW: I think that -- you know what, I don't even know what you're talking about, how I'm behaving in a deposition. I have done literally thousands of these.

MR. HANNA: That's exactly what I'm --

MR. BELOW: And I don't do them any different any other time.

MR. HANNA: John --

MR. BELOW: And I've never -- by the way, Michael, I have -- by the way, listen to me. I have never had anyone disparage my reputation the way that you try to do every time that we're in this case. Okay? I don't know what is wrong with you.

MR. HANNA: Listen, when you go back, and you're not so inflamed, and you read the exchange of what you said to my client and why I said what I said, I think you're --

MR. BELOW: No. I think you're dead wrong, but that's fine.

MR. HANNA: Okay. Well --

MR. BELOW: Because if you bring a motion on this, I will bring sanctions against you for interfering with the deposition when you're not even here.

MR. HANNA: Excuse me, what are you threatening me? Just for the record, now you're threatening another attorney. Can you, please, explain what your threat is so we have it on the record.

Page 144

MR. BELOW: I said if you bring a motion to sanction me about this deposition, I'm asking for sanctions against you for tag teaming me and Amanda --

MR. HANNA: So just to be clear, for the record, and don't interrupt me because I want this on the record. If I was to file a good faith motion for sanctions, what you're telling me --

MR. BELOW: That would not be a good faith motion. That would not be a good faith motion.

MR. HANNA: I'm not finished, John.

MR. BELOW: You have interfered with this deposition, and I'm going to cut you off the line.

MR. HANNA: You are telling me, is you intend to retaliate no matter what --

MR. BELOW: No. Not no matter what, for good basis. Here, let me get it on the record, so that you -- I'm going to turn you down. Okay. If there is interference including post deposition motions by Michael Hannah, I will, for good reason and good cause, as exhibited on the record, file cross motions for sanctions as well, principally for the reason that he has interfered with this deposition by piping in objections and speaking objections on the record while brother counsel, Corey Asay, is here supposedly leading the defense of the deposition.

So I am contending with two lawyers, as opposed to

Page 145

one, one who is not even here and is a lawyer who is disparaging my personal and professional reputation after this many years of practice. Okay. You can go ahead now.

MR. HANNA: Can you guys hear me now?

MR. BELOW: Yeah. We can now.

MR. HANNA: Can you hear me or no? Okay. Let the record reflect that he is putting down my -- I had a personal situation, I couldn't attend the deposition today. Let the record reflect that he's now turning down the volume because I can't be there, so I can't --

MR. BELOW: That's correct.

MR. HANNA: And his intent to retaliate is part and parcel with his other litigation tactics, which includes filing a retaliatory --

MR. BELOW: I'm going to cut you off the line in a minute. Okay?

MR. HANNA: In response, which includes filing --

(The telephone was hung up)

MR. ASAY: John, you got to say your peace --

MR. BELOW: No. I can't --

MR. ASAY: You got to say your peace on the record, and he didn't get to say his peace?

MR. BELOW: No. He doesn't. He's not here --

MR. ASAY: I mean, it sort of fits right into what he was saying.

Page 146

MR. BELOW: Look, I didn't do anything wrong to your client. Okay? You didn't even raise an eyebrow --
MR. ASAY: Listen, I just --
MR. BELOW: I'm not going to keep going with this guy. I'm not going to keep going with him.
MR. ASAY: We're just trying to get through the deposition.
MR. BELOW: No. Let's call Judge Grand. Let's call Judge Grand.
MR. ASAY: You're on.
MR. HANNA: Okay. Just don't ever do that again, and I want this on the record to show that Mr. Below has completely lost control and he literally -- I just want to make sure, is this in the deposition transcript, sir -- Madam Court Reporter?
THE REPORTER: I'm writing. Yes.
MR. BELOW: Yes. It is.
MR. HANNA: Put it on the record that Mr. Below has completely lost control. He's literally hung up the phone on me --
MR. BELOW: Yes, because you're not allowed to speak in this deposition. You're not allowed to speak.
MR. HANNA: Thank you, John. John, just let me get it --
MR. BELOW: No. No. No. No. No. No. No.

Page 147

We're going to talk to Judge Grand then. Let's call Judge Grand.
MR. HANNA: We can call --
MR. BELOW: Okay. We're going to call Judge Grand right now and you can save your arguments --
MR. HANNA: I'm trying to --
MR. BELOW: And tell him all about all of my misconduct. It's going to be reflected in the record.
MR. HANNA: We can do that, if you want to. I don't care. I just want --
MR. BELOW: We're going to call Judge Grand right now. Amanda, go get the number.
MR. HANNA: Can I get a sentence in, John?
MR. BELOW: No.
MR. HANNA: And I just want the record -- this could be so much easier, John. I just want the record --
MR. BELOW: I'm tired of you threatening me. You know, it's like you're going to come over and beat me up or something. I don't know. What is this?
MR. HANNA: Again, the record --
MR. BELOW: You have threatened me repeatedly.
MR. HANNA: Your underhanded comment, the insinuation, all I'm trying to do right now is to put one sentence on the record. And I just want the record to reflect, that while I'm appearing telephonically, you hung

Page 148

up the phone in my face. That's all I wanted to get on the record.
MR. BELOW: I don't know. Do you have your face by the phone?
MR. HANNA: We'll deal with this accordingly.
MR. BELOW: Okay.
MR. HANNA: Let's continue.
MR. BELOW: Okay. Let's call the Court. Let's call the Court.
THE REPORTER: Do you want to go off the record?
MR. BELOW: Yeah.
MR. HANNA: Madam Court Reporter, can you please read to me the last -- if we're going to call the Court, can you read to me the last sentence.
MR. BELOW: No.
THE REPORTER: Honestly, I'm only writing every other word because you guys are on top of each other, you're both so heated and so fast, I'm glad I'm recording this. It will come with your transcript because I am recording it, but there's no way that I can write two people talking at the same time, and it's not at you. It's all of you.
MR. HANNA: I understand, ma'am. Can I just get the last sentence before this back and forth, the last comment that he made -- if he's going to call the Court, if he wants to call the court, I just want the last comment --

Page 149

MR. BELOW: Michael, you're not allowed to have a tag team deposition. Why are you acting like you don't know this?
THE REPORTER: Okay. I'm off the record because I'm going to try to find this.
(An off the record discussion was held)
BY MR. BELOW:
Q. I don't even know where we were.
**A. Don't go with that.**
Q. No. I'm done with this.
**A. But I want to go back to it. I want to go back to it.**
Q. Okay. Well, what do you want to clarify? I mean, I really want you to tell your story.
**A. Yeah. Yeah.**
Q. Go ahead. Go ahead.
**A. I want to know where I'm at in this text here.**
Q. I don't know. I guess we have to ask Kevin, if you don't know.
**A. Okay.**
Q. That's why I said we should just move on.
**A. Well, if you will take a little time and look at the bottom of it --**
Q. Yes.
**A. -- and stop trying to get me, you would see --**

Page 150

Q. I'm not trying to get you.
**A. You would see that this is a correspondence between Kevin Adell and Juanita Bynem.**
Q. Okay.
**A. And he's telling me of the story.**
Q. Okay.
**A. And I'm well aware of what happened with the Juanita Bynum thing, and you don't want to bring her in here.**
Q. Okay. Juanita Bynum was not a part of your relationship with Kevin, right?
**A. Hum?**
Q. Was Juanita Bynum a part of --
**A. How she got to the network was through me. That's why he's talking and telling me the things that's going on.**
Q. Okay. Did you have a contract with Juanita Bynum?
**A. No. I didn't have a contract with Juanita Bynum. Juanita Bynum left the The Word Network to go to Impact.**
Q. Okay.
MR. ASAY: I was just going to give her the spelling. That's all. Juanita Bynum?
THE REPORTER: Yeah.
MR. ASAY: J-u-a-n-i-t-a and Bynum is B-y-n-u-m.
THE REPORTER: Thank you.
BY MR. BELOW:
Q. George, do you have any written contracts with any of the business associates that you deal with?

Page 151

**A. What do you mean?**
Q. Do you have a written contract with Bethel to be it's pastor?
**A. Pastor?**
Q. Yeah.
**A. I started the church.**
Q. So the answer to that is no?
**A. I do have agreements with the deacons and the trustees and everything, but I started the church.**
Q. So you do understand that written contracts are a good part of business, right?
**A. I do understand that. I also understand that verbal contracts are a part of business also. They don't always go together, right, but I understand that, too, especially in the church world.**
Q. Okay. All right. Do you have verbal contracts with your deacons and associate pastors and so forth?
**A. Some and some -- yes. Some.**
Q. Do you think it's better business to have a contract in writing or verbal?
**A. I think it's dependent on the person you're dealing with.**
Q. Okay. All right. Let's look at the next exhibit. This will be Exhibit 11? I thought it was 10. Oh, I gave it to you already. Sorry. Here you go.
So Exhibit 10 is bates number WNC 346. It's dated January 31, 2017, one page, and it's from Bloomer to owner who, I believe, is Kevin Adell.

Page 152

**A. Um-hum.**
Q. Do you remember that Exhibit 10 text?
**A. Yes. I do.**
Q. Okay. What do you recall about this January 31, '17 text?
**A. You asking me what do I recall?**
Q. What do you -- or is this just business as usual?
**A. This is a text about the prison, the prison bible that we was getting ready to do, and asking for a prime time slot so I can continue to do what I do. I don't understand the question what you asking. What are you asking about it?**
Q. So was the prison bible a Word produced bible?
**A. No. I would have to produce --**
Q. So you would be doing that one, GGB?
**A. That's correct.**
Q. And then what about --
**A. Because we would take the bible, and then we would go and do all the people who was incarcerated inside the bible. So we make one of those bible branded for prisoners who was in prison.**
Q. And this good morning -- beginning of the text -- good morning, sir. Got the check. Everything is good. Products on it's way.
**A. He paid for the books for the programs that we had because he hadn't been paying.**

Page 153

Q. And, again, here, there's no mention of any commissions being owed, right, on the bibles?
**A. Yeah.**
Q. You discuss the prison bible, but you don't say anything about any past due amount --
**A. No.**
Q. -- any other bible, right?
**A. No.**
Q. What does that quote mean you would give me a prime time slot? That's all I want. One prime time slot to help me to do what I do, and then I'll be happier than a sissy in boys town, ha, ha, ha, when anything comes open. What does that mean?
**A. He promised to give me a prime time slot maybe Thursday nights or Wednesday nights in the eight o'clock slot, the between 8:00 and 9:00 -- between 8:00 and 10:00 in prime time, and there was a discussion that we had had with Jamal Brian and several of the preachers because we were going to start doing a program dealing with gender situations within the kingdom.**
Q. Okay. What did that phrase mean, I'll be happier than a sissy in boys town?
**A. What do you mean?**
Q. What does that mean?

Page 154

**A. If you a sissy, you like boys, right?**
Q. I don't know.
**A. Right? So --**
Q. I didn't write that. I've actually never seen --
**A. I just answered that. Yeah. So we was going to do a program on prison and on same gender loving people is becoming big, there's a whole lot of discussions on it, and so on and so like that. So if I had that prime time slot, I could do what I do through the prisons and through these programs.**
Q. All right. So at some point in time, the relationship broke down. That is the relationship between George, you, George Bloomer, and I suppose GGB Ministries, GG Bloomer Ministries.
**A. That's okay.**
Q. You know, before I get into some documents on that, I'd like for you to maybe talk about how that evolved.
**A. How what evolved?**
Q. The breakdown that culminated in September of 2019, you know, like --
**A. Rephrase it one more time? You asking me to --**
Q. Let me -- I'll focus in a little better. All right. So in the months leading up -- you recall -- I'll say that you separated from Kevin Adell and The Word Network church, whatever, in September of 2019, is that correct?
**A. Or thereabout. I don't remember the dates.**
Q. Okay. And do you recall leading up to, say, the separation

Page 155

or the end of the relationship, that there were a number of problems regarding your show?
**A. Problems regarding my show?**
Q. Yeah.
**A. No more than Kevin keeps on not having it on this night, having it on that night. In order to run the program and to make it work, it's like pastor in my church. If I show up there once a month, I can't expect for the people to be there.**
Q. Okay.
**A. Okay. So I did three things at The Word Network, Rejoice in The Word, the First Word, which was the product program, which is the stuff that Finley was showing me.**
Q. How often did you do the First Word?
**A. I would come in and tape shows for the whole month, and they would play five, six, seven times a day. That's why in this here, you'll have the 19th, and then you have the 19th and then you have the 19th because they all came in on the same day. It's one day, three separate shows.**
Q. Okay.
**A. So it's looking like this $1,900 came in for the day. Actually, 8,000 came in for the day. This is one day. So this that he's giving you right here, should be this thick.**
Q. I don't know. I mean, those are what they are.
**A. Well, they are what they're not.**

Page 156

Q. Well, I don't know. I don't know. But you don't have any record of that anyway, right?
**A. Well, I know that the shows went -- when I got home to my DVR to tape the shows, show is going on and on and on.**
Q. Do you have those shows taped?
**A. I have some.**
Q. Can you tell me the amount of product that was sold --
**A. I can't --**
Q. -- based on your DVR?
**A. I can't tell you that. I can tell you that the shows -- I told you that the shows went on five and six times a day.**
Q. The Rejoice in The Word?
**A. No. First Word.**
Q. So you would record one First Word?
**A. There are three places that I was at at The Word Network, Rejoice in The Word, that's on Friday --**
Q. That was Friday?
**A. 8:00 to 10:00.**
Q. Right.
**A. The First Word, I would come in and tape a bunch of shows that would run for the month, sometimes run for two months.**
Q. How many shows?
**A. I might tape about five, six shows, but they running for the whole month because they're evergreens.**
Q. So how many of the First Word did you record?

Page 157

**A. You mean since I been there?**
Q. Yeah.
**A. I have no why idea. I have no way of knowing. I don't even know how many Rejoice in The Words I taped. I taped a bunch of them.**
Q. Okay. So First Word you would have just as many as Rejoice in The Word?
**A. Yeah. And First Word would air more than Rejoice because Rejoice only aired on Friday. It was a live show.**
Q. Right --
**A. So you had to be there --**
Q. The other one would run --
THE REPORTER: One at a time, and you've got to slow down.
**THE WITNESS: I'm sorry. I'm going to do it, promise.**
THE REPORTER: Okay.
MR. BELOW: I'm sorry.
BY MR. BELOW:
Q. So Friday night was Rejoice in The Word?
**A. Friday night was Rejoice in The Word. It's a live show, so I had to be there in person. The First Word was a program where I move product and invited other preachers in who had products, they could move on the air. I would go in and tape maybe, come in on a Thursday, and tape five shows, and those**

Page 158

**five shows would go for the entire month, but they play them four, five, six, seven times a day. If there was a program that fell out, and they had a half an hour slot, they would drop it into the slot.**
Q. First Word would be a good filler?
**A. Yes.**
Q. Okay. Got it. And you would refresh those shows every month?
**A. Or every other month, depending upon how it was going. If it was a show, and it was bringing in, you didn't move it.**
Q. So in the year of 2019, you didn't have very many shows, did you, in 2019?
**A. What do you mean?**
Q. Like you didn't appear as often on The Word Network church in 2019?
**A. Right because he was selling shows to other people.**
Q. Right. And you didn't like that?
**A. I loved it.**
Q. Okay.
**A. That wasn't a problem for me, because if I'm not doing a Friday night, I'm in a pulpit someplace speaking.**
Q. Okay.
**A. That wasn't a problem.**
Q. So that was not a problem?
**A. Not a problem.**

Page 159

Q. How many times were you on the air in 2019?
**A. I don't know. I have no idea.**
Q. So what --
**A. Maybe 20 or 30 of the 50 times that we would normally be on the air because Friday night -- it would be two Friday nights of the year.**
Q. Would you do shows throughout summer?
**A. Some, yeah.**
Q. My understanding is that summers were off?
**A. That's a lie.**
Q. That's not true? Okay. That's fine.
**A. It's not even true, not even a half truth.**
Q. Okay. So you would go year round?
**A. Yes.**
Q. Without any interruption for late spring and summer?
**A. Well, there would be interruptions if he made the interruption.**
Q. Okay. So in 2019, did Kevin make you aware with some issues with your show, such as the nature of the guests that were on, and the possibility that you were having people come on that were paying you to be on your show? Had you ever heard of that?
**A. Paying me?**
Q. Yeah.
**A. To be on my show?**

Page 160

Q. Yeah.
**A. No.**
Q. Be on Rejoice in The Word?
**A. That never, ever happened. Ever.**
Q. I understand you're saying it never happened --
**A. And he never had a conversation with me about that --**
Q. Okay.
**A. -- because I never did it. Now, if you talking about other hosts, then talk to them, but I never did it.**
Q. Okay.
**A. No one has ever paid me to be on Rejoice in The Word. Never. I never --**
Q. You mean paid you to have them on the show?
**A. To have them on the show.**
Q. With you?
**A. With me, no one.**
Q. Okay. I understand that.
**A. Ever.**
Q. I understand you're saying that. Okay. So are you saying that your show, there were no issues with your show in 2019, like it was all great?
**A. Revenue was going down, so that's not great for Kevin, but that was fine for me, and I explained it to Kevin in our texts.**
Q. Okay. So revenue was going down. You acknowledge that?

Page 161

**A. I acknowledge it, but I'm going to tell you why the revenue was going down, because he kept on moving the shows.**
Q. Okay.
**A. You got to stay in front of the people --**
Q. So he was moving --
THE REPORTER: One at a time.
**THE WITNESS: I'm sorry. I'm sorry.**
BY MR. BELOW:
Q. So he was moving the program times?
**A. Yeah. Yeah.**
Q. Okay. And you felt like that negatively impacted the revenue?
**A. Did I feel like it? I knew it did.**
Q. Okay. In the discovery, George, you produced like a chapter from a book that maybe is started, but not completed. Do you recall producing that chapter one?
**A. I don't know. You got to tell me. Let me see what you're talking about.**
Q. Yeah. Sure. I don't know if I'm going to make it an exhibit, but your lawyers gave it to us. Does that look familiar?
**A. Yeah. Make that an exhibit.**
Q. Yeah. I'm not going to. He can, though.
**A. Why not?**
Q. Because I don't want you to go over it.

Page 162

MR. ASAY: Just let him ask the questions.
BY MR. BELOW:
Q. Yeah. I mean, anybody can write whatever they want. When did you write this?
**A. In 2020.**
Q. When in 2020?
**A. Right after I left Word Network.**
Q. Okay. Well, you left Word Network in September of '19 --
**A. Right.**
Q. -- so when in 2020?
**A. I don't know when, but I was documenting all the things that happened.**
Q. Okay.
**A. And in fact, the book is going to be called I give you my word.**
Q. Catchy. When is -- is that book completed?
**A. No.**
Q. When is that book going to be completed?
**A. After we complete everything we complete.**
Q. Okay. Now --
**A. You want to ask me some questions from there?**
Q. No. No. I really don't care. Do you recall Kevin sharing this meme text, right, this -- you know, obviously, it's like the key part of this. You remember -- I'm not going it make this an exhibit either. I'm showing you a picture of this

Page 163

meme, right, that Kevin shared with you, right? And I just want to ask you, is that a copy of what he showed you, that meme?
**A. Yeah.**
Q. Now, do you recall that after you left -- or just say separated -- you separated from The Word Network church, do you recall -- well, let me back that up. Back up from there.
Did you ever read the article that was tied to the meme that Kevin showed you, the Babylon today article?
**A. Some of it, yeah.**
Q. Do you remember anything about that article?
**A. Um-hum.**
Q. Did you remember that in the article they called you a false prophet?
**A. Yes.**
Q. And a pulpit pimp, they called you that?
**A. That's correct.**
Q. But in the meme, Kevin is depicted as the pimp, right?
**A. Yes. And he loved it, and he laughed in my damn face while he was showing it to me reading it to me.**
Q. Right. I know that's what you say.
**A. That's not what I say. That's what he did.**
Q. That's what you say. I get it, but you're not allowed to just keep going on about it. I'll ask the questions. If Mr. Asay --

Page 164

MR. BELOW: By the way, am I pronouncing your name wrong?
MR. ASAY: Asay.
MR. BELOW: Asay. Asay. Okay. Sorry.
BY MR. BELOW:
Q. Did the article, if you recall, say that Word Network church preachers were brainwashing and blinding the black community?
**A. Yes.**
Q. Do you remember feeling like that was not a fair depiction or feeling one way or the other about those kind of comments?
**A. I was bothered by the comments because I could see how people could see that, but it wasn't so. I know I wasn't doing that, and I don't think Crefloe Dollar was doing that.**
Q. Right.
**A. Kevin Adell doesn't go up on the screen in front of the people.**
Q. Um-hum. Was there something with Benny Hinn, are you familiar with Benny Hinn?
**A. Yes. I am.**
Q. Okay. Is he a preacher?
**A. Yes. He's a preacher.**
Q. Is he white?
**A. He's white.**
Q. Is he a preacher of notoriety or no?
**A. Huge.**

Page 165

Q. Sorry. I don't know that. Okay. Was it your understanding that Kevin Adell had written anything like written the Babylon article?
**A. No.**
(An off the record discussion was held).
BY MR. BELOW:
Q. Okay. Let's talk about this. This will be the next exhibit number.
MR. BELOW: What number is this now?
THE REPORTER: 11.
MR. BELOW: It is 11. Okay.
DEPOSITION EXHIBIT NUMBER 11 WAS MARKED BY THE REPORTER FOR IDENTIFICATION.
BY MR. BELOW:
Q. All right. George -- sorry. Have you looked at that?
**A. Yeah.**
Q. And so I understand that the allegation is that Kevin sent the beginning of -- sorry -- for purposes of identification, Exhibit 11 is Bloomer bates number 331. It looks like a text dated September 5, 2019. Does that look familiar to you, George, Exhibit 11?
**A. The text?**
Q. The text.
**A. Yeah.**

Page 166

Q. Okay. And there's a person's face scribbled out at the top, the guy that Kevin's with that -- I think the allegation is that that's someone allegedly showing black face. The next picture is -- is that you in that picture, in the second picture?
**A. Yeah.**
Q. Okay. And was that a picture that was taken any time near September 6th, the date that's on it?
**A. I have no idea when that picture was taken. I don't even know why that's there. In fact, it's the first time I saw that picture within it.**
Q. And the next message, it looks like it's from the phone number (919) 806. That's your number, right?
**A. Um-hum.**
Q. You say to Kevin, quote, did we start running the ad, and if we did, is it doing anything yet, you know you have the power to carpet bomb it like you did with Comcast. If you do that, we can't lose. What that was about?
**A. That was about the hurricane, and we was going to put a bunch of ads together and drop, drop, drop, drop, drop, drop, so people can start bringing in the revenue. When he was having a problem with Comcast, he did an ad where he just kept on over and over and over again, got everybody all excited about giving this time back. So that's what that was at.**
Q. All right. That's all I have on that. Anything else on

Page 167

that? Is that a no?
**A. Huh?**
Q. Is that a no?
**A. What do you mean anything else on it?**
Q. Is there anything more to it than what you just said?
**A. More to what? Are you talking about the text or the picture?**
Q. No. The text.
**A. Oh, no. There's more to the text.**
Q. Well, there's nothing in your text about the picture. You would agree with that, right?
**A. What? In this text right here?**
Q. Yeah.
**A. I don't even know how they put the two together, but anyway.**
Q. Well, I don't either. You guys produced it. It's Bloomer 331?
**A. Yeah.**
MR. BELOW: Okay. Let's go to Exhibit 12.
DEPOSITION EXHIBIT NUMBER 12 WAS MARKED BY THE REPORTER FOR IDENTIFICATION.
BY MR. BELOW:
Q. All right. Exhibit 12, for purposes of identification, is Bloomer bates number 337. It is at the top dated September 15, 2019 7:36 p.m. The top entry is from the phone number (919) 806-6158. George, that's your phone number, right?
**A. Yes.**

Page 168

Q. All right. Do you remember that text to Kevin?
**A. Yeah.**
Q. And you actually, four lines from the bottom, you're talking about the hurricane relief that we mentioned in the previous exhibit, correct?
**A. Um-hum.**
Q. That was the hurricane relief you mentioned, right? Same thing, right? Same hurricane?
**A. Yeah. I think so.**
Q. You see in the third line from the bottom in there, it says, quote, it says, I'm here, I'm loyal and 100 percent onto until you release me, but I've never been the type of person to lie and not tell you to truth might not offer my opinion, but if you ask me and I know what I'm telling you what time it is, and that's what we are. Do you see that?
**A. Um-hum.**
Q. So this, as of September 15, 2019, you're telling him that you're 100 percent loyal onto him, correct?
**A. Um-hum.**
Q. And there are other things in here as well, but I mean, we have -- and you can speak to it, of course, but we have late packages of bibles that are mentioned, right, we have something mentioned about Prophetis Williams, quite a few things in here. This is a list of some grievances, isn't it?
**A. Um-hum.**

Page 169

Q. So I guess I'll offer you to explain to me at September 15, 2019 you're still telling Kevin that you're loyal to him, correct?
**A. Um-hum.**
Q. That's all I have on that. All right. Let's take a look at the post separation interview. Do you remember doing an interview with Bernard Jordan?
**A. You'd have to show me.**
Q. Okay.
**A. It's been five years.**
MR. BELOW: All right. We're going to go to Exhibit 13.
DEPOSITION EXHIBIT NUMBER 13 WAS MARKED BY THE REPORTER FOR IDENTIFICATION.
BY MR. BELOW:
Q. We have videos of all this, but we made transcripts. I'm not professing that the transcripts are perfect, including the fact that when I've gone through them, you know, sometimes I would see an E as opposed to an A. There's little typos here and there. Maybe a possessive. But I'm representing that they are like basically 99 percent an accurate depiction of the transcript. Obviously, if we were going to get to a trial at some point, we're going to have to probably put in the actual interview video, but I thought, for purposes of this exercise, it was probably easier for us to just look at

Page 170

some transcript passages, is that fair?
MR. ASAY: Okay.
MR. BELOW: Is Michael okay with that?
**THE WITNESS: The picture of the heading with the pimp -- what you call -- stuff like that, why wasn't --**
BY MR. BELOW:
Q. That's -- I don't have a question on the record on that, so you really can't speak to that right now.
**A. Okay.**
Q. I'm sorry. Your lawyer can ask you questions about that.
**A. All right.**
Q. Okay.
**A. But it wasn't in connection with this?**
Q. What?
**A. The picture. And you asked me a question about did I know that --**
Q. Yeah. But we've been through that. I'm done with that. If your lawyer wants to ask you questions on that, he can. I don't have enough time for you to go back on each of these. I'm sorry. As much as I'd like for you and I to spend into the evening doing this, and periodically, getting into a fight, we're not going to do that.
(An off the record discussion was held).
BY MR. BELOW:

Page 171

Q. Here you go. This is a document identified as Exhibit 13. As I said, it's transcriptions because we don't really think it's best to play the videos right now, YouTube videos, but Exhibit 13 is a transcription of a September 23, 2019 YouTube video.
George, do you remember, as you even look at the date and so forth that you had an interview with Bernard Jordan and that it was on the Larry Reed live channel or show?
**A. Yes.**
Q. Okay. And when you -- so that was pretty shortly after you left The Word, correct?
**A. Um-hum.**
Q. Like days, correct?
**A. Yeah. I don't know if it's days, but yeah. I don't know when it was.**
Q. Okay. All right. So let's look at the next page. By the way, how many pages is this?
(An off the record discussion was held).
BY MR. BELOW:
Q. In any event, George, I'll just try to be quicker here. You know, at the bottom of page two, you'll see that it says, second to last sentence, it says, first of all, quote, first of all, I was not fired from The Word Network because he

Page 172

would never do that. He is, in that sentence, he is Kevin Adell?
**A. Yes.**
Q. Okay. And then it says I was not pushed out from The Word Network because he would never do that. I quit eight days ago and kept it quiet, end quote. Do you see that sentence?
**A. Um-hum.**
Q. And do you acknowledge saying that?
**A. Yeah.**
Q. On the third page --
**A. You want the why I said it?**
Q. No. On the fourth page -- Attorney Asay can ask you that question. Third line down, quote, I don't understand why this time it was funny to him and it was okay. And I told him, it's not good. We're talking about the meme here, I think. I told him it's not okay. I told him don't do it again, and that was a discussion I had with him and his accountant in the hallway. See that? And if we go just a little further --
**A. This one?**
Q. I've just read this one sentence here.
**A. One sentence where? On page number four? Okay.**
Q. Yeah.
**A. Right here.**
Q. It starts with I don't --

Page 173

**A. Thank you.**
Q. Yeah. And these have highlights in them, obviously.
**A. Okay.**
Q. The original will not have a highlight. Okay. And at the end of this highlighted section, you see here I found -- this is what I found really interesting about this passage, George. You wrote or you said he does not understand what this is. And then -- do you recall what you meant by that?
**A. When white people dole black people out a lot of times, they don't know what they're doing.**
Q. Okay. And in this case you're talking about Kevin, though, right?
**A. I'm talking about Kevin.**
Q. Right. So you're saying that Kevin doesn't understand what this is?
**A. What I'm saying to Larry and -- what you call it -- he should know if he's the head of a black network with all these black people around, that there's certain things you don't say to us or do to us.**
Q. Right. But you said here that he didn't understand what he was doing, right?
**A. I'm not saying that he didn't know what he was doing. What I'm saying is that he couldn't -- he's got to know that this is off, is what I'm saying.**
Q. I understand that you're saying that now, but here you said

Page 174

he does not understand what this is.
**A. I'm telling you what I'm saying in the sentence.**
Q. But that's not what it says. Read it. Read it.
**A. I read it.**
Q. He does not understand what this is. It's plain.
**A. And then what does the rest of it say?**
Q. What -- what's going on?
**A. Let me see. Um-hum.**
Q. What does the rest of what say?
**A. Wait. Let's go back to where we were at. He doesn't understand -- let me.**
Q. It starts with your name.
**A. He doesn't understand what --**
Q. Sorry. Did you not know where I was reading from? I thought you did.
**A. All right.**
Q. All right.
**A. I mean, it doesn't stop at he does not understand. It continues to go on.**
Q. Right. But the rest of the sentence doesn't change the fact that you said you felt like he didn't understand what this is. Let's go to the next page.
**A. Yeah.**
Q. Page six top of page six. This way.
**A. This is six right here?**

Page 175

Q. Top of six starting with, quote, I'm not trying to kill Kevin Adell.
**A. Um-hum.**
Q. In fact, I'll tell you one thing about Kevin Adell that is really, really good.
**A. Yeah.**
Q. I've always liked this is that he is a family guy. It's just what blew me away. He's a family guy. Loves his wife, loves his child, loves his daughter.
**A. Um-hum.**
Q. He comes to work, goes home, he's moral.
**A. Yep.**
Q. And you felt that way at the time that you saw that meme that Kevin showed you, too, right?
**A. I feel that way now. I feel that he loves his wife, his family, and his kids. That's one thing I admired about him and still admire that about him right now.**
Q. Do you still feel that -- well, at least in September of 2019, that he's a moral person?
**A. You can be moral and obnoxious at the same time. Yes. The statement that I was making with regarding this is that -- and I've said it over and over again on all of my interviews and what have you --**
Q. Um-hum.
**A. -- one of the things I loved about Kevin is that when 4:30,**

Page 176

**quarter to 5:00 came around, no matter what was going on, he got up, put that coat on, began to shut the whole thing down because he's going home to his wife and his daughter. Coming from where I come from, that, my brother, is something great.**
Q. A big deal. Yeah. Okay.
**A. And I meant it.**
Q. And you knew him to be -- I guess -- right? Obnoxious, too, at times, right? But it was multiple facets?
**A. You're saying?**
Q. Let me ask you this.
**A. I'm trying to understand what you just said.**
Q. Yeah. I don't need to ask that question, and don't read into me pulling it either. Did Kevin call you a racial term?
**A. Explain what do you mean?**
Q. Did he call you the N word, you, George Bloomer?
**A. No. He didn't call me the N word. I never heard Kevin say the N word, but here's the thing, and I'm really sick about this, that the only word can be used to qualify or justify that a person is racist or they're being obnoxious towards a black person, they have to say the N word, they have to say nigger in order for that to be so. And that's crazy.**
**I've been here with this guy for several years, and he's smarter than that. The dog would have to be really, really deaf not to hear the whistle blowing. When you say that black preachers -- that television is the black**

Page 177

**preacher's crack and crack pipe, you don't have to say nigger, and I've been racially discriminated against. I've been driving my car and pulled over. I know what is going on. I know what the feel is like and what have you.**
Q. And so let me -- so that we're really not here all day, did Kevin say to you that phrase that you just repeated?
**A. What phrase?**
Q. The preaching and --
**A. Yes.**
Q. Okay. When did he say that?
**A. He says it all the time. Somebody get off the air. Well, he'll be back because you all know television is the black man's crack.**
Q. Slow down. She can't take it.
**A. I'm going too fast. Certain things I can't slow down on.**
Q. When was the last time you heard him say something?
**A. When we were leaving. In conjunction with the whole meme and all that kind of stuff.**
Q. So he said this in connection with the meme?
**A. Within that time of, you know, with the put your black ass in my Rolls Royce and carry you over to the other -- yes.**
Q. Did you record that comment?
**A. Did I record the comment?**
Q. The Rolls Royce comment?
**A. No.**

Page 178

Q. What date did he say that?
**A. I don't know the date.**
Q. Okay. Was there anybody else there that heard that?
**A. I think so, but everybody -- anybody that works at Word Network, you bring them in, they will corroborate that story and everything else that he says all of the time.**
Q. Okay. And so you felt like you were working in a racially negative environment when you were working at Rejoice of The Word?
**A. Yeah. There were definitely days and times that I felt that way.**
Q. Did you complain about that?
**A. What do you mean complain about it? I just stayed out of the way.**
Q. Right. But did you make any complaint, either in writing or --
**A. Complaint in writing to who when Kevin is the top man, who am I going to complain to? Go complain to the H and R? He's the H and R.**
Q. I hear that all the time.
**A. Who you going to complain to?**
Q. Yeah. You complain to the person. Yeah.
**A. Hm.**
Q. Did you tell Kevin that you thought he was --
**A. I counsel people in my --**

Page 179

Q. Wait. Wait. Wait. Wait.
**A. I counsel people inside my church --**
MR. ASAY: Let him finish. Go ahead.
**THE WITNESS: I counsel people inside my church, and I know when things are suppressed and how you're pushed aside. So for you to sit here and tell me that that was never said to me because I didn't record it or I'm off on some tangent because I didn't say X, Y, Z to him and all that kind of stuff. You can have that, if you want to. I know what happened to me. I know what I feel. I know what I felt a few minutes ago when she pulled that picture out there.**
Q. Um-hum.
**A. That I hadn't seen in four years.**
Q. In the time that you were there, did you complain about that you felt it was a racially negative environment?
**A. Yes.**
Q. And who did you complain to?
**A. I didn't complain, but I would say it to Kevin, don't say that.**
Q. Okay. And that's something that is in your lawsuit? You have that in your lawsuit that he said something to you and you complained and what? I mean, what date did this happen? What was the nature of the comment? Were there any other witnesses? Because you were there for almost nine years, so

Page 180

I'm trying to wrap my head around all that. It was so bad, right?
**A. It was bad at times.**
Q. Okay. But it was not something that you felt like you couldn't work with, correct?
**A. If I stayed away from him and stayed out of his way, I got my job done. I accomplished what I was there to do. That's -- yes.**
Q. But you kept working there, right? You kept working on the show, right?
**A. Um-hum.**
Q. You didn't leave because you thought it was a racially negative environment, correct?
**A. I left because that was the straw that broke the camel's back. That's why I left.**
Q. Okay. Well, let's get into that.
**A. It has been going on for a while.**
Q. Now, if we go back to Exhibit 12, which was dated the 15th of September of 2019, first of all, do you remember when you left, like walked out of the building?
**A. Um-um.**
Q. If I told you it was around September 4 --
**A. I wouldn't know what to tell you about that because after --**
Q. You don't even remember that date?
**A. After the meme thing -- after the meme thing, I was at home**

Page 181

**talking on the telephone when I told him I'm out. I'm done. And then I called him again to tell him to have a conversation with him to make sure that the people that we raised the money for, the hurricane relief, stuff with the hurricane relief would make sure that still would get back to them. So that was that, but I don't know dates. I'm sorry.**
Q. Right. But if we have texts talking about other things after the 4th, after the day you left?
**A. I don't know if it was on the 4th that I left.**
Q. Okay.
DEPOSITION EXHIBIT NUMBER 14 WAS MARKED BY THE REPORTER FOR IDENTIFICATION.
BY MR. BELOW:
Q. All right. This is Exhibit 14. It's a seven-page transcription of a Facebook video dated November 3, 2019. Looks like this was broadcasted from the Bethel Life Family Worship Center. George, do you remember this, I guess, broadcast?
**A. Yes. I think so. Yes. I think so.**
Q. All right.
MR. ASAY: Before you ask him questions about that, I'd just lodge an objection as to, one, the accuracy of the transcript. I don't know that it's accurate or not. I take from your earlier statement that you all have made the transcript from the video and that you're representing

Page 182

that this is accurate. I don't know that to be the case since we have the transcript here. I'm holding -- there hasn't been produced to us in the litigation prior, so with that objection.
BY MR. BELOW:
Q. All right. So if you look at -- there's quite a few pages here, George, I know, but it's kind of hard to -- where it was, the section we have -- I see. I think I'd like to look at the last paragraph, page two, because there's actually a lot of stuff about fasting and other things in there. And if I can read you the passage and ask you a question about it, and then if you think you need to get into something else with this, that's fine. Is that fair?
**A. That's fair.**
Q. Otherwise, we go quicker if we can close off this passage, so to speak. So I say, with respect to Exhibit 14, transcription of November 3, 2019, page two, second to the last or last paragraph, quote, if you can take people's money and not give them their productions for nine months, and you think that's okay, then that's fine. If you can tell them that we're taking their money and we're furthering the gospel of Jesus Christ, while the owner of the network is buying cars and cutting salaries and firing people so that we have to operate out of a threat. If you're okay with those things, then that's fine. That's the other half of the story

Page 183

that I'm going to be telling in the next few weeks.
**A. Um-hum.**
Q. So what is that passage about, George?
**A. The passage is about -- I believe it was a show that Greg Davis did when he had young preachers to come in, and one of the young preachers -- and this was during the time, I think people were boycotting Word Network because I was off --**
Q. Around November of 2019?
**A. I don't know the dates.**
Q. Okay.
**A. But I remember sharing, because Kevin had put out that he had fired me --**
Q. Okay.
**A. -- for misappropriations of funds, which is impossible, because you call the network and they take the revenue and go straight to the call center. There's no cash, there's no people that can take money. He later withdrew that and so -- you got to ask me the question again because I went off someplace else.**
Q. Well, I think the passage talks about what you perceived as some bad business --
**A. Oh yes. Yes.**
Q. -- at Word Network church --
**A. Right. Right.**
Q. -- and you're saying that this is, I guess, part of the

Page 184

reason why you were leaving?
**A. Jumbled up in all the things --**
Q. That you didn't get fired, you left?
**A. Yeah.**
Q. Okay.
**A. Yeah.**
Q. And that passage that I read --
**A. Right.**
Q. -- it goes to that, part of that?
**A. Yes.**
Q. Is that true?
**A. Yes. That's true. It goes to that. It's not the only reason -- like I said, it's the straw that broke the camel's back. It's all this stuff piled up on top of each other, but in this video, I think I'm in my office after a service on Sunday, and we had been getting calls and somebody said he's not on the Network anymore, I saw him on Friday, and blah, blah, blah, blah, and all those kind of things.**
**And so I began to share my side of the story because there were people -- I would go into the airports and fly through the airports, somebody say, Bishop Bloomer, can I take a selfie with you, take a selfie. He said you know I didn't get my bible yet. When did you order? About eight, nine months ago. I mean, this is a -- and they think it's me. It's me. Nobody sees Kevin. You know, it's the largest**

Page 185

**African American network. It's got a white boy sitting in the back room someplace. We all out front and we running the whole thing, and I go to him -- well, anyway, stay focused on this. And so I wanted to share with them that this is not right. So that's what that was coming from.**
Q. Okay.
**A. And there was occasions where it had gone into eight, nine, ten months, we started getting calls at our church in North Carolina, so I would put together packages to sent out to the people who didn't get their product.**
Q. Right. So this timely payment for and shipment delays was a big part of your quitting?
**A. The big part of my quitting was this whole everything -- I can't say that was a big part of my quitting. Everything together.**
Q. Fair enough.
**A. But when we got to that hallway, and he was dancing around in the hallway with the meme, when I confronted him on it, he says I'm a pimp, and I'm a pimp, go and bring me my money.**
Q. Okay. Let's keep going along that line.
**A. I'm trying to figure out what you're asking me.**
Q. I asked you and you answered. And then some.
**A. Yeah. But I'm trying to figure out.**
Q. It's not for you to figure out really. It's just question and answer. I think you think I'm trying to do --

Page 186

A. **No. No. No. I just want to know what -- I mean, how much do we need to see or know that this environment was the way that the environment was, and how much more do I need to say to you about I had an assignment and a purpose, and I felt it was ministry.**
**He's got an assignment and he had the platform, and he thought it was pocket money. Two different agendas. As long as he stay where he did, he was there. I did what I did when I was there, and I got to the place, he going to put me in my place, and I was always in my place. There's no need to put me in my place because I was always in my place, and I'm always respectful.**
Q. So it might take us a long --
A. **So when you say --**
Q. Hold on. Hold on. This is really not a question and answer. I don't believe your claims.
A. **Okay.**
Q. So I'm going to ask you a lot of stuff that you may not like.
A. **Okay.**
Q. Because ultimately, somebody else is going to -- hold it -- somebody else is going to determine whether or not they're valid or not. So I'm just asking about them. That doesn't mean I disrespect you. I just don't believe them. Okay?
(An off the record discussion was held).

Page 187

BY MR. BELOW:
Q. Yeah. So I don't know how much longer it's going to take. The more you talk, the longer it takes.
A. **I'm not talking about in length of time.**
Q. I thought we'd be done by now, but we're not.
A. **You misunderstand what I'm saying.**
Q. Oh, I misunderstood.
A. **I'm not talking about how long a time, an hour, two hours, stuff like that.**
Q. Yeah.
A. **It's clear to me, and it's got to be clear to you what's going on here.**
Q. No.
A. **So what's clear to you is that you don't believe me, and what's clear to me it happened to me. So let me be clear that it is clear what you're thinking is clear what I think.**
Q. It's my business to check these things out. I know a lot --
A. **And it's my business to tell the truth about it.**
Q. I know that's what you're saying. A lot of people say that. Okay. If that's all we had to do, this job would take a second.
A. **Right.**
Q. Not everybody tells the truth, particularly people who tell me they're telling the truth.
A. **If there was no devil I wouldn't be in business.**

Page 188

Q. Yeah. I always wonder when people say I only tell the truth. Yeah. Right. Okay. Thanks for telling me. Okay. We're going to go to the next exhibit, everybody. And we probably won't be done until 5:00 the way this is going, maybe longer, unless we speed up.
DEPOSITION EXHIBIT NUMBER 15 WAS MARKED BY THE REPORTER FOR IDENTIFICATION.
BY MR. BELOW:
Q. There's a lot here, but this is what we produced from Kevin's phone. Exhibit 15 is bates numbers WNC 806 through 889. It is a lot of things. I wanted to go to page 883, which is actually quite a few pages into it and ask you a question about that. I was hesitant to give it all to you, but you guys do have it. 883 is the page I was hoping to look at with you, George, at the bottom right-hand corner?
A. **883?**
Q. Yeah. Have you had a chance to read that page 883, George?
A. **Yes.**
Q. Do you remember sending that text to Kevin?
A. **Yes.**
Q. And this is the text where you told him that you've decided to take some off from the Word Network, correct?
A. **This is the text -- I was already gone, and he had gave me a call, and I didn't answer the call, and then I text him with this stuff in there. He had called me back to try to get me**

Page 189

**back into the network.**
Q. All right. So you're saying that before this you had told him that you quit?
A. **Um-hum.**
Q. Okay. What date did you do that?
A. **I don't know the date, but it's in one of the texts where I told him I'm out.**
Q. Okay.
A. **And then he called me and tried to get me to go back in and what have you, and all that kind of stuff.**
Q. Okay. Let's go to 865 of Exhibit 15 page 865. Did you find it, George?
A. **Yes. 865.**
Q. Do you remember this text?
A. **Right here?**
Q. Um-hum.
A. **Yes.**
Q. Is this is page 865?
A. **865. Uh-huh.**
Q. It's dated September 15, 2019?
A. **Uh-huh.**
Q. Is this the text where you quit?
A. **Um-hum.**
Q. Are you rereading that whole thing?
A. **Yeah, because --**

Page 190

Q. But you did just read it?
**A. No. I didn't. You directed me to this and you asked me, so I got to read it.**
Q. Yes. You do.
**A. Because I know I told him I'm out of here. I'm done. Kaput. Then he called me. I'm trying to find that. Why did you direct me back to this 856?**
Q. 865?
**A. Yeah. 865. I'm sorry.**
Q. Do you recall that?
**A. Yeah. I recall the text, but --**
Q. I guess I'm just asking about why it is you're talking about the show and books that are unpaid?
**A. On right here?**
Q. On page 865.
**A. I don't know what you're asking me. One more time.**
Q. So as of this point in time you've received the meme and you told him you didn't like it and everything else, and on this text on September 15, and really to the next one on page 883, September 16, a day later, and everything in here is about your show and the business.
**A. And you're asking me what?**
Q. I'm asking you why you didn't mention the meme in any of this -- in all this?
**A. Why I didn't mention the meme?**

Page 191

Q. Yeah. Why didn't you mention anything about the meme? You're talking about when you're airing the grievances about the business, why aren't you saying that in here?
**A. Because I had conversations with him about the meme. When you see text here --**
Q. Um-hum.
**A. -- when you say text, text are coming from text or a conversation. It's always a conversation we had. The conversation before --**
Q. Okay. George, I don't understand what that means to my question. These are two texts from you to Kevin.
**A. And I'm explaining it to you.**
Q. But that doesn't explain anything about the substance of what has been said here.
**A. Yes. It does.**
Q. And if you need to read them again, you can.
**A. No. You asked me why I didn't mention anything about the memes?**
Q. Right. In this these two texts, there is nothing about the meme, correct?
**A. There's nothing about the memes in it.**
Q. Right. And there's no mention of racism in either of these as well, correct?
**A. And --**
Q. Correct? Correct or not?

Page 192

**A. Because I had conversations with him --**
Q. Would you say correct or not? There's no mention of racism or mistreatment in either of these --
**A. Oh, there's mistreatment in here.**
Q. Right. But it's all business, right?
**A. It's all ministry.**
Q. What does that mean? I see 25,000, 4,000. That's ministry, selling bibles?
**A. Yes.**
Q. Okay. So what is the distinction between business and ministry then for you?
**A. You would have to tell me that because I'm in the business of ministry and you're in the business of law.**
Q. Okay. Fair enough.
**A. It's all linguistics.**
Q. We've at least determined that there's no mention of any racial issues in either of these texts from you to Kevin Adell page WNC 883 and page WNC 865?
**A. There's none in those two pages there. You asking me why isn't it. That's what you asking me, and that's what I answered you, because I had conversations with him about it.**
Q. I don't know. Do you have any recording of those conversations?
**A. No. But there were people in the room when we were having the conversation.**

Page 193

Q. Okay.
**A. Dodie Johnson, Jeff. There was people in the room when we were having the conversation.**
Q. Okay. That conversation, however, was before those texts?
**A. Hum?**
Q. Because you don't know the date you had those conversations, right?
**A. I don't know the dates.**
Q. All right. Let's keep going. Do you remember talking to Roland Martin?
**A. Yes. A little bit.**
Q. Do you remember telling him that nobody pushed or forced me out of The Word Network?
**A. Yes. Because I was on -- can I make a statement?**
Q. Do you remember telling him that?
**A. Yeah. But can I say something to that?**
Q. No.
**A. Don't want to hear that, right?**
Q. I mean, I wanted you to answer the question.
**A. The question has --**
MR. ASAY: Go ahead and provide the context to the question.
**THE WITNESS: The reason why because it had been out that Kevin had fired me. So my statement on Roland Martin's program was to say, no, Kevin did not fire me. I**

Page 194

**left. I wasn't pushed out.**
BY MR. BELOW:
Q. Okay.
**A. And it was important because I'm on the Roland Martin show, and if Kevin did all that to me, fired me, we going to have some other problems, so I want to make it clear that Kevin did not fire me.**
Q. Okay.
**A. That's what that was there for.**
Q. Did you feel like, when you texted Kevin that you were leaving the television station or the television show, that he had not appreciated your efforts and your loyalty over the years?
**A. I know he didn't appreciate my efforts and my loyalties. I'm unpaid.**
Q. Are you talking about the $10 here, $10 there on these books?
**A. Not here and there. It's $10 on --**
Q. On bibles?
**A. Yes.**
Q. Was this business disloyalty, if you will, a reason that you left?
**A. It's a part of the whole everything.**
Q. So it is part of it?
**A. Part of it. The culture of the place and things that he would say and he would do. When the meme came, that was it.**

Page 195

Q. Okay.
**A. That put the cherry on the cake that he had been building for a long time.**
Q. Okay. And that building up of that cake, if you will, was -- list them for me. The late books?
**A. It wasn't late books. It was several things --**
Q. Late payment?
**A. Black preachers with the crack -- what you call it -- we got guests coming in from -- what you call it -- he shuts down the -- because he put in the new boardroom, he has white chairs, he shuts the boardroom down, because he doesn't want any guests to sit in there because he doesn't want them to dirty up his chairs. And when I say to him, where they going to sit? Have them sit on the floor. There's only black people coming in there. Watermelon things. That's a lot of stuff.**
Q. And why is that not in any of these texts?
**A. You tell me why it's not in any of the texts.**
Q. I didn't write them.
**A. You asked me and I'm telling you that there was several things.**
Q. Right.
**A. That I know and everybody in the network knows.**
Q. Right. And you're saying that the late packages are part of that?

Page 196

**A. You're saying the late package is a part of that.**
Q. You're not?
**A. There's a lot of things. A sustained atmosphere produces sustained climate. That climate attracts people to it, and a culture is built. And The Word Network, that's the reason why, when I flew in, I would come in and make sure that I'm pretty much coming in when he's going out.**
Q. Okay.
**A. I appreciate -- I didn't want to leave The Word Network. I don't want to leave The Word Network. I had to leave The Word Network. I couldn't stand half the stuff that he was doing. I liked being at The Word Network. I liked Friday nights. I liked it, and it was an opportunity for me, and if he behaved himself we would still be together.**
Q. Okay.
**A. You trying to make it about one thing. It's not about one thing. It's about a bunch of things.**
Q. I'm not trying to make it about anything.
**A. You get to a place where enough is enough, which brings me to my question I asked you a while ago. How much is too much?**
Q. I don't know.
**A. For you, you don't know, but for me I do know. And the Roland Martin thing, that was to protect him because he put it out that he fired me.**
Q. So you're --

Page 197

**A. And people were all revved up and going. It was crazy, and I said, no, he did not fire me.**
Q. Slow down, slow down, slow down, because you're really just kind of just going on. Okay. Did you speak the truth to Roland Martin?
**A. Yes.**
Q. And so when you told him that you weren't pushed out or forced out, you were telling the truth, correct?
**A. Yes.**
Q. Okay. To the extent that you're saying today that you were forced the out, closer in time you said that you were not forced out, correct?
**A. Where did you get that from, what you just said to me just now?**
Q. It's in the interview.
**A. No. No. Where did you get that from what you just said to me just now?**
Q. You can't ask me the questions.
**A. Then I'm not going to answer, because what you just did there right now is really, really bad.**
Q. Do you want to go over the Roland Martin interview?
**A. If that's what you like.**
Q. All right. Let's pull it out for the next exhibit. Do you remember telling Roland Martin that you were not forced out?
**A. Yes.**

Page 198

Q. So why are you backtracking from that?
**A. I didn't backtracking from it. I'm backtracking from how you are posturing it and how you're saying it.**
Q. All right. Well, why don't you read that really carefully. And we'll go off the record.
**A. The whole thing?**
Q. Yeah.
(An off the record discussion was held).
DEPOSITION EXHIBIT NUMBER 16 WAS MARKED BY THE REPORTER FOR IDENTIFICATION.
BY MR. BELOW:
Q. Exhibit 16, the Roland Martin unfiltered video transcript. Again, I realize the transcript needs to still be verified for accuracy, if this case proceeds further and it's necessary, we'll probably just play the video because that's the best really.
One of the first things I wanted to note is, in your section, the third line, second and third line down. It says, quote, the text is something else and everything that transpired is all in the text. Okay. Do you see that?
**A. Yeah.**
Q. That was a true statement, right, that you made on October 15, 2019?
**A. The things that I was talking about on the show, yes.**

Page 199

**There's other things that happened that wasn't in the text, but we talking about the Roland Martin show, yes.**
Q. But you're talking about why you separated with The Word Network here, right? In the Roland Martin --
**A. In the Roland Martin --**
Q. Let me ask it better for you.
**A. All right.**
Q. Why did you interview with Roland Martin?
**A. Because there was a boycott that went on and people thought that I called the boycott --**
Q. Okay.
**A. -- and I wanted to make sure that the people didn't think I was the one who called the boycott, the other networks didn't think that I called the boycott, because I wasn't the one who called the boycott. And Roland Martin had reached out to me about what had happened.**
Q. So you're saying that you had texts --
**A. And I had a choice --**
Q. -- about all the boycott? You had texts about the boycott. Is that what you're saying here? This passage here, it says everything that transpired is in the text, right? Does that mean regarding the boycott?
**A. No. That means everything that we going to discuss is in the -- what we was discussing on the Roland Martin show.**
Q. And you were discussing the boycott?

Page 200

**A. Everything that happened -- no. No. No. I got called to the Roland Martin show because of the boycott. That's the reason why I wanted to go.**
Q. Okay. That's the reason why -- but this is the beginning of the conversation.
**A. Um-hum.**
Q. And you're telling him that everything is on your text, right?
**A. Yes. That we were going to discuss is in the text.**
Q. Right. And that's the separation with The Word Network, correct?
MR. ASAY: I just object to that representation of this being the beginning of the conversation because the transcript shows Roland Martin is starting that conversation.
MR. BELOW: Right.
MR. ASAY: But with that clarification.
BY MR. BELOW:
Q. That's okay. It says what it says. Okay. Next page, like about five lines down, right here, where it says um?
**A. Uh-huh.**
Q. See that um?
**A. Yeah.**
Q. Open quote, um, I don't know what got into him that day. This didn't happen in a studio. This happened over texting

Page 201

back and forth over a period of a few days. When we had, in your last conversation, I decided to quit and I was silent about quitting. I left, and I was silent, and then bloggers started picking it up that I was fired over the Benny Hinn statement or fired over the misappropriation of funds, end quote. Do you see that?
**A. Yes.**
Q. I guess I would ask you, if you can put yourself back in that time, which is pretty close to when you left, right?
**A. Um-hum.**
Q. On October 15 I think it is. What do you mean when you say I don't know what got into him, because this is the second time I've seen a comment like that.
**A. Benny Hinn is this huge preacher --**
Q. Okay.
**A. -- who, when we were in Europe at a pastor's conference was upset about his compensation. He comes back to America and he gets on his program and he says he's never going to ask for $1,000 seed, anybody who asks for $1,000 seed is out of order, God doesn't want to do it this way, and the church community went wild. I got on my program, and I said, after all of the funds that you made down through the years and got private jets and buildings and so and so like that, if you're telling is not true, you owe the body of Christ a rerun. Kevin was infuriated. Why did you -- I said I went on**

Page 202

**YouTube, I didn't go on your network and say it, I said it on YouTube, and I saw in one of the picture -- I saw a picture of me in -- what you call it -- and he was infuriated.**
Q. When was this conversation, the one you're speaking to, the Benny Hinn comment, was this before the meme?
**A. This is before the meme. Yeah.**
Q. Okay. And if we go back, and I appreciate what you're saying, this Benny Hinn reference, because I was wondering where the Benny Hinn reference comes in, but if you go down near the bottom of that square --
**A. Um-hum.**
Q. -- you see it says the second to last line, my show only aired three times this year, January, May, and September?
**A. Um-hum.**
Q. Now, I think you told me you were on regularly in 2019. But in October of 2019, you said your show only aired three times. What is -- why does that look like -- which one is accurate, what you said today or what is written here only a week or so after you left?
**A. What I said today -- because I'm sure I was speaking to him, telling him, that from the time that we having this discussion to right now is the amount of shows that we had aired, and I left the place, I only did like three shows before I left the air.**
Q. Right. But you left in September of 2019?

Page 203

**A. Right.**
Q. But you had worked -- I thought you told me all of 2019?
**A. No. No. No. What I said -- what you said to me --**
Q. Okay.
**A. -- was I thought you was off in the summer. I said, no, we work straight through --**
Q. I did ask about that.
**A. -- unless Kevin would do the -- what you call it -- that's what I said.**
Q. I remember asking about summer.
**A. Right. So if he put other programs into -- what you call it -- throughout that time, it's also like I don't remember, I don't recall, but that's what we were talking about. And when I spoke on the Roland Martin show, when that came up on the shows, I'm talking about the amount of shows I did between that time and leaving the network and quitting.**
Q. But that comment is really not subject to interpretation and really, in fairness, it says my show only aired three times this year, January, May, and September of 2019. Is that accurate or not?
**A. I don't think that that's accurate. I think that we was -- I would have to go and get into context and have a discussion.**
Q. Let's move on.
**A. Yeah.**
Q. You don't think that's accurate. Let's move on.

Page 204

**A. But you was asking me the question about Benny Hinn.**
Q. I'm out of that now. I understand that's a separate question, unless you tell me that's part of the meme?
**A. Kevin was infuriated, and I told Kevin that I didn't talk about it on your network. Well, his people called me and you --**
Q. He was mad at you about this Benny Hinn --
**A. What I said about --**
Q. What he thought you said about Benny Hinn?
**A. Not what he thought I said about Benny Hinn. He called me and told me that I said it about Benny Hinn, and I did say it about Benny Hinn. And all of the other preachers in the nation were calling me thanking me for it, because it was a shift in the economy.**
Q. Press rewind on this because this is not right, and Kevin said why are you doing that?
**A. Why did I do it, and I told him I didn't do it on your network, I'm in my church preaching.**
Q. Okay.
**A. I did it on YouTube.**
Q. Right. So you had a disagreement --
**A. Then he started going -- here comes Kevin, let's put that boy in his place, he's getting too big. So Dave Sheffield calls me, says that conversation you had with Kevin, he is fired up about it, you're too big for your britches and all that kind**

Page 205

**of stuff. So it's just a little snowflake that rolls into this ball is coming.**
Q. So this disagreement regarding -- do you remember like when that was in 2019 that this issue with Benny Hinn came up?
**A. I would have to go and look at it. I don't know the dates on it.**
Q. But, in any event, he was angry with you --
**A. It was none of his business.**
Q. Yeah. But I understand that, but he expressed anger toward you?
**A. Yeah.**
Q. I understand you think it was none of his business.
**A. I know it was none of his business. Why I think he thinks it's his business because I'm his property. Why did you go on air, da, da, da, don't you know --**
Q. But if I disagree with you, that doesn't make you my property, right?
**A. In this context, yes. Why is he calling me, telling me what I'm doing in my church. He's not my bishop.**
Q. All right.
**A. So let's leave that.**
Q. Okay. But in any event, you didn't like that criticism? You didn't like Kevin criticizing you or coming at you regarding comments made about Benny Hinn?
**A. That didn't bother me. That didn't move me, because I knew**

Page 206

**--**
Q. What moved you, that he was out of his place?
**A. What moved me is he's going to put me in my place, but I wasn't out of place.**
Q. Yeah. But why would he be precluded in any way from sharing his opinion on that with you? Where are you coming from with that particular standpoint?
**A. When you see him, ask him.**
Q. No. I don't want to ask him. Your lawyers can ask him. I'm asking you, why is it a problem for him to get in your face --
**A. Because he controls --**
Q. -- about Benny Hinn?
THE REPORTER: Wait. One at a time.
BY MR. BELOW:
Q. That's all. Why is it a problem? That's all I want to know.
**A. Because he controls everything and he thinks I'm his property.**
Q. Okay. But I mean, anyone can disagree with you, right?
**A. He thinks I'm his -- I'm sorry.**
THE REPORTER: You're both doing it.
BY MR. BELOW:
Q. Okay. I guess I'm just having a hard time understanding your prospective on this.
**A. Okay.**

Page 207

Q. I mean, anyone can criticize you for anything provided that it's, I guess, unlawful right? Why was it a problem, even in the least that he got in your face about your criticism of Benny Hinn? That's all I want you to answer.
**A. Why did he get in my face?**
Q. Yeah. No. Why would you get mad about it? What is that an affront in any way about ownership and all this -- what you said?
**A. Because it was none of his business.**
Q. You say that?
**A. No. I say it. It's none of his business.**
Q. But that makes you just as, you know, difficult to --
**A. That is your opinion. I'm a pastor. I was in the event with Benny Hinn.**
Q. All right. All right.
**A. Let me finish. I'm a pastor. I'm in the event with Benny Hinn. Benny Hinn is upset. He comes back from the event, okay, and he goes on YouTube and he starts talking about the tithe and --**
Q. I don't want to hear any more --
**A. Well, I'm telling you.**
Q. No. I don't want to hear anymore. You're not answering any of my questions --
**A. I am answering the question.**
Q. No. You're not because you -- you've answered the question,

Page 208

and I'm asking you to stop, because this is just running on, and I need to get this done. My kid is coming in from out of town and you're wasting my time. Okay. There was no question pending.
**A. You asked the question and I answered it.**
Q. No. You didn't.
**A. I didn't answer the question that you would like to answer.**
Q. You ran on about some nonsense.
MR. ASAY: John, can we move on from Benny Hinn? I'm tired of hearing about Benny Hinn.
MR. BELOW: I'm just trying to figure out what somebody's prospective is, that's all, why people get upset about such things and ownership. It's nonsense.
MR. ASAY: All right. Next question.
BY MR. BELOW:
Q. Would you say that The Word Network is the most powerful African American network?
**A. The most powerful?**
Q. Yeah. Reaching millions and millions of viewers.
**A. I would say that, yeah, they tell us that. I don't --**
Q. Do you have an objection with a white man owning that network?
**A. No. No.**
Q. Do you recall, at the Roland Martin interview in October, October 15, 2019, so it's about a month after you left The

Page 209

Word or stopped -- I don't know -- quit from TV or something, he asked you about what The Word owed you money wise. Do you remember that?
**A. Yeah. I remember that.**
Q. Do you remember telling him five figures?
**A. He kept on pushing it, and I just said five figures.**
Q. Then you said six figures?
**A. Six figures.**
Q. And then you said, I would say, quote, somewhere in the 150s. Do you remember that? It's on page WNC 19.
**A. Yes.**
Q. Was that an honest answer?
**A. It was an answer because he kept on pushing.**
Q. Right. So that's a lie?
**A. I wouldn't say a lie.**
Q. Okay. A fib. Do you think you would know better about what was owed to you closer in time or now?
**A. Now.**
Q. How is that?
**A. Because Jeff and different people gave estimations of what happened.**
Q. Do you think their memories got better with time?
**A. Well, I spoke to Strang Communications and some of the bible places. I know the product came through there. Yes.**
Q. So you lied about this in this Roland Martin interview?

Page 210

MR. ASAY: Objection.
**THE WITNESS: I didn't lie.**
BY MR. BELOW:
Q. Okay. So what did you mean when you say I would say somewhere in the 150s? Where would that come from?
**A. You tell me.**
Q. I'm not going to tell you. You're the one who said it, and now you're telling me it's not a lie, and is it a fib then?
**A. He owes me 150 and more.**
Q. Okay. But it says somewhere in the 150s. Okay. So somewhere between 150 and 159, is that accurate?
**A. Or 150 and 3,000,000.**
Q. Okay. Yeah. All right. So you do remember telling him that, but you think that the accuracy has improved with time on that. When you left The Word, were you upset with Kevin?
**A. I would say yes.**
Q. Were you angry at him?
**A. I would have to figure out what you mean between upset and angry at him.**
Q. What does it mean to you?
**A. I was -- I just -- yeah. I was upset. I was angry at what he did and how he handled me and how he tried -- yeah. I'll just stop at that.**
Q. Do you remember making a YouTube video on September 22nd, 2019 where you talked about your departure from The Word

Page 211

Network and you explained that you were neither angry nor upset or mad at Kevin?
**A. In my office, yes.**
Q. Okay. So were you lying when you said that or are you lying now?
MR. ASAY: Objection.
BY MR. BELOW:
Q. Were you angry? I mean this is September 22nd, 2019. It's like right when it happened. Your memory --
**A. The scripture says let brotherly love continue. You're not going to get me on the TV, people are -- what you call it -- and I create a riot and have all the people going crazy. When I spoke in that office, to that thing, that's to protect the entire illusion of ministry. There's a lot going on. A lot of criminals, a lot of crooks, a lot of things is going on.**
Q. Okay.
**A. So you use that term lie, are you lying now, are you lying then --**
Q. Um-hum.
**A. No. I wasn't lying, but it was nobody's business to tell them I'm angry, I'm upset with Kevin.**
Q. I guess to the extent -- I'm trying to figure out, if you decide that something is not somebody's business, then you can say whatever you want.

Page 212

**A. I don't know what you're talking about now.**
Q. Well, I mean, you just said that --
**A. I don't understand if I'm --**
Q. You said that you're not angry or upset or mad at Kevin in a public broadcast of something, why wouldn't people be entitled to think that you were telling the truth? I don't know the church community.
**A. There was -- and that's what I'm trying to explain to you, and you're not trying to learn it. There was a boycott going on. There was noise. People were furious at Kevin, they were furious at the network, and I wasn't going to be the one to keep on throwing kerosene seen in the fire.**
Q. Do you think that anything really happened at the network because of that boycott? Do you think that there was any real negativity suffered at the network because of that? Really? I'm just curious.
**A. Boycott wasn't mine, so I don't know.**
Q. That boycott had like no strength.
**A. Is that what you think?**
Q. Yeah.
**A. Okay.**
Q. It petered off as far as we can tell.
**A. Huh?**
Q. It just went away.
**A. Okay.**

Page 213

Q. I don't think it was a big deal for you to protect the network is all I'm asking?
**A. Okay.**
Q. All right.
**A. I know better.**
Q. All right.
**A. For a fact.**
Q. All right. So --
**A. Now, that I know for a fact.**
Q. So that boycott was --
**A. These are people that's --**
Q. Tell me about the boycott.
**A. I can't tell you about the boycott. People that's on the network now, many of them are new. A lot of the old people are off the network and what have you. People are dropping off like flies. You sit there and talk all you want to. I know exactly what I'm talking about.**
Q. Okay. All right.
**A. And I know exactly the fires that I had to put out.**
Q. Why would you put out any fires for The Word?
**A. It's not for The Word. It's for the ministry.**
Q. For your ministry? You left The Word, there was a boycott, you allege that you put out fires vis-à-vis the boycott, right, to not make it worse, correct or no? And I'm asking you why you would do that after you separated from The Word?

Page 214

Why not just let them have it?
A. **Because I'm in the ministry, and many of the preachers that are on the ministry are friends of mine -- many of them are friends of mine and what have you, and when I heard those things, I did not pour kerosene on the flames, on the coals.**
Q. Okay. Do you remember when you talked -- I think you did mention it, so I apologize, but do you remember when you talked to Jeff Thurman about the numbers? Was it like a month after you left or the beginning of 2020?
A. **I don't remember when. I don't remember exactly.**
Q. Okay. I need to know some time when you talked to Jeff Thurman because he was actually an employee of The Word at the time?
A. **I want to make sure that whatever I tell you is the truth --**
Q. Okay.
A. **-- so you don't call me a liar again, and I'm telling --**
Q. Fair enough.
THE REPORTER: One at a time.
**THE WITNESS: And I'm telling you right now that I don't remember when he talked to me.**
BY MR. BELOW:
Q. Do you know what year it was?
A. **Maybe '20. '20 or 2021.**
Q. Do you remember hiring a lawyer in a firm called Brooks and Pierce?

Page 215

A. **Yes.**
Q. Do you remember that that lawyer sent the demand letter in February of 2020?
A. **I don't know. Demand letter to you?**
Q. To Kevin Adell.
A. **I would, yeah, I would think so. Yes.**
Q. And do you remember how much that person alleged to be due and owing to you at that time?
A. **I don't remember.**
Q. Let me show you to refresh your recollection.
MR. BELOW: I think we'll make this an exhibit. So this is what, 17?
DEPOSITION EXHIBIT NUMBER 17 WAS MARKED BY THE REPORTER FOR IDENTIFICATION.
BY MR. BELOW:
Q. When you're done this, George, will you give it to Madam Court Reporter.
A. **Yes.**
Q. All right. Take a look at what we've identified as Exhibit 17. It's a letter actually written, four-page letter by Craig Schauer of Brooks Pierce Law Firm dated February 4, 2020 written to The Word Network operating company and Kevin Adell.
A. **Um-hum.**
Q. Is that identified correctly, George?

Page 216

A. **Absolutely. I remember.**
Q. Do you remember this letter?
A. **Yeah.**
Q. Did you approve this letter before it was sent out?
A. **Yes. I did.**
Q. Okay. And was that an accurate indication of the amount owing to you at February 4, 2020?
MR. ASAY: Just object to that characterization of it. It's clearly a demand letter, and a settlement communication, but with that objection, go ahead and answer.
**THE WITNESS: I had spoken to Jeff, and Jeff told me that the cycle that he had purchased bibles, oils, etc. was 5,000. The subject -- what you call it -- so on and so forth like that, and that's where that number came from. So this is not the total amount, but that's that order cycle that happened, and that's what the attorney had at the time we were reaching out to Kevin Adell.**
BY MR. BELOW:
Q. Okay.
A. **That's why that's there.**
Q. You would admit that that bears the resemblance to what you're alleging is due now, correct?
A. **This is an order cycle, so absolutely, because it's not the whole order. He ordered 5,000 bibles. He told me he had 5,000 that --**

Page 217

Q. Right. But this is not saying that it's just a cycle here in this letter. You want me to read it?
A. **No. I'm telling you that's how the attorneys came up to this number right here.**
Q. Okay. But you agree that that's significantly different than what's alleged in the exhibit we looked at earlier?
A. **I agree that that's what the cycle amount that he told me when I told the attorneys.**
Q. Yeah. I don't think that's quite answering my question, so do you want to look at the old exhibit and compare them? Do you want to look at them together? Let's look at Exhibit 6 and Exhibit 17.
A. **I know that the amounts is going to be different.**
Q. Okay.
A. **Okay. I'm not saying the amounts is not different. I'm telling you why didn't the numbers that I gave to the attorney, that he was giving to Kevin.**
Q. Okay. Why isn't it stated that way in Exhibit 6?
A. **I didn't write the exhibits.**
Q. No. Exhibit 6 says 3,000,000. Exhibit 17 says 300,000 and change. How can there be such a difference?
MR. ASAY: Objection.
MR. BELOW: If he knows.
BY MR. BELOW:
Q. Take out Exhibit 17 and Exhibit 6 and compare them for me.

Page 218

That's all. That's all I want you to do.
**A. No one ordered 100,000 bibles at one time.**
Q. Okay.
**A. The letter reflects an order that Jeff had had. That order I gave to the attorneys that ended up inside the letter.**
Q. Okay. So the attorneys really didn't know?
**A. But the amount that we're dealing with, the 300,000, 500,000, 3,000,000, all of that is all of the information that Jeff had given to us.**
Q. So Jeff was periodically giving you information?
**A. I spoke to him a few times.**
Q. What does Jeff's information tell you about actual sales?
**A. I don't understand the question.**
Q. Well, you've talked to me about how orders went down in 5,000 unit tranches, I guess?
**A. No. No. That he would go and purchase. He would purchase 5,000 bibles with 3,000. You couldn't purchase two. So -- and so when I went to go to the attorney to have a talk, I spoke with Jeff, and Jeff told -- I don't remember what it was -- but Jeff told me, he says, well, the order that I did was for 5,000 of this, 5,000 of that, 5,000 this. They owe you 10 on this, 10 on that, two on that -- what you call it -- and that's what I gave to the attorneys.**
**So you're taking a cycle, a order cycle that Jeff had, and a trying to connect it to the --**

Page 219

Q. Hold on. I'm not doing anything. This is your lawyer who wrote the letter.
**A. And I'm explaining it to you.**
Q. Right. I didn't do anything. Okay. Right? Exhibit 17 you approved, correct? So to the extent it mischaracterizes an alleged amount due, that's not my problem. That's yours. You wrote it.
**A. There's no problem there.**
Q. Okay.
**A. There's no problem there. None.**
Q. We seem to have a problem with accuracy on the numbers, but let's move on, if we can. Why don't you read into the record the stipulation on the ending of the economic damages period.
MR. ASAY: Before I do that, I stated in here that we believe that that -- withdrawing those damages negated the after acquired evidence defense in accordance with the Court's ruling, and I didn't get agreement from you guys on that, but I think that's what we talked about, and I think that's what the court order is reflecting, that it would make it irrelevant.
MR. BELOW: With respect to the Jimmy Battles question?
MR. ASAY: Correct.
MR. BELOW: But it would not negate the affirmative defense. So if we found something else, it

Page 220

still applies.
MR. ASAY: You're correct, but as far as the Jimmy Battles stuff goes --
MR. BELOW: Right. We're going to get into the Battles stuff in the other case.
MR. ASAY: Right. So it would make it irrelevant for this case. Jimmy Battles is irrelevant.
MR. BELOW: It is unless we get a declaration, which we've sought in that case to nullify the contracts in this case or rescind them as a form of the relief we've requested.
MR. ASAY: In this case?
MR. BELOW: Yeah. Bloomer two rescinds Bloomer one.
MR. ASAY: Well, I don't think I agree with that but --
MR. BELOW: Well, I don't care if you agree with it, but that's what -- we've won two motions to dismiss on that already, so we'll see what Judge Edmunds says, but the relief sought in Bloomer two is in part rescission of all business arrangements under the theory that misrepresentation is grounds to nullify the contracts, whatever they're alleged to be.
MR. ASAY: Okay.
MR. BELOW: Did you not know that?

Page 221

MR. ASAY: I'm just wondering how that doesn't then come into this case from --
MR. BELOW: We argued that the cases should have been consolidated, and the judge didn't agree.
MR. ASAY: Right. So they're separate and apart.
MR. BELOW: Well, they are procedurally.
MR. ASAY: Right.
MR. BELOW: But they're not separate.
MR. ASAY: Okay. Again, I don't think I agree with that entirely, but --
MR. BELOW: I don't know how you could keep -- I hope you're not putting all this in?
THE REPORTER: Yeah.
MR. BELOW: No. We're just chitchatting.
MR. ASAY: Let's go off the record. It's fine.
(An off the record discussion was held).
MR. ASAY: Okay. The parties will enter stipulation on the record at this time relating to certain damages and the scope of those damages consistent with the Court's December 7th, 2023 order. Plaintiffs withdraw the request for the following damages related to their section 1981 claim, front pay, reinstatement, back pay that accrued after the point in which defendants claim they ended their working relationship with plaintiffs because of allegations

Page 222

involving Jimmy Battles.
The plaintiffs have since provided a revised response to Request For Production number six that essentially states what I just said and because plaintiffs are withdrawing those claims for relief, we believe the after acquired evidence is no longer applicable. Did I miss anything?
MR. BELOW: No. I think that's fair.
MR. ASAY: Okay. Anything to add?
MR. BELOW: No. Do you want me to add anything?
MR. ASAY: Well, I just thought you were going to add what we had talked about off the record.
MR. BELOW: Yes. We agree that with this stipulation that we will not seek or advance evidence regarding Jimmy Battles under the after acquired evidence theory in this specific case only.
MR. ASAY: Good.
MR. BELOW: Okay. Good.
BY MR. BELOW:
Q. All right. Let's keep going, boys. Have you received any therapy or counseling as a result of leaving The Word?
**A. Yes and no. Not with a psychiatrist, but I was talking to a bishop friend, bishop in our ministry that talks to ministers and pastors who are going through different things.**
Q. What is that person's name?

Page 223

**A. His name is Mark House.**
Q. Mark House, how do you spell that?
**A. M-a-r-k H-o-u-s-e. Mark House like a house.**
Q. Like a house?
**A. Uh-huh.**
Q. Okay. And where is he located?
**A. In Atlanta, Georgia.**
Q. Do you know where -- do you have his address?
**A. I can get all that for you.**
Q. Can we get that?
**A. Yeah.**
Q. And so how many times did you meet with Mark House?
**A. Met with him a few times, but I talked to him on the phone quite often, especially when the thing first happened.**
Q. Okay. And is he going to be a witness for you in this case?
**A. I didn't think so, but I don't know.**
Q. Did he maintain, do you know, any records of your conversations?
**A. Probably not. I don't know. I have to ask him. I'm sorry. I would have to ask him.**
Q. To your knowledge, you don't know?
**A. No.**
Q. All right. Did you see any other person, counselor, or therapist other than Mark House?
**A. Um-um.**

Page 224

Q. And did you talk to Mark House regarding -- well, what did you talk to Mark House about?
**A. About The Word Network situation, what we're going through and stuff like that.**
Q. If you could be on The Word Network next month, would you go back on?
**A. Um-um.**
Q. What is your monthly income right now on average?
**A. 10 or 12 dependent upon if I go out to minister.**
Q. $10,000 to $12,000 a month?
**A. Um-hum.**
Q. Okay. And where do you get most of that income from?
**A. I'm on salary at our church.**
Q. So you get that from church offertory in money that people give to the church?
**A. For my salary. Yeah.**
Q. What is your salary?
**A. About 120, but I also go out and preach -- for the past few years, I haven't been, because of the COVID thing, so now things are beginning to open back up, so I'm making some appearances at different places. That's why I said between 10 and 20 -- I mean, 10 and 12.**
Q. And is your income picking up now as a result of sort of COVID wearing off?
**A. I think it will. We'll have to see.**

Page 225

Q. Okay.
**A. But anything that adds to what I'm making will raise my income.**
Q. Has your not being affiliated with The Word negatively impacted your income?
**A. I would say yeah. I would say there's places that I would -- yeah. I would say so.**
Q. How much?
**A. I don't know.**
Q. You don't know?
**A. Um-um.**
Q. You have no idea?
**A. No because you go into a place and one place you speaking at, you get an offering for 500, you go to another place, you get 2,000. So I don't know.**
Q. Well, let's just use a year as a block of time, right?
**A. Um-um.**
Q. So what's the difference --
**A. In a good year rolling, like when I was rolling at The Word Network, in a year what could I pick up from honorariums and what have you?**
Q. Yeah.
**A. 300,000, 400,000 for the ministry. I haven't seen that at all.**
Q. So separation from The Word has not been good for your

Page 226

business ultimately, at least as in terms of income?
**A. No.**
Q. Okay. Is there -- do you have any monthly presentations that you do outside of Bethel, like do you visit any like other churches on a dedicated basis?
**A. No. No. No. Easter time comes, you have spring revival, fall revival, Easter, Christmas. Those services open up like that or you might get a conference is happening and you might get asked to the conference, but no -- nothing that's guaranteed to you.**
Q. So outside of your income from Bethel, say last month, which would be March, did you speak anywhere else last month where you received some additional honorary --
**A. Yes. I spoke someplace last month.**
Q. Where did you go?
**A. I went to Atlanta and one of our churches in Florida.**
Q. One of our churches. What do you mean our churches?
**A. Churches under our fellowship. So it's a fellowship of churches.**
Q. What is the fellowship that you speak of?
**A. CLERT, Come Let Us Reason Together International Fellowship.**
Q. CLERT. How many churches are in CLERT, George?
**A. I would say maybe 40 or so and maybe 35 -- 25, 30 actually active, but I don't know the number.**
Q. Are there any other pastors that are a part of CLERT that

Page 227

work with or go on The Word Network?
**A. None that I know of.**
Q. Do you regard The Word Network as a -- if not the best or largest, but a premium network for Televangelism?
**A. Yes.**
Q. And you say today that you would not want to go back on The Word, correct?
**A. Yes.**
Q. Okay. Would you describe yourself as a pretty tough or resilient person?
**A. Rephrase the question.**
Q. Would you describe yourself as a pretty tough person?
**A. I don't know. I don't know if I know the answer to the question. Tough like in --**
Q. I don't know. Are you tough? Are you resilient?
**A. Yeah. I'm -- resilient means -- can you give me a better definition of resilient? Not being funny. Seriously.**
Q. Having the ability to move on.
**A. Oh yeah. Yeah.**
Q. Do you feel like you've moved on from your experience with The Word?
**A. I don't know. When I saw the picture I hadn't seen in a while, I almost went through the floor. I don't know.**
Q. Okay. Other than what we've -- strike that.
Do you have any physical injuries as a result of

Page 228

your time with The Word? Physical injuries?
**A. What do you mean, like a broken arm?**
Q. Anything?
**A. No. I don't -- no.**
Q. Sore shoulder? I don't know.
**A. It be leaning on me.**
Q. I don't know. No then?
**A. No.**
Q. Would you say, in your own lay opinion, that you have any psychological damages as a result of your work with The Word and leaving them?
**A. I'm not a doctor.**
Q. Right. I'm just asking for your opinion.
**A. I have -- I have days.**
Q. But in large part, you feel you've moved on, correct?
**A. Trying to.**
Q. Let's talk about witnesses in the case. Greg Davis. What do you think Greg Davis is going to say about this case? Just paraphrase. These are people you listed as witnesses, so I like to just ask my plaintiffs what they think their witnesses might say, in summary.
**A. Probably will say, you know, what happened to him.**
Q. Okay.
**A. How he was treated.**
Q. Did you feel as though Kevin always treated you the same as

Page 229

Greg Davis?
**A. I don't know how he treated Greg Davis.**
Q. Oh, so then why would Greg Davis testify about the way Kevin treated him in this case, if you can answer that?
**A. He may feel that he was treated the same way I was treated.**
Q. But you, personally, don't know how Kevin treated Greg Davis?
**A. Um-um.**
Q. Does Greg Davis personally know how Kevin treated you, to your knowledge?
**A. Yeah.**
Q. How does he know?
**A. Everybody knew.**
Q. What about David Sheffield?
**A. That's the station manager.**
Q. Okay. Can you paraphrase what you think he would say about this. Again, you're not getting held to this, but these are the people you identified.
**A. I don't --**
Q. You're not held to this. These folks are going to testify how they testify.
**A. Right. Probably already testified.**
Q. But I'm asking you like why these folks were listed on your behalf. That's all.
**A. Because of -- we were all treated the same.**
Q. Okay.

Page 230

**A. It's the culture of the place.**
Q. Okay. And that is -- the culture of the place is what?
**A. It's a lot.**
Q. Okay. Is Kevin a difficult boss to work for?
**A. Yes. Yes. He can be nice and --**
Q. Are all these folks on this list -- are they all black?
**A. No.**
Q. Like Rich Missouri is not black, right?
**A. Nope.**
Q. How about Sandra Riley?
**A. She's black. I didn't know she was on the list.**
Q. How about Jack Countryman?
**A. He's white.**
Q. Why did you list Jack Countryman as a witness?
**A. Jack Countryman is the guy that sold his bibles.**
Q. Okay. So that's why?
**A. Yes.**
Q. What about Steven Strang?
**A. He's the guy who sold the Spiritual Warfare bibles. He was in a lawsuit in order to get his money from The Word Network.**
Q. Okay. Quinton Ross, is he black?
**A. He's black.**
Q. What about Johnny Matterlo?
**A. He's white.**
Q. Theresa Cox, is she black?

Page 231

**A. She's black.**
Q. What about Jeff Thurman?
**A. He's black.**
Q. Okay. And Kevin was each of these person's boss you say, correct?
**A. Um-hum.**
Q. And do you feel as though Kevin treated white employees, such as Johnny Matterlo, better than black employees?
**A. I don't know.**
Q. Why would you list Johnny Matterlo?
**A. Hum?**
Q. Why did you list Johnny Matterlo?
**A. Because he knew what was going on around there.**
Q. What was going on? When you say that, what was --
**A. Everything that we discussed today.**
Q. That Kevin shared a meme on or about September?
**A. About Kevin sharing the meme. Johnny was one of the persons that was ordering product.**
Q. Okay.
**A. So he, you know --**
Q. So he might know something about that?
**A. He knows about the product.**
Q. Okay.
**A. The oils and the bibles, him, Jeff, he knew it.**
Q. What about Malia Howard?

Page 232

**A. Malia was -- Malia and Dodie Johnson was the persons who found the meme that day.**
Q. And didn't Dodie Johnson, also known as Denise Johnson, didn't she work for radio 910?
**A. Um-hum.**
MR. BELOW: All right. I think I'm done. Except for whatever you say, because I have to have the last word. Maybe not.
**THE WITNESS: 910 is the radio station?**
MR. BELOW: Yes. And then it was WADL TV station.

EXAMINATION

BY MR. ASAY:
Q. I'm going to just ask you some followup questions, Bishop Bloomer.
**A. Okay.**
Q. We talked a lot today about agreements and arrangements and contracts, that you say that you had with Kevin Adell and The Word Network. Do you remember all that testimony?
**A. Yes.**
Q. And it's your recollection that you had conversations with Mr. Adell about the price for certain religious items that would be provided you if you promoted those items?
**A. That's correct.**
Q. On the shelf, correct?
**A. That's correct.**

Page 233

Q. And that came -- those agreements were arrived between you and Mr. Adell?
**A. Yes.**
Q. And you had, throughout your time working with The Word Network, you maintained an expectation that you would be paid on those at some point?
**A. Yes.**
Q. I think Mr. Below asked you some questions about Mr. Adell and whether you knew him to sometimes say things or make jokes that were in poor taste. Do you remember that question?
**A. Yes.**
Q. I guess I'll say it like this. Did you know Mr. Adell to make jokes or comments in poor taste?
**A. Yes. And some of them, what I was trying to say to him, and he wouldn't let me, is that the poor taste is one thing, filthy and dirty and inappropriate is a whole another. So he would go out like that sometimes.**
Q. Do you have any examples of those sorts of things that Mr. Adell would say?
**A. A lot of things. There's women in the room.**
Q. Do you have any examples? And I know that some of that stuff may be ugly to say out loud, but I think it's important for the case.
**A. Just a lot of things. Pussy is a word that he uses, suck my**

Page 234

**um, and he says this in open. Dodie walks by, and he'll say, look at her, she looks like a man. She's a scumbag. And she knows it, and she walk by. I mean, just filthy things or one time we was having the -- we was having a telethon, and the telethon there's food -- there's food around and stuff, and this really got to me -- in the black community, and I've been this color all my life, in the black community, there is certain terms that we use for certain things.**

**So if you've been to prison, you might not say you've been to prison, you might say you've been to rackers or you've been to Sing Sing. It's a term. You ain't never been across the street out of the state, but that's whatever the popular -- what have you -- is.**

**In our community, if this room was filled up and you had white people in the room and you had some black people who is of my age, around my age bracket, and you had fruit in the place, apples, oranges, grapes, pineapples and you had watermelon, and we were all inside this room, chances are all the other fruit is going to be eaten, there's going to be more watermelon left.**

**We had this service, and that's what happened. And so Kevin comes in, and he goes with the watermelon jokes. Any time you around -- the point that I'm making is that any time black people feel bothered or racially -- what you call it -- it's only defined by one word, nigger. So people who**

Page 235

**do it to us have figured out not to use that word anymore and use other things, shut up when I'm talking to you, things to belittle you and put you in your place and keep you in your place constantly. And he comes over to me and he says, where the fruit. I got watermelon for you all, you all didn't eat up all the watermelon. Who the hell are you talking to. But you say that, and people who don't know the watermelon stuff, they don't want -- he don't understand that, but understand it, and Kevin understand it and he knows exactly what he's doing.**

**The crack nigger stuff, and I don't care if you all go -- I don't care of they blow lines inside the 930, whatever the radio station is. I was coming out of a room where Quinton is, and it's a dark room and Quinton is -- I'm sorry. I'm getting side -- you ask me and I'll tell you.**

Q. Let me ask you ask you a couple questions about the meme because it came out --

MR. BELOW: Are you about done?

MR. ASAY: Huh?

MR. BELOW: Are you about done?

MR. ASAY: I'm getting there.

MR. BELOW: It's not your dep.

MR. ASAY: I mean, I'm submitting everything on declaration, but --

MR. BELOW: You can't do that.

Page 236

(An off the record discussion was held).

BY MR. ASAY:

Q. Let me direct you back to Exhibit 15. And you remember looking at that exhibit?

**A. What's Exhibit 15?**

Q. This is the big stack.

MR. BELOW: 200 pages.

**THE WITNESS: This right here?**

BY MR. BELOW:

Q. Just look at the first page. I'm looking at 806, WNC 806.

**A. Um-hum.**

Q. And there's a very small picture of what we've called the meme. You recognize that picture?

**A. Yeah.**

Q. And that was a picture that we've discussed that Mr. Adell sent to you?

**A. Yes.**

Q. And is that something that you found offensive?

**A. Yes. Absolutely.**

Q. And did you communicate that to Mr. Adell?

**A. Absolutely.**

Q. Was there any point where Mr. Adell apologized for sending you that?

**A. Never.**

Page 237

Q. Did he tell you, hey, I just sent that to you to make you aware --

**A. He never sent it to me. He showed it to me.**

Q. Well, he sent it to you in the text message?

**A. Yeah. But I'm saying the day that I got it, he showed it to me. We were in the hallway.**

Q. And at that point, did he ever say, hey, I'm just showing this to you to make you aware of it?

**A. No. He was laughing and he was proud of it.**

Q. And if you look at page 813.

**A. Um-hum.**

Q. Do you see that text on that page?

**A. Yes.**

Q. And it this looks like it was a text from you back to Kevin, is that right?

**A. Yes.**

Q. And were you explaining to Kevin that the meme that he had sent you had a racist connotation?

**A. Um-hum.**

Q. Yes?

**A. Yes.**

Q. At any point did Mr. Adell express to you that he didn't realize it had a racist connotation?

**A. No. At one point he said what the F, it's nothing, just a joke, get over it.**

Page 238

Q. But you thought the meme had a racist connotation?
**A. I know it had a racist connotation.**
Q. And you let Mr. Adell know?
**A. And I let him know.**
Q. And he referred to you as Tattoo in his text messages?
**A. This one says it's not funny, it has racist connotations to it, the pimp, and telling me what have you. And it says it's equivalent to black face, and that's when he drew the black face on the picture and sent it to me.**
Q. Okay. And you're still looking at bate stamp 813?
**A. Yeah.**
Q. And the black face image that you just referred to --
**A. Um-hum.**
Q. -- if you look at page 823 of Exhibit 15.
**A. 82 --**
Q. 3?
**A. 3.**
Q. And is that --
**A. That's it.**
Q. That's the picture you're referring to?
**A. Um-hum.**
Q. You understood that to be or at least interpreted that to be Mr. Adell sending you a picture of a white person with black face?
**A. Black face. And something that happened during that time in**

Page 239

**Canada with the prime minister or some minister there, it was big in the whole big news thing, and he was joking about that, and then he sent me this.**
Q. And you took that image on 823 to have a racist connotation?
**A. It does. That's what you talking about and that's what you sent me.**
Q. And how are you feeling -- if you go back to that point in time, how are you feeling after getting these messages from Mr. Adell? Just personally, how are you feeling about receiving those types of messages from him?
**A. If I wasn't afraid of going to jail. That's how I feel.**
Q. He recent -- if you look at page 841.
**A. Um-hum.**
Q. This is on 9-11-2019, and the meme was originally sent on 9-4-2019, right? Is this Mr. Adell resending, at least a portion of that original meme back to you?
**A. Yeah. He cropped the picture and sent it back to me.**
Q. And there's an enlarged photo of that on 842?
**A. He said he didn't know they made tuxedos that small.**
Q. And 842, that's a picture of you cropped from the meme?
**A. Um-hum.**
Q. Yes?
**A. Yes.**
Q. And if you look at 843.
**A. Um-hum.**

Page 240

Q. Is that Mr. Adell saying got, it, Tattoo?
**A. Yeah.**
Q. That's you?
**A. He had told me that he's going to start calling me Tattoo. That's going to be my new name, and I said, no, you're not. And then he sent the text.**
Q. And then if you look at 844, is that your response to Mr. Adell's text?
**A. Not funny.**
Q. You told him not funny, correct?
**A. Yes.**
Q. If you look at 847. If you look at -- this is a text again from Mr. Adell to you, is that right?
**A. Um-hum.**
Q. And this is on 9-12-2019, is that right?
**A. Um-hum.**
Q. Yes?
**A. Yes.**
Q. And he's resending the picture of you cropped out from the meme?
**A. That's correct, because he told me he's going to call me Tattoo from now on.**
Q. Again, 848, that's an enlarged picture of what he sent you?
**A. Yes.**
Q. If you go to page 850. This is your response back to Mr. Adell, is that right?
**A. Um-hum.**
Q. Yes?
**A. Yes. I'm sorry. Yes.**
Q. And what are you telling him here?
**A. Told you I didn't like it. I told you I don't like the Tattoo business. I told you this is being racist. I told you to stop playing games with me, my name, my character. It's not funny. I'm not going to ask you another time.**
Q. So you're telling him in this text message, hey, I told you this has a racist connotation?
**A. Yes.**
Q. Did he call you afterwards and say, hey, I'm sorry about this --
**A. Never.**
Q. -- I didn't realize it had --
**A. Never. Never. Never.**
Q. And then if we look at the next page 851, this is Mr. Adell back to you, right?
**A. Um-hum.**
Q. He says okay with exclamation marks, right?
**A. Um-hum.**
Q. Go to the next page.
MR. BELOW: Why are we just reading these?
MR. ASAY: We did all sorts of crazy questioning

Page 241 

Page 242

throughout the entire day, but I've got --
MR. BELOW: You're going to read an e-mail or a text that says okay?
MR. ASAY: Hey, let me do my questioning, and then you got to do your questioning all day long, John. We went down rabbit hole after rabbit hole. Just let me finish my redirect on this. Okay?
MR. BELOW: I think Michael wants to say something.
MR. ASAY: I got it, Michael.
BY MR. ASAY:
Q. All right. Getting back to it, if you look at 853.
MR. BELOW: I agree.
BY MR. ASAY:
Q. This is Mr. Adell's response back to you, right, 853?
**A. Yeah. 853.**
Q. And he says so sensitive?
**A. So sensitive.**
Q. Right?
**A. Yes.**
Q. And the next page he says?
**A. What the fuck.**
Q. WTF, and that's what WTF means, right?
**A. Yeah.**
Q. What was your impression of how Mr. Adell felt about your

Page 243

objections to this racist meme?
**A. Oh, he's going to make he -- he's going to get me. He's going to make me bow down now. He's going to do me like he did -- been doing a lot of other people around here. You know, they quit. Things don't go well for them. They come back. I ain't coming back. So that kind of -- that's what -- this picture right here is a bend from -- I'm sorry.**
Q. Did you get the sense from Mr. Adell's responses to your objections to the racist meme --
**A. He didn't care.**
Q. -- that he's taking those seriously?
**A. No. He didn't care.**
Q. Look at 865.
**A. Uh-huh.**
Q. And 865.
**A. 865. I'm sorry.**
Q. 865. We previously looked at this text -- I don't want to go all the way back through it -- I just want to direct your attention right in the middle or maybe the top third. See number two?
**A. Um-hum.**
Q. And in this text messages there. This is a text message from you to Mr. Adell, right?
**A. Yes.**
Q. And at number two, you're telling Mr. Adell that preachers

Page 244

are saying that The Word Network is like a plantation?
**A. That's correct.**
Q. Right? Was that something that you were hearing out in the community as you would go and preach?
**A. I would hear it out in the community I was going to preach, and I was hearing it from preachers and some of their broadcasters and over the pulpit.**
Q. And what did that mean to you as people were saying about a plantation?
**A. Not only were they saying that, but they were saying that those of us who was there, working up under Kevin Adell were field and house niggers. So there was a lot of stuff going on. I'm the face of the thing. Kevin doesn't go out and do in front of the television program.**
Q. All right. So you communicated this and other things to Mr. Adell. And if you look at 870.
**A. Um-hum.**
Q. This is a response he sends back to you. One of the responses?
**A. Um-hum.**
Q. And he tells you what?
**A. Stop saying plantation, you're making me mad.**
Q. If you turn to the next page. What does Mr. Adell say to you?
**A. If you're trying to make me mad, you're doing a good job.**

Page 245

Q. So did you understand what you had told him about what people were saying about TBN being a plantation, that was upsetting him?
**A. It was upsetting him, he was upset about it, he's going to get me. That's how he operates.**
Q. If you look at 879 -- sorry. Let's look at 881 rather.
**A. 881.**
Q. And this is another text message from Mr. Adell to you, is that right?
**A. Yeah. It's a threat.**
Q. Is that how you interpreted this?
**A. Yes.**
Q. He says I'll have to look at how much time you're on the network?
**A. Yes.**
Q. So this is -- if you go to 882, and just use that as a reference, the next page.
**A. 882.**
Q. Again, this is another text message from Mr. Adell to you, is that right?
**A. Yes.**
Q. And he says I'm very disturbed by you tonight?
**A. Um-hum.**
Q. What time was that sent?
**A. I don't know.**

Page 246

Q. Can you tell?
**A. I don't know, but if it was the Sunday night, I don't know what --**
Q. There's a time stamp on there.
**A. It's 8 -- I'm trying to think about the day. I don't know what day that was. Yeah.**
Q. So the next text message that we have is 883, which is sent on the next day?
**A. Um-hum.**
Q. 9-16. Do you remember if you had conversation with Mr. Adell between him sending the text on page 882 and you sending the text on 883?
**A. I believe not only was there a text sent on that date, but I believe we had a conversation that night. If that's a Sunday, then it's the night that we had the a conversation, but I can't remember. It's been five years.**
Q. Do you remember the substance of the conversation?
**A. Yeah. He called and he was calling, calling, calling. I didn't answer because we had consecration service that night --**
Q. Slow down. Slow down.
**A. Sorry. We were having a communion service on that night, the Sunday night that he called me. I don't know if it's this day here, I believe it is. And he had been calling all day because he had some conversations the Friday before, and I**

Page 247

**wasn't answering -- it was Sunday -- and when I answered the phone, he said I've been calling you all day long. And I said, this is Sunday, I preach on Sunday. He said, well, I watch the games on Sunday. And then he went into his whole rant.**
**So I'm thinking about when he says disturbed by the conversation we had tonight, I think that's the conversation that we had on the 15th, and that's why this text came on the 16th.**
Q. Okay. Is there anything else you can remember the conversation that you had with him on that night?
**A. Well, that was one of the nights he said I put your black ass in my Rolls Royce, put your black ass in my Rolls Royce, put your black ass in my Rolls Royce and drive you -- you going to -- so you going to quit? You going to quit like a little pussy. That's what you going to do, like a little bitch. You going to Impact? Impact is the television network that he has a problem with. You going to Impact? I'll put you in my Rolls Royce and I'll drive your black ass over there.**
**Now, speaking of Impact, that text that he gave me with Juanita Bynem on it, that's the network that she went over to.**
Q. Okay. These I think earlier you talked about the straw that broke the camel's back. And what were you referring to when you were talking about that?

Page 248

**A. It was meme in the hallway, and the minute I saw it, I was coming around the side, him and Ralph was in the hallway, and he said come here, Bloomer, and he shows me the meme, and I said get rid of that, that is racist, and that's going to be a huge, huge problem. This is a black network, get rid of that. Oh, it's nothing. He starts laughing, he go I'm going to buy me a coat, I'm going to buy me a hat and blah, blah. He's joking. I said, Kevin, get rid of it.**
**So I leave to go to my car, my phone rings. He's on the phone. Jeff, Dodie Johnson, and Dave Sheffield is in the office, and he calls on the phone and he starts telling me about the meme. And I said, I told you that shit ain't funny, and he hung the phone up. Then Dave called me, and he said always assume that Kevin has got somebody on -- that he's on the speaker phone, because he's always, you know, doing what he does, and he said someone was in the office that didn't need to hear you curse. Yeah.**
Q. Did you have any conversation with Mr. Adell or did any part of that conversation that you were describing, did you talk about your continued involvement at TWN at all?
**A. I'm not understanding the question.**
Q. The conversation that you were recapping for us, where he called you on the phone and he talked about the Rolls Royce and all that, did you tell them what you were going to do in terms of your continued involvement at TWN?

Page 249

**A. That was the -- I believe was it the night -- if I'm correct -- it was the night that I said to him that I'm out, and I also stated it in one of the texts. That night he called me on the phone, Rodney King, and Nelson Marrow was in the office, so there was people in the office and the phone was on speaker phone. So they heard him, too.**
(An off the record discussion was held).
BY MR. ASAY:
Q. Was the meme that we've talked about in Exhibit 15, and that was resent to you, in your opinion, was that a point where Kevin's poor taste went beyond just poor taste?
**A. I'm sorry for over talking you. It was, for me, the point of no return. And he wouldn't stop. He kept on going with it. He just would not stop at all. He just kept on going with it. Wouldn't stop. The midget thing. It was like all out open.**
Q. And I know we've talked a little bit about the reasons for leaving and you said there were several things that contributed to that, but if it wasn't for the racist meme and the racism that you felt here, would you have stayed?
**A. I would stayed. Yeah.**
MR. BELOW: I object. That's a mischaracterization of the previous testimony, but you can answer.

Page 250

THE WITNESS: Yeah. I would have. I liked being at The Word Network.
MR. ASAY: Give me just one second. That's all I got.
MR. BELOW: Okay. I have some more questions.
THE REPORTER: Can I just take five minutes?
(An off the record discussion was held).
REEXAMINATION
BY MR. BELOW:
Q. George, I just want to try to clarify. With respect to the GG Bloomer Ministries products, are you claiming that those books are -- any of those books are unpaid in this case?
**A. Books are paid, but there's a package of 1,700 packages that we sent out to people that didn't get their bibles and products, and inside that are books and what have you --**
Q. Okay.
**A. -- inside the packages.**
Q. The 1,700?
**A. Yeah.**
Q. So that's the --
**A. 1,700 packages.**
Q. -- like the only piece of that part of the arrangement?
**A. On the GG Bloomer, yeah. Right.**
Q. We talked about the commissions. Would you say that the

Page 251

comments that you shared about Kevin saying pussy or suck my dick or somebody being a scumbag, that those were part of the reasons why you left?
**A. Everything all together.**
Q. Okay.
**A. And with the meme, that's the straw that broke the camel's back.**
Q. What about, would you feel that it was racial for Kevin to make fun of you and call you Tattoo?
**A. Um-hum.**
Q. Do you think that Tattoo is a racial --
**A. You don't?**
Q. I don't know. I just --
**A. Honestly, you don't?**
Q. It's not overtly apparent to me. Is Tattoo black? I mean, I understand the height thing.
**A. The what?**
Q. A height issue, but I'm trying to figure out if that was part of the racial discrimination case?
**A. I don't know if it's part of the racial discrimination case. I just know that --**
Q. Him being rude about Tattoo, right?
**A. Tattoo is a midget monkey. It is a nasty, nasty, nasty, nasty thing, and you go and you say that -- I don't know what Jewish jokes are, I don't know what Spanish jokes are, but I**

Page 252

**know in every culture there is some things that if you say --**
Q. Okay.
**A. -- so I give it to you that you may not understand it.**
Q. But isn't Tattoo the character from Fantasy Island?
**A. That's correct.**
Q. The TV show like back in the mid 80s or something?
**A. That's correct.**
Q. Okay. And Tattoo was a white French Polynesian I think?
**A. I don't know what he was.**
Q. Herve Villechaise I think was his name.
**A. Okay.**
Q. Yeah. I'm pretty good at trivia.
**A. Uh-huh.**
Q. So that wasn't part of the racial claim, right? That's not part of it, the Tattoo comments, right?
**A. The program?**
Q. Yeah. Kevin being rude about Tattoo and calling you Tattoo, that's not part of the race discrimination, is it, and if it is, just tell me why?
**A. I don't know what you asking me.**
Q. If I'm asking you to agree with me, is it part of the race discrimination claim, him calling you Tattoo or not?
**A. Calling me Tattoo -- I don't know if it's part of the race -- what you call it -- I know if he wrote it in the -- what you call it -- but him calling me Tattoo is racist.**

Page 253

Q. How so?
**A. I just told you.**
Q. No. You didn't. Explain it to me, please.
**A. I can't explain it better to you.**
Q. You said something I don't know what Spanish people say among and between themselves?
**A. My point that I was making is that I don't know what -- I'll put it this way. You better not say in Word Network anything that remotely sounds offensive to Jewish people. You try it. That could be said, something could be said if a person insensitively says it and doesn't know and is checked on it and don't do it again.**
Q. Did you -- excuse me -- but did you find --
**A. Did I check him on it? Yes. I checked him on it.**
Q. Did you find that either you or someone else in your presence make comments about Jewish people at The Word?
**A. Um-um.**
Q. Why did you say that Kevin would get upset about people saying something negative about Jewish --
**A. Because I hear him saying about it. I would hear him saying it.**
Q. Him say what?
**A. He would say, you know -- this is a quote -- that something would be on TV -- no. Not something on TV. This is a quote that -- well, let me say another quote because I'm not**

Page 254

**quoted, but this is what happened. He -- this guy that used to work over at the ADL --**
Q. WADL?
A. **WADL.**
Q. Okay.
A. **The other station that they have came over, and he was leaving, and Kevin said something, Ralph comes in, we're standing there, and Kevin is joking and he's making these -- he's saying different types of things, and then Kevin says -- and I said, Kevin, that's crazy. You wouldn't want anybody to say anything about Jewish people, and he says, yeah, because if they do, then it would be anti -- anti --**
Q. Semitism?
A. **Anti-Semitism.**
Q. Right.
A. **-- and I just pulled the Jew card. So we knew that he wouldn't say anything -- well, he could say whatever he wanted to say to anybody.**
Q. So we know -- the Tattoo comments were not nice, poor taste, but they were not necessarily part of the racial discrimination that you feel you've suffered, correct?
A. **I don't know what you're asking me. You asking me is that in the -- are you asking me is that in the lawsuit?**
Q. Yeah.
A. **I don't know. I haven't read the lawsuit over. I'm just**

Page 255

**saying it happened.**
Q. You just talked about it with Mr. Asay, and I just want to clarify. That's all.
A. **Kevin saying when I was coming out of Quinton's office, what are you two back there doing, sucking each other's dicks. That ain't inside the court, but he said it. So he asked me what other things were said, and I'm telling him all of the things that were said.**
Q. You did not like that, right?
A. **No. I didn't like it. Did you?**
Q. But I'm asking -- you also testified just a minute ago -- don't ask me if I like it, because I'm not in this case. Okay.
**A couple minutes ago with Mr. Asay, you said that you found it offensive that he called you Tattoo and he wanted to call you Tattoo, and I'm asking you why? Was it because Tattoo is short? He's not black. Why is that offensive?**
A. **Because in our community Tattoo is a term for a monkey.**
Q. Really?
A. **A dog. Yes. So I said to you, I don't know the terms of --**
Q. I've got to say, man, that's a new one to me, but okay.
A. **You know when you're --**
Q. All right. All right. I'm not in your community. I'm going to take that -- I've never heard that, but I'm going to take

Page 256

that as your answer that Tattoo means that you're a monkey. Is that what you took that to mean or did you take it to mean that was it was the Tattoo from Fantasy Island?
A. **I didn't think it was Tattoo from Fantasy Island. I don't think about Fantasy Island.**
Q. Did you know that to be the Tattoo reference from Fantasy Island when Kevin said that to you?
A. **Why is Kevin calling me Tattoo?**
Q. I don't know.
A. **Well, that's what you'll have to ask him.**
MR. BELOW: And you'll have a chance to do that. Okay. I think that's it.
MR. ASAY: I don't have any followup.
MR. BELOW: Thank you, Madam Court Reporter.
THE REPORTER: Okay. Can I have your orders?
MR. BELOW: Yeah. We'll take every piece.
MR. ASAY: Can you do -- I really just need a PDF and a TXT file, but if you can put that together in an e-tran.
THE REPORTER: Okay.
(The deposition was concluded at 5:55 p.m.)

Page 257

STATE OF MICHIGAN )
COUNTY OF OAKLAND )

I Debra M. Cummings, CSR 6037, and Notary Public, certify that this transcript, consisting of 257 pages, is a complete, true, and correct record of the testimony of GEORGE BLOOMER, held in this case on Friday, April 12, 2024.

I also certify that prior to taking this deposition, GEORGE BLOOMER was duly sworn to tell the truth.

I also certify that I am not a relative or employee of or an attorney for the party; or a relative or employee of an attorney for a party; or financially interested in the action.



Debra M. Cummings CSR 6037
Notary Public: Livingston County, Michigan
My Commission expires: 7-18-2026
DATED: April 16, 2024

## $


**$1,000** 201:19

**$1,900** 155:21

**$10** 39:24 40:9 49:6 50:19,21 55:15 79:18 81:18,21,23 83:20 84:11,21 85:4,15 86:9,22 88:5,7 96:2,3,5 97:10 112:13 194:16,17

**$10,000** 224:10

**$12** 85:4

**$12,000** 224:10

**$15** 82:8

**$2** 79:19

**$2,000** 46:5 49:18 64:8

**$295** 125:2

**$3** 40:16

**$31** 38:21

**$500** 131:8

**$560** 124:20

**$77** 39:24

**$88** 39:19


## (


**(919)** 166:13


## 0


**02** 20:16


## 1


**1** 40:17 56:6,7,10,11,17 58:16,18

**1,000** 80:25 129:14

**1,000,000** 120:2

**1,100** 51:9

**1,700** 250:14,19,22

**1,960** 125:10

**1-23-63** 11:23

**1.5** 40:18

**10** 14:4 39:25 40:6 47:6 97:12 118:6 120:2 137:23,24 151:23,25 152:4 218:22 224:9,22

**10,00** 121:13

**100** 132:15 133:8 168:11,18

**100,000** 88:10 120:1 122:13 218:2

**107** 84:22

**10:00** 153:17 156:18

**11** 13:22 21:20 22:9 38:8 48:3 151:23 165:11,12,13,20,22

**117** 71:10,16

**12** 6:2 48:3 167:17,18,21 180:18 224:9,22

**120** 224:18

**13** 47:5 48:3 94:12,14 113:18 169:12,13 171:1,4

**130** 126:17

**14** 113:18 124:10 181:11,14 182:16

**15** 36:6 72:7 81:20 113:18,21 118:6 120:17,18 167:23 168:17 169:1 188:6,10 189:11,20 190:19 198:24 201:11 208:25 236:4,6 238:14 249:10

**150** 84:22 128:6 129:8 210:9,11, 12

**150s** 209:9 210:5,10

**159** 210:11

**15th** 180:18 247:8

**16** 108:5,25 113:18,21 190:20 198:10,13

**16th** 247:9

**17** 113:18,21 152:6 215:12,13,20 217:12,20,25 219:4

**175** 131:10

**18** 113:18,21 126:17

**18,000** 51:15

**19** 19:2,8 113:18,21 120:17 124:17 162:8 209:10

**1914** 123:22

**1927** 124:2

**1930** 123:22

**1981** 221:23

**1995** 16:10 18:1

**19th** 155:17,18


## 2


**2** 58:12 64:14,23 65:1 66:15,21 132:5

**2,000** 48:24 121:24 225:15

**2,425,000** 119:21

**20** 159:4 214:23 224:22

**20,000** 51:16

**200** 56:12,16 129:8 236:8

**2000** 20:14 21:12,18

**2001** 20:16 21:10,18 47:4

**2002** 47:4

**201** 58:23,24

**2010** 21:20 22:9

**2011** 21:11 22:9,24 24:25 25:14 26:6,8 28:16 35:12 47:5,7,23 48:2,4 94:1

**2012** 36:11,12 38:7,8,15 40:24 41:21

**2013** 41:21 48:4,9 49:15 53:16 93:24 94:16,17 95:24,25 96:16 99:8 107:25

**2014** 54:8,23 93:24

**2015** 56:21 71:17 72:6

**2016** 9:19 64:16 65:1 67:8

**2017** 70:23 108:6,25 110:16 132:5,19 152:1

**2018** 134:19 137:13

**2019** 9:19 94:19 124:10 154:17, 23 158:11,12,15 159:1,18 160:20 165:21 167:23 168:17 169:2 171:4 175:19 180:19 181:15 182:17 183:8 189:20 198:24 202:15,16,25 203:2,19 205:4

208:25 210:25 211:8

**2020** 162:5,6,10 214:9 215:3,22 216:7

**2021** 214:23

**2022** 33:25 34:12

**2023** 221:21

**2024** 6:2

**203** 56:14,16 59:1,5,6

**204** 56:12

**21** 56:21 64:16 65:1

**219** 126:18

**22** 34:1

**22nd** 210:24 211:8

**23** 171:4

**24** 67:8

**248 933-7878** 138:5

**25** 226:23

**25,000** 192:7

**250** 40:16

**27** 71:17

**277** 58:3 64:15

**27701** 10:8

**279** 66:8,24 67:2

**28** 124:17

**281** 67:1,14

**290** 66:9,24

**2:22-cv-12433** 6:10

**3**

**3** 40:16,18 49:7 66:10,23 67:5,7 68:13 69:22 181:15 182:17 238:16,17

**3,000** 89:11 90:17 121:19 218:17

**3,000,000** 210:12 217:20 218:8

**3,125,000** 119:20

**3.00** 40:18

**30** 37:2 39:22 82:20,21 118:9 159:4 226:23

**30-day** 38:19

**300** 128:19,20 129:8

**300,000** 217:20 218:7 225:23

**31** 36:24,25 37:1,10,12,13 38:9,21 134:19 152:1,6

**331** 165:20 167:15

**337** 167:22

**346** 151:25

**35** 226:23

**3:00** 140:3

**4**

**4** 71:11,15,16 180:22 215:21 216:7

**4,000** 192:7

**40** 226:23

**400** 14:20

**400,000** 225:23

**442** 84:4 108:5

**473** 132:5

**48** 10:8

**4:30** 175:25

**4th** 124:17 181:8,9

**5**

**5** 92:16,18,24 108:3,4 129:8 165:21

**5,000** 121:13 216:13,24,25 218:14,17,21

**50** 40:15,18 41:15 121:11 159:4

**50,000** 88:9

**500** 54:7 55:13 90:25 129:13,16 225:14

**500,000** 218:7

**52** 23:16,18 29:18

**5:00** 176:1 188:4

**5:55** 256:21

**6**

**6** 118:22,24 119:9 120:21,24 122:10 123:17 126:21 127:20 131:13 217:11,18,20,25

**600** 90:25

**61** 19:5

**655** 134:19

**6th** 166:8

**7**

**7** 123:17,19,22,24 124:8,9 126:8

**70** 40:15

**700** 39:7 89:16

**76** 55:22

**7:36** 167:23

**7:45:29** 64:16

**7th** 221:21

**8**

**8** 131:24 132:2,8,22 246:5

**8,000** 155:22

**800** 80:25 129:24

**806** 166:13 188:10 236:11

**80s** 12:4 252:6

**813** 237:10 238:10

**82** 238:15

**823** 238:14 239:4

**841** 239:12

**842** 239:18,20

**843** 239:24

**844** 240:7

**847** 240:12

**848** 240:23

**850** 240:25

**851** 241:18

**853** 242:12,15,16

**856** 190:7

**865** 189:11,13,18,19 190:8,9,15 192:18 243:13,15,16,17

**870** 244:16

**879** 245:6

**88** 39:25

**881** 245:6,7

**882** 245:16,18 246:11

**883** 188:11,14,16,17 190:19 192:18 246:7,12

**889** 188:10

**8:00** 153:17 156:18

**8:30** 65:5,14

**9**

**9** 49:8 134:2,5,18 138:4,22

**9-11-2019** 239:14

**9-12-2019** 240:15

**9-16** 246:10

**9-4-2019** 239:15

**90s** 15:12

**910** 232:4,9

**919 806-6158** 112:1 167:24

**92** 15:14

**930** 235:12

**95** 19:5

**96** 15:15

**99** 169:21

**9:00** 153:17

**9:35** 6:3

**A**

**a.m.** 6:3 64:16

**ability** 59:19 227:18

**about** 6:3 8:5,14 13:2 14:20 17:16 18:4,5 19:2 20:10 24:13,17, 18 27:7 29:18 30:2,3 32:12,17,22 35:15,19 38:6 44:25 45:1,12 46:5, 12 47:5 48:24 49:6 50:4 51:18 54:13 57:11 58:6,18 60:1,2,4 63:13,15,16 65:8,15,17,19 66:1,4 67:19 68:11,12 71:25 72:1,11 73:16,17 74:4,20 75:2,3,25 79:5 80:10,12,15,16 81:4,18,22,23 85:11 86:10 89:5,14,21,24,25 90:5,6,9,19 91:14,16,17,19,20 92:1,9,10,21,24 93:17,21 97:17 98:13 99:13,15,20 101:16 104:9 105:5,18 107:10 108:7,23,24 110:1,6 112:4,15 114:6,17 115:1, 4,7 116:25 117:16 118:2 120:8,23 121:2,7 122:17 124:7 125:8,20 127:17,21 128:3 131:13 133:21 135:1,3,4,18 137:5 143:2 144:2 147:7 152:6,9,12,17 153:6 154:15 156:23 160:6,8 161:18 163:11,24 164:10 165:8 166:18,19,23 167:6, 9 168:4,23 170:10,15 172:15 173:6,11,13 175:4,16,17,25 176:17 178:12,13 179:15 180:23 181:7,21 182:10,11 183:3,4,20 184:23 186:4,22 187:4,8,18 188:13 190:12,20 191:1,2,4,13, 17,19,21 192:21 194:16 196:16, 17,18 198:25 199:2,3,16,19 200:20 201:3,17 203:7,10,13,15 204:1,5,7,8,9,10,11,12,25 205:24 206:13 207:3,6,7,18 208:8,10,13, 25 209:2,16,25 210:25 212:1 213:12,13,17 214:8 218:12,14 219:18 222:12 224:2,3,18 228:17, 18 229:3,13,15 230:10,12,18,23 231:2,16,17,21,22,25 232:16,21 233:8 235:16,18,20 239:2,5,9 241:13 242:25 244:8 245:1,2,4 246:5 247:6,23,25 248:12,20,23 249:10,18 250:25 251:1,8,22 252:17 253:16,18,19,20 254:11 255:2 256:5

**above** 68:4 119:14

**absolutely** 12:14 24:1 27:16 104:3 108:21 216:1,23 236:20,22

**accepted** 57:22

**accommodations** 27:17

**accompany** 28:10

**accomplished** 180:7

**accordance** 219:16

**according** 42:18,19 105:15,23

**accordingly** 148:5

**account** 10:17,25 11:6,12 93:6,8 94:19,21,22 95:4,6

**accountant** 172:18

**accounted** 93:1

**accounting** 93:3,4 95:8 128:13

**accrued** 221:23

**accuracy** 121:2 181:22 198:15 210:14 219:11

**accurate** 8:9 169:21 181:23 182:1 202:18 203:20,21,25 210:11 216:6

**acknowledge** 160:25 161:1 172:8

**acquired** 219:16 222:6,15

**across** 120:16 234:12

**act** 100:17 103:1,2,5 105:2 141:5

**acted** 103:9 105:4

**acting** 103:7 142:18 149:2

**action** 36:7

**active** 226:24

**actual** 12:4 51:18 52:24 169:24 218:12

**actually** 18:24 29:15 41:19 53:1 65:4,12,13 67:1 78:20 101:17 111:16 113:5 119:10 136:22 137:2 154:4 155:22 168:3 182:9 188:12 214:12 215:20 226:23

**ad** 166:15,22

**add** 222:9,10,12

**addiction** 13:1

**addictions** 18:22

**additional** 124:2 226:13

**address** 10:7 223:8

**addresses** 119:11

**adds** 225:2

**Adell** 20:10,12 21:2,3 22:2 54:6 56:11 64:16 67:9 71:18 95:22 107:1 108:6 114:15 132:6,15 133:8 134:20 150:3 152:2 154:22 164:15 165:2 172:2 175:2,4 192:18 215:5,23 216:17 232:17, 21 233:2,8,13,20 236:16,21,23 237:22 238:3,23 239:9,15 240:1, 13 241:1,18 242:25 243:23,25 244:11,16,23 245:8,19 246:10 248:18

**Adell's** 240:8 242:15 243:8

**ADL** 26:10 254:2

**admire** 175:17

**admired** 175:16

**admit** 216:21

**ads** 166:20

**advance** 108:19 222:14

**advantage** 116:4

**Adventist** 18:7,8

**Adventists** 18:8

**affiliated** 225:4

**affirmative** 219:25

**afforded** 107:3

**affront** 207:7

**afraid** 117:21,23,24 239:11

**African** 185:1 208:17

**after** 14:20 17:14 19:3,6,16 35:12 38:15 40:24 53:16 54:19 68:15,16 69:4,22 76:17 77:15,16 93:22 99:10 105:22 106:6 110:16,17 127:24 133:10 145:2 162:7,19 163:5 171:11 180:23,25 181:7,8 184:15 201:21 202:19 208:25 213:25 214:9 219:16 221:24 222:6,15 239:8 242:6

**afterwards** 241:13

**again** 26:5 27:2,6 28:16 32:10 35:13 41:20 46:4 53:3,16 60:8,21 87:21 88:20 93:1 96:11 97:9 104:23 105:2 121:20 132:18 133:9 141:11 146:11 147:20 153:2 166:23 172:17 175:22 181:2 183:18 191:16 198:14 214:16 221:9 229:16 240:12,23 245:19 253:12

**against** 30:19 143:20 144:3 177:2

**age** 19:1,4,8 234:16

**agendas** 186:7

**ago** 8:7 14:2,4,5,6 33:22 39:12 88:19 93:20 115:14 121:24 127:25 172:6 179:11 184:24 196:20 255:11,14

**agree** 103:7 111:18 118:11 138:23 167:10 217:5,7 220:15,17 221:4,9 222:13 242:13 252:21

**agreement** 6:19 22:2 24:19 25:10 27:4,6,13 28:20 29:1 30:11 31:3 32:10,12 35:9,12,14 39:23 40:24 47:22 70:19 73:17 79:24 81:9,10 84:23 85:3 96:11,15 97:4, 6,14 114:1 126:22 219:17

**agreements** 24:13 151:8 232:16 233:1

**ah** 53:19

**ahead** 31:11 32:9 60:20 61:14,19 77:9 103:17,19,20 121:16 130:24 145:3 149:16 179:3 193:21 216:10

**ain't** 126:5 234:11 243:6 248:12 255:6

**air** 24:25 35:16,17 45:25 46:8 49:20 54:5 128:24 157:8,24 159:1,5 177:11 202:24 205:15

**aired** 157:9 202:13,16,23 203:18

**airfare** 27:18

**airing** 191:2

**airports** 184:20,21

**airtime** 47:20

**align** 134:21

**allegation** 165:18 166:2

**allegations** 221:25

**allege** 88:5 105:16 213:23

**alleged** 107:12 118:3 122:9 124:23 130:18 133:2 215:7 217:6 219:6 220:23

**allegedly** 93:6 166:3

**alleging** 91:17 115:5 216:22

**allotment** 40:15

**allowed** 70:10 101:22 116:4 146:21,22 149:1 163:23

**allowing** 35:23

**almost** 58:7 110:6 179:25 227:23

**along** 35:10 51:5 91:10 94:6 133:2 185:20

**already** 21:13 50:21 54:20,21 56:19 57:8 62:8 75:2 78:24 108:25 134:18 136:14 138:25 142:20 151:24 188:23 220:19 229:21

**also** 10:20,21 67:8 73:6,13,17 77:24 81:2 91:24 127:17 130:2,12 138:21 151:12,13 203:12 224:18 232:3 249:3 255:11

**altogether** 140:23

**always** 43:10 66:16 93:13 112:16 137:19 151:13 175:7 186:10,11, 12 188:1 191:8 228:25 248:14,15

**am** 11:9 37:15 47:25 55:14 103:7 132:14 133:8 135:3 141:7 142:2, 11,18 144:25 148:19 164:1,19 178:17 207:24

**Amanda** 6:15 58:3 66:9 144:3 147:12

**America** 201:17

**American** 185:1 208:17

**among** 7:22 253:5

**amount** 43:8 84:5 91:9,12,22 98:14,19 99:21 106:6 107:24 128:21 130:18 131:2 153:6 156:7 202:22 203:15 216:6,15 217:7 218:7 219:6

**amounts** 112:7 116:19 118:3 130:19 217:13,15

**anger** 205:9

**angry** 135:3 205:7 210:17,19,21 211:1,8,22 212:4

**animated** 69:24

**animation** 70:2

**ankle** 115:22

**another** 16:23 20:23 21:1 23:19 24:6 41:16 46:13 58:4 70:16 71:14 76:18 77:17 80:13 81:12 92:15 118:21 121:23 126:19 143:23 225:14 233:17 241:9 245:8,19 253:25

**answer** 6:24 7:3,11 9:12 12:16 14:22 30:13,15 33:8 37:20 54:25 62:11 69:18 84:25 89:6 91:8 93:11,12 96:13 101:10,11,24 102:15 106:19,20,21 107:22 109:3 111:24 118:7 134:14 151:7 185:25 186:15 188:24 193:19 197:19 207:4 208:7 209:12,13 216:10 227:13 229:4 246:19 249:25 256:1

**answered** 60:20 62:8,9 100:21 116:14 138:25 154:5 185:22 192:21 207:25 208:5 247:1

**answering** 62:13,15 97:1 105:8 117:18,19 207:22,24 217:9 247:1

**answers** 7:3,8 118:20

**anti** 254:12

**Anti-semitism** 254:14

**any** 7:14,17 9:2,22 11:4,18 13:5 17:7 20:7 28:17,24 29:21 30:5,7, 11,18,24 36:14 39:9 43:8,24 46:16 49:16 50:11 52:10 53:1,2 57:17 60:18 61:16 62:8 63:21,24 86:10 87:15 89:21 91:5 92:2 93:3, 4 94:9 95:4 98:19,22 102:21 108:11 113:17 115:2 118:3 120:20 126:15 127:13 135:19 143:5 150:25 153:2,6,8 156:1 159:15 166:7 171:22 178:15 179:24 190:23 192:16,22 195:12, 17,18 205:7,22 206:5 207:7,20,22 212:14 213:20 222:20 223:17,23 226:3,4,25 227:25 228:9 233:19, 22 234:23 236:23 237:22 248:18 250:13 256:13

**anybody** 136:2 162:3 178:3,4 201:19 254:10,18

**anymore** 49:2 184:17 207:22 235:1

**anyone** 13:16 47:9 58:9 127:10 143:9 206:19 207:1

**anything** 11:14 17:6 24:18 30:2 41:9 57:11 58:5 75:22 85:3 92:5 99:13 102:4,7 104:8 108:17 109:6 114:1 117:20 118:2,5 123:23 146:1 153:5,13 163:11 165:2 166:16,25 167:4,5 191:1,13,17 196:18 207:1 212:13 219:1,4 222:7,9,10 225:2 228:3 247:10 253:8 254:11,17

**anytime** 41:25

**anyway** 22:7 30:25 65:24 124:7 156:2 167:13 185:3

**anywhere** 32:11 226:12

**apart** 221:5

**apologize** 70:12,14,15 214:7

**apologized** 236:23

**App** 16:23 45:23

**apparent** 251:15

**apparently** 119:24

**appear** 29:5 158:14

**appearance** 135:1 136:10 139:16,18

**appearances** 25:23 38:24 44:11 45:9,15 136:16 224:21

**appeared** 39:5

**appearing** 147:25

**apples** 234:17

**applicable** 222:6

**applies** 220:1

**appointment** 8:16,17

**appointments** 9:14

**appreciate** 60:16 101:1 103:13, 14 108:18 126:11 194:14 196:9 202:7

**appreciated** 73:13 194:12

**approve** 66:5 216:4

**approved** 219:5

**approximation** 120:15

**April** 6:2

**Arcenia** 122:22,25 128:12

**area** 20:20 76:18 118:8

**aren't** 109:21 110:6 191:3

**argued** 221:3

**arguments** 147:5

**Ark** 90:23

**arm** 228:2

**around** 19:8 21:10,12,18 24:25 41:21 48:9 49:15,18 56:21 64:25 68:25 71:9 74:8,11,13 94:14 96:16 115:19 129:18 173:18 176:1 180:1,22 183:8 185:17 231:13 234:5,16,23 243:4 248:2

**arrangement** 24:17,19 25:8 36:15 42:25 47:16,23 53:17 59:19 61:11 74:21 79:17 81:14,15 82:11,23 84:4,8 93:7 95:20 96:1, 2,6,11 99:11 105:16 106:17 107:14 131:4,5 250:23

**arrangements** 24:14 25:5 48:11 220:21 232:16

**arrested** 12:12

**arrived** 233:1

**article** 163:8,9,11,13 164:6 165:3

**artist** 45:6

**Asay** 9:11 30:13,15 32:6 33:8 58:6 60:20 61:14,19 69:18 72:23, 25 96:13 98:1 99:17,23 100:1,4 102:11,13,22 103:4,11 104:7,12, 16,18,25 105:11 116:14 118:8,12 119:7 124:1 138:1,4,7,9,13 144:23 145:19,21,24 146:3,6,10 150:19,22 162:1 163:25 164:3,4 170:2 172:12 179:3 181:21 193:21 200:12,17 208:9,14 210:1 211:6 216:8 217:22 219:14,23 220:2,6,12,15,24 221:1,5,7,9,15, 18 222:9,11,17 232:12 235:19,21, 23 236:3 241:25 242:4,10,11,14 249:9 250:3 255:2,14 256:13,17

**aside** 179:6

**ask** 7:1 14:22 20:19 27:3,5 30:4 32:8 35:13 37:5 53:3 57:13 58:19 66:20 69:2,4 70:10 72:19 76:21

83:17,19 84:3 92:24 93:8,12 97:17 98:8 105:11 108:7 115:7 116:1 123:23 124:7 125:16 127:8, 10,12 137:5 138:1 139:5,14 142:24 149:18 162:1,21 163:2,24 168:14 170:10,18 172:12 176:10, 12 181:21 182:11 183:18 186:18 188:12 197:18 199:6 201:8,18 203:7 206:8,9 223:19,20 228:20 232:13 235:15,16 241:9 255:12 256:10

**asked** 7:4 13:2 26:20 30:2 60:20 73:21 84:2,3 93:17 104:13,18 105:18,25 115:1,3 116:10,14 118:9 127:11,15,16 128:16 131:6 135:16 136:1,15 170:15 185:22 190:2 191:17 195:20 196:20 208:5 209:2 226:9 233:8 255:6

**asking** 27:11 29:18 34:17 35:19 38:19 62:12 67:10 70:11 80:16 91:19 93:9 95:2,5,9 96:1 98:8 102:14 104:22 105:14 107:13 108:23,24 109:20 110:5,6 112:3 113:15 117:24 141:24,25 144:2 152:7,10,12 154:19 185:21 186:22 190:12,16,22,23 192:19, 20 203:10 204:1 206:10 208:1 213:2,24 228:13 229:22 252:20, 21 254:22,23 255:11,16

**asks** 201:19

**ass** 177:20 247:12,13,14,19

**assembled** 16:16

**assert** 107:24

**assigned** 96:9

**assignment** 186:4,6

**assist** 37:22

**assistance** 37:17

**assistant** 27:16,18,20

**assistants** 37:18

**associate** 151:17

**associates** 151:1

**assume** 33:6 248:14

**Atlanta** 223:7 226:16

**atmosphere** 196:3

**atrocious** 103:25

**attached** 124:3

**attend** 15:4,18 16:1 145:8

**attending** 19:16

**attention** 65:2 66:25 243:19

**attest** 119:5

**attorney** 119:3 143:24 172:12 216:16 217:17 218:18

**attorneys** 134:24 141:5 217:3,8 218:5,6,23

**attracts** 196:4

**audience** 26:4 36:17 51:14 107:2

**author** 37:14,19 38:2

**authority** 43:12 48:24 51:25 52:1 59:19 62:24

**authors** 23:6

**auxiliaries** 35:3

**auxiliary** 35:5

**average** 224:8

**avoid** 105:8

**aware** 21:19 124:10 137:13 150:7 159:18 237:2,8

**away** 54:3 62:7 102:12 135:4 175:8 180:6 212:24

**awesome** 13:4

**B**

**B-Y-N-U-M** 150:22

**Babylon** 163:9 165:3

**back** 12:4 18:1 20:14 21:7 22:24 24:15 27:3 28:13 34:1 38:16 42:25 48:25 51:19,23 56:4 60:17 62:17 63:7 64:8,22 65:9,12,25 66:2 76:12 91:7 94:12 96:11 99:7 105:14 109:19,25 118:18 121:9, 10 139:1 141:4 143:13 148:23 149:12 163:7 166:24 170:19 174:10 177:12 180:15,18 181:5 184:14 185:2 188:25 189:1,9 190:7 201:1,8,17 202:7 207:17 221:23 224:6,20 227:6 236:4 237:14 239:7,16,17 240:25 241:19 242:12,15 243:6,18 244:18 247:24 251:7 252:6 255:5

**backs** 91:5

**backtracking** 198:1,2

**bad** 12:11 71:4 72:8 180:1,3 183:21 197:20

**badger** 100:18

**badgering** 101:9 102:1,2

**ball** 46:13 205:2

**ballplayer** 115:22

**bare** 42:3

**base** 36:18 44:3 88:13 129:13

**based** 37:6,7 94:20,25 97:23 98:23 111:6 113:13 119:15 123:7, 10 125:15 156:9

**basic** 6:24 47:2

**basically** 169:21

**basing** 88:21

**basis** 44:14 47:15 104:13,18,19 114:9,10 127:13 144:16 226:5

**bate** 123:22 238:10

**bates** 56:12 64:14 66:24 71:16 108:4 132:5 134:19 151:25 165:20 167:22 188:10

**Battles** 219:21 220:3,5,7 222:1, 15

**bears** 216:21

**beat** 147:18

**became** 20:17 21:19 46:3

**because** 7:10 16:22 18:14 21:1 23:18,23 26:10,16 29:16 30:17 31:17 34:17 35:21 38:10 41:6 43:14 48:11,14 49:6 52:9,17 53:3, 7,18 54:2 55:21 57:7,9 59:17 60:8 63:3 68:9 70:3,18,22 75:7 78:24 80:10,19 81:21 82:4,19 83:8,9 85:2,7 86:12 89:13 90:6 91:2,10 95:10 96:9,15 98:3,16 100:1 101:13 102:15 107:8 108:1,24 110:16 111:10 113:6,11 114:12, 23 121:12,17 127:5 128:14 130:22 135:3,10 136:10 137:5

139:4,15 141:21 142:15 143:19 144:5 145:10 146:21 148:17,19 149:4 152:18,25 153:19 155:18 156:24 157:8 158:16,20 159:5 160:8 161:2,25 164:11 171:2,25 172:5 176:3 177:12 179:7,8,25 180:12,14,23 182:9 183:7,11,15, 18 184:20 186:11,20 189:25 190:5 191:4 192:1,12,21 193:6, 14,23 194:4 195:10,11,12 196:23 197:3,19 198:16 199:9,14 200:2, 13 201:12 202:8,20 204:13,15 205:14,25 206:12,17 207:9,25 208:1 209:13,20 212:14,15 214:2, 12 216:23 221:25 222:4 224:19 225:13 229:24 231:13 232:7 235:17 240:21 246:19,25 248:15 253:20,25 254:12 255:12,17,19

**become** 17:14,24

**becoming** 69:24 154:6

**been** 6:5 7:22 10:9 11:21,24,25 12:1,12 13:3,7,14 18:23 21:11 25:23 26:6 41:25 43:19 51:6 53:23 58:6 84:16 88:7 91:10 93:24,25 96:16 100:5 101:2,25 103:25 112:15,23 118:8 122:21 132:7 136:16 139:22 142:13 153:1 157:1 168:12 169:10 170:17 176:22 177:2,3 180:17 182:3 184:16 191:14 193:23 195:2 221:4 224:19 225:25 234:7, 9,10,11,12 243:4 246:16,24 247:2

**before** 6:22 7:15,17 8:3,7 12:16 36:9 42:16,17,25 62:9 73:20 74:5, 12 82:21,24 92:24 109:9,10 121:19 122:21 124:1 127:23 128:3,22 129:17 132:14 138:10 148:23 154:14 181:21 189:2 191:9 193:4 202:5,6,24 216:4 219:14 246:25

**began** 35:18 176:2 184:19

**begging** 65:4,8,13

**begin** 36:13 38:9

**beginning** 24:25 47:23 93:16 110:25 120:14 152:22 165:19 200:4,13 214:9 224:20

**behalf** 101:14 229:23

**behave** 142:24

**behaved** 196:14

**behaving** 143:2

**behavior** 57:7,22 101:2 103:24 141:17

**behind** 38:22

**being** 30:2 44:21 50:12 54:17 62:20 79:23 105:15 109:22 115:7 133:21 142:14 153:2 176:19 196:12 200:13 225:4 227:17 241:7 245:2 250:1 251:2,22 252:17

**believe** 15:25 47:4 106:13 114:24 124:13 152:2 183:4 186:16,23 187:14 219:15 222:5 246:13,14,24 249:1

**believed** 107:17 114:23

**belittle** 235:3

**Below** 6:8,12 9:13 12:19 30:16 32:7 33:11 56:9,15 58:8,14 60:22 61:15,20 64:21 66:14 69:17,20 71:13 73:1 87:8,11,14 92:15,20 96:14 98:2 99:19,25 100:3,6,8,12, 15,20,22 101:5,8,12,17,22 102:2, 5,9,12,18,21,24 103:2,5,9,12,14, 16,18,21,23 104:2,5,10,14,17,23 105:4,7,13 116:15 118:11,14,17, 24 119:8 123:21 124:6 132:4 134:4,9 138:3,6,8,10,15,18 140:14,22 141:1,6,12,14,18,20,23 142:2,5,7,9,22 143:1,5,8,16,19 144:1,8,11,15 145:5,11,15,20,23 146:1,4,8,12,17,18,21,25 147:4,7, 11,14,17,21 148:3,6,8,11,15 149:1,8 150:24 157:18,19 161:8 162:2 164:1,4,5 165:7,10,12,15 167:17,20 169:11,15 170:3,6,25 171:21 181:13 182:5 187:1 188:8 194:2 198:12 200:16,18 206:15, 22 208:11,15 210:3 211:7 214:21 215:11,15 216:18 217:23,24 219:21,24 220:4,8,13,17,25 221:3,6,8,11,14 222:8,10,13,18, 19 232:6,10 233:8 235:18,20,22, 25 236:8,10 241:24 242:2,8,13 249:23 250:5,10 256:11,14,16

**bend** 243:7

**benefit** 12:22

**Benny** 164:17,18 201:4,14 202:5, 8,9 204:1,7,9,10,11,12 205:4,24 206:13 207:4,14,16,17 208:9,10

**Bernard** 133:13,14 169:7 171:7

**best** 74:24 77:19 171:3 198:17 227:3

**Bethel** 10:24,25 11:2 14:7,8,9,11, 19 16:24 35:7 43:19,25 44:5,7,12 62:21,22 151:3 181:16 226:4,11

**better** 26:3,15 36:3 111:22 151:19 154:20 199:6 209:16,22 213:5 227:16 231:8 253:4,8

**between** 7:23 9:18 18:14 19:11 22:12,14,16,17 31:8 32:14,19 46:8 51:15 56:11 64:15 65:5,14 67:9 71:18 72:18 108:6 124:17 150:2 153:17 154:11 192:10 203:16 210:11,18 224:21 233:1 246:11 253:6

**beyond** 249:12

**bible** 15:8,9,10,13,18,19 19:12 53:19,20,24,25 54:3,12,18 75:5,7, 8,25 76:3,4,14,17,18,23 77:1,2, 15,16,17,19,22,23 78:6,7,8,10,14, 15,24 79:2 85:16,18 86:10 87:23, 25 88:9 91:14,15,16,20 119:25 120:5,8,12 125:8 126:25 128:15 130:9,19 131:18 132:13 152:9,13, 18,19,20 153:5,8 184:23 209:23

**bibles** 53:21 54:3,7,11 55:1,2,10, 12,13,14,15,18,19 74:20 75:6,8,9 76:4,6,9,15,25 77:25 78:5,8,19, 20,24 84:10,11,13,16,20,22 86:15,18 87:3,17 88:10,15 89:8, 11,12 90:17,20,22 91:25 92:2 96:3 116:21 121:8,19 127:14 128:6,21,22 129:11,16 130:8 131:14 132:19 153:3 168:22 192:8 194:18 216:12,24 218:2,17 230:15,19 231:24 250:15

**big** 35:14 59:3 154:6 176:5 185:12,13,14 204:23,25 213:1 236:7 239:2

**birth** 11:22

**bishop** 16:5,8,23,24,25 17:2,15, 18,22,24 26:14 184:21 205:19 222:23 232:13

**bishop's** 16:18

**bishopry** 17:10

**bishops** 16:9,11,13,15,20,22,25

**bit** 12:21 18:5 26:6 43:6 57:2 76:12 80:7 108:9 115:7 193:11 249:18

**bitch** 247:16

**black** 21:4 67:19 109:15,16 164:7 166:3 173:9,17 176:20,25 177:12, 20 195:8,14 230:6,8,11,21,22,25 231:1,3,8 234:6,7,15,24 238:8,12, 23,25 247:12,13,14,19 248:5 251:15 255:17

**blacks** 67:16

**blah** 50:18 128:6 184:17,18 248:7

**blessing** 115:19,20

**blew** 175:8

**blinding** 164:7

**block** 225:16

**bloggers** 201:3

**Bloomer** 6:4,9 12:15 13:15 16:5 43:22,24 44:1,3,7,10,13 45:18 64:15 71:18 75:24 78:4 79:8 80:18 86:4 87:15,16 92:6 108:6,7 112:6,12,23 116:25 125:2,3,20 130:6,20 132:6 134:20 152:1 154:12 165:20 167:14,22 176:15 184:21 220:13,20 232:14 248:3 250:12,24

**Bloomer's** 45:19

**Bloomers** 10:20 44:9 80:19 112:17

**blow** 235:12

**blowing** 176:24

**blows** 83:22

**board** 35:6 120:17

**boardroom** 195:10,11

**body** 20:7 201:24

**bomb** 166:17

**Bonhill** 10:8

**book** 8:16,17 9:18 20:17 36:25 37:1,7,13 39:17,21,24 40:8,13 48:11 51:7 53:7 77:3 82:4 129:5 130:6 161:15 162:14,16,18

**books** 36:22 40:2,20 41:1 43:1,4 50:19,21,23 51:9,13 53:7,8,14 55:22 73:17 74:21,24 75:3,20 77:10 80:16,17,19,21,24,25 81:9 82:11,24 83:2,14 92:6,8 95:1 96:3,6 112:18 116:19,20,22 127:13,14 128:13 130:3,7,8,13,20 152:25 190:13 194:16 195:5,6 250:13,14,16

**boss** 30:10 230:4 231:4

**both** 12:17 14:1 61:8 104:4 136:8 148:18 206:21

**bother** 205:25

**bothered** 108:13 113:7 164:11 234:24

**bothering** 91:3

**bottles** 113:7

**bottom** 149:22 168:3,10 171:23 188:15 202:10

**bought** 40:14 47:9 76:23 112:19 130:24

**bow** 243:3

**boy** 185:1 204:22

**boycott** 199:9,10,13,14,15,19,22, 25 200:2 212:9,14,17,18 213:10, 12,13,22,23

**boycotting** 183:7

**boys** 153:12,23 154:1 222:20

**bracket** 234:16

**brain** 134:12

**brainchilds** 78:9

**brainwashing** 164:7

**branded** 53:25 54:12 55:2 75:5, 6,8,10,11,18,25 76:6 78:25 152:20

**break** 56:5 58:8 61:16,18 118:18

**breakdown** 154:17

**breaks** 115:22

**Brian** 153:19

**briefly** 56:4

**bring** 16:16,25 39:2 41:7 66:25 78:13 109:25 130:14 132:13 136:7 143:19,20 144:1 150:8 178:5 185:19

**bringing** 43:16 48:12 65:12 70:3 109:19 158:10 166:21

**brings** 53:25 196:19

**britches** 204:25

**broadcast** 181:18 212:5

**broadcasted** 181:16

**broadcasters** 244:7

**broader** 132:6

**broke** 154:10 180:14 184:13 247:24 251:6

**broken** 228:2

**broker** 47:20

**Brooks** 214:24 215:21

**brother** 144:23 176:4

**brotherly** 211:10

**brought** 26:19 47:19 51:5,11,15 52:10 54:4 62:16 63:7 70:18 77:15,18 136:15 139:12

**buck** 40:15,18

**bucks** 40:6 49:7

**build** 26:18 35:18 36:18 49:12 129:18

**building** 26:10 41:5 51:18 65:17 180:20 195:2,4

**buildings** 201:23

**builds** 41:4,5

**built** 196:5

**bullshit** 71:23

**bunch** 19:15 109:21 110:7 156:20 157:4 166:19 196:17

**business** 19:9 57:15 95:3 106:22 107:12,13 114:14 137:11,14 151:1,11,13,19 152:8 183:21 187:17,18,25 190:21 191:3 192:5, 10,12,13 194:20 205:8,12,13,14 207:9,11 211:21,24 220:21 226:1 241:7

**busted** 13:5

**buy** 40:2 128:20,21 129:13 248:7

**buying** 50:19,21 76:6 78:19 121:12 182:22

**buys** 40:8

**Bynem** 150:3 247:21

**Bynum** 150:7,9,12,15,16,17,20, 22

**C**

**Caicos** 108:20

**cake** 195:2,4

**calendar** 8:18,20,21,22,23 9:18, 21 10:5

**call** 6:10 11:14,15 15:6,7,8,9 16:5 20:24 24:18,19 26:2 27:3 36:3,7,8 38:21 41:5,8,20,23,24 42:1,2,5,22 45:12 49:8 51:20 52:1 54:12,17, 19,20,24 56:24 57:13 59:12,14,17 60:7 62:23 63:1 67:24 69:11 75:4 88:15 101:12 105:3 111:6 113:22 119:16 121:9,12 126:12 129:7 133:11 140:23 146:8,9 147:1,3,4, 11 148:8,9,13,24,25 170:5 173:16 176:13,15,16 183:15,16 188:24 195:8,9 202:3 203:8,11 211:11 214:16 216:13 218:22 234:24 240:21 241:13 251:9 252:24,25 255:16

**called** 20:17,21 21:7 23:1 34:2 37:1 43:12 55:12 69:5,21 81:20 82:4,5 111:11 118:25 121:10 127:23 133:17 139:20 162:14 163:13,16 181:2 188:25 189:9 190:6 199:10,13,14,15 200:1 204:5,10 214:24 236:13 246:18, 23 248:13,23 249:3 255:15

**calling** 26:14,17 31:15,16 51:8, 16 63:3 104:23 108:2 111:4 204:13 205:18 240:4 246:18,24 247:2 252:17,22,23,25 256:8

**calls** 36:4 70:19 128:19 184:16 185:8 204:23 248:11

**calm** 110:13,15,17

**Calmed** 110:18

**calming** 109:17

**came** 18:12 21:5 23:17,18 25:14 26:21,22 28:7 31:5 43:12 47:9 50:23 51:5 68:21 76:19 88:20 92:13 94:5 135:6 136:11,13 139:13,25 155:18,21,22 176:1 194:25 203:14 205:4 209:24 216:14 217:3 233:1 235:17 247:8 254:6

**camel's** 180:14 184:13 247:24 251:6

**camera** 26:20 106:23

**campaign** 41:12

**can** 6:10 7:2 12:17,21 13:9 25:12 26:14 30:13,15 31:5 32:8 34:5 38:17 40:15 41:24 46:7 55:14 59:24 64:17 65:9 66:3 67:3 70:16 71:15,21 74:11 76:12,21 77:22 78:15,18 79:3 81:17 83:1 84:18 86:7 87:9,22 89:13 92:3 95:19 96:13 105:21 108:17 109:2 115:7 116:1 119:10,11 127:5 131:15 132:7,21,24 134:13,14 138:1,15 139:1 142:6 143:24 145:3,4,5,6 147:3,5,9,13 148:12,13,20,22 152:11 156:7,10 161:23 162:3 166:21 168:21 170:10,18 172:12 175:20 176:18 179:9 182:11,15, 18,20 183:17 184:21 191:16 193:14,16 201:8 206:9,19 207:1 208:9 211:25 212:22 217:21 219:12 223:9,10 227:16 229:4,15 230:5 246:1 247:10 249:24 250:6 256:15,17,18

**can't** 7:5 9:10 22:18 23:18 30:12 34:15 54:25 65:10 67:15 76:17 104:4,8 105:9 145:10,20 155:8 156:8,10 166:18 170:8 177:14,15 185:14 197:18 213:13 235:25 246:16 253:4

**Canada** 239:1

**cancel** 30:4,12

**cancels** 30:18,22

**cannot** 140:23 141:1

**car** 177:3 248:9

**card** 254:16

**care** 93:14,18 108:18 117:7 137:11 147:10 162:22 220:17 235:11,12 243:10,12

**carefully** 198:4

**Carolina** 10:8 44:4 185:9

**carpet** 166:17

**carry** 53:24 177:21

**cars** 182:23

**Carson** 23:5

**case** 6:10,13 7:22 19:18 24:14 32:1 43:10 50:13 88:20 90:4 91:24 101:3 103:10 104:2,6 107:13 127:22,24 130:18 132:7 139:11 143:11 173:11 182:1 198:15 220:5,7,9,10,12 221:2 222:16 223:15 228:17,18 229:4 233:24 250:13 251:19,20 255:12

**cases** 221:3

**cash** 183:16

**Catchy** 162:16

**cause** 144:19

**CBN** 38:23 39:3,5,11

**CD** 45:9

**center** 10:24,25 11:2 14:11 36:4 41:5,20,23,24 42:3,5,22 44:12 54:17,19,20,24 59:12,14,17 62:23 63:2 88:15,24 119:16 122:23 129:8 181:17 183:16

**certain** 78:23 82:14 96:22 106:6 128:16,21 131:7 173:18 177:15 221:19 232:21 234:8

**chairs** 195:11,13

**chance** 56:17 64:22 67:4 119:9 188:17 256:11

**chances** 234:18

**change** 35:12,19 38:14,15 40:24 53:16 59:3 174:20 217:21

**changed** 35:21 48:7,9,10 49:14, 15 53:18

**changes** 36:15

**channel** 171:8

**chapter** 161:14,16

**character** 241:8 252:4

**characterization** 216:8

**characterize** 74:5

**charge** 50:14,15

**charges** 17:25

**Charisma** 76:3 129:12

**chart** 119:11,12,14

**check** 22:4 112:16 113:13 114:2, 3,5 152:23 187:17 253:14

**checked** 113:5 253:11,14

**checks** 12:11 112:16,18

**cherry** 195:2

**child** 100:24 101:18 175:9

**children** 10:13

**children's** 35:6

**chill** 102:22 104:7,8

**chitchat** 99:16,18

**chitchatting** 99:15 221:14

**choice** 199:18

**choir** 35:6

**Christ** 23:20 182:22 201:24

**Christian** 23:5 41:16

**Christians** 53:24

**Christmas** 226:7

**chummed** 76:16

**church** 10:20,21,23 13:17 14:3, 12 16:10,14 18:8,20,25 19:16 20:11 23:20 31:9,14,15,16,17,18 33:19,20,22,24 34:2,3,6,7,20,21, 22,24 35:3 45:8,13,16 79:12,25 122:18 151:6,9,15 154:22 155:7 158:14 163:6 164:6 179:2,4 183:23 185:8 201:20 204:18 205:19 212:7 224:13,14,15

**churches** 44:23 45:12 226:5,16, 17,18,19,22

**City** 15:21

**civil** 13:10

**claim** 19:19,21,22 20:8 94:24 107:24 221:23,24 252:14,22

**claiming** 250:12

**claims** 107:12 131:13 186:16 222:5

**clarification** 59:7 60:16 66:21 200:17

**clarify** 58:16 149:13 250:11 255:3

**clarifying** 138:1

**class** 17:9,11

**classes** 17:12

**clear** 60:10 62:19 101:21 139:2 144:4 187:11,14,15,16 194:6

**clearly** 216:9

**CLERT** 226:21,22,25

**client** 142:1,2,19 143:15 146:2

**climate** 196:4

**close** 54:12,17 67:22,23 92:21 108:4 182:15 201:9

**closer** 197:11 209:17

**cloth** 39:21

**Club** 39:7

**clunky** 44:21

**coals** 214:5

**coat** 176:2 248:7

**cocaine** 18:23

**cold** 16:22

**collect** 115:7 117:10

**collecting** 118:3

**collection** 71:18

**college** 16:9,11,13,15,20,22 17:1

**color** 234:7

**Comcast** 166:17,22

**come** 8:25 9:4,15 16:8 17:1 20:19 21:2,8,16,20 23:1,6,7,14 26:16 39:16 41:17 45:13 50:18 54:18 55:24 65:20 76:2 78:18 89:10,14, 15 90:9,16,24 91:11 93:14 107:9 112:11 113:6 116:11 121:18 128:15 129:15 130:4 136:12 147:18 148:19 155:15 156:20 157:25 159:20 176:4 183:5 196:6 210:5 221:2 226:21 243:5 248:3

**comes** 17:17,24 36:6 40:7 83:21 124:20 133:14 139:24 153:13 175:11 201:17 202:9 204:22 207:17 226:6 234:22 235:4 254:7

**coming** 7:18 24:25 25:17 41:12 52:13 68:19 73:15 106:10,24,25 117:3 126:9 133:10 134:23 176:3 185:5 191:7 195:9,15 196:7 205:2,23 206:6 208:2 235:13 243:6 248:2 255:4

**commenced** 33:25 34:12

**comment** 147:22 148:24,25 177:22,23,24 179:24 201:13 202:5 203:17

**commenting** 101:15

**comments** 103:13 137:8 164:10, 11 205:24 233:14 251:1 252:15 253:16 254:19

**commercials** 125:9 126:1

**commission** 19:20 20:6 120:2

**commissions** 107:16 153:2 250:25

**commitment** 28:24

**communicate** 236:21

**communicated** 80:7 244:15

**communication** 216:10

**Communications** 76:4 209:23

**communion** 246:22

**community** 164:7 201:21 212:7 234:6,7,14 244:4,5 255:19,24

**companies** 129:12

**company** 129:12 215:22

**compare** 217:10,25

**comparison** 124:8

**compensate** 117:8

**compensating** 43:15

**compensation** 20:8 59:22 60:15 201:17

**complain** 178:12,13,18,21,22 179:15,18,19

**complained** 179:23

**complaining** 85:11

**complaint** 7:25 8:1,2,6 90:3,4 178:15,17

**complete** 111:22 124:3 126:8 162:19

**completed** 161:15 162:16,18

**completely** 146:13,19

**concerned** 89:14 90:19 107:7

**concluded** 256:21

**conduct** 17:14,17,18

**conference** 29:15 44:8,9 201:16 226:8,9

**conferences** 29:13

**confirmed** 127:18

**confronted** 185:18

**confused** 138:13

**congregants** 14:19 34:25

**conjunction** 177:17

**connect** 20:10 51:19 218:25

**connected** 20:12 57:1

**connection** 19:18 170:13 177:19

**connotation** 237:18,23 238:1,2 239:4 241:11

**connotations** 238:6

**consecrate** 17:2

**consecrated** 16:9 17:6

**consecration** 16:14 246:19

**consistent** 221:20

**consolidated** 221:4

**constantly** 235:4

**contending** 142:11 144:25

**content** 27:8 36:19,21 38:4

**context** 109:20 193:21 203:22 205:18

**continuation** 123:16

**continue** 35:10 107:14 126:16 148:7 152:11 211:10

**continued** 99:10 106:3,16 137:18 248:20,25

**continues** 174:19

**continuously** 120:8

**contract** 24:15,20 47:16 61:12, 13,16 62:24 63:12 135:25 136:1 138:20 139:5,9 150:15,16 151:3, 19

**contracts** 47:18 135:17,19 136:2 137:17 150:25 151:10,13,16 220:9,22 232:17

**contributed** 249:20

**control** 78:19 101:2 102:20 104:3 109:24 146:13,19

**controls** 206:12,17

**convention** 23:20,21

**conversation** 83:16 109:10 111:4 122:4,7 138:21 140:13,16 160:6 181:3 191:8,9 192:25 193:3,4 200:5,13,15 201:2 202:4 204:24 246:10,14,15,17 247:7,11 248:18,19,22

**conversations** 65:19 115:4,12 140:19 191:4 192:1,21,23 193:6 223:18 232:20 246:25

**conversely** 64:1

**conversion** 106:25

**convicted** 11:24,25 12:12 13:3

**cookie** 25:20

**cool** 134:1

**copy** 163:2

**Corey** 144:23

**corner** 188:15

**corporation** 34:7

**correct** 6:20 10:3 15:2 16:6,7 18:1 21:22 25:1,2,4,6 29:6,21 30:19,21 31:4,20 32:2 33:7 35:1 40:3,12 43:11,19 47:13,21,24 48:6,10,12 49:22 53:6,15 56:17 59:12,20 60:6,19 61:1 63:17,24 64:3,12 69:23 71:21 75:6,15 81:25 82:16 83:1,5,6 85:3 86:25 87:1,5 94:2 95:19,20 96:12,18 98:10 99:8,11,22 106:1,4,14 109:1 111:23 113:3,14,18,19 114:14,18,20 115:12 122:12,13 127:8 128:17 130:25 137:4,14,19 145:11 152:16 154:23 163:17 168:5,18 169:3 171:12,14 180:5, 13 188:22 191:20,23,25 192:2 197:8,12 200:11 213:24 216:22 219:5,23 220:2 227:7 228:15 231:5 232:23,24,25 240:10,21 244:2 249:1 252:5,7 254:21

**correctly** 215:25

**correspondence** 150:2

**corroborate** 178:5

**cost** 46:8

**could** 11:15 24:14 25:25 26:15, 18 29:4,6,21 30:4,6,8 31:6 51:6, 17,19 57:14,16,17,19 60:17,23 61:2,16,18,21 62:7 63:15,16,18, 21 64:1,4,7,8 67:19 82:22 83:13 93:4 101:24 124:23 147:16 154:8 157:24 164:11,12 221:11 224:5 225:20 253:10 254:17

**couldn't** 57:11 60:5 64:2 80:10, 11 95:13 98:15 145:8 173:23 180:5 196:11 218:17

**counsel** 12:21 24:14 104:15 144:23 178:25 179:2,4

**counseling** 45:15 222:21

**counselor** 223:23

**counting** 113:1

**Countryman** 230:12,14,15

**couple** 35:14 80:21,23,24 134:13 235:16 255:14

**course** 10:2 13:12 86:19 97:23, 24 109:5 168:21

**court** 104:8 141:22 146:15 148:8, 9,12,13,24,25 215:17 219:19 255:6 256:14

**Court's** 219:17 221:21

**covenant** 39:22

**cover** 75:12 122:9

**covered** 54:15,16 75:2

**COVID** 14:20 120:17 122:21 224:19,24

**Cox** 230:25

**crack** 18:23 177:1,13 195:8 235:11

**Craig** 215:21

**crazy** 109:13 176:21 197:1 211:12 241:25 254:10

**create** 211:12

**creating** 38:25

**Crefloe** 164:13

**criminals** 211:15

**criticism** 205:22 207:3

**criticize** 207:1

**criticizing** 205:23

**crooks** 211:15

**cropped** 239:17,20 240:19

**cross** 144:20

**culminated** 154:17

**culture** 194:24 196:5 230:1,2 252:1

**curious** 8:6 69:25 212:16

**current** 10:7

**curse** 248:17

**cut** 81:5 140:23 141:6 144:12 145:15

**cutter** 25:20

**cutting** 140:20 182:23

**cycle** 216:12,15,23 217:1,7 218:24

**cycles** 121:12

**D**

**da** 205:15

**dah** 90:23

**daily** 55:21 133:13 139:18

**damages** 119:12 124:23 219:13, 15 221:20,22 228:10

**damn** 163:19

**dancing** 185:17

**Daniel** 87:11,12 90:22

**Daniels** 87:6,7,8,12

**dark** 235:14

**Darrell** 72:7

**date** 6:20 11:21 54:9 84:8,10 89:21,23,25 95:20 96:12,20 97:3, 25 98:5,11,13,15,24 99:21 122:6 124:9,17 131:7 166:8 171:7 178:1,2 179:23 180:24 189:5,6 193:6 246:13

**dated** 64:16 67:8 71:17 108:5 132:5 134:19 151:25 165:21 167:22 180:18 181:15 189:20 215:21

**dates** 15:12 70:24 89:23 90:4 94:13 98:9 122:9 127:21 154:24 181:6 183:9 193:8 205:5

**daughter** 175:9 176:3

**Dave** 204:23 248:10,13

**David** 229:13

**Davis** 20:22 25:21 35:23 42:14, 18 47:24 183:5 228:17,18 229:1, 2,3,6,8

**Davis'** 42:5

**day** 8:3,6 9:2,5 18:9 26:22 33:16 34:18 37:4 38:20 48:19 49:21 51:16 70:16 82:20 89:10 120:10 121:9 124:19 125:6,21,23,25 126:19 133:14 134:25 155:16,19, 21,22 156:11 158:2 177:5 181:8 190:20 200:24 232:2 237:5 242:1, 5 246:5,6,8,24 247:2

**days** 8:7 36:24 37:1,2,10,12,13 38:9 39:22 41:15 82:21 121:10 171:14,15 172:5 178:10 201:1 228:14

**Daystar** 46:12

**deacons** 34:22 35:6 151:8,17

**dead** 143:16

**deaf** 176:24

**deal** 54:2 59:4 79:16 85:10,11 95:21 101:13 107:1 108:14 148:5 151:1 176:5 213:1

**dealing** 18:22 95:24 97:23,24 107:2 110:20,21 151:21 153:20 218:7

**dealt** 75:24

**December** 221:21

**decent** 136:14 142:13,16

**decide** 107:14 211:24

**decided** 188:21 201:2

**decision** 116:16

**decisions** 135:1

**declaration** 220:8 235:24

**dedicated** 226:5

**defendant** 13:23,24 33:24 34:8

**defendants** 6:12 119:16 221:24

**Defendants'** 119:1

**defense** 144:24 219:16,25

**defined** 234:25

**definitely** 178:10

**definition** 34:6 227:17

**degree** 16:1,3

**delays** 185:11

**delicate** 134:22

**deliverance** 20:20 77:21 78:7 129:4,5,6

**delivered** 18:23

**demand** 105:16 215:2,4 216:9

**Den** 90:23

**denied** 112:2

**Denise** 232:3

**deny** 112:4

**dep** 70:16 235:22

**department** 86:16

**departure** 210:25

**Dependant** 40:14 111:24

**dependent** 151:21 224:9

**depending** 158:9

**depicted** 163:18

**depiction** 164:9 169:21

**depleted** 91:10 113:8

**deponent** 108:7 142:13

**deposition** 6:9,19,22 7:5,14,18 56:7 58:12 66:10 71:11 92:18 93:10 101:21 102:16 104:15 105:5 118:22 123:19 132:2 134:2 137:24 141:2 142:12,20,24 143:3, 21 144:2,12,18,21,24 145:8 146:7,14,22 149:2 165:13 167:18 169:13 181:11 188:6 198:10 215:13 256:21

**depth** 81:8

**describe** 227:9,12

**described** 17:7 132:21,22

**describing** 248:19

**despite** 137:8

**detail** 81:15 110:24

**determine** 186:21

**determined** 192:16

**Detroit** 27:15

**devil** 187:25

**devotion** 37:4

**dick** 251:2

**dicks** 255:5

**did** 7:14,17 8:2,9,16,17,19,22,23 9:18,21 14:2,23 15:2,4,6,18 16:1, 3 17:6,7 19:3,4,8,11,16,21 20:10 22:7 26:6,23 27:14 28:20 29:17, 23 32:4 35:12,19,21 36:11 37:16, 22 38:4,14 40:23,24 43:7,10 44:13 45:9 46:20,25 47:12,14 48:1 49:14,25 51:16,17 53:16 54:5 55:12,18 56:23 57:24 58:17 59:8 60:1,2 62:18 63:8,9 66:15 67:6,18,22,24 68:5,7,9,10,11,18, 21,25 69:2,4,7,9,12,13,23 70:4,9 71:9 73:21 74:8,12 75:23,25 76:2, 15,17 77:16 79:1,22 80:3 83:15, 17,19 84:4,6,8 88:14,18 89:1,7 91:10,20,23 92:1,4,11 93:7,8,13 94:8,19,21,22,24 95:2,3,4,6,9,11, 16 97:17,20 98:3 99:22,24 103:23 105:16 107:4,14,20 109:6,8,14,16 110:15,17 111:1 112:3,4 113:14, 20 114:3,5,7,9 115:12 117:7,9,16, 20 118:2,5 120:10,23 121:2,7 122:20,22 123:4,7,10 124:13 126:10,18 127:10,12,15,19 128:3 131:5,17 135:24 136:6 137:1 139:5,8 150:15 153:22 155:11,14 156:25 158:11 159:18 160:8,9 161:13 162:4 163:8,13,22 164:6 166:15,16,17,22 170:15 174:14, 15 176:13,15 177:5,10,22,23 178:1,12,15,24 179:15,18,23 183:5 184:23 186:8 189:5,11 190:1,6 193:25 194:5,7,10 197:2, 4,13,16,19 199:8 201:25 202:23 203:7,15 204:11,17,20 205:14 207:5 210:4,22 214:5,6 216:4,5 218:20 220:25 222:6 223:12,17, 23 224:1 226:12,15 228:25 230:14 231:12 233:13 236:21 237:1,7,22 241:13,25 243:4,8 244:8 245:1 248:18,19,24 253:13, 14,15,18 255:9,10 256:2,6

**didn't** 7:19 13:5 15:3 18:11 21:2, 4,20 22:1 23:23 28:8,10 29:11 30:1 31:17,18 32:1 46:19 48:12, 14 49:21 51:4,13 55:3 57:15,20, 21 62:1 72:3 76:9 80:7,10 83:16 90:9,14 93:12 95:16 97:5,13 98:10 99:6,13,20 104:19 105:25 107:24 110:13 112:11 113:13 114:2 115:24 116:10 123:14 127:5,8 128:13 130:8 133:15 136:12,19 137:18 139:9 145:22 146:1,2 150:16 154:4 158:10,11, 14,17 173:20,22 174:21 176:16 179:7,8,19 180:12 184:3,23 185:10 188:24 190:2,18,23,25 191:1,17 194:14 195:19 196:9 198:2 199:12,13 200:25 202:1 204:4,17 205:22,23,25 208:6,7 210:2 217:16,19 218:6 219:4,17 221:4 223:16 230:11 232:3,4 235:5 237:22 239:19 241:6,16 243:10,12 246:19 248:17 250:15 253:3 255:10 256:4

**difference** 31:8 217:21 225:18

**different** 16:16 17:12 30:4,17 33:4 44:23 55:23 59:18 61:25 62:2 72:18 75:8 96:9 98:8 114:15 121:10 128:23 129:24 136:17 143:5 186:7 209:20 217:5,13,15 222:24 224:21 254:9

**differently** 95:10

**difficult** 142:21 207:12 230:4

**direct** 102:14 190:7 236:4 243:18

**directed** 190:2

**director** 119:16

**dirty** 195:13 233:17

**disagree** 22:15 63:12 205:16 206:19

**disagreement** 204:21 205:3

**discovery** 119:1,2 161:14

**discriminated** 177:2

**discrimination** 251:19,20 252:18,22 254:21

**discuss** 153:5 199:23 200:9

**discussed** 9:21 24:24 53:17 77:18 231:15 236:16

**discussing** 85:13 199:24,25

**discussion** 37:3 51:18 58:11 60:4 62:15 64:20,25 66:13 87:22 118:16 124:5 132:1 133:11 134:8 137:16 149:7 153:18 165:6 170:24 171:20 172:17 186:25 198:9 202:22 203:22 221:17 236:2 249:8 250:8

**discussions** 65:25 92:11,12,14 154:7

**disloyalty** 108:14 194:20

**dismiss** 220:18

**disparage** 141:4 142:1 143:10

**disparaging** 142:2,19 145:2

**disrespect** 186:23

**distinction** 192:10

**disturbed** 245:22 247:6

**divine** 129:4,5,6

**divorce** 13:25

**divorced** 13:19,21

**dock** 80:11

**doctor** 228:12

**document** 118:25 119:6 139:10 171:1

**documenting** 162:11

**documents** 7:14,17,21,22 111:8 115:2 118:20 154:14

**Dodie** 193:2 232:1,3 234:1 248:10

**does** 10:25 11:2 14:11,19 16:8,18 28:1 29:7 35:7 43:24 44:3,7,21,22 57:9 72:21 75:5 81:22,25 100:11 120:5 153:10,13,25 161:20 165:21 173:7 174:1,5,6,9,18 191:15 192:7 199:21 202:17 210:20 218:12 229:8,11 239:5 244:23 248:16

**doesn't** 22:20 24:17 80:6 85:2 101:10 108:11 137:17 142:16 145:23 164:15 173:14 174:10,13, 18,20 186:22 191:13 195:11,12 201:20 205:16 221:1 244:13 253:11

**dog** 176:23 255:21

**doing** 6:16 22:11,23,25 24:5,7, 11,25 25:23 26:12 30:25 38:11,25 39:1 41:19 43:8,14 44:9 48:17 49:5,23 50:10 51:4,23 53:24 56:1 57:1,15 62:7 65:19 66:1 76:17 85:14 106:21,22 107:15 113:12, 22,23 114:12 116:17 117:4 139:22,24 152:15 153:20 158:20 164:12,13 166:16 169:6 170:21 173:10,21,22 196:12 204:16 205:19 206:21 219:1 235:10 243:4 244:25 248:16 255:5

**dole** 173:9

**dollar** 38:20 164:13

**dollars** 53:1,2 99:21 133:2

**don't** 6:25 7:1,16 10:21,22 11:3, 6,10,11 12:4 13:17,24 15:12,13, 14,17,25 19:10,23 22:19 24:5,6,9, 12,16,20 28:7,18,19 30:11,18 31:14 33:7,12,13,21 37:20 42:2 43:15,18 45:15,16 46:3,4,5 47:14 49:2 51:4 53:20 54:9,24 55:4 59:9,17 63:12 66:25 69:9 70:15 74:1,3 77:5 80:2 81:5 84:1,10,12, 19,25 85:1 86:22 87:11 89:3,6,19, 20 90:3 91:19 92:7,23 93:10,18 94:12 98:21 100:18,25 101:1,22 103:12,14,21,24 104:14 105:5 107:1 109:11 111:12,21,24 112:2 114:24 118:5,11 120:7,21 122:5, 6,9,13,16 123:12,14 124:16 125:1,4 126:4 127:21 130:1 135:8,16,19 136:2,8,9 139:7,24 140:15 142:13 143:1,5,11 144:5 146:11 147:10,19 148:3 149:2,9, 10,18 150:8 151:13 152:11 153:5 154:2,24 155:24 156:1 157:3 159:2 161:17,19,25 162:11,22 164:13 165:1 166:9 167:13,14 170:7,19 171:2,15 172:13,16,25 173:10,18 176:12 177:1 178:2 179:19 180:24 181:6,9,23 182:1 183:9 186:16,23 187:2,14 189:6 190:16 191:10 192:22 193:6,8,18 196:10,21,22 198:4 200:24 201:12 203:12,13,21,25 205:5,15 206:9 207:20,22 208:20 209:1 212:1,3,6,17 213:1 214:10,16,20 215:4,9 217:9 218:13,19 219:12 220:15,17 221:9,11 223:16,19,21 225:9,10,15 226:24 227:13,15,22, 23 228:4,5,7 229:2,6,18 231:9 235:7,8,11,12 241:6 243:5,17 245:25 246:2,5,23 251:12,13,14, 20,24,25 252:9,20,23 253:5,7,12 254:22,25 255:12,21 256:4,9,13

**done** 66:17 71:23 72:3 79:2 115:7 133:19 134:25 137:19 143:3 149:11 170:17 180:7 181:1 187:5 188:4 190:5 208:2 215:16 232:6 235:18,20

**door** 121:25

**doors** 115:18 117:4

**down** 7:15 24:21 58:2 78:14 103:18 104:8 105:21 109:17 110:13,15,17,18 128:25 142:10 144:17 145:7,9 154:11 157:14 160:22,25 161:2 172:13 176:2 177:14,15 195:9,11 197:3 198:19 200:20 201:22 202:9 218:14 242:6 243:3 246:21

**drawn** 92:24

**drew** 238:8

**drill** 118:20

**drive** 10:8 131:23 247:14,19

**driven** 128:23

**driving** 177:3

**drop** 158:4 166:20

**dropped** 115:13 133:16

**dropping** 213:15

**drug** 12:12,13 13:1,3,4

**due** 95:20 96:12,20 97:3,25 98:5, 9,19,24 115:6 118:3 130:18 133:3 153:6 215:7 216:22 219:6

**duly** 6:5

**dummy** 138:13

**duration** 12:6 29:1

**Durham** 10:8 28:1

**during** 76:10 77:12,13 122:21 183:6 238:25

**DVD** 77:22

**DVR** 156:3,9

**dying** 103:16

**dynamics** 131:21

E

**e-mail** 85:22 242:2

**e-tran** 256:19

**each** 9:10 22:4 40:1,8,13 43:7 49:20 51:23 55:15 79:25 81:16 96:2,21 112:13 133:14 148:17 170:19 184:14 231:4 255:5

**ear** 100:16,17

**earlier** 107:24 181:24 217:6 247:23

**early** 22:9 99:7

**easier** 147:16 169:25

**Easter** 18:20 41:11,13,15 226:6,7

**eat** 235:5

**eaten** 234:19

**ecclesiastical** 15:4

**economic** 119:11 219:13

**economy** 204:14

**editing** 45:24

**Edmunds** 220:19

**EE** 20:3

**EEOC** 19:19,22,23 20:4

**effect** 138:25

**efforts** 194:12,14

**eight** 8:14 22:14,16,17,21 153:16 172:5 184:23 185:7

**either** 13:14 29:4 61:16 85:4 87:15 162:25 167:14 176:13 178:15 191:22 192:3,17 253:15

**election** 67:10

**elements** 6:24

**else** 13:15,16 15:7 21:3 23:24 27:5 34:5 38:14 47:9 48:5 66:15, 16 106:9 117:12 166:25 167:4 178:3,6 182:12 183:19 186:20,21 190:18 198:20 219:25 226:12 247:10 253:15

**embossed** 75:14

**emotions** 101:2 135:2

**Empey** 6:17 56:14 87:6,10

**employee** 21:22 214:12

**employees** 231:7,8

**employment** 19:19 20:6

**end** 9:19 19:3 56:25 88:6 90:24 119:12,14,15,20 120:13 155:1 172:6 173:5 201:5

**ended** 57:17 83:9 218:5 221:24

**ending** 219:13

**enforce** 99:22

**engage** 26:24 38:22

**engaged** 36:17 50:25 51:13 59:12

**enlarged** 239:18 240:23

**enlightening** 123:18

**enough** 64:7 73:16 126:8 129:15 131:11 132:10 140:22 170:19 185:16 192:14 196:19 214:17

**enter** 221:18

**entering** 39:22

**entire** 104:2 158:1 211:14 242:1

**entirely** 113:1 221:10

**entitled** 6:10 212:6

**entity** 16:11

**entry** 125:1 167:23

**environment** 178:8 179:16 180:13 186:2,3

**equal** 19:19 20:6

**equivalent** 238:8

**errands** 18:19

**especially** 109:22 151:14 223:14

**essentially** 97:25 130:19 222:4

**established** 116:7

**estimate** 88:13 119:24

**estimates** 95:15 119:15,17 121:3 122:9 123:10 125:14

**estimation** 88:9

**estimations** 209:20

**etc** 36:7 216:12

**Europe** 201:16

**even** 21:4 70:23 74:2 92:4 96:11 98:15 102:3 105:5 114:2 130:1 132:18 135:18 143:2,21 145:1 146:2 149:9 157:3 159:12 166:9 167:13 171:6 180:24 207:2

**evening** 170:21

**event** 46:16 171:22 205:7,22 207:13,16,17

**eventually** 55:1 107:21

**ever** 11:8,24,25 12:1,12 13:7,13 19:18,22 20:8 32:4 34:18 74:8 83:17 92:1,4 97:17 113:14 123:23 127:10,12 146:11 159:21 160:4, 11,18 163:8 237:7

**evergreens** 156:24

**every** 9:3 14:9,15,16,17,18 23:13, 15,17,18 25:3 29:20 33:16 81:18, 24 86:22 96:25 104:5 120:10 124:7 141:9 143:10 148:16 158:7, 9 252:1 256:16

**everybody** 21:3 42:19 48:5 73:8 102:13,22 103:4 134:22 135:21 136:2 139:23 166:23 178:4 187:23 188:3 195:23 229:12

**everyone** 33:3 137:3

**everything** 22:21 41:7 66:6 68:18 81:21,23 112:12 134:24 151:9 152:23 162:19 178:6 185:13,14 190:18,20 194:22 198:20 199:21,23 200:1,7 206:17 231:15 235:23 251:4

**everywhere** 44:1 57:8

**evidence** 219:16 222:6,14,15

**evolved** 154:15,16

**exact** 127:21

**exactly** 126:8 143:4 213:17,19 214:10 235:9

**EXAMINATION** 6:7 232:11

**example** 72:20 77:7,8 87:16,21 122:1

**examples** 233:19,22

**Except** 25:5 232:6

**exception** 82:2

**exchange** 56:20 143:14

**excited** 52:10 166:23

**excitement** 52:12

**exclamation** 71:24 241:21

**excuse** 85:9 100:10 115:6 143:22 253:13

**exercise** 124:8 169:25

**exhibit** 56:5,6,7,10,11,17 58:4, 12,16,18 64:13,14,23 65:1 66:8, 10,15,21,23 67:4,7 68:13 69:22 70:22 71:11,14,15 74:15 92:15, 18,24 108:3,4 118:21,22,24 119:9 120:21,24 122:10 123:17,19,22, 23 124:3,8,9 126:8,21 127:20 131:13,24 132:2,8,22 134:2,5,18 137:23,24 138:4,22 151:22,23,25

152:4 161:20,22 162:25 165:8,13, 20,22 167:17,18,21 168:5 169:12, 13 171:1,4 180:18 181:11,14 182:16 188:3,6,10 189:11 197:23 198:10,13 215:11,13,19 217:6,10, 11,12,18,20,25 219:4 236:4,5,6 238:14 249:10

**exhibited** 144:19

**exhibits** 70:22,24 217:19

**exist** 16:18

**existence** 16:12

**expect** 95:16 106:11 155:8

**expectation** 233:5

**expected** 105:23

**expense** 28:14 35:16,17

**expenses** 27:14

**experience** 78:9 128:15 142:23 227:20

**explain** 20:13 45:1,2 132:25 143:24 169:1 176:14 191:13 212:8 253:3,4

**explained** 35:14 36:14 61:17 160:23 211:1

**explaining** 63:11 98:25 191:12 219:3 237:17

**explanation** 110:12

**exploited** 117:7

**Exposing** 82:9

**exposure** 36:15 116:17

**express** 237:22

**expressed** 205:9

**expression** 73:2,4,9

**extent** 197:10 211:23 219:5

**eyeballs** 25:25

**eyebrow** 146:2

**F**

**face** 71:5 84:3 110:2 148:1,3 163:19 166:1,3 206:10 207:3,5 238:8,9,12,24,25 244:13

**Facebook** 10:17,21,25 181:15

**facets** 176:8

**facilitating** 53:4

**facility** 44:9

**fact** 42:17 63:14 98:23 99:13 116:13 117:23 162:14 166:10 169:18 174:20 175:4 213:7,9

**failure** 82:23

**fair** 7:5 11:16 15:7 40:19 64:7 66:6 73:16 85:15 126:11 164:9 170:1 182:13,14 185:16 192:14 214:17 222:8

**fairness** 203:18

**faith** 106:25 144:6,8,9

**faithful** 38:20 39:18,19 129:6

**faithfulness** 132:13

**fall** 226:7

**false** 163:13

**familiar** 161:21 164:18 165:21

**family** 10:24,25 11:2,19 14:11 17:23 18:12 44:12 72:8 175:7,8, 16 181:16

**Fantasy** 252:4 256:3,4,5,6

**far** 52:24 120:20 212:22 220:2

**fare** 27:16

**fast** 148:18 177:15

**fasting** 182:10

**fear** 117:6

**February** 71:17 215:3,21 216:7

**fee** 52:14,15,22,23

**feel** 6:25 8:9 58:16 67:18 72:17 74:12 161:13 175:15,18 177:4 179:10 194:10 227:20 228:15,25 229:5 231:7 234:24 239:11 251:8 254:21

**feeling** 57:5 164:9,10 239:7,8,9

**feels** 118:12

**fell** 158:3

**fellowship** 226:18,20,21

**felony** 11:24,25

**felt** 114:17 161:11 174:21 175:13 178:7,10 179:11,16 180:4 186:4 242:25 249:21

**festive** 41:16

**few** 25:17 33:22 38:16 56:22 115:12 121:10 168:23 179:11 182:6 183:1 188:12 201:1 218:11 223:13 224:18

**fib** 209:16 210:8

**field** 244:12

**fight** 170:22

**figure** 97:6 98:22 125:14 139:13 185:21,23,24 208:11 210:18 211:23 251:18

**figured** 82:7 116:21 235:1

**figures** 127:13 209:5,6,7,8

**file** 19:21 144:6,20 256:18

**filed** 19:18,22 20:7,8

**filing** 145:14,17

**filled** 234:14

**filler** 158:5

**filthy** 233:17 234:3

**find** 39:14 45:12 63:2 84:18 132:24 133:1 138:15 149:5 189:11 190:6 253:13,15

**fine** 8:13 11:11,21 32:8 35:11 38:14 52:5 66:21,22 78:5 79:11 81:6 83:22 88:4 90:13,15 104:20 141:8,23 143:17 159:11 160:23 182:13,20,25 221:15

**finish** 9:11,12 32:6 69:18 72:23 125:23,24 136:18 141:25 142:20 179:3 207:16 242:6

**finished** 113:12 144:10

**Finley** 122:22,25 123:1 126:12, 13,15 127:18 128:2,5,12 155:13

**fire** 193:25 194:7 197:2 212:12

**fired** 171:25 183:12 184:3 193:24 194:5 196:24 201:4,5 204:24

**fires** 213:19,20,23

**firing** 182:23

**firm** 214:24 215:21

**first** 6:5 16:23 17:20 20:10 21:15 23:16 34:1,18 35:17 45:23 47:8 51:25 67:2,3 76:15 77:4,5 81:2 82:24 85:16 93:20 111:12,14 117:1 120:1 123:23 125:1,5,20 155:12,14 156:13,14,20,25 157:6, 8,22 158:5 166:10 171:24 180:19 198:18 223:14 236:11

**fits** 145:24

**five** 46:9 102:9 119:3 125:6,21, 23,25 155:16 156:11,23 157:25 158:1,2 169:10 200:20 209:5,6 246:16 250:6

**fixed** 130:22

**flames** 214:5

**flew** 196:6

**flies** 213:16

**floor** 18:19 195:14 227:23

**Florida** 226:16

**fly** 27:15 184:21

**flying** 28:11

**focus** 108:10 154:20

**focused** 185:3

**folks** 38:19 229:19,22 230:6

**follow** 128:25 130:17

**following** 221:22

**follows** 6:6

**followup** 232:13 256:13

**food** 234:5

**force** 60:5,23 61:2

**forced** 193:12 197:8,11,12,24

**Forever** 10:10

**forget** 86:6

**forgetting** 62:9,10

**forgive** 73:20

**form** 17:1 22:1 30:13 220:10

**former** 119:16

**forth** 13:1 17:15 24:15,16 51:20 65:25 93:23 98:18 106:24 148:23 151:17 171:7 201:1 216:14

**forward** 49:21 57:22 106:3

**found** 33:21 126:20 131:11,12 173:5,6 219:25 232:2 236:19 255:15

**four** 10:16 17:12 71:24 120:8,25 122:15,16 125:6 158:2 168:3 172:22 179:14

**four-page** 215:20

**fourth** 172:12

**free** 6:25 43:11,14 45:14 46:3 49:3 50:2,8 58:16

**freeing** 53:4

**freewheeling** 12:21

**French** 252:8

**Friday** 6:2 8:5 9:3 18:9,14 23:1, 13,15,17,18,21 25:3 26:12 29:6, 20 35:24,25 36:2 37:3 41:15 49:24 50:10 51:8,14 52:6,14,15 53:5 59:21,22,24,25 61:2 62:25 80:20,23 90:21 96:21 129:20,21 140:3 156:16,17 157:9,20,21 158:21 159:5 184:17 196:12 246:25

**Fridays** 8:24 9:16 25:5 97:4

**friend** 73:21,22 222:23

**friendly** 74:6

**friends** 214:3,4

**from** 15:14 16:3,8,16 18:23 20:24 22:20 23:22 24:2 25:20 26:3 33:22 39:25 40:2,11 41:13 43:20 49:21 51:5 53:25 56:10 62:7 64:15 67:8 71:17 73:15 74:10 76:2,8 77:11 80:17,19 82:14 83:2, 3 84:5 86:15,22,23 88:14 89:1,17 91:3 92:6 93:7,16 94:9,17 95:24, 25 99:14 106:24,25 108:6,7 109:13 113:6 114:12 118:18 120:17 121:19 122:20 124:25 126:9 127:19 130:24 132:5 134:19,20 135:6 136:11 138:5,7 139:13,25 152:1 154:22 161:15 162:21 163:6,7 166:12 167:23 168:3,10 171:25 172:4 174:14 176:4 180:6 181:16,24,25 185:5 188:9,22 191:7,11 192:17 195:9 197:13,16 198:1,2 202:21 206:5,6 207:17 208:2,9 209:1 210:5,25 213:25 216:14 219:17 221:2 224:12,14 225:20,25 226:11 227:20 230:20 237:14 239:8,10, 20 240:13,19,22 243:7,8,22 244:6 245:8,19 252:4 256:3,4,6

**front** 51:2 85:7 106:22 161:4 164:15 185:2 221:23 244:14

**fruit** 234:17,19 235:5

**fuck** 242:22

**fulfillment** 88:24 122:23 127:6,8, 10,11

**full** 116:17

**fun** 70:22 251:9

**functions** 45:7

**funds** 50:17 66:3 83:21 94:25 183:14 201:5,22

**funny** 82:6 172:14 227:17 238:6 240:9,10 241:9 248:13

**furious** 212:10,11

**further** 124:23 172:19 198:15

**furthering** 182:21

**G**

**game** 46:13

**games** 241:8 247:4

**gathering** 17:13

**gave** 18:24 27:7 40:1 98:11,13 104:19 109:20 119:24 127:16,23 151:23 161:20 188:23 209:20 217:16 218:5,23 247:20

**gender** 153:20 154:6

**generally** 110:22

**generate** 26:19 66:3

**generated** 128:18

**generating** 46:22 50:4

**George** 6:4,9,10 11:4 13:15 16:5 18:6 19:1 27:18 34:17 44:10

56:11,16 58:3,15 64:15,16,22 66:15 67:2,9 70:23 71:15,18 85:9 87:15 108:8 110:25 118:18 119:5, 9 124:10 127:6 132:7 134:6,10,20 138:7 150:25 154:11 161:14 165:16,22 167:24 171:6,22 173:7 176:15 181:17 182:7 183:3 188:15,17 189:12 191:10 215:16, 25 226:22 250:11

**Georgia** 223:7

**get all** 223:9

**gets** 12:16 41:7 201:18

**getting** 16:24 40:25 50:19 75:10 80:13 90:14 102:20 105:21 106:7 152:10 170:21 184:16 185:8 204:23 229:16 235:15,21 239:8 242:12

**Getty** 54:10 76:14

**GG** 10:20 43:22,24 44:1,3,7,9,13, 21 45:18,19 75:24 78:4 79:7 80:17,19 86:4 87:16 92:6 112:6, 11,17,23 116:25 130:6,20 154:12 250:12,24

**GGB** 79:8,12 81:17,24 82:10,14, 16 83:2,3 85:20 93:2 152:15 154:12

**Gibbs** 21:15

**gig** 47:12

**girl** 47:19

**give** 12:16 23:19 48:9,15,17 51:14,24 55:14,15 79:20,25 80:14 82:18,19,20 97:13,14 112:12 116:24 121:7,9 123:10 127:15 131:10,22 135:16,19 137:18 140:2 150:19 153:10,15 162:14 182:19 188:13 215:16 224:15 227:16 250:3 252:3

**given** 9:2 17:22 89:21 115:14 134:25 218:9

**gives** 39:24

**giving** 97:10,12 112:11,13 155:23 166:24 217:17 218:10

**glad** 109:20 141:16 148:18

**global** 139:23

**go** 14:23 17:7,9 18:20 20:23 21:6 23:22 24:15 27:3 28:13 29:14,15 30:24 31:11 32:9 35:23 36:25 38:16 42:25 44:22 45:15,23 51:6 56:4 58:2 60:16,20 61:14,19 64:8, 13 65:16 66:23 67:1 76:12,18 77:9,16,17,21 78:1 81:8 84:18 89:14 94:12 95:23,24 96:11 98:9, 17 102:12 103:16,19,20 105:9,10, 14 108:10,16 109:2,7,14,17 115:21 119:10 121:16 123:14,17 124:23 127:5 128:19,24 129:2,3, 10,17 131:21 133:15 136:3,18 139:1 143:13 145:3 147:12 148:10 149:10,12,16 150:17 151:13,24 152:18 157:24 158:1 159:13 161:25 164:15 167:17 169:11 170:19 171:1 172:18 174:10,19,22 178:18 179:3 180:18 182:15 183:15 184:20 185:3,19 188:3,11 189:9,11 193:21 197:21 198:5 200:3 202:1, 7,9 203:22 205:5,14 216:10 218:16,18 221:15 224:5,9,18 225:13,14 226:15 227:1,6 233:18 235:12 239:7 240:25 241:23 243:5,17 244:4,13 245:16 248:6,9 251:24

**God** 16:10 18:12 23:20 101:5 107:1 201:20

**God's** 108:1

**Godly** 116:5

**goes** 17:3 41:4 54:2 70:16,20 86:25 90:1 133:12 175:11 184:9, 12 207:18 220:3 234:22

**going** 17:24 18:13 19:3 23:24 24:13,18,20 25:10,11 26:3 27:1,8 28:21 29:5 35:10 36:9,24,25 37:2, 3 38:8 39:1,21 40:23,25 41:1,4,7, 8,9,10,19 42:15,17 48:1,15,17 49:9 50:16,17 51:6,24 52:8,9,11 53:8,14,22 55:14 56:6 57:13 58:3, 6 59:21 61:9,10 69:5 71:14,22 72:1,2,10 76:16 79:25 81:4,7 83:20,21,22 84:11 87:2 89:16 93:13,14,23 94:5 96:21,25 97:21, 22 99:4,21 100:8,10,13,15,16,17 101:6,13,25 102:9 104:1 105:3, 14,20,22,24 106:10,20 107:7,16, 17,18 109:15 114:18,25 115:23, 24,25 116:2,13,18,20,24 117:1,4, 5 118:21 119:5 121:19 123:17 124:7 128:22 129:2,4 131:22 136:13 139:22 140:2 141:6,7,9,21 142:19 144:12,17 145:15 146:4,5 147:1,4,8,11,18 148:13,24 149:5 150:14,19 153:19 154:5 156:4 157:15 158:9 160:22,25 161:1,2, 19,23 162:14,18,24 163:24 166:19 169:11,22,23 170:22 174:7 176:1,3 177:3,15 178:18,21 180:17 183:1 185:20 186:9,18,20, 21 187:2,12 188:3,4 193:9 194:5 195:13 196:7 197:1,4,19 199:23 200:9 201:18 204:22 206:3 210:7 211:11,12,14,15 212:9,11 217:13 220:4 222:11,20,24 223:15 224:3 228:18 229:19 231:13,14 232:13 234:19 239:11 240:4,5,21 241:9 242:2 243:2,3 244:5,12 245:4 247:14,15,16,17,18 248:4,6,7,24 249:14,15 255:24,25

**gone** 21:1 72:8 113:11 121:24 122:21 169:18 185:7 188:23

**good** 10:7 41:15 58:4 64:13 70:25 71:4 72:17 89:15 92:21 95:18 103:22 109:7 131:1 132:11 144:6,8,9,15,19 151:10 152:22,23 158:5 172:15 175:5 222:17,18 225:19,25 244:25 252:12

**gospel** 23:6 182:21

**got** 18:5,25 27:2 35:21 36:9 41:9 49:7 50:5 52:11 55:19 60:13 63:19 77:23 82:4,5 83:4 89:11 90:15 99:1 101:10 103:22 104:25 105:1 110:19 113:7,12 116:7 121:18 124:1 127:4 129:8,16 137:21,22,23 145:19,21 150:13 152:23 156:3 157:13 158:7 161:4, 17 166:23 173:23 176:2 180:6 183:18 185:1,17 186:6,9 187:11 190:3 195:8 200:1,24 201:12,21, 22 207:3 209:22 234:6 235:5 237:5 240:1 242:1,5,10 248:14 250:4 255:22

**gracious** 133:21,23

**grade** 115:13

**graduate** 15:2

**grand** 46:9 101:12 104:24 105:3, 6 125:10 126:3,4 146:8,9 147:1,2, 4,11

**grapes** 234:17

**gravity** 17:23

**great** 40:14 52:9 79:4 108:18 110:9 132:13,14,16 160:21,22 176:4

**Greg** 20:22 21:1 25:20 35:23 42:5,14,18 47:24 51:1 183:4 228:17,18 229:1,2,3,6,8

**grew** 19:17 36:16

**grievances** 168:24 191:2

**ground** 36:11

**grounds** 220:22

**group** 17:3 108:15

**grow** 50:16,17 52:8

**guaranteed** 226:10

**guess** 31:12 66:5 73:20 81:12,13 85:1 88:23 108:22 128:21 132:24 140:5 149:18 169:1 176:7 181:17 183:25 190:12 201:8 206:23 207:2 211:23 218:15 233:13

**guest** 26:20

**guests** 36:6 159:19 195:9,12

**guy** 21:15 51:1 54:3 76:14 77:15 139:23 146:5 166:2 175:7,8 176:22 230:15,19 254:1

**guys** 75:25 110:22 121:2 145:4 148:17 167:14 188:14 219:17

**H**

**H-O-U-S-E** 223:3

**ha** 67:16 153:13

**had** 6:22 8:22,24 9:3 12:22 13:2,16 16:14 18:13,23 19:15 20:21 21:1,5,13,16 22:1 23:1 25:21,23 35:23 36:22 37:1 39:17 40:2 42:8 43:12 45:25 47:18 49:10 51:6 52:8,10 54:2 55:19 56:16 59:19 60:4,18 64:22 65:19,24 67:4,25 69:10,21,22 70:25 72:3,7,8 74:15 76:3,4,6 77:18 80:9 82:21,23 89:18 91:9 92:14 95:20 96:3,4 98:17 106:12,13 107:9 108:14 109:10,24 110:4,22 115:4 116:7 117:6 119:9 121:24 123:11 128:14 129:13,14,23 130:8,22 131:3,18,22 133:11,13,19 136:14,16 137:19 138:21 139:18 140:13,16,19 143:9 145:7 152:25 153:18 154:8 157:11,22,23 158:3 159:21 160:6 165:2 171:7 172:17 183:5,11 184:16 185:7 186:4,6 187:20 188:17,23,25 189:2 191:4,8 192:1,21 193:6,23,24 194:12 195:2 196:10 199:15,16,17,18,19 201:1 202:22 203:2 204:21,24 212:18 213:19 216:11,12,16,24 218:4,9,25 222:12 232:17,20 233:4 234:15,16,18,21 237:17,18,23 238:1,2 240:4 241:16 245:1 246:10,14,15,19,24,25 247:7,8,11

**hadn't** 26:11 134:18 153:1 179:14 227:22

**half** 8:14 22:17,21 46:9 58:7 125:21 131:3 158:3 159:12 182:25 196:11

**hallway** 172:18 185:17,18 237:6 248:1,2

**handle** 36:4 86:3 101:3

**handled** 86:2,4 210:22

**hands** 55:19

**handshake** 136:2

**Hanna** 100:5,10,13,16,21,25 101:6,9,15,19,24 102:3,7,14,20,25 103:7,12,15,19,22 104:1 105:2,6,9 119:4 140:20,25 141:3,11,13,16,19,21,24 142:4,6,8,15,23 143:4,7,13,18,22 144:4,10,13 145:4,6,12,17 146:11,18,23 147:3,6,9,13,15,20,22 148:5,7,12,22

**Hannah** 144:18

**happen** 116:13 179:23 200:25

**happened** 13:17 14:2 21:9 26:23 51:22 68:15,16 78:23 93:15,16 96:15 107:18 150:7 160:4,5 162:12 179:10 187:15 199:1,16 200:1,25 209:21 211:9 212:13 216:16 223:14 228:22 234:21 238:25 254:1 255:1

**happening** 226:8

**happier** 153:12,22

**hard** 39:14 95:7 182:7 206:23

**Harpercollins** 76:3,8 86:23

**has** 11:21 13:12 25:10 28:3 36:3 66:5 88:16 96:12 103:25 119:13 136:22 138:22 139:10 144:21 146:12,19 160:11 180:17 191:14 193:20 195:10 210:14 225:4,25 238:6 241:11 247:18 248:14

**hasn't** 182:3

**hat** 248:7

**hate** 74:1,3

**have** 6:22 7:8,22 8:21 10:9,13,17,21,22,25 11:2,6,8,11,14,24,25 12:1,4,12 13:7,13 14:9,19 15:12,15 16:1,24 17:6,7 19:2,18,22 20:8,16 21:11,19 23:13,23 26:1,2,5,6,19 27:1,5,20 28:21 29:4 30:11,18,24 31:13 35:7 36:6,7,17 37:3,16,18 41:21,25 43:15,17,18,19 44:3,8 45:8,14,15 46:4,5 49:2,10 51:17,19,20 52:13 55:24 56:5 57:14,16,17,19 58:4,15,17 59:12,13,21 62:7 63:1,2,13 64:18,22 65:10,20 66:15,16,25 67:4,10,22 71:14,23 74:8 75:7 77:22 78:1,11,14,24,25 79:7,19 80:20,23 81:7 82:4,20 83:25 84:2,8,10,19 85:21,22,23 86:9,10,19 87:2,15,20 88:6,7 89:10,16 90:3,16 91:12 92:8,10 93:24 94:12 95:4 96:16 101:20 102:3,7 103:9 105:7 106:15 108:11,18 109:24 111:3,5,9,22,24 112:2,20,23 113:4 114:17,20 115:6,12 116:12 119:5,9 120:10,13 123:23 124:3,13,16 125:16 127:3 128:13,20,21,22,23 129:5,13 130:5,14 131:15,17,22 132:10,16 135:15 137:11 139:5,9,14 140:3,4,5,8,23 141:1,8 142:6,13,17,23 143:3,9,25 144:11 147:21 148:3 149:1,18 150:15,16,25 151:3,8,16,19 152:14 155:17,18 156:1,5,6 157:3,6 158:11 159:2 160:13,14 165:16 166:9,16,25 168:21,22 169:5,8,16,23 170:7,19 173:2,4 175:23 176:20,23 177:1,4 179:9,22 181:2,7,24 182:2,8,23 188:14,17 189:10 192:12,22 194:5 195:14 203:22 205:5

208:21 210:18 211:12 213:15 214:1,4 218:18 219:11 221:3 222:2,20 223:8,19,20 224:25 225:12,21 226:3,6 227:25 228:9, 14 232:7 233:19,22 234:13 235:1 238:7 239:4 245:13 246:7 248:18 249:21 250:1,5,16 254:6 256:10, 11,13,15

**haven't** 81:3 102:16 224:19 225:23 254:25

**having** 6:5 13:14 23:20,21 24:2 29:15 62:16 79:1 83:16 95:7,8 98:4,7,12 124:9 130:24 134:11,21 137:2,12 138:19 140:9 155:5,6 159:20 166:21 192:24 193:3 202:21 206:23 227:18 234:4 246:22

**He'd** 131:10

**he'll** 9:12 69:19 177:12 234:1

**he's** 30:10 50:21 53:3,4 83:21 99:4 100:21 105:20 109:12 110:1 135:18 138:11,16 140:21 145:9, 23 146:19 148:24 150:5,13 155:23 164:21,23 173:17,23 175:8,11,19 176:3,23 178:18 184:16 186:6 196:7 201:18 204:23 205:19 206:3 230:13,19, 22,24 231:3 235:9 240:4,19,21 243:2,3,11 245:4 248:8,9,15 254:8,9 255:17

**head** 7:6 84:19 94:13 173:17 180:1

**heading** 45:16,17 170:4

**hear** 145:4,6 176:24 178:20 193:18 207:20,22 244:5 248:17 253:20

**heard** 11:8 34:18,19 159:21 176:16 177:16 178:3 214:4 249:6 255:25

**hearing** 208:10 244:3,6

**heart** 73:15 106:24 115:25 116:2

**heated** 148:18

**height** 251:16,18

**held** 58:11 64:20 66:13 118:16 124:5 132:1 134:8 149:7 165:6 170:24 171:20 186:25 198:9 221:17 229:16,19 236:2 249:8

250:8

**hell** 71:5 115:20 235:6

**help** 37:18 105:10 108:19 153:11

**helped** 37:19

**helping** 52:20 109:1

**here** 7:18 34:4,16 36:5 37:5 39:1 62:16 63:19 65:10 66:1,4 71:14 74:2 89:19 91:2 92:15 101:7 108:8,15,19 110:20,21 118:13 119:19 125:19 126:2,6,17 133:4 135:14 136:4,7,23 138:13 139:4, 12,13 140:7 143:21 144:16,23 145:1,23 149:17 150:8 151:24 153:2 155:17,23 167:11 168:11, 20,24 169:19 171:1,22 172:15,21, 24 173:5,20,25 174:25 176:22 177:5 179:6 182:2,7 187:12 188:9 189:15 190:5,14,20 191:3,5,14 192:4 194:16,17 199:4,20 200:20 202:18 204:22 217:1,4 219:14 236:9 241:5 243:4,7 246:24 248:3 249:21

**here's** 139:12 176:17

**heroine** 18:23

**Herve** 252:10

**hesitant** 188:13

**hey** 54:6 93:21 100:8 104:7 237:1,7 241:10,13 242:4

**high** 14:23 16:1 88:10 119:12,14, 20

**higher** 26:15

**highlight** 173:4

**highlighted** 173:5

**highlights** 173:2

**hilarious** 101:5

**Hinn** 164:17,18 201:4,14 202:5,8, 9 204:1,7,9,10,11,12 205:4,24 206:13 207:4,14,17 208:9,10

**hiring** 214:24

**hit** 45:5 51:14 77:23 136:19

**Hm** 178:23

**hobbies** 11:18

**hobby** 11:14

**hold** 17:22 62:2 90:8 98:10 104:20 186:15,20 219:1

**holding** 83:9 182:2

**hole** 242:6

**holiday** 41:16 132:16

**holy** 18:15

**home** 41:8 44:3 156:3 175:11 176:3 180:25

**honest** 209:12

**Honestly** 148:16 251:14

**honorariums** 225:20

**honorary** 226:13

**hope** 106:9,16 108:16 221:12

**hoped** 105:24 106:8,15 116:11, 20

**hoping** 114:19 188:14

**host** 20:22 21:6,7 24:2 29:15

**hosted** 25:17

**hosting** 25:20

**hosts** 160:9

**hotel** 27:16 28:13 35:16,17 112:21

**hour** 46:9 58:7 125:21 158:3 187:8

**hours** 65:5,14 101:25 187:8

**house** 131:17 223:1,2,3,4,12,24 224:1,2 244:12

**houses** 88:22

**how** 6:16 9:1 10:9,15 12:6 13:21 14:2,19 17:14,16,18 18:5,6,25 20:10,13 21:6,8 24:24 25:25 26:2, 3,23 27:2 28:3,20 37:20 40:14 42:15 44:20,21 45:21 49:25 51:17,22 54:12,17 55:14 63:6 70:15,20 71:9 78:23 81:9 83:14, 19 84:25 86:17 87:3,16 88:6 89:6 90:1,2 91:20 93:1,2,6,20 94:19, 21,22,23,24 95:2,3,4,9,11,16 98:22 101:19,20 102:3,7 106:20 107:20 110:10 111:24 114:14 115:14 116:21 121:8 123:4 128:3

133:12 141:19 143:2 150:13 154:15,16 155:14 156:22,25 157:4 158:9 159:1 164:11 167:13 171:18 179:5 186:1,3 187:2,8 196:20 198:2,3 209:19 210:22 215:7 217:3,21 218:14 221:1,11 223:2,12 225:8 226:22 228:24 229:2,6,8,11,20 230:10,12 239:7, 8,9,11 242:25 245:5,11,13 253:1

**How's** 79:10

**Howard** 231:25

**however** 45:2 47:16 113:2 193:4

**huge** 66:1 164:25 201:14 248:5

**Huh** 30:14 36:20 69:3 127:7,9 136:24 167:2 212:23 235:19

**Hum** 49:11 73:3 150:11 193:5 231:11

**hundred** 80:21,23,24

**hung** 145:18 146:19 147:25 248:13

**hurricane** 107:9 166:19 168:4,7, 8 181:4,5

**I**

**I'D** 24:10 56:12 80:20 104:21 122:21 136:20 154:14 170:20 181:22 182:8

**I'LL** 8:12 14:22 15:6 39:18 45:1 54:12 56:25 60:16 65:24 81:14 103:16 105:20 110:21 121:9 123:22 125:5 132:10 153:12,22 154:20,21 163:24 169:1 171:22 175:4 210:22 233:13 235:15 245:13 247:18,19 253:7

**I'M** 6:12 7:3,10 8:19,25 9:8,9 11:19 12:18 14:10 18:4 19:5,13, 25 20:16 21:21 22:9,13 23:4,12 24:17,18,20,22 25:10 27:9,10,11 28:9,21 29:5,7 30:1,25 32:5 33:14 34:3,13,17 35:9,13,19 36:5,24,25 37:24 41:24 44:11,20,21 45:2,14 46:8 48:10 50:4 53:4 60:15,21 61:9 62:10,12,15 63:6 65:4,11,12, 13,21 66:1,22 69:17,25 71:21,22 72:21,24 74:4 75:11 79:5 82:13, 25 83:1,20 84:7 85:11,14 91:4,7 92:24 93:5,13,25 94:6 95:7,10,21 96:1,21 97:1,3,6,10 98:4,7,8,12, 22,25 99:21 100:15 101:13 102:14 104:8,20,22,23 105:14 106:20,21,22 107:5,6,9,13,22 108:15,16,19,20,22,24 109:20 111:8 112:11 113:4,21,24 115:18, 19,20,21 117:24 118:21 121:4 124:7 125:14,16,24 126:22 128:25 129:2 130:17 134:11,12 137:1 138:13 139:4,12,23 140:12, 16 141:6,9,16,21,24,25 142:9,10, 19 143:2,4 144:2,10,12,17 145:15 146:4,5,16 147:6,17,23,25 148:16,18 149:4,5,11,17 150:1,7 157:15,18 158:20,21 161:1,7,19, 23 162:24,25 168:11,14 169:16, 20 170:10,17,20 173:13,16,22,23, 24 174:2 175:1 176:11,17 177:15 179:7 180:1 181:1,6 182:2 183:1 184:15 185:19,21,23,25 186:12, 18,22 187:4,6,8 189:7 190:5,6,9, 12,23 191:12 192:12 194:4,14 195:20 196:6,18 197:19 198:2 202:20 203:15 204:2,18 205:14, 19 206:9,17,20,23 207:13,16,21 208:1,10,11 210:7 211:22,23 212:3,8,16 213:2,17,24 214:2,16, 19 217:3,15 219:1,3 221:1 223:19 224:13,20 225:2 227:16 228:12, 13 229:22 232:6,13 234:23 235:2, 14,15,21,23 236:11 237:5,7 241:4,9,13 243:7,16 244:13 245:22 246:5 247:6 248:6,7,21 249:1,2,13 251:18 252:12,21 253:25 254:25 255:7,11,12,16,24, 25

**I'VE** 7:4 12:21 98:25 102:16 105:4 124:1 143:8 154:4 168:12 169:18 172:21 175:7,22 176:22 177:2 201:13 234:6 242:1 247:2 255:22,25

**idea** 21:5 43:6 87:20 88:6,8 95:4 107:20 117:16 118:3 157:3 159:2 166:9 225:12

**identification** 56:8,10 58:13 64:14 66:11,24 67:7 71:12,16 92:19 108:4 118:23,24 123:20 132:3 134:3 137:25 165:14,19 167:19,21 169:14 181:12 188:7 198:11 215:14

**identified** 56:12 126:7 131:13 134:18 171:1 215:19,25 229:17

**illusion** 211:14

**image** 103:24 238:12 239:4

**Immediately** 80:4

**Impact** 72:2 109:12,15 134:23 139:6,9,15,22 150:17 247:17,18, 20

**impacted** 161:11 225:5

**important** 66:20 137:9,13 194:4 233:23

**impossible** 95:21 183:14

**impression** 242:25

**improved** 210:14

**inappropriate** 100:7 101:1 102:18 103:13 104:10 105:2,4 141:5 142:19 233:17

**incarcerated** 12:1 152:19

**incarceration** 12:8

**included** 42:21,22 128:17,18

**includes** 41:15 82:11 145:13,17

**including** 144:18 169:17

**income** 224:8,12,23 225:3,5 226:1,11

**incompatible** 132:24 133:1

**incomplete** 126:24

**independent** 75:20 76:5,23

**indication** 72:17 216:6

**individual** 11:4

**inflamed** 143:14

**information** 90:14,15 128:3,9 218:8,10,12

**infuriated** 201:25 202:3 204:4

**initiated** 111:19

**injuries** 227:25 228:1

**ins** 17:10

**insensitively** 253:11

**insert** 104:5

**inside** 45:8 82:9 117:6 136:22,25 152:19 179:2,4 218:5 234:18 235:12 250:16,18 255:6

**insinuation** 147:23

**Instagram** 10:21 11:2

**instance** 27:14 29:5 119:24

**Institute** 15:19

**integrity** 61:8,11 106:15,16

**Intel** 81:20 82:3,4,5,8

**intend** 144:13

**intent** 145:12

**interaction** 91:3

**interested** 26:4

**interesting** 173:6

**interestingly** 131:11

**interfered** 144:11,21

**interference** 144:17

**interfering** 142:12 143:20

**International** 226:21

**internet** 12:24

**interpretation** 203:17

**interpreted** 238:22 245:11

**interrupt** 144:5

**interruption** 159:15,17

**interruptions** 159:16

**interview** 26:14 169:6,7,24 171:7 197:15,21 199:8 208:24 209:25

**interviewed** 23:7

**interviews** 175:22

**invitation** 140:3

**invite** 119:4

**invited** 18:19 157:23

**invoice** 82:6,16,17 86:11,12,15

**invoiced** 86:12

**invoices** 81:17 83:8,10 85:23

**invoicing** 86:5

**involved** 13:14 122:23

**involvement** 248:20,25

**involving** 222:1

**irrelevant** 84:23 137:6 219:20 220:6,7

**irrespective** 107:15

**Island** 252:4 256:3,4,5,7

**isn't** 39:3 70:19 133:6 168:24 192:20 217:18 252:4

**issue** 98:15 205:4 251:18

**issues** 92:13 159:18 160:20 192:17

**it's** 6:24 7:11 9:1 15:21 16:13,22 17:11,12,20,21,23 20:1,5 22:9,21 24:20 28:17 31:2,7 32:11 37:7,10 38:20 43:20,21 44:1,6,22 46:7 47:20 51:11 52:17 53:24 54:23 56:14 57:1,9 61:16 62:3,5,6 64:16 66:7,19 67:8 70:15 75:11 82:6 83:3,22 84:6,16 85:3 86:21 87:11, 12 93:25 95:10,21 100:6 102:18, 20 106:24,25 108:1,5,6 110:16 113:11 114:24 118:7 119:3 121:10 125:5 126:9,18 129:23 131:5 134:6,20 140:2 147:8,18 148:21 151:3,19,21,25 152:1,24 155:7,19,21 157:21 159:12 162:23 166:10,12 167:14 169:10 171:2,3,15 172:15,16 174:5 175:7 181:14,23 182:7 184:12,13,14,24, 25 185:1,24 187:2,11,17,18 189:6,20 191:8 192:5,6,15 194:17,22 195:18 196:16,17 197:15 198:15 203:12 205:1,14 207:2,11 208:13,25 209:10 210:8 211:8 213:21 215:20 216:9,23 217:1 221:15 226:18 230:1,3 232:20 233:23 234:11,25 235:14, 22 237:24 238:6,7 241:9 245:10 246:5,15,16,23 248:6 251:15,20 252:23

**item** 81:24 88:5 97:10

**items** 73:17 74:22,24 75:1,2 81:9 82:10,14 97:18 232:21,22

**itinerary** 44:2

**itself** 141:11 142:18

**J**

**J-U-A-N-I-T-A** 150:22

**Jack** 230:12,14,15

**Jackson** 139:24

**jail** 239:11

**Jamal** 153:18

**January** 124:9,17 152:1,6 202:13 203:19

**Jeff** 88:14,16 89:7,10 90:8 119:24 121:8 122:17 123:7,10 124:10 125:16 127:12,19 129:10 193:2 209:20 214:8,11 216:11 218:4,8, 10,19,20,24 231:2,24 248:10

**Jeff's** 218:12

**Jeffrey** 119:16

**Jesse** 68:21

**Jesus** 182:22

**jets** 201:23

**Jew** 254:16

**Jewish** 251:25 253:9,16,19 254:11

**Jimmy** 219:21 220:2,7 222:1,15

**job** 103:22 180:7 187:20 244:25

**jobs** 19:15

**John** 6:12 14:25 15:1 104:7,12, 16 105:11 140:25 141:3 142:21 143:7 144:10 145:19 146:23 147:13,16 208:9 242:5

**Johnny** 23:5 230:23 231:8,10,12, 17

**Johnson** 193:2 232:1,3 248:10

**joke** 74:8,13 237:25

**joked** 74:11

**jokes** 233:10,14 234:22 251:25

**joking** 239:2 248:8 254:8

**Jordan** 133:13,14 169:7 171:8

**Juanita** 150:3,7,9,12,15,16,20 247:21

**judge** 101:12 104:24 105:3,6 146:8,9 147:1,4,11 220:19 221:4

**Jumbled** 184:2

**jump** 12:21

**jumps** 104:23

**just** 6:24 7:11 8:12 9:14,21 11:19 17:11 18:15 20:13 22:12 24:10, 18,21,24 25:17 26:4,11,12 30:25 32:15 33:12,21 34:17 35:14,15 36:13 39:18 40:4,22 41:18,24 42:25 43:5,6,8,10 45:2 47:2 48:4 51:13 52:25 53:10,17 56:4,5,6,25 57:7 58:1,4,21 59:24 60:4,10 61:17 64:17 65:4,14 67:2 69:25 70:15 72:18,23 73:9 74:4 80:21 81:4 82:8,18 87:12,16 88:3 89:22 90:7,16 92:11,25 94:6,16 98:25 100:23 101:17,20,21 102:1,12,22 104:21 105:9 107:6,11 108:22 110:22 113:12 117:5 118:6 119:10,14 120:14 121:7 124:3,8 128:7 130:9 131:14,19,21 132:11, 14 134:13 136:6 138:1,13 141:10, 25 142:15,24 143:23 144:4 146:3, 6,11,13,23 147:10,15,16,24 148:22,25 149:21 150:19 152:8 154:5 157:6 162:1 163:1,5,24 166:22 167:5 169:25 171:22 172:18,21 175:7 176:11 177:6 178:13 181:22 185:24 186:1,22, 23 190:1,12 197:3,4,13,16,17,19 198:16 200:12 205:1 206:23 207:12 208:1,11 209:6 210:21,23 212:2,16,24 214:1 216:8 217:1 221:1,14 222:4,11 225:16 228:13, 18,20 232:13 233:25 234:3 236:11 237:1,7,24 238:12 239:9 241:24 242:6 243:18 245:16 249:12,15 250:3,6,11 251:13,21 252:19 253:2 254:16,25 255:2,11 256:17

**justify** 176:18

**K**

**Kaput** 190:5

**keep** 8:19,22,23 30:17 36:17 40:23 49:5,8 50:10 56:13 60:5,23 61:2 76:17 95:11,13,16 98:4 101:18,19 102:1,5 103:6 114:17 141:7 146:4,5 163:24 185:20 193:9 212:12 221:11 222:20 235:3

**keepers** 18:8

**keeping** 112:5

**keeps** 39:24 105:21 155:5

**kept** 40:16 57:23,24 113:23 133:9 135:18,19 161:2 166:22 172:6 180:9 209:6,13 249:14,15

**kerosene** 212:12 214:5

**Kevin** 9:4 20:10,12 21:2,3 23:18, 24 26:1,22 27:12 30:18,22 32:14, 15,16,18,19,21,22,24 33:3,6 35:23 39:16 42:21,22 47:19 48:14 49:22 50:25 51:16 52:25 53:19, 22,24 54:6 56:11,19 60:17,23 61:2 62:24 63:13,14,16,21 64:2, 15 65:8 66:5 67:9,10,19,22 68:1 70:18,25 71:18 72:18 73:4,21 74:1,9,11,12 76:16 78:9 79:25 84:23 85:3 89:13 90:19 91:3 92:1, 4 93:9 95:22 105:16 107:1,3 109:25 111:3,4,5,19 113:7 114:15,17 121:20 124:11 128:20 129:10 132:6,15 133:8 134:20 135:6,10,14 136:13 138:6,7,9,19 139:5,14,20 149:18 150:2,10 152:2 154:22 155:5 159:18 160:22,23 162:22 163:1,9,18 164:15 165:2,18 166:15 168:1 169:2 172:1 173:11,13,14 175:1, 4,14,25 176:13,16 177:6 178:17, 24 179:19 183:11 184:25 188:19 191:11 192:17 193:24,25 194:5,6, 10 201:25 203:8 204:4,15,22,24 205:23 210:15 211:2,22 212:4,10 215:5,22 216:17 217:17 228:25 229:3,6,8 230:4 231:4,7,16,17 232:17 234:22 235:9 237:14,17 244:11,13 248:8,14 251:1,8 252:17 253:18 254:7,8,9,10 255:4 256:7,8

**Kevin's** 52:19 166:2 188:9 249:12

**key** 162:24

**kicked** 105:21

**kicking** 36:12

**kid** 208:2

**kids** 175:16

**kill** 175:1

**kind** 39:2 40:18,23 44:21 57:22 64:17 68:4 69:25 81:20 110:25 119:10 122:6 123:14 142:13,16, 17 164:10 177:18 179:9 182:7 184:18 189:10 197:4 204:25 243:6

**King** 86:6 249:4

**kingdom** 108:19 153:21

**knew** 8:24 9:3 24:10 25:25 26:15, 17 31:6 34:15 38:25 39:1 71:9 99:7 106:6 114:25 117:7 121:17, 23 128:20 161:13 176:7 205:25 229:12 231:13,24 233:9 254:16

**know** 9:1 10:2 12:6 13:17 14:22 15:14 19:23 21:2,5 23:23 24:3,5, 6,9,20,21 25:7,10 27:11 28:7,21 31:8,11,14,17 32:1,11 33:2,4,7,9, 12,13,19,21 34:2,14,15 37:20 41:18 42:2,14 43:3 44:15 50:16 51:4,23 53:23 54:8,9,24 55:4,24 56:19 59:9 69:9 73:17 77:5 78:10 80:14 82:3 84:1,12,15,16,25 86:19 88:21 89:3,4,6,17 91:3,5,9, 19 92:7,23 93:17 94:1 95:9 96:9 100:22 101:12 102:15 104:18 105:5 107:9 108:10 109:11 111:24 112:2 113:10 114:14,24 115:24 118:5 119:23 120:1,7,21 122:5,6,9,13,16 123:12,14 124:15,22 125:1,4 127:21 129:8,9 130:6 132:18 134:6 135:14,15 136:6,8,9 137:8 139:7,25 140:22 141:4 143:1,2,11 147:18,19 148:3 149:2,9,17,18,19 154:2,14,17 155:24 156:1,3 157:4 159:2 161:17,19 162:11,23 163:21 164:12 165:1 166:10,16 167:13 168:14 169:18 170:15 171:15,23 173:10,17,22,23 174:14 177:3,4, 12,20 178:2 179:5,10 180:23 181:6,9,23 182:1,7 183:9 184:22, 25 186:1,2 187:2,17,19 189:6 190:5,16 192:22 193:6,8 194:14 195:23 196:21,22 200:24 201:12 205:5,13,15 206:16 207:12 209:1, 16,24 212:1,7,17 213:5,9,17,19 214:11,22 215:4 217:13 218:6 220:25 221:11 223:8,16,17,19,21 225:9,10,15 226:24 227:2,13,15, 22,23 228:5,7,22 229:2,6,8,11 230:11 231:9,20,21 233:13,22 235:7 238:2,3,4 239:19 243:5

245:25 246:2,5,23 248:15 249:18 251:13,20,21,24,25 252:1,9,20, 23,24 253:5,7,11,23 254:19,22,25 255:21,23 256:6,9

**knowing** 116:17 135:4 157:3

**knowledge** 15:24 86:18 89:1,5 223:21 229:9

**known** 114:20 232:3

**knows** 129:2 139:23 195:23 217:23 231:22 234:3 235:9

**L**

**lady** 20:24

**large** 121:17 228:15

**largest** 184:25 227:4

**Larry** 171:8 173:16

**last** 26:23 38:8 39:11 81:10 86:7 87:5 103:16,17,19,21 104:1 109:8 118:9 121:19 142:6 148:13,14,23, 25 171:24 177:16 182:9,18 201:2 202:12 226:11,12,14 232:7

**lasted** 133:17

**late** 22:9 159:15 168:21 195:5,6, 7,24 196:1

**later** 21:7 54:6 82:17 93:14,18 183:17 190:20

**laugh** 45:1 58:21

**laughed** 163:19

**laughing** 237:9 248:6

**law** 192:13 215:21

**lawsuit** 6:9 13:7,8,10,12,14,18, 23 33:24 34:8,12,14 179:21,22 230:20 254:23,25

**lawsuits** 13:13

**lawyer** 145:1 170:10,18 214:24 215:2 219:1

**lawyers** 100:12 142:11 144:25 161:20 206:9

**lay** 228:9

**leadership** 20:19

**leading** 47:7 144:24 154:21,25

**leaning** 228:6

**learn** 212:9

**learned** 34:1 105:15,22 115:13

**least** 91:4 109:22 115:3 121:24 137:13 175:18 192:16 207:3 226:1 238:22 239:15

**leather** 54:15,16 75:14

**leave** 180:12 196:9,10 205:21 248:9

**leaving** 72:2 177:17 184:1 194:11 203:16 222:21 228:11 249:19 254:7

**left** 20:23 39:25 89:2 107:6 120:18 121:19 122:21 127:23 150:17 162:7,8 163:5 171:12 180:14,15,20 181:8,9 184:3 194:1,21 201:3,9 202:19,23,24,25 208:25 210:15 213:22 214:9 234:20 251:3

**Legions** 82:9

**length** 187:4

**less** 14:20 46:14

**lessen** 38:19

**lesser** 96:4

**lesson** 17:14 78:18

**let** 9:11,12 27:5,14 30:4,17 32:6 37:5 50:25 53:19 56:4 62:18 65:1 69:18 72:23 76:16 81:16 92:24 95:10,23,24 98:8,9 103:17 106:18 108:16 109:7 116:16 117:5 125:23 133:9 134:13 136:18 139:5 141:25 142:4 144:16 145:6, 9 146:23 154:20 161:17 162:1 163:7 174:8,11 176:10 177:5 179:3 187:15 199:6 207:16 211:10 214:1 215:10 226:21 233:16 235:16 236:4 238:3,4 242:4,6 253:25

**let's** 15:9 20:10 38:8,16 40:22 41:12 42:25 48:4 51:25 53:18 56:4,5 58:1,2,8 64:13 66:8,23 67:2 70:21,23 71:10 74:4,20 80:21 84:4 90:25 92:15 94:16 101:11,12 103:8 105:9,10 108:3, 7,10 123:16 126:15 127:21,24

129:16 131:24 136:3 142:20 146:8 147:1 148:7,8 151:22 165:8 167:17 169:5 171:17 174:10,22 180:16 185:20 189:11 193:9 197:23 203:23,25 204:22 205:21 217:11 219:12 221:15 222:20 225:16 228:17 245:6

**letter** 113:15 140:3 215:2,4,20 216:2,4,9 217:2 218:4,5 219:2

**letting** 125:24

**Lewis** 21:15

**Lexi** 20:25 136:15

**liar** 214:16

**lie** 159:10 168:13 209:14,15 210:2,8 211:18

**lied** 209:25

**life** 18:24 132:16 181:16 234:7

**like** 8:19 11:11,13 13:3 15:15 17:15,16 18:6 19:11 20:7 21:3,12 22:17,21 23:4,5 25:8,9 28:20,21, 24 29:5 36:5,11 37:12,24 38:6,11, 23 39:16 40:18,24 42:5 44:13,14, 15,19,22 45:4 46:5,8 47:4,5,9,20 48:5,18,20 50:4 51:15 52:24 54:23 55:23 56:12,22 57:2,15 58:15 65:19,20,25 67:14 68:19 72:10,12 75:11,12,14 76:5 79:1 81:18,20,24 82:2 83:25 84:8,15 85:12 87:3,12 89:5 93:3,7,23 99:24 100:17,23 101:10,18 103:1, 2,5,7 104:19,21 106:24 107:6,8 109:6 110:6 114:1,18 115:21 118:4,12 119:13,14 120:14,17 123:23 124:11,19 125:19 126:15 127:14 128:10,15 129:7 134:23 136:20 138:21 141:4,7,9 142:1 147:18 149:2 154:1,8,14,18 155:7,21 158:14,17 160:21 161:11,13,14 162:23 164:9 165:2, 20 166:12,17 169:21 170:5,20 171:14 174:21 177:4 178:7 180:4, 20 181:16 182:8 184:13 186:18 187:9 190:18 194:10 197:22 200:19 201:13,23 202:17,23 203:12 205:3,22,23 208:7 211:9 212:18 213:16 214:8 216:14 223:3,4 224:4 225:19 226:4,7 227:14,20 228:2,20 229:22 230:8 233:13,18 234:2 237:14 241:6

243:3 244:1 247:15,16 249:16 250:23 252:6 255:9,10,12

**liked** 175:7 196:12,13 250:1

**likewise** 53:1

**line** 35:10 66:5 120:1 144:12 145:15 168:10 172:13 185:20 198:19 202:12

**lines** 168:3 200:20 235:12

**linguistics** 192:15

**linked** 11:9

**Linkedin** 11:6,8,9

**Lion's** 90:23

**liquidate** 129:17

**liquidated** 121:20

**list** 25:9 168:24 195:5 230:6,11, 14 231:10,12

**listed** 228:19 229:22

**listen** 100:8,10,13,15,17 101:1 103:15 140:20,25 141:8,25 143:9, 13 146:3

**listened** 41:17

**listening** 100:12

**literally** 143:3 146:13,19

**litigation** 145:13 182:3

**little** 12:21 14:20 18:5 36:14 40:22 43:1,6 54:19 57:2 59:3 76:12 101:18 108:9 115:7 149:22 154:20 169:19 172:19 193:11 205:1 247:15,16 249:18

**live** 18:16 23:20,22 28:1 36:4 59:25 116:5 157:9,21 171:8

**lived** 18:15

**lives** 18:15

**living** 26:25 36:5 55:21

**loading** 80:11

**located** 223:6

**location** 23:9 24:4,8 31:19 43:25 52:17,18

**lodge** 104:21 181:22

**long** 10:9 12:6 14:2 28:3 39:12 49:23 50:10 52:5 81:10 84:16 93:20,25 134:6 186:8,13 187:8 195:3 242:5 247:2

**longer** 133:15 187:2,3 188:4 222:6

**look** 8:2 10:2 47:22 48:18,23 50:7 51:25 56:5,17 57:8 64:22 66:8 67:3,4 70:21,23 71:10,15 82:4 84:4 90:6,8 92:21 94:6,12 108:3 118:8 119:9 124:15,16,23 132:7 134:6 136:22 146:1 149:22 151:22 161:20 165:21 169:5,25 171:6,17 182:6,8 188:14 202:17 205:5 215:19 217:10,11 234:2 236:11 237:10 238:14 239:12,24 240:7,12 241:18 242:12 243:13 244:16 245:6,13

**looked** 8:1 26:20 70:24 165:16 217:6 243:17

**looking** 127:4 155:21 236:5,11 238:10

**looks** 22:20 58:15 81:18 119:14 165:20 166:12 181:16 234:2 237:14

**lord** 18:24 106:23

**lose** 166:18

**losing** 115:21

**lost** 146:13,19

**lot** 20:18 110:24 111:1 115:5 117:11,13,17,21,22 118:1,6,13 126:4,15 131:4 133:5 154:7 173:9 182:10 186:18 187:17,19 188:9, 11 195:15 196:3 211:14,15 213:14 230:3 232:16 233:21,25 243:4 244:12

**loud** 58:22 233:23

**love** 11:19 21:8 71:24 72:15 73:7 108:18 211:10

**loved** 158:18 163:19 175:25

**loves** 175:8,9,15

**loving** 154:6

**low** 40:15 88:9 119:14,20 121:11

**loyal** 168:11,18 169:2

**loyalties** 194:14

**loyalty** 194:12

**lunch** 118:18

**lying** 211:4,18,21

**M**

**M-A-R-K** 223:3

**ma'am** 148:22

**mad** 204:7 207:6 211:2 212:4 244:22,25

**Madam** 146:15 148:12 215:16 256:14

**made** 25:5 42:1 45:1 78:25 79:24 90:3 106:11 112:23 116:5,16 148:24 159:16 169:16 181:24 198:23 201:22 205:24 239:19

**maintain** 8:16,17 9:18,22 223:17

**maintained** 233:5

**make** 12:15 18:13 26:25 36:8,9 38:24 45:15 55:23 56:6 58:21 59:3 62:19 64:2 71:22 85:10 113:14 124:3 131:10 136:13 142:10,16 146:14 152:20 155:7 159:18 161:19,22 162:24 178:15 181:3,5 193:14 194:6 196:6,16,18 199:12 205:16 213:24 214:14 215:11 219:20 220:6 233:9,14 237:1,8 243:2,3 244:25 251:9 253:16

**makes** 207:12

**making** 44:10 60:15,16 102:21, 25 104:9 136:10,16 142:18 175:21 210:24 224:20 225:2 234:23 244:22 253:7 254:8

**Malia** 231:25 232:1

**man** 20:22 54:6 71:24 72:15 132:13 178:17 208:21 234:2 255:22

**man's** 177:13

**manager** 229:14

**manner** 142:24

**many** 10:15 14:19 20:18 28:7 79:18 86:17 87:3,16 88:6 91:20

101:19,20 102:3,7 107:20 113:2 121:8 123:4 145:3 156:22,25 157:4,6 158:11 159:1 171:18 213:14 214:2,3 223:12 226:22

**March** 134:19 137:13 226:12

**mark** 118:21 223:1,2,3,12,24 224:1,2

**MARKED** 56:7 58:12 66:10 71:11 92:18 118:22 123:19 132:2 134:2 137:24 165:13 167:18 169:13 181:11 188:6 198:10 215:13

**market** 77:10 78:10

**marks** 241:21

**married** 10:11

**Marrow** 249:4

**Martin** 193:10 194:4 196:23 197:5,21,24 198:13 199:2,4,5,8, 15,24 200:2,14 203:14 208:24 209:25

**Martin's** 193:25

**masses** 44:15

**material** 118:13

**matter** 22:20 144:14,15 176:1

**Matterlo** 230:23 231:8,10,12

**maximum** 48:4

**may** 37:12 108:5,24,25 110:16 112:5 140:8 186:18 202:13 203:19 229:5 233:23 252:3

**maybe** 14:4,20 15:14 18:5 25:17 28:10 34:5 40:15,16 41:11,21 43:1 46:4,10 47:5 48:3 54:8 66:17 82:2 115:6,7 129:13 133:18 139:10 153:15 154:15 157:25 159:4 161:15 169:20 188:4 214:23 226:23 232:8 243:19

**mean** 7:21 24:17 32:8 37:20 44:8, 18,20 47:14 57:14,17 68:16 69:9 81:5 82:13 84:18 85:2,9,15 90:3 100:11 109:24 110:9 118:7,9 120:14 128:11 136:8 140:4 145:24 149:13 151:2 153:10,14, 22,24,25 155:24 157:1 158:13 160:13 162:3 167:4 168:20 174:18 176:14 178:13 179:23 184:24 186:1,23 192:7 193:19 199:22 201:11 206:19 207:1 210:4,18,20 211:8 212:2 224:22 226:17 228:2 234:3 235:23 244:8 251:15 256:2

**meaning** 139:10

**means** 24:15 75:16 191:10 199:23 227:16 242:23 256:1

**meant** 11:9 173:8 176:6

**media** 11:4 76:3

**meet** 14:12 47:19 223:12

**meeting** 77:18

**Members** 35:3

**meme** 162:23 163:1,3,9,18 172:15 175:13 177:17,19 180:25 185:18 190:17,23,25 191:1,4,20 194:25 202:5,6 204:3 231:16,17 232:2 235:16 236:14 237:17 238:1 239:14,16,20 240:20 243:1, 9 248:1,3,12 249:10,20 251:6

**memes** 191:18,21

**memories** 209:22

**memory** 92:1 111:23 211:9

**men** 132:14

**mention** 85:1,5,6,7 110:13 130:1 153:2 190:23,25 191:1,17,22 192:2,16 214:7

**mentioned** 76:10 168:4,7,22,23

**mentioning** 109:22 110:7 137:6

**mentions** 133:5

**message** 18:21 89:12 90:20 132:22 133:2 138:23 166:12 237:4 241:10 243:22 245:8,19 246:7

**messages** 37:25 56:11 238:5 239:8,10 243:22

**messed** 82:20

**met** 21:5 223:13

**Michael** 100:22 103:24 104:7,23 119:4 141:8 143:8 144:18 149:1 170:3 242:8,10

**Michigan** 6:1 23:14 34:7

**mid** 252:6

**middle** 63:1 68:2 243:19

**midget** 249:16 251:23

**might** 12:20 23:19 24:19 44:8 45:9 58:15 75:2,10 85:12 106:21 156:23 168:13 186:13 226:8 228:21 231:21 234:9,10

**millions** 208:19

**mind** 17:17 32:11 40:16 115:23

**mine** 33:18 52:21 78:9 116:22 128:19 212:17 214:3,4

**Mine's** 128:22,23

**minister** 43:24 115:15 224:9 239:1

**ministered** 116:6

**ministering** 107:11 108:1 115:18

**ministers** 44:1 222:23

**ministries** 10:20 17:13 43:22,24 44:1,3,6,7,10,13,22 45:18,19 75:24 78:4 80:18,19 86:4 87:16 92:6 112:6,12,17,23 154:12 250:12

**ministry** 10:18,19,20 35:6 40:7 43:21 44:2,22 45:17 47:15 51:18 56:24 59:15 106:21,22 107:3,4,10 108:1 112:13 114:13,14 116:7 130:6 137:8,9 186:5 192:6,7,11, 13 211:14 213:21,22 214:2,3 222:23 225:23

**minute** 28:13 64:17 74:20 92:22 134:5 145:16 248:1 255:11

**minutes** 33:22 36:6 102:10 118:9 179:11 250:6 255:14

**mirror** 103:24

**misappropriation** 201:5

**misappropriations** 183:14

**mischaracterization** 100:3 249:24

**mischaracterizes** 219:5

**mischaracterizing** 100:1

**misconduct** 147:8

**misrepresentation** 220:22

**miss** 222:6

**missing** 71:20 126:5

**missions** 26:2

**Missouri** 230:8

**mistreatment** 192:3,4

**misunderstand** 187:6

**misunderstood** 140:8 187:7

**mix** 79:22 139:4

**model** 51:5,11

**moments** 38:16

**Monday** 140:2

**monetary** 52:24

**monetize** 36:2

**money** 43:8 50:7 58:21 66:2 82:21,24 83:5 91:18 92:5,8 93:6, 21 94:9 98:22 108:25 109:3,21 110:7,14 115:6 129:10 130:4 131:6,15,22 181:4 182:18,21 183:17 185:19 186:7 209:2 224:14 230:20

**monkey** 251:23 255:19 256:1

**month** 9:4 28:16 37:10,12 49:18 81:2 121:24 124:22 155:8,15 156:21,24 158:1,8,9 208:25 214:9 224:5,10 226:11,12,14

**monthly** 44:14 47:15 93:8 114:9, 10 127:12 224:8 226:3

**months** 25:18 93:22 154:21 156:21 182:19 184:24 185:8

**Moore** 27:23,24

**moral** 175:11,19,20

**more** 14:10 17:12 22:21 24:18 25:25 27:8,9 36:14 40:22 43:1,6 46:14,15 49:16 52:8,13 53:6,12, 13,15 57:5 61:11 66:5 71:4 72:19 73:12 81:7,8 115:7 117:20,23 118:2,5 122:6 124:19 126:4 132:12 133:5,7,21 154:19 155:5 157:8 167:5,6,8 186:3 187:3 190:16 207:20 210:9 234:20 250:5

**morning** 7:15,18 21:14 43:13,17, 19 46:1,2 52:2,3,4 59:11 60:6 62:22,23 64:11 109:8 132:11 152:22,23

**mornings** 43:13,18

**most** 6:24 18:15 111:3,9 137:9 208:16,18 224:12

**motion** 143:19 144:1,6,8,9

**motions** 144:18,20 220:18

**motive** 70:10

**Motown** 45:3

**mouth** 100:6,19 101:18

**move** 7:3 55:14 71:9 73:20 78:23 80:21,23,24 82:22 94:6 101:11 104:21 113:10 124:1 128:14,16 129:19 131:19 149:21 157:23,24 158:10 203:23,25 205:25 208:9 219:12 227:18

**moved** 18:18,22 26:11 54:7 55:1, 21,22 57:22 79:23 81:12 89:16 90:25 116:6 128:5,6 206:2,3 227:20 228:15

**moving** 30:18 51:6 57:23,24 79:21 84:22 90:22 91:4 94:1,8,10 120:11 122:2 129:15 161:2,5,9

**Mr** 6:8 9:11,13 12:15,19 30:13,15, 16 32:6,7 33:8,11 56:9,15 58:6,8, 14 60:20,22 61:14,15,19,20 64:21 66:14 69:17,18,20 71:13 72:23,25 73:1 87:8,11,14 92:15,20 96:13, 14 98:1,2 99:17,19,23,25 100:1,3, 4,5,6,8,10,12,13,15,16,20,21,22, 25 101:5,6,8,9,12,15,17,19,22,24 102:2,3,5,7,9,11,12,13,14,18,20, 21,22,24,25 103:2,4,5,7,9,11,12, 14,15,18,19,21,22,23 104:1,2,5,7, 10,12,14,16,17,18,23,25 105:2,4, 6,7,9,11,13 116:14,15 118:8,11, 12,14,17,24 119:7,8 120:23 123:21 124:1,6 132:4 134:4,9 138:1,3,4,6,7,8,9,10,13,15,18 140:14,20,22,25 141:1,3,6,11,12, 13,14,16,18,19,20,21,23,24 142:2,4,5,6,7,8,9,15,22,23 143:1, 4,5,7,8,13,16,18,19,22 144:1,4,8, 10,11,13,15 145:4,5,6,11,12,15, 17,19,20,21,23,24 146:1,3,4,6,8, 10,11,12,17,18,21,23,25 147:3,4, 6,7,9,11,13,14,15,17,20,21,22 148:3,5,6,7,8,11,12,15,22 149:1,8 150:19,22,24 157:18,19 161:8 162:1,2 163:24 164:1,3,4,5 165:7, 10,12,15 167:17,20 169:11,15 170:2,3,6,25 171:21 179:3 181:13,21 182:5 187:1 188:8 193:21 194:2 198:12 200:12,16, 17,18 206:15,22 208:9,11,14,15 210:1,3 211:6,7 214:21 215:11,15 216:8,18 217:22,23,24 219:14,21, 23,24 220:2,4,6,8,12,13,15,17,24, 25 221:1,3,5,6,7,8,9,11,14,15,18 222:8,9,10,11,13,17,18,19 232:6, 10,12,21 233:2,8,13,19 235:18, 19,20,21,22,23,25 236:3,8,10,16, 21,23 237:22 238:3,23 239:9,15 240:1,7,13,25 241:18,24,25 242:2,4,8,10,11,13,14,15,25 243:8,23,25 244:15,23 245:8,19 246:10 248:18 249:9,23 250:3,5, 10 255:2,14 256:11,13,14,16,17

**MS** 56:14 87:6,10

**much** 22:20 24:5 28:10 40:14 55:14 82:1 108:14 110:4 132:12 147:16 170:20 186:1,3 187:2 196:7,20 215:7 225:8 245:13

**multiple** 176:8

**must** 17:22 114:17,20 116:12

**my** 9:17 10:20,21 11:19 18:7,24 27:16 40:16 43:21 44:1 45:13,17 46:20 50:2 53:7 55:19,20 56:24 59:10,15 60:11,15 62:13,20,22,23 63:18 64:4 66:7 70:10,16 71:5 73:15 76:18 77:10,13 78:20 84:19 86:16 94:13 100:18 101:5,19 104:21 106:24,25 107:4,10 110:19 111:7 115:1,15,23,25 116:2 117:18 128:18 129:23 131:16 132:15 133:15 134:12,24 135:1,2 140:6,17 141:25 142:1,19 143:10,15 145:2,7 147:7 148:1 155:3,7 156:3 159:9,25 162:14 163:19 168:13 175:22 176:4 177:3,21 178:25 179:2,4 180:1,6 184:15,19,23 185:13,14,19 186:10,11 187:17,18 191:10 193:24 194:14 196:20 201:21 202:12 203:18 204:18 205:16,19 206:3 207:5,23 208:2,3 211:3 217:9 219:6 224:16 225:2 228:20

233:25 234:7,16 240:5 241:8 242:4,6 247:13,14,19 248:9 251:1 253:7

**myself** 8:20

**N**

**name** 16:8,14 21:15 27:22 75:10 76:14 86:7,9 87:5 136:14 164:1 174:12 222:25 223:1 240:5 241:8 252:10

**named** 20:22,24

**nasty** 251:23,24

**nation** 204:13

**National** 82:9

**natural** 7:11

**nature** 22:11,23 159:19 179:24

**near** 90:9 120:13 166:7 202:10

**nearer** 120:14

**necessarily** 254:20

**necessary** 198:16

**need** 24:21 53:20 58:5 70:15 79:1 90:20 91:1,2 103:2,5,21 106:19 128:20 129:17 135:25 141:3 176:12 182:12 186:2,3,10 191:16 208:2 214:11 248:17 256:17

**needed** 9:1 27:12,13 49:8 59:3 68:1 103:23 129:9 131:6,8,19

**needs** 198:14

**negate** 219:24

**negated** 219:15

**negative** 178:8 179:16 180:13 253:19

**negatively** 161:11 225:4

**negativity** 212:15

**negotiate** 76:9

**neither** 34:4 211:1

**Nelson** 249:4

**network** 20:11,21,23,25 21:1,4, 13,14,15,16,19,20,23 22:2,8 26:1, 18 27:1 31:7,9,12,13,15,16,17,18 32:17,18,20,21,22,23,25 33:2,3,5, 19,20,21,22,24 34:3,7,20 38:23 46:1,10,17,24 47:4,8 53:19,25 55:22 57:9 66:4,7 68:4 72:3 75:13 77:11 79:12,24 107:5 108:5 109:12,15,16 110:2,3 113:2 115:20 122:18,20 129:23 132:15 134:23 135:1 136:10,12,14,19 139:6,9,15,22 150:13,17 154:22 155:11 156:15 158:14 162:7,8 163:6 164:6 171:25 172:5 173:17 178:5 182:22 183:7,15,23 184:17 185:1 188:22 189:1 193:13 195:23 196:5,9,10,11,12 199:4 200:10 202:1 203:16 204:5,18 208:16,17,22 211:1 212:11,13,15 213:2,14,15 215:22 224:3,5 225:20 227:1,3,4 230:20 232:18 233:5 244:1 245:14 247:17,21 248:5 250:2 253:8

**Network's** 78:21

**networks** 25:23 38:24 51:5 109:23 110:5 136:17 199:13

**never** 13:16 20:7,9 29:13 31:5 41:17 52:10 98:3 102:2 103:9 105:4 108:16 112:3 113:5 114:18 115:1 125:12 127:11 131:2 135:10,16 143:8,9 154:4 160:4,5, 6,8,9,11,12 168:12 172:1,5 176:16 179:7 201:18 234:11 236:25 237:3 241:15,17 255:25

**new** 15:21,22 26:10 48:1 78:8 195:10 213:14 240:5 255:22

**news** 239:2

**next** 26:22 29:5 39:17 51:16 58:2 64:13 66:8 70:21 80:23,24 89:16 91:1 119:13 129:17 134:25 137:23 151:22 165:8 166:3,12 171:17 174:22 183:1 188:3 190:19 197:23 200:19 208:14 224:5 241:18,23 242:21 244:23 245:17 246:7,8

**nice** 108:4 133:25 230:5 254:19

**nigger** 176:21 177:2 234:25 235:11

**niggers** 244:12

**night** 23:4,21 26:12,23 50:10 51:14 52:6,14,15 90:21,24 109:8, 9,10 129:20,21 155:5,6 157:20,21 158:21 159:5 246:2,14,15,19,22, 23 247:11 249:1,2,3

**nights** 45:13 49:24 61:2 62:25 91:11 130:11 153:16 159:5 196:13 247:12

**nine** 22:12,14,16,17 179:25 182:19 184:24 185:7

**ninth** 115:13

**no** 6:23 7:5,19,24 8:24 9:1,7,17, 20 10:1,12 11:5,13,25 13:6,16 15:3 16:2,4 21:5,12,24,25 22:4,6 26:8 28:19,23,25 29:1,3,4,11,24 30:20 31:2,5,10,21 32:3,9 33:14 34:21 42:2,12 43:9 48:21 52:8,15 57:21 59:3 60:18 61:3,4,23 62:13, 22 66:22 67:13 68:13,23,24,25 69:4,22 70:4 74:3,4 76:1,6,7,9 79:6 85:14 86:10 90:1 91:8 93:13 95:20 96:12,20,24 97:1,3,5,25 98:16,18,23,24 100:3 103:9,21 106:2,13 109:25 111:1 113:4 114:1,10 116:1 122:8 123:25 127:11,14 128:18 129:1,2 130:6,8 131:18 133:15 135:9,24 138:23 139:4,9,10,22 140:10,16 142:2,3, 5 143:16 144:14,15 145:6,20,23 146:8,25 147:14 148:15,20 149:11 150:16 151:7 152:14 153:2,7,9 155:5 156:13 157:3 159:2 160:2,11,16,20 162:17,22 164:24 165:4 166:9 167:1,3,7,8 172:12 176:1,16 177:25 183:16 186:1,10 187:13,25 190:2 191:17, 22 192:2,16,24 193:17,25 197:2, 16 199:23 200:1 203:3,5 206:9 207:6,11,22,25 208:3,6,23 211:21 212:18 213:24 217:3,20 218:2,16 219:8,10 221:14 222:6,8,10,22 223:22 225:12,13 226:2,6,9 228:4,7,8 230:7 237:9,24 240:5 243:12 249:14 253:3,24 255:10

**Noah** 90:23

**nobody** 184:25 193:12

**nobody's** 53:22 131:21 211:21

**nodding** 7:6 18:4

**noise** 212:10

**none** 10:22 36:9,10 75:22 108:17 116:7 126:20 130:1 192:19 205:8, 12,13 207:9,11 219:10 227:2

**nonprofit** 31:19 33:23 34:2,7,21

**nonsense** 141:7 208:8,13

**Nope** 230:9

**nor** 34:4 211:1

**normally** 18:16 119:4 159:4

**North** 10:8 44:4 185:8

**note** 198:18

**nothing** 6:6 11:13 30:10 35:22 42:3,4 44:8 53:6,12,13,15 63:14, 16 73:12 90:9 94:5 99:15 106:9 113:22,24 117:7,9,12 129:23 167:9 191:19,21 226:9 237:24 248:6

**notice** 6:19 135:2

**notoriety** 164:24

**November** 69:14 181:15 182:17 183:8

**nullify** 220:9,22

**number** 6:10 7:10 38:22 39:18 56:7,12 58:12 64:14 66:10 71:11, 16 82:14 92:18 98:24 112:1 118:22 123:19 129:9,24 132:2,5 134:2,19 137:24 147:12 151:25 155:1 165:9,10,13,20 166:13 167:18,22,23,24 169:13 172:22 181:11 188:6 198:10 215:13 216:14 217:4 222:3 226:24 243:20,25

**numbers** 66:24 90:5 96:9 113:5, 14 114:2,3,5,6 119:19 120:24 121:11,17 124:24 125:12 126:21 127:16,17,19,23 134:21 188:10 214:8 217:16 219:11

**O**

**o'clock** 21:14 43:13,17 46:1,2 52:5 65:5,15 153:16

**object** 30:13 33:8 135:24 200:12 216:8 249:23

**objecting** 85:12 101:13,15 141:1

**objection** 61:14,19 96:13 98:1 99:17,23,25 102:21,25 104:9,11, 12,19,20,21 116:14 142:11 181:22 182:4 208:21 210:1 211:6 216:10 217:22

**objections** 142:18 144:22 243:1, 9

**obligated** 49:22,23 50:1

**obligation** 45:13 49:25

**obnoxious** 175:20 176:7,19

**obtain** 16:3 83:3 128:3

**obtained** 128:9

**obviously** 10:5 162:23 169:22 173:2

**occasions** 116:10 136:1 185:7

**occurred** 92:25

**October** 56:21 64:16 65:1 67:8 198:23 201:11 202:16 208:24,25

**odd** 131:12

**off** 29:6,8,9 36:11 38:5 39:25 51:13 53:15 55:14,15 58:10 63:22 64:19 66:12 79:23 80:11 81:5 82:17 83:20 84:11 86:7 96:2,3 112:13 118:15 124:4 131:25 134:7 135:2 140:20 141:6 144:12 145:15 148:10 149:4,6 159:9 165:5 170:23 171:19 173:24 177:11 179:7 182:15 183:7,18 186:24 188:22 198:5,8 203:5 212:22 213:15,16 221:15,16 222:12 224:24 236:1 249:7 250:7

**offensive** 236:19 253:9 255:15, 18

**offer** 55:25 108:17 168:13 169:1

**offered** 21:15 54:18 85:2 87:19 113:3

**offering** 26:21 36:7 42:1 43:4 48:20 51:14,15 88:1 94:25 225:14

**offerings** 38:10,12,13 41:4 48:11 52:13 76:10 77:3

**offertory** 224:14

**office** 51:1 184:15 211:3,13 248:11,16 249:5 255:4

**often** 111:12,16 155:14 158:14 223:14

**oh** 17:5 31:11 52:17 53:23 59:9 66:7 72:21 88:25 100:20 101:5 151:23 167:8 183:22 187:7 192:4 227:19 229:3 243:2 248:6

**oil** 113:7

**oils** 130:19 216:12 231:24

**okay** 6:9,12 7:7,9,10,20 8:4,11, 12,14,19 9:1,6 10:7,17 11:11 12:3,6,10 13:7 14:2,5 15:9,16 16:18 18:5,17 20:1,14,15 21:17, 25 22:7,11,14,22,23 23:3,8 24:3, 10,13 25:16,19,20,22,24 26:9,13 27:3 28:13,17 29:1,12,25 31:3,8, 18,22,25 32:1,4 33:17,19 34:4 35:2,9,24 36:1,23 37:9,19 38:12, 14 39:13,15 40:2,5,22 41:11,14, 20 42:13,20,22 43:2 44:13 45:20, 22 46:16,19,21,23,25 47:6,22 48:1,16,18 49:1,2,4,14,18,20 50:3,6,11,22,24 51:3,10,12 52:7 55:1,9,16 56:2,4 57:24 59:1 60:1, 9 61:7 63:5,11,15 64:7,8,13,25 65:2,4,8,16,18,23 66:17,23 67:1, 12,18 68:6,8,13,20 69:6 70:7,12, 17,18,21 71:2,6,10,25 72:25 73:2, 9,14,16 74:8 75:23 76:12 77:9,14, 25 78:12,15,22 79:1,6,22 80:5,7 81:1,8,14 82:10 83:17,19 84:4,17, 20 85:15 87:15,21 88:11,13 90:11,18,25 91:5,17,23 92:15 93:20 94:14,17 95:14 96:6,23 97:2,17,20 98:19 99:3,10 100:9, 15,23 101:8 102:12,18,22 103:3, 18,22,24 104:13,17,25 105:19 106:21 108:3,10 109:18 110:18 111:2,8,18 113:20 115:17 116:9 117:12,14,24 118:2,12 119:19,23 120:5,9,23 121:2,14,16,18,22 122:12,22 123:13,16 124:15,22 125:5,7,10,13,14,22 126:7 127:4, 15 128:1 129:16 130:16 131:20, 21 133:5,12,16 134:1,15,16,21 135:10,13,22,24 136:5 137:7,16 139:5,17,21 140:1,15,19,22 141:6,18,20 142:5,7,9,10,14 143:11,18 144:17 145:3,6,16 146:2,11 147:4 148:6,8 149:4,13, 20 150:4,6,9,15,18 151:16,22 152:6 153:22 154:13,25 155:10, 11,20 157:6,17 158:7,19,22 159:11,13,18 160:7,10,17,19,25 161:3,11,14 162:8,13,20 164:4,20 165:1,8,12 166:1,7 167:17 169:9 170:2,3,9,12 171:11,17 172:4,14, 16,22 173:3,4,11 176:5 177:10

178:3,7 179:21 180:4,16 181:10 182:20,24 183:10,13 184:5 185:6, 20 186:17,19,23 187:20 188:2 189:5,8,11 191:10 192:10,14 193:1,4 194:3,8 195:1,4 196:8,15 197:4,10 198:21 199:11 200:4,19 201:15 202:7 203:4 204:19 205:22 206:19,23,25 207:18 208:3 209:16 210:4,10,13 211:4, 17 212:21,25 213:3,18 214:6,11, 15 216:6,19 217:5,14,15,18 218:3,6 219:4,9 220:24 221:9,18 222:9,18 223:6,15 224:12 225:1 226:3 227:9,24 228:23 229:15,25 230:2,4,16,21 231:4,19,23 232:15 238:10 241:21 242:3,7 247:10,23 250:5,17 251:5 252:2,8,11 254:5 255:13,22 256:12,15,20

**old** 23:4 213:14 217:10

**once** 9:3 103:10 105:15 112:3 155:8

**one** 9:15 10:18 14:10 17:11 22:12 24:6 27:9 29:4 47:8 49:6,7 58:2 62:16 65:2,5,10,14 69:16 71:10, 17 72:19 75:2 76:3,4 77:4,5,25 78:1,16 79:14 80:9 82:2 85:7 88:22 90:3 92:16,21 98:16 102:17 108:5 119:19 122:6,13 126:18 127:2 129:2,12 131:24 132:10,12 134:23,25 137:2,18 138:10,24 140:11 145:1 147:23 152:1,15,20 153:11 154:19 155:19,22 156:14 157:12,13 160:11,16 161:6,16 164:10 172:20,21,22 175:4,16,25 181:22 183:5 189:6 190:16,19 196:16 198:18 199:13,14 202:2,4, 17 206:14 210:7 212:11 214:18 218:2 220:14 225:13 226:16,17 231:17 233:16 234:3,25 237:24 238:6 244:18 247:12 249:3 250:3 255:22

**one-nighter** 136:18

**ones** 75:24

**only** 26:16 52:18 55:13,19 83:13 102:16 107:1 110:15,16 116:1 130:4,8,14 131:2 132:21 148:16 157:9 176:18 184:12 188:1 195:14 202:12,16,18,23 203:18 222:16 234:25 244:10 246:13 250:23

**onto** 168:11,18

**open** 108:12 132:11 153:13 200:24 224:20 226:7 234:1 249:17

**opened** 51:17

**opening** 21:1 115:18 117:4

**operate** 110:10,11 182:24

**operated** 31:19

**operates** 245:5

**operating** 34:2 215:22

**operation** 114:15

**opinion** 27:7 71:4 85:14 168:13 206:6 207:13 228:9,13 249:11

**opportunity** 19:19 20:6 45:7 71:22 72:13 74:8 81:8 107:3 196:13

**opposed** 61:11 144:25 169:19

**oranges** 234:17

**order** 17:1 40:11 49:8 76:5 78:23 83:2 86:11 98:17 121:20,23 155:6 176:21 184:23 201:20 216:15,23, 24 218:4,20,24 219:19 221:21 230:20

**ordered** 80:17,19 81:2 82:14 88:12 89:8 90:5 216:24 218:2

**ordering** 51:8 88:14,22 231:18

**orders** 85:22 86:5 91:12 218:14 256:15

**organization** 16:17,18,19,25

**organizations** 16:16

**original** 173:4 239:16

**originally** 68:24,25 239:14

**Orman** 55:24

**other** 9:10,15,21 11:10 13:8,13 19:18 25:23 29:13 36:15 37:22 38:24 41:1 43:4,14,24,25 45:12 49:14 50:11,17 51:5 57:13 64:5,6 79:14 80:17 91:17 92:5 98:23 99:15 106:11 109:15,23 110:5 117:9 128:9,12 137:6 143:6 145:13 148:17 153:8 157:12,23 158:9,16 160:8 164:10 168:20 177:21 179:24 181:7 182:10,25 184:14 194:6 199:1,13 203:11 204:12 220:5 223:23,24 226:4,25 227:24 234:19 235:2 243:4 244:15 254:6 255:7

**other's** 255:5

**others** 71:23 79:19

**Otherwise** 182:15

**ourselves** 41:12 80:13

**outs** 17:10

**outside** 11:14,18 18:15 226:4,11

**outsourcing** 41:6

**outstanding** 80:20

**over** 9:10 39:1,2,25 43:21 45:24 47:23 51:11 63:13 72:2 83:22 84:18 118:8,10 121:19 122:14 124:22 127:5 136:16 139:22 147:18 161:25 166:23 175:22 177:3,21 194:12 197:21 200:25 201:1,4,5 235:4 237:25 244:7 247:19,22 249:13 254:2,6,25

**overtly** 251:15

**owe** 66:2 92:5 93:21 99:21 201:24 218:21

**owed** 50:12 88:5 91:18 92:8 93:7 94:9,19,25 95:5,11,13,17 98:14, 22 109:1,21 112:6 153:3 209:2,17

**owes** 110:7 210:9

**owing** 133:3 215:8 216:7

**own** 45:17 49:10,12 55:20 78:1 128:18 138:22 228:9

**owned** 109:16

**owner** 33:15 138:4 152:1 182:22

**ownership** 207:7 208:13

**owning** 208:21

**owns** 33:2,3,5,6,20,21

**P**

**p.m.** 140:3 167:23 256:21

**package** 55:25 196:1 250:14

**packages** 168:22 185:9 195:24 250:14,18,22

**page** 58:23 59:5 67:1,2,14 71:17 108:5 119:10,13 124:7 125:1 126:17 152:1 171:17,23 172:10, 12,22 174:22,24 182:9,17 188:11, 14,17 189:11,18 190:15,19 192:18 200:19 209:10 236:11 237:10,12 238:14 239:12 240:25 241:18,23 242:21 244:23 245:17 246:11

**pages** 119:3 120:24 124:2 126:17 171:18 182:6 188:12 192:19 236:8

**paid** 43:7 47:15 57:8 83:13,15 88:7 95:16 96:12,22 105:15,20, 22,24,25 106:7,8 107:11,16,17, 19,21 112:18 114:18,23 116:18, 21 117:1 133:15 152:25 160:11, 13 233:5 250:14

**paper** 126:5

**paragraph** 182:9,18

**paraphrase** 228:19 229:15

**parcel** 145:13

**Pardon** 56:16

**parents** 18:7

**Parsley** 51:7

**part** 13:18 27:6 31:3 38:8 65:6 77:3 93:10 107:10 108:10 121:11 123:16 132:6 138:23 145:12 150:9,12 151:10,13 162:24 183:25 184:9 185:12,13,14 194:22,23,24 195:24 196:1 204:3 220:20 226:25 228:15 248:18 250:23 251:2,18,20 252:14,15,18, 21,23 254:20

**particular** 17:7 20:20 206:7

**particularly** 17:16 187:23

**parties** 7:23 101:13 136:8 221:18

**partner** 26:25 38:21

**partners** 36:18 38:23

**partnership** 54:1

**parts** 134:11

**party** 13:7 42:8 61:16

**passage** 135:5 173:6 182:11,15 183:3,4,20 184:7 199:20

**passages** 170:1

**passed** 54:3

**Passover** 41:13

**past** 74:16 153:6 224:18

**pastor** 31:15,16 44:11 122:25 123:1 126:12,13,15 127:18 128:2, 5 151:3,4 155:7 207:13,16

**pastor's** 201:16

**pastors** 151:17 222:24 226:25

**Pat** 39:4

**PAW** 23:21

**pay** 21:16 27:14,18 43:16,18 46:4,6,17,19,20 48:1,12,14 49:2, 5,16,21,22,23 50:1 51:24 53:1,2 60:7 63:2 80:6,10 83:16 95:25 96:21,25 97:4,22 98:3,13,17 99:4, 6 105:17 106:15 114:25 116:20 117:5 131:2,16,17 221:23

**paying** 35:3 40:13 46:25 47:2,6, 24,25 48:3,4,23,25 49:7 50:7 64:8 66:2 97:17 98:16 99:7 153:1 159:21,23

**payment** 49:25 50:12,13,15 53:3, 4 83:17 92:2 95:20 96:20 97:25 98:23,24 99:1 105:18 116:13 185:11 195:7

**payments** 52:25 85:23 93:17 98:9

**payroll** 22:3

**PBS** 55:23,24

**PDF** 256:17

**peace** 145:19,21,22

**pejorative** 47:14

**pending** 208:4

**Pentecost** 41:13,16

**people** 16:5 18:16 26:4,14,24 34:22 36:3,8 37:22 38:22 45:6,24 46:16 47:8 53:20 56:24 63:3 66:2 72:1,3 77:18 78:13,24 79:2 80:14, 17 81:2 85:8 87:3 106:23 107:4,6, 7 108:1,17 109:16 115:16,18,20 116:6 129:11 137:14 138:20 140:24 141:1,4,19 148:20 152:19 154:6 155:8 158:16 159:20 161:4 164:11,16 166:21 173:9,18 178:25 179:2,4 181:3 182:23 183:7,17 184:20 185:10 187:19, 23 188:1 192:24 193:2 195:15 196:4 197:1 199:9,12 204:5 208:12 209:20 211:11,12 212:5, 10 213:11,13,14,15 224:14 228:19 229:17 234:15,16,24,25 235:7 243:4 244:8 245:1 249:5 250:15 253:5,9,16,18 254:11

**people's** 29:8 182:18

**per** 88:5,7 97:10

**perceived** 183:20

**percent** 132:15 133:8 168:11,18 169:21

**perfect** 169:17

**perhaps** 123:18

**period** 119:23 120:5 124:22 201:1 219:13

**periodically** 47:6 124:11 170:21 218:10

**periods** 108:11

**Perpetuity** 81:13

**person** 14:9 54:3 95:3 136:12 151:21 157:22 168:12 175:19 176:19,20 178:22 215:7 223:23 227:10,12 238:23 253:10

**person's** 27:22 166:1 222:25 231:4

**personal** 10:18 59:10 145:2,8

**personally** 11:11 13:13 33:7 229:6,8 239:9

**persons** 231:17 232:1

**pertain** 120:6

**pertains** 119:23

**petered** 212:22

**petitioned** 13:25

**petrified** 115:20

**Pews** 20:17 55:20

**phone** 9:14,17 53:21 54:6 55:12 112:1 146:20 148:1,4 166:12 167:23,24 188:10 223:13 247:2 248:9,10,11,13,15,23 249:4,5,6

**phones** 39:23 53:22

**photo** 239:18

**phrase** 72:15 153:22 177:6,7

**phrases** 72:12

**physical** 227:25 228:1

**physically** 23:13

**pick** 53:21 81:7 134:13 225:20

**picked** 78:20

**picking** 201:4 224:23

**picture** 162:25 166:4,5,7,9,11 167:6,9 170:4,15 179:11 202:2 227:22 236:13,14,16 238:9,20,23 239:17,20 240:19,23 243:7

**piece** 40:9 81:21,23 250:23 256:16

**pieces** 63:19 134:13

**Pierce** 214:25 215:21

**piled** 184:14

**pimp** 163:16,18 170:5 185:19 238:7

**pinch** 131:19

**pineapples** 234:17

**pipe** 177:1

**piping** 144:22

**Pissed** 57:5

**place** 24:1 43:21 60:14 109:25 110:19 111:13,15 115:19 186:9, 10,11 194:24 196:19 202:23 204:23 206:2,3,4 225:13,14 230:1,2 234:17 235:3,4

**places** 156:15 209:24 224:21 225:6

**plain** 174:5

**plaintiff** 13:23,24

**Plaintiff's** 118:25

**plaintiffs** 119:2 221:21,25 222:2, 4 228:20

**Plane** 27:16

**plantation** 244:1,9,22 245:2

**platform** 44:17 115:15,18,19,21 116:5 186:6

**platforms** 20:18

**play** 45:4 50:23 155:16 158:1 171:3 198:16

**played** 126:25

**playing** 241:8

**plays** 115:22

**please** 12:15 13:9 100:6,17,20,22 101:9,24 103:1,12,18 108:15 132:8 143:24 148:12 253:3

**pledge** 38:11

**pledges** 36:8,9,13,15 38:9,10,11

**plugs** 100:16

**pocket** 50:8 186:7

**point** 19:16 48:7 59:7 60:15,17 63:7 66:20 70:1,3 89:12 93:4 99:10 107:17 109:4,21 110:2 114:23 116:12 122:1 123:9 126:16 132:18 135:14 154:10 169:23 190:17 221:24 233:6 234:23 236:23 237:7,22,24 239:7 249:11,13 253:7

**points** 71:24

**politicians** 69:11

**Polynesian** 252:8

**poor** 74:13,18 233:10,14,16 249:12 254:19

**pop** 40:6 50:20,21

**popular** 20:18 234:13

**popup** 65:19,21,22

**portion** 239:16

**position** 110:4

**positions** 61:8

**possession** 12:13 13:3

**possessive** 169:20

**possibility** 159:20

**post** 144:18 169:6

**posturing** 198:3

**pour** 214:5

**power** 166:16

**powerful** 208:16,18

**practice** 145:3

**prayer** 39:21 69:10,12

**preach** 36:6 45:23 224:18 244:4, 5 247:3

**preacher** 11:15 18:21 45:8 164:20,21,24 201:14

**preacher's** 177:1

**preachers** 20:19 23:7 26:16 57:7 68:18 69:10 153:19 157:23 164:7 176:25 183:5,6 195:8 204:12 214:2 243:25 244:6

**preaching** 12:22 18:6,21 47:14 177:8 204:18

**precise** 120:20

**precluded** 206:5

**predicated** 62:15

**premium** 136:18 227:4

**preparation** 7:18 18:9

**prepare** 41:12

**preparing** 80:12 91:24

**presence** 253:15

**presentations** 226:3

**presidency** 67:15,20

**press** 68:7,9,18 69:10 204:15

**pressed** 26:5

**pressing** 26:7

**presuming** 7:4

**pretty** 67:22,23 82:1 134:6 171:11 196:7 201:9 227:9,12 252:12

**previous** 100:2 138:16,17 168:4 249:24

**previously** 243:17

**price** 232:21

**prime** 65:4,13,24 66:3 152:10 153:10,11,15,17 154:8 239:1

**principally** 144:20

**principle** 40:17 45:7

**principles** 17:23

**printer** 40:2,11,13 83:4 131:16, 17

**printers** 75:21,24 131:6

**prior** 111:4 182:3

**prison** 152:9,13,21 153:5 154:6 234:9,10

**prisoners** 152:20

**prisons** 154:9

**private** 201:23

**probably** 15:14 20:14 30:8 34:4 40:25 71:20 86:6 93:22 118:9 121:10,11 124:12 127:21 169:23, 25 188:3 198:16 223:19 228:22 229:21

**problem** 98:4,7,11 114:24 117:23 134:11 158:20,23,24,25 166:22 206:10,16 207:2 219:6,8, 10,11 247:18 248:5

**problems** 155:2,3 194:6

**procedurally** 221:6

**proceed** 107:20

**proceeded** 110:18

**proceeds** 198:15

**process** 17:3 107:25

**procured** 80:17

**produce** 44:13,14 75:23,25 130:8 152:14

**produced** 23:8 75:20 78:1 79:7 84:20 85:16 87:25 93:2,3 94:9 96:6 98:20 112:8,9,25 130:7 132:7 136:8 152:13 161:14 167:14 182:3 188:9

**produces** 24:3 196:3

**producing** 24:7 85:21 94:10 161:16

**product** 40:1 55:19,20 75:4 77:1, 2,11 78:20,21 81:3,12,13,16,24 82:18,19 91:13 94:8,9 98:17,18, 20 109:1 120:16 122:2 128:14,17 129:19,22 130:5 131:18,22 155:12 156:7 157:23 185:10 209:24 231:18,22

**Production** 222:3

**productions** 182:19

**products** 51:6 74:20,25 75:1 78:1,24 79:7,8,12,18,20,22 80:1, 11 81:17 82:10,22 83:2,3,14 84:6 85:20 91:17 93:2,3,22 94:1,10,25 96:4,7 97:10 99:2,6,9 106:4,7 112:8,9,14 113:1,14 116:6,21,25 128:17,18 130:1,2 152:23 157:24 250:12,16

**professing** 169:17

**professional** 100:18 103:1,2,5, 8,10 145:2

**professionally** 101:4

**profile** 26:16 116:17

**profit** 49:10,12

**program** 20:21 21:13,16 26:2 31:13 35:22 36:24 39:2 43:12,20 45:25 46:1,3 52:1,10,19 55:23 62:19,20,22,23,25 63:2,3 72:7 82:5 98:16,17 113:10,11 133:13 135:2 153:20 154:5 155:6,12 157:22 158:2 161:9 193:25 201:18,21 244:14 252:16

**programs** 39:16 117:3 128:24 133:16 152:25 154:9 203:11

**project** 129:18

**projects** 18:18

**promise** 71:22 80:13 157:16

**promised** 79:20 135:3 153:15

**promote** 43:3

**promoted** 87:25 232:22

**promoting** 113:21

**pronouncing** 164:1

**proper** 53:10

**property** 205:14,17 206:18

**prophet** 163:14

**Prophetis** 168:23

**prospective** 206:24 208:12

**protect** 94:24 137:14 196:23 211:13 213:1

**protects** 134:22 137:3 138:20

**protocol** 17:14

**proud** 71:22 237:9

**proverb** 37:4

**proverbs** 36:25 37:1,6,8,10,13

**provide** 193:21

**provided** 207:1 222:2 232:22

**psychiatrist** 222:22

**psychological** 228:10

**public** 212:5

**publishers** 75:21,23 82:19

**publishing** 131:17

**pull** 29:6 39:14 59:8 60:13,17 63:18,21 64:4 84:19 197:23

**pulled** 56:24 57:3,9 59:10,11 60:7,11,13 62:20,25 133:18 177:3 179:11 254:16

**pulling** 29:9 56:20 63:8,9 176:13

**pulls** 29:8 63:14

**pulpit** 158:21 163:16 244:7

**purchase** 77:11 85:8 86:22 218:16,17

**purchased** 86:20,21 92:6 216:12

**purpose** 186:4

**purposes** 56:10 64:14 66:23 67:8 71:16 94:16 118:25 165:19 167:21 169:24

**push** 77:22 89:12 131:22

**pushed** 172:4 179:5 193:12 194:1 197:7

**pushing** 209:6,13

**pussy** 233:25 247:16 251:1

**put** 9:14,17 17:9 23:24 30:17 36:3 43:20 45:3,4,9 54:5 74:24 77:23 100:5,16,18 110:19 116:16 121:23 134:12 146:18 147:23 166:19 167:13 169:23 176:2 177:20 183:11 185:9 186:9,11

195:2,10 196:23 201:8 203:11 204:22 206:3 213:19,20,23 235:3 247:12,13,18 253:8 256:18

**puts** 61:8

**putting** 127:22 145:7 221:12

**Q**

**qualify** 176:18

**quarter** 132:19 176:1

**quarterly** 127:12

**Queens** 15:23

**question** 6:24,25 7:2,11 8:19 9:11 12:16 13:2 19:13 30:2,4 32:6,8 33:4,19 37:20 53:3 58:15, 19 62:2,3,5,6,7,11,12,13,15 64:18 65:11,12 72:19,23 76:21 80:2 82:25 84:7 89:6 95:18 97:1 98:4, 12,21 100:21 101:25 102:14 105:8,12,14 106:19 109:3 111:25 117:14,15,18,19 118:7,20 134:14 138:1,2 142:25 152:12 170:7,15 172:13 176:12 182:11 183:18 185:24 186:15 188:12 191:11 193:19,20,22 196:20 204:1,3 207:24,25 208:4,5,7,14 217:9 218:13 219:22 227:11,14 233:11 248:21

**questioning** 241:25 242:4,5

**questions** 7:2 12:20 70:11 118:10 138:25 162:1,21 163:24 170:10,18 181:21 197:18 207:23 232:13 233:8 235:16 250:5

**quibble** 63:13

**quick** 79:1 129:15

**quicker** 171:22 182:15

**quiet** 103:18 172:6

**Quinton** 230:21 235:14

**Quinton's** 255:4

**quit** 172:5 189:3,22 201:2 209:1 243:5 247:15

**quite** 22:9 80:7 111:8,16 168:23 182:6 188:12 217:9 223:14

**quitting** 185:12,13,14 201:3

203:16

**quote** 56:23 65:4,13 67:15 71:19 132:11 134:21 153:10 166:15 168:11 171:24 172:6,13 175:1 182:18 198:20 200:24 201:6 209:9 253:23,24,25

**quoted** 254:1

**quotes** 108:12 140:6

**quoting** 138:11,16,17,19 140:6

**R**

**rabbit** 242:6

**race** 252:18,21,23

**racial** 176:13 192:17 251:8,11,19, 20 252:14 254:20

**racially** 177:2 178:7 179:16 180:12 234:24

**racism** 191:22 192:2 249:21

**racist** 176:19 237:18,23 238:1,2, 6 239:4 241:7,11 243:1,9 248:4 249:20 252:25

**rackers** 234:10

**radio** 45:5 232:4,9 235:13

**raise** 140:15 146:2 225:2

**raised** 18:7 181:4

**raising** 140:17,21

**Ralph** 97:21 105:20 248:2 254:7

**ran** 125:5,9,21,25 134:24 135:1 208:8

**range** 40:19

**rant** 109:13 247:5

**rather** 107:7 245:6

**reach** 78:10

**reached** 199:15

**reaching** 208:19 216:17

**reaction** 36:4

**read** 8:6 64:17 92:23 108:3 115:14 132:10 143:14 148:13,14 163:8 172:21 174:3,4 176:12 182:11 184:7 188:17 190:1,3

191:16 198:4 217:2 219:12 242:2 254:25

**reading** 163:20 174:14 241:24

**ready** 16:24 31:6 60:13 80:13 92:22 139:3 152:10

**real** 73:15 109:16 139:10 212:15

**realize** 198:14 237:23 241:16

**really** 18:22 26:19 30:17 36:12 41:25 42:11 66:5,20 70:14,15 72:8 73:13 94:6 95:10 101:1 103:12 108:3 120:20 123:16 124:8,19 137:5 149:13 162:22 170:8 171:2 173:6 175:5 176:17, 23,24 177:5 185:24 186:15 190:19 197:3,20 198:4,17 203:17, 18 212:13,16 218:6 234:6 255:20 256:17

**reason** 30:7 70:18 85:5 106:13 136:14,15 144:19,21 184:1,13 193:23 194:20 196:5 200:3,4 226:21

**reasons** 249:18 251:3

**rebuilding** 14:21

**recall** 17:19 34:12,15 56:19,20,22 64:25 65:10 67:7,14 68:1 71:19 72:5 74:11 108:8,20 120:7 152:6, 7 154:21,25 161:16 162:22 163:5, 7 164:6 173:8 190:10,11 203:13 208:24

**recapping** 248:22

**received** 20:24 49:20 81:3 118:25 190:17 222:20 226:13

**receiving** 92:2 239:10

**recent** 39:9 239:12

**recently** 13:21

**recognize** 236:14

**recollection** 92:5 110:17 215:10 232:20

**reconsider** 69:2,4

**reconsidered** 69:8,22 70:1

**reconsidering** 69:25

**record** 9:22,24 58:10 64:19,22 66:12 86:17 87:15 91:5,6 100:25 101:6,20 111:18,22 118:15,18

119:3 124:4 131:25 132:11 134:7 141:11 142:12,15,16,17 143:23, 25 144:4,5,16,19,22 145:7,9,22 146:12,18 147:8,15,16,20,24 148:2,10 149:4,6 156:2,14,25 165:5 170:7,23 171:19 177:22,23 179:7 186:24 198:5,8 219:12 221:15,16,19 222:12 236:1 249:7 250:7

**recorder** 37:24

**recording** 45:3,4,5 148:18,19 192:22

**recordkeeping** 87:2

**records** 89:1 113:1 123:10 127:2,4 223:17

**recourse** 30:19,24 60:19 63:24

**recovered** 13:4

**recruiting** 110:6

**redirect** 242:7

**redo** 139:1

**Reed** 171:8

**REEXAMINATION** 250:9

**reference** 83:24 202:8,9 245:17 256:6

**referred** 238:5,12

**referring** 238:20 247:24

**reflect** 145:7,9 147:25

**reflected** 131:3 147:8

**reflecting** 219:19

**reflective** 125:9 126:1

**reflects** 101:6 218:4

**refresh** 158:7 215:10

**refuse** 63:15 64:1

**refusing** 102:15

**regard** 73:21 227:3

**regarding** 6:19 25:8 27:4 35:15 67:10 81:9 137:11 155:2,3 175:21 199:22 205:3,23 222:15 224:1

**regular** 19:17

**regularly** 19:16 202:15

**rehashing** 118:12

**reimbursement** 112:20,21

**reinstatement** 221:23

**reiterated** 88:20

**Rejoice** 20:21 23:1 24:25 49:24 52:18 62:7 63:16,22 64:1,2 76:11 130:2,10 155:11 156:12,16 157:4, 6,8,9,20,21 160:3,11 178:8

**Rejoicing** 130:12

**related** 40:24 221:22

**relating** 221:19

**relationship** 57:17 67:22,23,25 70:25 71:7 72:17 74:6 120:13 150:9 154:10,11 155:1 221:25

**relative** 17:18 27:13 50:12

**release** 168:12

**relevance** 33:8

**relief** 168:4,7 181:4,5 220:10,20 222:5

**religion** 70:5

**religious** 15:4,6 18:12 232:21

**remain** 132:19

**remember** 12:4 15:13,14,17 28:16,17,20 46:4 47:18 50:23 59:21 67:10,16 89:19,20 92:3,7 122:1 134:10,11 135:8 136:10 152:4 154:24 162:24 163:11,13 164:9 168:1 169:6 171:6 180:19, 24 181:17 183:11 188:19 189:14 193:9,12,15 197:24 203:10,12 205:3 209:3,4,5,10 210:13,24 214:6,7,10,20,24 215:2,7,9 216:1, 2 218:19 232:18 233:10 236:4 246:10,16,17 247:10

**remotely** 253:9

**rent** 44:8

**repeated** 177:6

**repeatedly** 147:21

**rephrase** 7:1 154:19 227:11

**replete** 131:15

**reporter** 12:15 56:8 58:13 66:11 69:16 71:12 87:9 92:17,19 104:4, 8 118:23 123:20 132:3 134:3 137:25 140:11 146:15,16 148:10, 12,16 149:4 150:21,23 157:13,17 161:6 165:11,14 167:19 169:14 181:12 188:7 198:11 206:14,21 214:18 215:14,17 221:13 250:6 256:14,15,20

**reports** 124:24

**represent** 6:12

**representation** 200:12

**representing** 169:20 181:25

**reputation** 141:8 143:10 145:2

**request** 113:13 221:22 222:3

**requested** 220:11

**requests** 119:2 134:24

**required** 53:1,2

**rereading** 189:24

**rerun** 201:24

**rescind** 220:10

**rescinds** 220:13

**rescission** 220:20

**resemblance** 216:21

**resending** 239:15 240:19

**resent** 249:11

**reserve** 92:11

**reserved** 92:13

**residence** 10:9

**resigned** 116:12

**resilient** 227:10,15,16,17

**respect** 7:13 28:11 32:10 35:9 43:7 67:14 74:21 79:6,16 81:16, 24 83:14 85:20 86:9 89:4 93:1 112:5,7,25 113:2,17 119:19 124:9 182:16 219:21 250:11

**respectful** 186:12

**responded** 63:6

**response** 26:3 51:20 67:12 119:2 145:17 222:3 240:7,25 242:15 244:18

**responses** 111:7 119:1 243:8 244:19

**rest** 45:14 174:6,9,20

**restart** 30:19

**restate** 133:9

**restroom** 58:5,8

**result** 111:3 222:21 224:23 227:25 228:10

**retain** 116:16

**retaliate** 144:14 145:12

**retaliatory** 145:14

**return** 18:13 249:14

**revelation** 129:4

**revenue** 26:19 43:16 46:22 48:12 50:4 52:10,11 53:7 68:9,11,12 117:3 130:14 160:22,25 161:1,12 166:21 183:15

**revenues** 48:20

**review** 7:14,17

**reviewed** 8:6

**revised** 222:2

**revival** 226:6,7

**revolution** 129:6

**revved** 197:1

**rewind** 204:15

**Rich** 230:8

**rid** 89:13 91:2 248:4,5,8

**ridiculous** 100:23,25 102:24

**right** 7:11 8:2,7,11,14 12:12 13:7 14:22 15:11 19:24 20:2 23:8 24:3, 24 25:13 28:14,20 29:19 30:11,12 31:3,8 32:11 33:4 34:4,5,23 35:15,19 37:11 40:6,8 41:3,18 42:11,15 46:16,17 47:11,16,20, 21,22 48:7 49:16 50:11 51:21 52:17,20,24 53:6,8,11 54:13 55:4 56:16,23 57:6,11,14,15,18,20 58:1 59:5,6,11,14,16,23 60:5,9, 12,25 61:5,6 62:16 63:25 64:6,13 66:4,8,18 68:22 70:6,8,10,21 71:4,8,10,14 72:12 73:9,12,18 74:2,4 75:5,13 77:9,20,25 79:6 81:4,22 82:12 83:7,9,12,14 84:23, 24 85:9,10,22,23,25 86:7,14,17, 22,23 88:24 89:9,19 91:2,22 92:22 93:16,24 94:1,11 95:23 96:1,16,19 97:14 98:3,6,14 99:5, 7,15,20,22 101:20 102:11,22 103:4,11,15 104:25 105:11,14,25 106:9,13 107:22,23 109:7 110:4, 5,9,12,20,21 111:20 112:1,15,23 113:5,9,13,23,24,25 114:2,4,20 115:5,8,10 116:3,9,12,23 117:2,9 118:14 120:23 122:10 123:16 124:15 125:19 126:1,5,11,15,16, 20 127:6 128:16 129:2,3 130:23 131:1,6,9,11 132:19 133:4,24 134:18,21 135:12,15 137:5,12 138:8,22 139:13 141:6 142:9 145:24 147:5,11,23 150:10 151:11,14,16,22 153:3,8 154:1,3, 10,20 155:23 156:2,19 157:10 158:16,17 162:7,9,23 163:1,18,21 164:14 165:16 166:13,25 167:10, 11,21,24 168:1,7,8,22 169:5,11 170:8,11 171:3,17 172:24 173:12, 14,20,21 174:16,17,20,25 175:14, 17 176:7,8 178:15 180:2,9,10 181:7,14,20 182:6 183:24 184:8 185:5,11 187:22 188:2 189:2,15 190:14 191:19,22 192:5 193:7,9, 18 195:22,24 197:20,23 198:4,23 199:4,7,21 200:8,10,16,20 201:9 202:22,25 203:1,11 204:15,21 205:17,20 206:19 207:2,15 208:14 209:14 210:13 211:9 213:4,6,8,18,24 214:19 215:19 217:1,4 219:4 220:4,6 221:5,7 222:20 223:23 224:8 225:16 228:13 229:21 230:8 232:6 236:9 237:15 239:15 240:13,15 241:1, 19,21 242:12,15,19,23 243:7,19, 23 244:3,15 245:9,20 250:24 251:22 252:14,15 254:15 255:9, 24

**right-hand** 188:15

**Riley** 230:10

**ringing** 39:23

**rings** 248:9

**riot** 211:12

**road** 44:10 58:2 105:21

**Robertson** 39:3,4

**Rod** 51:7

**Rodney** 249:4

**Roland** 193:10,24 194:4 196:23 197:5,21,24 198:13 199:2,4,5,8, 15,24 200:2,14 203:14 208:24 209:25

**role** 76:6

**roll** 78:15 117:5

**rolling** 46:2 120:16 225:19

**rolls** 177:21,24 205:1 247:13,14, 19 248:23

**Ronnie** 86:6

**roof** 136:11,19

**room** 26:12,25 36:5 79:14 91:7 107:22,23 128:13 185:2 192:24 193:2 233:21 234:14,15,18 235:13,14

**Ross** 230:21

**rough** 120:15

**roughly** 41:20 54:23

**round** 159:13

**Royce** 177:21,24 247:13,14,19 248:23

**rude** 251:22 252:17

**ruling** 219:17

**run** 76:15 155:6 156:21 157:12

**running** 88:15 101:18,19 156:23 166:15 185:2 208:1

## S

**Sabbath** 18:8

**said** 13:24 20:25 21:5,7,12 26:1, 22,24 27:1 29:4,9,13,24 30:22 31:5 34:17 43:15,17 48:14 50:7, 16 51:23,25 53:18,22,24 55:12, 13,15,17 57:2 61:8 62:14 63:12 67:15 68:13,23,24,25 69:4,15,22 70:4 77:21 83:20 91:1 92:5 93:17 96:21,25 97:3 101:25 102:1,2,3,7, 16 104:12 105:20 111:11 112:13 117:4,5 121:5,8,9,10,12,15 129:3 135:16 136:1 139:22 140:8,9,10,

12 142:14 143:14,15 144:1 149:21 167:5 171:2 172:11 173:7, 20,25 174:21 175:22 176:11 177:19 179:7,22 184:13,16,22 191:14 197:2,11,13,16 201:21,25 202:1,16,18,20 203:3,5,9 204:8,9, 10,11,16 207:8 209:6,7,9 210:7 211:4 212:2,4 222:4 224:21 237:24 239:19 240:5 247:2,3,12 248:3,4,8,12,14,16 249:2,19 253:5,10 254:7,10 255:6,7,8,14, 21 256:7

**salaries** 182:23

**salary** 22:6 224:13,16,17

**sale** 43:3 76:9 88:1,3 94:25 98:19 112:7

**sales** 90:4,5,9 124:11 127:13 128:4,18 130:19 218:12

**same** 7:13 33:19 35:10 45:7 54:18 60:17 61:19 62:3,5,6 69:13, 19 76:18 108:13 111:8 118:7,9, 13,20 126:19 133:3,14 148:21 154:6 155:18 168:7,8 175:20 228:25 229:5,24

**sanction** 144:2

**sanctions** 143:20 144:2,6,20

**Sandra** 230:10

**sat** 7:15 51:1 54:4

**Saturday** 18:10,14 52:2

**save** 147:5

**saved** 19:6,11

**saw** 68:9 81:20 136:6,19 139:20 166:10 175:13 184:17 202:2 227:22 248:1

**say** 7:5,21 8:12,14 9:15,19 11:9 19:2 21:22,24,25 22:24 23:18 24:18 27:14 29:5,11,17 30:1,8,24 33:12 36:13 38:8,10 39:16,17 40:15 41:11 42:5 48:9 50:25 57:24 60:21 61:9,10 67:19,23 69:9 70:23 71:5 72:21 73:6 74:11, 13 76:8 78:4,14,15 79:5,24 80:21 81:16 82:13 84:20 85:15 86:9,17 87:4 88:3,6 89:11,15 90:16,25 92:13 93:21 95:10 97:5 99:16,18, 24 106:23 109:6 110:22 111:5,6 112:3,11 113:6 114:21,22 115:24 120:16 121:18 124:12 125:19 126:4 127:21,24 128:7,15 129:16 132:11,14 135:24 137:16 138:19 140:6 142:15 145:19,21,22 153:5 154:21,25 163:5,21,22,23 164:6 166:15 173:18 174:6,9 176:16,20, 24 177:1,6,10,16 178:1 179:8,19 182:16 184:21 185:14 186:3,14 187:19 188:1 191:7 192:2 193:16, 25 194:25 195:13 201:11 202:1 204:11 207:10,11 208:16,20 209:9,15 210:4,16 211:25 225:6,7 226:11,23 227:6 228:9,18,21,22 229:15 231:4,14 232:7,17 233:9, 13,15,20,23 234:1,9,10 235:7 237:7 241:13 242:8 244:23 250:25 251:24 252:1 253:5,8,18, 22,23,25 254:11,17,18 255:22

**saying** 11:10 21:18 24:22 26:14 27:5,6,9 29:23,25 30:1 34:21 46:3 52:12 53:23 57:12 63:7 68:1,17 69:21 73:10 86:17 91:4 98:5 108:20 111:21 114:17 125:16 126:7,24 128:12,25 130:17 137:1, 2 140:9 145:25 160:5,19 172:8 173:14,16,22,23,24,25 174:2 176:9 183:25 187:6,19 189:2 191:3 195:24 196:1 197:10 198:3 199:17,20 202:8 217:1,15 237:5 240:1 244:1,8,10,22 245:2 251:1 253:19,20 254:9 255:1,4

**says** 17:21 41:8 48:18 49:2 52:5 53:19 56:23 58:21 59:3 71:19 82:8 91:11 108:20 109:7 119:14, 15 120:1,2 125:1 126:17 132:13 168:10,11 171:23,24 172:4 174:3 177:11 178:6 185:19 198:20 199:20 200:19,20 201:18 202:12 203:18 204:24 210:10 211:10 217:20 218:20 220:19 234:1 235:4 238:6,7 241:21 242:3,17,21 245:13,22 247:6 253:11 254:9,11

**Scan** 79:2

**Schauer** 215:21

**schedule** 9:4 29:14

**school** 14:23 15:4,6,8,9,10,13,18 16:1 17:7 23:5 115:13

**scope** 221:20

**Scott** 72:7

**screen** 164:15

**scribbled** 166:1

**scripture** 17:20,25 211:10

**scumbag** 234:2 251:2

**second** 17:21 22:12 37:5 40:4 58:4 65:10 81:5 90:8 119:1 138:24 166:4 171:24 182:17 187:21 198:19 201:12 202:12 250:3

**section** 173:5 182:8 198:19 221:22

**see** 21:6 24:10 29:2,4 45:6 48:18 52:17 63:10 65:6 66:25 72:12,15 75:10 76:16 85:20 87:21 93:1 98:25 119:11,12,15,17,21 120:3 121:18 125:10 126:17 127:8 133:5 134:13,14 135:5 136:7,20 149:25 150:2 161:17 164:11,12 168:10,15 169:19 171:23 172:6, 18 173:5 174:8 182:8 186:2 191:5 192:7 198:21 200:22 201:6 202:12 206:8 220:19 223:23 224:25 237:12 243:19

**seed** 38:10,12,13,20 39:18,19 43:3 48:11 129:6 201:19

**seek** 222:14

**seem** 12:20 62:9 101:10 108:11 219:11

**seemed** 81:21

**seen** 74:15 85:25 86:1 123:23 154:4 179:14 201:13 212:12 225:23 227:22

**sees** 184:25

**selfie** 184:22

**sell** 55:3 78:10 84:10 97:10 106:3,17 128:24 129:22 130:2,5, 6,9,12

**selling** 54:10 55:1 84:14 88:14 109:1 158:16 192:8

**Semitism** 254:13

**send** 24:1 39:21 92:1 131:15 133:10

**sending** 188:19 236:23 238:23 246:11

**sends** 244:18

**sense** 243:8

**sensitive** 242:17,18

**sent** 138:9 165:18 185:9 215:2 216:4 236:17 237:1,3,4,18 238:9 239:3,6,14,17 240:6,23 245:24 246:7,13 250:15

**sentence** 141:25 147:13,24 148:14,23 171:24 172:1,6,21,22 174:2,20

**sentences** 65:2

**separate** 13:12 44:6 122:20 155:19 204:2 221:5,8

**separated** 74:12 94:17 154:22 163:6 199:3 213:25

**separation** 74:5 110:22 154:25 169:6 200:10 225:25

**September** 132:5 154:17,23 162:8 165:21 166:8 167:22 168:17 169:1 171:4 175:18 180:19,22 189:20 190:19,20 202:13,25 203:19 210:24 211:8 231:16

**series** 37:25 57:1 63:1

**serious** 107:9

**seriously** 227:17 243:11

**service** 14:12 16:14 184:15 234:21 246:19,22

**services** 14:9 226:7

**sessions** 45:15

**set** 25:21 51:7 54:5 79:4 132:6

**settlement** 216:9

**setup** 54:19

**seven** 155:16 158:2

**seven-page** 181:14

**Seventh-day** 18:7

**several** 114:8 116:10 153:19 176:22 195:6,20 249:19

**share** 51:7 66:20 115:15 184:19 185:4

**shared** 7:22 72:9 163:1 231:16 251:1

**shareholder** 32:24

**sharing** 162:22 183:11 206:5 231:17

**she** 18:19 20:25 123:4,7 128:7,14 150:13 177:14 179:11 230:11,25 232:4 234:2,3 247:21

**she'll** 55:24 126:12

**She's** 230:11 231:1 234:2

**sheet** 124:9

**sheets** 127:6,8,10,11

**Sheffield** 204:23 229:13 248:10

**shelf** 232:24

**shift** 204:14

**ship** 83:4 129:11

**shipment** 185:11

**shipments** 83:9

**shit** 141:9 248:12

**shocked** 57:2

**short** 59:3 132:10 255:17

**shortcut** 87:22

**shortly** 19:3 171:11

**shots** 70:19

**should** 6:25 21:2 70:4 95:25 102:6 124:2 135:15 142:24 149:21 155:23 173:16 221:3

**shoulder** 228:5

**shouldn't** 142:21

**show** 21:6,7,8 23:1,4,8,22,23 25:8,12 26:5,12,15,16 27:4,5,8,13 29:6,9,21 30:4,12,18,22,24 31:5,6,7 35:24,25 36:2 40:24 41:9,25 42:5,25 43:3,5,6,7,8,10,11,13,15,17,21 44:14 48:1,23 49:5 50:2 52:20 53:10 54:5 56:20 57:3,9 59:8,10,11,17,18,21,22,24,25 60:5,8,10,11,14,15,18,23 61:2 63:8,9,14,18,21 64:1,4,9 65:17,20 66:1,3 67:10 68:5,7,9,10,18 69:1,7,10,12,13,23 70:4,9 73:16 77:12,13,23 80:10,13,20,23,24 81:14,17 89:11,12,15 90:21 111:8 116:17 120:10 124:11 125:2,3,20,21 128:19,22,23 129:18,20,21,22,23 130:3,10,12 131:23 136:19 139:15 141:21 146:12 155:2,3,7 156:4 157:9,21 158:10 159:19,21,25 160:13,14,20 169:8 171:9 180:10 183:4 190:13,21 194:4,11 198:25 199:2,24 200:2 202:12,16 203:14,18 215:10 252:6

**showed** 42:16,17 56:24 77:10 120:17 163:2,9 175:14 237:3,5

**showing** 119:19,20 155:13 162:25 163:20 166:3 237:7

**shown** 68:13 69:22 120:24 127:20

**shows** 8:25 9:5 24:4,7 25:17 29:8 30:2 31:4 32:10,12 35:9,15 40:23 43:14 47:23 48:19 49:20,21 52:25 56:4 79:23 91:10 120:10 124:25 125:6,8 126:5,18,25 139:18,23 155:15,19 156:3,4,5,10,11,20,22,23 157:25 158:1,7,11,16 159:7 161:2 200:14 202:22,23 203:15 248:3

**shut** 176:2 235:2

**shuts** 195:9,11

**sick** 176:17

**side** 23:6 79:14 131:18 184:19 235:15 248:2

**sign** 119:6

**signed** 119:3

**significantly** 217:5

**silent** 201:2,3

**similar** 24:7

**since** 58:1 111:9 157:1 182:2 222:2

**Sing** 234:11

**singers** 23:6

**single** 83:24 124:19 131:12

**sir** 11:22 65:10 70:18 101:1,19 109:8 138:24 146:14 152:23

**sissy** 153:12,23 154:1

**sit** 51:7 74:2 78:13 89:19 179:6 195:12,14 213:16

**site** 42:22

**sitting** 26:24 34:15 36:5 185:1

**situation** 72:9 137:14 145:8 224:3

**situations** 134:22 153:20

**six** 21:14 43:12,17 45:25 46:2 52:5 125:21,23,25 131:14 155:16 156:11,23 158:2 174:24,25 175:1 209:7,8 222:3

**sixth** 18:18

**size** 26:11

**slapping** 70:1

**slot** 46:20 47:3,9 48:14 49:17,18 50:14,15 52:14 64:8 65:4,14 152:10 153:11,15,16 154:8 158:3, 4

**slots** 46:9,17,19,25 47:2,6 48:5, 13 49:16

**slow** 157:14 177:14,15 197:3 246:21

**small** 78:8 236:13 239:19

**smallish** 116:18

**smarter** 176:23

**snatched** 135:2

**snowflake** 205:1

**so** 7:2,8,13 9:6,7,8,18 11:3,11 12:16 13:1,3,10 15:25 16:23 17:15,23,24 18:9,10,12,18,23,24 19:6 20:13,18 21:18 22:23 23:4, 21,22 24:15 25:11,18,25 26:1,6, 12,15,19 27:3,11,18 28:4,5,13 29:1,9 31:18 32:5,15,19 33:25 35:19 36:8,11,13,14,19,22,24 37:2,5,10,12,25 38:2,4,9,14,19, 20,24 39:2,3,16,17,23 40:2,14,16, 18,23,24 41:4,5,7,8,12,15 42:22 43:13,14,15,20 45:3,5,6,7,13,14, 21,25 46:25 47:5,6,22 48:1,4,7 49:9,14,15,19 50:9,15,16 51:17, 19,22 52:5,7,12,20,24 53:16 54:23 55:10,20,22 56:3 57:1,22 58:7 59:7,11 60:1 61:11 62:25 63:8 65:8,20,25 66:1,3,20 68:13, 17 69:8,24 70:1,4,22 72:4,9,10 73:2,9,20 74:15 75:8,16,20,23 76:17,18,19 77:3,15,17,22,25 78:19,24 79:1,4,6,16,22 80:11,25 81:16 82:10,21 84:4 85:20 86:17 87:2,21 89:10,11,13,14,17 90:12, 14,19,20 91:1,3,8 92:11,22 93:1, 4,16,20,23,24 94:6,14,15,16,17 95:19,25 96:11,25 97:17,23 98:16,19,25 100:23 101:9,21 103:16 105:22 106:23,24,25 107:5,9,10,13,20 108:4,7,11,12, 14,17,22 109:6,17,24 110:4,12, 13,21 111:5,8,12 112:5,25 113:10,21 114:17,25 115:12 117:3 119:19,23 120:5,10,12,20 121:7,23 123:16,22 124:22 125:5, 9,14 126:7,16 127:2,24 128:14,21 129:3,7,13,14 130:2,3,9 131:15, 22 132:12,18 133:12,13,16,19 134:25 135:14,18 136:9,18,19,20 137:5 138:9 140:2 141:10 142:20 143:14,24 144:4,16,25 145:10 147:16 148:18 151:7,10,17,25 152:10,13,15,19 154:3,5,7,8,10, 20 155:11,21,22 156:14,25 157:6, 11,20,21 158:11,24 159:3,13,18 160:19,22,25 161:5,9 162:10 164:12 165:18 166:20,24 168:9, 17 169:1 170:7 171:7,11,17 173:14 176:21 177:5,19 178:4,7 179:6,25 180:1 181:6,19 182:3,6, 15,16,23 183:3,17 184:19 185:4, 5,9,11 186:13,14,18,22 187:2,14, 15 189:2 190:2,17 192:10 193:24 194:6,23 196:25 197:7 198:1 199:17 201:23 202:19 203:11 204:21,23 205:1,3,21 208:25 209:14,25 210:4,10,13 211:4,18 212:17 213:8,10 214:7,16 215:6, 12 216:13,14,23 217:9 218:6,10, 17,18,24 219:5,25 220:6,19 221:5 223:12,16 224:14,19,20 225:7,15, 18,25 226:11,18,23 228:19 229:3 230:16 231:20,21 233:17 234:9, 22,25 241:10 242:17,18 243:6 244:12,15 245:1,16 246:7 247:6, 15 248:9 249:5,6 250:21 252:3,14 253:1 254:16,19 255:6,21

**social** 11:4

**sold** 54:3 55:10 75:22 78:6 84:16 85:2 86:18,21 87:17,18,19 88:5,6, 10 89:8 91:21,25 96:3 97:11,16, 18 99:2,6 112:14 113:2,14 119:17,25 120:7,13 121:8,17 122:13 123:5 156:7 230:15,19

**sole** 32:24

**some** 12:20,22 15:5 17:17 18:19, 22 25:5 28:5 43:4 45:9 48:1,7 55:1 56:6 58:21 59:3 65:19 70:24 74:21 79:18 81:14 84:5,22 85:22 86:1,22 87:22 89:12 93:4,21 96:4 107:17 108:7 114:23 115:14 116:12,19 118:20 122:1 123:9 126:16 130:13,19 134:11,14 135:14 151:18 154:10,14 156:6 159:8,18 162:21 163:10 168:24 169:23 170:1 179:8 183:21 185:22 188:22 194:6 208:8 209:23 214:11 224:20 226:13 232:13 233:6,8,15,22 234:15 239:1 244:6 246:25 250:5 252:1

**somebody** 41:25 72:21 177:11 184:16,21 186:20,21 248:14 251:2

**somebody's** 208:12 211:24

**someone** 13:15 16:16 25:10 73:7 86:25 124:12 135:3 166:3 248:16 253:15

**someplace** 158:21 183:19 185:2 226:14

**something** 7:3 13:17 15:7 21:12 23:24 25:11 26:18 27:1 34:5 41:6 45:4 46:5 47:5 48:20,24 50:5 56:23 58:16,17 66:15,16,19 67:18 69:24 72:18,21 73:10 74:15 75:11 76:23 79:20,25 81:15,20 83:24 84:5,18 93:16 95:8 106:18 107:18 108:13 111:5,6 120:12 133:11,19 134:21 135:3,15 137:2,12 140:9 147:19 164:17 168:23 176:4 177:16 179:21,22 180:4 182:12 193:16 198:20 209:1 211:24 212:5 219:25 231:21 236:19 238:25 242:9 244:3 252:6 253:5, 10,19,23,24 254:7

**Sometime** 88:19

**sometimes** 23:19 24:1,19 29:10, 14 74:13 77:25 130:7 156:21 169:18 233:9,18

**somewhat** 36:18

**somewhere** 65:5,14 90:19 209:9 210:5,10,11

**soon** 82:23 84:13

**Sore** 228:5

**sorry** 9:8,9 12:18 14:10 18:4 19:25 22:13 23:12 27:10 31:11 32:5 34:3 35:13 44:21 48:22 49:18 60:21 65:11 69:17 72:22,24 77:9 79:5 82:13,25 93:25 121:16 140:12 151:24 157:15,18 161:7 164:4 165:1,16,19 170:10,20 174:14 181:6 190:9 206:20 223:19 235:15 241:4,13 243:7,16 245:6 246:22 249:13

**sort** 11:21 23:4 25:9 36:15 42:25 50:12 55:23 56:5 76:15 82:24 131:12 145:24 224:23

**sorts** 233:19 241:25

**sought** 220:9,20

**sound** 75:5 81:22,25

**sounds** 13:3 85:12 253:9

**source** 111:19

**Southfield** 23:9 24:4,8 31:19

**Spanish** 251:25 253:5

**speak** 9:10 10:3,23 13:1 20:19 90:20 97:21 129:18 146:22 168:21 170:8 182:16 197:4 226:12,20

**speaker** 26:20 248:15 249:6

**speaking** 10:19 144:22 158:21 202:4,20 225:13 247:20

**speaks** 141:11 142:17

**special** 25:5 78:25 120:10

**specific** 7:14 222:16

**specifically** 78:25

**speed** 188:5

**spell** 87:9 223:2

**spelled** 87:13

**spelling** 150:20

**spend** 11:19 170:20

**Spiritual** 43:12 48:24 51:25 52:1 62:23 75:7 76:19 77:21 78:7 91:16 119:25 120:5,8,12 230:19

**spoke** 18:24 56:19 75:2,3 114:6 128:2 203:14 209:23 211:13 218:11,19 226:14

**spoken** 101:21 102:16 216:11

**spot** 23:25

**spring** 28:17 159:15 226:6

**square** 202:10

**stack** 236:7

**stamp** 238:10 246:4

**stamped** 75:11 123:22

**stand** 106:22 115:15 196:11

**standing** 107:5 254:8

**standpoint** 206:7

**start** 15:6 19:4,16 22:7 26:7 38:4 40:25 51:13 53:13 67:2 80:3 84:6, 8,13 90:22 93:7 94:8 153:20 166:15,21 240:4

**started** 18:6 19:12 20:13 21:15 22:24 25:14 27:2 28:16 34:14,15 35:17,23 36:12 41:21 42:3 43:16 46:2,22 48:3 53:23 54:9,17 58:2 81:9 82:17 84:9,12,13,15 94:5,10 97:7 151:6,9 161:15 185:8 201:4 204:22

**starting** 54:8 175:1 200:14

**starts** 41:4 42:23 71:19 172:25 174:12 207:18 248:6,11

**state** 234:12

**stated** 217:18 219:14 249:3

**statement** 40:19 67:16 175:21 181:24 193:14,24 198:23 201:5

**states** 222:4

**station** 26:10 31:2 194:11 229:14 232:9,10 235:13 254:6

**stay** 48:4 60:8 68:1 110:1,8,15 161:4 185:3 186:8

**stayed** 110:16 178:13 180:6 249:21,22

**step** 141:3 142:19

**stepped** 72:9

**Steven** 230:18

**stick** 43:5 70:5

**still** 15:24 16:11,18 17:3 24:3 58:15 60:14 70:9 81:3 107:7 169:2 175:17,18 181:5 196:14 198:14 220:1 238:10

**stipulation** 219:13 221:19 222:14

**stock** 88:22 89:13,14,18 90:19 91:2,9

**stocking** 88:22,23

**stockpile** 129:14,17

**stood** 116:5

**stop** 29:21 30:9 31:5,6,7,16 46:25 47:1,2 100:6,20,22,23 101:9 102:6,13 129:14 140:20 141:10 142:20 149:25 174:18 208:1 210:23 241:8 244:22 249:14,15, 16

**stopped** 30:2,25 209:1

**story** 90:22 149:14 150:5 178:5 182:25 184:19

**straight** 183:16 203:6

**Strang** 76:3 209:23 230:18

**straw** 180:14 184:13 247:23 251:6

**street** 234:12

**strength** 212:18

**strike** 227:24

**strip** 72:4 132:12 133:4,5,12,13, 16,17 135:4 140:2

**stuck** 81:21

**studio** 33:23 200:25

**study** 19:4,12

**stuff** 37:24 48:17 50:4 81:17 107:8 116:22 127:14 128:24 137:6 155:13 170:5 177:18 179:9 181:4 182:10 184:14 186:18 187:9 188:25 189:10 195:16 196:11 205:1 220:3,5 224:4 233:22 234:5 235:7,11 244:12

**subject** 75:7 76:17,23 77:1,2,16 78:6 85:17,18,19 86:10,18 87:3, 17,22 88:9 91:15,20 203:17 216:13

**submitting** 235:23

**substance** 191:13 246:17

**successful** 27:8 108:17

**such** 48:12 94:8 159:19 208:13 217:21 231:7

**suck** 233:25 251:1

**sucking** 255:5

**sue** 63:8,9 99:22

**sued** 13:12,14,16

**suffered** 212:15 254:21

**suggested** 49:6

**suing** 13:14

**summary** 228:21

**summer** 159:7,15 203:5,10

**summers** 159:9

**Sunday** 14:17,18 18:20 43:13,17, 18,19 52:3,4,15,20 53:4 59:11,17, 22 60:6,23 62:22 64:11 129:22 184:16 246:2,15,23 247:1,3,4

**Sundays** 18:11 45:14

**sundown** 18:9,10

**superior** 87:2 111:19

**Supplemental** 119:1

**supplier** 83:3

**support** 126:20

**suppose** 64:7 154:12

**supposed** 59:25 60:14 81:10 84:13,21 97:14

**supposedly** 144:23

**suppressed** 179:5

**sure** 7:10 8:25 12:15 20:16 21:21 22:10 28:9 29:7 34:13 38:18 58:20 67:4 76:13 111:8 116:5 124:3 136:5 138:3 146:14 161:19 181:3,5 196:6 199:12 202:20 214:14

**surprise** 83:25

**sustained** 196:3,4

**Suze** 55:24

**sweet** 132:21 133:2

**sworn** 6:5

**system** 82:11,13 85:21 114:16

**T**

**T-E-M-E-L-I-A** 87:10

**Tabernacle** 15:19 16:3 19:3,4

**table** 70:1

**tactics** 145:13

**tag** 101:22 104:14 144:3 149:2

**tailor** 90:21,22

**take** 36:2,5,24 37:12 45:23 47:23 48:9,18 50:7 58:8 64:17 65:9 70:16 71:15 89:1 92:21 93:13,18 108:15 110:5 117:7 132:7 134:5 137:11 141:3,10 149:22 152:18 169:5 177:14 181:24 182:18 183:15,17 184:22 186:13 187:2, 20 188:22 215:19 217:25 250:6 255:25 256:2,16

**taken** 6:19,22 108:18 135:4 166:7,9

**takes** 187:3

**taking** 38:5 79:3 182:21 218:24 243:11

**talk** 17:16 20:10 21:2 24:16 58:17 67:19 74:20 78:10 81:4 92:21 99:14 105:20 109:25 112:4 117:9, 16 118:2,5 119:5 120:23 121:2,7 126:13 136:16 141:19,24 147:1 154:15 160:9 165:8 187:3 204:4 213:16 218:18 224:1,2 228:17 248:19

**talked** 26:22 35:15 55:4 73:16,17 75:25 93:21 99:20 121:5 122:17 210:25 214:6,8,11,20 218:14 219:18 222:12 223:13 232:16 247:23 248:23 249:10,18 250:25 255:2

**talking** 24:13 32:22 37:24 46:12 54:13 65:16 66:1 74:4 80:9,12 89:5,23,25 90:5,6 91:14,16 102:5 105:5 107:6 112:15 116:25 117:11,13,17,20,21 118:1,6 125:8,20 127:17 135:10,18 141:7 143:2 148:20 150:14 160:8 161:18 167:6 168:3 172:15 173:11,13 181:1,7 187:4,8 190:12 191:2 193:9 194:16 198:25 199:2, 3 203:13,15 207:18 212:1 213:17 222:22 235:2,6 239:5 247:25 249:13

**talks** 183:20 222:23

**tangent** 179:8

**tape** 8:25 9:5 37:24 155:15 156:4, 20,23 157:24,25

**taped** 156:5 157:4

**taste** 74:13,18 233:10,14,16 249:12 254:19

**Tattoo** 238:5 240:1,4,22 241:7 251:9,11,15,22,23 252:4,8,15,17, 22,23,25 254:19 255:15,16,17,19 256:1,3,4,6,8

**TBN** 38:23 46:12 51:6,8 109:12, 14 245:2

**TCT** 38:23 109:12,14

**teach** 17:22 129:3

**teaching** 129:5

**teachings** 17:18

**team** 104:14 132:15 133:8 149:2

**teaming** 101:23 144:3

**telephone** 133:11 145:18 181:1

**telephonically** 147:25

**telethon** 234:4,5

**telethons** 65:20

**Televangelism** 227:4

**television** 31:13 45:8,25 72:2 139:20 176:25 177:12 194:11 244:14 247:17

**tell** 6:5 7:1,10 17:9 18:5 25:11 27:12 34:6 35:19 41:24 44:25 46:7 66:19 68:11 73:6,8 88:18 89:7,23 90:14,22 91:20,23 92:22 97:9,20 99:20 106:18,23 121:7 125:5 126:8,12 128:5,14 136:3 140:21 147:7 149:14 156:7,10 161:1,17 168:13 175:4 178:24 179:6 180:23 181:2 182:20 187:18,23 188:1 192:12 195:18

204:3 208:20 210:6,7 211:21 212:22 213:12,13 214:14 218:12 235:15 237:1 246:1 248:24 252:19

**telling** 21:12 33:25 62:14 63:3 69:21 85:7 89:17 95:19,21 106:11 126:22 133:9 135:14 144:7,13 150:5,14 168:14,17 169:2 174:2 183:1 187:24 188:2 193:12,15 195:20 197:8,24 200:7 201:24 202:21 205:18 207:21 209:5 210:8,13 212:6 214:16,19 217:3,16 238:7 241:5,10 243:25 248:11 255:7

**tells** 33:3 68:12 187:23 244:21

**Temelia** 86:6 87:5,9,11

**Temelia's** 86:7 87:5

**ten** 22:12,17 28:4 65:5,14 115:3 185:8

**tens** 89:8

**term** 28:21 50:13 65:21 81:10 98:23 176:13 211:18 234:11 255:19

**terms** 7:21 25:8,12 27:4 35:14 99:1,2 226:1 234:8 248:25 255:21

**Territories** 82:9

**Testament** 78:8

**testified** 6:6 229:21 255:11

**testify** 13:16 14:2 229:3,19,20

**testimony** 100:2 115:15 232:18 249:24

**text** 56:10 65:16 66:1,4 67:14 71:19 72:10 80:12 84:2,3 90:8 92:1,4 108:8,12 109:7,8,9,17 111:5,11,17 112:1,3 124:10 131:12 132:5,6 133:4,10 134:10,19 136:6,20,22,25 138:4,9,16,17,19 149:17 152:4,6,9,22 162:23 165:20,23,24 167:6,7,8,9,11 168:1 188:19,21,23,24 189:14,22 190:11,19 191:5,7 198:20,21 199:1,21 200:7,9 237:4,12,14 238:5 240:6,8,12 241:10 242:3 243:17,22 245:8,19 246:7,11,12,13 247:8,20

**texted** 109:9 111:10,12,14 112:2 194:10

**texting** 111:4 136:20 200:25

**texts** 10:2 64:15 67:9 70:3 71:18 80:9,16 83:25 85:22 108:6 111:3,9,18,20 124:25 131:3,4,15 133:12 136:9 160:24 181:7 189:6 191:11,19 192:17 193:4 195:17,18 199:17,19 249:3

**than** 9:15,21 13:8,13 14:20 17:12 19:18 43:25 49:14 53:6,12,13,15 57:13 64:5,6 71:4 92:6 96:4 98:24 99:15 106:11 111:22 117:9,20 118:2,5 124:19 128:12 133:6,21 153:12,22 155:5 157:8 167:5 176:23 217:5 223:24 227:24 231:8

**thank** 58:3 71:20,21,23 72:12,21 73:2,4,6,10 101:11 132:12,14 146:23 150:23 173:1 256:14

**thanked** 133:17,23

**thanking** 133:21 204:13

**thanks** 71:20 188:2

**that** 7:2,4,5,10,11,22 8:12,13,22,24 10:2,9,23 11:13,14,15,21 12:10 13:2,3,5,17,23 14:7,20 15:7,15,20 16:1,15,18 17:3,10,15,16,19,21 18:1,15,16,21 19:3,9,16 20:1,7,13,20,25 21:4,9,13,16,18 22:16,20,21 23:8,13,16,19,23,24 24:1,11,16,17,21 25:5,8,20 26:11,15,17,18 27:6,7,22 28:5,17,24 29:7,13,15,17,23 30:1,24 31:3,14,18,19 32:1,19,24,25 33:3,6,22,25 34:2,10,12,18,21 35:15,20,22,24,25 36:6,9,11,14 37:3,4,7,16,18,24 38:4,24 39:2,3,16 40:1,6,7,19,22 41:7,15,21,23,25 42:2,8,13,15,17 43:3,5,10,12,13,15,20 44:11,15 45:1,4,14,21 46:4,5,6,16 47:5,9,18 48:7,9,12,18 49:2,6,9,14,15,21 50:2,5,9,12,13,15,19,23,25 51:5,11,17,18,19,22 52:5 53:6,12,13,15,25 54:8,13,25 55:3,19 56:20 57:3,5,11,15 58:17 59:7,12,20,21 60:1,10,11,14,15,16,17,19 61:9,16,22 62:8,16,18,19,25 63:2,7,8,10,11,12,13,14,19 64:5,6,18 65:1,6,8,9,15,25 66:2,6,25 67:4,16,18,19 68:1,4,13,15,16,19 69:8,9,21 70:24,25 71:9,15,23 72:2,3,4,7,10,20 73:7,8 74:15,24 75:4,5,6,16,20,22,25 76:15,16,23 77:10,15,22,25 78:5,18,23 79:1,4,5,10,21,23,24 80:3,15,16 81:2,4,7,8,10,14,20,22,24,25 82:10,11,23 83:23,25 84:5,6,8,12,15,19,20,25 85:5,6,7,13,14,20 86:2,4,7 88:5,6,7,12,13,14,16,18,21 89:6,8,13,14,16 90:3,10,16 91:1,3,5,9,10,12,17,20,22,23,25 92:3,4,5,6,21 93:2,3,4,6,10,12,16,17,20,23,24 94:1,3,8,11,17,24 95:19,21,23,24 96:3,4,6,9 97:4,5,10,24 98:7,9,10,11,13,23 99:2,10,13,21,24,25 100:11 103:16 105:14,15,16,22,25 106:6,8,9,10,15,16,23,24 107:2,7,8,14,17,18,20,24 108:12,14,15,20,24,25 109:3,9,10,12,17,20,22 110:1,4,7,9,12,19,22,24,25 111:3,4,7,12,16,18,21,25 112:2,4,14,18 113:8,10,11,17 114:1,7,9,19,20,21,22,23 115:1,3,5,6,18 116:5,8,11,13,18,20 117:3,23 119:11,12,15,17,21 120:3,12,16,24 121:20,24 122:1,4,6,9,22 123:4,10 124:2,10,13 125:8,9,17,19,21 126:5,7,15,18,20,21,23,25 127:2,14,16,17,19 128:3,7,9,10,14,16 129:7,8,9,17,18,19,20,21 130:4,11,14,22 131:3,4,12,13,14,21 132:8,10,13,25 133:2,5,6,11,13,14,17 134:6,10,16,23,24,25 135:4,5,8,10,14,16,18,19,24 136:3,13 137:1,6,8,9,11,13,22 138:9,10,21,25 139:10,14 140:4,16 141:7 142:1,11 143:1,10,11 144:8,9,16,21 145:7,9 146:11,12,18 147:9,25 148:20,24 149:10 150:2 151:1,7,10,12,14 152:4,9,15,25 153:10,13,18,22,25 154:4,5,8,11,14,15,17,21,23 155:1,6,13,23 156:2,3,7,10,11,15,17,21 158:3,17,20,23,24 159:4,9,19,20,21,22 160:4,6,17,19,20,23,25 161:11,15,16,20,22 162:11,16,18 163:1,2,5,7,8,9,11,13,16 164:6,9,12,13 165:1,2,16,18,21 166:2,3,4,7,9,11,17,18,19,24,25 167:1,3,10 168:1,4,7,15,17,22 169:2,5,17,18,20 170:1,3,5,7,8,10,16,17,18,22 171:7,8,11,23 172:1,5,6,8,12,17,18 173:8,14,18,20,22,23,25 174:21 175:4,7,13,15,17,18,19,21,25 176:2,4,12,18,19,21,23,25

177:5,6,10,18,20,22 178:1,3,4,5, 6,10,12,20,24 179:6,9,11,14,15, 20,21,22 180:1,4,14,16,23,24 181:3,5,6,9,22,23,24,25 182:1,4, 13,21,23 183:1,3,4,11,17,25 184:3,7,9,11,12,13 185:4,5,14,17, 20 186:2,3,18,22 187:9,14,16,19 188:13,17,19,21 189:2,3,5,10,24 190:6,10,13 191:3,10,13 192:7, 12,16 193:4,12,15,16,18,24 194:5,6,9,10,11,20,24,25 195:2,4, 17,20,23,24,25 196:1,4,6,11,23, 24 197:7,10,11,13,16,24 198:1,4, 20,21,23,25 199:1,9,10,12,14,17, 20,21,23 200:1,7,9,12,14,17,22, 24 201:4,6,8,13,22,23 202:10,17, 21,22 203:7,12,14,16,17,19,21 204:2,4,11,16,22,24,25 205:1,4,9, 16,21,22,25 206:2,6,7 207:1,3,6, 10,12,13 208:7,16,20,21 209:3,4, 10,12,19 210:5,11,14,15,23 211:1,4,13,18,24 212:2,4,6,13,14, 15,18,19 213:9,10,19,23,25 214:2,14,19 215:2,7,8,25 216:6,8, 10,12,14,15,16,21,25 217:1,5,7, 13,16,17,18 218:4,5,7,8,16,20,21, 22,24 219:14,15,18,19 220:9,15, 19,21,25 221:1,3,10,23 222:3,13, 14,23,25 223:2,9,10 224:4,12,14 225:2,6,23 226:3,8,20,25 227:2,6, 24 228:9 229:4,5 230:2,15 231:14,15,16,18,21 232:2,17,18, 20,21 233:1,5,10,16,18,19,22,25 234:8,23 235:1,7,8,25 236:5,14, 16,19,21,24 237:1,5,7,12,15,17, 22 238:12,18,22,25 239:3,4,7,16, 18,19 240:1,4,7,13,15 241:1 242:3 243:6,11,25 244:1,3,8,10 245:2,9,11,16,20,24 246:6,7,13, 14,15,19,22,23 247:8,11,12,17, 20,21,23,25 248:4,6,12,14,17,19, 22,24 249:1,2,3,10,11,19,20,21 250:12,14,15,16,23,25 251:1,2,6, 8,11,18,21,24 252:1,3,14 253:7,9, 10,15,18,23,25 254:1,6,16,21,22, 23 255:6,8,9,14,15,17,25 256:1,2, 3,6,7,11,18

**that's** 10:5 11:11,21 12:11 13:2 16:7,11 17:10 18:14,25 20:1 21:8 25:2,4,6 27:2 29:7,24 32:1,8 33:1, 4,18 34:4,24 35:1,3,11 36:19,21 38:14 39:24 40:3 43:22 44:11 45:21 46:3,13 47:11,13,21 48:6 50:8 51:8,22 52:19 55:13,17,25 58:23 59:5,12 61:25 62:2 63:6,7, 12 64:12 65:2 66:4,21 69:8,9,23 70:19,20 71:7 72:25 75:15,16 78:5,23 79:3,5,6,11 80:12,15 81:6 83:13,16,23 84:18,23 85:14,15 86:12,15 87:1 88:4 90:1,2,13,15 93:10,11,15 95:18 98:7,11 101:5 104:12,20,22 106:12,24 107:22 108:16 110:10,12 111:7 112:15, 18 117:14,18 119:3 121:15 125:16 126:1,11,18,22 127:16 129:9 130:25 131:3,11,21 132:6 133:12 134:1 135:10 136:14,15 137:2,4,16,21,22,23 138:5,7 140:22 141:23 143:4,17 145:11 148:1 149:21 150:13,14,20 152:16 153:11 154:13 155:16 156:16 159:10,11 160:22 163:17, 21,22,23 166:3,8,10,13,24,25 167:24 168:15 169:5 170:7 174:3 175:16 176:21 179:21 180:7,15 182:13,14,20,25 184:12 185:5 187:19,20 192:7,20 194:9 195:15 196:5 197:22 198:16 200:2,4,10, 19 203:8,13,21,25 204:2,3 206:16 207:4 208:12 209:14 211:13 212:8 213:11,13 216:14,15,16,20 217:3,5,7,9 218:1,23 219:6,18,19 220:18 222:8 224:21 226:9 229:14,23 230:16 232:23,25 234:12,21 238:8,19,20 239:5,11, 20 240:3,5,21,23 242:23 243:6 244:2 245:5 246:14 247:7,8,16,21 248:4 249:23 250:3,21 251:6 252:5,7,14,18 254:10 255:3,22 256:10,12

**their** 20:19 23:20,21 26:25 52:17, 18 53:21 81:3 107:7 182:19,21 185:10 209:22 221:22,24 228:20 244:6 250:15

**them** 10:3 18:10 21:5 22:24 25:9, 12 26:17,25 31:16 38:22 46:17 51:15 53:2,25 54:16 68:21 73:7 75:22 77:10 82:18,19 90:25 91:11 92:13 111:10 121:12 127:4 130:24 136:15 143:5 157:5 158:1 160:9,13,14 169:18 173:2 178:5 181:6 182:19,20 185:4 186:22,23 191:16 195:5,12,14,19 211:22 213:14 214:1,3 217:10,11,25 220:10 228:11 233:15 243:5 248:24

**themselves** 253:6

**then** 9:11,14 17:13 22:24 23:8,13, 23 29:4,25 37:25 38:1,8 40:2,16 41:7,15 45:12,25 46:25 48:25 50:11,19 52:24 53:16 54:23 55:25 57:2 59:1 60:7 68:5,7,10,25 69:7, 18 70:4,9 75:3 77:15,16,17,23 78:13 79:7,18 82:16,18,19 83:3, 14,22 88:5,19 89:14,15 90:24 95:25 96:4 97:9,24 107:13 108:19 110:18 112:25 119:13 120:1,2 121:23 125:10,25 126:18 129:8, 10,14,15,18 133:18 134:14 137:18 139:10 140:6,20 147:1 152:17,18 153:12 155:17,18 160:9 172:4 173:8 174:6 181:2 182:12,20,25 185:22 188:24 189:9 190:6 192:11 197:19 201:3 204:22 209:7,9 210:8 211:19,24 221:2 228:7 229:3 232:10 239:3 240:6,7 241:18 242:4 246:15 247:4 248:13 254:9,12

**theory** 220:21 222:16

**therapist** 223:24

**therapy** 222:21

**there** 8:24 9:2,3,7,8 10:2,3 15:24 18:18 20:24,25 22:12,16 23:22 24:2 25:15 28:24 29:1,13,16 34:4 35:22 36:2,9,14 42:2,11,12 49:10 50:11,13 52:12,13 56:25 58:1 63:4 65:2,24 67:7 69:24 71:20 72:4,7 74:20 77:10 78:6 79:18 82:11 83:24 88:14,19 89:13,17 91:25 94:5 96:4,20,24 97:3,24 98:11,15,18,23 100:3,4 107:5,11 109:3,25 111:14,17 113:4,21,24 116:7 121:17 131:21 133:6,12 136:3 138:11 144:17 145:10 153:18 155:1,8,9 156:15 157:1, 11,22 158:2 159:16 160:20 162:21 163:7 164:17 166:10 167:5 168:10,20 169:20 178:3,10 179:12,15,24,25 180:7,9 182:2,10 184:20 185:7 186:8,9 187:25 188:25 191:19 192:19,24 193:2 194:9,16,17 195:12,15,20 197:19 199:9 208:3 209:24 212:8,9,10,14 213:16,22 216:20 217:21 219:8, 10 226:3,25 231:13 234:7 235:21 236:23 239:1 243:22 244:11,12 246:4,13 247:10,19 249:5,19

252:1 254:8 255:5

**there's** 16:23 17:20 36:13,25 37:12 54:10 63:14,16,19 79:19 81:2 98:24 108:25 114:1 119:11, 12 124:2,19 126:4,19 131:4 133:5 138:10 141:16 148:20 153:2 154:7 166:1 167:8,9 169:19 173:18 182:6,9 183:16 186:10 188:9 191:21,22 192:2,4,16,19 195:14 196:3 199:1 211:14 219:8, 10 225:6 233:21 234:5,19 236:13 239:18 246:4 250:14

**thereabout** 41:22 154:24

**Theresa** 230:25

**these** 40:19 56:13 63:11 70:11,24 72:12 79:16 92:2,8 95:15 97:10 106:3 107:16 108:7 113:17 116:19 118:3 119:19 120:20,24 121:2 124:15,16,24,25 125:6,12, 19 126:1,7,20,25 131:12,14 139:23 143:3 154:9 170:19 173:2, 17 187:17 191:11,19,22 192:3,17 194:16 195:17 213:11 228:19 229:16,19,22 230:6 231:4 239:8 241:24 247:23 254:8

**they** 8:22 14:9 15:8 16:25 17:1 18:10,11,15 20:20 23:1,21 24:2, 10 26:17 27:14 29:15 31:14 34:2 36:8 37:2,25 38:25 39:1 42:8 44:13 45:4,12,24 46:14 51:4,15 53:21 54:4,18 55:19 56:24 72:3 75:6,8 76:4,19 77:17 79:1,4 80:10,14,19 82:20 83:8 85:1 86:13,15,19,21,22,24 88:12 91:21 94:4 112:18,23 113:6 116:7,22,23 121:12,23 124:17 125:5,8,19,20, 25 126:5,18 127:3 128:13,19,20 129:7,11,12,13,14,15 131:2,18 133:15 139:18 140:3 151:13 155:15,18,24,25 156:23 157:24 158:1,3 162:3 163:13,16 167:13 169:21 173:9 176:20 178:5 183:15 184:24 195:13 208:20 212:10 218:21 221:6,24 228:20 229:20 230:6 235:8,12 239:19 243:5 244:10 249:6 254:6,12,20

**they'll** 17:9 80:14

**they're** 24:5,6 87:2 110:5 126:8, 24 155:25 156:24 173:10 176:19 186:21 187:24 220:23 221:5,8

**thick** 155:23

**thing** 7:13 23:5 49:8 52:11 55:13 65:10 68:4 79:4 82:3 93:15 110:19,21 111:9 122:21 131:13 135:19 137:9 139:12,24 150:8 168:8 175:4,16 176:2,17 180:25 185:3 189:24 196:16,17,23 198:6 211:13 223:14 224:19 233:16 239:2 244:13 249:16 251:16,24

**things** 7:17,22 10:22 35:7,8 38:15 41:17 43:4 46:2 50:17 52:9 56:22 63:11 72:3 82:2 84:18 93:14 94:6 96:10 108:8 111:1,7 123:14 126:7 150:14 155:11 162:11 168:20,24 173:18 175:25 177:15 179:5 181:7 182:10,25 184:2,18 187:17 188:11 194:24 195:6,15,21 196:3,17 198:18,25 199:1 208:13 211:15 214:5 222:24 224:20 233:9,19,21,25 234:3,8 235:2 243:5 244:15 249:19 252:1 254:9 255:7,8

**think** 8:5 11:3 13:22 14:22 15:25 21:10 22:9 25:12 30:8 32:25 33:1 41:9 46:7 49:19 66:19 70:25 71:1 72:5,20 75:4,10 76:3,4 77:19 78:15 81:4,7 82:6 86:6,9 87:11, 12,13 93:10,21 98:8,22 101:22 102:5,18 104:10 110:24 111:9,12 115:6 121:8 124:12 131:1 134:20 143:1,15,16 151:19,21 164:13 166:2 168:9 171:2 172:16 178:4 181:19 182:8,12,20 183:6,20 184:15,24 185:25 187:16 199:12, 14 201:11 202:15 203:21,25 205:12,13 209:16,22 210:14 212:6,13,14,19 213:1 214:6 215:6,11 217:9 219:18 220:15 221:9 222:8 223:16 224:25 228:18,20 229:15 232:6 233:8,23 242:8 246:5 247:7,23 251:11 252:8,10 256:4,5,12

**thinking** 57:4 58:6 75:11 108:24 187:16 247:6

**thinks** 29:7 205:13 206:17,20

**third** 42:8 132:18 168:10 172:10, 13 198:19 243:19

**this** 6:9,19 7:15,18 13:8,10 14:22 19:18 24:14 26:6,8,11 27:14 28:21 33:18 34:1,8,12,14 35:10 38:21 39:21,22 41:4 42:3,5 45:1 47:22,23 48:17 50:5,13,25 51:23 52:5 54:2,7 56:6,20,22 57:7,22 58:2 60:2,10,15 61:9 62:15,17 64:15 65:10,24 66:1,4,5 67:20 68:2,7,9,21 69:13 71:10,19,22,25 72:1,5,10,17,18,20 73:2,4,9,21 76:16 78:14,15,16,18 79:19,22 81:9,16 82:2,3 83:16,20 84:4,9 85:8,21 86:9 87:21 90:4,21 91:2, 11 92:23,25 93:6,15 99:21 100:21 101:3,21 102:16,24 103:10 104:2, 6 105:4,16 106:20 107:12,22,23 108:8,11,23,24 109:2,4,17,21 110:2,9,17,19,20,25 112:4,11 113:7 114:17 115:19,21,23 116:16 118:8 119:5,15,23 120:5 122:10,13,17 123:17,23 124:7 125:8,9,19 126:1,5,17 128:6 129:5 131:5,24 132:10,18 133:4 134:5,23 135:6 136:3,7,20,22,25 137:16 138:4,9 139:4,5,13,24,25 140:2,4 141:21 142:12,20,21,24 143:11,19 144:2,5,11,21 145:3 146:4,12,14,22 147:15,19 148:5, 18,23 149:3,5,11,17 150:2 151:22 152:6,8,9,22 155:5,16,21,22,23 162:4,23,24,25 165:8,10 166:24 167:11 168:17,24 169:16,25 170:13,21 171:1,18 172:14,20,21 173:5,6,8,11,15,23 174:1,5,21,24, 25 175:7,21 176:10,18,22 177:19 179:23 181:14,16,17 182:1,13,15 183:6,25 184:14,15,24 185:4,11, 13 186:2,15 187:20 188:4,9,21, 23,25 189:2,14,18,22 190:2,7,17, 18,23,24 191:19 194:20 198:15 199:20 200:4,13,25 201:12,14,20 202:4,5,6,8,13,21 203:19 204:7, 15 205:2,3,4,18 206:24 207:7 208:1,2 209:25 211:8 215:11,12, 16 216:2,4,15,23 217:1,2,3 218:21,22 219:1 220:7,10,12 221:2,12,19 222:13,16 223:15 228:18 229:4,16,19 230:6 233:13 234:1,6,7,14,18,21 236:7,9 237:8, 14 238:6 239:3,14,15 240:12,15, 25 241:7,10,11,14,18 242:7,15 243:1,7,17,22 244:15,18 245:8, 11,16,19 246:23 247:3,8 248:5 250:13 253:8,23,24 254:1 255:12

**those** 9:14 10:22 13:13 17:23 23:22 35:7,8 38:24 40:11 41:17 49:20 54:17 76:2,5,10 78:9 80:16

85:25 89:8 91:4,11 92:11,14 94:13 98:9 99:9 106:7 107:6 108:17 111:7,18 121:24 123:14 127:1,3,5,17,19 129:12 132:24 152:20 155:24 156:5 157:25 158:7 164:10 182:24 184:18 192:19,22 193:4,6 214:4 219:15 221:20 222:5 226:7 232:22 233:1, 6,19 239:10 243:11 244:11 250:12,13 251:2

**though** 8:9 33:4 67:18 74:12 115:1 132:18 135:18 161:23 173:11 228:25 231:7

**thought** 11:9 21:3 24:10 27:7 94:8 140:8,9 151:23 169:24 174:14 178:24 180:12 186:7 187:5 199:9 203:2,5 204:9,10 222:11 238:1

**thousand** 113:7

**thousands** 89:8 90:9 143:3

**threat** 143:24 182:24 245:10

**threatened** 147:21

**threatening** 143:22,23 147:17

**three** 17:12 28:22 49:7 71:24 79:3 89:17 101:25 119:10 120:24 124:2 133:18 136:1 138:25 155:11,19 156:15 202:13,16,23 203:18

**through** 7:2 15:15 56:12,16 64:17 66:24 75:23 86:13 93:14 123:22 124:1,15,16 129:7 134:24 136:11 140:2 146:6 150:13 154:9 169:18 170:17 184:21 188:10 201:22 203:6 209:24 222:24 224:3 227:23 243:18

**throughout** 101:3 104:2 159:7 203:12 233:4 242:1

**throw** 39:18 65:24

**throwing** 212:12

**Thurman** 89:7 119:24 120:23 122:17 123:7,10 124:10 127:19 214:8,12 231:2

**Thurman's** 90:8 119:16

**Thursday** 18:9 153:15 157:25

**thus** 106:23

**tied** 63:11 163:8

**time** 6:20 11:19 12:20 14:10 17:8 19:1,9,11 23:19 27:9 28:5 29:8,21 30:5 33:16 39:9,11,12 42:11 46:8 47:24,25 48:1,7 49:15,20 50:14, 15 51:22 54:12,17,18 57:18 60:18 61:16 62:8 63:21 65:1,4,9,13,24 66:3 69:16 72:19 74:10 81:18 84:16 86:22 93:4,20,25 95:7 96:22 99:10,14 100:6 102:17 104:5 105:25 106:6 108:13 110:9 113:6 114:12 117:6 119:23 120:5, 7 121:13 122:1 126:16 128:5 129:13,14 130:24 131:14 132:12 133:3,14 136:11 140:11 141:9 143:6,11 148:21 149:22 152:10 153:10,11,15,18 154:8,10,19 157:13 161:6 166:7,10,24 168:14 170:19 172:14 175:13,20 177:11, 16,20 178:6,20 179:15 183:6 187:4,8 190:16,17 195:3 197:11 201:9,12 202:21 203:12,16 206:14,23 208:3 209:17,22 210:14 214:11,13,18 215:8 216:16 218:2 221:19 225:16 226:6 228:1 233:4 234:4,23,24 238:25 239:8 241:9 245:13,24 246:4

**timeframe** 89:5

**timely** 185:11

**times** 7:10 9:15 10:2 13:1 23:22 28:7 56:22 101:20 102:3,7 111:14,17 114:8 115:3 118:6 121:18 125:6,21,23,25 155:16 156:11 158:2 159:1,4 161:9 173:9 176:8 178:10 180:3 202:13,17 203:18 218:11 223:12,13

**timing** 89:4 120:20,21

**Timothys** 17:20,21

**tired** 147:17 208:10

**tithe** 35:3 207:19

**titles** 55:23

**today** 17:4 22:20 34:1,17 56:24 66:17 74:2 89:19 94:16 115:3 118:25 145:8 163:9 197:10 202:18,20 227:6 231:15 232:16

**today's** 7:14 8:5

**together** 8:25 14:12 17:1,9,13,23 43:20 50:16 52:9 54:4,11 63:11 88:20 97:21 118:20 127:23 151:14 166:20 167:13 185:9,15 196:14 217:11 226:21 251:4 256:18

**told** 22:14 23:24 31:15 33:13,14 55:13 58:1 69:5 83:24 84:10 88:16,19,20 89:21,22 90:7,16 91:9,22,24 92:9,10 94:3 96:2 97:8 106:12,13 114:12 115:3 118:6 121:24 124:13 156:11 172:14,16 180:22 181:1 188:21 189:2,7 190:5,18 197:7 202:15 203:2 204:4,11,17 216:11,24 217:7,8 218:19,20 240:4,10,21 241:6,7,10 245:1 248:12 253:2

**tonight** 89:11,16 90:20 129:2,3 245:22 247:7

**tons** 54:10 91:25

**took** 51:11 116:4 133:15 239:4 256:2

**top** 65:16 67:2 80:9,12 86:7 109:2,7 124:9 148:17 166:1 167:22,23 174:24 175:1 178:17 184:14 243:19

**topic** 36:6 45:10

**total** 120:2 125:10 126:3,4 216:15

**totally** 107:12

**totals** 93:8 113:15 124:11

**tough** 227:9,12,14,15

**toward** 205:9

**towards** 176:19

**town** 153:13,23 208:3

**track** 95:11,13,16 112:5

**traffic** 51:19

**tranches** 218:15

**transcribe** 37:25

**transcribers** 38:1

**transcript** 141:16 142:17 146:14 148:19 169:22 170:1 181:23,25 182:2 198:13,14 200:14

**transcription** 171:4 181:15 182:17

**transcriptions** 171:2

**transcripts** 169:16,17

**transpired** 198:21 199:21

**travel** 112:20,21

**treat** 141:9

**treated** 228:24,25 229:2,4,5,6,8, 24 231:7

**trial** 169:23

**tricky** 95:11

**tried** 71:1 189:9 210:22

**Trinitarians** 18:11

**Triumphant** 16:10,11,13,15

**trivia** 252:12

**Troy** 6:1

**true** 159:11,12 184:11,12 198:23 201:24

**trust** 124:16

**trusted** 98:16

**trustees** 151:8

**truth** 6:5,6 136:17 159:12 168:13 187:18,23,24 188:1 197:4,8 212:6 214:14

**try** 93:9 94:16 100:18 103:24 110:15 143:10 149:5 171:22 188:25 250:11 253:9

**trying** 24:17,23 36:17 45:2 94:6 95:11 97:3,6 98:22,25 100:5 101:3 104:20 105:7 109:12 110:13 125:14 134:11,12 139:13 146:6 147:6,23 149:25 150:1 175:1 176:11 180:1 185:21,23,25 190:6 196:16,18 208:11 211:23 212:8,9 218:25 228:16 233:15 244:25 246:5 251:18

**Tuesday** 45:13 51:8

**Turks** 108:20

**turn** 38:22 40:11 45:24 65:1 119:13 144:17 244:23

**turned** 36:4 68:25

**turning** 142:9,10 145:9

**tuxedos** 239:19

**TV** 209:1 211:11 232:10 252:6 253:24

**twelve** 79:3

**twice** 9:4

**Twitter** 11:12,13

**TWN** 248:20,25

**two** 8:7 9:15 12:9 13:13 17:21 25:18 28:22 44:6 46:8 63:11,19 64:17,18 76:4 82:2 100:12 101:13 104:14 121:9,18 122:14 124:22 127:24 131:21 132:24 140:24 141:1 142:11 144:25 148:20 156:21 159:5 167:13 171:23 182:9,17 186:7 187:8 191:11,19 192:19 218:17,22 220:13,18,20 243:20,25 255:5

**two-hour** 35:22

**two-part** 57:1

**TXT** 256:18

**type** 9:22 38:4 74:21 168:12

**types** 75:9 239:10 254:9

**typically** 73:6

**typos** 169:19

## U

**ugly** 233:23

**Uh-huh** 68:14 189:19,21 200:21 223:5 243:14 252:13

**ultimately** 85:2 186:20 226:1

**um** 200:20,22,24 234:1

**Um-hum** 6:14,21 8:8 12:23,25 13:11 18:2 23:10 27:19,21 28:15 39:20 40:10 42:7,24 43:23 45:11 47:17 48:8 54:14 55:3,6 57:25 59:2 63:23 72:14,16 73:5,11,19 78:17 79:9,13,15 80:22 81:19 82:15 84:22 85:24 87:24 88:2 94:18 96:17 110:23 112:22,24 115:9,11 119:18 122:11 124:18, 21 126:14 132:20,23 134:17 137:10 152:3 163:12 164:17 166:14 168:6,16,19,25 169:4 171:13 172:7 174:8 175:3,10,24 179:13 180:11 183:2 189:4,16,23 191:6 200:6 201:10 202:11,14 211:20 215:24 224:11 231:6 232:5 236:12 237:11,19 238:13, 21 239:13,21,25 240:14,16 241:2, 20,22 243:21 244:17,20 245:23 246:9 251:10

**Um-um** 11:7 39:10 60:7 113:16 120:22 180:21 223:25 224:7 225:11,17 229:7 253:17

**unaware** 20:1

**unbelievable** 115:14

**under** 29:1 45:16,17 97:14 106:16 107:13,20 220:21 222:15 226:18 244:11

**underhanded** 147:22

**understand** 6:25 7:1,16 11:10 13:24 19:10 24:22 31:18 32:24 33:14 34:10 36:13 45:2,20 52:12 53:23 61:23 63:10 69:8 80:2 83:1 85:1 95:8,23 97:3 98:21 103:15 108:14 109:8 110:16 111:21 115:5 122:22 123:4 128:16 137:1, 18 142:14 148:22 151:10,12,14 152:11 160:5,17,19 165:18 172:13 173:7,14,20,25 174:1,5, 11,13,18,21 176:11 191:10 204:2 205:9,12 212:3 218:13 235:8,9 245:1 251:16 252:3

**understanding** 8:19 19:13 27:9 41:23 42:9,15 44:20 79:17 82:25 84:7 93:5 95:7 115:1 123:8 139:4 159:9 165:1 206:23 248:21

**understood** 7:4 25:9 32:19 97:24 106:9,10 238:22

**unfiltered** 198:13

**unit** 81:18 82:8 88:7 218:15

**units** 113:2 119:17,25 120:1 123:4

**unlawful** 207:2

**unless** 117:1 188:5 203:8 204:3 220:8

**unpaid** 83:8,9 132:19 190:13 194:15 250:13

**until** 21:20 41:15 42:3 46:20 47:5, 7 81:12 83:4 94:17 108:15 120:18 168:12 188:4

**up** 8:22 18:12 19:3 23:22 25:21 39:14 41:12,17 42:16,17 47:4 51:17 53:21 54:20,21 55:23 56:5 57:8 59:24 62:17 64:1 65:16,20 66:2 70:3,18 76:19 78:18 79:2,3,4 81:7 82:20 83:9 85:10 91:5 92:13 94:17 104:21 105:11 106:22 107:5 115:19 116:5 117:4 120:17 139:12 145:18 146:19 147:18 148:1 154:21,25 155:7 163:7 164:15 176:2 184:2,14 188:5 195:4,13 197:1 201:4 203:14 204:24 205:4 217:3 218:5 224:20, 23 225:20 226:7 234:14 235:2,6 244:11 248:13

**updates** 84:19

**upon** 40:14 62:15 111:24 158:9 224:9

**upset** 72:1 109:12 110:1 201:17 207:17 208:12 210:15,18,21 211:2,22 212:4 245:4 253:18

**upsetting** 245:2,4

**upwards** 121:11

**us** 7:15 9:4 14:1 18:5 30:18 54:1 61:8 63:3 80:14 110:19 112:16 127:23 161:20 169:25 173:19 182:3 186:13 208:20 218:9 226:21 235:1 244:11 248:22

**use** 12:13 40:4 44:17,19 58:5 59:17 87:21 90:23 110:1 121:20 211:18 225:16 234:8 235:1,2 245:16

**used** 18:19 42:8 77:5 176:18 254:1

**user** 13:4

**uses** 233:25

**Usher** 35:6

**ushers** 34:22

**using** 65:21

**usual** 152:8

## V

**valid** 186:22

**various** 116:18

**vary** 46:7

**verbal** 7:8 92:11 151:12,16,20

**verified** 198:14

**verses** 79:3

**very** 20:17 72:1 95:18 100:6 102:14 107:9 108:16 132:21 139:2 158:11 236:13 245:22

**Victor** 27:23,24 28:1,3,5,13

**video** 45:23 82:5 169:24 171:5 181:15,25 184:15 198:13,16 210:24

**videos** 54:10 169:16 171:3

**viewers** 208:19

**Villechaise** 252:10

**vis-à-vis** 213:23

**visit** 226:4

**voice** 140:15,17,21

**volume** 145:9

**vote** 67:20

## W

**W-2** 22:1

**WADL** 232:10 254:3,4

**wait** 26:6 82:21 140:11 142:3 174:10 179:1 206:14

**waived** 50:13,15 52:14,15,22,23

**waives** 50:9

**walk** 37:2 234:3

**walked** 57:14,16 62:7 180:20

**walks** 37:2,5,14,19 38:4,9,16 40:4,8,25 55:20 75:3 77:4,5 234:1

**Walmarts** 107:8

**want** 15:7 24:16 25:7 30:17 43:5 45:2,6 55:3 58:15,16,19 62:11 66:17,19,20,25 75:4 76:18 80:14, 15 89:11 92:23 104:14 108:10 109:3,14,16 110:13 119:10 132:11,14 134:5 136:6 137:5 138:15 139:1,2 142:10 144:5 146:12,13 147:9,10,15,16,24 148:10,25 149:12,13,14,17 150:8 153:11 161:25 162:3,21 163:2 172:11 179:9 186:1 193:18 194:6 195:11,12 196:9,10 197:21 201:20 206:9,16 207:4,20,22 211:25 213:16 214:14 217:2,10, 11 218:1 222:10 227:6 235:8 243:17,18 250:11 254:10 255:2

**wanted** 30:6 31:7 39:2 41:18 42:1 49:7,12 58:17,21 60:8,10,18 62:19 77:16 110:1,8 148:1 185:4 188:11 193:19 198:18 199:12 200:3 254:18 255:16

**wants** 41:6 57:10 113:8 121:20 148:25 170:18 242:8

**warehouses** 88:23

**Warfare** 75:8 76:19,20 77:21 78:7 91:16 119:25 120:5,8,12 130:3 230:19

**warning** 29:9,11

**was** 8:9 9:7 12:10,11 13:18 14:7, 8 15:12,14 16:9 18:1,7,12,18,21, 22 19:5,8 20:12,18,22 21:1,3,4, 10,12,13,18 22:11,12,14,23 23:4, 8,13,24 25:14,17,20 26:11,12,16 27:6,7,13 28:17,24 29:1,9,13,15, 16 31:3,14,17,19 32:10,14,19,21, 22 33:25 34:12,21 35:17,22,23, 24,25 36:9 37:4 38:19 39:11,12, 24,25 40:6,18,19 41:6,18,23,24 42:2,3,5,13,15,17 43:10,14 46:4 47:4,8,19 48:24,25 49:6,9,23,25 50:1,2,11,15,19 51:1,16 52:5,9, 12,25 53:7 54:8,12,18,19,20 55:20 56:7 57:1,3,5,13,15 58:6, 11,12 60:10,11,13,14 61:11,13 62:16,19,20,24 64:20,25 65:11, 15,16 66:4,10,13 67:7,12,18 70:18 71:4,5,11 72:1,2,4,5,7,9,10, 17 73:15 74:15,21 75:4 76:14,23 77:2,3,4,10,23 78:6 79:2,4,16,18, 21,23,25 80:15 81:10,14,15,18, 20,24 82:11,23 84:11,13 85:7,16 88:12,19,21,22,25 89:4 90:5 91:2, 9,22,25 92:18 93:20,22,23 94:5, 11,19 95:5,11,13,17 96:1,2,4,6, 20,24,25 97:3,4,6,14,24 98:13,19 99:2,6,25 101:15 104:10,12 105:24 106:9,10 107:6,8,11,17,18 108:1 109:12,24,25 110:2,18 111:14,17 112:13,16 113:11

114:12,19 115:14 116:20 117:1,4, 5,16,17,21,23 118:1,6,16,22 120:11,12 121:12,17 122:4,14,17, 22 123:19 124:5 127:17 128:22, 23 129:9 130:4,9,14 132:1,2 133:12,13,23,25 134:2,8,23 136:3,13 137:13,24 140:8,12 144:6 145:18,25 149:7 150:9,12, 13,19 151:23 152:9,13,19,20 153:18 154:5 155:12,13 156:7,15, 17 157:9,20,21,22 158:2,9,10,16, 24 160:21,22,23,25 161:2,5,9 162:11 163:8,20 164:9,11,13,17 165:1,6,13 166:7,9,18,19,21,24 167:18 168:7 169:13,25 170:24 171:8,11,16,20,25 172:4,14,17 173:21,22 174:14 175:21 176:1,8 177:16 178:3,24 179:6,16,24 180:1,3,4,7,12,14,18,22,25 181:6, 9,11,16 182:8 183:4,6,7 185:5,7, 11,13,14,17 186:2,3,5,7,8,9,10, 11,25 187:25 188:6,13,14,23 193:2,4,14,25 194:4,9,20,25 195:4,6,20 196:11,13,23 197:1 198:9,10,23,25 199:9,13,24 201:2,3,4,16,25 202:3,4,5,8,20 203:5,21 204:1,4,7,13 205:4,7,8, 12,13 206:2 207:2,9,13 208:3 209:12,13,17 210:21 211:21 212:8,9,10,14 213:1,10,22 214:8, 12,22 215:13 216:4,6,13 217:17 218:10,20,21 221:17 222:22 225:19 228:24 229:5 230:11,19 231:4,13,14,17,18 232:1,10 233:15 234:4,14 235:13 236:2,16, 23 237:9,14 239:1,2,14 242:25 244:3,5,6,11,12 245:2,4,24 246:2, 6,13,18 247:1,12 248:1,2,16 249:1,2,4,5,8,10,11,13,16 250:8 251:8,18 252:8,9,10 253:7 254:6 255:4,16 256:3,4,21

**wasn't** 18:10 26:4 38:11,25 39:1 42:5,12 49:22 78:20 83:24 88:24 97:17 98:11,15 99:7 101:15 102:25 107:10 109:15 114:25 116:13,24 128:13 129:15 158:20, 23 164:12 170:5,13 194:1 195:6 199:1,14 206:4 211:21 212:11,17 239:11 247:1 249:20 252:14

**wasting** 208:3

**watch** 247:4

**watching** 12:22 26:4 38:20

**watermelon** 195:15 234:18,20, 22 235:5,6,7

**waters** 76:16

**way** 24:6,11 30:17 45:1 46:3 50:23,25 57:15 62:9 67:20 74:24 79:2,4 83:13 85:13,22 98:8 113:4 116:16 126:15 130:4,14 143:8,9, 10 148:20 152:24 157:3 164:1,10 171:18 174:24 175:13,15 178:11, 14 180:6 186:2 188:4 201:20 206:5 207:7 217:18 229:3,5 243:18 253:8

**ways** 128:9

**we'd** 55:23 80:20 129:14 187:5

**we'll** 7:10 12:20 27:1 28:13 34:5 36:13 38:14 40:4,22 41:11 43:4 48:23 50:7 64:18 87:21 88:3 92:21 93:18 110:24 134:14 139:14 140:5,23 148:5 198:5,16 215:11 220:19 224:25 256:16

**we're** 14:21 24:13 37:3 39:21,22 44:9 48:17 51:23 52:8,9 53:8,14 54:13 56:6 58:3 61:10 62:16 71:14 80:12 81:4 91:14 93:14 97:21,22 100:8,12 101:3,21 102:9 105:2 107:2 110:19,21 116:25 118:12,18 123:17 125:8 127:17 129:3 143:11 146:6 147:1,4,11 148:13 169:11,23 170:22 172:15 177:5 182:21 187:5 188:2 218:7 220:4 221:14 224:3 254:7

**we've** 9:21 58:2,6 63:19 70:24 112:15 118:8 170:17 192:16 215:19 220:9,10,18 227:24 236:13,16 249:10,18

**wearing** 224:24

**Wednesday** 8:5 153:16

**week** 12:9 14:9,15,16 21:7 22:4 33:16 45:14 46:5 54:6,7 81:2 91:1 96:25 128:6 202:19

**weekly** 44:14 48:23 127:12

**weeks** 23:16,18 29:18 89:17 133:18 183:1

**well** 9:3 15:8 17:9,20 26:24 27:1 29:7 30:9 33:24 36:17 37:24 38:16 41:11,23 43:20 44:25 46:16 48:18 50:21 51:25 57:1 61:18 63:10 65:12 67:2 70:10,21 78:14 82:1 83:1,21 85:5,11,12,15 86:12, 21 89:7 93:6 95:23 96:21 98:15 99:14 101:17 102:9 103:22 105:3, 24 107:24 112:11 115:22 116:17 121:5 127:3,4 128:5 133:15 136:11 139:5,10,12 143:18 144:20 149:13,22 150:7 155:25 156:1,3 159:16 162:8 163:7 167:9,14 168:20 175:18 177:11 180:16 183:20 185:3 191:23 198:4 204:5 207:21 209:23 212:2 218:14,20 220:15,17 221:6 222:11 224:1 225:16 237:4 243:5 247:3,12 253:25 254:17 256:10

**went** 14:24 18:20 21:6 24:21 26:1 47:16 48:14 50:4 51:22 53:18 63:13 77:22 87:3 91:10 106:3 109:13 129:11,12 136:11 139:15 156:3,11 183:18 199:9 201:21,25 212:24 218:14,18 226:16 227:23 242:5 247:4,21 249:12

**were** 8:11 9:8,22 10:3 13:23 15:13 17:17 18:7,8,13,15 19:1,6, 11,14 21:22 22:3,11,23,24 24:2,7, 10,24 25:5,7,12 26:10,14,17 28:5 36:14 38:19,25 39:1,11 41:19 43:7 47:6,9 48:4,11 51:4 53:2 54:16,17,18 55:25 57:2,3 58:1 63:1,11 69:5 75:6,8,20 78:9 79:1, 23 80:9,20 83:8 84:21,22 85:2 86:18 87:17,18 88:6 89:8 91:4,24 92:8 93:2,3 94:1,4,9,24 95:23 96:4 97:18 98:9 105:15,22 106:6 107:7,15 110:12 113:1,2 114:18 116:18,22,23 117:3,23,24 119:5 120:16 121:17 124:10 127:22 128:9,16 133:21 137:12 149:9 153:19 155:1 159:1,9,19,20,21 160:20 164:7 169:22 174:10 177:17 178:7,8,10 179:15,24,25 183:7 184:1,20 192:24 193:3 194:10 197:1,8,10,11,24 199:25 200:9 201:16 202:15 203:13 204:13 210:15,17 211:1,4,8 212:6,10,11 216:17 222:11 229:22,24 233:1,10 234:18 237:6, 17 244:3,8,10,11 245:2 246:22 247:24,25 248:19,22,24 249:19 251:2 254:19,20 255:7,8

**weren't** 42:11 197:7

**what** 7:4 10:7 11:10,21 12:4,10,

11 14:2 15:15,18 16:24 17:17 19:1,4,8,11,23 20:1,16 21:18,19 22:11,23,24 24:5,7,10,15,21,22 25:7,11 26:5,19,23 27:3,5,7,9,12, 13 29:7,24,25 30:9 31:13,14 32:17,25 33:1,13,14 34:6,19,21, 24 35:3 37:3,4,20 38:14,21,25 39:1 40:13 41:8,9,10,18 42:2,17 43:17 44:7,11,17,18,22 46:4 48:15,17,18,19,23 49:8,25 51:4, 16,20,24 52:12 53:20,23 54:13 55:17,25 57:3,10,12,13 59:8,13 60:1,2,7 61:9 62:14 63:6 64:25 65:15,20 66:4 67:12,24 68:15,16 69:9,10 70:10 71:5,25 72:9,10 75:16,20 77:18 78:10,11 79:5,16, 19 80:12,14,15 82:3,13,20 84:15 85:1,14,16 86:6,17,19,21 87:2 88:7,13,21 89:4,5,7,17,20,21,23, 25 90:4,5 91:4,13,17,19,20 93:8, 15 94:11,19 95:5,6,7,11,13,17,19, 21 96:1,2 97:6,20 98:8,13,24 99:1,25 100:11,13,22 101:12 102:9 104:25 105:5,23 106:11,12, 13 107:15 108:23 109:9 111:21, 24 112:2,5,15,20 113:22 117:15 118:4 119:13,23 120:5,21 121:7, 11,15 124:25 125:16 126:20,22 127:15,16 128:9,11,20,25 129:2,9 130:17 131:5 132:21 133:1 134:22 136:6 137:3,19 139:23 140:4,10,12,22 143:1,2,4,11,14, 15,22,24 144:6,14,15 145:24 147:19 149:13 150:7 151:2 152:6, 7,8,11,12,17 153:10,12,13,22,24, 25 154:8,16 155:24,25 158:13 159:3 161:17 163:2,21,22,23 165:10 166:18,24 167:4,5,6,11 168:14,15 170:5,14 173:6,7,8,10, 14,16,20,22,24 174:1,2,3,5,6,7,9, 13,21 175:8,23 176:1,11,14 177:3,4,7 178:1,13 179:10,23,24 180:7,23 183:3,20 185:5,21 186:1,8 187:6,16,19 188:9 189:5, 10 190:16,22 191:10,13 192:7,10, 20 194:9 195:8,9 197:13,16,19,22 199:16,20,24 200:19,24 201:11, 12 202:3,7,17,18,20 203:3,8,9,11, 13 204:8,9,10 205:18 206:2,3 207:6,7 208:11 209:2,16,20 210:4,18,20,21 211:11 212:1,8,19 213:15,17 214:4,22 215:12,19 216:13,16,21 217:7 218:12,19,22, 23 219:18,19 220:18,19 222:4,12, 25 224:1,3,8,17 225:2,20,21 226:17,20 227:24 228:2,17,20,22 229:13,15 230:2,18,23 231:2,13, 14,25 233:15 234:13,21,24 235:9 236:13 237:24 238:7 239:5 240:23 241:5 242:22,23,25 243:6 244:8,21,23 245:1,24 246:3,6 247:16,24 248:16,24 250:16 251:8,17,24,25 252:9,20,24 253:5,7,22 254:1,22 255:4,7 256:2,10

**what's** 10:23 27:22 35:5 38:22 39:17 59:7 65:8 70:1,3 77:5 87:5 101:6 115:23,24 116:2 131:3 133:7 142:14 174:7 187:11,14,15 217:6 225:18 236:6

**whatever** 7:13 39:25 83:4 94:15 102:1 121:21 129:8 154:23 162:3 211:25 214:14 220:23 232:7 234:12 235:13 254:17

**wheel** 38:25

**when** 7:21 8:2,6,24 9:1,6,15,22 11:9 12:3 15:6,13 16:24 17:16 18:10,14 19:4,11 21:14,18,22,25 22:7,24 25:10,14 27:3 31:5 34:14 35:17,21 36:11 38:4 39:11 41:20 42:5 43:16 46:1,22,25 51:4,22 54:8,9,24 55:10,12 57:2 58:21 59:24 60:13 67:7 68:13 69:9 73:6, 16 74:11 76:15 77:3 78:4 79:22, 23 80:3 81:8 82:13 83:20,21 84:4, 6,8,10,12,15 86:24,25 88:18,20 89:2,10 91:23,24,25 92:13,22 94:5,8,10,17 96:12,15 97:6,12,14, 16,18 98:19 99:2 106:22 107:5,6 108:11,12 112:16,18 114:7 116:7 120:17,18 122:4,17,20 124:22 125:19 127:15,19,22 128:20 133:10 136:13 140:7 142:18 143:13,21 153:13 156:3 162:3,6, 10,11,16,18 166:9,21 169:18 171:11,16 173:9 175:25 176:24 177:10,16,17 178:8,17 179:5,11 180:19 181:1 183:5 184:23 185:17,18 186:9,14 188:1 191:2, 4,7 192:24 193:2 194:10,25 195:13 196:6,7 197:7 201:1,9,11, 16 202:4 203:14 205:3 206:8 210:4,15 211:4,9,13 214:4,6,7,10, 11,20 215:16 217:8 218:18 223:14 225:19 227:22 231:14 235:2 238:8 247:1,6,24 255:4,23 256:7

**whenever** 25:14

**where** 14:23 15:20,22 16:8,14 23:6 31:12,17 34:5 44:9 59:12 61:8 67:15 71:19 76:2 79:2,19 90:14,15 115:21,22 124:19 125:14 126:8 127:2 138:12,19 139:13,24,25 149:9,17 157:23 166:22 172:22 174:10,14 176:4 182:7 185:7 186:8 188:21 189:6, 22 195:13 196:19 197:13,16 200:20 202:9 206:6 210:5,25 216:14 223:6,8 224:12 226:12,15 235:4,14 236:23 248:22 249:11

**whether** 13:2 24:6,20 30:11 78:6 107:15 111:19 186:21 233:9

**which** 10:19 13:4 41:16 58:3 62:24 66:8 82:9 87:25 88:7 92:16 109:15 110:19,21 119:25 125:3, 20 127:1 128:17 145:13,17 155:12,13 180:18 183:14 188:11 196:19 201:9 202:17 220:9 221:24 226:11 246:7

**while** 8:11 14:5,6 19:5 63:1 88:19 116:4 144:23 147:25 163:19 180:17 182:22 196:20 227:23

**whistle** 176:24

**white** 164:22,23 173:9 185:1 195:10 208:21 230:13,24 231:7 234:15 238:23 252:8

**who** 13:25 18:18 20:12,22,25 21:3 32:10 33:2,4,19,21 37:19,21 38:19 47:19 51:1 78:10 86:2,3,4 105:7 115:22 122:24 136:2 145:1 152:2,19,20 157:23 178:17,21 179:18 185:10 187:23 199:13,14 201:16,19 210:7 219:1 222:24 230:19 232:1 234:16,25 235:6,7 244:11

**who's** 45:8 138:17

**whoever** 86:13,15

**whole** 6:5 12:16 21:19 26:18 46:13 55:25 59:18 72:9 100:6 109:19 117:6 127:22 129:24 131:2 154:7 155:15 156:24 176:2 177:17 185:3,13 189:24 194:22 198:6 216:24 233:17 239:2 247:4

**wholly** 116:6

**whom** 142:13

**why** 7:1 13:2 21:25 63:7 69:25 83:16 84:3 85:1,5,6 97:17 107:24 109:6,21 110:6 114:11,22,24 115:24 131:11 136:15 143:15 149:2,21 150:13 155:16 157:3 161:1,24 166:10 170:5 172:11,13 180:15 184:1 190:6,12,23,25 191:1,3,17 192:19 193:23 195:17, 18 196:6 198:1,4 199:3,8 200:3,4 201:25 202:17 204:16,17 205:13, 14,18 206:5,10,16 207:2,5,6 208:12 212:5 213:20,25 214:1 216:20 217:16,18 219:12 224:21 229:3,22 230:14,16 231:10,12 241:24 247:8 251:3 252:19 253:18 255:16,17 256:8

**wife** 13:25 175:8,15 176:3

**wild** 201:21

**Williams** 168:23

**willingly** 106:3

**win** 67:15

**wind** 79:3

**windows** 45:6

**wine** 17:22

**Wisdom** 37:2,5,14,19 38:4,9,16 40:4,8,25 55:20 75:3 77:4,5

**wise** 120:16 209:2

**Witchcraft** 20:17 55:20

**withdraw** 221:21

**withdrawing** 219:15 222:5

**withdrew** 183:17

**within** 91:22 153:20 166:11 177:20

**without** 29:9,11 63:24 67:15 98:16 114:15 135:2,4 159:15

**witness** 12:18 30:14 33:10 60:21 72:24 87:7 99:18,24 100:18 101:9,14 105:7 138:12,17 140:12 157:15 161:7 170:4 179:4 193:23 210:2 214:19 216:11 223:15 230:14 232:9 236:9 250:1

**witnesses** 179:25 228:17,19,21

**WNC** 56:12 64:14 66:24 71:16 108:5 123:22 132:5 134:19 151:25 188:10 192:18 209:10 236:11

**woman** 18:18

**Woman's** 78:6

**women** 233:21

**won** 220:18

**won't** 38:10 39:14 114:21,22 127:5 188:4

**wonder** 124:2 188:1

**wondering** 202:8 221:1

**wooed** 109:22

**word** 8:12 9:5,23 13:12 20:11,21, 25 21:4,13,14,19,20,23 22:2,7 23:2 24:3 25:1,25 27:12 28:6 31:9,12,13,15,16,17,18 32:17,18, 20,21,22,23,24 33:2,3,5,19,20,21, 22,24 34:3,6,20 38:23 40:8 46:1, 10,17 47:4,8 49:24 52:18,25 53:19,25 55:21 60:24 62:8 63:16, 22 64:2,7 68:4 75:3,13,20 76:5,6, 11,23 77:1,2 78:1,21 79:7,12,24 82:16 83:2,14 84:5,20 85:16 86:18 87:16,22,25 89:2 90:24 92:2 94:9,10,20,25 96:6 98:19 102:16 103:16,17,20,21 104:1 105:17 106:17 107:5 108:5 109:1 110:2 112:7,9,25 113:2 120:13 121:21 122:18,20 125:5,20 127:10 128:17 129:23 130:3,7,8, 9,10,12 132:15 136:12,13 142:6 148:17 150:17 152:13 154:22 155:11,12,14 156:12,13,14,15,16, 20,25 157:6,7,8,20,21,22 158:5, 14 160:3,11 162:7,8,15 163:6 164:6 171:12,25 172:4 176:15,16, 17,18,20 178:4,9 183:7,23 188:22 193:13 196:5,9,10,11,12 199:3 200:10 208:16 209:1,2 210:15,25 213:20,21,22,25 214:12 215:22 222:21 224:3,5 225:4,19,25 227:1,3,7,21 228:1,10 230:20 232:7,18 233:4,25 234:25 235:1 244:1 250:2 253:8,16

**words** 25:7 36:3 100:5,19 130:1 138:22 157:4

**work** 11:15,18 21:20,22 76:17 93:15 123:7 155:7 175:11 180:5 203:6 227:1 228:10 230:4 232:4 254:2

**worked** 20:25 22:16 28:3,5 39:16 45:3 88:14 107:4,5 123:4 203:2

**workers'** 20:8

**working** 8:11 19:14 22:1,7 88:19 122:18 127:22,24 136:3 178:7,8 180:9 221:25 233:4 244:11

**works** 178:4

**world** 136:17 151:15

**worry** 93:18

**worse** 213:24

**worship** 10:24,25 11:2 14:11 18:10,11 44:12 181:17

**would** 8:13,25 9:1,4,14,15 11:14 15:8 18:16 19:2 20:19 21:8,10,24 22:15 23:6,7,13,16,19,22,23 24:1 26:6,18 29:14 30:8,9 36:24 38:24 39:16,17,23 40:6 41:7,20,21,25 43:19 46:16,17 51:19 52:13,15 60:7 62:14 65:20 70:23 74:5,12 75:6 76:5,10 77:11,19 78:1,4,13, 14,15,18,19,25 79:5 80:24 81:15 82:4,14,16,17,18,19,24 83:2,3,25 84:3,5 85:1,6,10,14 86:18,19 87:4,13 88:9,12 89:10,15,23 90:16,21,24 91:11 92:8 93:6,13, 24 94:12 96:15 97:4 98:18 99:14 106:8,15 107:14,21 110:10 111:5, 6,16,17,18,22 112:6,23 113:4,6, 10,17 114:19,23 116:11 120:12, 14,16 121:18,23 124:10,13 125:12 126:20 128:5,7,14,15,19, 20,21,22,23 129:7,10,13,15,18, 20,21,22 130:2,4,6,9,12,14 131:2 135:16 136:17 144:8,9 149:25 150:2 152:14,15,18 153:10 155:15,16 156:14,20,21 157:6,8, 12,24 158:1,3,5,7 159:4,5,7,13,16 167:10 169:19 172:1,5 176:23 179:19 181:5 184:20 185:9 187:20 192:2,12 194:25 196:6,14 201:8 203:8,22 205:5 206:5 207:6 208:7,16,20 209:9,16 210:4,5,16, 18 213:20,25 215:6 216:21 218:16 219:19,24 220:6 223:20 224:5 225:6,7 226:12,23 227:6,9,

12 228:9 229:3,15 231:10 232:22 233:5,18,20 244:4,5 249:15,21,22 250:1,25 251:8 253:18,20,23,24 254:12

**wouldn't** 9:17 23:22 61:22,24 62:1,3 67:23 78:9 83:4 84:2 86:12 92:13 99:16,18 109:25 114:20 119:4 124:12 180:23 187:25 209:15 212:5 233:16 249:14,16 254:10,17

**wow** 56:23 57:3

**wrap** 180:1

**write** 12:17 37:16,22 38:1 104:4 132:21 148:20 154:4 162:3,4 195:19 217:19

**writing** 12:11 32:11 37:18 86:10 114:4,5 134:22,25 135:15 137:3, 12 146:16 148:16 151:20 178:15, 17

**written** 7:17 9:22,24 47:18 91:6 112:16,17 113:13 140:3 150:25 151:3,10 165:2 202:18 215:20,22

**wrong** 41:24 46:8 48:10 56:23 65:21 69:24 71:21 75:11 83:2 99:1 108:13 143:12,16 146:1 164:2

**wrote** 20:16 37:7 55:22 135:10 173:7 219:2,7 252:24

**WTF** 242:23

**Y**

**yeah** 7:22 8:1,5,18,21 9:25 13:25 14:8,13 15:1 16:21,22 17:5,10,13 19:5,7,15,17 20:13 22:5,12,17,19 27:11,25 28:12 29:20,22 30:6,8, 23 32:8,13 33:1 37:22 38:3,13 39:4 40:18 41:2 44:4,14 46:7,11 47:2,8,19,22 53:9 54:22 55:11 56:3 57:17 58:8,19,23,25 60:3 63:10,20 65:3 66:7 70:21 71:1,3 73:23,24 74:10 75:14 76:25 77:8 79:4 82:6,7 83:11 85:6 87:19 92:17 94:22 95:3,6 100:4 110:18 112:10 113:4 114:14 117:23 120:19 121:6 123:2,6 124:12,14 125:25 127:2 128:8 129:23,25 130:4,11,21 131:4 132:9 133:9 134:20 135:6,7 136:5,8 137:22,23 138:10,15 139:2,19 145:5 148:11 149:15 150:21 151:5 153:4 154:5 155:4 157:2,8 159:8,24 160:1 161:10,19,22,23 162:3 163:4,10 165:17,25 166:6 167:12,16 168:2, 9 170:17 171:15 172:9,23 173:2 174:23 175:6 176:5,12 178:10,22 184:4,6 185:23 187:2,10 188:1,2, 17 189:25 190:9,11 191:1 193:16 198:7,22 200:23 202:6 203:24 205:9,11 206:5 207:6 208:19,20 209:4 210:13,21,22 212:20 215:6 216:3 217:9 220:13 221:13 223:11 224:16 225:6,7,22 227:16, 19 229:10 236:15 237:5 238:11 239:17 240:2 242:16,24 245:10 246:6,18 248:17 249:22 250:1,20, 24 252:12,17 254:11,24 256:16

**year** 23:16 84:15 94:11 122:13 158:11 159:6,13 202:13 203:19 214:22 225:16,19,20

**years** 8:14 9:19 13:22 14:4 22:13, 14,16,17,18,21 28:4,21,22 47:7 54:4 81:11 107:20 113:17 115:14 120:8 122:14,15,16 127:24 131:14 142:23 145:3 169:10 176:22 179:14,25 194:13 201:22 224:19 246:16

**Yep** 175:12

**yes** 6:11,18 7:5,12 8:1,10,15 10:4,6,14,18 11:1,17 12:2,11 13:20 14:14,16 15:5 18:3,4 21:24 23:11,12,15 28:2,7 29:17 31:1 32:16,20,22 34:9,11 35:21 36:22 37:15 39:6,8 40:21 42:10 44:6,16, 24 45:3 46:18 49:13,19 53:15,18 55:7,8 56:18,22 62:18 63:19 64:10,24 65:7 67:6,11,17,21 68:3, 5 69:8 73:15 74:7,14,17,19,23 75:6,13,17,19 76:22 78:3 79:21 81:23 82:17 83:6,18 86:1 87:1,4 88:17,25 93:19 94:3,7 96:8 97:19 99:9,12 106:5 108:9 111:17 113:6 114:15 117:19 118:19 119:7,22 120:4 121:1 122:3,19 123:1,3,6,9 125:11 127:14 132:17 133:20 135:23 137:15,17,20 140:18 141:12,14,15 146:16,17,21 149:24 151:18 152:5 158:6 159:14 163:15,19 164:8,19,21 167:25 171:10 172:3 175:20 177:9,21 179:17 180:8 181:19 183:22 184:10,12 188:18,20 189:13,17 190:4 191:15 192:9 193:11,14 194:19 197:6,9,25 198:25 199:2 200:9 201:7 205:18 209:11,24 210:16 211:3 215:1,6, 18 216:5 222:13,22 226:14 227:5, 8 230:5,17 232:10,19 233:3,7,12, 15 236:18,20 237:13,16,20,21 239:22,23 240:11,17,18,24 241:3, 4,12 242:20 243:24 245:12,15,21 253:14 255:21

**yesterday** 8:3

**yet** 26:11 124:22 166:16 184:23

**York** 15:21,22

**you'd** 131:17 169:8

**you'll** 81:7 119:15 155:17 171:23 256:10,11

**you're** 11:10 13:4 17:24 20:1 25:11 26:24 27:5,9 29:23 33:25 36:17 37:14 46:12 47:24 52:12,20 53:23 57:12 61:8 62:13 63:10 65:8 68:17 69:21,24,25 70:10 85:12,13 86:17 88:5 90:3 91:17, 18 92:22 95:5,19 98:22,25 100:1, 10,16,17,23 101:17,22 102:15 103:9,16 104:1,3 105:5,11 109:22 111:21 112:3 115:5 126:7,24 127:4 132:12 137:2,6 141:5 142:16,18 143:2,13,15,16,21,23 144:7 146:10,21,22 147:18 148:17 149:1 151:21 160:5,19 161:17 163:23 168:3,17,18 169:2 173:11,14,25 176:9 179:5 181:25 182:24 183:25 185:21 187:16,19 189:2 190:12,16,22 191:2 192:13 195:24 196:1,2,25 197:3,10 198:3 199:3,17,20 200:7 201:23 202:4,7 204:25 206:21 207:22,25 208:3 210:7,8 211:10 212:1,4,9 215:16 216:22 218:24 220:2 221:12 229:16,19 238:10,20 240:5 241:10 242:2 243:25 244:22,25 245:13 254:22 255:23 256:1

**you've** 7:4 17:6 36:14 56:16 62:8 85:25 96:9 100:5 101:2,25 107:12 108:14 118:9 157:13 188:21 190:17 207:25 218:14 227:20 228:15 234:9,10,11 254:21

**young** 20:22,24 183:5,6

**younger** 141:4

**your** 6:22 7:6,8,18,25 9:14 10:7 11:15,21 12:16,22 13:25 15:24 19:9 25:7,8 27:4,7,13,14 28:11 29:6,9,21 32:11 33:24 34:6 36:5 38:20 39:17,18 40:19 41:23,24 42:8,13,15 43:16,17 46:19 47:12, 14,15 48:11,19,23 49:10,12 51:25 57:3,9 59:14,19 60:5,18,23 63:8, 14,21 64:8,9 65:1,11 66:25 70:2 71:4 75:21,23 77:3,12 78:1 79:16 82:6 84:23 85:3,14 89:1,12 90:20 92:1,4 94:24 97:1,23 99:22 100:16 101:1,2,16,18 103:13,24 105:11 109:1,8 110:12,17 111:23 112:1 117:19 120:13 123:7 124:23 129:6,22 130:2,3,13 136:6,22,25 137:8 138:19,23 140:8,15 141:16 142:2,25 143:24 145:19,21 146:2 147:5,22 148:3, 19 149:14 150:9 151:16 155:2 156:9 159:19,21 160:20 161:20 164:1 165:1 166:13 167:9,24 170:10,18 174:12 177:20 179:21, 22 181:24 185:12 186:16 190:21 194:12 198:19 200:7 201:2 202:1, 16 204:5,17,25 206:9,10,23 207:3,13 210:25 211:9 213:22 215:10 219:1 223:17,21 224:8,17, 23 225:4,5,25 226:11 227:20 228:1,9,10,13 229:9,22 232:20 233:4 235:3,22 240:7,25 242:5,25 243:8,18 247:12,13,14,19 248:20, 25 249:11 253:15 255:24 256:1, 15

**yours** 103:14 116:23 128:17 219:6

**yourself** 8:23 16:5 17:14,17,18 37:16,22 104:5 105:10 116:12 201:8 227:9,12

**Youtube** 44:19 171:3,4 202:1,2 204:20 207:18 210:24