# EXHIBIT 6

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| BISHOP GEORGE BLOOMER, Individually, and GG BLOOMER MINISTRIES, Foreign Non-Profit Corporation, | |
| Plaintiffs, | Case No. 2:22-cv-12433-NGE-DRG |
| vs. | Hon. Nancy G. Edmunds |
| THE WORD NETWORK OPERATING COMPANY, INC., a Foreign Profit Corporation, CHURCH OF THE WORD d/b/a THE WORD NETWORK CHURCH, a Domestic Nonprofit Corporation, and KEVIN ADELL, Individually, | |
| Defendants. | |

Remote deposition of TEMEILA C. DANIEL, taken via Zoom videoconference, commencing at 9:32 a.m., on Wednesday, June 5, 2024, before CYNTHIA M. THOMAS, a Registered Professional Reporter, Registered Merit Reporter, Certified Realtime Reporter, Michigan Certified Shorthand Reporter, License No. 3836, and Notary Public.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| BISHOP GEORGE BLOOMER, Individually, and GG BLOOMER MINISTRIES, Foreign Non-Profit Corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>THE WORD NETWORK OPERATING COMPANY, INC., a Foreign Profit Corporation, CHURCH OF THE WORD d/b/a THE WORD NETWORK CHURCH, a Domestic Nonprofit Corporation, and KEVIN ADELL, Individually,<br><br>Defendants. | Case No. 2:22-cv-12433-NGE-DRG<br><br>Hon. Nancy G. Edmunds |

Remote deposition of TEMEILA C. DANIEL, taken via Zoom videoconference, commencing at 9:32 a.m., on Wednesday, June 5, 2024, before CYNTHIA M. THOMAS, a Registered Professional Reporter, Registered Merit Reporter, Certified Realtime Reporter, Michigan Certified Shorthand Reporter, License No. 3836, and Notary Public.

APPEARANCES:

HKM EMPLOYMENT ATTORNEYS LLP
J. Corey Asay, Esq.
312 Walnut Street
Suite 1600
Cincinnati, OH 45202
casay@hkm.com

Amanda McSween Empey [P84594]
John T. Below [P48677]
BODMAN, PLC
201 W. Big Beaver Road
Suite 500
Troy, Michigan 48084
(248) 743-6000
aempey@bodmanlaw.com
jbelow@bodmanlaw.com
Counsel for Defendants



I N D E X


| WITNESS | EXAMINATION | PAGE |
|---|---|---|
| TEMEILA C. DANIEL | BY MS. EMPEY | 4 |

EXHIBITS FOR IDENTIFICATION

| NUMBER | | PAGE |
|---|---|---|
| Exhibit 1 - | July 9, 2018, email to Arcenia Finley from Temeila Daniel; with attachments [WNC_02071 - 02074] | 46 |
| Exhibit 2 - | June 21, 2018, email to Arcenia Finley from Shelia Tedder [WNC_02069 - 02070] | 49 |
| Exhibit 3 - | November 20, 2018, email to Temeila Daniel from Arcenia Finley [WNC_02254] | 50 |
| Exhibit 4 - | January 31, 2019, email to Temeila Daniel from Arcenia Finley [WNC_02255 - 02256] | 52 |
| Exhibit 5 - | March 5, 2019, email to Temeila Daniel from Arcenia Finley [BLOOMER_000197] | 57 |
| Exhibit 6 - | GG Bloomer Ministries Invoice No. IN00005, dated May 11, 2018 [BLOOMER_000204] | 60 |
| Exhibit 7 - | GG Bloomer Ministries Invoice No. IN00005, dated May 11, 2018 [BLOOMER_000205] | 63 |
| Exhibit 8 - | GG Bloomer Ministries Invoice No. IN00125, dated November 16, 2018 [BLOOMER_000206] | 64 |




Wednesday, June 5, 2024
9:32 a.m.
- - -
THE COURT REPORTER: Ms. Daniel, can you raise your right hand for me, please.
**THE WITNESS: (Witness complies.)**
THE COURT REPORTER: Do you swear to tell the truth, the whole truth, and nothing but the truth, so help you God?
**THE WITNESS: Yes, I do.**
THE COURT REPORTER: Thank you.
- - -
EXAMINATION
BY MS. EMPEY:
Q Ms. Daniel, nice to meet you. My name is Amanda Empey. Like I said, I'm an attorney representing The Word Network in a litigation against your former employer, GG Bloomer Ministries and George Bloomer personally.
Have you ever been involved in a lawsuit before?
**A No.**
Q No?
Have you ever had your deposition taken before?



**A No.**
Q Okay. Well, we'll go over some -- you know, how this is gonna go and a couple rules.
But first can I have you state and spell your name for the record, including your middle name.
**A Temeila Camese Daniel. T-e-m-e-i-l-a C-a-m-e-s-e D-a-n-i-e-l.**
Q Great. Thank you.
So, as I said, my name is Amanda Empey, and I'm gonna be taking your deposition today. Which is mostly just gonna consist of, you know, question and answer, to try to get some certain facts that you might know about the pending lawsuit.
There's gonna be a couple rules, including that you need to answer verbally. You know, head shakes or, you know, nods or thumbs up or whatever don't come across very well in the recording from the court reporter. So we need you to speak slowly and clearly.
Another important one is to not interrupt. I know, generally, when we're in a flow of conversation it's easy to do that. But the court reporter has a hard time keeping up that way.
And if you don't understand a question --

Page 6

you know, I'm not trying to trick you -- just ask me to rephrase, and I will. And especially since we're over Zoom, you know, if you think that I'm breaking up or anything like that, please speak up and we'll fix the connectivity problems.
Do you understand that?
**A Yes.**
Q Great.
If you answer a question, I'll assume that you heard and understood that.
Is that okay?
**A Yes.**
Q Great.
Additionally, if you need a break, let me know. The only rule that we have is that you can't take a break while a question is pending. So if I've asked you something, you need to answer it, and then we can take a break after the fact.
Let's see. If you're not finished answering a question and I've moved on to the next one, please tell me. We want you to complete all of your answers.
Do you think you understand how this is gonna proceed today? You understood everything I've said?

Page 7

**A Yes.**
Q Great.
Have you taken any medication today?
**A No.**
Q Are you aware of any reason that you cannot have your deposition taken today?
**A No.**
Q In preparation for today's deposition, have you reviewed any documents?
**A Yes.**
Q What have you reviewed?
**A Just the email that I sent --**
Q Okay.
**A -- with the --**
(Cross-talk.)
Q Great.
**A That was it.**
Q Okay. Have you discussed the testimony or this case with anyone?
**A No.**
Q Okay. Is Corey Asay, who's shown on the screen, your attorney?
**A Yes.**
Q Great.
All right. Let's move on to some of --

Page 8

more of the substance.
During your employment with GG Bloomer Ministries, did you ever maintain a diary or calendar book or, you know, even an appointment book of any kind?
**A A diary? Could you explain that, please?**
Q Yep.
Did you ever maintain just like -- you know, like even a Google Calendar or something like that?
**A Yes.**
Q A way to track --
Yes?
**A Yes.**
Q Okay. Have you retained those?
**A The calendar, yes.**
Q Okay. Great.
Can you provide those calendars to us? We'll probably contact Mr. Asay after the fact, but is that something that you are able to reproduce?
**A I -- I believe so. I'd just have to check the Dropbox from the calendar of those years.**
Q Okay. Great. Thank you.
At what address do you live currently?
**A 129 Lake Pine Drive, Cary, North Carolina 27- --**

Page 9

Q Okay. Great.
You cut out towards the end. Can you just repeat the zip code.
**A 27511.**
Q Thank you.
How long have you lived at that address?
**A Almost three years.**
Q Great.
Are you married?
**A No.**
Q Do you have any children?
**A No.**
Q Do you have any social media? Facebook? Twitter? Instagram?
**A Yes.**
Q Which social medias do you have?
**A Facebook, Instagram, Twitter.**
Q Can you provide your user name for those?
**A It's my first and last name. "Temeila Daniel."**
Q Okay. Great. Thank you.
What is your date of birth?
**A September 19th, 1975.**
Q Have you ever been arrested?
**A Excuse me?**
Q Have you ever been arrested?

Page 10

A **Yes.**
Q For what offense?
A **I had a misdemeanor. And there was a felony about 20-some-odd years ago. And driving --**
Q What --
A **Yes.**
Q Did you say driving without a license?
A **Yes.**
THE COURT REPORTER: When you two both speak at the same time, normally I can hear both of you and pick it up. But today I'm not able to pick it up for some reason.
MS. EMPEY: Thanks, Cynthia. We'll try to do better.
BY MS. EMPEY:
Q Ms. Daniel, can you describe the misdemeanor? What was the charge?
A **It was a larceny.**
Q Okay. What about the felony?
A **It was embezzlement.**
Q Can you go into that more, the embezzlement?
A **Yeah. It was probably 20-some-odd years ago -- actually, 20-plus. And I was -- it was with an employer that I had.**
**And so we had a situation with the -- the**

Page 11

**cash till that came up short, and then I was charged.**
Q Were you ever convicted on that offense?
A **Yes.**
Q What was your sentence?
A **Probation.**
Q How long were you on probation?
A **Three years, I believe.**
Q And you said that was 20-ish years ago?
A **Yeah. I want to say -- yes, almost 20. Probably more than that. 1999, I believe.**
Q Do you recall which court that was in? Which district?
A **Cumberland County.**
Q That's Cumberland County, North Carolina. Correct?
A **Yes.**
Q Great. Thank you.
Have you ever been a party to a lawsuit?
A **No.**
Q Okay. Where did you go to high school?
A **E.E. Smith Senior High School.**
Q Can you repeat that? I didn't quite catch it.
A **E.E. Smith Senior High School.**
Q Okay. Thanks.
Did you graduate?

Page 12

A **Yes.**
Q What year?
A **1993.**
Q What did you do after high school?
A **I went to college.**
Q Where did you go to college?
A **Fayetteville State University.**
Q Okay. Did you get a degree?
A **Yes, but not from Fayetteville State.**
Q Okay. Where did you get your degree from?
A **University of Phoenix.**
Q Okay. What was your degree in?
A **My bachelor's is in multimedia and visual communication.**
Q Okay. So did you transfer then from your first institution?
A **It was years in between. But, yes.**
Q Okay. So how long did you stay -- I'm sorry, I missed the first undergraduate university you mentioned.
A **Fayetteville State University.**
Q Fayetteville State.
How long were you at Fayetteville State?
A **Two years.**
Q Okay. And then what did you do after that two

Page 13

years?
A **Work.**
Q Where did you work?
A **Various places. I was young. I don't remember them all.**
Q What kind of employment was it?
A **Mainly retail, and some outside sales.**
Q What do you mean by "outside sales"?
A **Door-to-door sales.**
Q Oh, got it. Great.
What did you sell?
A **Vacuum cleaners, stamps, advertisements.**
Q Okay. How long did you do that for, approximately?
A **I don't recall.**
Q Two years? Five years? Ten years?
A **Maybe five years off and on, I guess, if that. I'm not sure.**
Q And then after that, what did you do?
A **What did I -- you mean --**
Q How soon did you return to school?
A **Oh, I went to school online.**
Q Okay.
A **I did that probably 10 years later. 10, 15 years, I guess.**
Q Okay. So then let's go back to 2015.

Page 14

What were you doing in 2015?
A **2015?**
Q Yep.
A **I was working.**
Q Working doing -- do you remember what specifically?
A **I want to say I was at Walmart in 2015.**
Q Okay. What were you doing at Walmart?
A **In 2015, I was a zone merchandise supervisor.**
Q Okay. What were your job duties in that capacity?
A **I was responsible for the overall grocery pit and pharmacy departments. Just ensuring in-stock and the supervising of associates.**
Q Okay. And who was your supervisor in that position? Even if you don't have a name, like their title.
A **They were an assistant manager.**
Q And how did your employment end with Walmart?
A **I was terminated.**
Q Why were you terminated?
A **Because they said I took something that I didn't.**
Q What did they accuse you of taking some? What product did they accuse you of taking some?
A **It was financial.**
Q Meaning?
A **Money.**
Q When was that?

Page 15

A **I want to say December 2016, I believe.**
Q Okay. And where was this Walmart?
A **Apex, North Carolina.**
Q Okay. What did you do after you left Walmart?
A **I started working for myself.**
Q What were you doing working for yourself?
A **Well, my first thing was I drove for Uber.**
Q Okay. When did you start working for Uber?
A **December 2016.**
Q Okay. Fair enough. Yep.
How long did you do that?
A **Almost three years.**
Q Okay. Why did you stop working for Uber or driving Ubers?
A **Between my business that I was developing and my time that I was spending at the ministry, there just wasn't enough time.**
Q Okay. So let's go back to -- what's your business?
A **My business name is Concise Agency.**
Q Can you spell that?
A **C-o-n-c-i-s-e; Agency, A-g-e-n-c-y.**
Q And what does Concise Agency do?
A **We're a marketing firm. We work with small businesses and nonprofits in helping to establish brand identity.**

Page 16

Q Okay. And when did you start Concise Agency?
A **Well, it was in the makings in 2016, but it went official in 2020.**
Q How is that structured? Is it an LLC? A C corp?
A **LLC.**
Q LLC? Registered with which state?
A **North Carolina.**
Q Okay. When you say it was in the makings in 2016, what do you mean by that?
A **I have always done multimedia and things of that nature. So I was building my client base and taking odd jobs just to help support myself.**
Q Okay. And then what about -- when you said you started working for the ministry, is that GG Bloomer Ministries?
A **Yes.**
Q When did you start working there?
A **As a -- in a paid position, it was, I want to say, January 2017.**
Q What did you do unpaid before that?
A **Well, I ran the registration department. I was the head of registration. So I was the person that checked in people for conferences.**
Q Okay. And that was a volunteer position?
A **Yes.**

Page 17

Q When did you start in that role in a volunteer position?
A **I don't know the -- I probably did that for about 15 years.**
Q Oh, 15 years. Wow.
A **Uh-huh.**
Q So if you were to put an estimate as to when you started, which year would that have been? 15 years from?
A **We probably would say maybe 2005 as a guesstimate.**
Q Okay. We're gonna get back to GG Bloomer Ministries. But before we get into that, have you ever heard of the Bethel Worship Center?
A **Yes.**
Q Yes?
A **Yes.**
Q Okay. I was hoping you'd say that.
Where is Bethel?
A **Where is the -- where is it at?**
Q Uh-huh.
A **It's in Durham, North Carolina.**
Q Okay. Is it an actual church?
A **Yes.**
Q Are there regular services?
A **Yes.**

Page 18

Q How often?
**A On Sundays and Tuesdays.**
Q How many people generally attend the services?
**A 100, 200 people.**
Q How long are they, generally? The services.
**A Two -- two hours, maybe three, on a -- on a certain day, but ...**
Q Do people generally make donations when they arrive? Like is there a money collection?
**A There's an offering, if that's what you're asking.**
Q Offering?
**A Yes.**
Q Yes. I think you gave me the language.
And who's the pastor at Bethel Worship Center?
**A Bishop George Bloomer.**
Q Okay. And do you know who -- do they own a building? Bethel Worship Center.
**A Yes.**
Q Who owns that building?
**A I don't know exactly who.**
Q Okay. Do you know, though, if the church or a related church entity owns the building or do you have any knowledge of a potential lease, maybe?
**A As far as I know, the church owns the building.**

Page 19

**That's all I know.**
Q Okay. Great. Thanks.
Okay. So let's go back to GG Bloomer ministries.
How did you hear of GG Bloomer Ministries?
**A Well, I saw him online on Streaming Faith. And then someone I knew was going to the ministry, so that's how I ended up with -- at Bethel.**
Q What's Streaming Faith?
**A It was a streaming platform for church ministries.**
Q Okay. And earlier you mentioned you saw "him" on Streaming Faith. I'm assuming you're referring to Bishop Bloomer?
**A Yes.**
Q Okay. And so when did you start attending Bethel?
**A 2003.**
Q How did you like it?
**A Loved it.**
Q Why?
**A It was a place like home. It was a good word that was just something that always just hit me where I was.**
Q All right. And what is your understanding of what GG Bloomer Ministries is?
**A GG Bloomer Ministries is Bishop's ministry itself.**

Page 20

Q What do you mean by that? What is the "ministry"?
**A It's -- what do you mean by "What is the 'ministry'?" Please explain.**
Q Yep.
So what I mean by that is, like, what do they do? So Bethel sounds like it's the church. How is the church different from the ministry?
**A Okay. So GG Bloomer Ministries is Bishop Bloomer's ministry. That is him going out preaching and going various places. That is the essence of GG Bloomer Ministries.**
Q Whereas, the church is --
**A The church --**
Q -- specifically located in North Carolina. It's a physical location.
**A Yes, that's correct.**
Q Okay. And are you aware that GG Bloomer Ministries is set up in any sort of corporate structure, like an LLC like your own business?
**A It is, but I don't know exactly which one offhand.**
Q Okay.
**A I can't --**
Q Okay. And then -- so you mentioned you started volunteering in 2005 as the head of registration.
How did you get involved in that?

Page 21

**A I actually -- I was registering for a conference that they were doing in Fayetteville. And the person that was on registration at that time saw that I lived in Fayetteville, and asked me to come help. And that's how we got started.**
Q Okay. Great.
And then -- so what was -- you mentioned that in January 2017 you started your paid position.
**A Yes.**
Q What is that paid position?
**A I was the chief operations officer for GG Bloomer Ministries.**
Q What did that encompass? What were your job duties?
**A Just the day-to-day operations of the ministry. Making sure that -- just kind of overseeing all of that, in essence, when it came to TV, the website, just making sure that he was -- his travel was coordinated with various people. Just following up just to make sure that everything was going like it should, and handling all conferences.**
Q Okay. Did you manage accounts receivable?
**A To an extent, yes.**
Q What do you mean, "to an extent"?
**A So I managed the accounts receivable that came in from the call center.**

Page 22

Q What came in from the call center?
**A So GG Bloomer Ministries had its own call center. So I was responsible for overseeing the call center and making sure of what was coming in from the call center.**
Q Can you describe the operations of the call center.
**A The call center -- basically, there was a phone number that people could call. They could call for prayer or they could call to get a product offered that Bishop offered on his program. And so they would order it through the call center. So I oversaw that.**
Q But when you say "his program," was that something he was operating on his own, or are you referring to the time that he spent on other, you know, people's networks like The Word Network?
**A The time that he spent on other networks. He had -- the show was called the Spiritual Authority. So there was a 30-minute program that was on The Word Network and other places that had a phone number on it that people could call. And that's what went to the call center.**
Q Okay. How many -- you know, say, in that 30-minute show, how many people would generally call in?
**A It would just depend on what time. It's hard to**

Page 23

**say. I don't recall exactly.**
Q I mean, are we talking 50? 100? 10?
**A Anywhere from 10 to 50 or 100. There's some shows that had a lot, so ...**
Q Okay. Generally, what were they buying or donating?
**A Yeah. So it was product. It would be CDs, maybe a book, an e-book, or -- yeah, sometimes conference registrations were offered. Just depends on what the product offer was.**
Q Were these George Bloomer's products?
**A Yes.**
Q Okay. These were all things that -- you know, books he had written or CDs he had made and recorded? Things like that?
**A Yes.**
Q Is that right?
Okay. So I know you mentioned "to the extent" that they came through the call center. Would anyone else have managed other accounts receivable or payable?
**A That would be -- yeah, someone else did.**
Q Who was that person?
**A Overseer Ronnie King.**
Q You're saying his title was "Overseer"?
**A Yes.**

Page 24

Q Ronnie King?
**A Yes.**
Q Is that R-o-n-n-i-e K-i-n-g?
**A Yes.**
Q Okay. And how long was Ronnie King working for GG Bloomer Ministries?
**A I don't know exactly, but I can say it's longer than me.**
Q Is he still there?
**A Yes.**
Q Okay. And beyond managing the remaining accounts receivable and payable, what else does Ronnie King do?
**A He's the executive pastor at Bethel Family Worship Center.**
Q What does that mean? What does he do on a day-to-day basis?
**A It means that he takes care of the church, and just different things that are needed and overseeing different ministries.**
Q Can you provide any more detail on that?
**A Detail like what? Explain.**
Q Like a more concrete -- you know, you're saying "taking care of the church." What specifically does he do to take care of the church?

Page 25

**A So just making sure that things are in place. Like, you know, when we get ready for -- that the church building is in order for the services that we have for different things that are going on in the building. That, per se. And then, also, just people. You know, people get sick and go to the hospital. So someone needs to see about that, needs to put people in place, send someone to go see them, et cetera.**
Q Okay. Does he manage Bishop Bloomer at all?
**A What do you mean by "manage"? Explain.**
Q I mean, just, kind of, what you said.
It sounds like, you know, Ronnie King was acting in sort of a -- you know, a touchpoint. He was coordinating things on the ground at the church.
Did he, you know, manage Bloomer's schedule? Did he manage, you know, Bloomer's time? If Bloomer was late, was he the one calling him asking him "Where are you"? Things like that?
**A Overseer King basically took care of Bishop from that perspective to make sure where he was, and tell him where he needed to be and to get him to -- point A to point B.**
Q Okay. But he didn't -- did he have any supervisory role or was it more of a schedule -- scheduling

Page 26

coordinator?
**A What do you mean by "supervisory"?**
Q I mean, so just as, you know, when you were, you know, at Walmart, you had a supervisor who was able to discipline you or terminate you.
Does Ronnie King have that authority over Bishop Bloomer?
**A No.**
Q Okay. All right. Going back, what -- going back to your position as chief operations officer, what were you paid in that role?
**A Oh, it was -- it was minor. $400 a week.**
Q Okay. How many hours did you work a week?
**A Never counted.**
Q Okay. Are we talking, you know, 20? 30? 40? Over 40?
**A Never counted, because ministry is a 24-hour thing. Things happen. So I never really counted to say I'm only gonna work eight hours for the ministry today or only four hours. I never took -- I never kept track of that.**
Q Okay. So you never logged your time from --
**A No.**
Q -- you know --
Okay. How were you paid? Like were you

Page 27

paid via a W-2 or a 1099?
**A Yeah, 1099. Yeah.**
Q So you were responsible for your own taxes?
**A Yes.**
Q But you never reported any overtime or anything like that?
**A No.**
Q Did you have control over your work schedule and what you were doing for the ministry or did someone supervise you?
**A No. I did what was necessary. No one supervised me to say "Come to work," if that's what you're asking.**
Q And then when you got there, was anyone telling you what to do?
**A We do have instructions on things that we need to get done. Things that may come from Bishop that he needs or whatever it may be. But, no, for the most part, I supervised myself in that aspect.**
Q What about Ronnie King? Did he supervise you?
**A We worked together.**
Q Did either one of you have supervisory power over the other?
**A No.**
Q No?
So you were equals in that way?

Page 28

**A Yes.**
Q Okay. How did the ministry treat your wages for tax treatment?
**A What do you mean?**
Q How did the ministry, you know, report the wages that they gave you? Do you have any knowledge of that?
**A It was 1099, as far as I know, yeah.**
Q Were you an employee or an independent contractor?
**A I guess it would be termed as an independent contractor.**
Q Okay. What about Anita Bond? What was her position?
**A Who? Who is that?**
Q Anita Bond. She's been listed --
**A I don't know.**
Q You don't know who that is?
**A (Shook head in the negative.)**
Q She was listed in this case as someone who might have knowledge, and that she would have worked at GG Bloomer Ministries at some time.
Does that help prompt your recollection?
**A I do not recall anyone by the name of Anita Bond.**
Q Does -- maybe does Anita Law -- any Anita that would have worked there?

Page 29

**A No, not that I can recall.**
Q Okay. Are you still with GG Bloomer Ministries?
**A I am there, but not in full capacity.**
Q Okay. So how many hours a week do you work now?
**A Just a few. I basically monitor websites and make sure we're up and running across the web.**
Q Okay. And are you still paid through a 1099?
**A No.**
Q How are you paid now?
**A I'm not working per se. What I do is on a volunteer basis now.**
Q Okay. And when was that transition?
**A Last year. Yeah, early last year.**
Q So early 2023?
**A Yes.**
Q Okay. And why did you make that transition?
**A Because my business took off. And so I'm working doing more things for the business. And there was not enough time to be able to do what was needed for the ministry.**
Q That's great. I'm glad to hear it. I'm glad to hear your business is going well.
Okay. Do you know, has anyone replaced you at the ministry?
**A No.**

Page 30

Q No?

Okay. Are they planning on replacing you?

**A I don't know.**

Q Okay. How many employees does GG Bloomer Ministries have?

**A Employees?**

Q Or independent contractors. People that work at the ministry.

**A I -- I don't know -- necessarily know at this particular point. So I can't answer that.**

Q What about while you were the chief operations officer? How many workers did you have then?

**A At one time -- one point in time, we were up to maybe ten --**

Q Okay.

**A -- at max.**

Q And what point in time was that?

**A Somewhere in between 2017 and 2020 --**

Q Okay.

**A -- or 2021, something like that.**

Q Can you name those employees?

**A Not -- I can't recall everybody's name on that one.**

Q Anybody you can remember would be helpful.

**A Well, Ronnie King was one.**

Q Okay. Yep.

Page 31

**A What's her last name? Kecia -- Nekecia.**

Q Can you --

**A I can't recall her --**

Q -- spell that?

**A Huh?**

Q Can you spell that?

**A N-e-k-e-c-i-a, I believe.**

Q N-e- -- did you say c-i or k-i?

**A N-e-k-e-c-i-a.**

Q Got it.

And what was her role?

**A She just -- just helped out with the -- with the Zooms pretty much. And she also helped with the streaming of the services and whatnot.**

Q Okay. Is there anyone else you can think of?

**A Just maybe -- what's Victor's last name? Victor -- I'm terrible with names sometimes. Sorry.**

Q You're all right. What was Victor's title?

**A He was basically an attendant. He did a lot of travel with Bishop.**

Q Okay. Did anyone else other than you and Ronnie handle accounts receivable or payable or anything like that?

**A No.**

Q Would anyone else have knowledge of the business

Page 32

side of the ministry?

**A Not to my knowledge.**

Q Okay. So going back a little bit, from 2016 to 2019, how many employees were there, approximately, while you were a volunteer?

**A I'm sorry. Repeat that, please.**

Q Yep. From 2016 to 2019, how many employees were there, approximately?

**A No more than 10, as far as I can recall. Because 2016, I didn't know who was getting paid and who didn't, so ...**

Q How many volunteers then? Or how many -- yeah. Do you know how many volunteers?

**A There was always a lot of volunteers.**

Q What's "a lot"?

**A Maybe 20, 30. Especially when it came to events. 20, 30.**

Q Where did the volunteers come from?

**A The church.**

Q Let's see here. To your knowledge, is GG Bloomer Ministries the company through which George Bloomer does all of his business?

**A Yes, to my knowledge.**

Q Okay. And does George Bloomer do contracts personally or through GG Bloomer Ministries?

Page 33

**A I don't know what he does personally.**

Q Right. But in your experience managing the accounts receivable and payable, were the contracts that you dealt with -- did they say "George Bloomer" at the top or did they say "GG Bloomer Ministries" at the top?

**A GG Bloomer Ministries. That I can recall, yes.**

Q All right. Generally, what do the volunteers do? You said they help out at events?

**A Yeah.**

Q Anything else?

**A That's pretty much where the -- most of the volunteers come in when they're needed is at events.**

Q What do they do at events?

**A Helping to set up, break down. Some people help to usher. Just whatever is needed.**

Q Okay. Going back to Victor for a second, did you have any chance -- do you recall his last name, at all?

**A I cannot remember it right now.**

Q Okay. Do you know if he lives in North Carolina?

**A Yes.**

Q You said he traveled with Bishop. What did that look like?

**A So when Bishop would go some places, he would take**

Page 34

**someone with him. And he had an attendant that would travel with him. And that's what he did.**
Q What would he do while traveling with Bishop?
**A So he was the attendant/security, pretty much.**
Q What does the day-to-day in that role look like?
**A Just, basically, he would accompany Bishop on the plane. In the car, if he drove, or whatever it may be. And they would get to the -- point A and point B. So he would just be there to make sure that Bishop was straight --**
Q And -- sorry, I didn't mean to cut you off. What were you saying?
**A And didn't have any issues.**
Q Was he like a travel manager?
**A Pretty much, in essence.**
Q And how long has he been doing that?
**A A few years.**
Q A few years from now or -- is he still with George Bloomer?
**A Yes.**
Q And so when, approximately, do you think he would have started?
**A Maybe 10, 15 years ago.**
Q Okay. And did you interact with Victor very often?
**A I would speak with Victor from time to time, yes.**

Page 35

Q What was Victor like?
**A He's a nice guy.**
Q And he was a paid employee. Correct?
**A I don't really -- sometimes, yeah, he would get paid for different things. Yes.**
Q But not all the time?
**A Not always.**
Q Okay. Do you know what that distinction was when he got paid and when he didn't get paid?
**A No, not offhand. I don't recall.**
Q Any generalizations?
**A I can't really say.**
Q But there was no hard-and-fast rules then as to, you know, he got paid for some trips and not others or --
**A Most --**
Q -- sometimes --
**A As far as I know, he got paid for the trips. Victor did a lot of other things for the ministry. He was a -- he's a person that would volunteer to help when needed for different things. So some things he did not get paid for.**
Q What else did he volunteer to do?
**A When we had -- I can't say what all -- Victor was just there. He was a worker. He was for the**

Page 36

**ministry.**
Q So was he doing what the other volunteers were doing? Setting -- breaking down and setting up events? Things like that?
**A That and whatever was needed, that's where Victor was. If he was able to do it, he would help.**
Q Okay. But you can't provide any other specifics on what was needed.
**A I can't give you specifics because it just depends on what was going on, what the event was, what we needed.**
Q Can you give me a specific example?
**A Of what? An event?**
Q Yeah, an event and, say, a time when Victor stepped in and helped out.
**A Well, Victor has helped with the sound. He knows how to do that. He's done different things like that. If that answers your question.**
Q Yeah, that's -- yeah, I'm not -- sorry, I'm not trying to, you know, pin you down to anything. I'm just trying to get an idea of what Victor was doing on a day-to-day basis.
Okay. Let's move on to Bloomer's speaking arrangements. To your knowledge, were those all orchestrated through GG Bloomer Ministries?

Page 37

**A Yes, to my knowledge.**
Q How often would he go do those?
**A Bishop's calendar could be pretty full. A couple times a week different places.**
Q A couple places in North Carolina? Where were they, generally?
**A Nationally and internationally.**
Q How was he paid for those speaking arrangements?
**A What do you mean by "How was he paid"?**
Q Or I guess I'll start with: Was he paid for those speaking arrangements?
**A As far as I know, yes.**
Q And how did those payments come through? Were they a direct check to GG Bloomer Ministries? Were they a personal check to George Bloomer?
**A I can't really speak on how those checks came through, because I didn't oversee that.**
Q Is Ronnie King the person that would have knowledge of that?
**A Yes.**
Q And then with -- what sort of organizations would he go speak?
**A What sort of organizations?**
Q Yeah. Who would bring him on to speak?
**A It would be different churches. Sometimes**

Page 38

**corporations would have him come in and pray. And**
**sometimes other networks would have him on.**
Q Okay. Let's go on to the books, which is something, hopefully, you have more knowledge on.
So who orders the books?
**A I would order the books.**
Q Okay. Where would you order them from?
**A At that particular time, it was Ball Media out of Canada.**
Q So that's B-a-l-l, Media, M-e-d-i-a?
**A Yes.**
Q Okay. How often would you submit those orders?
**A As needed.**
Q Well, would you do that weekly? Biweekly? Monthly?
**A I can't really put a timeframe on it, because it was as needed.**
Q Okay. How often -- how many books were generally in an order?
**A Anywhere from 500 to 1,000.**
Q Okay. And going back to Ball Media for a second.
What years were you using Ball Media?
**A From 2017 until -- through 2019, I believe. I think so.**
Q And then what did you switch to?
**A Well, the pandemic hit, so we weren't really**

Page 39

**printing a lot of books.**
Q Okay. So you did not have a publisher --
**A We did.**
Q -- to your knowledge?
**A We have another printer in the United States that we use now.**
Q And what's that printer?
**A 48 Hour Books.**
Q So 48, like the number 48 --
**A Yeah.**
Q -- Hour?
And that's what they are currently using?
**A Yes.**
Q So you used 48 Hour Books from 2019 to 2024?
**A Yes.**
Q How much, generally, did GG Bloomer Ministries pay for each book?
**A It -- each book price would depend on the size of the book. So depending on the size of the book, the price for that could be anywhere from 4 to 9 dollars.**
Q Were most books in the $4 range or in the $9 range?
**A Most books were kind of in the medium; 5, 6 dollars.**
Q What were the usual logistics of the payment on

Page 40

that?
**A What do you mean?**
Q Or what were the logistics of the ordering?
So you placed the order. Did you pay the publisher right away you when placed the order up front --
**A Sometimes --**
Q -- or were there some --
**A Okay.**
Q Sorry. Go ahead. I didn't mean to interrupt your answer.
**A I didn't mean to interrupt you.**
**Sometimes, yes, we would pay for it right up front. And then sometimes we did have a 30-day grace to pay for it. And then it was paid within 30 days.**
Q Okay. And so you said "sometimes." What dictated that sometimes?
**A If they were able to do it or not, depending on the size of the order that we were placing.**
Q So sometimes they would not be able to accommodate the size of the order?
**A Yes.**
Q So what happened in that instance?
**A So they would require payment up front.**

Page 41

Q I see. Got it.
In that case of a 30-day grace period, were you invoiced?
**A Yes.**
Q And did GG Bloomer Ministries typically pay within that 30-day window?
**A Yes.**
Q Okay. Going back to 2020, is it safe to say the pandemic killed the book and product sales then?
**A It killed the print book and product sales.**
Q So were you selling digital packages then?
**A Yes.**
Q Were they typically the same content as the print?
**A Yes.**
Q And who managed that?
**A I did.**
Q You did.
Who was responsible for developing that digital product?
**A I did.**
Q That's quite the skill to try and support all that. I understand why the business is taking off.
Okay. So when you were coordinating these books, you generally placed orders of 500 to 1,000 books. Were all of these books coming from the same

Page 42

source? Like were they coming from the same -- when Bloomer was on the air, was it all, like, products that he had sold while he was on The Word Network, or were they coming from other speaking arrangements and you sort of compiled them? What was the organization of that?
**A What do you -- please -- I don't understand.**
Q No, that was on me.
So I'm just trying to understand what comprised the 500 to 1,000 books in each order. Were they coming from discrete orders from, say, The Word Network or other networks or organizations, or were they more of a compilation of a lot of different orders?
**A Okay. I gotcha.**
**So what happened was, whenever we would have to -- whenever we would order 500 to 1,000, that would typically be of one book. We always kept books in stock at the church to be able to fulfill orders.**
Q Okay. So when you kept books in stock, and, say, you got an order in from, say, The Word Network, would you then use your stores first to try to fill that order?
**A Yes.**

Page 43

Q What happened if you ran out?
**A We would order books.**
Q Okay. And what sort of inventory system did you keep?
**A So the bookstore, they would do a -- once a month, they did an inventory and counting all the books that were there. And so it was always emailed to me to let me know what quantities we had on hand.**
Q You said the bookstore.
**A Yeah.**
Q Can you elaborate on that?
**A So there's people that volunteer to help keep track of the books in the bookstore. That's where all of Bishop's books are. And so they would --**
Q Is that -- sorry, I didn't mean to interrupt. Go ahead.
**A So they would count the books on a monthly basis, and then send me the total so I knew what we had in stock.**
Q Okay. And is that all within Bethel?
**A Yes.**
Q Okay. Does GG Bloomer Ministries have a physical location?
**A No. I don't -- I don't really know how to answer that one. Because the ministry -- everything is ran**

Page 44

**out of Bethel. So Bethel is the home for the church and GG Bloomer Ministries.**
Q So when you would go to work for GG Bloomer Ministries, you would go to Bethel Church.
**A Yes. But I didn't necessarily have to go every day. I worked from home.**
Q Okay. Is there any office space at the church?
**A Yes.**
Q Who uses those?
**A No one really uses those. They're there if you need it. There's a desk and things of that nature that you can use if you need it when you're there.**
Q Okay. Do you do any work for George Bloomer individually?
**A What do you mean?**
Q Like when you were, I guess, volunteering or working for GG Bloomer Ministries, did you ever do any side work for just George Bloomer? Like --
**A What do you mean by "side work"?**
Q Sorry. I can explain.
So if -- say you've got your general duties as chief operations officer. If, you know, Bishop Bloomer asked you, "Hey, can you take over Victor's role for the day? I need someone to travel with me" -- did he ever ask you to do anything

Page 45

outside of your job duties like that where he paid you on the side?
**A No.**
Q Okay. All right. Let's go back to the book orders.
What did those typically look like? Like, say, something -- say an entity like The Word Network issued a book order. Can you walk me through what that looks like.
**A You mean if they sent over a book order?**
Q Uh-huh.
**A Well, typically, it's given to the bookstore, and then they process the order and then it gets shipped out.**
Q Who would the order come to?
**A Most of the time it came through Bishop, that I can recall.**
Q Okay. And then from Bishop, who did Bishop pass that off to?
**A He would typically send me a text message with all the books that were ordered from -- The Word Network was the only one that sent a text message to Bishop on an order. And so that's how that went down.**
**And so he would send it to me, and then I would get with the bookstore, and we'd send out the book order.**

Page 46

Q Okay. So you're saying that all the book orders from The Word Network came through a text to Bloomer.
**A As far as I can recall, yes.**
Q Okay. I think now might be a good time to take a look at some of those emails that you sent -- that were between you and Arcenia Finley.
**A Okay.**
Q Let's see here. Give me just a moment.
MS. EMPEY: Okay. Can we all see this? It's an email -- actually, there's a Bates stamp at the bottom. This is WNC_2071 to 2074. I'll leave that on the screen.
And, Cynthia, I think we'd like this marked as Exhibit 1.
THE COURT REPORTER: Okay.
MS. EMPEY: Thank you.
(Daniel Exhibit 1 was marked for identification and is attached hereto.)
BY MS. EMPEY:
Q Okay. Ms. Daniel, let me know when you've had a chance to read that, or if you want me to scroll down.
**A I've read it.**
Q Okay. Great.

Page 47

And then on the next page it's just the invoice they've referred to here. And then there's a second email that's attached, but let's start with this first one.
So can you tell me about this interaction between you and Ms. Finley.
**A It's just telling her what we still have to ship to her, I guess. That's what it says.**
Q Is this a typical interaction with you and Ms. Finley?
**A We didn't -- yes, because we -- all we -- we didn't really have a lot of interaction.**
Q Okay. Was there somebody at GG Bloomer Ministries that would have had more interaction with Ms. Finley or anyone at The Word Network?
**A Not to my knowledge.**
Q Okay.
**A No one --**
Q So -- sorry. I cut you off.
**A No one other than Bishop.**
Q Would Ronnie King have had any interaction?
**A No.**
Q Okay. So you would have been the one that would have managed the book sales to and from The Word Network.

Page 48

**A Yes.**
Q Okay. So in an instance like this, you're saying that George Bloomer would have gotten a text with a list of books that needed to be ordered. He would have passed it along to the bookstore.
Was there a specific person at the bookstore that would have handled that?
**A That would be Shelia Tedder.**
Q Okay. And what was Shelia Tedder's position?
**A She was the head of the bookstore.**
Q Was that a paid position?
**A No. Volunteer.**
Q Okay. Is that Shelia Tedder -- actually, I've got an email from her. Is that Shelia Tedder, S-h-e-l-i-a, Tedder, T-e-d-d-e-r?
**A I believe so.**
Q Okay. So where would you step in here? So Bishop Bloomer has passed it off to Shelia, and then Shelia is managing logistics.
How do you get involved in this instance with Ms. Finley?
**A You said how do I get involved in this instance?**
Q Uh-huh.
**A So in this particular instance -- it's been a communication of what we can send and what we can't send. And that just lets them know what we still need to order to send out to them.**

Page 49

Q And speaking of Ms. Tedder, I'm assuming this is the Shelia Tedder you're referring to?
**A Yes.**
Q Okay.
MS. EMPEY: Can we mark this as Exhibit 2. This is Bates-stamped WNC_02069 to 02070.
THE COURT REPORTER: Yes.
MS. EMPEY: Thank you.
(Daniel Exhibit 2 was marked for identification and is attached hereto.)
BY MS. EMPEY:
Q I'll give you an opportunity to review this, Ms. Daniel.
Here, why don't I start at the bottom so that's easier for you.
**A Okay.**
Q So tell me about this instance where it looks like Ms. Finley emailed Shelia with a list of books that they've received. And then why would Shelia forward it to you?
**A I guess just for communication so that we know that what they received and what is needed. I'm not sure.**

Page 50

Q Do you know what she meant by "We'll [sic] make an assessment and get back to you"?
**A No, I don't know what she meant.**
Q So you don't know what sort of assessment she's referring to?
**A I can't necessarily say. I don't remember.**
Q Do you think it could be similar to the last email of an assessment of what books they could send or not send or anything like that?
**A It could be. I don't know.**
Q Were you Ms. Finley's contact person at GG Bloomer Ministries?
**A Only on these particular instances. We didn't really have a lot of communication.**
Q Okay. So I've got a couple emails here where it's -- you're asking for an update or she's asking for an update. It seems like, collectively, you ask for an update.
MS. EMPEY: Let's start with this one from November of 2018. Can we enter this as Exhibit 3. This is Bates-stamped WNC_02254.
THE COURT REPORTER: Yes.
MS. EMPEY: Thank you.
(Daniel Exhibit 3 was marked for identification and is attached hereto.)

Page 51

BY MS. EMPEY:
Q So it looks like here there was a revised invoice that you sent over to Ms. Finley, and then Ms. Finley responded requesting an update on the delivery of books.
**A Okay.**
Q Is this typical in your role where, you know, if there was a delay in book delivery, that you would be the one that they would reach out to to handle this?
**A Yes. I've taken care of that, yes.**
Q Okay. Would you take care of that with other people that ordered books? Other networks, other speaking -- other speakers?
**A Yes.**
Q Was there typically a delay in the books?
**A No.**
Q Okay. But would you say that this is a typical interaction with you and Ms. Finley --
**A What do you --**
Q -- over the --
(Cross-talk.)
**A What do you mean --**
Q All I mean by "typical" is that this is a regular, sort of, communication between the two of you over

Page 52

the course of the years.
**A That's pretty much the gist of how our communication went. I don't know what you're asking.**
Q That's fair. That's fair.
MS. EMPEY: Okay. Let's go to January of 2019. Can we enter this as Exhibit 4. This is Bates-stamped WNC_02255 to 02256.
THE COURT REPORTER: Yes.
MS. EMPEY: Thank you.
(Daniel Exhibit 4 was marked for identification and is attached hereto.)
BY MS. EMPEY:
Q Ms. Daniel, I'll give you an opportunity to take a look at this. Let me know when you're ready.
**A Okay. Go ahead.**
Q So in the bottom message here, the message from you to Ms. Finley, what did you mean by "the product line up for the shows"?
**A So can you scroll up, please.**
Q Yep.
**A Thank you.**
Q Sure.
**A So the "Perpetual harvest" -- it's like there was different offers for the different shows. I don't remember -- this -- I don't remember exactly what**

Page 53

**this was for, because typically we don't have this conversation, but ...**
**So with "Perpetual harvest 1" and "Perpetual harvest 2," there was an "Offer 1," which is a book, and the "Oil" and the "Prayer cloth" and the "... blessing [sic] card."**
**And then "... for any seed amount," it was the "... blessing [sic] card."**
**So that was just a product offer for a particular show.**
Q Okay. So is it fair to say that for the shows that were running here that you're referring to, these were the only products that Bloomer expected any payment on?
**A Can you scroll back up for a second, please.**
Q Yeah.
**A No, that's not the case.**
Q Can you expand on that? What other -- if they weren't in the product lineup, what else would he be expecting payment on?
**A That's for this particular instance. That's what's in this product lineup.**
**If you would scroll down, please.**
Q Uh-huh. Do you want me to just keep scrolling all the way down here?

Page 54

A **Yeah, because this is -- this is different shows.**
**Yeah, these are different shows that were recorded.**
**And so with each show, there was a different product**
**offer. So every time there was a show, there was a**
**product offer.**
Q Okay. And so are you saying each one of these
little paragraphs here are their own shows?
A **Yes.**
Q Okay.
A **That's what it was --**
Q Were they all George Bloomer's products?
A **Yes.**
Q Okay. And so, like, say -- taking a look at this
one -- so, say, this show is Show A, that he would
only be offering "The mustard seed," "Offer 1 seed
of any size," or "2 disc teaching on the doctrine of
the mustard seed."
And then, say, this paragraph is Show B.
For Show B, he would only be offering the "Deliver
us from evil," "Offer seed of $58," "Deliver us from
evil book," "Oil" or "Prayer cloth."
A **Yes.**
Q Okay. So someone could not order a prayer cloth
during Show A.
A **I'm sure they could, but they -- that's not**

Page 55

**typically how it worked. Sometimes people did call**
**and ask for a prayer cloth, so ...**
**But that would be something that went to**
**The Word Network when they called.**
Q Okay. So, say, somebody is ordering that prayer
cloth. Are they calling The Word Network first?
They're not calling you at a call center.
A **Depending on how this was aired -- I don't recall**
**the exactness of this. But these were -- if it was**
**something that he was offering on The Word Network**
**on that Friday night, "Rejoice in the Word," they**
**would call The Word Network.**
**If this was something that was offered on**
**his show that was airing on The Word Network, on the**
**different times, then they would call our call**
**center.**
**So it would depend on which number they**
**called.**
Q Got it. Got it.
And this was -- to your recollection, was
this product lineup for the Friday night show or
Bloomer's show which was offered earlier -- aired
earlier in the week?
A **I really don't remember how this went, because these**
**are his shows. But, for some reason, I sent them to**

Page 56

**Pastor Finley. And I don't know why. I don't**
**remember why.**
Q Okay. Do the products differ from his show and the
Friday night show?
A **The -- yes and no. It's still Bishop Bloomer's**
**products, but it just depends on what was being**
**offered for what was being taught on that particular**
**day, I guess we could say.**
MS. EMPEY: Okay. I think now might be a
good time to take a quick break, if that's okay with
you, Corey.
MR. ASAY: Yeah, that sounds good. I was
going to make the suggestion myself, so ...
What do you want --
MS. EMPEY: Do you want to come back in
10 minutes?
MR. ASAY: Okay. That sounds good.
THE COURT REPORTER: Off the record.
(Recess taken from 10:45 a.m. to 11:04 a.m.)
MS. EMPEY: I've got one more email to
show you, Ms. Daniel. Let me screen share again.
All right. Hopping back to what we were
talking about before the break, I was looking at
this email, which I think would be Exhibit 5.
Is that right, Cynthia?

Page 57

THE COURT REPORTER: Correct.
MS. EMPEY: Okay. So let's enter this as
Exhibit 5. It's a March 5, 2019, email
Bates-stamped BLOOMER_000197.
(Daniel Exhibit 5 was marked for
identification and is attached hereto.)
BY MS. EMPEY:
Q So here -- I just want to confirm -- this email
appears to me like it was Ms. Finley directly
ordering books to you. So this is Word Network
Church asking for the following books and packages.
And the email went directly to you, Ms. Daniel.
Is that how you're reading this email?
A **Yes.**
Q Previously, you had said that the orders all came
through Bishop Bloomer via text.
What was happening in this instance on
March 5, 2019?
A **She ordered -- she made an order. She sent the**
**email to me --**
Q Did this happen --
A **-- I guess.**
Q Did this happen occasionally, that you got the order
directly?
A **I guess so. I just -- I don't necessarily recall it**

Page 58

**happening. Because normally I got it from Bishop.**
Q Okay. All right. So I think we can move on from those emails then.
What was your understanding of the arrangement between George Bloomer and The Word Network Church?
**A I wasn't really privy to what the arrangement was, because those deals were put into place before I became the COO.**
Q Okay. Well, what do you know?
Who are the parties to that agreement -- or arrangement?
**A Bishop and The Word Network.**
Q Is that George Bishop personally or GG Bloomer Ministries?
**A I am unaware of that. I do not know.**
Q Okay. Do you know approximately when it started?
**A Not offhand. I know he'd been up there for several years before I came on board.**
Q Okay. Do you know how long Bishop Bloomer expected the arrangement to continue?
**A No.**
Q No?
Do you know if it was just for Bloomer's products?

Page 59

**A What do you --**
Q The things that GG Bloomer Ministries produced.
**A I'm -- I'm not -- I don't understand.**
Q To your knowledge, was the agreement between -- was the agreement for George Bloomer's products the products that were made and produced by GG Bloomer Ministries?
**A I don't know exactly what the agreement was for. I do not know.**
Q Okay. Do you know, with respect to the books that -- you know, like the order we just looked at with the email from Ms. Finley asking you for the books, do you know what the arrangement was there?
**A The arrangement for the books?**
Q Yeah. So like for the list of books we just looked at in Exhibit 5 when Ms. Finley was asking you for -- we need the following books from GG Bloomer Ministries.
Do you know what the agreement was around those?
**A Yeah, I know that the books were like $10 apiece. And then there was a certain amount for CDs, which I don't recall exactly. It might have been 4 or 8 dollars depending if it was a set. And then -- so that was it. That's all I remember.**

Page 60

Q Okay. You know, let's pull up a couple invoices that we have, and that might help refresh your memory.
MS. EMPEY: All right. Let's look at this one.
Okay. So this is from May 11th, 2018. Can we enter this as Exhibit 6. This is Bates-stamped BLOOMER_000204.
THE COURT REPORTER: Yes.
MS. EMPEY: Great.
(Daniel Exhibit 6 was marked for identification and is attached hereto.)
BY MS. EMPEY:
Q Ms. Daniel, does this look familiar to you?
**A Are you sharing your screen?**
Q Nope, I'm not. That would be a problem. Let me see here.
There we go.
**A Okay.**
Q Does that look familiar to you?
**A Yeah. $10 a book.**
Q Great.
And who issued these invoices? Who created them?
**A I did.**

Page 61

Q You did?
**A Yes.**
Q Okay. And where are you getting the information to generate these invoices?
**A This would be what was sent to me from Bishop or whoever it is that sent the order. Bishop is where I got them from.**
Q So, say, in this instance, Bishop Bloomer told you that, you know, there was gonna be 1,264 books at $10 apiece, and asked you to issue an invoice to The Word Network.
**A Yes. There would --**
Q Would anyone --
**A -- have been a --**
Q Go ahead.
**A He would send over the list of books. And then I would typically key in the number of books, and that's how we provided it.**
Q Okay. Would anyone else have any other knowledge of the invoice creation or, you know, the payment of these invoices?
**A No.**
Q Was Ronnie King involved?
**A "Involved" in what way? What do you mean?**
Q Involved in any way.

Page 62

Was he involved with sending out the invoices? Managing, you know, whether these invoices were paid? Anything like that?
**A No. I sent the invoice.**
Q Okay. Did you --
**A That's --**
Q Were you the one that tracked whether the invoices were paid?
**A No.**
Q Who did that?
**A That's on Bishop.**
Q Okay. Can you elaborate on that, that it was "on Bishop"?
**A Meaning that I would send him the invoice, and he would collect the payment for it.**
Q So you never received a check or saw any form of payment coming from The Word Network Church.
**A No.**
Q To your knowledge, did anyone else at GG Bloomer Ministries collect payment?
**A I don't know. Not to my knowledge.**
Q Okay.
MS. EMPEY: Let's look at -- there's another invoice from May 11th.
Let's enter this as Exhibit 7. This is

Page 63

Bates-stamped BLOOMER_000205, I think. Yes, 205.
(Daniel Exhibit 7 was marked for identification and is attached hereto.)
BY MS. EMPEY:
Q Okay. So this is from the same date as the last exhibit we looked at; May 11th.
Do you know why there was two different invoices issued on the same day? Here it looks like there's a little bit more detail, more books, different quantity, and different total amount.
**A Right. It appears that there's a difference of about 100 books. And on the first invoice, there were no books listed up there.**
**So I'm not sure why it was two different ones issued.**
Q What's your --
**A I don't recall.**
Q You don't recall?
**A Huh-uh. In --**
Q Go ahead.
**A No, I don't recall.**
Q Do you think -- would it have been regular for Bishop Bloomer to tell you that -- to, you know, over 1,000 orders in one day or do you think there was an error somewhere?

Page 64

**A I'm not 100 percent sure. So I don't know.**
Q Okay. Fair enough.
MS. EMPEY: Okay. Let's look at the last invoice here, which should be Exhibit 8. This one is Bates-stamped BLOOMER_000206.
(Daniel Exhibit 8 was marked for identification and is attached hereto.)
BY MS. EMPEY:
Q Does this one look familiar, Ms. Daniel?
**A I guess.**
Q Okay. And is this a pretty typical amount? I see -- you know, between the two on May 11th, we had one that just said books, and then the other one had some listed, and this one it appears like it's itemized items where we have three items for $10 and one item for $15.
**A Yes.**
Q Do you know what this Intel that's listed for $15 is?
**A Yes.**
Q What is it?
**A It is a book, but it's a large book.**
Q What kind of large book?
**A It's the typical size of -- I think it was like an 8-1/2-by-11. And it was like 275 pages.**

Page 65

Q So would this be one of those ones where you paid the $9 from the printer?
**A Yes.**
Q Got it.
Okay. How did Bloomer account for any of the items sold over the years?
**A What do you mean?**
Q Like did he maintain, you know, an accounting software like, you know, QuickBooks or anything like that to keep track of his business expenses and profits?
**A Not to -- I can't really speak on that, because I did not handle that.**
Q Did anyone handle that?
**A I don't know.**
Q So you don't know whether Ronnie King handled that?
**A I don't know.**
Q So just to confirm, you issued the invoices but you had no follow-up. You didn't check in as to whether they were getting paid or anything like that.
**A The -- not for The Word Network.**
Q Did you do it for other entities?
**A For other entities, I -- most of the time when the order was placed, it was paid for and was sent, so there was no issue.**

Page 66

Q How is The Word Network different?
**A The Word Network is different because Bishop was the one that picked up payment from them.**
Q So is it fair to say from the other entities, you would get a check in the mail issued to GG Bloomer Ministries?
**A Yes, that is correct.**
Q Was there any other entity that was like The Word Network Church in this instance where it was exclusively George Bloomer collecting payment?
**A No, not to my knowledge.**
Q Okay. And you already said that, in general, in the document support, that the books were sold for $10 per item except for, you know, maybe the offshoot, a large book or a CD or something like that. Correct?
**A Yes.**
Q Okay. And just to confirm what you said earlier, generally, GG Bloomer Ministries would pay about 5 to 6 dollars, on average, for those books.
**A Yes.**
Q Okay. Would GG Bloomer Ministries ship product that was invoiced to The Word Network Church without payment in advance?
**A Could you rephrase that, please?**
Q Sure.

Page 67

So, you know, say you issue an invoice like this. Would the shipment of books soon follow even without payment --
**A Yeah.**
Q -- from The Word Network Church?
**A Yes.**
Q Okay. To your knowledge, has GG Bloomer Ministries ever paid for any products other than those produced by GG Bloomer Ministries?
**A What do you mean?**
Q Like did they ever, say, order products directly from The Word Network Church?
**A I'm not understanding.**
**Are you asking me did we ever order product from The Word Network Church?**
Q Yes.
**A Not that I can recall. I'm not sure.**
Q Okay. To your knowledge, was George Bloomer ever paid a commission?
**A I don't know what his agreement was.**
Q But, to your knowledge, you were not aware of any commissions?
**A I don't know.**
Q So is it -- okay.
Do you know what Bloomer did about not

Page 68

getting paid on any of these items? Like if The Word Network Church didn't pay these.
**A I don't know.**
Q Okay. All right. Outside of the invoices that we've already discussed, are you aware of any of the other dollar amounts due from The Word Network Church to GG Bloomer Ministries regarding any other books or products?
**A Explain.**
Q Yeah. So are you aware of any other outstanding payments that The Word Network Church owed GG Bloomer Ministries?
**A Yes. I don't know exact amounts or anything like that, but, yes.**
Q What were the outstanding amounts for?
**A It was --**
Q What products?
**A It was supposed to have been for Bibles.**
Q Anything specific? Like -- you know, like with the -- what we've got on the screen here, are you considering a Bible to be a "Throw Off What Holds You Back"?
**A No. No, there was -- there's nothing that -- anything that I sent an invoice on is a book that Bishop Bloomer wrote. There are other things that**

Page 69

**I was aware of that he was supposed to have been receiving compensation for, but I don't know exactly the terms of that.**
Q Where did you hear that from then?
**A Bishop.**
Q Did Bishop ever say what specifically?
**A No.**
Q To your knowledge, did Bishop ever do anything to try to collect payment on those items?
**A I don't know.**
Q Okay. So just to recap, the arrangement, as you understand it, was that products were ordered and paid for first by -- or they were ordered from The Word Network Church, then GGB issued an invoice, then paid for the books from the publisher, and then they shipped them to The Word Network Church.
Is that correct?
**A That is correct.**
Q I'm sorry, "for" The Word Network Church.
So just to recap to make sure the record is clear, the arrangements were that the products were ordered and paid for first by The Word Network Church, and then GG Bloomer Ministries ordered, at GG Bloomer Ministries' cost, before they shipped them.

Page 70

A **I'm not understanding you. That doesn't make sense. That's not -- can you say that again? Rephrase it?**
Q Yeah.
So, first off, you get an order either through a text message or George Bloomer, or somebody like Arcenia Finley emails you asking for a certain number of books.
Then step two would be that you issued an invoice.
Step three, you either pulled the product directly from your stores, from Bethel's Family Center, or you ordered them from the publisher.
And then once you had the collection of the books ordered, you would ship them off to The Word Network Church. And you did that even though you did not receive payment from The Word Network Church.
A **Yes, that's correct.**
Q Okay. Great.
To your knowledge, does The Word Network Church owe GG Bloomer Ministries for any unpaid product like what we have here on the invoices?
A **To my knowledge, are there any unpaid invoices? Is that what you're asking?**
Q Yes.

Page 71

A **I can't -- I don't know.**
Q What about from 2016 to 2019?
A **I --**
Q You were the COO.
A **Right. I can't -- I don't know. I didn't collect payment from The Word Network.**
Q Okay. So regarding the Bibles you were talking about, did Bishop Bloomer ever ask you to issue an invoice for the Bibles?
A **No.**
MS. EMPEY: All right. Let's take another quick break, if that's okay with you, Corey. I think I'm pretty close to being done here.
MR. ASAY: Sure. That works. How much time do you need?
MS. EMPEY: 10 minutes. Does that work?
MR. ASAY: Okay. Yeah, that's fine. See you in 10.
MS. EMPEY: Great.
THE COURT REPORTER: Off the record.
(Recess taken from 11:25 a.m. to 11:32 a.m.)
BY MS. EMPEY:
Q All right. Ms. Daniel, just a couple more questions.
Did anyone else issue invoices or was it

Page 72

just you?
A **Issue invoices for?**
Q Anyone.
A **For anyone?**
Q Yeah, any vendor. The Word Network Church or anyone else that GG Bloomer Ministries did business with.
A **No. I issued invoices.**
Q So it was just you?
A **Yes.**
Q How many invoices would you estimate you sent to The Word Network Church?
A **I don't remember the exact amount. It wasn't a lot.**
Q It wasn't a lot? So how often?
A **They were just sent as needed. When an order came in, we sent an invoice.**
Q Is that once a month? Once every six months? Once a year?
A **I don't necessarily remember exactly the times, but it was just as needed.**
Q On the spectrum, would you say it was closer to once a month? Once a year?
A **Maybe once or twice a year, if I have to speculate.**
Q Did you ever invoice Kevin Adell personally for anything?
A **No.**

Page 73

Q To your knowledge, who did GG Bloomer Ministries' taxes?
A **That would be something that Ronnie King and Bishop Bloomer handled.**
Q Okay. To your knowledge, did GG Bloomer Ministries have an accountant that they worked with?
A **I believe so. I think so, yes.**
Q Do you have any recollection of his or her name?
A **No.**
Q Do you recall if they were from North Carolina or from the local area?
A **Yes.**
Q Where, approximately, would you say?
A **In the Durham area.**
**I do remember Overseeing King saying he's going to go see the accountant, so it had to be someone local. That's all I can say about that.**
Q Great.
And, to your knowledge -- we touched on this briefly, but, to your knowledge, is GG Bloomer Ministries a nonprofit?
A **When you say -- are you talking -- what kind of nonprofit? State or federal or -- what are you asking?**
Q Is it a registered -- is it a nonprofit registered

Page 74

with the state of North Carolina?
A Yes, as far as I know.
Q And just to confirm that George Bloomer personally took payments from The Word Network Church on behalf of the nonprofit.
A I'm -- as far as I know, he collected the checks from The Word Network. That is all I know.
Q Okay. And do you know where he may have deposited those checks? To your knowledge, did GG Bloomer Ministries maintain a separate bank account?
A I don't know where he deposited the checks.
Q And, to your knowledge, does GG Bloomer Ministries maintain its own bank account?
A Yes.
Q Did you deposit other checks there from other vendors?
A Yes.
Q Did you have access to that bank account?
A Did I have -- I had access to deposit.
Q Where was the bank account maintained? With which bank?
A There was two different ones.
Q Okay.
A One was SunTrust when it was in business, and then Bank of America.

Page 75

Q Do you know -- what about now? Do you know where the bank account is maintained?
A Bank of America.
Q Great.
And what about Bethel Church? Do they have a separate bank account for Bethel?
A Yes.
Q Where is that maintained?
A I do believe it's Bank of America.
Q Okay. And was it also at SunTrust before?
A I don't -- I don't know. I don't think so.
Q Okay. And what about George Bloomer? Did you ever deposit checks on behalf of him to his personal bank account?
A No.
Q Did you ever issue checks directly to George Bloomer?
A No, not that I can recall. Huh-uh.
Q Do you recall if George Bloomer received, you know, a salary from GG Bloomer Ministries?
A No, not that I can recall.
Q Do you recall if he received any sort of compensation from the ministry?
A When we -- the only thing that we did was, like, during -- when we were -- during the pandemic --

Page 76

and as a ministry, we did the Zooms every day. There may have -- there was compensation during that time for about a year, that I can recall, that was on a regular basis.
Q Can you describe that?
A Describe what?
Q The compensation that he received.
A On a weekly basis, there was a pay that went out to him and to the people that helped with the Zooms.
Q And how much was that pay to George Bloomer?
A I think it was like 900.
Q Per week?
A Yes.
Q And you said "during the pandemic." For approximately how long did that go on?
A Maybe -- maybe two years.
Q So from 2020 to 2022, approximately?
A Yes.
Q Okay. What about -- going back to Victor, have you had any opportunity to recall Victor's last name?
A Moore.
Q Moore? Can you spell that?
A M-o-o-r-e.
Q Great. Thank you.
And you mentioned that he lives in

Page 77

North Carolina. Do you have any -- do you happen to know his address or the town he lives in?
A No, I don't.
Q Was he local to Durham?
A He was. But I know he had moved recently, so I don't know where he moved to.
Q Okay. But is it fair to say that during -- from 2016 to 2019 he lived in Durham?
A Yes.
Q Okay. I think that's all we have for you, Ms. Daniel. Thank you so much for your cooperation today.
THE WITNESS: All right. Thank you.
MR. ASAY: Nothing for me.
THE COURT REPORTER: Can I get transcript orders on the record, please.
MR. ASAY: E-Tran for us.
MS. EMPEY: Same. E-Tran.
(Deposition concluded at 11:40 a.m.)
\
\

CERTIFICATE

STATE OF MICHIGAN )
) ss
COUNTY OF OTTAWA )

I, CYNTHIA M. THOMAS, Certified Shorthand Reporter and Notary Public, do hereby certify that the foregoing deposition was taken before me via Zoom videoconference, and that said witness was remotely sworn by me to tell the truth, the whole truth, and nothing but the truth.

I FURTHER CERTIFY that the deposition was taken in shorthand and thereafter transcribed by means of computer-aided transcription by me and under my direction and supervision, and that it is a true and accurate transcript of my original shorthand notes.

I FURTHER CERTIFY that I am not a relative or employee or attorney of any of the parties, or financially interested in this action.

IN WITNESS WHEREOF, I have hereunto set my hand this 18th day of June, 2024, at Grand Rapids, Michigan.

*Cynthia M. Thomas*
______________________________________
CYNTHIA M. THOMAS
Certified Shorthand Reporter No. 3836
Notary Public, Ottawa County, Michigan
My Commission Expires: 11-09-28

**Exhibits**

**Exhibit 1** 3:9 46:15,18

**Exhibit 2** 3:11 49:7,11

**Exhibit 3** 3:13 50:20,24

**Exhibit 4** 3:15 52:6,10

**Exhibit 5** 3:17 56:24 57:3,5 59:16

**Exhibit 6** 3:19 60:7,11

**Exhibit 7** 3:21 62:25 63:2

**Exhibit 8** 3:23 64:4,6

**$**

**$10** 59:21 60:21 61:10 64:15 66:13

**$15** 64:16,18

**$4** 39:22

**$400** 26:12

**$58** 54:20

**$9** 39:23 65:2

**0**

**02070** 49:8

**02256** 52:7

**1**

**1** 46:15,18 53:3,4 54:15

**1,000** 38:19 41:24 42:10,17 63:24

**1,264** 61:9

**10** 13:23 23:2,3 32:9 34:23 56:16 71:16,18

**100** 18:4 23:2,3 63:12 64:1

**1099** 27:1,2 28:8 29:7

**10:45** 56:19

**11:04** 56:19

**11:25** 71:21

**11:32** 71:21

**11:40** 77:19

**11th** 60:6 62:24 63:6 64:12

**129** 8:25

**15** 13:23 17:4,5,8 34:23

**1975** 9:22

**1993** 12:3

**1999** 11:11

**19th** 9:22

**2**

**2** 49:7,11 53:4 54:16

**20** 11:10 26:15 32:16,17

**20-ish** 11:9

**20-plus** 10:23

**20-some-odd** 10:4,22

**200** 18:4

**2003** 19:16

**2005** 17:10 20:24

**2015** 13:25 14:1,2,6,8

**2016** 15:1,9 16:2,8 32:3,7,10 71:2 77:8

**2017** 16:19 21:8 30:18 38:22

**2018** 50:20 60:6

**2019** 32:4,7 38:22 39:14 52:6 57:3,18 71:2 77:8

**2020** 16:3 30:18 41:8 76:17

**2021** 30:20

**2022** 76:17

**2023** 29:14

**2024** 4:1 39:14

**205** 63:1

**2074** 46:12

**24-hour** 26:17

**27-** 8:25

**275** 64:25

**27511** 9:4

**3**

**3** 50:20,24

**30** 26:15 32:16,17 40:16

**30-day** 40:14 41:2,6

**30-minute** 22:19,23

**4**

**4** 39:20 52:6,10 59:23

**40** 26:15,16

**48** 39:8,9,14

**5**

**5** 4:1 39:24 56:24 57:3,5,18 59:16 66:19

**50** 23:2,3

**500** 38:19 41:24 42:10,17

**6**

**6** 39:24 60:7,11 66:19

**7**

**7** 62:25 63:2

**8**

**8** 59:24 64:4,6

**8-1/2-by-11** 64:25

**9**

**9** 39:21

**900** 76:11

**9:32** 4:2

## A

**A-G-E-N-C-Y** 15:21

**a.m.** 4:2 56:19 71:21 77:19

**able** 8:20 10:11 26:4 29:19 36:6 40:19,21 42:19

**about** 5:14 10:3,19 16:13 17:3 25:7 27:19 28:12 30:11 47:5 49:19 56:23 63:12 66:18 67:25 71:2,8 73:17 75:1,5,12 76:3,19

**access** 74:18,19

**accommodate** 40:21

**accompany** 34:6

**account** 65:5 74:10,13,18,20 75:2,6,14

**accountant** 73:6,16

**accounting** 65:8

**accounts** 21:21,24 23:19 24:11 31:22 33:2

**accuse** 14:20,21

**across** 5:18 29:6

**acting** 25:14

**actual** 17:22

**actually** 10:23 21:1 46:11 48:13

**Additionally** 6:14

**address** 8:24 9:6 77:2

**Adell** 72:23

**advance** 66:23

**advertisements** 13:12

**after** 6:18 8:19 12:4,25 13:18 15:4

**again** 56:21 70:2

**against** 4:17

**Agency** 15:19,21,22 16:1

**ago** 10:4,22 11:9 34:23

**agreement** 58:11 59:4,5,8,19 67:20

**ahead** 40:10 43:16 52:15 61:15 63:20

**air** 42:2

**aired** 55:8,22

**airing** 55:14

**almost** 9:7 11:10 15:12

**along** 48:5

**already** 66:12 68:5

**also** 25:5 31:13 75:10

**always** 16:10 19:21 32:14 35:7 42:18 43:7

**am** 29:3 58:16

**Amanda** 4:15 5:10

**America** 74:25 75:3,9

**amount** 53:7 59:22 63:10 64:11 72:12

**amounts** 68:6,13,15

**Anita** 28:12,15,23,24

**another** 5:21 39:5 62:24 71:11

**answer** 5:13,16 6:9,17 30:10 40:11 43:24

**answering** 6:20

**answers** 6:22 36:18

**any** 7:3,5,9 8:5 9:11,13 18:24 20:18 24:21 25:24 27:5 28:6,24 33:18 34:13 35:11 36:7 44:7,13, 17 47:21 53:7,13 54:16 61:19,25 62:16 65:5 66:8 67:8,21 68:1,5,7, 10 70:21,23 72:5 73:8 75:22 76:20 77:1

**Anybody** 30:23

**anyone** 7:19 23:19 27:13 28:23 29:23 31:15,21,25 47:15 61:13,19 62:19 65:14 71:25 72:3,4,5

**anything** 6:4 27:5 31:22 33:11 36:20 44:25 50:9 62:3 65:9,20 68:13,19,24 69:8 72:24

**anywhere** 23:3 38:19 39:20

**Apex** 15:3

**apiece** 59:21 61:10

**appears** 57:9 63:11 64:14

**appointment** 8:4

**approximately** 13:13 32:4,8 34:21 58:17 73:13 76:15,17

**Arcenia** 46:7 70:6

**area** 73:11,14

**around** 59:19

**arrangement** 58:5,7,12,21 59:13,14 69:11

**arrangements** 36:24 37:8,11 42:4 69:21

**arrested** 9:23,25

**arrive** 18:8

**Asay** 7:21 8:19 56:12,17 71:14, 17 77:14,17

**ask** 6:1 44:25 50:17 55:2 71:8

**asked** 6:17 21:4 44:23 61:10

**asking** 18:10 25:19 27:12 50:16 52:3 57:11 59:12,16 67:14 70:6, 24 73:24

**aspect** 27:18

**assessment** 50:2,4,8

**assistant** 14:15

**associates** 14:12

**assume** 6:9

**assuming** 19:12 49:3

**attached** 46:19 47:3 49:12 50:25 52:11 57:6 60:12 63:3 64:7

**attend** 18:3

**attendant** 31:19 34:1

**attendant/security** 34:4

**attending** 19:15

**attorney** 4:16 7:22

**authority** 22:18 26:6

**average** 66:19

**aware** 7:5 20:17 67:21 68:5,10 69:1

**away** 40:5

## B

**B-A-L-L** 38:10

**bachelor's** 12:13

**back** 13:25 15:18 17:11 19:3 26:9 32:3 33:17 38:20 41:8 45:4 50:2 53:15 56:15,22 68:22 76:19

**Ball** 38:8,20,21

**bank** 74:10,13,18,20,21,25 75:2, 3,6,9,13

**base** 16:11

**basically** 22:7 25:20 29:5 31:19 34:6

**basis** 24:17 29:11 36:22 43:17 76:4,8

**Bates** 46:11

**Bates-stamped** 49:8 50:21 52:7 57:4 60:8 63:1 64:5

**became** 58:9

**because** 14:19 26:17 29:17 32:9 36:9 37:17 38:15 43:25 47:11 53:1 54:1 55:24 58:1,8 65:12 66:2

**been** 4:20 9:23,25 11:18 17:8 28:15 34:16 47:23 48:24 58:18 59:23 61:14 63:22 68:18 69:1

**before** 4:21,25 16:20 17:12 56:23 58:8,19 69:24 75:10

**behalf** 74:4 75:13

**being** 56:6,7 71:13

**believe** 8:21 11:8,11 15:1 31:7 38:22 48:16 73:7 75:9

**Bethel** 17:13,18 18:14,18 19:8,15 20:6 24:14 43:20 44:1,4 75:5,6

**Bethel's** 70:11

**better** 10:14

**between** 12:17 15:15 30:18 46:7 47:6 51:25 58:5 59:4 64:12

**beyond** 24:11

**Bible** 68:21

**Bibles** 68:18 71:7,9

**birth** 9:21

**Bishop** 18:16 19:13 20:8 22:10 25:10,20 26:7 27:16 31:20 33:23, 25 34:3,6,10 44:23 45:15,17,21 47:20 48:18 56:5 57:16 58:1,13, 14,20 61:5,6,8 62:11,13 63:23 66:2 68:25 69:5,6,8 71:8 73:3

**Bishop's** 19:25 37:3 43:14

**bit** 32:3 63:9

**Biweekly** 38:14

**blessing** 53:6,8

**Bloomer** 4:18 8:2 16:14 17:11 18:16 19:3,5,13,24,25 20:8,10,17 21:11 22:2 24:6 25:10,18 26:7 28:21 29:2 30:4 32:20,21,24,25 33:4,5,7 34:19 36:25 37:14,15 39:16 41:5 42:2 43:22 44:2,3,13, 17,18,23 46:3 47:13 48:3,18 50:11 53:13 57:16 58:5,14,20 59:2,6,17 61:8 62:19 63:23 65:5 66:5,10,18,21 67:7,9,18,25 68:7, 12,25 69:23,24 70:5,21 71:8 72:6 73:1,4,5,20 74:3,9,12 75:12,17, 19,20 76:10

**Bloomer's** 20:8 23:10 25:16,17 36:23 54:11 55:22 56:5 58:24 59:5

**BLOOMER_000197** 57:4

**BLOOMER_000204** 60:8

**BLOOMER_000205** 63:1

**BLOOMER_000206** 64:5

**board** 58:19

**Bond** 28:12,15,23

**book** 8:4 23:7 39:17,18,19 41:9, 10 42:18 45:4,7,9,25 46:1 47:24 51:8 53:5 54:21 60:21 64:22,23 66:15 68:24

**books** 23:12 38:3,5,6,17 39:1,8, 14,22,24 41:24,25 42:10,19,21 43:2,6,13,14,17 45:20 48:4 49:20 50:8 51:5,13,16 57:10,11 59:10, 13,14,15,17,21 61:9,16,17 63:9, 12,13 64:13 66:13,19 67:2 68:8 69:15 70:7,14

**bookstore** 43:5,9,13 45:11,24 48:5,7,10

**both** 10:9,10

**bottom** 46:12 49:16 52:16

**brand** 15:25

**break** 6:14,16,18 33:15 56:10,23 71:12

**breaking** 6:3 36:3

**briefly** 73:20

**bring** 37:24

**building** 16:11 18:18,20,23,25 25:3,5

**business** 15:15,18,19 20:19 29:17,18,22 31:25 32:22 41:22 65:10 72:6 74:24

**businesses** 15:24

**buying** 23:5

## C

**C-A-M-E-S-E** 5:7

**c-i** 31:8

**C-O-N-C-I-S-E** 15:21

**calendar** 8:4,9,16,22 37:3

**calendars** 8:18

**call** 21:25 22:1,2,3,4,6,7,8,9,11, 21,22,24 23:18 55:1,7,12,15

**called** 22:18 55:4,18

**calling** 25:18 55:6,7

**came** 11:1 21:16,24 22:1 23:18 32:16 37:16 45:15 46:2 57:15 58:19 72:14

**Camese** 5:7

**can** 4:4 5:4 6:18 8:18 9:2,18 10:10,16,21 11:22 15:20 22:6 24:7,21 29:1 30:21,23 31:2,6,15 32:9 33:7 36:12 43:11 44:12,20, 23 45:7,15 46:4,10 47:5 48:25 49:7 50:20 52:6,19 53:15,18 58:2 60:7 62:12 67:17 70:2 73:17 75:18,21 76:3,5,22 77:15

**can't** 6:15 20:22 30:10,22 31:3 35:12,24 36:7,9 37:16 38:15 48:25 50:6 65:12 71:1,5

**Canada** 38:9
**cannot** 7:5 33:20
**capacity** 14:9 29:3
**car** 34:7
**card** 53:6,8
**care** 24:18,24,25 25:20 51:11,12
**Carolina** 8:25 11:15 15:3 16:7 17:21 20:14 33:21 37:5 73:10 74:1 77:1
**Cary** 8:25
**case** 7:18 28:19 41:2 53:17
**cash** 11:1
**catch** 11:22
**CD** 66:15
**CDS** 23:6,13 59:22
**center** 17:13 18:15,18 21:25 22:1,2,3,5,6,7,11,22 23:18 24:15 55:7,16 70:12
**certain** 5:13 18:6 59:22 70:7
**cetera** 25:9
**chance** 33:18 46:22
**charge** 10:17
**charged** 11:2
**check** 8:21 37:14,15 62:16 65:19 66:5
**checked** 16:23
**checks** 37:16 74:6,9,11,15 75:13,16
**chief** 21:11 26:10 30:11 44:22
**children** 9:11
**church** 17:22 18:22,23,25 19:10 20:6,7,12,13 24:18,24,25 25:2,15 32:19 42:19 44:1,4,7 57:11 58:6 62:17 66:9,22 67:5,12,15 68:2,7, 11 69:14,16,19,23 70:15,17,21 72:5,11 74:4 75:5
**churches** 37:25
**cleaners** 13:12
**clear** 69:21
**clearly** 5:20
**client** 16:11
**close** 71:13
**closer** 72:20
**cloth** 53:5 54:21,23 55:2,6
**code** 9:3
**collect** 62:15,20 69:9 71:5
**collected** 74:6
**collecting** 66:10
**collection** 18:9 70:13
**collectively** 50:17
**college** 12:5,6
**come** 5:18 21:4 27:12,16 32:18 33:13 37:13 38:1 45:14 56:15
**coming** 22:4 41:25 42:1,4,11 62:17
**commission** 67:19
**commissions** 67:22
**communication** 12:14 48:25 49:23 50:14 51:25 52:2
**company** 32:21
**compensation** 69:2 75:23 76:2, 7
**compilation** 42:13
**compiled** 42:5
**complete** 6:21
**complies** 4:6
**comprised** 42:10
**Concise** 15:19,22 16:1
**concluded** 77:19
**concrete** 24:23
**conference** 21:1 23:7
**conferences** 16:23 21:20
**confirm** 57:8 65:18 66:17 74:3
**connectivity** 6:5
**considering** 68:21
**consist** 5:12
**contact** 8:19 50:11
**content** 41:13
**continue** 58:21
**contractor** 28:9,11
**contractors** 30:7
**contracts** 32:24 33:3
**control** 27:8
**conversation** 5:23 53:2
**convicted** 11:3
**COO** 58:9 71:4
**cooperation** 77:11
**coordinated** 21:18
**coordinating** 25:15 41:23
**coordinator** 26:1
**Corey** 7:21 56:11 71:12
**corp** 16:4
**corporate** 20:18
**corporations** 38:1
**correct** 11:15 20:16 35:3 57:1 66:7,15 69:17,18 70:18
**cost** 69:24
**could** 8:6 22:8,9,21 37:3 39:20 50:7,8,10 54:23,25 56:8 66:24
**count** 43:17
**counted** 26:14,17,18
**counting** 43:6
**County** 11:14,15
**couple** 5:3,15 37:3,5 50:15 60:1 71:23
**course** 52:1
**court** 4:4,7,11 5:19,23 10:9 11:12 46:16 49:9 50:22 52:8 56:18 57:1 60:9 71:20 77:15
**created** 60:24
**creation** 61:20
**Cross-talk** 7:15 51:22
**Cumberland** 11:14,15

**currently** 8:24 39:12

**cut** 9:2 34:11 47:19

**Cynthia** 10:13 46:14 56:25

**D**

**D-A-N-I-E-L** 5:8

**daniel** 4:4,15 5:7 9:19 10:16 46:18,21 49:11,15 50:24 52:10,13 56:21 57:5,12 60:11,14 63:2 64:6, 9 71:23 77:11

**date** 9:21 63:5

**day** 18:7 44:5,24 56:8 63:8,24 76:1

**day-to-day** 21:14 24:17 34:5 36:22

**days** 40:16

**deals** 58:8

**dealt** 33:4

**December** 15:1,9

**degree** 12:8,10,12

**delay** 51:8,16

**Deliver** 54:19,20

**delivery** 51:5,8

**department** 16:21

**departments** 14:11

**depend** 22:25 39:18 55:17

**depending** 39:19 40:19 55:8 59:24

**depends** 23:8 36:9 56:6

**deposit** 74:15,19 75:13

**deposited** 74:8,11

**deposition** 4:24 5:11 7:6,8 77:19

**describe** 10:16 22:6 76:5,6

**desk** 44:11

**detail** 24:21,22 63:9

**developing** 15:15 41:18

**diary** 8:3,6

**dictated** 40:17

**did** 8:3,8 10:7 11:20,25 12:4,6,8, 10,15,18,25 13:3,11,13,18,19,20, 23 14:16,20,21 15:4,8,11,13 16:1, 17,20 17:1,3 19:5,15,17 20:25 21:13,21 23:21 25:16,17,24 26:13 27:8,9,11,19,21 28:2,5 29:16 30:12 31:8,19,21 32:18 33:4,5,17, 23 34:2,24 35:19,21,23 37:13 38:24 39:2,3,16 40:4,14 41:5,16, 17,20 43:3,6 44:17,25 45:5,17 52:17 55:1 57:21,23 60:25 61:1 62:5,10,19 65:5,8,13,14,22 67:11, 14,25 69:4,6,8 70:15,16 71:8,25 72:6,23 73:1,5 74:9,15,18,19 75:12,16,24 76:1,15

**didn't** 11:22 14:19 25:24 32:10, 11 34:11,13 35:9 37:17 40:10,12 43:15 44:5 47:11 50:13 65:19 68:2 71:5

**differ** 56:3

**difference** 63:11

**different** 20:7 24:19,20 25:4 35:5,21 36:17 37:4,25 42:14 52:24 54:1,2,3 55:15 63:7,10,14 66:1,2 74:22

**digital** 41:11,19

**direct** 37:14

**directly** 57:9,12,24 67:11 70:11 75:16

**disc** 54:16

**discipline** 26:5

**discrete** 42:11

**discussed** 7:18 68:5

**distinction** 35:8

**district** 11:13

**doctrine** 54:16

**document** 66:13

**documents** 7:9

**does** 15:22 24:12,16,24 25:10 26:6 28:22,24 30:4 32:22,24 33:1 34:5 43:22 60:14,20 64:9 70:20 71:16 74:12

**doesn't** 70:1

**doing** 14:1,5,7 15:6 21:2 27:9 29:18 34:16 36:2,3,21

**dollar** 68:6

**dollars** 39:21,24 59:24 66:19

**don't** 5:18,25 13:4,14 14:14 17:3 18:21 20:20 23:1 24:7 28:16,17 30:3,9 33:1 35:4,10 42:7 43:24 49:16 50:3,4,6,10 52:3,24,25 53:1 55:8,24 56:1 57:25 59:3,8,23 62:21 63:17,18,21 64:1 65:15,16, 17 67:20,23 68:3,13 69:2,10 71:1, 5 72:12,18 74:11 75:11 77:3,6

**donating** 23:5

**donations** 18:8

**done** 16:10 27:16 36:17 71:13

**Door-to-door** 13:9

**down** 33:15 36:3,20 45:22 46:23 53:23,25

**Drive** 8:25

**driving** 10:4,7 15:13

**Dropbox** 8:22

**drove** 15:7 34:7

**due** 68:6

**Durham** 17:21 73:14 77:4,8

**during** 8:2 54:24 75:25 76:2,14 77:7

**duties** 14:9 21:13 44:22 45:1

**E**

**e-book** 23:7

**E-TRAN** 77:17,18

**E.E.** 11:21,23

**each** 39:17,18 42:10 54:3,6

**earlier** 19:11 55:22,23 66:17

**early** 29:13,14

**easier** 49:17

**easy** 5:23

**eight** 26:19

**either** 27:21 70:4,10

**elaborate** 43:11 62:12

**else** 23:19,21 24:12 31:15,21,25 33:11 35:23 53:19 61:19 62:19 71:25 72:6

**email** 7:12 46:11 47:3 48:14 50:7 56:20,24 57:3,8,12,13,20 59:12

**emailed** 43:7 49:20

**emails** 46:6 50:15 58:3 70:6

**embezzlement** 10:20,21

**Empey** 4:14,16 5:10 10:13,15 46:10,17,20 49:7,10,13 50:19,23 51:1 52:5,9,12 56:9,15,20 57:2,7 60:4,10,13 62:23 63:4 64:3,8 71:11,16,19,22 77:18

**employee** 28:9 35:3

**employees** 30:4,6,21 32:4,7

**employer** 4:18 10:24

**employment** 8:2 13:6 14:16

**encompass** 21:13

**end** 9:2 14:16

**ended** 19:8

**enough** 15:10,17 29:19 64:2

**ensuring** 14:11

**enter** 50:20 52:6 57:2 60:7 62:25

**entities** 65:22,23 66:4

**entity** 18:23 45:6 66:8

**equals** 27:25

**error** 63:25

**especially** 6:2 32:16

**essence** 20:10 21:16 34:15

**establish** 15:24

**estimate** 17:7 72:10

**et** 25:9

**even** 8:4,9 14:14 67:3 70:15

**event** 36:10,13,14

**events** 32:16 33:9,13,14 36:4

**ever** 4:20,24 8:3,8 9:23,25 11:3,18 17:13 44:17,25 67:8,11,14,18 69:6,8 71:8 72:23 75:12,16

**every** 44:5 54:4 72:16 76:1

**everybody's** 30:22

**everything** 6:24 21:19 43:25

**evil** 54:20,21

**exact** 68:13 72:12

**exactly** 18:21 20:20 23:1 24:7 52:25 59:8,23 69:2 72:18

**exactness** 55:9

**EXAMINATION** 4:13

**example** 36:12

**except** 66:14

**exclusively** 66:10

**Excuse** 9:24

**executive** 24:14

**exhibit** 46:15,18 49:7,11 50:20,24 52:6,10 56:24 57:3,5 59:16 60:7,11 62:25 63:2,6 64:4,6

**expand** 53:18

**expected** 53:13 58:20

**expecting** 53:20

**expenses** 65:10

**experience** 33:2

**explain** 8:6 20:3 24:22 25:11 44:20 68:9

**extent** 21:22,23 23:18

**F**

**Facebook** 9:13,17

**fact** 6:18 8:19

**facts** 5:14

**fair** 15:10 52:4 53:11 64:2 66:4 77:7

**Faith** 19:6,9,12

**familiar** 60:14,20 64:9

**Family** 24:14 70:11

**far** 18:25 28:8 32:9 35:18 37:12 46:4 74:2,6

**Fayetteville** 12:7,9,21,22,23 21:2,4

**federal** 73:23

**felony** 10:3,19

**few** 29:5 34:17,18

**fill** 42:23

**financial** 14:22

**fine** 71:17

**finished** 6:19

**Finley** 46:7 47:6,10,14 48:21 49:20 51:3,4,19 52:17 56:1 57:9 59:12,16 70:6

**Finley's** 50:11

**firm** 15:23

**first** 5:4 9:19 12:15,19 15:7 42:23 47:4 55:6 63:12 69:13,22 70:4

**five** 13:15,16

**fix** 6:5

**flow** 5:22

**follow** 67:2

**follow-up** 65:19

**following** 21:18 57:11 59:17

**form** 62:16

**former** 4:17

**forward** 49:21

**four** 26:20

**Friday** 55:11,21 56:4

**from** 5:18 8:22 12:9,10,15 17:9 20:7 21:25 22:1,4 23:3 25:20 26:22 27:16 32:3,7,18 34:18,25 38:7,19,22 39:14,20 41:25 42:1,4,11,22 44:6 45:17,20 46:2 47:24 48:14 50:19 52:16 54:20 56:3,19 58:1,2 59:12,17 60:6 61:5,7 62:17,24 63:5 65:2 66:3,4 67:5,12,15 68:6 69:4,13,15 70:11,12,16 71:2,6,21 73:10,11 74:4,7,15 75:20,23 76:17 77:7

**front** 40:6,14,25

**fulfill** 42:19

**full** 29:3 37:3

## G

**gave** 18:13 28:6

**general** 44:21 66:12

**generalizations** 35:11

**generally** 5:22 18:3,5,8 22:24 23:5 33:8 37:6 38:17 39:16 41:24 66:18

**generate** 61:4

**George** 4:18 18:16 23:10 32:21, 24 33:4 34:18 37:15 44:13,18 48:3 54:11 58:5,14 59:5 66:10 67:18 70:5 74:3 75:12,16,19 76:10

**gets** 45:12

**getting** 32:10 61:3 65:20 68:1

**GG** 4:18 8:2 16:14 17:11 19:3,5, 24,25 20:8,10,17 21:11 22:2 24:6 28:21 29:2 30:4 32:20,25 33:5,7 36:25 37:14 39:16 41:5 43:22 44:2,3,17 47:13 50:11 58:14 59:2, 6,17 62:19 66:5,18,21 67:7,9 68:7,12 69:23,24 70:21 72:6 73:1, 5,20 74:9,12 75:20

**GGB** 69:14

**gist** 52:2

**give** 36:9,12 46:9 49:14 52:13

**given** 45:11

**glad** 29:21

**go** 5:2,3 10:21 11:20 12:6 13:25 15:18 19:3 25:6,8 33:25 37:2,22 38:3 40:10 43:15 44:3,4,5 45:4 52:5,15 60:18 61:15 63:20 73:16 76:15

**God** 4:9

**going** 19:7 20:9 21:19 25:4 26:9 29:22 32:3 33:17 36:10 38:20 41:8 56:13 73:16 76:19

**gonna** 5:3,11,12,15 6:24 17:11 26:19 61:9

**good** 19:20 46:5 56:10,12,17

**Google** 8:9

**got** 13:10 21:5 27:13 31:10 35:9, 14,18 41:1 42:22 44:21 48:13 50:15 55:19 56:20 57:23 58:1 61:7 65:4 68:20

**gotcha** 42:15

**gotten** 48:3

**grace** 40:15 41:2

**graduate** 11:25

**great** 5:9 6:8,13 7:2,16,24 8:17, 23 9:1,8,20 11:17 13:10 19:2 21:6 29:21 46:25 60:10,22 70:19 71:19 73:18 75:4 76:24

**grocery** 14:10

**ground** 25:15

**guess** 13:16,24 28:10 37:10 44:16 47:8 49:23 56:8 57:22,25 64:10

**guesstimate** 17:10

**guy** 35:2

## H

**had** 4:24 10:3,24,25 22:2,17,20 23:4,13 26:4 34:1 35:24 42:3 43:8,18 46:21 47:14,21 57:15 64:13,14 65:19 70:13 73:16 74:19 76:20 77:5

**hand** 4:5 43:8

**handle** 31:22 51:9 65:13,14

**handled** 48:7 65:16 73:4

**handling** 21:20

**happen** 26:18 57:21,23 77:1

**happened** 40:24 42:16 43:1

**happening** 57:17 58:1

**hard** 5:24 22:25

**hard-and-fast** 35:13

**harvest** 52:23 53:3,4

**has** 5:24 29:23 34:16 36:16 48:18 67:7

**have** 4:20,24 5:4 6:15 7:3,5,8,11, 18 8:15,21 9:6,11,13,16,23,25 11:18 14:14 16:10 17:8,12 18:24 23:19 25:3,24 26:6 27:8,15,21 28:6,20,25 30:5,12 31:25 33:18 34:13,22 37:18 38:1,2,4 39:2,5 40:14 42:17 43:22 44:5 47:7,12, 14,21,23,24 48:3,5,7 50:14 53:1 59:23 60:2 61:14,19 63:22 64:15 68:18 69:1 70:22 72:22 73:6,8 74:8,18,19 75:6 76:2,19 77:1,10

**he'd** 58:18

**he's** 24:14 35:2,20 36:17 73:15

**head** 5:16 16:22 20:24 28:18 48:10

**hear** 10:10 19:5 29:21,22 69:4

**heard** 6:10 17:13

**help** 4:9 16:12 21:5 28:22 33:9,15 35:20 36:6 43:12 60:2

**helped** 31:12,13 36:15,16 76:9

**helpful** 30:23

**helping** 15:24 33:15

**here** 32:20 46:9 47:2 48:17 49:16 50:15 51:2 52:16 53:12,25 54:7 57:8 60:17 63:8 64:4 68:20 70:22 71:13

**hereto** 46:19 49:12 50:25 52:11 57:6 60:12 63:3 64:7

**Hey** 44:23

**high** 11:20,21,23 12:4

**hit** 19:21 38:25

**Holds** 68:21

**home** 19:20 44:1,6

**hopefully** 38:4

**hoping** 17:17

**Hopping** 56:22

**hospital** 25:7

**Hour** 39:8,11,14

**hours** 18:6 26:13,19,20 29:4

**how** 5:2 6:23 9:6 11:7 12:18,23 13:13,20 14:16 15:11 16:4 18:1,3, 5 19:5,8,17 20:7,25 21:5 22:23,24 24:5 26:13,25 28:2,5 29:4,9 30:4,

12 32:4,7,12,13 34:16 36:17 37:2, 8,9,13,16 38:12,17 39:16 43:24 45:22 48:20,22 52:2 55:1,8,24 57:13 58:20 61:18 65:5 66:1 71:14 72:10,13 76:10,15

**Huh** 31:5

**Huh-uh** 63:19 75:18

**I**

**I'D** 8:21

**I'LL** 6:9 37:10 46:12 49:14 52:13

**I'M** 4:16 5:11 6:1,3 10:11 12:18 13:16 19:12 26:19 29:10,17,21 31:17 32:6 36:19,20 42:9 49:3,24 54:25 59:3 60:16 63:14 64:1 67:13,17 69:19 70:1 71:13 74:6

**I'VE** 6:17,20,24 46:24 48:13 50:15 51:11 56:20

**idea** 36:21

**identification** 46:19 49:12 50:25 52:11 57:6 60:12 63:3 64:7

**identity** 15:25

**important** 5:21

**in-stock** 14:11

**including** 5:5,15

**independent** 28:9,10 30:7

**individually** 44:14

**information** 61:3

**Instagram** 9:14,17

**instance** 40:24 48:2,20,22,24 49:19 53:21 57:17 61:8 66:9

**instances** 50:13

**institution** 12:16

**instructions** 27:15

**Intel** 64:18

**interact** 34:24

**interaction** 47:5,9,12,14,21 51:19

**internationally** 37:7

**interrupt** 5:21 40:10,12 43:15

**inventory** 43:3,6

**invoice** 47:2 51:2 61:10,20 62:4, 14,24 63:12 64:4 67:1 68:24 69:14 70:9 71:9 72:15,23

**invoiced** 41:3 66:22

**invoices** 60:1,23 61:4,21 62:2,3, 7 63:8 65:18 68:4 70:22,23 71:25 72:2,7,10

**involved** 4:20 20:25 48:20,22 61:23,24,25 62:1

**issue** 61:10 65:25 67:1 71:8,25 72:2 75:16

**issued** 45:7 60:23 63:8,15 65:18 66:5 69:14 70:8 72:7

**issues** 34:13

**it's** 5:23 9:19 17:21 20:2,6,14 22:25 24:7 45:11 46:11 47:1,7 48:24 50:16 52:23 56:5 57:3 64:14,22,24 75:9

**item** 64:16 66:14

**itemized** 64:15

**items** 64:15 65:6 68:1 69:9

**itself** 19:25

**J**

**January** 16:19 21:8 52:5

**job** 14:9 21:13 45:1

**jobs** 16:12

**June** 4:1

**just** 5:12 6:1 7:12 8:8,21 9:2 14:11 15:16 16:12 19:21 21:14, 15,17,18,19 22:25 23:8 24:18 25:1,5,12 26:3 29:5 31:12,16 33:16 34:6,9 35:25 36:9,21 42:9 44:18 46:9 47:1,7 49:1,23 53:9,24 56:6 57:8,25 58:24 59:11,15 64:13 65:18 66:17 69:11,20 71:23 72:1,8,14,19 74:3

**K**

**k-i** 31:8

**K-I-N-G** 24:3

**Kecia** 31:1

**keep** 43:4,12 53:24 65:10

**keeping** 5:24

**kept** 26:21 42:18,21

**Kevin** 72:23

**key** 61:17

**killed** 41:9,10

**kind** 8:5 13:6 21:15 25:12 39:24 64:23 73:22

**King** 23:23 24:1,5,12 25:13,20 26:6 27:19 30:24 37:18 47:21 61:23 65:16 73:3,15

**knew** 19:7 43:18

**know** 5:2,12,14,16,17,22 6:1,3,15 8:4,9 17:3 18:17,21,22,25 19:1 20:20 22:15,23 23:12,17 24:7,23 25:2,6,13,14,16,17 26:3,4,15,24 28:5,8,16,17 29:23 30:3,9 32:10, 13 33:1,21 35:8,14,18 36:20 37:12 43:8,24 44:22 46:21 49:1, 23 50:1,3,4,10 51:7 52:3,14 56:1 58:10,16,17,18,20,24 59:8,9,10, 11,13,19,21 60:1 61:9,20 62:2,21 63:7,23 64:1,12,18 65:8,9,15,16, 17 66:14 67:1,20,23,25 68:3,13, 19 69:2,10 71:1,5 74:2,6,7,8,11 75:1,11,19 77:2,5,6

**knowledge** 18:24 28:6,20 31:25 32:2,20,23 36:24 37:1,18 38:4 39:4 47:16 59:4 61:19 62:19,21 66:11 67:7,18,21 69:8 70:20,23 73:1,5,19,20 74:9,12

**knows** 36:16

**L**

**Lake** 8:25

**language** 18:13

**larceny** 10:18

**large** 64:22,23 66:15

**last** 9:19 29:13 31:1,16 33:18 50:7 63:5 64:3 76:20

**late** 25:18

**later** 13:23

**Law** 28:24

**lawsuit** 4:20 5:14 11:18

**lease** 18:24

**leave** 46:12

**left** 15:4

**let** 6:14 43:8 46:21 52:14 56:21 60:16

**let's** 6:19 7:25 13:25 15:18 19:3 32:20 36:23 38:3 45:4 46:9 47:3 50:19 52:5 57:2 60:1,4 62:23,25 64:3 71:11

**lets** 49:1

**license** 10:7

**like** 4:16 6:4 8:8,9 14:14 18:9 19:17,20 20:5,6,18,19 21:19 22:16 23:14 24:22,23 25:1,13,19 26:25 27:5 30:20 31:23 33:24 34:5,14 35:1 36:4,17 39:9 42:1,2 44:16,18 45:1,5,6,8 46:14 48:2 49:19 50:9,17 51:2 52:23 54:13 57:9 59:11,15,21 62:3 63:8 64:14, 24,25 65:8,9,20 66:8,15 67:2,11 68:1,13,19 70:6,22 75:24 76:11

**line** 52:18

**lineup** 53:19,22 55:21

**list** 48:4 49:20 59:15 61:16

**listed** 28:15,19 63:13 64:14,18

**litigation** 4:17

**little** 32:3 54:7 63:9

**live** 8:24

**lived** 9:6 21:4 77:8

**lives** 33:21 76:25 77:2

**LLC** 16:4,5,6 20:19

**local** 73:11,17 77:4

**located** 20:14

**location** 20:15 43:23

**logged** 26:22

**logistics** 39:25 40:3 48:19

**long** 9:6 11:7 12:18,23 13:13 15:11 18:5 24:5 34:16 58:20 76:15

**longer** 24:7

**look** 33:24 34:5 45:5 46:6 52:14 54:13 60:4,14,20 62:23 64:3,9

**looked** 59:11,15 63:6

**looking** 56:23

**looks** 45:8 49:19 51:2 63:8

**lot** 23:4 31:19 32:14,15 35:19 39:1 42:13 47:12 50:14 72:12,13

**Loved** 19:18

**M**

**M-E-D-I-A** 38:10

**M-O-O-R-E** 76:23

**made** 23:13 57:19 59:6

**mail** 66:5

**Mainly** 13:7

**maintain** 8:3,8 65:8 74:10,13

**maintained** 74:20 75:2,8

**make** 18:8 21:19 25:21 29:5,16 34:9 50:1 56:13 69:20 70:1

**making** 21:15,17 22:4 25:1

**makings** 16:2,8

**manage** 21:21 25:10,11,16,17

**managed** 21:24 23:19 41:15 47:24

**manager** 14:15 34:14

**managing** 24:11 33:2 48:19 62:2

**many** 18:3 22:23,24 26:13 29:4 30:4,12 32:4,7,12,13 38:17 72:10

**March** 57:3,18

**mark** 49:7

**marked** 46:15,18 49:11 50:24 52:10 57:5 60:11 63:2 64:6

**marketing** 15:23

**married** 9:9

**max** 30:16

**may** 27:16,17 34:7 60:6 62:24 63:6 64:12 74:8 76:2

**maybe** 13:16 17:10 18:6,24 23:6 28:24 30:14 31:16 32:16 34:23 66:14 72:22 76:16

**mean** 13:8,19 16:9 20:1,2,5 21:23 23:2 24:16 25:11,12 26:2,3 28:4 34:11 37:9 40:2,10,12 43:15 44:15,19 45:9 51:23,24 52:17 61:24 65:7 67:10

**Meaning** 14:23 62:14

**means** 24:18

**meant** 50:1,3

**media** 9:13 38:8,10,20,21

**medias** 9:16

**medication** 7:3

**medium** 39:24

**meet** 4:15

**memory** 60:3

**mentioned** 12:20 19:11 20:23 21:7 23:17 76:25

**merchandise** 14:8

**message** 45:19,21 52:16 70:5

**middle** 5:5

**might** 5:14 28:19 46:5 56:9 59:23 60:2

**ministries** 4:18 8:3 16:15 17:12 19:4,5,10,24,25 20:8,11,17 21:12 22:2 24:6,20 28:21 29:2 30:4 32:21,25 33:5,7 36:25 37:14 39:16 41:5 43:22 44:2,4,17 47:13 50:12 58:15 59:2,7,18 62:20 66:6, 18,21 67:7,9 68:7,12 69:23 70:21 72:6 73:5,21 74:10,12 75:20

**Ministries'** 69:24 73:1

**ministry** 15:16 16:14 19:7,25 20:1,7,9 21:14 26:17,19 27:9 28:2,5 29:20,24 30:8 32:1 35:19 36:1 43:25 75:23 76:1

**ministry'** 20:3

**minor** 26:12

**minutes** 56:16 71:16

**misdemeanor** 10:3,16

**missed** 12:19

**moment** 46:9

**money** 14:24 18:9

**monitor** 29:5

**month** 43:5 72:16,21

**monthly** 38:14 43:17

**months** 72:16

**Moore** 76:21,22

**more** 8:1 10:21 11:11 24:21,23 25:25 29:18 32:9 38:4 42:13 47:14 56:20 63:9 71:23

**most** 27:17 33:12 35:16 39:22,24 45:15 65:23

**mostly** 5:12

**move** 7:25 36:23 58:2

**moved** 6:20 77:5,6

**Mr** 8:19 56:12,17 71:14,17 77:14, 17

**Ms** 4:4,14,15 10:13,15,16 46:10, 17,20,21 47:6,10,14 48:21 49:3,7, 10,13,15,20 50:11,19,23 51:1,3,4, 19 52:5,9,12,13,17 56:9,15,20,21 57:2,7,9,12 59:12,16 60:4,10,13, 14 62:23 63:4 64:3,8,9 71:11,16, 19,22,23 77:11,18

**much** 31:13 33:12 34:4,15 39:16 52:2 71:14 76:10 77:11

**multimedia** 12:13 16:10

**mustard** 54:15,17

**my** 4:15 5:10 9:19 12:13 15:7,15, 19 16:11 29:17 32:2,23 37:1 47:16 62:21 66:11 70:23

**myself** 15:5 16:12 27:18 56:13

**N**

**N-E-** 31:8

**N-E-K-E-C-I-A** 31:7,9

**name** 4:15 5:5,6,10 9:18,19 14:14 15:19 28:23 30:21,22 31:1,16 33:18 73:8 76:20

**names** 31:17

**Nationally** 37:7

**nature** 16:11 44:11

**necessarily** 30:9 44:5 50:6 57:25 72:18

**necessary** 27:11

**need** 5:16,19 6:14,17 27:15 44:10,12,24 49:2 59:17 71:15

**needed** 24:19 25:22 29:19 33:13, 16 35:21 36:5,8,11 38:13,16 48:4 49:24 72:14,19

**needs** 25:7 27:17

**negative** 28:18

**Nekecia** 31:1

**Network** 4:17 22:16,20 42:3,12, 22 45:7,20 46:2 47:15,25 55:4,6, 10,12,14 57:10 58:6,13 61:11 62:17 65:21 66:1,2,9,22 67:5,12, 15 68:2,6,11 69:14,16,19,22 70:15,17,20 71:6 72:5,11 74:4,7

**networks** 22:16,17 38:2 42:12 51:13

**never** 26:14,17,18,20,22 27:5 62:16

**next** 6:20 47:1

**nice** 4:15 35:2

**night** 55:11,21 56:4

**no** 4:22,23 5:1 7:4,7,20 9:10,12 11:19 26:8,23 27:7,11,17,23,24 29:1,8,25 30:1 31:24 32:9 35:10, 13 42:8 43:24 44:10 45:3 47:18, 20,22 48:12 50:3 51:17 53:17 56:5 58:22,23 61:22 62:4,9,18 63:13,21 65:19,25 66:11 68:23 69:7 71:10 72:7,25 73:9 75:15,18, 21 77:3

**nods** 5:17

**nonprofit** 73:21,23,25 74:5

**nonprofits** 15:24

**Nope** 60:16

**normally** 10:10 58:1

**North** 8:25 11:15 15:3 16:7 17:21 20:14 33:21 37:5 73:10 74:1 77:1

**nothing** 4:8 68:23 77:14

**November** 50:20

**number** 22:8,20 39:9 55:17 61:17 70:7

**O**

**occasionally** 57:23

**odd** 16:12

**off** 13:16 29:17 34:11 41:22 45:18 47:19 48:18 56:18 68:21 70:4,14 71:20

**offense** 10:2 11:3

**offer** 23:9 53:4,9 54:4,5,15,20

**offered** 22:9,10 23:8 55:13,22 56:7

**offering** 18:10,11 54:15,19 55:10

**offers** 52:24

**offhand** 20:20 35:10 58:18

**office** 44:7

**officer** 21:11 26:10 30:12 44:22

**official** 16:3

**offshoot** 66:14

**often** 18:1 34:24 37:2 38:12,17 72:13

**Oh** 13:10,21 17:5 26:12

**Oil** 53:5 54:21

**okay** 5:2 6:11 7:13,18,21 8:15,17, 23 9:1,20 10:19 11:20,24 12:8,10, 12,15,18,25 13:13,22,25 14:7,9, 13 15:2,4,8,10,13,18 16:1,8,13,24 17:11,17,22 18:17,22 19:2,3,11, 15 20:8,17,21,23 21:6,21 22:23 23:5,12,17 24:5,11 25:10,24 26:9, 13,15,22,25 28:2,12 29:2,4,7,12, 16,23 30:2,4,15,19,25 31:15,21 32:3,24 33:17,21 34:24 35:8 36:7, 23 38:3,7,12,17,20 39:2 40:9,17 41:8,23 42:15,21 43:3,20,22 44:7, 13 45:4,17 46:1,5,8,10,16,21,25

47:13,17,23 48:2,9,13,17 49:6,18 50:15 51:6,12,18 52:5,15 53:11 54:6,9,13,23 55:5 56:3,9,10,17 57:2 58:2,10,17,20 59:10 60:1,6, 19 61:3,19 62:5,12,22 63:5 64:2, 3,11 65:5 66:12,17,21 67:7,18,24 68:4 69:11 70:19 71:7,12,17 73:5 74:8,23 75:10,12 76:19 77:7,10

**once** 43:5 70:13 72:16,20,21,22

**one** 5:21 6:21 20:20 25:18 27:11, 21 30:13,22,24 42:18 43:25 44:10 45:21 47:4,18,20,23 50:19 51:9 54:6,14 56:20 60:5 62:7 63:24 64:4,9,13,14,16 65:1 66:3 74:24

**ones** 63:15 65:1 74:22

**online** 13:21 19:6

**only** 6:15 26:19,20 45:21 50:13 53:13 54:15,19 75:24

**operating** 22:14

**operations** 21:11,14 22:6 26:10 30:11 44:22

**opportunity** 49:14 52:13 76:20

**orchestrated** 36:25

**order** 22:11 25:3 38:6,7,18 40:4, 5,20,22 42:10,17,22,24 43:2 45:7, 9,12,14,22,25 49:2 54:23 57:19, 23 59:11 61:6 65:24 67:11,14 70:4 72:14

**ordered** 45:20 48:4 51:13 57:19 69:12,13,22,23 70:12,14

**ordering** 40:3 55:5 57:10

**orders** 38:5,12 41:24 42:11,14,20 45:4 46:1 57:15 63:24 77:16

**organization** 42:6

**organizations** 37:21,23 42:12

**other** 22:15,17,20 23:19 27:22 31:21 35:19 36:2,7 38:2 42:4,12 47:20 51:12,13,14 53:18 61:19 64:13 65:22,23 66:4,8 67:8 68:6, 7,10,25 74:15

**others** 35:14

**outside** 13:7,8 45:1 68:4

**outstanding** 68:10,15

**over** 5:2 6:3 26:6,15 27:8,21 44:23 45:9 51:3,21,25 61:16 63:24 65:6

**overall** 14:10

**oversaw** 22:12

**oversee** 37:17

**overseeing** 21:15 22:3 24:19 73:15

**Overseer** 23:23,24 25:20

**overtime** 27:5

**owe** 70:21

**owed** 68:11

**own** 18:17 20:19 22:2,14 27:3 54:7 74:13

**owns** 18:20,23,25

**P**

**packages** 41:11 57:11

**page** 47:1

**pages** 64:25

**paid** 16:18 21:8,10 26:11,25 27:1 29:7,9 32:10 35:3,4,9,14,18,22 37:8,9,10 40:15 45:1 48:11 62:3,8 65:1,20,24 67:8,19 68:1 69:13,15, 22

**pandemic** 38:25 41:9 75:25 76:14

**paragraph** 54:18

**paragraphs** 54:7

**part** 27:18

**particular** 30:10 38:8 48:24 50:13 53:10,21 56:7

**parties** 58:11

**party** 11:18

**pass** 45:17

**passed** 48:5,18

**pastor** 18:14 24:14 56:1

**pay** 39:16 40:4,13,15 41:5 66:18 68:2 76:8,10

**payable** 23:20 24:12 31:22 33:3

**payment** 39:25 40:25 53:14,20 61:20 62:15,17,20 66:3,10,23 67:3 69:9 70:16 71:6

**payments** 37:13 68:11 74:4

**pending** 5:14 6:16

**people** 16:23 18:3,4,8 21:18 22:8,21,24 25:6,8 30:7 33:15 43:12 51:12 55:1 76:9

**people's** 22:15

**per** 25:5 29:10 66:14 76:12

**percent** 64:1

**period** 41:2

**Perpetual** 52:23 53:3,4

**person** 16:22 21:3 23:22 35:20 37:18 48:6 50:11

**personal** 37:15 75:13

**personally** 4:19 32:25 33:1 58:14 72:23 74:3

**perspective** 25:21

**pharmacy** 14:11

**Phoenix** 12:11

**phone** 22:7,20

**physical** 20:15 43:22

**pick** 10:11

**picked** 66:3

**pin** 36:20

**Pine** 8:25

**pit** 14:10

**place** 19:20 25:1,8 58:8

**placed** 40:4,5 41:24 65:24

**places** 13:4 20:10 22:20 33:25 37:4,5

**placing** 40:20

**plane** 34:7

**planning** 30:2

**platform** 19:10

**please** 4:5 6:4,21 8:6 20:3 32:6

42:7 52:19 53:15,23 66:24 77:16

**point** 25:23 30:10,13,17 34:8,9

**position** 14:13 16:18,24 17:2 21:8,10 26:10 28:13 48:9,11

**potential** 18:24

**power** 27:21

**pray** 38:1

**prayer** 22:9 53:5 54:21,23 55:2,5

**preaching** 20:9

**preparation** 7:8

**pretty** 31:13 33:12 34:4,15 37:3 52:2 64:11 71:13

**Previously** 57:15

**price** 39:18,20

**print** 41:10,13

**printer** 39:5,7 65:2

**printing** 39:1

**privy** 58:7

**probably** 8:19 10:22 11:10 13:23 17:3,10

**probation** 11:6,7

**problem** 60:16

**problems** 6:5

**proceed** 6:24

**process** 45:12

**produced** 59:2,6 67:8

**product** 14:21 22:9 23:6,9 41:9,10,19 52:17 53:9,19,22 54:3,5 55:21 66:21 67:15 70:10,22

**products** 23:10 42:2 53:13 54:11 56:3,6 58:25 59:5,6 67:8,11 68:8,17 69:12,21

**profits** 65:11

**program** 22:10,13,19

**prompt** 28:22

**provide** 8:18 9:18 24:21 36:7

**provided** 61:18

**publisher** 39:2 40:5 69:15 70:12

**pull** 60:1

**pulled** 70:10

**put** 17:7 25:8 38:15 58:8

## Q

**quantities** 43:8

**quantity** 63:10

**question** 5:13,25 6:9,16,20 36:18

**questions** 71:24

**quick** 56:10 71:12

**Quickbooks** 65:9

**quite** 11:22 41:21

## R

**R-O-N-N-I-E** 24:3

**raise** 4:5

**ran** 16:21 43:1,25

**range** 39:22,23

**reach** 51:9

**read** 46:22,24

**reading** 57:13

**ready** 25:2 52:14

**really** 26:18 35:4,12 37:16 38:15,25 43:24 44:10 47:12 50:14 55:24 58:7 65:12

**reason** 7:5 10:12 55:25

**recall** 11:12 13:14 23:1 28:23 29:1 30:22 31:3 32:9 33:7,18 35:10 45:16 46:4 55:8 57:25 59:23 63:17,18,21 67:17 73:10 75:18,19,21,22 76:3,20

**recap** 69:11,20

**receivable** 21:21,24 23:20 24:12 31:22 33:3

**receive** 70:16

**received** 49:21,24 62:16 75:19,22 76:7

**receiving** 69:2

**recently** 77:5

**recess** 56:19 71:21

**recollection** 28:22 55:20 73:8

**record** 5:5 56:18 69:20 71:20 77:16

**recorded** 23:13 54:2

**recording** 5:18

**referred** 47:2

**referring** 19:12 22:14 49:4 50:5 53:12

**refresh** 60:2

**regarding** 68:7 71:7

**registered** 16:6 73:25

**registering** 21:1

**registration** 16:21,22 20:24 21:3

**registrations** 23:8

**regular** 17:24 51:24 63:22 76:4

**Rejoice** 55:11

**related** 18:23

**remaining** 24:11

**remember** 13:4 14:5 30:23 33:20 50:6 52:25 55:24 56:2 59:25 72:12,18 73:15

**repeat** 9:3 11:22 32:6

**rephrase** 6:2 66:24 70:2

**replaced** 29:23

**replacing** 30:2

**report** 28:5

**reported** 27:5

**reporter** 4:4,7,11 5:19,24 10:9 46:16 49:9 50:22 52:8 56:18 57:1 60:9 71:20 77:15

**representing** 4:16

**reproduce** 8:20

**requesting** 51:4

**require** 40:25

**respect** 59:10
**responded** 51:4
**responsible** 14:10 22:3 27:3 41:18
**retail** 13:7
**retained** 8:15
**return** 13:20
**review** 49:14
**reviewed** 7:9,11
**revised** 51:2
**right** 4:5 7:25 19:23 23:16 26:9 31:18 33:2,8,20 40:5,13 45:4 56:22,25 58:2 60:4 63:11 68:4 71:5,11,23 77:13
**role** 17:1 25:25 26:11 31:11 34:5 44:24 51:7
**Ronnie** 23:23 24:1,5,12 25:13 26:6 27:19 30:24 31:21 37:18 47:21 61:23 65:16 73:3
**rule** 6:15
**rules** 5:3,15 35:13
**running** 29:6 53:12

**S**

**S-H-E-L-I-A** 48:15
**safe** 41:8
**said** 4:16 5:10 6:25 11:9 14:19 16:13 25:12 33:9,23 40:17 43:9 48:22 57:15 64:13 66:12,17 76:14
**salary** 75:20
**sales** 13:7,8,9 41:9,10 47:24
**same** 10:10 41:13,25 42:1 63:5,8 77:18
**saw** 19:6,11 21:3 62:16
**say** 10:7 11:10 14:6 15:1 16:8,18 17:10,17 22:13,23 23:1 24:7 26:18 27:12 31:8 33:4,5 35:12,24 36:14 41:8 42:11,21,22 44:21 45:6 50:6 51:18 53:11 54:13,14, 18 55:5 56:8 61:8 66:4 67:1,11 69:6 70:2 72:20 73:13,17,22 77:7
**saying** 23:24 24:23 34:12 46:1 48:2 54:6 73:15
**says** 47:8
**schedule** 25:17,25 27:8
**scheduling** 25:25
**school** 11:20,21,23 12:4 13:20, 21
**screen** 7:21 46:13 56:21 60:15 68:20
**scroll** 46:22 52:19 53:15,23
**scrolling** 53:24
**se** 25:5 29:10
**second** 33:17 38:20 47:3 53:15
**see** 6:19 25:7,8 32:20 41:1 46:9, 10 60:16 64:12 71:17 73:16
**seed** 53:7 54:15,17,20
**seems** 50:17
**sell** 13:11
**selling** 41:11
**send** 25:8 43:18 45:19,23,24 48:25 49:1,2 50:8,9 61:16 62:14
**sending** 62:1
**Senior** 11:21,23
**sense** 70:1
**sent** 7:12 45:9,21 46:6 51:3 55:25 57:19 61:5,6 62:4 65:24 68:24 72:10,14,15
**sentence** 11:5
**separate** 74:10 75:6
**September** 9:22
**services** 17:24 18:3,5 25:3 31:14
**set** 20:18 33:15 59:24
**setting** 36:3
**several** 58:18
**shakes** 5:17
**share** 56:21
**sharing** 60:15
**she** 28:19,20 31:12,13 48:10 50:1,3 57:19
**she's** 28:15 50:4,16
**Shelia** 48:8,9,13,14,18,19 49:4, 20,21
**ship** 47:7 66:21 70:14
**shipment** 67:2
**shipped** 45:12 69:16,24
**shook** 28:18
**short** 11:1
**should** 21:20 64:4
**show** 22:18,24 53:10 54:3,4,14, 18,19,24 55:14,21,22 56:3,4,21
**shown** 7:21
**shows** 23:3 52:18,24 53:11 54:1, 2,7 55:25
**sic** 50:1 53:6,8
**sick** 25:6
**side** 32:1 44:17,19 45:2
**similar** 50:7
**since** 6:2
**situation** 10:25
**six** 72:16
**size** 39:18,19 40:20,22 54:16 64:24
**skill** 41:21
**slowly** 5:19
**small** 15:23
**Smith** 11:21,23
**so** 4:9 5:10,19 6:16 8:21 10:25 12:15,18 13:25 15:18 16:11,22 17:7 19:3,7,15 20:5,6,8,23 21:7, 24 22:2,3,10,11,18 23:4,6,17 25:1,7 26:3,18,22 27:3,25 29:4, 14,17 30:10 32:3,11 33:25 34:4,9, 21 35:21 36:2 38:5,10,23,25 39:2, 9,14,19 40:4,17,21,24,25 41:11, 23 42:9,16,21 43:5,7,12,14,17,18 44:1,3,21 45:22,23 46:1 47:5,19, 23 48:2,16,17,24 49:16,19,23 50:4,15 51:2 52:16,19,23 53:3,9, 11 54:3,4,6,13,14,23 55:2,5,17 56:13 57:2,8,10,25 58:2 59:15,24

60:6 61:8 62:16 63:5,14 64:1 65:1,16,18,24 66:4 67:1,24 68:10 69:11,20 70:4 71:7 72:8,13 73:7,16 75:11 76:17 77:5,11

**social** 9:13,16

**software** 65:9

**sold** 42:3 65:6 66:13

**some** 5:2,13 7:25 10:12 13:7 14:20,21 23:3 28:21 33:15,25 35:14,21 40:8 46:6 55:25 64:14

**somebody** 47:13 55:5 70:6

**someone** 19:7 23:21 25:7,8 27:9 28:19 34:1 44:24 54:23 73:17

**something** 6:17 8:9,20 14:19 19:21 22:13 30:20 38:3 45:6 55:3,10,13 66:15 73:3

**sometimes** 23:7 31:17 35:4,17 37:25 38:2 40:7,13,14,17,18,21 55:1

**somewhere** 30:18 63:25

**soon** 13:20 67:2

**sorry** 12:18 31:17 32:6 34:11 36:19 40:10 43:15 44:20 47:19 69:19

**sort** 20:18 25:14 37:21,23 42:5 43:3 50:4 51:25 75:22

**sound** 36:16

**sounds** 20:6 25:13 56:12,17

**source** 42:1

**space** 44:7

**speak** 5:19 6:4 10:10 34:25 37:16,22,24 65:12

**speakers** 51:14

**speaking** 36:23 37:8,11 42:4 49:3 51:14

**specific** 36:12 48:6 68:19

**specifically** 14:5 20:14 24:24 69:6

**specifics** 36:7,9

**spectrum** 72:20

**speculate** 72:22

**spell** 5:4 15:20 31:4,6 76:22

**spending** 15:16

**spent** 22:15,17

**Spiritual** 22:18

**stamp** 46:11

**stamps** 13:12

**start** 15:8 16:1,17 17:1 19:15 37:10 47:3 49:16 50:19

**started** 15:5 16:14 17:8 20:23 21:5,8 34:22 58:17

**state** 5:4 12:7,9,21,22,23 16:6 73:23 74:1

**States** 39:5

**stay** 12:18

**step** 48:17 70:8,10

**stepped** 36:14

**still** 24:9 29:2,7 34:18 47:7 49:1 56:5

**stock** 42:19,21 43:19

**stop** 15:13

**stores** 42:23 70:11

**straight** 34:10

**streaming** 19:6,9,10,12 31:14

**structure** 20:18

**structured** 16:4

**submit** 38:12

**substance** 8:1

**suggestion** 56:13

**Sundays** 18:2

**Suntrust** 74:24 75:10

**supervise** 27:10,19

**supervised** 27:11,18

**supervising** 14:12

**supervisor** 14:8,13 26:4

**supervisory** 25:24 26:2 27:21

**support** 16:12 41:21 66:13

**supposed** 68:18 69:1

**sure** 13:17 21:15,17,19 22:4 25:1,21 29:6 34:9 49:25 52:22 54:25 63:14 64:1 66:25 67:17 69:20 71:14

**swear** 4:7

**switch** 38:24

**system** 43:3

**T**

**T-E-D-D-E-R** 48:15

**T-E-M-E-I-L-A** 5:7

**take** 6:16,18 24:25 33:25 44:23 46:5 51:12 52:13 56:10 71:11

**taken** 4:24 7:3,6 51:11 56:19 71:21

**takes** 24:18

**taking** 5:11 14:20,21 16:11 24:24 41:22 54:13

**talking** 23:2 26:15 56:23 71:7 73:22

**taught** 56:7

**tax** 28:2

**taxes** 27:3 73:2

**teaching** 54:16

**Tedder** 48:8,13,14,15 49:3,4

**Tedder's** 48:9

**tell** 4:7 6:21 25:21 47:5 49:19 63:23

**telling** 27:13 47:7

**Temeila** 5:7 9:19

**ten** 13:15 30:14

**termed** 28:10

**terminate** 26:5

**terminated** 14:17,18

**terms** 69:3

**terrible** 31:17

**testimony** 7:18

**text** 45:19,21 46:2 48:3 57:16 70:5

**than** 11:11 24:7 31:21 32:9 47:20 67:8

**Thank** 4:11 5:9 8:23 9:5,20 11:17 46:17 49:10 50:23 52:9,21 76:24 77:11,13

**Thanks** 10:13 11:24 19:2

**that** 5:14,16,23,24 6:3,4,6,9,10, 11,15 7:5,12,17 8:6,10,20 9:6 10:21,24 11:1,3,9,11,12,22 12:25 13:13,16,18,23 14:9,13,19,25 15:11,15,16,20 16:4,9,10,14,20, 22,24 17:1,3,8,12,17 18:20 19:20, 21 20:1,5,9,10,17,25 21:2,3,4,8, 10,13,15,16,17,19,24 22:8,10,12, 13,15,17,19,20,21,23 23:4,12,14, 16,18,21,22 24:3,16,18,19,21 25:1,2,3,4,5,7,19,21 26:6,11,21 27:6,15,16,18,25 28:6,7,14,17,20, 22,24 29:1,12,16 30:7,10,17,20, 22 31:4,6,23 32:6 33:3,7,23 34:1, 5,10,16 35:8,20 36:4,5,17,18 37:17,18,19 38:8,14 39:5,7,20 40:1,18,20,24 41:2,6,15,18,21 42:3,6,8,18,24 43:7,11,12,15,20, 25 44:11 45:1,8,15,18,20,21,22 46:1,6,13,22 47:14,23 48:3,4,7,8, 11,13,14 49:1,20,23 50:9 51:3,8, 9,11,12,13,18,24 53:9,11,12,13, 18 54:2,14 55:3,5,10,11,13,14 56:7,12,17,25 57:13,15,23 58:11, 14,16 59:2,6,11,21,25 60:2,16,20 61:6,9 62:3,7,10,12,14 63:11,23 64:13 65:10,12,13,14,16,20 66:3, 7,8,12,13,15,21,24 67:17 68:4,11, 14,23,24,25 69:1,3,4,12,17,18,21 70:1,2,8,15,24 71:14,16 72:6,16 73:3,6,17 74:3,7,18 75:8,18,21,24 76:2,3,5,7,8,9,10,15,22,25 77:7

**that's** 11:15 18:10 19:1,7 20:16 21:5 22:21 27:12 29:21 33:12 34:2 36:5,19 38:10 39:12 41:21 43:13 45:22 47:3,8 49:17 52:2,4 53:17,21 54:10,25 56:10 59:25 61:18 62:6,11 64:18 70:2,18 71:12,17 73:17 77:10

**their** 14:14 54:7

**them** 13:4 25:8 38:7 42:5 49:1,2 55:25 60:24 61:7 66:3 69:16,25 70:12,14

**then** 6:18 11:1 12:15,25 13:18,25 16:13 19:6 20:23 21:7 25:5 27:13 30:12 32:12 35:13 37:21 38:24 40:14,15 41:9,11 42:23 43:18 45:12,17,23 47:1,2 48:18 49:21 51:3 53:7 54:18 55:15 58:3 59:22, 24 61:16 64:13 69:4,14,15,23 70:8,13 74:24

**there** 10:3 15:16 16:17 17:24 18:9 22:7,19 24:9 27:13 28:25 29:3,18 31:15 32:4,8,14 34:9 35:13,25 40:8 43:7 44:7,10,12 47:13 48:6 51:2,8,16 52:23 53:4 54:3,4 58:18 59:13,22 60:18 61:9, 12 63:7,12,13,24 65:25 66:8 68:23,25 70:23 74:15,22 76:2,8

**there's** 5:15 18:10 23:3 43:12 44:11 46:11 47:2 62:23 63:9,11 68:23

**these** 23:10,12 41:23,25 50:13 53:12 54:2,6 55:9,24 60:23 61:4, 21 62:2 68:1,2

**they** 14:15,19,20,21 18:5,8,17 20:6 21:2 22:8,9,10 23:5,18 28:6 30:2 33:4,5,9,14 34:8 37:5,13,14 39:12 40:19,21,25 41:13 42:1,4, 11,13 43:5,6,14,17 45:9,12 49:24 50:8 51:9 53:18 54:11,25 55:4,6, 11,15,17 65:20 67:11 69:13,16,24 72:14 73:6,10 75:5

**they're** 33:13 44:10 55:7

**they've** 47:2 49:21

**thing** 15:7 26:17 75:24

**things** 16:10 23:12,14 24:19 25:1,4,15,19 26:18 27:15,16 29:18 35:5,19,21 36:4,17 44:11 59:2 68:25

**think** 6:3,23 18:13 31:15 34:21 38:22 46:5,14 50:7 56:9,24 58:2 63:1,22,24 64:24 71:13 73:7 75:11 76:11 77:10

**this** 5:3 6:23 7:18 15:2 28:19 30:9 46:10,12,14 47:4,5,9 48:2,20,22, 24 49:3,7,8,14,19 50:19,20,21 51:7,10,18,24 52:6,14,25 53:1,21, 22 54:1,13,14,18 55:8,9,13,20,21, 24 56:24 57:2,8,10,13,17,21,23 60:4,6,7,14 61:5,8 62:25 63:5 64:4,9,11,14,18 65:1 66:9 67:2 73:20

**those** 8:15,18,22 9:18 30:21 36:24 37:2,8,10,13,16 38:12 44:9, 10 45:5 46:6 58:3,8 59:20 65:1 66:19 67:8 69:9 74:9

**though** 18:22 70:16

**three** 9:7 11:8 15:12 18:6 64:15 70:10

**through** 22:11 23:18 29:7 32:21, 25 36:25 37:13,17 38:22 45:8,15 46:2 57:16 70:5

**Throw** 68:21

**thumbs** 5:17

**till** 11:1

**time** 5:24 10:10 15:16,17 21:3 22:15,17,25 25:17 26:22 28:21 29:19 30:13,17 34:25 35:6 36:14 38:8 45:15 46:5 54:4 56:10 65:23 71:15 76:3

**timeframe** 38:15

**times** 37:4 55:15 72:18

**title** 14:14 23:24 31:18

**today** 5:11 6:24 7:3,6 10:11 26:20 77:12

**today's** 7:8

**together** 27:20

**told** 61:8

**took** 14:19 25:20 26:20 29:17 74:4

**top** 33:5,6

**total** 43:18 63:10

**touched** 73:19

**touchpoint** 25:14

**towards** 9:2

**town** 77:2

**track** 8:12 26:21 43:12 65:10

**tracked** 62:7

**transcript** 77:15

**transfer** 12:15

**transition** 29:12,16

**travel** 21:17 31:20 34:2,14 44:24

**traveled** 33:23

**traveling** 34:3

**treat** 28:2

**treatment** 28:3

**trick** 6:1

**trips** 35:14,18

**truth** 4:8,9

**try** 5:13 10:13 41:21 42:23 69:9

**trying** 6:1 36:20,21 42:9

**Tuesdays** 18:2

**TV** 21:16

**twice** 72:22

**Twitter** 9:13,17

**two** 10:9 12:24,25 13:15 18:6 51:25 63:7,14 64:12 70:8 74:22 76:16

**typical** 47:9 51:7,18,24 64:11,24

**typically** 41:5,13 42:18 45:5,11, 19 51:16 53:1 55:1 61:17

**U**

**Uber** 15:7,8,13

**Ubers** 15:14

**Uh-huh** 17:6,20 45:10 48:23 53:24

**unaware** 58:16

**undergraduate** 12:19

**understand** 5:25 6:6,23 41:22 42:7,9 59:3 69:12

**understanding** 19:23 58:4 67:13 70:1

**understood** 6:10,24

**United** 39:5

**university** 12:7,11,19,21

**unpaid** 16:20 70:21,23

**until** 38:22

**up** 5:17,24 6:4 10:11,12 11:1 19:8 20:18 21:18 29:6 30:13 33:15 36:3 40:5,14,25 52:18,19 53:15 58:18 60:1 63:13 66:3

**update** 50:16,17,18 51:4

**us** 8:18 54:20 77:17

**use** 39:6 42:23 44:12

**used** 39:14

**user** 9:18

**uses** 44:9,10

**usher** 33:16

**using** 38:21 39:12

**usual** 39:25

**V**

**Vacuum** 13:12

**various** 13:4 20:10 21:18

**vendor** 72:5

**vendors** 74:16

**verbally** 5:16

**very** 5:18 34:24

**via** 27:1 57:16

**Victor** 31:16 33:17 34:24,25 35:1, 18,24 36:5,14,16,21 76:19

**Victor's** 31:16,18 44:24 76:20

**visual** 12:13

**volunteer** 16:24 17:1 29:10 32:5 35:20,23 43:12 48:12

**volunteering** 20:24 44:16

**volunteers** 32:12,13,14,18 33:8, 13 36:2

**W**

**W-2** 27:1

**wages** 28:2,5

**walk** 45:7

**Walmart** 14:6,7,16 15:2,4 26:4

**want** 6:21 11:10 14:6 15:1 16:18 46:22 53:24 56:14,15 57:8

**was** 7:17 10:3,17,18,20,22,23 11:1,5,9,12 12:12,17 13:4,6 14:4, 6,8,10,13,17,22,25 15:2,7,15,16 16:2,8,11,18,21,22,24 17:17 19:7, 10,20,21,22 21:1,3,7,11,17,19 22:3,4,7,13,14,18,19 23:6,9,22,24 24:5 25:13,15,18,21,25 26:4,12 27:11,13 28:8,12,19 29:12,18,19 30:17,24 31:11,18,19 32:10,14 34:4,10,14 35:1,3,8,13,19,24,25 36:2,5,6,8,10,21 37:8,9,10 38:8, 15 40:15 41:18 42:2,3,5,8,16 43:7 45:21 46:18 47:13 48:6,9,10,11 49:11 50:24 51:2,8,16 52:10,23 53:1,4,7,9 54:3,4,10 55:8,9,10,13, 14,20,22 56:6,7,12,23 57:5,9,17 58:4,7,24 59:4,8,13,16,19,22,24, 25 60:11 61:5,9,23 62:1,12 63:2, 7,14,25 64:6,24,25 65:24,25 66:2, 8,9,22 67:18,20 68:16,18,23 69:1, 12 71:25 72:8,19,20 74:20,22,24 75:10,24 76:2,3,8,10,11 77:4,5

**wasn't** 15:17 58:7 72:12,13

**way** 5:24 8:12 27:25 53:25 61:24, 25

**we'd** 45:24 46:14

**we'll** 5:2 6:4 8:19 10:13 50:1

**we're** 5:22 6:2 15:23 17:11 29:6

**we've** 68:5,20

**web** 29:6

**website** 21:16

**websites** 29:5

**Wednesday** 4:1

**week** 26:12,13 29:4 37:4 55:23 76:12

**weekly** 38:14 76:8

**well** 5:2,18 15:7 16:2,21 19:6 29:22 30:24 36:16 38:14,25 45:11 58:10

**went** 12:5 13:21 16:2 22:21 45:22 52:3 55:3,24 57:12 76:8

**were** 11:3,7 12:23 14:1,7,9,15,18 15:6 17:7 21:2,13 23:5,8,10,12 26:3,10,25 27:3,9,25 28:9 30:11,

13 32:4,5,7 33:3 34:12 36:2,24 37:5,13,14 38:17,21 39:22,24,25 40:3,8,19,20 41:3,11,13,23,25 42:1,4,11,13 43:7 44:16 45:20 46:7 50:11 53:12,13 54:2,11 55:9 56:22 58:8 59:6,21 62:3,7,8 63:13 65:20 66:13 67:21 68:15 69:12, 13,21,22 71:4,7 72:14 73:10 75:25

**weren't** 38:25 53:19

**what** 7:11 8:24 9:21 10:2,5,16,19 11:5 12:2,4,12,25 13:6,8,11,18,19 14:1,5,7,9,20 15:4,6,22 16:9,13, 20 18:10 19:23 20:1,2,5 21:7,10, 13,23 22:1,4,21,25 23:5,8 24:12, 16,22,24 25:11,12 26:2,9,10 27:9, 11,12,14,19 28:4,12 29:10,19 30:11,17 31:11,18 33:1,8,14,23 34:2,3,5,11 35:1,8,23,24 36:2,8, 10,13,21 37:9,21,23 38:21,24 39:12,25 40:2,3,17,24 42:5,7,9,16 43:1,3,8,18 44:15,19 45:5,8 47:7, 8 48:9,25 49:1,24 50:1,3,4,8 51:20,23 52:3,17,25 53:18,19 54:10 56:6,7,14,22 57:17 58:4,7, 10 59:1,8,13,19 61:5,24 64:18,21, 23 65:7 66:17 67:10,20,25 68:15, 17,20,21 69:6 70:22,24 71:2 73:22,23 75:1,5,12 76:6,19

**what's** 15:18 19:9 31:1,16 32:15 39:7 53:21 63:16

**whatever** 5:17 27:17 33:16 34:7 36:5

**whatnot** 31:14

**when** 5:22 10:9 14:25 15:8 16:1, 8,13,17 17:1,7 18:8 19:15 21:16 22:13 25:2 26:3 27:13 29:12 32:16 33:13,25 34:21 35:8,9,20, 24 36:14 40:5 41:23 42:1,21 44:3, 12,16 46:21 52:14 55:4 58:17 59:16 65:23 72:14 73:22 74:24 75:24,25

**whenever** 42:16,17

**where** 11:20 12:6,10 13:3 15:2 17:18,19 19:21 25:19,21,22 32:18 33:12 36:5 37:5 38:7 43:13 45:1 48:17 49:19 50:15 51:7 61:3,6 64:15 65:1 66:9 69:4 73:13 74:8, 11,20 75:1,8 77:6

**Whereas** 20:12

**whether** 62:2,7 65:16,19

**which** 5:12 9:16 11:12 16:6 17:8 20:20 32:21 38:3 53:4 55:17,22 56:24 59:22 64:4 74:20

**while** 6:16 30:11 32:5 34:3 42:3

**who** 14:13 18:17,20,21 23:22 26:4 28:14,17,19 32:10 37:24 38:5 41:15,18 44:9 45:14,17 58:11 60:23 62:10 73:1

**who's** 7:21 18:14

**whoever** 61:6

**whole** 4:8

**why** 14:18 15:13 19:19 29:16 41:22 49:16,21 56:1,2 63:7,14

**window** 41:6

**within** 40:15 41:5 43:20

**without** 10:7 66:22 67:3

**witness** 4:6,10 77:13

**WNC_02069** 49:8

**WNC_02254** 50:21

**WNC_02255** 52:7

**WNC_2071** 46:12

**word** 4:17 19:20 22:16,19 42:3, 12,22 45:6,20 46:2 47:15,24 55:4, 6,10,11,12,14 57:10 58:5,13 61:11 62:17 65:21 66:1,2,8,22 67:5,12,15 68:2,6,11 69:14,16,19, 22 70:15,16,20 71:6 72:5,11 74:4, 7

**work** 13:2,3 15:23 26:13,19 27:8, 12 29:4 30:7 44:3,13,18,19 71:16

**worked** 27:20 28:20,25 44:6 55:1 73:6

**worker** 35:25

**workers** 30:12

**working** 14:4,5 15:5,6,8,13 16:14,17 24:5 29:10,17 44:16

**works** 71:14

**Worship** 17:13 18:14,18 24:14

**would** 17:8,10 22:11,24,25 23:6, 19,21 28:10,20,24 30:23 31:25 33:25 34:2,3,6,8,9,21,25 35:4,20 36:6 37:2,18,21,24,25 38:1,2,6,7, 12,14 39:18 40:13,21,25 42:16, 17,18,23 43:2,5,14,17 44:3,4 45:14,19,23,24 47:14,21,23 48:3, 4,7,8,17 49:21 51:8,9,12,18 53:19,23 54:14,19 55:3,12,15,17 56:24 60:16 61:5,12,13,16,17,19 62:14,15 63:22 65:1 66:5,18,21 67:2 70:8,14 72:10,20 73:3,13

**Wow** 17:5

**written** 23:13

**wrote** 68:25

## Y

**yeah** 10:22 11:10 23:6,7,21 27:2 28:8 29:13 32:12 33:10 35:4 36:14,19 37:24 39:10 43:10 53:16 54:1,2 56:12 59:15,21 60:21 67:4 68:10 70:3 71:17 72:5

**year** 12:2 17:8 29:13 72:17,21,22 76:3

**years** 8:22 9:7 10:4,22 11:8,9 12:17,24 13:1,15,16,23 15:12 17:4,5,8 34:17,18,23 38:21 52:1 58:19 65:6 76:16

**Yep** 8:7 14:3 15:10 20:4 30:25 32:7 52:20

**yes** 4:10 6:7,12 7:1,10,23 8:11, 13,14,16 9:15 10:1,6,8 11:4,10,16 12:1,9,17 16:16,25 17:14,15,16, 23,25 18:12,13,19 19:14 20:16 21:9,22 23:11,15,25 24:2,4,10 27:4 28:1 29:15 32:23 33:7,22 34:20,25 35:5 37:1,12,20 38:11 39:13,15 40:13,23 41:4,7,12,14 42:25 43:21 44:5,8 46:4 47:11 48:1 49:5,9 50:22 51:11,15 52:8 54:8,12,22 56:5 57:14 60:9 61:2, 12 63:1 64:17,20 65:3 66:7,16,20 67:6,16 68:13,14 70:18,25 72:9 73:7,12 74:2,14,17 75:7 76:13,18 77:9

**you'd** 17:17

**you're** 6:19 18:10 19:12 23:24 24:23 27:12 31:18 44:12 46:1 48:2 49:4 50:16 52:3,14 53:12

57:13 70:24

**you've** 44:21 46:21

**young** 13:4

**your** 4:5,17,24 5:5,11 6:22 7:6,22 8:2 9:18,21 11:5 12:10,12,15 14:9,13,16 15:18 19:23 20:19 21:8,13 26:10,22 27:3,8 28:2,22 29:22 32:20 33:2 36:18,24 39:4 40:10 42:23 44:21 45:1 51:7 55:20 58:4 59:4 60:2,15 62:19 63:16 67:7,18,21 69:8 70:11,20 73:1,5,19,20 74:9,12 77:11

**yourself** 15:6

**Z**

**zip** 9:3

**zone** 14:8

**Zoom** 6:3

**Zooms** 31:13 76:1,9