# EXHIBIT 7

# INVOICE

**Phone # 201-633-1160**
**www.MyBoxPrinter.com**

**Invoice Number : TD12062018**
**Invoice Date : December 6, 2018**

**Bill To**

**Temeila Daniel**

**Order Details**

| Sr# | Item | Total Qty | | Total Price |
|---|---|---|---|---|
| 1 | Telescoping Boxes<br>size: 12" x 9" x 3"<br>Full color printing<br>20 Pt Card stock | 1000 | | $1849 |
| | | | | |
| | | Rush production charges | | $149 |
| | | Grand Total | | $1998.00 |

Billing Team

## Terms & Conditions:

**Refunds:** Due to the customized nature of the custom products, refunds are not available on customized orders. If it's proved that there is an error in the order due to our mistake, we will reprint the order free of cost, but No Refunds. Customer must return the defective product in order to get free reprint. No Returns will be accepted without return approval code from us.

**Delivery:** Any short deliveries must be notified to the carrier and to us immediately and in writing within 3 days. Damaged or opened cartons must be checked. Please note delivery dates quoted are a guide only and will not be legally binding unless specified as part of

a contract.

**Artwork:** No artwork will be returned unless requested. We only print after customer final approval of the artwork. If there is an error in finished product due to an error in the customer provided artwork, we will not be responsible for that error and customer will have to pay again for reprint.

**Order Cancellation:**

All orders move through 4 stages. Below are the stages

1- Order is placed and Order confirmation is sent to customer
2- Design work has been started and proofs sent to customer
3- Artwork Approved by Customer and Order Sent for Production
4- Order Produced and Shipped to Customer

If Customer Request to cancel order at stage 1, No cancellation charges will be charged. If customer cancels order at 2nd stage, 10% of the total order amount will be charged as cancellation fee to cover design department charges. Order cannot be cancelled in stage 3 and 4.

# Invoice

| | |
|---|---|
| Invoice No | IN00003 |
| Invoice date | 24/Jan/2018 |
| Due date | 24/Jan/2018 |

## GG Bloomer Ministries

The Word Network
20733 W Ten Mile

**Ship to**
The Word Network
20733 W Ten Mile

| Travel | Description | Rate | Qty | Amount |
|---|---|---|---|---|
| Portals Book | | 10.00 | 300 | $3,000.00 |
| Elephants In The Church | | 10.00 | 150 | $1,500.00 |
| Wisdom Walk | | 10.00 | 200 | $2,000.00 |
| Weapons for Warriors | | 10.00 | 120 | $1,200.00 |
| Living by the Word | | 10.00 | 15 | $150.00 |
| Break loose | | 10.00 | 50 | $500.00 |
| Scriptures at a Glance | | 10.00 | 300 | $3,000.00 |
| Witchcraft in the Pews | | 10.00 | 10 | $100.00 |
| Word a Day | | 10.00 | 25 | $250.00 |

**Total $11,700.00**
Paid $0.00
**Balance due $11,700.00**

Thanks for your business! May the lord bless you 100 fold.

GEORGE G. BLOOMER MINISTRIES

# Invoice

Invoice No: IN00005
Invoice date: 11/May/2018
Due date: 11/May/2018
Title:

## GG Bloomer Ministries

515 Dowd St
Durham, NC, 27701
United States

**Invoice to :**
The Word Network
The Word Network

| Item | Description | Rate | Qty | Amount |
|---|---|---|---|---|
| Books | | 10.00 | 1264 | 12640.00 |

| | |
|---|---|
| **Total** | **$12,640.00** |
| Paid | $0.00 |
| **Balance due** | **$12,640.00** |

BLOOMER_000204

Thanks for your business! May the lord bless you 100 fold.

# Invoice

Invoice No: IN00005
Invoice date: 11/May /2018
Due date: 11/May /2018
Title:

## GG Bloomer Ministries

515 Dowd St
Durham, NC, 27701
United States

| Item | Description | Rate | Qty | Amount |
|---|---|---|---|---|
| Books | | 10.00 | 1364 | 13640.00 |
| | Break Loose-100<br>Elephants in the Church-228<br>Demonic Deception-184<br>Scriptures at a Glance-40<br>Portals-40<br>Warfare Optics-363<br>Spiritual Authority Journal-24<br>Wisdom Walk-135<br>Weapons for Warriors-122<br>Metamorphosis-128<br><br>TOTAL:1,364 Books/Booklets | | | |

| | |
|---|---|
| **Total** | **$13,640.00** |
| Paid | $0.00 |
| **Balance due** | **$13,640.00** |

Thanks for your business! May the lord bless you 100 fold.

GEORGE G. BLOOMER MINISTRIES

# Invoice

Invoice No: IN0012 5
Invoice date: 16/Nov. /2018
Due date: 16/Nov. /2018
Title:

## GG Bloomer Ministries

515 Dowd St
Durham, NC, 27701
United States

**Invoice to :**
The Word Network
The Word Network

| Item | Description | Rate | Qty | Amount |
|---|---|---|---|---|
| Throw off What Holds You Back | | 10.00 | 402 | 4020.00 |
| Deliver us From Evil | | 10.00 | 100 | 1000.00 |
| Intel | | 15.00 | 150 | 2250.00 |
| Spiritual Clearance. | | 10.00 | 150 | 1500.00 |

| | |
|---|---|
| **Total** | **$8,770.00** |
| Paid | $0.00 |
| **Balance due** | **$8,770.00** |

Thanks for your business! May the lord bless you 100 fold.