# EXHIBIT 8

## Summary

| | |
|---|---|
| **Source Application** | Native Messages |
| **Last Activity** | 2/9/2015 7:05:09 PM -05:00 |
| **Start time** | 2/9/2015 7:05:09 PM -05:00 |

## Participants

+12489337878

+19198066158
Bloomer*

## Conversation - Instant Messages (1)

From: +19198066158 Bloomer
(owner)

Hey Kevin is it okay to put in the order for the books living by the word I think we need about 500 now Dave told me to ask you thanks!!!!

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Unknown | | 2/9/2015 7:05:16 PM(UTC-5) | |

**Status:** Read
**Platform:**

2/9/2015 7:05:09 PM(UTC-5)

## Summary

| Source Application | Native Messages |
|---|---|
| Last Activity | 5/5/2015 9:09:13 AM -04:00 |
| Start time | 5/5/2015 9:09:13 AM -04:00 |

## Participants

+12489337878

+19198066158
Bloomer*

## Conversation - Instant Messages (1)

From: +19198066158 Bloomer
To: +12489337878 (owner)

Good morning sir Quick question we need 700 living by the word books now and that's before the Friday night show and I don't know how many we did yesterday is it possible for me to get at least half of that so I can pay the printer thanks!!!!!

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +12489337878 | | 5/5/2015 9:30:06 AM(UTC-4) | |

**Status:** Read
**Platform:**

5/5/2015 9:09:13 AM(UTC-4)

## Summary

| | |
|---|---|
| Source Application | Native Messages |
| Last Activity | 6/5/2015 8:09:36 AM -04:00 |
| Start time | 6/5/2015 8:09:36 AM -04:00 |

## Participants

+12489337878

+19198066158
Bloomer*

## Conversation - Instant Messages (1)

From: +19198066158 Bloomer
To: +12489337878 (owner)

Good morning sir got a question is it ok to receive the balance on  the books today living by the word ? I started a new campaign on Friday the book is called more of him we moved about 60 of them I think that's gonna be what I'm going for tonight if that ok thanks!!!

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +12489337878 | | 6/5/2015 8:48:26 AM(UTC-4) | |

**Status:** Read
**Platform:**

6/5/2015 8:09:36 AM(UTC-4)

## Summary

| | |
|---|---|
| **Source Application** | Native Messages |
| **Last Activity** | 9/3/2015 6:17:41 AM -04:00 |
| **Start time** | 9/3/2015 6:17:41 AM -04:00 |

## Participants

+12489337878

+19198066158
Bloomer*

## Conversation - Instant Messages (1)

From: +19198066158 Bloomer
(owner)

hard for the offer and I hope we did well two things we need to order some books I think about 200 of them living by the word can I get one of those Bible or

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Unknown | | 9/3/2015 7:44:46 AM(UTC-4) | |

**Status:** Read

**Platform:**

9/3/2015 6:17:41 AM(UTC-4)

## Summary

| | |
|---|---|
| Source Application | Native Messages |
| Last Activity | 9/3/2015 6:17:42 AM -04:00 |
| Start time | 9/3/2015 6:17:42 AM -04:00 |

## Participants

+12489337878

+19198066158
Bloomer*

## Conversation - Instant Messages (1)

From: +19198066158 Bloomer (owner)

oil chicks before the conference next week it would be nice thanks for everything Kevin

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Unknown | | 9/3/2015 7:44:46 AM(UTC-4) | |

**Status:** Read

**Platform:**

9/3/2015 6:17:42 AM(UTC-4)

## Summary

| | |
|---|---|
| Source Application | Native Messages |
| Last Activity | 2/11/2016 1:20:04 PM -05:00 |
| Start time | 2/11/2016 1:20:04 PM -05:00 |

## Participants

+12489337878

+19198066158
Bloomer*

## Conversation - Instant Messages (1)

From: +19198066158 Bloomer
To: +12489337878 (owner)

Morning Bishop don't want to bother you but we still haven't gotten the check for those books and the publishing houses calling me about shipping thanks

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +12489337878 | | 2/11/2016 1:20:11 PM(UTC-5) | |

**Status:** Read
**Platform:**

2/11/2016 1:20:04 PM(UTC-5)

## Summary

| | |
|---|---|
| Source Application | Native Messages |
| Last Activity | 12/15/2016 9:14:31 AM -05:00 |
| Start time | 12/15/2016 9:14:31 AM -05:00 |

## Participants

+12489337878

+19198066158
Bloomer*

## Conversation - Instant Messages (1)

From: +19198066158 Bloomer
To: +12489337878 (owner)

Morning sir if it's possible can I get a check for the products were Beeheim in the publishes waiting on a check for the books thank you so much

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +12489337878 | | 12/15/2016 10:25:02 AM(UTC-5) | |

**Status:** Read
**Platform:**

12/15/2016 9:14:31 AM(UTC-5)

## Summary

| | |
|---|---|
| **Source Application** | Native Messages |
| **Last Activity** | 1/6/2017 6:49:02 AM -05:00 |
| **Start time** | 1/6/2017 6:49:02 AM -05:00 |

## Participants

+12489337878

+19198066158
Bloomer*

## Conversation - Instant Messages (1)

From: +19198066158 Bloomer
To: +12489337878 (owner)

Good morning sir I'm excited about the show tonight for a show for the new year!!! If we can get the other half of the payment for the books today that would be great I'll be pushing the devotional tonight thanks

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +12489337878 | | 1/6/2017 7:29:52 AM(UTC-5) | |

**Status:** Read
**Platform:**

1/6/2017 6:49:02 AM(UTC-5)

## Summary

| | |
|---|---|
| **Source Application** | Native Messages |
| **Last Activity** | 1/27/2017 9:02:36 AM -05:00 |
| **Start time** | 1/27/2017 9:02:36 AM -05:00 |

## Participants

+12489337878

+19198066158
Bloomer*

## Conversation - Instant Messages (1)

From: +19198066158 Bloomer
To: +12489337878 (owner)

Good morning sir I never like to bother you with anything but if it's at all possible to get the rest of that book money today it would be great that will close out 2016 and it's about $4000 gave me 3000l to weeks ago this will close it out to people called again thank you so much

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +12489337878 | | 1/27/2017 9:06:15 AM(UTC-5) | |

**Status:** Read
**Platform:**

1/27/2017 9:02:36 AM(UTC-5)

## Summary

| | |
|---|---|
| Source Application | Native Messages |
| Last Activity | 1/28/2017 8:42:52 AM -05:00 |
| Start time | 1/28/2017 8:42:52 AM -05:00 |

## Participants

+12489337878

+19198066158
Bloomer*

## Conversation - Instant Messages (1)

From: +19198066158 Bloomer
To: +12489337878 (owner)

Good morning I'm in an extremely bad situation with the publishing house I was supposed to FedEx The check out to them by 5 o'clock last night that didn't happen I gave them my word that's all I have I don't know those guys at telling you this is last year's order and we need another 1500 books now from the past two weeks of shows we just did my name is all I have when I say something I always do it i'm not like these other guys out here Kevin I'm really serious about this show on Friday nights in my integrity again it's all I have not bitching just saying we got a great thing thanks!!!!!

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +12489337878 | | 1/28/2017 8:45:28 AM(UTC-5) | |

**Status:** Read
**Platform:**

1/28/2017 8:42:52 AM(UTC-5)

## Summary

| | |
|---|---|
| **Source Application** | Native Messages |
| **Last Activity** | 1/28/2017 8:43:09 AM -05:00 |
| **Start time** | 1/28/2017 8:43:09 AM -05:00 |

## Participants

+12489337878

+19198066158
Bloomer*

## Conversation - Instant Messages (1)

From: +19198066158 Bloomer
To: +12489337878 (owner)

My plane is about to take off I'll call you later

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +12489337878 | | 1/28/2017 8:45:28 AM(UTC-5) | |

**Status:** Read

**Platform:**

1/28/2017 8:43:09 AM(UTC-5)

## Summary

| | |
|---|---|
| Source Application | Native Messages |
| Last Activity | 1/28/2017 8:46:35 AM -05:00 |
| Start time | 1/28/2017 8:46:35 AM -05:00 |

## Participants

+12489337878

+19198066158
Bloomer*

## Conversation - Instant Messages (1)

From: +12489337878 (owner)
To: +19198066158 Bloomer

NP

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19198066158 Bloomer | 1/28/2017 8:46:35 AM(UTC-5) | | |

**Status:** Sent
**Platform:**

1/28/2017 8:46:35 AM(UTC-5)

## Summary

| | |
|---|---|
| Source Application | Native Messages |
| Last Activity | 1/28/2017 8:46:50 AM -05:00 |
| Start time | 1/28/2017 8:46:50 AM -05:00 |

## Participants

+12489337878

+19198066158
Bloomer*

## Conversation - Instant Messages (1)

From: +12489337878 (owner)
To: +19198066158 Bloomer

I told them to cut the check

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19198066158 Bloomer | 1/28/2017 8:46:50 AM(UTC-5) | | |

**Status:** Sent

**Platform:**

1/28/2017 8:46:50 AM(UTC-5)

## Summary

| | |
|---|---|
| Source Application | Native Messages |
| Last Activity | 1/28/2017 8:47:10 AM -05:00 |
| Start time | 1/28/2017 8:47:10 AM -05:00 |

## Participants

+12489337878

+19198066158
Bloomer*

## Conversation - Instant Messages (1)

From: +12489337878 (owner)
To: +19198066158 Bloomer

Will resolve it myself on Monday

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19198066158 Bloomer | 1/28/2017 8:47:10 AM(UTC-5) | | |

**Status:** Sent
**Platform:**

1/28/2017 8:47:10 AM(UTC-5)

## Summary

| | |
|---|---|
| Source Application | Native Messages |
| Last Activity | 1/28/2017 8:47:24 AM -05:00 |
| Start time | 1/28/2017 8:47:24 AM -05:00 |

## Participants

+12489337878

+19198066158
Bloomer*

## Conversation - Instant Messages (1)

From: +12489337878 (owner)
To: +19198066158 Bloomer

What is the amount u need

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19198066158 Bloomer | 1/28/2017 8:47:24 AM(UTC-5) | | |

**Status:** Sent

**Platform:**

1/28/2017 8:47:24 AM(UTC-5)

## Summary

| | |
|---|---|
| Source Application | Native Messages |
| Last Activity | 1/28/2017 8:47:50 AM -05:00 |
| Start time | 1/28/2017 8:47:50 AM -05:00 |

## Participants

+12489337878

+19198066158
Bloomer*

## Conversation - Instant Messages (1)

From: +12489337878 (owner)
To: +19198066158 Bloomer

And will take care of personally

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19198066158 Bloomer | 1/28/2017 8:47:50 AM(UTC-5) | | |

**Status:** Sent
**Platform:**

1/28/2017 8:47:50 AM(UTC-5)

## Summary

| | |
|---|---|
| Source Application | Native Messages |
| Last Activity | 1/28/2017 8:48:02 AM -05:00 |
| Start time | 1/28/2017 8:48:02 AM -05:00 |

## Participants

+12489337878

+19198066158
Bloomer*

## Conversation - Instant Messages (1)

From: +12489337878 (owner)
To: +19198066158 Bloomer

Don't sweat it

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19198066158 Bloomer | 1/28/2017 8:48:03 AM(UTC-5) | | |

**Status:** Sent
**Platform:**

1/28/2017 8:48:02 AM(UTC-5)

## Summary

| | |
|---|---|
| Source Application | Native Messages |
| Last Activity | 1/28/2017 8:48:08 AM -05:00 |
| Start time | 1/28/2017 8:48:08 AM -05:00 |

## Participants

+12489337878

+19198066158
Bloomer*

## Conversation - Instant Messages (1)

From: +12489337878 (owner)
To: +19198066158 Bloomer

Got ur back

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19198066158 Bloomer | 1/28/2017 8:48:08 AM(UTC-5) | | |

**Status:** Sent
**Platform:**

1/28/2017 8:48:08 AM(UTC-5)

## Summary

| | |
|---|---|
| Source Application | Native Messages |
| Last Activity | 1/28/2017 8:48:12 AM -05:00 |
| Start time | 1/28/2017 8:48:12 AM -05:00 |

## Participants

+12489337878

+19198066158
Bloomer*

## Conversation - Instant Messages (1)

From: +12489337878 (owner)
To: +19198066158 Bloomer

Bishiop

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19198066158 Bloomer | 1/28/2017 8:48:12 AM(UTC-5) | | |

**Status:** Sent
**Platform:**

1/28/2017 8:48:12 AM(UTC-5)

## Summary

| | |
|---|---|
| Source Application | Native Messages |
| Last Activity | 1/28/2017 8:48:42 AM -05:00 |
| Start time | 1/28/2017 8:48:42 AM -05:00 |

## Participants

+12489337878

+19198066158
Bloomer*

## Conversation - Instant Messages (1)

From: +12489337878 (owner)
To: +19198066158 Bloomer

Will take care of whole thing

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19198066158 Bloomer | 1/28/2017 8:48:42 AM(UTC-5) | | |

**Status:** Sent

**Platform:**

1/28/2017 8:48:42 AM(UTC-5)

## Summary

| | |
|---|---|
| Source Application | Native Messages |
| Last Activity | 1/28/2017 8:48:53 AM -05:00 |
| Start time | 1/28/2017 8:48:53 AM -05:00 |

## Participants

+12489337878

+19198066158
Bloomer*

## Conversation - Instant Messages (1)

From: +12489337878 (owner)
To: +19198066158 Bloomer

In florida

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19198066158 Bloomer | 1/28/2017 8:48:54 AM(UTC-5) | | |

**Status:** Sent

**Platform:**

1/28/2017 8:48:53 AM(UTC-5)

## Summary

| | |
|---|---|
| Source Application | Native Messages |
| Last Activity | 1/28/2017 8:57:36 AM -05:00 |
| Start time | 1/28/2017 8:57:36 AM -05:00 |

## Participants

+12489337878

+19198066158
Bloomer*

## Conversation - Instant Messages (1)

From: +19198066158 Bloomer
To: +12489337878 (owner)

Thank you can't talk right now we're taking off we need $4000 to close out last year and we need 15,000 for the new books that just came in from the past three show and I don't know what we did last night in books it look like it was good also we got a great thing on Friday nights I just want to get caught up and keep Going I have no complaints outside of that everything is good I appreciate you it's just when I tell these people something I want to do it people trust George Bloomer's word and every time you told me something you have done it so I trust your word when you say your going to do something I'm good again thanks for everything!!!!

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +12489337878 | | 1/28/2017 8:57:51 AM(UTC-5) | |

**Status:** Read

**Platform:**

1/28/2017 8:57:36 AM(UTC-5)

## Summary

| | |
|---|---|
| Source Application | Native Messages |
| Last Activity | 1/28/2017 8:58:31 AM -05:00 |
| Start time | 1/28/2017 8:58:31 AM -05:00 |

## Participants

+12489337878

+19198066158
Bloomer*

## Conversation - Instant Messages (1)

From: +12489337878 (owner)
To: +19198066158 Bloomer

Will handle it

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19198066158 Bloomer | 1/28/2017 8:58:31 AM(UTC-5) | | |

**Status:** Sent
**Platform:**

1/28/2017 8:58:31 AM(UTC-5)

## Summary

| | |
|---|---|
| Source Application | Native Messages |
| Last Activity | 1/31/2017 1:17:25 PM -05:00 |
| Start time | 1/31/2017 1:17:25 PM -05:00 |

## Participants

+12489337878

+19198066158
Bloomer*

## Conversation - Instant Messages (1)

From: +19198066158 Bloomer
To: +12489337878 (owner)

Good morning sir got the check everything is good products on its way to the network taping new Bible shows for the substance in prison Bible should be done in the week I'm happy again thank you I just got one last big request to ask of you you said when openings come you would give me a prime time slot that's all I want is one prime time slot for my ministry to help me do what I do and I'll be happier than a sissy in boys town ha ha Ha when anything comes open please and I work my ass off and continue to do it Thank Kevin

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +12489337878 | | 1/31/2017 1:19:44 PM(UTC-5) | |

**Status:** Read

**Platform:**

1/31/2017 1:17:25 PM(UTC-5)

## Summary

| | |
|---|---|
| Source Application | Native Messages |
| Last Activity | 3/23/2017 10:31:22 PM -04:00 |
| Start time | 3/23/2017 10:31:22 PM -04:00 |

## Participants

+12489337878

+19198066158
Bloomer*

## Conversation - Instant Messages (1)

From: +19198066158 Bloomer
To: +12489337878 (owner)

Good evening sir the publishers a holding The remains of our older it's $4000 from the last order and that will get us caught up if I can get that tomorrow I'll be happy for a few weeks got a big show tomorrow night and he's not let me order a go unless we pay the rest of that thanks

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +12489337878 | | 3/23/2017 10:34:07 PM(UTC-4) | |

**Status:** Read
**Platform:**

3/23/2017 10:31:22 PM(UTC-4)

## Summary

| | |
|---|---|
| Source Application | Native Messages |
| Last Activity | 6/17/2017 8:43:21 AM -04:00 |
| Start time | 6/17/2017 8:43:21 AM -04:00 |

## Participants

+12489337878

+19198066158
Bloomer*

## Conversation - Instant Messages (1)

From: +19198066158 Bloomer
To: +12489337878 (owner)

Good morning if it's at all possible can we get check for The invoice estimate it three weeks ago stuffs on the dock waiting to ship it's a large order and I can't get my other stuff for megafest any help on this I really appreciate even if we did half of the order we're really behind we need about 2000 books I don't know if they told you or not i'm in Quebec Canada so I'm texting because it cost a lot to call thanks for everything

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +12489337878 | | 6/17/2017 8:43:31 AM(UTC-4) | |

**Status:** Read
**Platform:**

6/17/2017 8:43:21 AM(UTC-4)

## Summary

| | |
|---|---|
| Source Application | Native Messages |
| Last Activity | 6/21/2017 10:10:46 AM -04:00 |
| Start time | 6/21/2017 10:10:46 AM -04:00 |

## Participants

+12489337878

+19198066158
Bloomer*

## Conversation - Instant Messages (1)

From: +19198066158 Bloomer
To: +12489337878 (owner)

Good morning sir if you can do anything on that those books I would appreciate it The publishing house is calling us because the stuff is already to ship thank you so much

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +12489337878 | | 6/21/2017 10:23:01 AM(UTC-4) | |

**Status:** Read
**Platform:**

6/21/2017 10:10:46 AM(UTC-4)