# EXHIBIT 9

## Summary

| | |
|---|---|
| Source Application | Native Messages |
| Last Activity | 5/16/2017 8:29:07 AM -04:00 |
| Start time | 5/16/2017 8:29:07 AM -04:00 |

## Participants

+12489337878

+19198066158
Bloomer*

## Conversation - Instant Messages (1)

From: +19198066158 Bloomer
To: +12489337878 (owner)

Good morning sir I did not understand your text last night I am not ignoring you now nor have I ever nor will I ever I have tremendous respect for you and for what we do I am 100% in your corner and I that you're in my corner too I know over the years you have seen some disloyal people Who only with you to get out of you what they can that's not me I believe in God and I am a real Christian a real believer and I really believe that God is using you to reach his people and I'm happy and blessed to be a part of this global reach for God to save the world from evil i'm texting you before call you because I want to have the opportunity to say this if it's going to work between us you have to trust me as I trust you you have to know that all I do all day long is figure out ways to advance the kingdom of God i'm a hard-working Pastor Lodge schedule travel extensively pastors a church and when you called me on Sundays I'm normally busy because I have three services and when you call me on Monday early I'm normally on a plane going to my next appointment so when you text me that is something wrong it bothered me but at the same time I do understand that you've had to deal with so much disloyalty please take me out of that group I'm here with you until you let me go and I hope that's never I'm very very successful so none of those people can offer me anything you have taken great care of me and I love you and appreciate you I'm here to help you advance the kingdom i'm in Turks and Keyko's in this expensive to talk on the phone when I'm out of the country I know how to squeeze a dollar LOL look forward to talking to you today thanks Bishop a son of The Word Network!!!!!!

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +12489337878 | | 5/16/2017 8:50:12 AM(UTC-4) | |

**Status:** Read
**Platform:**

5/16/2017 8:29:07 AM(UTC-4)