# EXHIBIT 10

Deadline Detroit

Get our newsletter
July 29, 2024 | 76° F Clouds
**SPORTS**

**Detroit Lions Win Spawns New Stafford Meme**
October 26, 2020, 10:37 AM

---

Lions fans and players continue to heap praise on Matthew Stafford for Sunday's big win over the Atlanta Falcons, in which the quarterback led a 75-yard drive with about a minute to go for a 23-22 win.




Five players have shared a meme of Stafford in what appears to be an old-school pimp outfit on their social media accounts, according to the Pride of Detroit, the SB Nation blog for Detroit Lions fans.

Is it woke? Probably not, but at least he seems warm.