# EXHIBIT 11

## Summary

| | |
|---|---|
| Source Application | Native Messages |
| Last Activity | 8/9/2019 8:15:50 PM -04:00 |
| Start time | 8/9/2019 8:15:50 PM -04:00 |

## Participants

+12489337878

+19198066158
Bloomer*

## Conversation - Instant Messages (1)

From: +12489337878 (owner)
To: +19198066158 Bloomer

You don't call right

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19198066158 Bloomer | 8/9/2019 8:15:51 PM(UTC-4) | | |

**Status:** Sent
**Platform:**

8/9/2019 8:15:50 PM(UTC-4)

## Summary

| | |
|---|---|
| Source Application | Native Messages |
| Last Activity | 8/9/2019 8:15:57 PM -04:00 |
| Start time | 8/9/2019 8:15:57 PM -04:00 |

## Participants

+12489337878

+19198066158
Bloomer*

## Conversation - Instant Messages (1)

From: +12489337878 (owner)
To: +19198066158 Bloomer

Your father

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19198066158 Bloomer | 8/9/2019 8:15:57 PM(UTC-4) | | |

**Status:** Sent

**Platform:**

8/9/2019 8:15:57 PM(UTC-4)

## Summary

| | |
|---|---|
| Source Application | Native Messages |
| Last Activity | 9/4/2019 4:12:09 PM -04:00 |
| Start time | 9/4/2019 4:12:09 PM -04:00 |

## Participants

+12489337878

+19198066158
Bloomer*

## Conversation - Instant Messages (1)

From: +12489337878 (owner)
To: +19198066158 Bloomer

You look like a midget

**Attachments:**



Title: IMG_9546.HEIC
Size: 2697267
File name: ~/Library/SMS/Attachments/b7/07/49A3FEE2-FB68-4963-B0B6-20B85BFC0FBB/IMG_9546.HEIC
Path: https://p68-content.icloud.com/M01898A0B58C30E9C0E5C46A2BB22ED39826E097E3501D583998A56D1FE8CAC09.C01USN00
~/Library/SMS/Attachments/b7/07/49A3FEE2-FB68-4963-B0B6-20B85BFC0FBB/IMG_9546.HEIC

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19198066158 Bloomer | 9/4/2019 4:12:13 PM(UTC-4) | | |

**Status:** Sent

**Platform:**

9/4/2019 4:12:09 PM(UTC-4)

Image(s) unavailable for this document

## Summary

| | |
|---|---|
| Source Application | Native Messages |
| Last Activity | 9/4/2019 4:14:05 PM -04:00 |
| Start time | 9/4/2019 4:14:05 PM -04:00 |

## Participants

+12489337878

+19198066158
Bloomer*

## Conversation - Instant Messages (1)

From: +12489337878 (owner)
To: +19198066158 Bloomer

A tattoo from fantasy island

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19198066158 Bloomer | 9/4/2019 4:14:05 PM(UTC-4) | | |

**Status:** Sent

**Platform:**

9/4/2019 4:14:05 PM(UTC-4)

## Summary

| | |
|---|---|
| Source Application | Native Messages |
| Last Activity | 9/4/2019 4:14:25 PM -04:00 |
| Start time | 9/4/2019 4:14:25 PM -04:00 |

## Participants

+12489337878

+19198066158
Bloomer*

## Conversation - Instant Messages (1)

From: +12489337878 (owner)
To: +19198066158 Bloomer

I didn't know they made Tuxedos that small

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19198066158 Bloomer | 9/4/2019 4:14:25 PM(UTC-4) | | |

**Status:** Sent
**Platform:**

9/4/2019 4:14:25 PM(UTC-4)

## Summary

| | |
|---|---|
| Source Application | Native Messages |
| Last Activity | 9/4/2019 4:14:28 PM -04:00 |
| Start time | 9/4/2019 4:14:28 PM -04:00 |

## Participants

+12489337878

+19198066158
Bloomer*

## Conversation - Instant Messages (1)

From: +12489337878 (owner)
To: +19198066158 Bloomer

Lol 😂

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19198066158 Bloomer | 9/4/2019 4:14:28 PM(UTC-4) | | |

**Status:** Sent

**Platform:**

9/4/2019 4:14:28 PM(UTC-4)

## Summary

| | |
|---|---|
| Source Application | Native Messages |
| Last Activity | 9/4/2019 4:23:28 PM -04:00 |
| Start time | 9/4/2019 4:23:28 PM -04:00 |

## Participants

+12489337878

+19198066158
Bloomer*

## Conversation - Instant Messages (1)

From: +19198066158 Bloomer
To: +12489337878 (owner)

That's not funny at all

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +12489337878 | | 9/4/2019 4:29:31 PM(UTC -4) | |

**Status:** Read
**Platform:**

9/4/2019 4:23:28 PM(UTC-4)

## Summary

| | |
|---|---|
| Source Application | Native Messages |
| Last Activity | 9/4/2019 4:35:04 PM -04:00 |
| Start time | 9/4/2019 4:35:04 PM -04:00 |

## Participants

+12489337878

+19198066158
Bloomer*

## Conversation - Instant Messages (1)

From: +12489337878 (owner)
To: +19198066158 Bloomer

Lol

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19198066158 Bloomer | 9/4/2019 4:35:05 PM(UTC-4) | | |

**Status:** Sent
**Platform:**

9/4/2019 4:35:04 PM(UTC-4)

## Summary

| | |
|---|---|
| Source Application | Native Messages |
| Last Activity | 9/4/2019 4:53:45 PM -04:00 |
| Start time | 9/4/2019 4:53:45 PM -04:00 |

## Participants

+12489337878

+19198066158
Bloomer*

## Conversation - Instant Messages (1)

From: +19198066158 Bloomer
To: +12489337878 (owner)

That's not funny that has a racist connotation to it that pimp thing get rid of that as quickly as you possibly can it's not funny it's equivalent to a black face being put on a white man I'm telling you it's not funny

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +12489337878 | | 9/4/2019 5:03:25 PM(UTC-4) | |

**Status:** Read
**Platform:**

9/4/2019 4:53:45 PM(UTC-4)

## Summary

| | |
|---|---|
| Source Application | Native Messages |
| Last Activity | 9/4/2019 9:21:23 PM -04:00 |
| Start time | 9/4/2019 9:21:23 PM -04:00 |

## Participants

+12489337878

+19198066158
Bloomer*

## Conversation - Instant Messages (1)

From: +12489337878 (owner)
To: +19198066158 Bloomer

Tattoo what did Benny say

Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19198066158 Bloomer | 9/4/2019 9:21:23 PM(UTC-4) | | |

Status: Sent
Platform:

9/4/2019 9:21:23 PM(UTC-4)



## Summary

| | |
|---|---|
| Source Application | Native Messages |
| Last Activity | 9/4/2019 9:26:13 PM -04:00 |
| Start time | 9/4/2019 9:26:13 PM -04:00 |

## Participants

+12489337878

+19198066158
Bloomer*

## Conversation - Instant Messages (1)

From: +19198066158 Bloomer
To: +12489337878 (owner)

https://youtu.be/4TQQirZI9Eo

**Attachments:**

Title: 5AF0020A-3978-4CC1-AE9A-D9D4B315A133.pluginPayloadAttachment
Size: 16275
File name: ~/Library/SMS/Attachments/ab/11/4F910919-5A21-437F-AE91-399B581C9CC8/5AF0020A-3978-4CC1-AE9A-D9D4B315A133.pluginPayloadAttachment
~/Library/SMS/Attachments/ab/11/4F910919-5A21-437F-AE91-399B581C9CC8/5AF0020A-3978-4CC1-AE9A-D9D4B315A133.pluginPayloadAttachment



Title: EFA2B068-2007-48B1-A8BC-0FCA1EABA9BD.pluginPayloadAttachment
Size: 10906
File name: ~/Library/SMS/Attachments/db/11/2BEE58AA-BF1D-4715-B42C-08D0BCB4A401/EFA2B068-2007-48B1-A8BC-0FCA1EABA9BD.pluginPayloadAttachment
~/Library/SMS/Attachments/db/11/2BEE58AA-BF1D-4715-B42C-08D0BCB4A401/EFA2B068-2007-48B1-A8BC-0FCA1EABA9BD.pluginPayloadAttachment

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +12489337878 | | 9/4/2019 9:26:19 PM(UTC -4) | |

**Status:** Read
**Platform:**

9/4/2019 9:26:13 PM(UTC-4)



## Summary

| | |
|---|---|
| Source Application | Native Messages |
| Last Activity | 9/4/2019 9:26:33 PM -04:00 |
| Start time | 9/4/2019 9:26:33 PM -04:00 |

## Participants

+12489337878

+19198066158
Bloomer*

## Conversation - Instant Messages (1)

From: +19198066158 Bloomer
To: +12489337878 (owner)

Still waiting for his response but this is going viral today about him

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +12489337878 | | 9/4/2019 9:26:44 PM(UTC-4) | |

**Status:** Read

**Platform:**

9/4/2019 9:26:33 PM(UTC-4)

## Summary

| | |
|---|---|
| Source Application | Native Messages |
| Last Activity | 9/4/2019 9:26:57 PM -04:00 |
| Start time | 9/4/2019 9:26:57 PM -04:00 |

## Participants

+12489337878

+19198066158
Bloomer*

## Conversation - Instant Messages (1)

From: +19198066158 Bloomer
To: +12489337878 (owner)

I'm in church

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +12489337878 | | 9/4/2019 9:30:48 PM(UTC -4) | |

**Status:** Read

**Platform:**

9/4/2019 9:26:57 PM(UTC-4)

## Summary

| | |
|---|---|
| Source Application | Native Messages |
| Last Activity | 9/4/2019 9:30:54 PM -04:00 |
| Start time | 9/4/2019 9:30:54 PM -04:00 |

## Participants

+12489337878

+19198066158
Bloomer*

## Conversation - Instant Messages (1)

From: +12489337878 (owner)
To: +19198066158 Bloomer

That's not good

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19198066158 Bloomer | 9/4/2019 9:30:54 PM(UTC-4) | | |

**Status:** Sent
**Platform:**

9/4/2019 9:30:54 PM(UTC-4)



AT&T Wi-Fi 2:03 PM 100%

kevin adell images



keywordteam.net | Image may be subject to copyright.

## Summary

| | |
|---|---|
| Source Application | Native Messages |
| Last Activity | 9/5/2019 2:31:41 PM -04:00 |
| Start time | 9/5/2019 2:31:41 PM -04:00 |

## Participants

+12489337878

+19198066158
Bloomer*

## Conversation - Instant Messages (1)

From: +12489337878 (owner)
To: +19198066158 Bloomer

Not anymore

**Attachments:**



Title: IMG_9550.HEIC
Size: 1086257
File name: ~/Library/SMS/Attachments/80/00/443F1DDA-C32F-4ADB-AFD4-1CEEEF4D1D69/IMG_9550.HEIC
Path: https://p24-content.icloud.com/M01898A0B58C30E9C0E5C46A2BB22ED39826E097E3501D583998A56D1FE8CAC09.C01USN00
~/Library/SMS/Attachments/80/00/443F1DDA-C32F-4ADB-AFD4-1CEEEF4D1D69/IMG_9550.HEIC

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19198066158 Bloomer | 9/5/2019 2:32:15 PM(UTC-4) | | |

**Status:** Sent
**Platform:**

9/5/2019 2:31:41 PM(UTC-4)

Image(s) unavailable for this document

## Summary

| | |
|---|---|
| Source Application | Native Messages |
| Last Activity | 9/6/2019 3:27:27 PM -04:00 |
| Start time | 9/6/2019 3:27:27 PM -04:00 |

## Participants

+12489337878

+19198066158
Bloomer*

## Conversation - Instant Messages (1)

From: +19198066158 Bloomer
To: +12489337878 (owner)

Did we start running the ad and if we did is it doing anything yet you know you have the power to carpet bomb it like you did with Comcast if you do that we can't lose

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +12489337878 | | 9/6/2019 3:27:34 PM(UTC-4) | |

**Status:** Read
**Platform:**

9/6/2019 3:27:27 PM(UTC-4)

## Summary

| | |
|---|---|
| Source Application | Native Messages |
| Last Activity | 9/6/2019 3:27:48 PM -04:00 |
| Start time | 9/6/2019 3:27:48 PM -04:00 |

## Participants

+12489337878

+19198066158
Bloomer*

## Conversation - Instant Messages (1)

From: +12489337878 (owner)
To: +19198066158 Bloomer

Yes

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19198066158 Bloomer | 9/6/2019 3:27:49 PM(UTC-4) | | |

**Status:** Sent

**Platform:**

9/6/2019 3:27:48 PM(UTC-4)

## Summary

| | |
|---|---|
| Source Application | Native Messages |
| Last Activity | 9/6/2019 3:28:09 PM -04:00 |
| Start time | 9/6/2019 3:28:09 PM -04:00 |

## Participants

+12489337878

+19198066158
Bloomer*

## Conversation - Instant Messages (1)

From: +12489337878 (owner)
To: +19198066158 Bloomer

Hurricane $600so far

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19198066158 Bloomer | 9/6/2019 3:28:09 PM(UTC-4) | | |

**Status:** Sent
**Platform:**

9/6/2019 3:28:09 PM(UTC-4)

## Summary

| | |
|---|---|
| Source Application | Native Messages |
| Last Activity | 9/6/2019 3:28:35 PM -04:00 |
| Start time | 9/6/2019 3:28:35 PM -04:00 |

## Participants

+12489337878

+19198066158
Bloomer*

## Conversation - Instant Messages (1)

From: +19198066158 Bloomer
To: +12489337878 (owner)

Just like that it's the power of TV I'll see you Friday

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +12489337878 | | 9/6/2019 3:28:35 PM(UTC-4) | |

**Status:** Read
**Platform:**

9/6/2019 3:28:35 PM(UTC-4)

## Summary

| | |
|---|---|
| Source Application | Native Messages |
| Last Activity | 9/6/2019 3:29:05 PM -04:00 |
| Start time | 9/6/2019 3:29:05 PM -04:00 |

## Participants

+12489337878

+19198066158
Bloomer*

## Conversation - Instant Messages (1)

From: +12489337878 (owner)
To: +19198066158 Bloomer

Made $6000 so far in prayer shawls

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19198066158 Bloomer | 9/6/2019 3:29:05 PM(UTC-4) | | |

**Status:** Sent
**Platform:**

9/6/2019 3:29:05 PM(UTC-4)

## Summary

| | |
|---|---|
| Source Application | Native Messages |
| Last Activity | 9/6/2019 3:29:14 PM -04:00 |
| Start time | 9/6/2019 3:29:14 PM -04:00 |

## Participants

+12489337878

+19198066158
Bloomer*

## Conversation - Instant Messages (1)

From: +12489337878 (owner)
To: +19198066158 Bloomer

Thanks

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19198066158 Bloomer | 9/6/2019 3:29:15 PM(UTC-4) | | |

**Status:** Sent

**Platform:**

9/6/2019 3:29:14 PM(UTC-4)

## Summary

| | |
|---|---|
| Source Application | Native Messages |
| Last Activity | 9/6/2019 3:50:03 PM -04:00 |
| Start time | 9/6/2019 3:50:03 PM -04:00 |

## Participants

+12489337878

+19198066158
Bloomer*

## Conversation - Instant Messages (1)

From: +19198066158 Bloomer
To: +12489337878 (owner)

I need to say something about this on Friday

**Attachments:**



Title: Glory_Conference952019-11.jpg
Size: 277374
File name: ~/Library/SMS/Attachments/ca/10/54B4AD41-17FC-41DC-AAA8-0F797A2F31D3/Glory_Conference952019-11.jpg
Path: https://p54-content.icloud.com/M01898A0B58C30E9C0E5C46A2BB22ED39826E097E3501D583998A56D1FE8CAC09.C01USN00
~/Library/SMS/Attachments/ca/10/54B4AD41-17FC-41DC-AAA8-0F797A2F31D3/Glory_Conference952019-11.jpg

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +12489337878 | | 9/6/2019 3:50:07 PM(UTC-4) | |

**Status:** Read

**Platform:**

9/6/2019 3:50:03 PM(UTC-4)


INTERNATIONAL MISSION JESUS IN ASSOCCIATION WITH MINISTRY ON DEMAND
PRESENTS
GLORY
Conference
LIVE ON PAY-PER-VIEW!
Dr. Paul J. Kim
Pastor Benny Hinn
Bishop George Bloomer
BROADCASTED ON
MINISTRY ON DEMAND
tv
amazon fireTV
Roku
androidtv
NOVEMBER 23, 2019
SELMA, ALABAMA @7PM
"WELCOME ALL PASTORS, SPIRITUAL LEADERS and ALL OF GOD'S PEOPLE"
COME EXPERIENCE THE PRESENCE and POWER of GOD LIVE
WORLDWIDE PASTOR
Dr. Paul J. Kim
Host
WORLD RENOWNED
Pastor Benny Hinn
Special Guest
GLOBAL LEADER
Bishop George Bloomer
Conference Speaker
DEMAND
PAY·PER·VIEW
Pre Register at:
www.ministryondemand.com
for early bird special!
motivation
ON DEMAND

## Summary

| | |
|---|---|
| Source Application | Native Messages |
| Last Activity | 9/8/2019 11:39:34 AM -04:00 |
| Start time | 9/8/2019 11:39:34 AM -04:00 |

## Participants

+12489337878

+19198066158
Bloomer*

## Conversation - Instant Messages (1)

From: +12489337878 (owner)
To: +19198066158 Bloomer

Call me

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19198066158 Bloomer | 9/8/2019 11:39:34 AM(UTC-4) | | |

**Status:** Sent

**Platform:**

9/8/2019 11:39:34 AM(UTC-4)

## Summary

| | |
|---|---|
| Source Application | Native Messages |
| Last Activity | 9/11/2019 8:07:42 AM -04:00 |
| Start time | 9/11/2019 8:07:42 AM -04:00 |

## Participants


+12489337878


+19198066158
Bloomer*



## Conversation - Instant Messages (1)

From: +12489337878 (owner)
To: +19198066158 Bloomer

https://www.dropbox.com/s/1l4nukreyclvwed/Wordnetwork_Promo.mp4?dl=0

**Attachments:**

Title: E9AF3139-B092-4E03-9D33-2ACB69951EA3.pluginPayloadAttachment
Size: 1467
File name: ~/Library/SMS/Attachments/67/07/A4986657-6110-4953-B3A0-2B28AE4E1FFD/E9AF3139-B092-4E03-9D33-2ACB69951EA3.pluginPayloadAttachment
~/Library/SMS/Attachments/67/07/A4986657-6110-4953-B3A0-2B28AE4E1FFD/E9AF3139-B092-4E03-9D33-2ACB69951EA3.pluginPayloadAttachment



Title: 569C6687-0DBF-48E7-AF2E-10B9F4CCA20E.pluginPayloadAttachment
Size: 923917
File name: ~/Library/SMS/Attachments/98/08/34E0EE19-35E2-40CB-9ABE-E57882C3D802/569C6687-0DBF-48E7-AF2E-10B9F4CCA20E.pluginPayloadAttachment
~/Library/SMS/Attachments/98/08/34E0EE19-35E2-40CB-9ABE-E57882C3D802/569C6687-0DBF-48E7-AF2E-10B9F4CCA20E.pluginPayloadAttachment

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19198066158 Bloomer | 9/11/2019 8:07:45 AM(UTC-4) | | |

**Status:** Sent
**Platform:**

9/11/2019 8:07:42 AM(UTC-4)


Call (248)-357-4566
Advertise to Over 200 Countries

## Summary

| | |
|---|---|
| Source Application | Native Messages |
| Last Activity | 9/11/2019 8:07:43 AM -04:00 |
| Start time | 9/11/2019 8:07:43 AM -04:00 |

## Participants

+12489337878

+19198066158
Bloomer*

## Conversation - Instant Messages (1)

From: +12489337878 (owner)
To: +19198066158 Bloomer

Start selling

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19198066158 Bloomer | 9/11/2019 8:07:45 AM(UTC-4) | | |

**Status:** Sent

**Platform:**

9/11/2019 8:07:43 AM(UTC-4)

## Summary

| | |
|---|---|
| Source Application | Native Messages |
| Last Activity | 9/11/2019 12:03:18 PM -04:00 |
| Start time | 9/11/2019 12:03:18 PM -04:00 |

## Participants

+12489337878

+19198066158
Bloomer*

## Conversation - Instant Messages (1)

From: +19198066158 Bloomer
To: +12489337878 (owner)

Saw you called I'm sitting on the platform getting ready to speak can't talk now I'll have to call you after the seminar

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +12489337878 | | 9/11/2019 12:03:21 PM(UTC-4) | |

**Status:** Read

**Platform:**

9/11/2019 12:03:18 PM(UTC-4)

## Summary

| | |
|---|---|
| Source Application | Native Messages |
| Last Activity | 9/11/2019 12:03:49 PM -04:00 |
| Start time | 9/11/2019 12:03:49 PM -04:00 |

## Participants

+12489337878

+19198066158
Bloomer*

## Conversation - Instant Messages (1)

From: +19198066158 Bloomer
To: +12489337878 (owner)

I got the promo nice I'm sending it out to Pastor's and friends I'll see what I can do

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +12489337878 | | 9/11/2019 12:04:05 PM(UTC-4) | |

**Status:** Read

**Platform:**

9/11/2019 12:03:49 PM(UTC-4)

## Summary

| | |
|---|---|
| Source Application | Native Messages |
| Last Activity | 9/11/2019 12:04:02 PM -04:00 |
| Start time | 9/11/2019 12:04:02 PM -04:00 |

## Participants

+12489337878

+19198066158
Bloomer*

## Conversation - Instant Messages (1)

From: +12489337878 (owner)
To: +19198066158 Bloomer

Ok 👌🏻

**Attachments:**



Title: Image-1.jpg
Size: 451212
File name: ~/Library/SMS/Attachments/24/04/D7267FB3-0272-4AE2-B318-30A0ECE16190/Image-1.jpg
Path: https://p68-content.icloud.com/M01898A0B58C30E9C0E5C46A2BB22ED39826E097E3501D583998A56D1FE8CAC09.C01USN00
~/Library/SMS/Attachments/24/04/D7267FB3-0272-4AE2-B318-30A0ECE16190/Image-1.jpg

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19198066158 Bloomer | 9/11/2019 12:04:03 PM(UTC-4) | | |

**Status:** Sent

**Platform:**

9/11/2019 12:04:02 PM(UTC-4)


Detroit News
12:03 PM
100%
Done
8 of 13

## Summary

| | |
|---|---|
| Source Application | Native Messages |
| Last Activity | 9/11/2019 12:04:19 PM -04:00 |
| Start time | 9/11/2019 12:04:19 PM -04:00 |

## Participants

+12489337878

+19198066158
Bloomer*

## Conversation - Instant Messages (1)

From: +12489337878 (owner)
To: +19198066158 Bloomer

Got it Tatoo

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19198066158 Bloomer | 9/11/2019 12:04:19 PM(UTC-4) | | |

**Status:** Sent

**Platform:**

9/11/2019 12:04:19 PM(UTC-4)

## Summary

| | |
|---|---|
| Source Application | Native Messages |
| Last Activity | 9/11/2019 12:04:56 PM -04:00 |
| Start time | 9/11/2019 12:04:56 PM -04:00 |

## Participants

+12489337878

+19198066158
Bloomer*

## Conversation - Instant Messages (1)

From: +19198066158 Bloomer
To: +12489337878 (owner)

Not funny!!!!!

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +12489337878 | | 9/11/2019 12:05:58 PM(UTC -4) | |

**Status:** Read
**Platform:**

9/11/2019 12:04:56 PM(UTC-4)

## Summary

| | |
|---|---|
| Source Application | Native Messages |
| Last Activity | 9/11/2019 8:46:33 PM -04:00 |
| Start time | 9/11/2019 8:46:33 PM -04:00 |

## Participants

+12489337878

+19198066158
Bloomer*

## Conversation - Instant Messages (1)

From: +12489337878 (owner)
To: +19198066158 Bloomer

https://d3v8t4mpcnf2mk.cloudfront.net/out/v1/93ba52daf7fc493d973f625806dde3b0/index.m3u8

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19198066158 Bloomer | 9/11/2019 8:46:35 PM(UTC-4) | | |

**Status:** Sent
**Platform:**

9/11/2019 8:46:33 PM(UTC-4)

## Summary

| | |
|---|---|
| Source Application | Native Messages |
| Last Activity | 9/11/2019 8:46:33 PM -04:00 |
| Start time | 9/11/2019 8:46:33 PM -04:00 |

## Participants

+12489337878

+19198066158
Bloomer*

## Conversation - Instant Messages (1)

From: +12489337878 (owner)
To: +19198066158 Bloomer

Prayer Shawls !!!! Tonight is going to be good

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19198066158 Bloomer | 9/11/2019 8:46:35 PM(UTC-4) | | |

**Status:** Sent

**Platform:**

9/11/2019 8:46:33 PM(UTC-4)

## Summary

| | |
|---|---|
| Source Application | Native Messages |
| Last Activity | 9/12/2019 11:46:29 AM -04:00 |
| Start time | 9/12/2019 11:46:29 AM -04:00 |

## Participants

+12489337878

+19198066158
Bloomer*

## Conversation - Instant Messages (1)

From: +12489337878 (owner)
To: +19198066158 Bloomer

Hi !!! We did great on the pretzels last night 20 K

**Attachments:**



Title: Image-1.jpg
Size: 451212
File name: ~/Library/SMS/Attachments/21/01/3A003D6F-C228-4F56-852D-C9AE4FBD1206/Image-1.jpg
Path: https://p60-content.icloud.com/M01898A0B58C30E9C0E5C46A2BB22ED39826E097E3501D583998A56D1FE8CAC09.C01USN00
~/Library/SMS/Attachments/21/01/3A003D6F-C228-4F56-852D-C9AE4FBD1206/Image-1.jpg

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19198066158 Bloomer | 9/12/2019 11:46:30 AM(UTC-4) | | |

**Status:** Sent
**Platform:**

9/12/2019 11:46:29 AM(UTC-4)


Detroit News
12:03 PM
100%
Done
8 of 13

## Summary

| | |
|---|---|
| Source Application | Native Messages |
| Last Activity | 9/12/2019 11:52:11 AM -04:00 |
| Start time | 9/12/2019 11:52:11 AM -04:00 |

## Participants

+12489337878

+19198066158
Bloomer*

## Conversation - Instant Messages (1)

From: +12489337878 (owner)
To: +19198066158 Bloomer

Prayer shawls

Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19198066158 Bloomer | 9/12/2019 11:52:12 AM(UTC-4) | | |

Status: Sent
Platform:

9/12/2019 11:52:11 AM(UTC-4)

## Summary

| | |
|---|---|
| Source Application | Native Messages |
| Last Activity | 9/12/2019 12:29:33 PM -04:00 |
| Start time | 9/12/2019 12:29:33 PM -04:00 |

## Participants

+12489337878

+19198066158
Bloomer*

## Conversation - Instant Messages (1)

From: +19198066158 Bloomer
To: +12489337878 (owner)

I told you I don't like that tattoo business I told you that it was highly offensive I told you I would see that as being races I told you I do not play games with my name or my character and what you think is funny is not I'm going to ask you for the last time stop playing with me like that I do not like it!!!!!!! Great on the prayer shawls see she's earned her picture on the Hall of Fame is at The Word Network

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +12489337878 | | 9/12/2019 12:29:37 PM(UTC-4) | |

**Status:** Read
**Platform:**

9/12/2019 12:29:33 PM(UTC-4)

## Summary

| | |
|---|---|
| Source Application | Native Messages |
| Last Activity | 9/12/2019 12:30:02 PM -04:00 |
| Start time | 9/12/2019 12:30:02 PM -04:00 |

## Participants

+12489337878

+19198066158
Bloomer*

## Conversation - Instant Messages (1)

From: +12489337878 (owner)
To: +19198066158 Bloomer

Ok !!!!

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19198066158 Bloomer | 9/12/2019 12:30:02 PM(UTC-4) | | |

**Status:** Sent

**Platform:**

9/12/2019 12:30:02 PM(UTC-4)

## Summary

| | |
|---|---|
| Source Application | Native Messages |
| Last Activity | 9/12/2019 12:30:05 PM -04:00 |
| Start time | 9/12/2019 12:30:05 PM -04:00 |

## Participants

+12489337878

+19198066158
Bloomer*

## Conversation - Instant Messages (1)

From: +12489337878 (owner)
To: +19198066158 Bloomer

Got it

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19198066158 Bloomer | 9/12/2019 12:30:06 PM(UTC-4) | | |

**Status:** Sent

**Platform:**

9/12/2019 12:30:05 PM(UTC-4)

## Summary

| | |
|---|---|
| Source Application | Native Messages |
| Last Activity | 9/12/2019 12:30:40 PM -04:00 |
| Start time | 9/12/2019 12:30:40 PM -04:00 |

## Participants

+12489337878

+19198066158
Bloomer*

## Conversation - Instant Messages (1)

From: +12489337878 (owner)
To: +19198066158 Bloomer

So sensitive

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19198066158 Bloomer | 9/12/2019 12:30:41 PM(UTC-4) | | |

**Status:** Sent

**Platform:**

9/12/2019 12:30:40 PM(UTC-4)

## Summary

| | |
|---|---|
| Source Application | Native Messages |
| Last Activity | 9/12/2019 12:31:03 PM -04:00 |
| Start time | 9/12/2019 12:31:03 PM -04:00 |

## Participants

+12489337878

+19198066158
Bloomer*

## Conversation - Instant Messages (1)

From: +12489337878 (owner)
To: +19198066158 Bloomer

WTF

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19198066158 Bloomer | 9/12/2019 12:31:03 PM(UTC-4) | | |

**Status:** Sent
**Platform:**

9/12/2019 12:31:03 PM(UTC-4)


Great Value
SPRING WATER
Colgate
Tide


PRIMO
FREE
HELP THE

## Summary

| | |
|---|---|
| Source Application | Native Messages |
| Last Activity | 9/14/2019 9:29:48 PM -04:00 |
| Start time | 9/14/2019 9:29:48 PM -04:00 |

## Participants

+12489337878

+19198066158
Bloomer*

## Conversation - Instant Messages (1)

From: +19198066158 Bloomer
To: +12489337878 (owner)

Two crates of full working on Third one now for the Bahamas BS

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +12489337878 | | 9/14/2019 10:34:34 PM(UTC-4) | |

**Status:** Read

**Platform:**

9/14/2019 9:29:48 PM(UTC-4)

## Summary

| | |
|---|---|
| Source Application | Native Messages |
| Last Activity | 9/14/2019 9:31:42 PM -04:00 |
| Start time | 9/14/2019 9:31:42 PM -04:00 |

## Participants

+12489337878

+19198066158
Bloomer*

## Conversation - Instant Messages (1)

From: +19198066158 Bloomer
To: +12489337878 (owner)

We need to do more consistent shows on Friday night in order to gain our audience back if we can do two shows every month the first and the last of the first and the third I believe we can win the back had been on in a while I think that’s the reason why I was low just my Opinion I’ll talk to you tomorrow getting ready to speak thanks

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +12489337878 | | 9/14/2019 10:34:34 PM(UTC-4) | |

**Status:** Read
**Platform:**

9/14/2019 9:31:42 PM(UTC-4)

## Summary

| | |
|---|---|
| Source Application | Native Messages |
| Last Activity | 9/15/2019 7:34:08 PM -04:00 |
| Start time | 9/15/2019 7:34:08 PM -04:00 |

## Participants

+12489337878

+19198066158
Bloomer*

## Conversation - Instant Messages (1)

From: +19198066158 Bloomer
To: +12489337878 (owner)

https://podcasts.apple.com/us/podcast/strang-report/id997965301?i=1000449307639

**Attachments:**




Title: CCC2CD96-4C57-4FA5-8843-41D32910284E.pluginPayloadAttachment
Size: 508230
File name: ~/Library/SMS/Attachments/dd/13/660D3247-D57C-4EA3-9A55-9A3AF47588E8/CCC2CD96-4C57-4FA5-8843-41D32910284E.pluginPayloadAttachment
~/Library/SMS/Attachments/dd/13/660D3247-D57C-4EA3-9A55-9A3AF47588E8/CCC2CD96-4C57-4FA5-8843-41D32910284E.pluginPayloadAttachment

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +12489337878 | | 9/15/2019 7:34:28 PM(UTC-4) | |

**Status:** Read
**Platform:**

9/15/2019 7:34:08 PM(UTC-4)


STRANG REPORT
BY STEPHEN STRANG
CPN

## Summary

| | |
|---|---|
| Source Application | Native Messages |
| Last Activity | 9/15/2019 7:34:51 PM -04:00 |
| Start time | 9/15/2019 7:34:51 PM -04:00 |

## Participants

+12489337878

+19198066158
Bloomer*

## Conversation - Instant Messages (1)

From: +19198066158 Bloomer
To: +12489337878 (owner)

I need to charge it at my neighbours please

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +12489337878 | | 9/15/2019 7:35:13 PM(UTC-4) | |

**Status:** Read

**Platform:**

9/15/2019 7:34:51 PM(UTC-4)

## Summary

| | |
|---|---|
| Source Application | Native Messages |
| Last Activity | 9/15/2019 7:36:51 PM -04:00 |
| Start time | 9/15/2019 7:36:51 PM -04:00 |

## Participants

+12489337878

+19198066158
Bloomer*

## Conversation - Instant Messages (1)

From: +19198066158 Bloomer
To: +12489337878 (owner)

https://www.youtube.com/watch?v=j75q3tnpV8E

**Attachments:**

Title: 5141C6FD-BF7F-46BF-ADC1-E80819ECD5D0.pluginPayloadAttachment
Size: 16275
File name: ~/Library/SMS/Attachments/62/02/312ECFF9-C079-49D1-AF3F-9533E6CBD18A/5141C6FD-BF7F-46BF-ADC1-E80819ECD5D0.pluginPayloadAttachment
~/Library/SMS/Attachments/62/02/312ECFF9-C079-49D1-AF3F-9533E6CBD18A/5141C6FD-BF7F-46BF-ADC1-E80819ECD5D0.pluginPayloadAttachment



Title: A74BFF19-A2EA-4FBA-BCF1-B529ED1BBB6A.pluginPayloadAttachment
Size: 1100329
File name: ~/Library/SMS/Attachments/54/04/FEF8FD13-D3A3-4089-A500-179E763F36F4/A74BFF19-A2EA-4FBA-BCF1-B529ED1BBB6A.pluginPayloadAttachment
~/Library/SMS/Attachments/54/04/FEF8FD13-D3A3-4089-A500-179E763F36F4/A74BFF19-A2EA-4FBA-BCF1-B529ED1BBB6A.pluginPayloadAttachment

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +12489337878 | | 9/15/2019 7:46:38 PM(UTC-4) | |

**Status:** Read
**Platform:**

9/15/2019 7:36:51 PM(UTC-4)


Bishop George Bloomer
Sunday, September 8, 2019
The Gospel of Fallen Angels (A Plea to Pastor Benny Hinn)

## Summary

| | |
|---|---|
| Source Application | Native Messages |
| Last Activity | 9/15/2019 7:36:52 PM -04:00 |
| Start time | 9/15/2019 7:36:52 PM -04:00 |

## Participants

+12489337878

+19198066158
Bloomer*

## Conversation - Instant Messages (1)

From: +19198066158 Bloomer
To: +12489337878 (owner)

I was a little bit disturbed by our conversation this afternoon with regarding the show on Friday night and yes it was a low revenue night we have some serious problems and no one is telling you about them and is like no one wants to hear the show on Friday night no one knew it was coming on it was going to be live we had four operators on in the call center we had no run sheet we couldn't book a single no promos announcing that a new season was going to start I spoke to Prophetess Williams and she told me that Wednesday night was a hard night for her also but she did almost $8000 I did a little more than $6000 I'm not saying that this is our new normal but there's a lot going on that they're not telling you but I'm going to tell you (1) it's hard to guess because book gospel artist telling people that when they come to the network we treat them poorly. (2) preachers of telling folks over the pulpit that the network is like a plantation (3) there are people waiting for their Bibles six months after we taken that money Bible experience and product from my show and still have not received it. (4) I myself sent out 1700 late packages on my own dime to people that hadn't received the product in eight months after paying for it Benny Hinn put out a statement that seat so when is ungodly in churches all over the country has been declining their offer in the past two Sundays as the debate goes on about seed time and harvest online I know little to nothing about television and programming but I know a whole lot about ministry the church the black church particular i've been preaching for 38 years 38 years and I know that if the pastor shows up to the church once every other month when he gets there no one is going to be there consistency is going to be our key tosuccess not only lost our audience we lost the trust of a lot of people and we can get it back and it's not about doing a new hoopla dance is about praying being faithful to God being on his heaven integrity and God will bless us not telling you how to run the network I don't know how to do that but I know how to please God and I know what moves him and his people all the other networks are doing projects during the summer missions out reach back to school programs for kids hurricane relief etc. that's all I'm going to see everyone there knows what time it is they just not telling you I'm here I'm loyal in 100% unto you release me but I've never been the type of person to lie and not tell you to truth might not offer my opinion but if you ask me and I know what I'm telling you what time it is and that's what we are

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +12489337878 | | 9/15/2019 7:46:38 PM(UTC-4) | |

**Status:** Read
**Platform:**

9/15/2019 7:36:52 PM(UTC-4)

## Summary

| | |
|---|---|
| Source Application | Native Messages |
| Last Activity | 9/15/2019 7:53:28 PM -04:00 |
| Start time | 9/15/2019 7:53:28 PM -04:00 |

## Participants

+12489337878

+19198066158
Bloomer*

## Conversation - Instant Messages (1)

From: +12489337878 (owner)
To: +19198066158 Bloomer

It seems like you're very unhappy there

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19198066158 Bloomer | 9/15/2019 7:53:28 PM(UTC-4) | | |

**Status:** Sent

**Platform:**

9/15/2019 7:53:28 PM(UTC-4)

## Summary

| | |
|---|---|
| Source Application | Native Messages |
| Last Activity | 9/15/2019 7:53:32 PM -04:00 |
| Start time | 9/15/2019 7:53:32 PM -04:00 |

## Participants

+12489337878

+19198066158
Bloomer*

## Conversation - Instant Messages (1)

From: +12489337878 (owner)
To: +19198066158 Bloomer

At the Word network

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19198066158 Bloomer | 9/15/2019 7:53:33 PM(UTC-4) | | |

**Status:** Sent
**Platform:**

9/15/2019 7:53:32 PM(UTC-4)

## Summary

| | |
|---|---|
| Source Application | Native Messages |
| Last Activity | 9/15/2019 7:53:40 PM -04:00 |
| Start time | 9/15/2019 7:53:40 PM -04:00 |

## Participants

+12489337878

+19198066158
Bloomer*

## Conversation - Instant Messages (1)

From: +12489337878 (owner)
To: +19198066158 Bloomer

I tried calling you and your facts are all correct

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19198066158 Bloomer | 9/15/2019 7:53:40 PM(UTC-4) | | |

**Status:** Sent

**Platform:**

9/15/2019 7:53:40 PM(UTC-4)

## Summary

| | |
|---|---|
| Source Application | Native Messages |
| Last Activity | 9/15/2019 7:53:51 PM -04:00 |
| Start time | 9/15/2019 7:53:51 PM -04:00 |

## Participants

+12489337878

+19198066158
Bloomer*

## Conversation - Instant Messages (1)

From: +12489337878 (owner)
To: +19198066158 Bloomer

Not all correct

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19198066158 Bloomer | 9/15/2019 7:53:51 PM(UTC-4) | | |

**Status:** Sent
**Platform:**

9/15/2019 7:53:51 PM(UTC-4)

## Summary

| | |
|---|---|
| Source Application | Native Messages |
| Last Activity | 9/15/2019 7:53:57 PM -04:00 |
| Start time | 9/15/2019 7:53:57 PM -04:00 |

## Participants

+12489337878

+19198066158
Bloomer*

## Conversation - Instant Messages (1)

From: +12489337878 (owner)
To: +19198066158 Bloomer

And stop saying it's a plantation you're making me mad

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19198066158 Bloomer | 9/15/2019 7:53:57 PM(UTC-4) | | |

**Status:** Sent
**Platform:**

9/15/2019 7:53:57 PM(UTC-4)

## Summary

| | |
|---|---|
| Source Application | Native Messages |
| Last Activity | 9/15/2019 7:54:05 PM -04:00 |
| Start time | 9/15/2019 7:54:05 PM -04:00 |

## Participants

+12489337878

+19198066158
Bloomer*

## Conversation - Instant Messages (1)

From: +12489337878 (owner)
To: +19198066158 Bloomer

If if you're trying to make me mad you're doing a very good job

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19198066158 Bloomer | 9/15/2019 7:54:06 PM(UTC-4) | | |

**Status:** Sent

**Platform:**

9/15/2019 7:54:05 PM(UTC-4)

## Summary

| | |
|---|---|
| Source Application | Native Messages |
| Last Activity | 9/15/2019 7:55:14 PM -04:00 |
| Start time | 9/15/2019 7:55:14 PM -04:00 |

## Participants

+12489337878

+19198066158
Bloomer*

## Conversation - Instant Messages (1)

From: +12489337878 (owner)
To: +19198066158 Bloomer

If you don't wanna be on the Word tell me

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19198066158 Bloomer | 9/15/2019 7:55:15 PM(UTC-4) | | |

**Status:** Sent
**Platform:**

9/15/2019 7:55:14 PM(UTC-4)

## Summary

| | |
|---|---|
| Source Application | Native Messages |
| Last Activity | 9/15/2019 7:56:49 PM -04:00 |
| Start time | 9/15/2019 7:56:49 PM -04:00 |

## Participants

+12489337878

+19198066158
Bloomer*

## Conversation - Instant Messages (1)

From: +12489337878 (owner)
To: +19198066158 Bloomer

That's a conversation you say about me over the phone not on the text

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19198066158 Bloomer | 9/15/2019 7:57:01 PM(UTC-4) | | |

**Status:** Sent
**Platform:**

9/15/2019 7:56:49 PM(UTC-4)

## Summary

| | |
|---|---|
| Source Application | Native Messages |
| Last Activity | 9/15/2019 7:57:00 PM -04:00 |
| Start time | 9/15/2019 7:57:00 PM -04:00 |

## Participants

+12489337878

+19198066158
Bloomer*

## Conversation - Instant Messages (1)

From: +12489337878 (owner)
To: +19198066158 Bloomer

And then you’re not even available to discuss it

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19198066158 Bloomer | 9/15/2019 7:57:01 PM(UTC-4) | | |

**Status:** Sent

**Platform:**

9/15/2019 7:57:00 PM(UTC-4)

## Summary

| | |
|---|---|
| Source Application | Native Messages |
| Last Activity | 9/15/2019 7:57:37 PM -04:00 |
| Start time | 9/15/2019 7:57:37 PM -04:00 |

## Participants

+12489337878

+19198066158
Bloomer*

## Conversation - Instant Messages (1)

From: +12489337878 (owner)
To: +19198066158 Bloomer

And I told you that I give you two shows a month

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19198066158 Bloomer | 9/15/2019 7:57:39 PM(UTC-4) | | |

**Status:** Sent

**Platform:**

9/15/2019 7:57:37 PM(UTC-4)

## Summary

| | |
|---|---|
| Source Application | Native Messages |
| Last Activity | 9/15/2019 7:57:43 PM -04:00 |
| Start time | 9/15/2019 7:57:43 PM -04:00 |

## Participants

+12489337878

+19198066158
Bloomer*

## Conversation - Instant Messages (1)

From: +12489337878 (owner)
To: +19198066158 Bloomer

But I guess you're not happy with that

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19198066158 Bloomer | 9/15/2019 7:57:43 PM(UTC-4) | | |

**Status:** Sent

**Platform:**

9/15/2019 7:57:43 PM(UTC-4)

## Summary

| | |
|---|---|
| Source Application | Native Messages |
| Last Activity | 9/15/2019 8:07:59 PM -04:00 |
| Start time | 9/15/2019 8:07:59 PM -04:00 |

## Participants

+12489337878

+19198066158
Bloomer*

## Conversation - Instant Messages (1)

From: +12489337878 (owner)
To: +19198066158 Bloomer

Why are u bugging me on Sunday

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19198066158 Bloomer | 9/15/2019 8:08:01 PM(UTC-4) | | |

**Status:** Sent

**Platform:**

9/15/2019 8:07:59 PM(UTC-4)

## Summary

| | |
|---|---|
| Source Application | Native Messages |
| Last Activity | 9/15/2019 8:08:06 PM -04:00 |
| Start time | 9/15/2019 8:08:06 PM -04:00 |

## Participants

+12489337878

+19198066158
Bloomer*

## Conversation - Instant Messages (1)

From: +12489337878 (owner)
To: +19198066158 Bloomer

What's wrong with u

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19198066158 Bloomer | 9/15/2019 8:08:06 PM(UTC-4) | | |

**Status:** Sent
**Platform:**

9/15/2019 8:08:06 PM(UTC-4)

## Summary

| | |
|---|---|
| Source Application | Native Messages |
| Last Activity | 9/15/2019 8:31:27 PM -04:00 |
| Start time | 9/15/2019 8:31:27 PM -04:00 |

## Participants

+12489337878

+19198066158
Bloomer*

## Conversation - Instant Messages (1)

From: +12489337878 (owner)
To: +19198066158 Bloomer

U receive a lot of time on the Network

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19198066158 Bloomer | 9/15/2019 8:31:29 PM(UTC-4) | | |

**Status:** Sent

**Platform:**

9/15/2019 8:31:27 PM(UTC-4)

## Summary

| | |
|---|---|
| Source Application | Native Messages |
| Last Activity | 9/15/2019 8:31:56 PM -04:00 |
| Start time | 9/15/2019 8:31:56 PM -04:00 |

## Participants

+12489337878

+19198066158
Bloomer*

## Conversation - Instant Messages (1)

From: +12489337878 (owner)
To: +19198066158 Bloomer

I don't think u are appreciative

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19198066158 Bloomer | 9/15/2019 8:31:57 PM(UTC-4) | | |

**Status:** Sent

**Platform:**

9/15/2019 8:31:56 PM(UTC-4)

## Summary

| | |
|---|---|
| Source Application | Native Messages |
| Last Activity | 9/15/2019 8:32:19 PM -04:00 |
| Start time | 9/15/2019 8:32:19 PM -04:00 |

## Participants

+12489337878

+19198066158
Bloomer*

## Conversation - Instant Messages (1)

From: +12489337878 (owner)
To: +19198066158 Bloomer

Will look tomorrow on how much time u are on Network

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19198066158 Bloomer | 9/15/2019 8:32:20 PM(UTC-4) | | |

**Status:** Sent
**Platform:**

9/15/2019 8:32:19 PM(UTC-4)

## Summary

| | |
|---|---|
| Source Application | Native Messages |
| Last Activity | 9/15/2019 8:37:12 PM -04:00 |
| Start time | 9/15/2019 8:37:12 PM -04:00 |

## Participants

+12489337878

+19198066158
Bloomer*

## Conversation - Instant Messages (1)

From: +12489337878 (owner)
To: +19198066158 Bloomer

I'm very disturbed by you tonight

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19198066158 Bloomer | 9/15/2019 8:37:12 PM(UTC-4) | | |

**Status:** Sent
**Platform:**

9/15/2019 8:37:12 PM(UTC-4)

## Summary

| | |
|---|---|
| Source Application | Native Messages |
| Last Activity | 9/16/2019 3:44:40 PM -04:00 |
| Start time | 9/16/2019 3:44:40 PM -04:00 |

## Participants

+12489337878

+19198066158
Bloomer*

## Conversation - Instant Messages (1)

From: +19198066158 Bloomer
To: +12489337878 (owner)

Good afternoon sir after our conversation last and prayerful consideration I've decided to take some time off of television at The Word Network to take a break from television at the Network and my reason for that is i'm not OK with how you have forgotten my loyalty my commitment and my contribution that I had made to the station in the network secondly I do not like or appreciate how that you tried to put me in the other house in competition with one another this is not a game this is ministry and it's on acceptable also have a problem with my integrity being questioned by ministry partners for not receiving their products on time we take peoples money and don't give them the product in a timely fashion in the most painful thing is the way that I hear people talking about you and your station behind your back in the church circles that I took the bullet for and then to hear you called me out of my name you told me last night and I quote that Jeff and Dave has lost confidence in me that Taketa Williams raise $25,000 in Precious that my show is not effective and it's old and stale you never stated thousands and hundreds of thousands of dollars that I brought in for you through those Bibles warfare Bible woman's Bible deliverance Bible thousands of books and DVDs the money that you still owe me from the warfare Bibles that you promised to give me four dollars off of every Bible the woman's Bible never complained about those things and I'm not complaining now neither am I asking you for the money The Bible experience oils etc i'm not in competition I don't do competition I do ministry so I need to step back take a break so that I can regroup from this matter thank you for all that you've done for me and the church community particularly the African-American church community I appreciate it God has used you tremendously

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +12489337878 | | 9/16/2019 3:44:47 PM(UTC-4) | |

**Status:** Read
**Platform:**

9/16/2019 3:44:40 PM(UTC-4)

## Summary

| | |
|---|---|
| Source Application | Native Messages |
| Last Activity | 9/16/2019 3:48:17 PM -04:00 |
| Start time | 9/16/2019 3:48:17 PM -04:00 |

## Participants

+12489337878

+19198066158
Bloomer*

## Conversation - Instant Messages (1)

From: +12489337878 (owner)
To: +19198066158 Bloomer

No problem try to reach out to you and talk to you but that's fine

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19198066158 Bloomer | 9/16/2019 3:48:17 PM(UTC-4) | | |

**Status:** Sent
**Platform:**

9/16/2019 3:48:17 PM(UTC-4)

## Summary

| | |
|---|---|
| Source Application | Native Messages |
| Last Activity | 9/16/2019 3:48:37 PM -04:00 |
| Start time | 9/16/2019 3:48:37 PM -04:00 |

## Participants

+12489337878

+19198066158
Bloomer*

## Conversation - Instant Messages (1)

From: +12489337878 (owner)
To: +19198066158 Bloomer

If that's what you want all your time will be taken away

Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19198066158 Bloomer | 9/16/2019 3:48:37 PM(UTC-4) | | |

Status: Sent

Platform:

9/16/2019 3:48:37 PM(UTC-4)

## Summary

| | |
|---|---|
| Source Application | Native Messages |
| Last Activity | 9/16/2019 3:49:04 PM -04:00 |
| Start time | 9/16/2019 3:49:04 PM -04:00 |

## Participants

+12489337878

+19198066158
Bloomer*

## Conversation - Instant Messages (1)

From: +12489337878 (owner)
To: +19198066158 Bloomer

Call me like a man

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19198066158 Bloomer | 9/16/2019 3:49:04 PM(UTC-4) | | |

**Status:** Sent

**Platform:**

9/16/2019 3:49:04 PM(UTC-4)

## Summary

| | |
|---|---|
| Source Application | Native Messages |
| Last Activity | 9/16/2019 4:29:38 PM -04:00 |
| Start time | 9/16/2019 4:29:38 PM -04:00 |

## Participants

+12489337878

+19198066158
Bloomer*

## Conversation - Instant Messages (1)

From: +19198066158 Bloomer
To: +12489337878 (owner)

I'm not disrespecting you Or ignoring your call I just have nothing else to say I apologize for the call and long text on Sunday night Thanks for everything and I do mean everything that you've done for me

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +12489337878 | | 9/16/2019 4:29:59 PM(UTC-4) | |

**Status:** Read
**Platform:**

9/16/2019 4:29:38 PM(UTC-4)

## Summary

| | |
|---|---|
| Source Application | Native Messages |
| Last Activity | 9/18/2019 8:02:51 AM -04:00 |
| Start time | 9/18/2019 8:02:51 AM -04:00 |

## Participants

+12489337878

+19198066158
Bloomer*

## Conversation - Instant Messages (1)

From: +19198066158 Bloomer
To: +12489337878 (owner)

Good morning sir the relief drive is going great they are three bins at Wallmark ready for shipping I will have my coordinator contact Dave by email today as I am still on this consecration again thank you very much thanks for everything you do for the body of Christ

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +12489337878 | | 9/18/2019 8:02:55 AM(UTC-4) | |

**Status:** Read
**Platform:**

9/18/2019 8:02:51 AM(UTC-4)

## Summary

| | |
|---|---|
| Source Application | Native Messages |
| Last Activity | 9/18/2019 8:47:41 AM -04:00 |
| Start time | 9/18/2019 8:47:41 AM -04:00 |

## Participants

+12489337878

+19198066158
Bloomer*

## Conversation - Instant Messages (1)

From: +12489337878 (owner)
To: +19198066158 Bloomer

Please no longer communicate with me I am now blocking your phone

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19198066158 Bloomer | 9/18/2019 8:47:41 AM(UTC-4) | | |

**Status:** Sent
**Platform:**

9/18/2019 8:47:41 AM(UTC-4)