# EXHIBIT 12

**Transcript of 9/22/2022 YouTube Video *Bishop George Bloomer speaks on his departure from The Word Network* (original YouTube link, https://www.youtube.com/watch?v=zWgceatKGEw)**

0:04 God bless you, I'm Bishop George Bloomer, of
0:06 course you know that. I am happy and I
0:11 would say disappointed at the same time
0:15 that I would have to do a video or have
0:18 the discussion that I'm going to have
0:20 with you about the subject matter. You
0:26 know me if you follow me I don't really
0:28 do a lot of social media things and I
0:32 stay away from any trouble. I want to
0:37 present to the world a clear message of
0:39 who Jesus is and I try to do the best
0:42 that I can with that but of late there's
0:47 been a few things that have happened and
0:50 I had to speak to it and it's a old
0:55 movie out from years ago called The
0:58 Godfather and there's a scene in it that
1:00 says every time I tried to get out they
1:03 keep pulling me back in. I'm saying that
1:06 with all pun intended but I need to make
1:12 it very, very clear to you about the
1:16 happenings of the past few days. For
1:21 eight to ten years I've been the host of
1:25 Rejoicing The Word on The Word Network
1:27 at the most powerful African-American
1:35 Network reaching hundreds of millions of
1:40 people and in hundreds of millions of
1:43 homes and I've served there for eight to
1:47 ten years I'm not sure the amount of
1:50 time totally but I've been there and
1:53 I've been faithful and we've come to a

1:58 place where I just needed to take a
2:04 break from The Network because of some
2:10 things that were transpiring that I
2:12 don’t necessarily
2:14 agree with and so I don’t want to get
2:17 into any details with anything but
2:21 there’s some other sites that are out
2:23 there saying that I was fired or was
2:26 asked to resign or pushed out and none of
2:31 those things are true. I have served
2:34 for a number of years and I have decided
2:39 to step down as host of Rejoicing The
2:43 Word on The Word Network and I want you
2:48 to be clear it was my decision no one
2:51 pushed me out
2:52 no one was angry with me or upset with
2:55 me. I would have to say it probably was
2:59 the other way around. I believe that that is what
3:07 you need to hear from me and probably
3:12 all you need to hear from me at this at
3:14 this time. Again, I am not angry or upset
3:20 or mad. Disappointed, yes. Happy, you
3:25 will be seeing me still carrying out my
3:29 full mission on television and at
3:32 another network so you keep on watching
3:35 this week and that’s what I want to say.
3:39 Now when I came to The Word Network some
3:43 years ago I already had a name and I was
3:46 Bishop George Bloomer, the General of
3:48 Spiritual Warfare. Now that I’m leaving
3:51 The Network I’m leaving a lot more
3:54 exposed. The Network has been a
3:58 tremendous blessing to me and I
4:03 love all of the people at the at The

4:06 Network. That's all I want to say. Thank
4:12 you so much for taking a little bit of
4:14 time to listen to this. When you hear
4:17 other things you can say I heard from
4:19 Bishop Bloomer and he says he's no
4:22 longer there, The Network has his
4:24 blessings, he's not angry or upset with
4:26 anyone, he wasn't fired,
4:29 he wasn't pushed out, no one asked him to
4:32 leave. He decided to step down and at a
4:36 later date if need be
4:39 we'll be sharing the why. But right now I
4:44 just needed to clear up what was
4:47 floating out there and I think I'm
4:50 pleased with that. Blessings of the
4:52 Lord on The Network and I pray that it
4:54 will continue to do the great work that
4:56 it does.