# EXHIBIT 13

**Transcription of 11.03.2019 Facebook Video:**

***Bishop Bloomer talks about the things on his heart after a wonderful Sunday Morning Worship Service at Bethel Family Worship Center.***

**Author: Bethel Life Family Worship Center**

**Link to Facebook Video:** https://www.facebook.com/bethelfamilyNC/videos/bishop-george-bloomer-talks-about-the-things-on-his-heart-after-a-wonderful-sund/1360107420811109/

God bless you. Its Sunday, and Sundays are coming quicker, and quicker, and quicker. In fact, it's the first Sunday in November. I wish I could have one of those phrases that we could, a-a-a November to remember, but that's been used already. I do want to share something with you. Um, I ended the month of October in fasting. I started on a three-day fast which wound up being an eight-day fast, and many of you went on that fast with me and it was great. It wasn't a normal one. It was a sacrificial fast where we had to wake up at six in the morning and fast from 6am to 12-noon, or 1 o'clock by not eating anything after 12 in the night time. And I suggested that some people stop eating right about 9 or 10 o'clock. Day 1 we received tremendous testimonies. Day two, we can sort of, kind of feel that there was a losing of something, uh, in the atmosphere and it just was great. Now I'm initiating another 3 days of fasting from 6 in the morning until 12-noon, and this is with instructions. I'm believing that November, uh, will be the month that God will reveal unto us his total plan in the spirit realm for us for 2020. Um, he's already given me the model, or the theme that we're going to function up under for 2020. It is, stay woke. Stay woke. See it. Say it. See it. Stay woke. Um, many things are going to be happening in 2020. Of course, the elections are coming up. There's a whisper of a race war.

***@2:12 Minutes --*** Uh, those of you that know me and you've been watching online and seeing on television the issues with the Word Network and what's been transpiring there. Um, I do want to take this moment and say to the young many of that was rebuked, um, for speaking

his heart on Wednesday night on the Word Network, I want to say to you – not for speaking up for me, but just speaking up – you went wrong, uh, you were right. You were called to a town hall, and you spoke your heart, and I just want to encourage you, if you're moving in the prophetic, forget George bloomer, forget the Word Network, forget anybody that's associated with that, if you're moving into the prophetic, the prophetic is a – is God speaking against systems, injustice, all those different types of things. So if you're going to be a prophet, prophets are normally in the mountains and in the valleys, alone, away from thigs by themselves so that when difficult times come they can speak to those issues. So if you're looking for applause and hand claps and people to agree with you, then you are going to be in trouble and you're not going to be a very effective of a prophet. And so um, my hats off to you, you are articulate, and I don't think that you was coming from a bad place. I don't know you, um would like to get to know you at some point, I guess if the Lord would allow and permit for that. I didn't even plan to say this, I just – we're going through this season of prayer and fasting, and I don't want um, this to become a fight against my brothers sand my sisters. I have no conflict going on with anybody at the Word Network. None. I'm not upset with any of the preachers, any of the presenters, I've not called anyone and asked anyone to come off of television or anything like that. I'm making my public statement to tell you that if you could see what I'm showing you on the text, and if you could look at that and still feel okay being where you are, then that's fine. If you can take people's money and not give them their productions for nine months and you think that's ok, then that's fine. If you can tell them that were taking their money and were furthering the gospel of Jesus Christ, while the owner of the Network is buying cars and cutting salaries and firing people, so that we have to operate out of a thread. If you're ok with those things, then that's fine. That's the other half of the story that I'm going to be telling in the next few weeks.

***@5:17 Minutes --*** I'm also living my life in repentance because I'm not innocent. Um, and I'm broken, contrite, and bothered by the fact that I'm not innocent. I tried to do what was best, but my ego going in the way. I should have probably walked away from that place about three year ago – um, not because of any conflict with the owner, just out of the practices of people sowing the seed for a Bible and never giving their bible, things of that nature, and I liked having my name called. I liked being on television, and I would send the person one of my bibles, and I would do fulfillment from my office here. Um, but I knew when I was holding up one of my books that chances were people weren't going to see that product for about 4-5 weeks, or maybe 8 weeks or a month or so, because he was just wasn't going to pay. I knew that, and I apologize for that, and you can forgive me or not forgive me, but I'm dealing with me. I didn't know I was going to say all that. But I'll tell you why – Daniel's chapter number 10. Uh, the bible says that, uh, Daniel was carried away into Babylon and one day he had a vision and he said – it says and I Daniel saw the vision. Verse 7. And he said I Daniel alone saw the vision but those who were with me, a great quaking fell upon them and so they could not see what I saw. And so I know there are people that can't see what I saw, or they can't even see what I see. In the first year – in the third year of Cyrus the kind go Persia a thing was revealed unto Daniel whose name was bell and the thing was true but the time appointed was long. That's the place that I'm in. And so I'm asking in my season of fasting that God would give me the spiritual fortitude to be strong enough to wait out what he's going to do. And number 1 he's going to move negativity away from us. Number 2, he's going to lift up a holy standard for use. Number 3, he's going to cause us to represent. I'm repenting. I'm living in repentance. And I don't mean just saying sorry, but actually turning, doing things a little bit better. I will say this, I've worked very, very hard to be honest. I wasn't always an honest person. If you listen to my testimony, you read my

books, you'll know. I worked very, very hard to be honest, and I I'm sort of, kind of getting there and I don't want anything to tarnish that. And so I'll be honest and truthful with you as I'm asking you my friends and my partners and well-wishers to pray for me, and then pray with me. And those of you that had the assignment to intercede, pray as me and let's believe God for a tremendous, tremendous, tremendous breakthrough in my own life personally, and then I can continue to do this message and to give you great victory.

***@8:52 Minutes*** -- So let me conclude by saying, starting tomorrow, so about 10-11 o'clock tonight, last thing goes in your mouth, and you get up at 6am in the morning and you do your prayer and you pray with me, and then we go through from 6 to 12 noon. This week we're believing in God for contracts, believing in God for contracts, and brand new doord to open for us, and for God to shut the mouth of the naysayers, to shut the mouth of the critics. That's what we're believing in God for. Um, during this six hours of – six or how many hours of fasting that you're awake for, 6 in the morning to 12 in the noon, I think is about six, seven, eight, nine, ten, eleven, twelve – okay I had to do with my hands, um uh while you all are woke, while you are awake during that 6 hours, I'm asking you to fast from social media and definitely fast from the comments of other individuals so it doesn't get into your head and then drop down into your spirit. Um, and then when it's over um lets believe God. So you need to put together a list of what you want God to loose from heaven, and what you want him to bind from heaven because whatsoever things we loose on earth have been loosen and by bind on our earth have been bound in heaven, and we want you to stand in alignment with what has been loosened and bound. And as you pray the Lord is going to open up you spirits, open up your eyes, open up your understanding. But the portal of angelic traffic will be open, and so there will be angelic traffic where the Lord will be speaking to you, to me and to all of those that are standing together for

this fast. We did it last week. Let's get back and do it this week. And both of these are calls of God. I'm not doing this to waste any time. I'm doing this because I hear god speaking to me about it. So the next three days – that's Monday, Tuesday, and Wednesday. And then we'll look to see what the Lord says after that. Let me pray for you. Father, I set myself in agreement with the children of God that we would now stand in faith, rightness, integrity, and be a blessing to the body of Christ. I pray in the name of Jesus that you would grace every person who is going to be fasting with me – fasting of food, fating of negativity, fasting of social media, that you would free us from it in the name of Jesus, and at the end of this fast we will rejoice in the victory that we already have, but we are going to see it manifest. In Jesus name, amen. I'll see you in a few days.