# EXHIBIT 14

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BISHOP GEORGE BLOOMER, Individually, and GG BLOOMER MINISTRIES, Foreign Non-Profit Corporation,

Plaintiffs,

vs.

Case No. 2:22-cv-12433-NGE-DRG
Hon. Nancy G. Edmunds
Magistrate Judge David R. Grand

THE WORD NETWORK OPERATING COMPANY, INC., a Foreign Profit Corporation, CHURCH OF THE WORD d/b/a THE WORD NETWORK CHURCH, a Domestic Non-Profit Corporation, and KEVIN ADELL, Individually,

Defendants.

_______________________________/

FORTZ Legal

Fortz Legal Support
www.FortzLegal.com
844.730.4066
FORTZ Legal

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BISHOP GEORGE BLOOMER,
Individually, and GG BLOOMER
MINISTRIES, Foreign Non-Profit
Corporation,
Plaintiffs,

vs. Case No. 2:22-cv-12433-NGE-DRG
Hon. Nancy G. Edmunds
Magistrate Judge David R. Grand

THE WORD NETWORK OPERATING
COMPANY, INC., a Foreign Profit
Corporation, CHURCH OF THE WORD
d/b/a THE WORD NETWORK CHURCH, a
Domestic Non-Profit Corporation,
and KEVIN ADELL, Individually,
Defendants.
_______________________________/

Page 2

The Deposition of the Corporate Designee of GG Bloomer Ministries, GEORGE BLOOMER, was held on Thursday, September 26, 2024, commencing at 10:02 a.m. via Zoom Web Conference, before Christine A. Gonzalez, CSR, RPR, a Notary Public.

Stenographically Reported By:
Christine A. Gonzalez, CSR, RPR

Page 3

APPEARANCES:
(All Appearances Via Web Conference.)

ON BEHALF OF THE PLAINTIFFS:
J. COREY ASAY, ESQUIRE
HKM Employment Attorneys, LLP
312 Walnut Street, Suite 1600
Cincinnati, Ohio 45202
513.822.4024
casay@hkm.com

ON BEHALF OF THE DEFENDANTS:
AMANDA MCSWEEN EMPEY, ESQUIRE
JOHN T. BELOW, ESQUIRE
Bodman PLC
201 W. Big Beaver Road, Suite 500
Troy, Michigan 48084
248.743.6000
aempey@bodmanlaw.com
jbelow@bodmanlaw.com

Page 4

INDEX
Deposition of GEORGE BLOOMER
September 26, 2024


| Examination By: | | Page |
|---|---|---|
| MS. EMPEY | | 5 |

| Exhibit No. | | Marked |
|---|---|---|
| Exhibit(s) Attached | | |
| Exhibit 1 | Re-Notice of Taking Deposition of Corporate Designee of GG Bloomer Ministries | 12 |
| Exhibit 2 | Verified Amended Complaint and Demand for Jury Trial | 44 |


Page 5

* * * * * * *
PROCEEDINGS
Whereupon,
GEORGE BLOOMER,
called as a witness, having been first duly sworn to tell the truth, the whole truth, and nothing but the truth, was examined and testified as follows:
\- - -
EXAMINATION
\- - -
BY MS. EMPEY:
Q All right. Mr. Bloomer, can you state and spell your name for the record, please?
**A George Bloomer. G-E-O-R-G-E B-L-O-O-M-E-R.**
Q And can you -- where are you today? I see you've got your screen in back.
**A I'm at home. I'm at home in my office.**
Q Okay. And what is your home address?
**A It's -- geez.**
Q Basic information, right?
**A It's 250 -- it's 2052 Langham Lane. I'm sorry.**
Q Is that in Durham, North Carolina?
**A It's in Raleigh.**

Page 6

Q Sorry. What was that?
**A It's in Raleigh.**
Q Oh, Raleigh. Okay. Perfect. All right. Thanks.
Well, Mr. Bloomer, if you remember me, my name is Amanda Empey. I work with John Below --
**A Yeah.**
Q -- representing The Word Network in this matter. You know, you've already had your deposition taken once so, hopefully, this should go pretty quick.
**A distinction here in our deposition today is that, unlike your previous deposition where you were testifying on yourself personally, today you're here on behalf of your company, GG Bloomer Ministries. I'm going to ask you questions related to Bloomer Ministries.**
**As we noted earlier, the names of all the parties have been abbreviated a couple different ways. I'm going to try to stick to referring to GG Bloomer Ministries as Bloomer Ministries, but I know in the documents and the notice of dep, in particular, it's been shortened to GGB, so that's also what we're referring to.**
**Does that make sense?**

Page 7

**A Yes, it does.**
Q Okay. Perfect. All right.
And like I said, otherwise the rules are the same. We need to make sure that you're answering verbally so the court reporter gets down what you're saying, especially over Zoom.
We need to make sure we're getting a clean record. So, you know, it's a little easier over Zoom sometimes, but we need to make sure that we're not talking over each other to make sure that we get a clean record.
And let me know if you don't understand or don't hear a question I ask. I'm happy to clarify, repeat, rephrase, whatever you might need.
And in this instance, our deposition is limited to an hour-and-a-half today, so we probably won't need many breaks. If you do need a break, just let me know. The only rule I have is that if there's a question pending that you answer that question and then we can take our break. Okay?
**A Yes.**
Q Okay. Perfect. All right.
What is your position with Bloomer Ministries?
**A I'm the -- how do I answer that? I'm**

Page 8

**the -- I'm Bishop George Bloomer. When you say "company," I'm the president. I guess I'm the president of GG Bloomer Ministries, I would say that.**
Q Okay. Did you found GG Bloomer Ministries?
**A Yes.**
Q When did you found it?
**A Wow. Maybe 1992.**
Q Okay.
**A Maybe. I'm not sure but around that time, yeah.**
Q So is it fair to say that you've been the president and the founder since 1992?
**A Yes.**
Q Okay. Do you receive any compensation for your duties as president?
**A From time to time, yes.**
Q What kind of compensation?
**A I'm not -- I'm not understanding your question.**
Q Do you get a salary? Do you get --
**A I don't get a -- I don't get a salary because GG Bloomer Ministries is -- I pastor a church and people ask me to come and speak. I'm an**

Page 9

**itinerary preacher. They ask me to come preach at churches and conferences, and so I go and I speak there.**
**They give me an honorarium. I turn the honorarium over to my ministry to help out with my mission's programs. And from time to time, if there's a surplus, I'll get -- I'll get something from it.**
**I don't get a weekly salary or a monthly salary or anything like that.**
Q Okay. A couple follow-ups on that. So when you say that you turn it over to the ministry, do you -- what's the logistics of that? Does somebody usually personally hand you a check when you're done speaking and then --
**A Yeah, yeah. We would get -- I'm sorry.**
Q No, go ahead.
**A They give you -- I go speak, they give me a check, an honorarium for speaking and they give me a check. Of late, you know, sometimes now they do a Zelle, but back in the day they give you a check.**
**Ronnie King handles the finances for us. I turn it over to him. He puts it into the account and pays our bills, our travel, our hotel**

Page 10

**accommodations and our mission's program. If something's left over and I need something, I can get it. That's how it goes.**
Q Okay. We'll get back into sort of the financial end of it in a few minutes.
But regarding the honorarium, do you -- I know you said you don't receive a weekly salary, but do you ever receive any sort of compensation from Bloomer Ministries like a cut of the profits or, you know, maybe a percentage of the honorariums that you receive, something like that?
**A If there's something left over, yes.**
Q Left over from what?
**A From the -- from what we take in.**
Q Can you elaborate on that a little bit?
**A I don't know how to elaborate more on that. They give me a check, I turn it over to him. It cover the travel, hotel accommodations and we do our mission's endeavor. If there's something left over and I need something, I get it from the ministry. If not, that's it.**
Q Okay. So what's -- when you said your ministry's endeavors, I think, what are those typically?
**A Missions, missions.**

Page 11

Q Oh, missions. What's a typical mission?
**A I support -- I support missions in Nigeria, Jamaica, Ghana and here in America. Feeding programs.**
Q Got it. Okay. Typically, are all missions feeding programs, like feeding the homeless or something like that?
**A Yes, absolutely.**
Q Okay. So if there's anything left over from the feeding programs and from the costs of you traveling to wherever you're speaking, then you would get the remainder from that?
**A Not the remainder. If I needed something, if I ask for something, I needed something, if I needed help with something or I've had a low week and there was some funds there, they would give it to me. But no, not the remainder. Most time there is no remainder.**
Q Fair enough. All right.
**A You'll see.**
Q All right. Well, I think we're ready for our first exhibit. I'm going to share my screen. Let me know when you can see it. All right.

Page 12

Can you see that?
**A Yeah, a little bit.**
(Bloomer Exhibit 1 was marked for purposes of identification.)
BY MS. EMPEY:
Q So this is the Re-Notice of Taking of Deposition of Corporate Designee of GG Bloomer Ministries.
Have you seen this document before? I can scroll down too so you can get a better --
**A It's so, so small. Let me see if I can enlarge my screen.**
Q That's about as much as I can blow it up on my end.
**A Can you hold on one second?**
Q Yep, not a problem.
**A Okay. I'm better off now. I can see it.**
Q Okay. Perfect.
Have you seen this document before? I can scroll down so you can see the whole thing.
**A I'm not sure.**
Q Okay. Well, this is the Notice of Deposition, why we're all here today, and as you've been produced by GG Bloomer Ministries, you are

Page 13

here to provide testimony on behalf of these topics that we listed in the Notice of Deposition.
Do you understand that?
**A Yes.**
Q Okay. So you can see that there's four topics listed on the deposition notice.
**A Yes.**
Q So we've got, first, the corporate structure of GGB, including its ownership structure, profit distribution and financial management.
Second, we have GGB's day-to-day operations, management structure, book and merchandise purchases, sales, contract negotiations, accounts receivable and accounts payable.
And all knowledge known or reasonably available to GGB regarding its shared use of office space, equipment, storage, personnel and/or financial resources with George Bloomer.
And finally, fourth, the relationship between GGB and George Bloomer, including any loans between them or the allocation of GGB income to George Bloomer or vice versa.
**A Yes.**

Page 14

Q Are you prepared to testify on all of these topics on behalf of Bloomer Ministries today?
**A I believe so.**
Q Okay. All right. Did you do anything to prepare for this deposition today?
**A In terms of?**
Q Did you review any documents? Did you -- yeah, let's start there. Did you review any documents to prepare on these topics?
**A I just went -- yes, I did.**
Q Okay. What did you review?
**A I just made a call to two or three people that help me out with GG Bloomer Ministries to see what our funds were. I'm looking at it to see what our funds was and who's handling what. That's it.**
Q Who were the three people that you talked to?
**A Temelia Daniels, Gene McPhall -- McPhaul, I'm sorry.**
Q Can you -- can you spell that, Gene McPhaul?
**A G-E-N-E. M-C-P-H-A-U-L. McPhaul. And Ronnie King.**
Q All right. Did Temelia, Gene or Ronnie

Page 15

direct you, you know, did they email you any documents or, you know, physically show you any documents?
**A No. We don't have a lot of documents.**
Q Okay. So other than talking to these three people, you did not -- that was all you did to prepare; is that correct?
**A Uh-huh.**
Q Was that a yes?
**A That was a yes. I'm sorry.**
Q Okay. So who -- what did you talk to Temelia about?
**A Well, Temelia in 2019 came on to help us with our operations. COVID had started and so I started a program called Warfarecology. I'm sitting -- that's that screen that's behind me. It was a day-to-day program that we did, ministering to people while everyone was on lockdown/shutdown. So she was -- so she helped us with that.**
**Gene McPhaul handled my calendar and my travel when we were traveling. So if I would go to The Word Network or preach at churches, he would handle the travel and my hotel accommodations.**
**And Ronnie King is my personal assistant, so he -- when I got back, I gave him the**

Page 16

**checks. He deposited them and made sure that financial distributions were made to people. Those were the three people that I spoke to.**
Q Okay. Did they -- what did you talk to each of them about? Was it just their individual job duties or anything more specific than that?
**A No. Just that I was going to have the deposition being done and to let them know that they may be called upon, if need be, to how they served GG Bloomer Ministries.**
Q So you didn't talk to them about any of the topics in the notice? You just told them that they might be called to testify in this case?
**A Yeah. I didn't talk to them about the topics in the notice 'cause we don't -- we don't function the way that the topics in the notice are.**
Q That's fair. We'll get into that. All right.
I think we're ready to talk about Topic No. 1, which talks about the corporate structure of GGB, including it's ownership structure, profit distribution and financial management. So I know you had said, you know, right when we started that, you know, you sort of implied that you are Bloomer Ministries, but you --

Page 17

they are two separate entities, right?
You have yourself as an individual and then you have the corporate entity GG Bloomer Ministries; is that correct?
**A When you say "corporate industry [sic]," what do you mean?**
Q I'm sorry. Corporate entity.
**A Entity, yeah. When you say "corporate entity," what do you mean?**
Q So have you -- do they file their own taxes, GG Bloomer Ministries? Have you filed paperwork with the State of North Carolina that it's organized separate from yourself?
**A Yes.**
Q Okay. So they are two separate entities?
**A Yes. Meaning do I pay my own personal taxes separate from the ministry --**
Q Yes.
**A -- filing?**
Q Yes.
**A Absolutely, yes. I'm sorry.**
Q The corporate form can be confusing.
**A I don't see -- when you say "corporate," that's messing me up 'cause I see it**

Page 18

**as a ministry and not as a business. But I understand that there's probably the business of ministry, I get you. I'm sorry.**
Q All right. So what is the corporate structure of GG Bloomer Ministries? What sort of paperwork have you filed to organize it that way?
**A I would have to ask Temelia that. I know we set up GG Bloomer Ministries. Let me explain it this way: I go out and minister. When I finish ministering, I get an honorarium.**
**I bring the honorarium back so that I don't take it as my own income. I put it into my ministry to operate our ministry. We pay our bills. If something is available, I get something. It's not like a -- it's not like a McDonald's where we are buying fries and shakes and so on. It's not like that.**
Q Sure.
**A Sometimes I don't -- sometimes I don't go out for two months 'cause there's no appointments. I'm an itinerary preacher. To make sure that I was protected so that this money wasn't coming directly to me, I would have to pay taxes on it, if I'm using it for ministry, that we have something separate. That's where the entity comes**

Page 19

**from, and so that's what GG Bloomer Ministries is.**
**So I'm George Bloomer and GG Bloomer makes no money, gets no money unless I go out and speak and bring it in and put it in there.**
Q Got it. So previously in your -- you stated in your Verified Amended Complaint -- and I can show that to you if it's helpful, that's the document that initiated this whole lawsuit -- that you, that GG Bloomer Ministries was a nonprofit, registered with the State of North Carolina.
Would you disagree with that?
**A No.**
Q Did you or anyone else pay capital into Bloomer Ministries to get it off the ground?
**A I don't understand the question. One more time.**
Q When you were setting up Bloomer Ministries, did you invest any of your own money personally into Bloomer Ministries to get it going?
**A I don't know how to answer that question because I speak, they give me a check, I give it to the ministry.**
Q Sure. Let me rephrase it this way: When you were setting up Bloomer Ministries, did you ever transfer money from your own personal bank

Page 20

account to the bank account of Bloomer Ministries to, say, like, pay rent for the first time or something to that effect, like, to help it get something?
**A There was no place to pay rent to. I don't understand what you're asking me. I don't think you understand what I'm saying, so I'm going to say it again.**
**GG Bloomer Ministries, our accountant from my church told me that the offerings that was going to come in for me going outside had nothing to do with my pastorate at the church, that I needed to establish my own itinerary ministry so that if I went out and I ministered outside of the church, those funds would come to me, but it wouldn't come to the church. The church is not going to account for that, so on, so forth like that.**
**So we then went and registered GG Bloomer Ministries, which is my itinerary ministry. When I go out and speak, they give me an honorarium. I put the honorarium inside that account, and I pay whatever expenses needs to be paid out of it.**
**So you asking me did I put the money in**

Page 21

**there first, yes. It was given to me and I put it into the -- I don't know how to answer it better than that.**
Q I think I'm understanding you. You didn't have any personal investment upfront. You just set this up so that when you receive money in the future, you could funnel it through the nonprofit and, you know, not be personally liable and have taxes on it from that capacity; is that fair?
**A That would be fair, yes.**
Q All right. Do you know if Bloomer Ministries makes annual corporate filings with the State of North Carolina? Do you file paperwork every year updating your status with the state?
**A When you say updating our status, what do you mean?**
Q Like do you --
**A Yes, we file.**
Q File what?
**A What do you mean update our status?**
Q Well, do you make annual reports to the State stating that, yes, you're in good standing, here's the board and, you know --
**A No.**

Page 22

Q -- it's usually companied by an annual fee?
**A No.**
Q No, you don't?
**A No. I don't think that, no; not that I know.**
Q Is there somebody that would know more than you on that topic?
**A There's no board, so it would be me that -- it's just George Bloomer going to preach, receiving a offering, putting the offering in a proper place so that we can allocate money for people to eat, to help them out and me to travel, continue that way. That is it.**
**It is not set up like a huge corporation with secretaries and minutes.**
Q Sure, I understand that. I'm just -- there are some minimum requirements set from state to state, and I'm just trying to see if you do, you know, pay the annual fee to be registered as a business.
**A I don't know about that. I don't know about that.**
Q Okay. All right. Does anyone else have any ownership interest in Bloomer Ministries,

Page 23

other than yourself?
**A No. And I don't look at it as me owning it.**
Q So we've covered this a little bit, but when you -- I think you characterized it earlier when you got the -- when you ask for money from Bloomer Ministries, you know, when things are lean or whatever it may be, whenever you need something, I think is how you characterized it earlier, how often does that happen?
**A Not very often.**
Q Can you estimate how many times in a year?
**A Could be three times in a year, could be ten times in a year depending upon -- depending upon the year.**
Q Let's go over the past five years -- or maybe just the past year. How many times do you estimate did that happen?
**A Last year nothing. Ain't nothing coming in. From two thousand -- from 2019, '19, '20, '21 and '22, I wasn't out on the road speaking.**
Q Was that due to COVID?
**A Yes. And it's just beginning -- the**

Page 24

**church is probably the last institution that has bounced back from it. It's not what it used to be. People are still not back in church like they were prior to that, like, maybe '10, '11, '12, '13, '14, '15, like that.**
Q You think that's -- is that limited to just your ministry or do you think that's an industry-wide issue?
**A It's a lot of ministries, yeah.**
Q Is it fair to say that started in March of 2020? Is that your recollection of when the COVID pandemic started?
**A Yeah, around that time.**
Q All right. Going back to when you -- back to when you did receive, you know, funds from the ministry, how much was that usually, you know, per instance? Was it a couple hundred dollars? Was it a couple thousand dollars?
**A I would have to look. Sometimes a couple hundred -- never a couple hundred. Sometimes it would be maybe a thousand, 1,500 or something like that.**
Q Was it the same every time or --
**A No.**
Q -- did it -- no?

Page 25

**A No.**
Q What were the factors that went into the amount that you received?
**A May have been -- it actually wasn't, like, a check to me. It was, like, they may pay a bill or something for me. They may help out with my mortgage. But not a check that comes to me as income or what have you.**
Q What kind of bills would they pay for you?
**A They might pay my mortgage once or twice or a light bill or something like that or car note and then the travel or they might reimburse me for travel that I did.**
Q A car note, I mean, was just your payment on your personal vehicle?
**A Yeah, uh-huh.**
Q Did anyone have to approve this when they paid bills for you?
**A Uh-uh.**
Q No? So you didn't need anyone else's approval before you -- before Bloomer Ministries paid these bills on your behalf?
**A When you say "approval," I would go to Ronnie King and say is there -- do we have anything**

Page 26

**left over that we can get something this month? He say maybe not this month, but when you come back from the trip, if we cover this and stuff like that, I can take care of this for you. We go like that. So when you say "approval," I don't know.**

Q Well, let me rephrase it. Ronnie King probably had a good estimation of what was physically in the bank account?

**A Correct.**

Q Could Ronnie ever tell you, hey, no, no, George, I don't like you today and --

**A All the time.**

Q All the time?

**A Yeah. I mean, because it's not there.**

Q But if it was there, could Ronnie tell you?

**A If it was there, he say yes. If he said no, it was because he was holding it because we was getting ready to go to a conference, something like that.**

**You ask me could he say no to me and can I override him? Is that what you asking me?**

Q Yes. That's a good way to put it.

**A I would never override him. If he said no, it wasn't there. No.**

Page 27

Q But it was an accounting issue, you know, whether the funds were there or not, not Ronnie had authority to deny you the funds if they were there?

**A One more time.**

Q Did Ronnie -- if the funds were in the bank account, did Ronnie have the authority to deny you those funds? If you said, hey, I need help paying my mortgage this month and the funds were in the bank account, could Ronnie tell you no?

**A He could, yeah. Uh-huh.**

Q Okay.

**A And has a few times.**

Q Why?

**A Because there was a meeting coming up, something we getting ready to do. He's accounting for the money that's there.**

Q Okay. So it's logistical. The money was already set to go toward something else?

**A Explain to me what are you asking me? 'Cause I'm not clear on what you asking me.**

Q I guess, let's break it down this way: More of in the hierarchy of GG Bloomer Ministries, did you have ultimate authority to decide where the funds went? I understand that Ronnie was handling

Page 28

the financials and he might advise you and say, hey, no --

**A He had the authority to decide where the funds was going because he was the one -- I would go out, make the money. I would set an agenda for the year, say we going to do this conference, that conference, we're going to feed these people, so on, so forth like that.**

**So now that's the structure. We need XYZ, X amount of dollars in order to pull this off. And that's it.**

**So now he's got to make sure that those funds are there to meet those programs that we have set forth. And I'm not going to him and overriding him, saying give me the money. No. So the answer is -- your answer is no. I didn't have the right to override him on, what have you, and I wouldn't do it.**

Q Okay. What was Ronnie's position?

**A He was my personal assistant and he handled the accounting for -- he still does for GG Bloomer Ministries.**

Q So you're his boss?

**A I would say so, yes, but it's not boss like -- I don't know how to answer your question**

Page 29

**you ask me.**

Q Did you hire Ronnie?

**A Huh?**

Q Did you hire Ronnie?

**A Ronnie's not -- he's not paid by the ministry. None of those persons I spoke to is not paid by the ministry. It's a ministry. It's voluntary.**

Q So he's a volunteer?

**A Yes, I would say so. He would say so also.**

Q It sounds like an awful lot of work for a volunteer. Is there -- why is he, you know, being your personal assistant and managing financials on a volunteer basis?

**A Why not? The word is volunteer.**

Q Okay. How many hours a week is he spending doing that?

**A Sometimes one hour, sometimes four. I don't know.**

Q What else does Ronnie do for money? What's his main income?

**A You'll have to ask him that.**

Q Do you know?

**A He has his own business, but I don't --**

Page 30

**I'm not going to go into his business.**
Q Can you tell me the industry that he's in? Is he, you know, a plumber? Is he a firefighter?
**A I'm sure he'd like to do that, firefighter. He's an actor and he's a writer and he ministers, but that's his business.**
Q All right.
**A Is he a firefighter?**
Q You know, I don't know. I don't know Ronnie.
Okay. So do you have -- say Ronnie really, you know, messed something up tomorrow. Would you be able to tell Ronnie, hey, Ronnie, I don't want you here anymore, please stop helping out with Bloomer Ministries? Could you do that?
**A Yes. Yes, I could.**
Q Is anyone else involved in Bloomer Ministries' financial management?
**A No.**
Q So just Ronnie?
**A Just Ronnie and who he has set up to do the accounting for us.**
Q Do you have an accountant?
**A Yeah.**

Page 31

Q Who's your accountant?
**A Will Massey.**
Q How often -- can you, first, spell Will Massey?
**A W-I-L-L M-A-S-S-E-Y.**
Q How many times a year do you meet with Will?
**A I don't know.**
Q Is it once a year just to prep all your taxes or is it on a more frequent basis?
**A About once a year. Yeah, about once or twice a year.**
Q Mr. Bloomer, is there somebody in the room with you?
**A Yes.**
Q Can you please identify them?
**A Ronnie King.**
Q Oh.
MR. BELOW: Hey, Corey?
MR. ASAY: Yeah.
MR. BELOW: I don't think we should have somebody else in the room with him, do you? I mean, what is this? Do you want to check that out for a minute?
MR. ASAY: Yeah, that's fine. Let's --

Page 32

MR. BELOW: Take a break.
MR. ASAY: -- take a break. We'll go off the record for just a minute. And George, I will call you. Okay?
**THE WITNESS: Yeah.**
MR. BELOW: I guess I would like to know whether or not Mr. King has been giving him answers thus far.
MR. ASAY: Okay.
MR. BELOW: Check that out, if you don't mind.
MS. EMPEY: Thanks. We'll come back in five, ten.
MR. BELOW: Yeah, five or ten.
**THE WITNESS: Thank you.**
MS. EMPEY: Thank you.
(There was a brief recess taken from 10:36 a.m. to 10:43 a.m.)
BY MS. EMPEY:
Q All right. Thanks for that, Mr. Bloomer.
So just to clarify, just to put on the record what we said off the record, Ronnie King had stepped into the room for a few minutes and that's who was in the room with you; is that correct?

Page 33

**A I waved him in to ask about the Will -- the dude's spelling on Will Massey for me. That was it.**
Q Is he at your -- why is he at your house?
**A Excuse me?**
Q Why is Ronnie at your home today?
**A Why is he at my house? I don't understand the question.**
Q You're not at your office, so is Ronnie --
**A This is my office. My office is in my house.**
Q So does Ronnie -- when he volunteers for you, is he at your house?
**A Sometimes he comes to the house and sometimes he doesn't.**
Q Okay. All right.
**A He came by the house today to set up the computer. I'm not computer literate, and I shared with you before that I have some writing and reading issues, and so he came to set the computer up for me.**
Q All right. Great. I think we can keep going.

Page 34

Does Bloomer Ministries have a bank account?
**A Yes.**
Q Is it separate from your own personal bank account?
**A Absolutely.**
Q Where is your personal bank account maintained?
**A Mines is at Wells Forgo Bank.**
Q And what about Bloomer Ministries?
**A I think it's at Bank of America.**
Q How long has Bloomer Ministries' bank account been open?
**A I would say, I don't know, 20-something years.**
Q Who has access to the Bloomer Ministries bank account?
**A Ronnie King and myself.**
Q Can Ronnie King make deposits?
**A Yep.**
Q Can he make withdrawals?
**A Yep. I'm sorry, yes.**
Q I think we're safe with a yep.
What about Temelia Daniel; does she have access or did she have access?

Page 35

**A No.**
Q Does Bloomer Ministries have any lines of credit?
**A No.**
Q What about Bethel Ministries; do they have a bank account?
**A My church?**
Q Yes.
**A Yes. I believe they have an account, of course.**
Q Through which bank?
**A I'm not sure. I would have to ask.**
Q Is the Bethel Ministries bank account separate from the Bloomer Ministries bank account?
**A Nothing to do with each other at all.**
Q Is that a yes?
**A That's where George Bloomer Ministries came from because it was not supposed to be attached to Bethel at all.**
Q But is that a yes, that the two maintain two separate bank accounts?
**A Yes.**
Q But you don't recall which bank account -- or which bank Bethel Ministries has an account?

Page 36

**A No, but I can find out for you. That's easy.**
Q Who has access to the Bethel Ministries bank account?
**A Deacons and trustees of the church.**
Q Who are they?
**A I would have to find out for you. I'm not a part of that. I'm not a part of that at all. I'm a paster of the church. I'm not a part of that financial what you call it there at the church.**
Q Did you --
**A I don't make deposits in it. I don't write checks. I don't -- I'm not that part of it.**
Q You found Bethel Ministries too?
**A Say it again.**
Q Did you found Bethel Ministries as well?
**A Yes.**
Q When did you found Bethel Ministries?
**A 1996 or '7.**
Q Did you -- who appoints the deacons and the trustees?
**A The bishop at that time. He's deceased. I came from New York City.**
Q So is that fair -- I'm trying to piece

Page 37

that together. So the bishop at that time was different from you?
**A Yes.**
Q Do you -- what was his name?
**A I wasn't a bishop at that time. His name's Bishop Boris. He passed away some years ago. I wasn't a bishop at the time when I started pastoring the church.**
Q Okay. Who has authority over the deacons and trustees now? Is it you if you're the current bishop?
**A My bishop places me over several churches that are in our fellowship. The church is set up -- the Bethel church is set up. It has a board and chairman of the deacon board. You have a trustee. That's how that works.**
**If I were to be dismissed or what have you, they would pull together and hire the next pastor and all that kind of stuff.**
Q Okay. So they have separate governance and authority that's separate from you?
**A Yes.**
Q All right. I think we can move on to Topic 2. We're powering through these.
Does Bloomer Ministries have any

Page 38

employees?
**A Uh-uh.**
Q So you -- I know you mentioned that Ronnie King is a volunteer. Do you have any other volunteers?
**A Everybody that does anything for us is volunteers. We do have -- when you say "employees," employees meaning like W-2s and all that kind of stuff?**
Q Sure. It doesn't have to be a W-2 necessarily in this instance, just anybody that you pay to --
**A Yeah.**
Q -- perform services for you.
**A Yeah. From time to time, if we having a conference or a revival, we have musicians that comes in that you pay. You get a soloist that might be singing for the conference. And then you have to pay the preacher that you brought in, his travel, airfare, so on, so forth like that. So there's funds that goes out, yes.**
**But they're not employees. They would probably be -- I don't know. They're not employees.**
Q They may be closer to an independent

Page 39

contractor, but you pay them, though?
**A Yes.**
Q They're compensated for coming and playing the music or singing the song?
**A Absolutely. I'm sorry. Yes.**
Q No problem. We're just trying to get to the bottom of it.
All right. We talked about Temelia, Ronnie King and Gene, Gene McPhaul. We previously deposed Temelia in this action, and she mentioned a Victor Moore.
Do you know who Victor Moore is?
**A Absolutely. Victor travels with me when I'm on the road travelling.**
Q And that's different from Gene?
**A Yeah, Gene doesn't travel.**
Q Oh, I think I misunderstood you earlier when you said that Gene did calendar and travel. Does that mean he coordinates your calendar?
**A Yes. He coordinates my travel.**
Q Do you have any other, you know, for lack of a better word, regular volunteers other than Temelia, Ronnie, Victor and Gene, you know, people that regularly donate their time to perform the functions of maybe a more traditional employee?

Page 40

**A Uh-uh.**
Q Okay. And just to summarize that none of them are paid, they're all volunteers: Temelia, Ronnie, Victor and Gene are all volunteers?
**A They're not on salary. From time to time, we've given them love offerings and gifts and honorariums depending on the conferences that we were doing, yes. But salaried, no. Nine to five, no, no.**
Q When you say from time to time you offer them love gifts -- and I forgot --
**A Like if we having a conference, the conference is for five or six days and we did well with the conference and what have you. At the end of the conference, all the bills are paid, you give them a love gift. Yeah.**
Q What would the love gift encompass?
**A $500, a thousand sometimes, 200, 150. Sometimes it's just buying everybody's lunch.**
Q So it's usually a cash or a monetary value?
**A I'm sorry?**
Q So it's usually cash? A love gift is usually money?
**A Yes, uh-huh.**

Page 41

Q How often would you give them these love gifts? How many times a year?
**A I don't know. Maybe once a year, twice a year. If we have three conferences, maybe three times. It's depending upon if we having a conference or a revival or an event. And we do events where we do it and they don't get everything 'cause there's nothing to get.**
Q Are any of the -- are any of these individuals that we've talked about management level or do they all directly report to you? Does Temelia have supervisory power over Ronnie or vice versa or anything like that?
**A No, no, no. And I report to them. They tell me what to do. They say there's an event coming up. I don't know how to answer that question.**
Q Okay. Who's responsible for contract negotiations on behalf of Bloomer Ministries?
**A When you say "contract negotiations," what do you mean?**
Q You know, when you're going and you're speaking at an event --
**A Oh, the church. The church invite me in. They go to the website. They say we want to**

Page 42

**bring Bishop George Bloomer in for a meeting. They'll contact Temelia or King and say we'd like to have the Bishop come in for two days, what is his honorarium and might say, well, my honorarium is $1,500 for the event and they agree to that, and that's that.**
Q Okay. Is there ever any back and forth on the amount of the honorarium if somebody says, hey, you know, $1,500 is too steep, how about 800? Is there ever any discussions like that?
**A I don't know. I haven't had those kind of discussions. Sometimes if the ministry don't have it and I'm in the area, I'll go do it for free. I do a lot of things for free. We don't strong-arm ministries and make them pay what they can't pay or can't afford.**
Q Okay. So is it fair to say that you hold that discretion as to whether you're going to go do it for free or do it for less than maybe you normally would?
**A Yeah, uh-huh.**
Q Okay. Are you aware that Bloomer Ministries is a named plaintiff in this lawsuit?
**A Excuse me? One more time. I'm sorry.**
Q And maybe I can put it in plain

Page 43

English. Are you aware that Bloomer Ministries, in addition to George Bloomer, is a named party in this lawsuit? The two entities together, both you individually and Bloomer Ministries, initiated this action against The Word Network?
**A Yes.**
Q Are you aware that Bloomer Ministries has alleged that The Word Network and the other defendants breached a contract with Bloomer Ministries?
**A They breached the contract with both of us.**
Q Okay. What is the alleged contract on which Bloomer Ministries' claim is based on?
**A I'm not understanding the question.**
Q So what is the -- breach of contract is the claim at issue. What is the contract that Bloomer Ministries has alleged has been breached?
**A I don't know how to answer the question. You asking me -- ask it to me another way.**
Q In the lawsuit in the complaint -- and I can show it to you if that's helpful.
**A Yeah. Show it to me. Show it to me.**
Q Sure.

Page 44

**A Read to me what you're saying.**
MS. EMPEY: Okay. So this is going to be Exhibit 2.
(Bloomer Exhibit 2 was marked for purposes of identification.)
BY MS. EMPEY:
Q This is the Verified Amended Complaint in this case. Mr. Bloomer, have you seen this document before?
**A Yes, I believe so.**
Q Okay. So I'm going to scroll down to what I believe --
**A Read the question and read it to me if you can. I don't read that well; I do, but it takes a long time.**
Q My question isn't contained in the complaint itself, but I think the complaint will help, you know, ground us both in the question. So forgive me a minute. I'm just going to scroll down to the breach of contract claim. All right. Here we go. All right.
Has the screen caught up? Can you see that? Count IV - Against Defendants TWN and WNC for Breach of Contract.
**A Is that 132?**

Page 45

Q I just read the title right above paragraph 132. It's in bold and in all caps.
MR. BELOW: 133. George, are you able to read that?
**THE WITNESS: Yes, I'm reading that now.**
BY MS. EMPEY:
Q We don't need to read it all. I'm just showing you that this is the -- what was that?
**A I said I need to read it all. Yes. What you asking me is did we have a verbal agreement about books and Bibles and stuff? That's what you asking me?**
Q Is that the claim that Bloomer Ministries -- or is that the contract that Bloomer Ministries has alleged has been breached, that Bloomer Ministries was a party to that contract?
**A Yes.**
Q And can you repeat what you just said? So the contract that you're basing -- or that Bloomer Ministries has alleged has been breached was the verbal contract for what was that? I missed the rest of what you said.
**A No. I was asking you was -- is that what you talking about in terms of books and**

Page 46

**Bibles?**
Q Maybe let's restart. My question to you is: Bloomer Ministries is a party. Bloomer Ministries has alleged that there's a breach of contract.
My question is: To what contract has Bloomer Ministries believe money is owed? What contract does Bloomer Ministries think it was a party to that has been breached?
**A All of the above in the suit.**
MR. BELOW: No.
**THE WITNESS: Yes.**
MR. BELOW: Who's the contract with?
MS. EMPEY: That's a fair question.
BY MS. EMPEY:
Q So who --
**A What are you -- so that we don't confuse each other, what are you asking me? 'Cause I'm not sure what you're asking me. Are you asking me for GG Bloomer? Are you asking me for George Bloomer?**
Q I'm asking you: Was GG Bloomer a party to a contract with Kevin Adell, The Word Network or The Word Network Church?
**A Everything that's inside the lawsuit.**

Page 47

**I don't get what you're asking me.**
MR. BELOW: That's not going to do it.
BY MS. EMPEY:
Q You're going to have to be a little more specific for us.
**A You're going to have to be a little more specific for me 'cause I don't -- I don't -- books, Bibles, tapes, everything that we have. That's the agreement that Kevin Adell made with me and my ministry.**
**Kevin Adell did not write checks to George Bloomer. He wrote checks to GG Bloomer Ministries for our travel and what have you, and he hired George Bloomer. I am GG Bloomer Ministries. GG Bloomer Ministries is me.**
Q Okay.
**A Everything within the contract. I don't -- I don't understand what you're asking me.**
Q Well, I think that's what we're trying to get to the bottom of here, is that there is no written contract, so we're just trying to iron out the details of what the alleged verbal contract was.
**A We're lucky trying to find a written contract with Kevin on anything with anybody.**

Page 48

**Course, you know that. The -- the agreement was --**
MR. BELOW: We're going to strike that.
**A The agreement was -- I'm sorry. I'm sorry.**
MR. BELOW: That was not responsive to any question.
MR. ASAY: Hold on. Amanda, you're asking the questions. You asked the --
MR. BELOW: Yeah, but I'm still not going to let, like, narrative go on.
MR. ASAY: Okay. Well, I object to the line of questioning. It's been asked and answered. It's beyond the scope of this particular notice, so let's move on to the next question.
MS. EMPEY: Yeah, I think that's fair. We don't need to get into the weeds of that again.
BY MS. EMPEY:
Q Let's do this: Does -- did Bloomer Ministries have a contract with Kevin Adell personally or was it just with The Word Network Church?
**A One more time.**
Q Yeah. Does Bloomer Ministries have a

Page 49

contract with Kevin Adell personally or was it just with The Word Network Church?
**A I think it's with -- I think it's with Kevin, The Word Network Church and Church of The Word, all of the above.**
Q Did you negotiate that contract on behalf of Bloomer Ministries?
**A I'm not understanding the question again.**
Q Did you negotiate -- did you come to the terms of that contract with or on behalf of Bloomer Ministries? So when you were acting in your capacity as president, as founder of Bloomer Ministries, did you act on their behalf in negotiating that contract?
**A I'm totally confused now. Maybe I'm just stupid. One more time.**
Q So when you were engaging with Kevin over the terms of your agreement, were you acting on behalf of yourself as George Bloomer individually or on behalf of -- or in your duties as president of Bloomer Ministries or both?
**A Both.**
Q Okay. And when you were doing those negotiations, were you making them with Kevin

Page 50

personally or were you doing it with Kevin in his role as, you know, president of The Word Network and The Word Church?
**A I only know Kevin -- I only know Kevin as the president of The Word Network. I don't know him as Adell. He's not a friend. We had a discussion. He's the owner of the company, the network and he runs around, he talks about that all the time. It's mine, mine, mine, mine, mine; I'm president; I'm the bishop. That's how Kevin talks. So I could only negotiate with the head of the network.**
Q That's perfect. We're on the same page.
**A Because the person of Kevin never came there. The head of the network was there all the time.**
Q All right. Thanks. That clears it up. Okay.
**A And for the record, he was the --**
BY MS. EMPEY:
Q Mr. Bloomer, there's no --
**A He was the --**
MR. BELOW: No, no, no, no.
MR. ASAY: Stop.

Page 51

**THE WITNESS: You asking me for --**
MR. BELOW: You're not allowed to keep talking. You're not allowed to keep talking.
MR. ASAY: He can answer the question, John.
MR. BELOW: No. There's no question pending.
MR. ASAY: He's answering the question.
**THE WITNESS: She asked me -- this is what she asked me, Attorney. She asked me was he functioning in his person or the head of the network, so I was going to tell her --**
MR. BELOW: You answered that.
**THE WITNESS: I'm telling you all the heads of the network that he was. When Kevin came, he said he was the bishop. He had the bishop's robe and everything in the place.**
**I'm the bishop, the chief presiding prelate. I'm the owner of the network, da-da-da. He never came as just Kevin Adell.**
MS. EMPEY: Okay. I think we got it.
MR. BELOW: Thank you for the punctuation.
MS. EMPEY: I definitely understand.

Page 52

BY MS. EMPEY:
Q All right. So going back to the contract, how much is Bloomer Ministries owed under this contract?
**A How much is Bloomer Ministries owed under the contract with -- you talking about the books and the Bibles and so on and so forth like that?**
Q The contract you're basing your lawsuit on, how much is Bloomer Ministries owed --
**A I believe --**
Q -- for breach --
**A I believe thousands of dollars because he never paid me.**
Q Okay. And that's -- when you say he never paid you, we don't -- let's not go into the rabbit hole.
So for the thousands of dollars that Bloomer Ministries is owed, what is the basis for that thousands of dollars? Is it -- I know you mentioned the books earlier. Is it for the Bloomer Ministries-produced products, the books and Bibles that you sold?
**A Let's take it in columns. The only product he owes me for, books and products that's**

Page 53

**produced by GG Bloomer Ministries is a overflow package, which is about 1,700 of those packages that I and my ministry put together because there was 1,700 people who did not receive their stuff from the ministry for nine months, and it was creating a huge, huge problem, and the network had already taken money from them.**
**It was affecting my itinerary ministry. They were calling the network. Kevin had taken their money and not given them their product. And so we put together a package, approved by Kevin, with books, tapes, a bunch of stuff in it, so we gave people, like, $500 worth of product to keep them and to keep the thing quiet. So he's never paid me for that.**
**Outside of that, the books and tapes and stuff for our ministry side has been satisfied outside of the 1,700 packages.**
**The money that is owed me and our ministry is from the Bibles and the oils and the DVDs, the DVDs he stole from me, the DVDs that he did not pay. I was supposed to get $10 for this Bible, $7 for that Bible, $2 for oil. He didn't pay for that. In fact, he just took my DVD, bought a machine, started making them and sending them**

Page 54

**out. So he stole my intellectual property.**
**So that's what he owes us for.**
Q The theft of the intellectual property isn't a part of this lawsuit, though.
**A Then scratch what I said. Scratch that from whatchu call it, but that's what he did.**
Q But there's no active claim, there's no lawsuit on that matter, right? You didn't sue him over the theft of intellectual property; is that correct?
**A You want me to add it to the suit?**
Q I think it's a little late for that. I just want to make sure that's -- you know, we're trying to make sure that we're covered, and I just want to make sure that's not part of the claims in this lawsuit.
**A It's in the -- it's in the statement that he -- the videos that he -- it's in the statement that the videos, he started making the videos over. He bought the machines, took my videos, made them and sold them to people, and yes.**
**That's in our -- that's in our report somewhere. I remember seeing it. Gotta go look over it and stuff like that. Maybe it wasn't said as intellectual property.**

Page 55

Q We'll look into that. Okay.
So what's the individual value for one of those overflow packages?
**A I would have to look.**
Q But you said earlier it was in the thousands of dollars for the --
**A 1,700 packages that had gone out. So I have to find out what the cost was for that and get it back to you. It's listed somewhere in that lawsuit. The last time I was with you guys, you put it up on the screen so we saw it.**
Q Does Bloomer Ministries keep accounting records?
**A Yes.**
Q Have you produced those all in this lawsuit?
**A I don't know.**
Q Have you produced all of the accounting records for the sale of, you know, the packages and the Bloomer Ministries-produced products?
**A Several times.**
Q Who at Bloomer Ministries is responsible for managing the book and merchandise purchases?
**A Say it one more time.**

Page 56

Q Who issues invoices for Bloomer Ministries?
**A The invoices that was handled through The Word Network and my ministry was through Temelia.**
Q Did she --
**A And she --**
Q Hold on. Hold on. Mr. Bloomer, there's no question pending.
Did she -- did Temelia issue invoices on all of the products owed or that Bloomer Ministries was sending to The Word Network?
**A I would have to ask her.**
Q To your knowledge -- strike that.
On the products that Temelia was issuing invoices for, where did those products come from?
**A I don't understand. What do you mean?**
Q So when you received an order or rather when Temelia received an order from The Word Network and she issued an invoice, where did those products come from? Were they coming from your ministries? Where did they come from?
**A It came from my ministry, yeah. Like, one of my books or -- yeah, one of my books or a**

Page 57

**teaching. Like, one of my books. Here's a product. So I would do a show. For your faithful gift of XYZ, you can get Bishop Bloomer's book on what have you. I wrote 70-something books. And you can get your da-da-da, and we would do it. She would -- Jeff would do an invoice, I believe, send it in, send us the check and send out the books.**
Q Okay. And does The Word Network charge or The Word Network Operating Company owe the money for the Bibles, the DVDs and the oils?
**A You said do they owe money? Yes.**
Q Which entity owes the money? The Word Network Church or The Word Network Operating Company, do you know?
**A Whatever the service was that I was doing for The Word Network, that's who owes it.**
Q So you don't know which entity? You just know it was for The Word Network broadly?
**A I don't know. I know I'm on TV for eight years selling product, and he's packaging the money and buying cars, so you have to ask him that question.**
Q Fair enough. Okay.
So we talked to Temelia earlier in this lawsuit, and she testified that normally she would

Page 58

collect and deposit checks from other vendors of Bloomer Ministries but that it was a little bit different when you guys dealt with The Word Network Church because you personally collected the checks from The Word Network and then she would not ever see those checks.
Can you -- why was there a difference in dealing with The Word Network Church versus your other vendors?
**A I know absolutely nothing about what you're talking about there, so we would have to bring her on and have that discussion 'cause I don't know. I don't know her to -- I'm going to ask her. I don't know her to collect checks from the -- from The Word Network.**
**They gave the checks to me. They never mailed anything. They gave it to me, and I would turn them over.**
Q Okay. So did you personally deposit the checks then?
**A I never deposit checks.**
Q Who would deposit the checks that you received from The Word Network?
**A I would turn it over to Ronnie King. So maybe he gave it to Temelia to deposit. That**

Page 59

**would be something that we would have to discuss with them.**
Q Did you track whether The Word Network Church paid the invoices that Temelia sent out?
**A Did I track them?**
Q Yes. Did you track those invoices? Did you, you know, maintain in a logbook of, you know, this one is overdue or that one is fully paid?
**A Well, they were always overdue. He doesn't pay bills.**
Q But did you track that information? Did you use, like, an accounting software or maybe an Excel sheet?
**A I don't have anything to do with that part. That would be King and Temelia that would handle that. But we got to the place where we could only send out product if he paid because he never pays. I can track that for you.**
Q Does The Word Network Church use any accounting software that you're aware of?
**A I don't know.**
Q All right. I know you mentioned earlier that when you first started that there was no place to pay rent to, but does Bloomer

Page 60

Ministries have an office space now?
**A In my house, yes.**
Q Do you own your home?
**A Yes, I do.**
Q Does Ronnie King or Temelia or Gene have their own, you know, physical office space in your house?
**A No.**
Q Okay. So they're all just gathering around the dining room table or something like that?
**A They really -- King comes by from time to time, but they -- Temelia and Gene doesn't come to my house.**
Q So when they performed work on behalf of Bloomer Ministries, where would they work?
**A From they own house, I guess.**
Q So it was remote work?
**A Yeah. It's not -- it's not the corporation that you're trying to build. I get an appointment, go online, one bishop to come, they contact them back, jump on a plane, go see them. There's no -- there's no day-to-day operation with secretaries and this, none.**
Q Okay. Does Bloomer Ministries own any

Page 61

computers, printers, office furniture? I know you mentioned that Ronnie was there to set up your computer today.
**A This is my computer, yeah.**
Q And is that the computer that you do work for Bloomer Ministries off of?
**A I turn this computer on to do a Zoom or to -- I can't -- I can't type and stuff like that. It's no work to do for GG Bloomer Ministries other than getting in front of the pulpit and speaking.**
Q Have you ever lent money to Bloomer Ministries to keep it going? Have you -- you know, has the money ever come out of your personal bank account to, you know, fund a conference or something like that?
**A Not loan. Not loan it to the ministry. Have I given money to the ministry? Yes. Loans to get back from it, no, uh-uh.**
Q Okay. So it was a gift?
**A Yeah.**
Q How much typically?
**A I don't know. A thousand, sometimes 10,000. I give it to them as a gift, and then I get it back when I file my taxes and stuff like that. It's a love gift or seed to the ministry.**

Page 62

Q How often do you do that where you give the thousand to 10,000 to the ministry?
**A I pay my tithe to my church all the time, to the ministry. Well, the honorarium, every time I go out and speak, I turn the whole honorarium over to the ministry. So if you including that in it, all the time.**
Q Okay. But I'm talking more about what we just said about you gifting --
**A Not often.**
Q So maybe once a year? Twice a year?
**A Maybe once every five or six years.**
Q Yeah, that's helpful.
And other than what we talked about earlier with, you know, Bloomer Ministries paying your mortgage or your car loan or, you know, the electric bill, has Bloomer Ministries ever loaned you any money?
**A Uh-uh.**
Q Is that a no?
**A No. Never, not at all.**
MS. EMPEY: All right. I think I'm almost done, but let's take just a five-minute break.
**THE WITNESS: Okay.**

Page 63

MR. ASAY: Okay.
MS. EMPEY: Thanks.
(There was a brief recess taken from 11:23 a.m. to 11:29 a.m.)
MS. EMPEY: I think we've got everything we need from you today. I really appreciate you taking the time and, you know, sharing your candor with us. I've got a much better picture now, so thank you.
**THE WITNESS: Thank you very much.**
MS. EMPEY: Corey, do you have anything?
MR. ASAY: I don't have anything.
STENOGRAPHIC REPORTER: So can I have everyone state your order on the record if you're ordering the transcript, please?
MS. EMPEY: We'll take the Etrans.
STENOGRAPHIC REPORTER: Okay. Thank you.
MR. ASAY: And we will as well.
(Deposition concluded at 11:29 a.m.)

Page 64

State of Michigan
Washtenaw County to wit:

I, Christine A. Gonzalez, CSR, RPR, a Notary Public of the State of Michigan, Washtenaw County, do hereby certify that prior to the commencement of the examination, the within-named witness appeared via remote videoconference and was duly remotely sworn by me to testify to the truth, the whole and nothing but the truth.

I further certify that the examination was recorded stenographically by me, and this transcript is a record of the proceedings to the best of my ability.

I further certify that I am not of counsel to any of the parties, nor in any way interested in the outcome of this action.

As witness my hand and notarial seal this 3rd of October, 2024.

Christine Gonzalez

Christine A. Gonzalez, RPR, CSR 6484
Notary Public - Washtenaw County

My Commission Expires: June 17, 2028

**Exhibits**

**Exhibit 1** 4:11 12:3
**Exhibit 2** 4:14 44:3,4

**$**

**$1,500** 42:5,9
**$10** 53:22
**$2** 53:23
**$500** 40:18 53:13
**$7** 53:23

**1**

**1** 12:3 16:20
**1,500** 24:21
**1,700** 53:2,4,18 55:7
**10** 24:4
**10,000** 61:23 62:2
**10:36** 32:18
**10:43 a.m** 32:18
**11** 24:4
**11:23 a.m** 63:4
**11:29** 63:21
**11:29 a.m** 63:4
**12** 24:4
**13** 24:4
**132** 44:25 45:2
**133** 45:3
**14** 24:4
**15** 24:5
**150** 40:18
**19** 23:21
**1992** 8:9,14
**1996** 36:20

**2**

**2** 37:24 44:3,4
**20** 23:22
**20-something** 34:14
**200** 40:18
**2019** 15:13 23:21
**2020** 24:11
**2052** 5:22
**21** 23:22
**22** 23:22
**250** 5:22

**7**

**7** 36:20
**70-something** 57:4

**8**

**800** 42:9

**A**

**a.m.** 32:18 63:21
**abbreviated** 6:19
**able** 30:14 45:3
**about** 12:13 15:12 16:5,11,14,19, 20 22:22,23 31:11 33:1 34:10,24 35:5 39:8 41:10 42:9 45:12,25 50:8 52:6 53:2 58:10,11 62:8,9,14
**above** 45:1 46:10 49:5
**absolutely** 11:9 17:22 34:6 39:5, 13 58:10
**access** 34:16,25 36:3
**accommodations** 10:1,18 15:23
**account** 9:25 20:1,17,23 26:8 27:7,10 34:2,5,7,13,17 35:6,9,13, 14,24,25 36:4 61:14
**accountant** 20:9 30:24 31:1
**accounting** 27:1,16 28:21 30:23 55:12,18 59:13,21
**accounts** 13:15 35:21
**act** 49:14
**acting** 49:12,19
**action** 39:10 43:5
**active** 54:7
**actor** 30:6
**actually** 25:4
**add** 54:11
**addition** 43:2
**address** 5:19
**Adell** 46:23 47:9,11 48:21 49:1 50:6 51:20
**advise** 28:1
**affecting** 53:8
**afford** 42:16
**again** 20:8 36:15 48:18 49:9
**against** 43:5 44:23
**agenda** 28:6
**ago** 37:7
**agree** 42:5
**agreement** 45:12 47:9 48:1,3 49:19
**ahead** 9:17
**Ain't** 23:20
**airfare** 38:20
**alleged** 43:8,13,18 45:16,21 46:4 47:22
**allocate** 22:12
**allocation** 13:23
**allowed** 51:2,3
**almost** 62:23
**already** 6:9 27:19 53:7
**also** 6:24 29:11
**always** 59:10

**am** 47:14

**Amanda** 6:6 48:7

**Amended** 19:6 44:7

**America** 11:4 34:11

**amount** 25:3 28:10 42:8

**and/or** 13:19

**annual** 21:13,22 22:1,20

**another** 43:20

**answer** 7:19,25 19:20 21:2 28:15,16,25 41:16 43:19 51:4

**answered** 48:13 51:13

**answering** 7:5 51:8

**answers** 32:8

**any** 8:16 10:8 13:22 14:7,8 15:1,2 16:11 19:18 21:5 22:25 35:2 37:25 38:4 39:21 41:9 42:7,10 48:6 59:20 60:25 62:18

**anybody** 38:11 47:25

**anymore** 30:15

**anyone** 19:13 22:24 25:18,21 30:18

**anything** 9:10 11:10 14:4 16:6 25:25 38:6 41:13 47:25 58:17 59:15 63:12,13

**appointment** 60:21

**appointments** 18:21

**appoints** 36:21

**appreciate** 63:7

**approval** 25:22,24 26:5

**approve** 25:18

**approved** 53:11

**area** 42:13

**around** 8:11 24:13 50:8 60:10

**ASAY** 31:20,25 32:2,9 48:7,11 50:25 51:4,8 63:1,13,20

**ask** 6:16 7:13 8:25 9:1 11:15 18:7 23:6 26:21 29:1,23 33:1 35:12 43:20 56:13 57:21 58:14

**asked** 48:8,12 51:9,10

**asking** 20:6,25 26:22 27:20,21 43:20 45:11,13,24 46:18,19,20,22 47:1,18 48:8 51:1

**assistant** 15:25 28:20 29:14

**attached** 35:19

**Attorney** 51:10

**authority** 27:3,7,24 28:3 37:9,21

**available** 13:18 18:14

**aware** 42:22 43:1,7 59:21

**away** 37:6

**awful** 29:12

## B

**B-L-O-O-M-E-R** 5:15

**back** 5:17 9:21 10:4 15:25 18:11 24:2,3,14,15 26:2 32:12 42:7 52:2 55:9 60:22 61:18,24

**bank** 19:25 20:1 26:8 27:7,10 34:1,5,7,9,11,12,17 35:6,11,13, 14,21,23,24 36:4 61:13

**based** 43:14

**Basic** 5:21

**basing** 45:20 52:9

**basis** 29:15 31:10 52:19

**because** 8:24 19:21 26:14,18 27:15 28:4 35:18 50:15 52:13 53:3 58:4 59:18

**been** 5:5 6:19,23 8:13 12:25 25:4 32:7 34:13 43:18 45:16,21 46:9 48:12 53:17

**before** 12:9,20 25:22 33:21 44:9

**beginning** 23:25

**behalf** 6:15 13:1 14:2 25:23 41:19 49:7,11,14,20,21 60:15

**behind** 15:16

**being** 16:8 29:14

**believe** 14:3 35:9 44:10,12 46:7 52:11,13 57:6

**Below** 6:6 31:19,21 32:1,6,10,14 45:3 46:11,13 47:2 48:2,5,9 50:24 51:2,6,13,22

**Bethel** 35:5,13,19,24 36:3,14,16, 19 37:14

**better** 12:10,17 21:2 39:22 63:9

**between** 13:22,23

**beyond** 48:13

**Bible** 53:23

**Bibles** 45:12 46:1 47:8 52:7,22 53:20 57:10

**bill** 25:6,12 62:17

**bills** 9:25 18:14 25:9,19,23 40:15 59:11

**bishop** 8:1 36:23 37:1,5,6,7,11, 12 42:1,3 50:10 51:16,18 57:3 60:21

**bishop's** 51:17

**bit** 10:15 12:2 23:4 58:2

**bloomer** 5:4,12,14 6:5,16,17,21 7:23 8:1,3,5,24 10:9 12:3,7,25 13:20,22,24 14:2,13 16:10,25 17:3,11 18:5,8 19:1,2,9,14,17,19, 24 20:1,9,20 21:12 22:10,25 23:7 25:22 27:23 28:22 30:16,18 31:13 32:21 34:1,10,12,16 35:2,14,17 37:25 41:19 42:1,22 43:1,2,4,7,9, 14,18 44:4,8 45:14,15,17,21 46:3, 7,8,20,21,22 47:12,14,15 48:20, 25 49:7,12,13,20,22 50:22 52:3,5, 10,19,21 53:1 55:12,20,22 56:1,8, 11 58:2 59:25 60:16,25 61:6,9,11 62:15,17

**Bloomer's** 57:3

**blow** 12:13

**board** 21:24 22:9 37:15

**bold** 45:2

**book** 13:13 55:23 57:3

**books** 45:12,25 47:8 52:7,21,22, 25 53:12,16 56:25 57:1,4,7

**Boris** 37:6

**boss** 28:23,24

**both** 43:3,11 44:18 49:22,23

**bottom** 39:7 47:20

**bought** 53:24 54:20

**bounced** 24:2

**breach** 43:16 44:20,24 46:4 52:12

**breached** 43:9,11,18 45:16,21 46:9

**break** 7:17,20 27:22 32:1,2 62:24

**breaks** 7:17

**brief** 32:17 63:3

**bring** 18:11 19:4 42:1 58:12

**broadly** 57:18

**brought** 38:19

**build** 60:20

**bunch** 53:12

**business** 18:1,2 22:21 29:25 30:1,7

**buying** 18:16 40:19 57:21

**C**

**calendar** 15:20 39:18,19

**call** 14:12 32:4 36:10 54:6

**called** 5:5 15:15 16:9,13

**calling** 53:9

**came** 15:13 33:19,22 35:18 36:24 50:15 51:16,20 56:24

**can** 5:12,16 7:20 10:2,15 11:24 12:1,10,11,13,15,17,21 13:5 14:21 17:23 19:7 22:12 23:12 26:1,4,22 30:2 31:3,16 33:24 34:19,21 36:1 37:23 42:25 43:23 44:14,22 45:19 51:4 57:3,5 58:7 59:19 63:14

**can't** 42:16 61:8

**candor** 63:8

**capacity** 21:9 49:13

**capital** 19:13

**caps** 45:2

**car** 25:12,15 62:16

**care** 26:4

**Carolina** 5:24 17:12 19:10 21:14

**cars** 57:21

**case** 16:13 44:8

**cash** 40:20,23

**caught** 44:22

**cause** 16:15 17:25 18:20 27:21 41:8 46:18 47:7 58:12

**chairman** 37:15

**characterized** 23:5,9

**charge** 57:8

**check** 9:14,19,20,22 10:17 19:21 25:5,7 31:24 32:10 57:7

**checks** 16:1 36:13 47:11,12 58:1,4,6,14,16,20,21,22

**chief** 51:18

**church** 8:25 20:10,12,15,16 24:1,3 35:7 36:5,9,10 37:8,13,14 41:24 46:24 48:23 49:2,4 50:3 57:13 58:4,8 59:4,20 62:3

**churches** 9:2 15:22 37:13

**City** 36:24

**claim** 43:14,17 44:20 45:14 54:7

**claims** 54:15

**clarify** 7:14 32:22

**clean** 7:8,11

**clear** 27:21

**clears** 50:18

**closer** 38:25

**collect** 58:1,14

**collected** 58:4

**columns** 52:24

**come** 8:25 9:1 20:11,15,16 26:2 32:12 42:3 49:10 56:16,22,23 60:13,21 61:13

**comes** 18:25 25:7 33:16 38:17 60:12

**coming** 18:23 23:21 27:15 39:3 41:16 56:22

**companied** 22:1

**company** 6:15 8:2 50:7 57:9,14

**compensated** 39:3

**compensation** 8:16,19 10:8

**complaint** 19:6 43:22 44:7,17

**computer** 33:20,22 61:3,4,5,7

**computers** 61:1

**concluded** 63:21

**conference** 26:19 28:7 38:16,18 40:12,13,14,15 41:6 61:14

**conferences** 9:2 40:7 41:4

**confuse** 46:18

**confused** 49:16

**confusing** 17:23

**contact** 42:2 60:22

**contained** 44:16

**continue** 22:14

**contract** 13:14 41:18,20 43:9,11,13,16,17 44:20,24 45:15,17,20,22 46:5,6,8,13,23 47:17,21,22,25 48:21 49:1,6,11,15 52:3,4,6,9

**contractor** 39:1

**coordinates** 39:19,20

**Corey** 31:19 63:11

**corporate** 12:7 13:8 16:20 17:3,5,7,8,23,25 18:4 21:13

**corporation** 22:16 60:20

**correct** 15:7 17:4 26:9 32:25 54:10

**cost** 55:8

**costs** 11:11

**could** 21:7 23:14 26:10,15,21 27:10,11 30:16,17 50:11 59:18

**Count** 44:23

**couple** 6:19 9:11 24:17,18,20

**course** 35:10 48:1

**court** 7:5

**cover** 10:18 26:3

**covered** 23:4 54:14

**COVID** 15:14 23:24 24:12

**creating** 53:6

**credit** 35:3

**current** 37:11

**cut** 10:9

D

**da-da-da** 51:20 57:5

**Daniel** 34:24

**Daniels** 14:19

**day** 9:21

**day-to-day** 13:12 15:17 60:23

**days** 40:13 42:3

**deacon** 37:15

**deacons** 36:5,21 37:10

**dealing** 58:8

**dealt** 58:3

**deceased** 36:24

**decide** 27:24 28:3

**defendants** 43:9 44:23

**definitely** 51:24

**deny** 27:3,7

**dep** 6:23

**depending** 23:15 40:7 41:5

**deposed** 39:10

**deposit** 58:1,19,21,22,25

**deposited** 16:1

**deposition** 6:10,12,13 7:15 12:7, 24 13:2,6 14:5 16:8 63:21

**deposits** 34:19 36:12

**Designee** 12:7

**details** 47:22

**did** 8:5,8 14:4,7,8,10,11,25 15:1, 6,11,17 16:4 19:13,18,24 20:25 23:19 24:15,25 25:14,18 27:6,7, 24 29:2,4 34:25 36:11,16,19,21 39:18 40:13 45:11 47:11 48:20 49:6,10,14 53:4,22 54:6 56:6,10, 16,21,23 58:19 59:3,5,6,7,12,13

**didn't** 16:11,14 21:5 25:21 28:16 53:23 54:8

**difference** 58:7

**different** 6:20 37:2 39:15 58:3

**dining** 60:10

**direct** 15:1

**directly** 18:23 41:11

**disagree** 19:11

**discretion** 42:18

**discuss** 59:1

**discussion** 50:7 58:12

**discussions** 42:10,12

**dismissed** 37:17

**distinction** 6:12

**distribution** 13:10 16:22

**distributions** 16:2

**document** 12:9,20 19:8 44:9

**documents** 6:22 14:7,9 15:2,3,4

**does** 6:25 7:1 9:13 22:24 23:10 28:21 29:21 33:14 34:1,24 35:2 37:25 38:6 39:19 41:11 46:8 48:20,25 55:12 57:8 59:20,25 60:5,25

**doesn't** 33:17 38:10 39:16 59:11 60:13

**doing** 29:18 40:8 49:24 50:1 57:16

**dollars** 24:17,18 28:10 52:13,18, 20 55:6

**don't** 7:12,13 8:23 9:9 10:7,16 15:4 16:15 17:24 18:12,19 19:15, 20 20:6 21:2 22:4,5,22 23:2 26:5, 11 28:25 29:20,25 30:10,15 31:8, 21 32:11 33:8 34:14 35:23 36:12, 13 38:23 41:3,7,16 42:11,12,14 43:19 44:14 45:8 46:17 47:1,7,18 48:17 50:5 52:16 55:17 56:18 57:17,19 58:13,14 59:15,22 61:22 63:13

**donate** 39:24

**done** 9:15 16:8 62:23

**down** 7:5 12:10,21 27:22 44:11, 19

**dude's** 33:2

**due** 23:24

**duly** 5:5

**Durham** 5:24

**duties** 8:17 16:6 49:21

**DVD** 53:24

**DVDS** 53:21 57:10

E

**each** 7:10 16:5 35:15 46:18

**earlier** 6:18 23:5,9 39:17 52:21 55:5 57:24 59:24 62:15

**easier** 7:8

**easy** 36:2

**eat** 22:13

**effect** 20:3

**eight** 57:20

**elaborate** 10:15,16

**electric** 62:17

**else** 19:13 22:24 27:19 29:21 30:18 31:22

**else's** 25:21

**email** 15:1

**Empey** 5:11 6:6 12:5 32:12,16,19 44:2,6 45:7 46:14,15 47:3 48:16, 19 50:21 51:21,24 52:1 62:22 63:2,5,11,17

**employee** 39:25

**employees** 38:1,8,22,24

**encompass** 40:17

**end** 10:5 12:14 40:14

**endeavor** 10:19

**endeavors** 10:23

**engaging** 49:18

**English** 43:1
**enlarge** 12:12
**enough** 11:20 57:23
**entities** 17:1,16 43:3
**entity** 17:3,7,8,9 18:25 57:12,17
**equipment** 13:19
**especially** 7:6
**establish** 20:13
**estimate** 23:12,19
**estimation** 26:7
**Etrans** 63:17
**event** 41:6,15,23 42:5
**events** 41:7
**ever** 10:8 19:25 26:10 42:7,10 58:5 61:11,13 62:17
**every** 21:15 24:23 62:4,12
**Everybody** 38:6
**everybody's** 40:19
**everyone** 15:18 63:15
**everything** 41:7 46:25 47:8,17 51:17 63:6
**examined** 5:7
**Excel** 59:14
**Excuse** 33:6 42:24
**exhibit** 11:23 12:3 44:3,4
**expenses** 20:23
**explain** 18:9 27:20

**F**

**fact** 53:24
**factors** 25:2
**fair** 8:13 11:20 16:17 21:10,11 24:10 36:25 42:17 46:14 48:16 57:23
**faithful** 57:2
**far** 32:8
**fee** 22:2,20
**feed** 28:7
**feeding** 11:5,7,11
**fellowship** 37:13
**few** 10:5 27:13 32:24
**file** 17:10 21:14,19,20 61:24
**filed** 17:11 18:6
**filing** 17:20
**filings** 21:13
**finally** 13:21
**finances** 9:23
**financial** 10:5 13:10,20 16:2,22 30:19 36:10
**financials** 28:1 29:15
**find** 36:1,7 47:24 55:8
**fine** 31:25
**finish** 18:10
**firefighter** 30:4,6,9
**first** 5:5 11:23 13:8 20:2 21:1 31:3 59:24
**five** 23:17 32:13,14 40:8,13 62:12
**five-minute** 62:24
**follow-ups** 9:11
**follows** 5:7
**forgive** 44:19
**Forgo** 34:9
**forgot** 40:11
**form** 17:23
**forth** 20:17 28:8,14 38:20 42:7 52:7
**found** 8:5,8 36:14,16,19
**founder** 8:14 49:13
**four** 13:5 29:19
**fourth** 13:21
**free** 42:14,19
**frequent** 31:10
**friend** 50:6
**fries** 18:16
**from** 8:18 9:6,8 10:9,13,14,20 11:11,13 17:13,18 19:1,25 20:10 21:9 22:18 23:6,21 24:2,15 26:3 32:17 34:4 35:14,18 36:24 37:2,21 38:15 39:15 40:5,10 53:5,7,20,21 54:6 56:17,20,22,23,24 58:1,5,14,15,23 60:12,17 61:18 63:3,6
**front** 61:10
**fully** 59:8
**function** 16:16
**functioning** 51:11
**functions** 39:25
**fund** 61:14
**funds** 11:17 14:14,15 20:15 24:15 27:2,3,6,8,9,25 28:4,13 38:21
**funnel** 21:7
**furniture** 61:1
**future** 21:7

**G**

**G-E-N-E** 14:23
**G-E-O-R-G-E** 5:14
**gathering** 60:9
**gave** 15:25 53:13 58:16,17,25
**geez** 5:20
**Gene** 14:19,21,25 15:20 39:9,15,16,18,23 40:4 60:5,13
**George** 5:4,14 8:1 13:20,22,24 19:2 22:10 26:11 32:4 35:17 42:1 43:2 45:3 46:20 47:12,14 49:20
**gets** 7:5 19:3
**getting** 7:7 26:19 27:16 61:10
**GG** 6:16,21 8:3,5,24 12:7,25 14:13 16:10 17:3,11 18:5,8 19:1,2,9 20:9,19 27:23 28:21 46:20,22 47:12,14,15 53:1 61:9
**GGB** 6:24 13:9,18,22,23 16:21
**GGB's** 13:12

**Ghana** 11:4

**gift** 40:16,17,23 57:3 61:19,23,25

**gifting** 62:9

**gifts** 40:6,11 41:2

**give** 9:4,18,20,21 10:17 11:18 19:21,22 20:21 28:15 40:15 41:1 61:23 62:1

**given** 21:1 40:6 53:10 61:17

**giving** 32:7

**go** 6:10 9:2,17,18 15:21 18:9,20 19:3 20:21 23:17 25:24 26:4,19 27:19 28:5 30:1 32:2 41:25 42:13, 19 44:21 48:10 52:16 54:23 60:21,22 62:5

**goes** 10:3 38:21

**going** 6:16,20 11:23 16:7 19:19 20:7,11,17 22:10 24:14 28:4,6,7, 14 30:1 33:25 41:22 42:18 44:2, 11,19 47:2,4,6 48:2,10 51:12 52:2 58:13 61:12

**gone** 55:7

**good** 21:23 26:7,23

**got** 5:17 11:6 13:8 15:25 19:5 23:6 28:12 51:21 59:17 63:5,8

**Gotta** 54:23

**governance** 37:20

**Great** 33:24

**ground** 19:14 44:18

**guess** 8:2 27:22 32:6 60:17

**guys** 55:10 58:3

**H**

**had** 6:9 11:17 15:14 16:23 20:11 26:7 27:3 28:3 32:23 42:11 50:6 51:16 53:6,9 55:7

**hand** 9:14

**handle** 15:23 59:17

**handled** 15:20 28:21 56:3

**handles** 9:23

**handling** 14:15 27:25

**happen** 23:10,19

**happy** 7:13

**has** 24:1 27:13 29:25 30:22 32:7 34:12,16 35:24 36:3 37:9,14 43:8, 18 44:22 45:16,21 46:4,6,9 53:17 61:13 62:17

**have** 6:19 7:18 12:9,20 13:12 15:4 16:7 17:2,3,10,11 18:6,7,23, 24 21:5,9 22:25 24:19 25:4,8,18, 25 27:7,24 28:13,16,17 29:23 30:12,24 31:22 33:21 34:1,25 35:2,6,9,12 36:7 37:15,17,20,25 38:4,7,10,16,19 39:21 40:14 41:4, 12 42:3,13 44:8 45:11 47:4,6,8,13 48:21,25 55:4,8,15,18 56:13 57:4, 21 58:11,12 59:1,15 60:1,6 61:11, 12,17 63:11,13,14

**haven't** 42:11

**having** 5:5 38:15 40:12 41:5

**he'd** 30:5

**he's** 27:16 28:12 29:5,9 30:2,6 36:23 50:6,7 51:8 53:14 57:20

**head** 50:11,16 51:11

**heads** 51:15

**hear** 7:13

**help** 9:5 11:16 14:13 15:13 20:3 22:13 25:6 27:8 44:18

**helped** 15:19

**helpful** 19:7 43:23 62:13

**helping** 30:15

**here** 6:12,15 11:4 12:24 13:1 30:15 44:20 47:20

**here's** 21:24 57:1

**hey** 26:10 27:8 28:2 30:14 31:19 42:9

**hierarchy** 27:23

**hire** 29:2,4 37:18

**hired** 47:14

**hold** 12:15 42:18 48:7 56:8

**holding** 26:18

**hole** 52:17

**home** 5:18,19 33:7 60:3

**homeless** 11:8

**honorarium** 9:4,5,19 10:6 18:10, 11 20:22 42:4,8 62:4,6

**honorariums** 10:10 40:7

**hopefully** 6:10

**hotel** 9:25 10:18 15:23

**hour** 29:19

**hour-and-a-half** 7:16

**hours** 29:17

**house** 33:5,8,13,15,16,19 60:2,7, 14,17

**how** 7:25 10:3,16 16:9 19:20 21:2 23:9,12,18 24:16 28:25 29:17 31:3,6 34:12 37:16 41:1,2,16 42:9 43:19 50:10 52:3,5,10 61:21 62:1

**huge** 22:15 53:6

**Huh** 29:3

**hundred** 24:17,20

**I**

**I'LL** 9:7 42:13

**I'M** 5:18,23 6:16,20 7:13,25 8:1,2, 11,20,25 9:16 11:23 12:17,22 14:14,20 15:10,15 17:7,22 18:3, 21,24 19:2 20:7 21:4 22:17,19 27:21 28:14 30:1,5 33:20 34:22 35:12 36:7,8,9,13,25 39:5,14 40:22 42:13,24 43:15 44:11,19 45:5,8 46:19,22 48:3,9 49:8,16 50:9,10 51:14,18,19 57:19 58:13 62:8,22

**I'VE** 11:16 63:8

**identification** 12:4 44:5

**identify** 31:16

**implied** 16:25

**including** 13:9,22 16:21 62:7

**income** 13:23 18:12 25:8 29:22

**independent** 38:25

**individual** 16:5 17:2 55:2

**individually** 43:4 49:21

**individuals** 41:10

**industry** 17:5 30:2

**industry-wide** 24:8

**information** 5:21 59:12

**initiated** 19:8 43:4

**inside** 20:22 46:25

**instance** 7:15 24:17 38:11

**institution** 24:1

**intellectual** 54:1,3,9,25

**interest** 22:25

**invest** 19:18

**investment** 21:5

**invite** 41:24

**invoice** 56:21 57:6

**invoices** 56:1,3,10,16 59:4,6

**involved** 30:18

**iron** 47:21

**isn't** 44:16 54:4

**issue** 24:8 27:1 43:17 56:10

**issued** 56:21

**issues** 33:22 56:1

**issuing** 56:16

**it's** 5:20,22,25 6:2,23 7:8 12:11 16:21 17:13 18:15,16 19:7 22:1, 10 23:25 24:2,9 26:14 27:18 28:24 29:7 34:11 40:19,20,23 41:5 45:2 48:12,13 49:3 50:9 54:12,17,18 55:9 60:19 61:9,25

**itinerary** 9:1 18:21 20:13,20 53:8

**itself** 44:17

**IV** 44:23

**J**

**Jamaica** 11:4

**Jeff** 57:6

**job** 16:6

**John** 6:6 51:5

**jump** 60:22

**just** 7:18 14:10,12 16:5,7,12 21:6 22:10,17,19 23:18,25 24:7 25:15 30:21,22 31:9 32:3,22 38:11 39:6 40:2,19 44:19 45:1,8,19 47:21 48:22 49:1,17 51:20 53:24 54:13, 14 57:18 60:9 62:9,23

**K**

**keep** 33:24 51:2,3 53:13,14 55:12 61:12

**Kevin** 46:23 47:9,11,25 48:21 49:1,4,18,25 50:1,4,10,15 51:15, 20 53:9,11

**kind** 8:19 25:9 37:19 38:9 42:11

**King** 9:23 14:24 15:24 25:25 26:6 31:17 32:7,23 34:18,19 38:4 39:9 42:2 58:24 59:16 60:5,12

**know** 6:9,22 7:8,12,18 9:20 10:7, 10,16 11:24 15:1,2 16:8,23,24 18:8 19:20 21:2,8,12,24 22:6,7, 20,22 23:7 24:15,16 26:5 27:2 28:25 29:13,20,24 30:3,10,13 31:8 32:7 34:14 38:3,23 39:12,21, 23 41:3,16,22 42:9,11 43:19 44:18 48:1 50:2,4,5 52:20 54:13 55:17,19 57:14,17,18,19 58:10, 13,14 59:7,8,22,23 60:6 61:1,12, 14,22 62:15,16 63:7

**knowledge** 13:17 56:14

**known** 13:17

**L**

**lack** 39:22

**Lane** 5:22

**Langham** 5:22

**last** 23:20 24:1 55:10

**late** 9:20 54:12

**lawsuit** 19:8 42:23 43:3,22 46:25 52:9 54:4,8,16 55:10,16 57:25

**lean** 23:7

**left** 10:2,12,13,19 11:10 26:1

**lent** 61:11

**less** 42:19

**let** 7:12,18 11:24 12:11 16:8 18:8 19:23 26:6 48:10

**let's** 14:8 23:17 27:22 31:25 46:2 48:14,20 52:16,24 62:23

**level** 41:11

**liable** 21:8

**light** 25:12

**like** 7:3 9:10 10:9,11 11:7,8 18:15,17 20:2,3,17 21:18 22:15 24:3,4,5,22 25:5,12 26:3,4,11,20 28:8,25 29:12 30:5 32:6 38:8,20 40:12 41:13 42:2,10 48:10 52:7 53:13 54:24 56:24 57:1 59:13 60:10 61:8,15,24

**limited** 7:16 24:6

**line** 48:12

**lines** 35:2

**listed** 13:2,6 55:9

**literate** 33:20

**little** 7:8 10:15 12:2 23:4 47:4,6 54:12 58:2

**loan** 61:16 62:16

**loaned** 62:17

**loans** 13:22 61:17

**lockdown/shutdown** 15:18

**logbook** 59:7

**logistical** 27:18

**logistics** 9:13

**long** 34:12 44:15

**look** 23:2 24:19 54:23 55:1,4

**looking** 14:14

**lot** 15:4 24:9 29:12 42:14

**love** 40:6,11,16,17,23 41:2 61:25

**low** 11:17

**lucky** 47:24

**lunch** 40:19

**M**

**M-A-S-S-E-Y** 31:5

**M-C-P-H-A-U-L** 14:23

**machine** 53:25

**machines** 54:20

**made** 14:12 16:1,2 47:9 54:21

**mailed** 58:17

**main** 29:22

**maintain** 35:21 59:7

**maintained** 34:8

**make** 6:25 7:4,7,9,10 18:21 21:22 28:5,12 34:19,21 36:12 42:15 54:13,14,15

**makes** 19:3 21:13

**making** 49:25 53:25 54:19

**management** 13:11,13 16:23 30:19 41:10

**managing** 29:14 55:23

**many** 7:17 23:12,18 29:17 31:6 41:2

**March** 24:10

**marked** 12:3 44:4

**Massey** 31:2,4 33:2

**matter** 6:9 54:8

**may** 16:9 23:8 25:4,5,6 38:25

**maybe** 8:9,11 10:10 23:18 24:4, 21 26:2 39:25 41:3,4 42:19,25 46:2 49:16 54:24 58:25 59:13 62:11,12

**Mcdonald's** 18:15

**Mcphall** 14:19

**Mcphaul** 14:20,22,23 15:20 39:9

**mean** 17:6,9 21:17,21 25:15 26:14 31:23 39:19 41:21 56:18

**meaning** 17:17 38:8

**meet** 28:13 31:6

**meeting** 27:15 42:1

**mentioned** 38:3 39:10 52:21 59:23 61:2

**merchandise** 13:14 55:23

**messed** 30:13

**messing** 17:25

**might** 7:14 16:13 25:11,13 28:1 38:18 42:4

**mind** 32:11

**mine** 50:9

**Mines** 34:9

**minimum** 22:18

**minister** 18:9

**ministered** 20:14

**ministering** 15:17 18:10

**ministers** 30:7

**ministries** 6:16,17,21,22 7:24 8:3,6,24 10:9 12:8,25 14:2,13 16:10,25 17:4,11 18:5,8 19:1,9, 14,18,19,24 20:1,9,20 21:13 22:25 23:7 24:9 25:22 27:23 28:22 30:16 34:1,10,17 35:2,5,13, 14,17,24 36:3,14,16,19 37:25 41:19 42:15,23 43:1,4,7,10,18 45:15,16,17,21 46:3,4,7,8 47:13, 14,15 48:21,25 49:7,12,14,22 52:3,5,10,19 53:1 55:12,22 56:2, 12,23 58:2 60:1,16,25 61:6,9,12 62:15,17

**Ministries'** 30:19 34:12 43:14

**Ministries-produced** 52:22 55:20

**ministry** 9:5,12 10:21 17:18 18:1,3,13,24 19:22 20:13,20 24:7, 16 29:6,7 42:12 47:10 53:3,5,8, 17,20 56:4,24 61:16,17,25 62:2,4, 6

**ministry's** 10:23

**minute** 31:24 32:3 44:19

**minutes** 10:5 22:16 32:24

**missed** 45:23

**mission** 11:2

**mission's** 9:6 10:1,19

**missions** 10:25 11:1,3,7

**misunderstood** 39:17

**monetary** 40:20

**money** 18:22 19:3,18,25 20:25 21:6 22:12 23:6 27:17,18 28:5,15 29:21 40:24 46:7 53:7,10,19 57:9, 11,12,21 61:11,13,17 62:18

**month** 26:1,2 27:9

**monthly** 9:10

**months** 18:20 53:5

**Moore** 39:11,12

**more** 10:16 16:6 19:16 22:7 27:5, 23 31:10 39:25 42:24 47:5,7 48:24 49:17 55:25 62:8

**mortgage** 25:7,11 27:9 62:16

**Most** 11:19

**move** 37:23 48:14

**Mr** 5:12 6:5 31:13,19,20,21,25 32:1,2,6,7,9,10,14,21 44:8 45:3 46:11,13 47:2 48:2,5,7,9,11 50:22,24,25 51:2,4,6,8,13,22 56:8 63:1,13,20

**MS** 5:11 12:5 32:12,16,19 44:2,6 45:7 46:14,15 47:3 48:16,19 50:21 51:21,24 52:1 62:22 63:2,5, 11,17

**much** 12:13 24:16 52:3,5,10 61:21 63:8,10

**music** 39:4

**musicians** 38:16

**my** 5:18 6:6 9:5 11:23 12:12,14 15:20,23,24 17:17 18:12 20:10, 12,13,20 25:7,11 27:9 28:20 33:8, 12 35:7 37:12 39:20 42:4 44:16 46:2,6 47:10 53:3,8,24 54:1,20 56:4,24,25 57:1 60:2,14 61:4,24 62:3

**myself** 34:18

**N**

**name** 5:13 6:6 37:4

**name's** 37:6

**named** 42:23 43:2

**names** 6:18

**narrative** 48:10

**necessarily** 38:11

**need** 7:4,7,9,14,17 10:2,20 16:9 23:8 25:21 27:8 28:9 45:8,10 48:17 63:6

**needed** 11:14,15,16 20:13

**needs** 20:23

**negotiate** 49:6,10 50:11

**negotiating** 49:15

**negotiations** 13:15 41:19,20 49:25

**network** 6:8 15:22 43:5,8 46:23, 24 48:22 49:2,4 50:2,3,5,8,12,16 51:12,15,19 53:6,9 56:4,12,21 57:8,9,13,16,18 58:3,5,8,15,23 59:3,20

**never** 24:20 26:24 50:15 51:20 52:14,16 53:14 58:16,21 59:19 62:21

**New** 36:24

**next** 37:18 48:15

**Nigeria** 11:4

**nine** 40:8 53:5

**no** 9:17 11:18,19 15:4 16:7,20 18:20 19:3,12 20:5 21:25 22:3,4, 5,9 23:2 24:24,25 25:1,21 26:10, 11,18,21,25 27:10 28:2,15,16 30:20 35:1,4 36:1 39:6 40:8,9 41:14 45:24 46:11 47:20 50:22,24 51:6 54:7 56:9 59:25 60:8,23 61:9,18 62:20,21

**none** 29:6 40:2 60:24

**nonprofit** 19:9 21:8

**normally** 42:20 57:25

**North** 5:24 17:12 19:10 21:14

**note** 25:13,15

**noted** 6:18

**nothing** 5:6 20:11 23:20 35:15 41:8 58:10

**notice** 6:23 12:23 13:2,6 16:12, 15,16 48:14

**O**

**object** 48:11

**off** 12:17 19:14 28:10 32:3,23 61:6

**offer** 40:11

**offering** 22:11

**offerings** 20:10 40:6

**office** 5:18 13:18 33:10,12 60:1,6 61:1

**often** 23:10,11 31:3 41:1 62:1,10

**Oh** 6:3 11:1 31:18 39:17 41:24

**oil** 53:23

**oils** 53:20 57:10

**Okay** 5:19 6:3 7:2,20,22 8:5,10, 16 9:11 10:4,22 11:6,10 12:17,19, 23 13:5 14:4,11 15:5,11 16:4 17:15 22:24 27:12,18 28:19 29:17 30:12 32:4,9 33:18 37:9,20 40:2 41:18 42:7,17,22 43:13 44:2,11 47:16 48:11 49:24 50:19 51:21 52:15 55:1 57:8,23 58:19 60:9,25 61:19 62:8,25 63:1,18

**once** 6:10 25:11 31:9,11 41:3 62:11,12

**one** 12:15 19:15 27:5 28:4 29:19 42:24 48:24 49:17 55:2,25 56:25 57:1 59:8 60:21

**online** 60:21

**only** 7:18 50:4,11 52:24 59:18

**open** 34:13

**operate** 18:13

**Operating** 57:9,13

**operation** 60:23

**operations** 13:13 15:14

**order** 28:10 56:19,20 63:15

**ordering** 63:16

**organize** 18:6

**organized** 17:13

**other** 7:10 15:5 23:1 35:15 38:4 39:21,22 43:8 46:18 58:1,9 61:9 62:14

**otherwise** 7:3

**outside** 20:11,14 53:16,18

**over** 7:6,9,10 9:5,12,24 10:2,12, 13,17,20 11:10 23:17 26:1 37:9, 12 41:12 49:19 54:9,20,24 58:18, 24 62:6

**overdue** 59:8,10

**overflow** 53:1 55:3

**override** 26:22,24 28:17

**overriding** 28:14

**owe** 57:9,11

**owed** 46:7 52:3,5,10,19 53:19 56:11

**owes** 52:25 54:2 57:12,16

**own** 17:10,17 18:12 19:18,25 20:13 29:25 34:4 60:3,6,17,25

**owner** 50:7 51:19

**ownership** 13:9 16:21 22:25

**owning** 23:3

**P**

**package** 53:2,11

**packages** 53:2,18 55:3,7,19

**packaging** 57:20

**page** 50:14

**paid** 20:24 25:19,23 29:5,7 40:3, 15 52:14,16 53:15 59:4,9,18

**pandemic** 24:12

**paperwork** 17:12 18:6 21:14

**paragraph** 45:2

**part** 36:8,9,13 54:4,15 59:16

**particular** 6:23 48:14

**parties** 6:19

**party** 43:2 45:17 46:3,9,22

**passed** 37:6

**past** 23:17,18

**paster** 36:9

**pastor** 8:24 37:19

**pastorate** 20:12

**pastoring** 37:8

**pay** 17:17 18:13,23 19:13 20:2,5, 23 22:20 25:5,9,11 38:12,17,19 39:1 42:15,16 53:22,24 59:11,25 62:3

**payable** 13:16

**paying** 27:9 62:15

**payment** 25:16

**pays** 9:25 59:19

**pending** 7:19 51:7 56:9

**people** 8:25 14:13,17 15:6,18 16:2,3 22:13 24:3 28:8 39:24 53:4,13 54:21

**per** 24:17

**percentage** 10:10

**perfect** 6:3 7:2,22 12:19 50:13

**perform** 38:14 39:24

**performed** 60:15

**person** 50:15 51:11

**personal** 15:24 17:17 19:25 21:5 25:16 28:20 29:14 34:4,7 61:13

**personally** 6:14 9:14 19:19 21:8 48:22 49:1 50:1 58:4,19

**personnel** 13:19

**persons** 29:6

**physical** 60:6

**physically** 15:2 26:8

**picture** 63:9

**piece** 36:25

**place** 20:5 22:12 51:17 59:17,25

**places** 37:12

**plain** 42:25

**plaintiff** 42:23

**plane** 60:22

**playing** 39:4

**please** 5:13 30:15 31:16 63:16

**plumber** 30:3

**position** 7:23 28:19

**power** 41:12

**powering** 37:24

**preach** 9:1 15:22 22:10

**preacher** 9:1 18:21 38:19

**prelate** 51:19

**prep** 31:9

**prepare** 14:5,9 15:7

**prepared** 14:1

**president** 8:2,3,14,17 49:13,22 50:2,5,10

**presiding** 51:18

**pretty** 6:11

**previous** 6:13

**previously** 19:5 39:9

**printers** 61:1

**prior** 24:4

**probably** 7:16 18:2 24:1 26:7 38:23

**problem** 12:16 39:6 53:6

**PROCEEDINGS** 5:2

**produced** 12:25 53:1 55:15,18

**product** 52:25 53:10,13 57:2,20 59:18

**products** 52:22,25 55:20 56:11, 15,16,22

**profit** 13:10 16:22

**profits** 10:9

**program** 10:1 15:15,17

**programs** 9:6 11:5,7,11 28:13

**proper** 22:12

**property** 54:1,3,9,25

**protected** 18:22

**provide** 13:1

**pull** 28:10 37:18

**pulpit** 61:10

**punctuation** 51:23

**purchases** 13:14 55:24

**purposes** 12:4 44:5

**put** 18:12 19:4 20:22,25 21:1 26:23 32:22 42:25 53:3,11 55:11

**puts** 9:24

**putting** 22:11

**Q**

**question** 7:13,19,20 8:21 19:15, 21 28:25 33:9 41:17 43:15,20 44:13,16,18 46:2,6,14 48:6,15 49:8 51:4,6,8 56:9 57:22

**questioning** 48:12

**questions** 6:17 48:8

**quick** 6:11

**quiet** 53:14

**R**

**rabbit** 52:17

**Raleigh** 5:25 6:2,3

**rather** 56:19

**Re-notice** 12:6

**read** 44:1,13,14 45:1,4,8,10

**reading** 33:22 45:5

**ready** 11:22 16:19 26:19 27:16

**really** 30:13 60:12 63:6

**reasonably** 13:17

**recall** 35:23

**receivable** 13:15

**receive** 8:16 10:7,8,11 21:6 24:15 53:4

**received** 25:3 56:19,20 58:23

**receiving** 22:11

**recess** 32:17 63:3

**recollection** 24:11

**record** 5:13 7:8,11 32:3,23 50:20 63:15

**records** 55:13,19

**referring** 6:21,24

**regarding** 10:6 13:18

**registered** 19:10 20:19 22:20

**regular** 39:22

**regularly** 39:24

**reimburse** 25:13

**related** 6:17

**relationship** 13:21

**remainder** 11:13,14,18,19

**remember** 6:5 54:23

**remote** 60:18

**rent** 20:2,5 59:25

**repeat** 7:14 45:19

**rephrase** 7:14 19:23 26:6

**report** 41:11,14 54:22

**reporter** 7:5 63:14,18

**reports** 21:22

**representing** 6:8

**requirements** 22:18

**resources** 13:20

**responsible** 41:18 55:23

**responsive** 48:5

**rest** 45:23

**restart** 46:2

**review** 14:7,8,11

**revival** 38:16 41:6

**right** 5:12,21 6:4 7:2,22 11:20,22,25 14:4,25 16:18,24 17:1 18:4 21:12 22:24 24:14 28:16 30:8 32:20 33:18,24 37:23 39:8 44:20,21 45:1 50:18 52:2 54:8 59:23 62:22

**road** 23:22 39:14

**robe** 51:17

**role** 50:2

**Ronnie** 9:23 14:24,25 15:24 25:25 26:6,10,15 27:3,6,7,10,25 29:2,4,21 30:11,12,14,21,22 31:17 32:23 33:7,11,14 34:18,19 38:4 39:9,23 40:4 41:12 58:24 60:5 61:2

**Ronnie's** 28:19 29:5

**room** 31:14,22 32:24,25 60:10

**rule** 7:18

**rules** 7:3

**runs** 50:8

**S**

**safe** 34:23

**said** 7:3 10:7,22 16:23 26:18,24 27:8 32:23 39:18 45:10,19,23 51:16 54:5,24 55:5 57:11 62:9

**salaried** 40:8

**salary** 8:22,23 9:9,10 10:7 40:5

**sale** 55:19

**sales** 13:14

**same** 7:4 24:23 50:13

**satisfied** 53:17

**saw** 55:11

**say** 8:1,3,13 9:12 17:5,8,24 20:2,8 21:16 24:10 25:24,25 26:2,5,17,21 28:1,6,24 29:10 30:12 34:14 36:15 38:7 40:10 41:15,20,25 42:2,4,17 52:15 55:25

**saying** 7:6 20:7 28:15 44:1

**says** 42:8

**scope** 48:13

**scratch** 54:5

**screen** 5:17 11:24 12:12 15:16 44:22 55:11

**scroll** 12:10,21 44:11,19

**second** 12:15 13:12

**secretaries** 22:16 60:24

**see** 5:17 11:21,24 12:1,11,17,21 13:5 14:14,15 17:24,25 22:19 44:22 58:6 60:22

**seed** 61:25

**seeing** 54:23

**seen** 12:9,20 44:8

**selling** 57:20

**send** 57:6,7 59:18

**sending** 53:25 56:12

**sense** 6:25

**sent** 59:4

**separate** 17:1,13,15,18 18:25 34:4 35:14,21 37:20,21

**served** 16:10

**service** 57:15

**services** 38:14

**set** 18:8 21:6 22:15,18 27:19 28:5,14 30:22 33:19,22 37:14 61:2

**setting** 19:17,24

**several** 37:12 55:21

**shakes** 18:16

**share** 11:23

**shared** 13:18 33:21

**sharing** 63:8

**she** 15:19 34:24,25 39:10 51:9,10 56:6,7,10,21 57:5,25 58:5

**sheet** 59:14

**shortened** 6:23

**should** 6:10 31:21

**show** 15:2 19:7 43:23,24 57:2

**showing** 45:9

**sic** 17:6

**side** 53:17

**since** 8:14

**singing** 38:18 39:4

**sitting** 15:16

**six** 40:13 62:12

**small** 12:11

**so** 6:10,24 7:5,8,16 8:13 9:2,11 10:22 11:10 12:6,10,11,21 13:5,8 14:3 15:5,11,14,19,21,25 16:11, 23 17:10,15 18:4,11,16,22 19:1,2, 5 20:7,13,17,19,25 21:6 22:9,12 23:4 25:21 26:5 27:18 28:8,9,12, 15,23,24 29:9,10 30:12,21 32:22 33:10,14,22 36:25 37:1,20 38:3, 20 40:20,23 42:17 43:16 44:2,10, 11,18 45:20 46:16,17 47:21 48:14 49:12,18 50:11 51:12 52:2,7,18 53:11,12,14 54:1,2 55:2,7,11 56:19 57:2,17,21,24 58:11,19,25 60:9,15,18 61:19 62:6,11 63:9,14

**software** 59:13,21

**sold** 52:23 54:21

**soloist** 38:17

**some** 11:17 22:18 33:21 37:6

**somebody** 9:14 22:7 31:13,22 42:8

**something** 9:7 10:2,11,12,19,20 11:8,15,16 18:14,25 20:3,4 23:8 24:22 25:6,12 26:1,20 27:16,19 30:13 59:1 60:10 61:15

**something's** 10:2

**sometimes** 7:9 9:20 18:19 24:19,21 29:19 33:16,17 40:18,19 42:12 61:22

**somewhere** 54:23 55:9

**song** 39:4

**sorry** 5:23 6:1 9:16 14:20 15:10 17:7,22 18:3 34:22 39:5 40:22 42:24 48:3,4

**sort** 10:4,8 16:24 18:5

**sounds** 29:12

**space** 13:19 60:1,6

**speak** 8:25 9:2,18 19:4,21 20:21 62:5

**speaking** 9:15,19 11:12 23:23 41:23 61:10

**specific** 16:6 47:5,7

**spell** 5:13 14:21 31:3

**spelling** 33:2

**spending** 29:18

**spoke** 16:3 29:6

**standing** 21:23

**start** 14:8

**started** 15:14,15 16:24 24:10,12 37:7 53:25 54:19 59:24

**state** 5:12 17:12 19:10 21:14,15, 23 22:18,19 63:15

**stated** 19:6

**statement** 54:17,19

**stating** 21:23

**status** 21:15,16,21

**steep** 42:9

**STENOGRAPHIC** 63:14,18

**stepped** 32:24

**stick** 6:20

**still** 24:3 28:21 48:9

**stole** 53:21 54:1

**stop** 30:15 50:25

**storage** 13:19

**strike** 48:2 56:14

**strong-arm** 42:15

**structure** 13:9,10,13 16:21,22 18:5 28:9

**stuff** 26:3 37:19 38:9 45:12 53:4, 12,17 54:24 61:8,24

**stupid** 49:17

**sue** 54:8

**suit** 46:10 54:11

**summarize** 40:2

**supervisory** 41:12

**support** 11:3

**supposed** 35:18 53:22

**sure** 7:4,7,9,10 8:11 12:22 16:1 18:18,22 19:23 22:17 28:12 30:5 35:12 38:10 43:25 46:19 54:13, 14,15

**surplus** 9:7

**sworn** 5:5

**T**

**table** 60:10

**take** 7:20 10:14 18:12 26:4 32:1,2 52:24 62:23 63:17

**taken** 6:10 32:17 53:7,9 63:3

**takes** 44:15

**taking** 12:6 63:7

**talk** 15:11 16:4,11,14,19

**talked** 14:18 39:8 41:10 57:24 62:14

**talking** 7:10 15:5 45:25 51:3 52:6 58:11 62:8

**talks** 16:20 50:8,10

**tapes** 47:8 53:12,16

**taxes** 17:11,18 18:23 21:9 31:10 61:24

**teaching** 57:1

**tell** 5:6 26:10,15 27:10 30:2,14 41:15 51:12

**telling** 51:14

**Temelia** 14:19,25 15:12,13 18:7 34:24 39:8,10,23 40:3 41:12 42:2 56:5,10,15,20 57:24 58:25 59:4, 16 60:5,13

**ten** 23:15 32:13,14

**terms** 14:6 45:25 49:11,19

**testified** 5:7 57:25

**testify** 14:1 16:13

**testifying** 6:14

**testimony** 13:1

**than** 15:5 16:6 21:3 22:8 23:1 39:23 42:19 61:10 62:14

**thank** 32:15,16 51:22 63:9,10,18

**Thanks** 6:4 32:12,20 50:18 63:2

**that** 5:24 6:1,13,25 7:4,9,10,18, 19,25 8:4,11,13 9:10,11,12,13 10:11,15,17 11:8,13 12:1 13:2,3,5 14:13,17,21 15:6,7,9,10,16,17,19 16:1,3,6,7,8,12,16,17,24,25 17:4, 12 18:2,6,7,11,17,22,24 19:7,8,9, 11,20 20:3,10,12,14,17,18,22 21:3,6,9,11,23 22:5,7,8,10,12,14, 17,22,23 23:10,19,24 24:1,4,5,6, 10,11,13,16,22 25:2,3,7,12,14 26:1,4,5,20,22 27:25 28:7,8,12,13 29:18,23 30:2,5,16 31:24 32:10, 20,25 33:2,21 35:16,20 36:8,9,13, 23,25 37:1,5,13,16,19 38:3,6,9, 11,16,17,19,20,21 39:18,19,24 40:2,7 41:10,13,16 42:5,6,10,17, 18,22 43:1,7,8,17 44:14,23,25 45:4,5,9,14,15,16,17,20,22,24 46:4,9,17 47:8,9,20 48:1,2,5,17 49:6,11,15 50:8,18 51:13,15 52:8, 18,20,23 53:3,15,16,19,21,23,24 54:5,8,9,12,14,18,19,24 55:1,7,8, 9 56:3,11,14,15 57:15,21,25 58:2, 12,22,25 59:1,4,8,12,15,16,17,19, 21,24 60:11,20 61:2,5,8,15,25 62:1,7,20

**that's** 6:24 10:3,21 12:13 14:16 15:16 16:17 17:25 18:25 19:1,7 24:6,7 26:23 27:17 28:9,11 30:7 31:25 32:24 35:17 36:1 37:16,21 39:15 42:6 43:23 45:12 46:14,25 47:2,9,19 48:16 50:10,13 52:15, 25 54:2,6,13,15,22 57:16 62:13

**theft** 54:3,9

**their** 16:5 17:10 39:24 49:14 53:4,10 60:6

**them** 13:23 16:1,5,8,11,12,14 22:13 31:16 39:1 40:3,6,11,16 41:1,14 42:15 49:25 53:7,10,14, 25 54:21 58:18 59:2,5 60:22 61:23

**then** 7:20 9:15 11:12 17:3 20:19 25:13 38:18 54:5 58:5,20 61:23

**there** 9:3 11:17,19 14:8 19:4 20:5 21:1 22:7,18 25:25 26:14,15,17, 25 27:2,4,15,17 28:13 29:13 31:13 32:17 36:10 42:7,10 47:20 50:16 53:3 58:7,11 59:24 61:2 63:3

**there's** 7:19 9:7 10:12,19 11:10 13:5 18:2,20 22:9 38:21 41:8,15 46:4 50:22 51:6 54:7 56:9 60:23

**these** 13:1 14:2,9 15:5 25:23 28:8 37:24 41:1,9

**they** 9:1,4,18,19,21 10:17 11:17 15:1 16:4,9,13 17:1,10,15 19:21 20:21 24:3 25:5,6,9,11,13,19 27:3 35:5,9 36:6 37:18,20 38:22,25 41:7,11,15,25 42:5,15 43:11 53:9 56:22,23 57:11 58:16,17 59:10 60:12,13,15,16,17,21

**They'll** 42:2

**they're** 38:22,23 39:3 40:3,5 60:9

**thing** 12:21 53:14

**things** 23:7 42:14

**think** 10:23 11:22 16:19 20:7 21:4 22:5 23:5,9 24:6,7 31:21 33:24 34:11,23 37:23 39:17 44:17 46:8 47:19 48:16 49:3 51:21 54:12 62:22 63:5

**this** 6:9,10 7:15 12:6,9,20,23 14:5 16:13 18:9,22 19:8,23 21:6 23:4 25:18 26:1,2,3,4 27:9,22 28:6,10 31:23 33:12 38:11 39:10 42:23 43:3,4 44:2,7,8 45:9 48:13,20 51:9 52:4 53:22 54:4,16 55:15 57:24 59:8 60:24 61:4,7

**those** 10:23 16:2 20:15 27:8 28:12,13 29:6 42:11 49:24 53:2 55:3,15 56:16,21 58:6 59:6

**though** 39:1 54:4

**thousand** 23:21 24:18,21 40:18 61:22 62:2

**thousands** 52:13,18,20 55:6

**three** 14:12,17 15:6 16:3 23:14 41:4

**through** 21:7 35:11 37:24 56:3,4

**thus** 32:8

**time** 8:12,18 9:6 11:19 19:16 20:2 24:13,23 26:12,13 27:5 36:23 37:1,5,7 38:15 39:24 40:5,6,10 42:24 44:15 48:24 49:17 50:9,17 55:10,25 60:12,13 62:4,5,7 63:7

**times** 23:12,14,15,18 27:13 31:6 41:2,5 55:21

**tithe** 62:3

**title** 45:1

**today** 5:16 6:13,15 7:16 12:24 14:2,5 26:11 33:7,19 61:3 63:6

**together** 37:1,18 43:3 53:3,11

**told** 16:12 20:10

**tomorrow** 30:13

**took** 53:24 54:20

**topic** 16:20 22:8 37:24

**topics** 13:1,6 14:2,9 16:12,15,16

**totally** 49:16

**toward** 27:19

**track** 59:3,5,6,12,19

**traditional** 39:25

**transcript** 63:16

**transfer** 19:25

**travel** 9:25 10:18 15:21,23 22:13 25:13,14 38:20 39:16,18,20 47:13

**traveling** 11:12 15:21

**travelling** 39:14

**travels** 39:13

**trip** 26:3

**trustee** 37:16

**trustees** 36:5,22 37:10

**truth** 5:6,7

**try** 6:20

**trying** 22:19 36:25 39:6 47:19,21, 24 54:14 60:20

**turn** 9:4,12,24 10:17 58:18,24 61:7 62:5

**TV** 57:19

**twice** 25:12 31:12 41:3 62:11

**TWN** 44:23

**two** 14:12 17:1,15 18:20 23:21 35:20,21 42:3 43:3

**type** 61:8

**typical** 11:1

**typically** 10:24 11:6 61:21

U

**uh-huh** 15:8 25:17 27:11 40:25 42:21

**uh-uh** 25:20 38:2 40:1 61:18 62:19

**ultimate** 27:24

**under** 52:3,6

**understand** 7:12 13:3 18:2 19:15 20:6,7 22:17 27:25 33:9 47:18 51:24 56:18

**understanding** 8:20 21:4 43:15 49:8

**unless** 19:3

**unlike** 6:13

**up** 12:14 17:25 18:8 19:17,24 21:6 22:15 27:15 30:13,22 33:19, 23 37:14 41:16 44:22 50:18 55:11 61:2

**update** 21:21

**updating** 21:15,16

**upfront** 21:5

**upon** 16:9 23:15,16 41:5

**us** 9:24 15:14,19 30:23 38:6 43:12 44:18 47:5 54:2 57:7 63:8

**use** 13:18 59:13,20

**used** 24:2

**using** 18:24

**usually** 9:14 22:1 24:16 40:20, 23,24

V

**value** 40:21 55:2

**vehicle** 25:16

**vendors** 58:1,9

**verbal** 45:11,22 47:22

**verbally** 7:5

**Verified** 19:6 44:7

**versa** 13:24 41:13

**versus** 58:8

**very** 23:11 63:10

**vice** 13:24 41:12

**Victor** 39:11,12,13,23 40:4

**videos** 54:18,19,20,21

**voluntary** 29:8

**volunteer** 29:9,13,15,16 38:4

**volunteers** 33:14 38:5,7 39:22 40:3,4

W

**W-2** 38:10

**W-2S** 38:8

**W-I-L-L** 31:5

**want** 30:15 31:23 41:25 54:11,13, 15

**Warfarecology** 15:15

**was** 5:7 6:1 11:17 12:3 14:15 15:6,9,10,17,18,19 16:5,7 18:22 19:9 20:5,10 21:1 23:24 24:16,17, 18,23 25:5,15 26:7,15,17,18,19 27:1,15,19,25 28:4,19,20 32:17, 25 33:3 35:18 37:1,4 44:4 45:9, 17,22,24 46:8,22 47:23 48:1,3,5, 22 49:1 50:16,20,23 51:11,12,15, 16 53:4,5,8,22 55:5,8,10 56:3,4, 12,15 57:15,18 58:2,7 59:24 60:18 61:2,19 63:3

**wasn't** 18:22 23:22 25:4 26:25 37:5,7 54:24

**waved** 33:1

**way** 16:16 18:6,9 19:23 22:14 26:23 27:22 43:21

**ways** 6:20

**we'd** 42:2

**We'll** 10:4 16:17 32:2,12 55:1 63:17

**we're** 6:24 7:7,10 11:22 12:24 16:19 28:7 34:23 37:24 39:6 47:19,21,24 48:2 50:13 54:13,14

**we've** 13:8 23:4 40:6 41:10 63:5

**website** 41:25

**weeds** 48:17

**week** 11:17 29:17

**weekly** 9:9 10:7

**well** 6:5 11:22 12:23 15:13 21:22 26:6 36:17 40:13 42:4 44:14 47:19 48:11 59:10 62:4 63:20

**Wells** 34:9

**went** 14:10 20:14,19 25:2 27:25

**were** 6:14 14:14,17 15:21 16:2,3 19:17,24 24:3 25:2 27:2,4,6,9 37:17 40:8 49:12,18,19,24,25 50:1 53:9 56:22 59:10

**what** 5:19 6:1,24 7:6,23 8:19 10:13,14,23 14:11,14,15 15:11 16:4 17:6,9 18:4,5 19:1 20:6,7 21:16,20,21 24:2 25:2,8,9 26:7,22 27:20,21 28:17,19 29:21 31:23 32:23 34:10,24 35:5 36:10 37:4, 17 40:14,17 41:15,21 42:3,15 43:13,16,17 44:1,12 45:9,11,13, 19,22,23,25 46:6,7,17,18,19 47:1, 13,18,19,22 51:10 52:19 54:2,5,6 55:8 56:18 57:4 58:10 62:8,14

**what's** 9:13 10:22 11:1 29:22 55:2

**whatchu** 54:6

**whatever** 7:14 20:23 23:8 57:15

**when** 8:1,8 9:12,14 10:22 11:24 15:21,25 16:24 17:5,8,24 18:9 19:17,24 20:21 21:6,16 23:5,6,7 24:11,14,15 25:18,24 26:2,5 33:14 36:19 37:7 38:7 39:14,18 40:10 41:20,22 49:12,18,24 51:15 52:15 56:19,20 58:3 59:24 60:15 61:24

**whenever** 23:8

**where** 5:16 6:14 18:15,25 27:24 28:3 34:7 35:17 41:7 56:16,21,23 59:17 60:16 62:1

**Whereupon** 5:3

**wherever** 11:12

**whether** 27:2 32:7 42:18 59:3

**which** 16:20 20:20 35:11,23,24 43:14 53:2 57:12,17

**while** 15:18

**who** 14:17 15:11 30:22 32:25 34:16 36:3,6,21 37:9 39:12 46:16 53:4 55:22 56:1 57:16 58:22

**who's** 14:15 31:1 41:18 46:13

**whole** 5:6 12:21 19:8 62:5

**why** 12:24 27:14 29:13,16 33:4,7, 8 58:7

**withdrawals** 34:21

**within** 47:17

**witness** 5:5 32:5,15 45:5 46:12 51:1,9,14 62:25 63:10

**WNC** 44:23

**won't** 7:17

**word** 6:8 15:22 29:16 39:22 43:5, 8 46:23,24 48:22 49:2,4,5 50:2,3, 5 56:4,12,20 57:8,9,12,13,16,18 58:3,5,8,15,23 59:3,20

**work** 6:6 29:12 60:15,16,18 61:6, 9

**works** 37:16

**worth** 53:13

**would** 8:3 9:16 11:13,18 15:21, 22 18:7,23 19:11 20:15 21:11 22:7,9 24:19,21 25:9,24 26:24 28:5,24 29:10 30:14 32:6 34:14 35:12 36:7 37:18 38:22 40:17 41:1 42:20 55:4 56:13 57:2,5,6,25 58:5,11,17,22,24 59:1,16 60:16

**wouldn't** 20:16 28:17

**Wow** 8:9

**write** 36:13 47:11

**writer** 30:6

**writing** 33:21

**written** 47:21,24

**wrote** 47:12 57:4

**X**

**XYZ** 28:10 57:3

**Y**

**yeah** 6:7 8:12 9:16 12:2 14:8 16:14 17:8 24:9,13 25:17 26:14 27:11 30:25 31:11,20,25 32:5,14 38:13,15 39:16 40:16 42:21 43:24 48:9,16,25 56:24,25 60:19 61:4, 20 62:13

**year** 21:15 23:13,14,15,16,18,20 28:6 31:6,9,11,12 41:2,3,4 62:11

**years** 23:17 34:15 37:6 57:20 62:12

**yep** 12:16 34:20,22,23

**yes** 7:1,21 8:7,15,18 10:12 11:9 13:4,7,25 14:10 15:9,10 17:14,17, 19,21,22 21:1,11,19,23 23:25 26:17,23 28:24 29:10 30:17 31:15 34:3,22 35:8,9,16,20,22 36:18 37:3,22 38:21 39:2,5,20 40:8,25 43:6 44:10 45:5,10,18 46:12 54:21 55:14 57:11 59:6 60:2,4 61:17

**York** 36:24

**You'll** 11:21 29:23

**you're** 6:15 7:4,6 9:15 11:12 20:6 21:23 28:23 33:10 37:10 41:22 42:18 44:1 45:20 46:19 47:1,4,6, 18 48:7 51:2,3 52:9 58:11 59:21 60:20 63:16

**you've** 5:17 6:9 8:13 12:24

**your** 5:13,17,19 6:9,13,15 7:23 8:17,20 10:22 19:5,6,18,25 21:15 24:7,11 25:15,16,23 28:16,25 29:14 31:1,9 33:4,7,10,15 34:4,7 39:19 49:13,19,21 52:9 56:14,22 57:2,5 58:8 60:3,7 61:2,13 62:16 63:8,15

**yourself** 6:14 17:2,13 23:1 49:20

**Z**

**Zelle** 9:21

**Zoom** 7:6,9 61:7