# EXHIBIT A

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION

BISHOP GEORGE BLOOMER, Individually, and GG BLOOMER MINISTRIES, Foreign Non-Profit Corporation.

Plaintiffs,

vs

THE WORD NETWORK OPERATING COMPANY, INC., a Foreign Profit Corporation, CHURCH OF THE WORD d/b/a THE WORD NETWORK CHURCH, a Domestic Nonprofit Corporation, KEVIN ADELL, Individually,

Defendants.

_______________________________/

CASE NO. 2:22-cv-12433-NGE-DRG

HON. NANCY G. EDMUNDS

MAGISTRATE JUDGE DAVID R. GRAND

PAGES 1 THROUGH 257

DEPOSITION OF GEORGE BLOOMER,

Taken by the Defendants before Debra M. Cummings, Court Reporter (CSR-6037) and Notary Public for the County of Livingston, acting in the County of Oakland, Michigan, on Friday, April 12, 2024 at 201 W. Big Beaver Road, Suite 500, Troy, Michigan at 9:35 a.m.

Page 230

**A. It's the culture of the place.**
Q. Okay. And that is -- the culture of the place is what?
**A. It's a lot.**
Q. Okay. Is Kevin a difficult boss to work for?
**A. Yes. Yes. He can be nice and --**
Q. Are all these folks on this list -- are they all black?
**A. No.**
Q. Like Rich Missouri is not black, right?
**A. Nope.**
Q. How about Sandra Riley?
**A. She's black. I didn't know she was on the list.**
Q. How about Jack Countryman?
**A. He's white.**
Q. Why did you list Jack Countryman as a witness?
**A. Jack Countryman is the guy that sold his bibles.**
Q. Okay. So that's why?
**A. Yes.**
Q. What about Steven Strang?
**A. He's the guy who sold the Spiritual Warfare bibles. He was in a lawsuit in order to get his money from The Word Network.**
Q. Okay. Quinton Ross, is he black?
**A. He's black.**
Q. What about Johnny Matterlo?
**A. He's white.**
Q. Theresa Cox, is she black?

Page 231

**A. She's black.**
Q. What about Jeff Thurman?
**A. He's black.**
Q. Okay. And Kevin was each of these person's boss you say, correct?
**A. Um-hum.**
Q. And do you feel as though Kevin treated white employees, such as Johnny Matterlo, better than black employees?
**A. I don't know.**
Q. Why would you list Johnny Matterlo?
**A. Hum?**
Q. Why did you list Johnny Matterlo?
**A. Because he knew what was going on around there.**
Q. What was going on? When you say that, what was --
**A. Everything that we discussed today.**
Q. That Kevin shared a meme on or about September?
**A. About Kevin sharing the meme. Johnny was one of the persons that was ordering product.**
Q. Okay.
**A. So he, you know --**
Q. So he might know something about that?
**A. He knows about the product.**
Q. Okay.
**A. The oils and the bibles, him, Jeff, he knew it.**
Q. What about Malia Howard?

Page 232

**A. Malia was -- Malia and Dodie Johnson was the persons who found the meme that day.**
Q. And didn't Dodie Johnson, also known as Denise Johnson, didn't she work for radio 910?
**A. Um-hum.**
MR. BELOW: All right. I think I'm done. Except for whatever you say, because I have to have the last word. Maybe not.
**THE WITNESS: 910 is the radio station?**
MR. BELOW: Yes. And then it was WADL TV station.

EXAMINATION

BY MR. ASAY:
Q. I'm going to just ask you some followup questions, Bishop Bloomer.
**A. Okay.**
Q. We talked a lot today about agreements and arrangements and contracts, that you say that you had with Kevin Adell and The Word Network. Do you remember all that testimony?
**A. Yes.**
Q. And it's your recollection that you had conversations with Mr. Adell about the price for certain religious items that would be provided you if you promoted those items?
**A. That's correct.**
Q. On the shelf, correct?
**A. That's correct.**

Page 233

Q. And that came -- those agreements were arrived between you and Mr. Adell?
**A. Yes.**
Q. And you had, throughout your time working with The Word Network, you maintained an expectation that you would be paid on those at some point?
**A. Yes.**
Q. I think Mr. Below asked you some questions about Mr. Adell and whether you knew him to sometimes say things or make jokes that were in poor taste. Do you remember that question?
**A. Yes.**
Q. I guess I'll say it like this. Did you know Mr. Adell to make jokes or comments in poor taste?
**A. Yes. And some of them, what I was trying to say to him, and he wouldn't let me, is that the poor taste is one thing, filthy and dirty and inappropriate is a whole another. So he would go out like that sometimes.**
Q. Do you have any examples of those sorts of things that Mr. Adell would say?
**A. A lot of things. There's women in the room.**
Q. Do you have any examples? And I know that some of that stuff may be ugly to say out loud, but I think it's important for the case.
**A. Just a lot of things. Pussy is a word that he uses, suck my**

Page 234

um, and he says this in open. Dodie walks by, and he'll say, look at her, she looks like a man. She's a scumbag. And she knows it, and she walk by. I mean, just filthy things or one time we was having the -- we was having a telethon, and the telethon there's food -- there's food around and stuff, and this really got to me -- in the black community, and I've been this color all my life, in the black community, there is certain terms that we use for certain things.

So if you've been to prison, you might not say you've been to prison, you might say you've been to rackers or you've been to Sing Sing. It's a term. You ain't never been across the street out of the state, but that's whatever the popular -- what have you -- is.

In our community, if this room was filled up and you had white people in the room and you had some black people who is of my age, around my age bracket, and you had fruit in the place, apples, oranges, grapes, pineapples and you had watermelon, and we were all inside this room, chances are all the other fruit is going to be eaten, there's going to be more watermelon left.

We had this service, and that's what happened. And so Kevin comes in, and he goes with the watermelon jokes. Any time you around -- the point that I'm making is that any time black people feel bothered or racially -- what you call it -- it's only defined by one word, nigger. So people who

Page 235

do it to us have figured out not to use that word anymore and use other things, shut up when I'm talking to you, things to belittle you and put you in your place and keep you in your place constantly. And he comes over to me and he says, where the fruit. I got watermelon for you all, you all didn't eat up all the watermelon. Who the hell are you talking to. But you say that, and people who don't know the watermelon stuff, they don't want -- he don't understand that, but understand it, and Kevin understand it and he knows exactly what he's doing.

The crack nigger stuff, and I don't care if you all go -- I don't care of they blow lines inside the 930, whatever the radio station is. I was coming out of a room where Quinton is, and it's a dark room and Quinton is -- I'm sorry. I'm getting side -- you ask me and I'll tell you.

Q. Let me ask you ask you a couple questions about the meme because it came out --

MR. BELOW: Are you about done?

MR. ASAY: Huh?

MR. BELOW: Are you about done?

MR. ASAY: I'm getting there.

MR. BELOW: It's not your dep.

MR. ASAY: I mean, I'm submitting everything on declaration, but --

MR. BELOW: You can't do that.

Page 236

(An off the record discussion was held).

BY MR. ASAY:

Q. Let me direct you back to Exhibit 15. And you remember looking at that exhibit?

A. What's Exhibit 15?

Q. This is the big stack.

MR. BELOW: 200 pages.

THE WITNESS: This right here?

BY MR. BELOW:

Q. Just look at the first page. I'm looking at 806, WNC 806.

A. Um-hum.

Q. And there's a very small picture of what we've called the meme. You recognize that picture?

A. Yeah.

Q. And that was a picture that we've discussed that Mr. Adell sent to you?

A. Yes.

Q. And is that something that you found offensive?

A. Yes. Absolutely.

Q. And did you communicate that to Mr. Adell?

A. Absolutely.

Q. Was there any point where Mr. Adell apologized for sending you that?

A. Never.

Page 237

Q. Did he tell you, hey, I just sent that to you to make you aware --

A. He never sent it to me. He showed it to me.

Q. Well, he sent it to you in the text message?

A. Yeah. But I'm saying the day that I got it, he showed it to me. We were in the hallway.

Q. And at that point, did he ever say, hey, I'm just showing this to you to make you aware of it?

A. No. He was laughing and he was proud of it.

Q. And if you look at page 813.

A. Um-hum.

Q. Do you see that text on that page?

A. Yes.

Q. And it this looks like it was a text from you back to Kevin, is that right?

A. Yes.

Q. And were you explaining to Kevin that the meme that he had sent you had a racist connotation?

A. Um-hum.

Q. Yes?

A. Yes.

Q. At any point did Mr. Adell express to you that he didn't realize it had a racist connotation?

A. No. At one point he said what the F, it's nothing, just a joke, get over it.

Page 254

**quoted, but this is what happened. He -- this guy that used to work over at the ADL --**
Q. WADL?
**A. WADL.**
Q. Okay.
**A. The other station that they have came over, and he was leaving, and Kevin said something, Ralph comes in, we're standing there, and Kevin is joking and he's making these -- he's saying different types of things, and then Kevin says -- and I said, Kevin, that's crazy. You wouldn't want anybody to say anything about Jewish people, and he says, yeah, because if they do, then it would be anti -- anti --**
Q. Semitism?
**A. Anti-Semitism.**
Q. Right.
**A. -- and I just pulled the Jew card. So we knew that he wouldn't say anything -- well, he could say whatever he wanted to say to anybody.**
Q. So we know -- the Tattoo comments were not nice, poor taste, but they were not necessarily part of the racial discrimination that you feel you've suffered, correct?
**A. I don't know what you're asking me. You asking me is that in the -- are you asking me is that in the lawsuit?**
Q. Yeah.
**A. I don't know. I haven't read the lawsuit over. I'm just**

Page 255

**saying it happened.**
Q. You just talked about it with Mr. Asay, and I just want to clarify. That's all.
**A. Kevin saying when I was coming out of Quinton's office, what are you two back there doing, sucking each other's dicks. That ain't inside the court, but he said it. So he asked me what other things were said, and I'm telling him all of the things that were said.**
Q. You did not like that, right?
**A. No. I didn't like it. Did you?**
Q. But I'm asking -- you also testified just a minute ago -- don't ask me if I like it, because I'm not in this case. Okay.
**A couple minutes ago with Mr. Asay, you said that you found it offensive that he called you Tattoo and he wanted to call you Tattoo, and I'm asking you why? Was it because Tattoo is short? He's not black. Why is that offensive?**
**A. Because in our community Tattoo is a term for a monkey.**
Q. Really?
**A. A dog. Yes. So I said to you, I don't know the terms of --**
Q. I've got to say, man, that's a new one to me, but okay.
**A. You know when you're --**
Q. All right. All right. I'm not in your community. I'm going to take that -- I've never heard that, but I'm going to take

Page 256

that as your answer that Tattoo means that you're a monkey. Is that what you took that to mean or did you take it to mean that was it was the Tattoo from Fantasy Island?
**A. I didn't think it was Tattoo from Fantasy Island. I don't think about Fantasy Island.**
Q. Did you know that to be the Tattoo reference from Fantasy Island when Kevin said that to you?
**A. Why is Kevin calling me Tattoo?**
Q. I don't know.
**A. Well, that's what you'll have to ask him.**
MR. BELOW: And you'll have a chance to do that. Okay. I think that's it.
MR. ASAY: I don't have any followup.
MR. BELOW: Thank you, Madam Court Reporter.
THE REPORTER: Okay. Can I have your orders?
MR. BELOW: Yeah. We'll take every piece.
MR. ASAY: Can you do -- I really just need a PDF and a TXT file, but if you can put that together in an e-tran.
THE REPORTER: Okay.
(The deposition was concluded at 5:55 p.m.)

Page 257

STATE OF MICHIGAN )
COUNTY OF OAKLAND )

I Debra M. Cummings, CSR 6037, and Notary Public, certify that this transcript, consisting of 257 pages, is a complete, true, and correct record of the testimony of GEORGE BLOOMER, held in this case on Friday, April 12, 2024.

I also certify that prior to taking this deposition, GEORGE BLOOMER was duly sworn to tell the truth.

I also certify that I am not a relative or employee of or an attorney for the party; or a relative or employee of an attorney for a party; or financially interested in the action.

Debra Cummings
______________________________
Debra M. Cummings CSR 6037
Notary Public: Livingston County, Michigan
My Commission expires: 7-18-2026
DATED: April 16, 2024

**$**

**$1,000** 201:19

**$1,900** 155:21

**$10** 39:24 40:9 49:6 50:19,21 55:15 79:18 81:18,21,23 83:20 84:11,21 85:4,15 86:9,22 88:5,7 96:2,3,5 97:10 112:13 194:16,17

**$10,000** 224:10

**$12** 85:4

**$12,000** 224:10

**$15** 82:8

**$2** 79:19

**$2,000** 46:5 49:18 64:8

**$295** 125:2

**$3** 40:16

**$31** 38:21

**$500** 131:8

**$560** 124:20

**$77** 39:24

**$88** 39:19

**(**

**(919)** 166:13

**0**

**02** 20:16

**1**

**1** 40:17 56:6,7,10,11,17 58:16,18

**1,000** 80:25 129:14

**1,000,000** 120:2

**1,100** 51:9

**1,700** 250:14,19,22

**1,960** 125:10

**1-23-63** 11:23

**1.5** 40:18

**10** 14:4 39:25 40:6 47:6 97:12 118:6 120:2 137:23,24 151:23,25 152:4 218:22 224:9,22

**10,00** 121:13

**100** 132:15 133:8 168:11,18

**100,000** 88:10 120:1 122:13 218:2

**107** 84:22

**10:00** 153:17 156:18

**11** 13:22 21:20 22:9 38:8 48:3 151:23 165:11,12,13,20,22

**117** 71:10,16

**12** 6:2 48:3 167:17,18,21 180:18 224:9,22

**120** 224:18

**13** 47:5 48:3 94:12,14 113:18 169:12,13 171:1,4

**130** 126:17

**14** 113:18 124:10 181:11,14 182:16

**15** 36:6 72:7 81:20 113:18,21 118:6 120:17,18 167:23 168:17 169:1 188:6,10 189:11,20 190:19 198:24 201:11 208:25 236:4,6 238:14 249:10

**150** 84:22 128:6 129:8 210:9,11, 12

**150s** 209:9 210:5,10

**159** 210:11

**15th** 180:18 247:8

**16** 108:5,25 113:18,21 190:20 198:10,13

**16th** 247:9

**17** 113:18,21 152:6 215:12,13,20 217:12,20,25 219:4

**175** 131:10

**18** 113:18,21 126:17

**18,000** 51:15

**19** 19:2,8 113:18,21 120:17 124:17 162:8 209:10

**1914** 123:22

**1927** 124:2

**1930** 123:22

**1981** 221:23

**1995** 16:10 18:1

**19th** 155:17,18

**2**

**2** 58:12 64:14,23 65:1 66:15,21 132:5

**2,000** 48:24 121:24 225:15

**2,425,000** 119:21

**20** 159:4 214:23 224:22

**20,000** 51:16

**200** 56:12,16 129:8 236:8

**2000** 20:14 21:12,18

**2001** 20:16 21:10,18 47:4

**2002** 47:4

**201** 58:23,24

**2010** 21:20 22:9

**2011** 21:11 22:9,24 24:25 25:14 26:6,8 28:16 35:12 47:5,7,23 48:2,4 94:1

**2012** 36:11,12 38:7,8,15 40:24 41:21

**2013** 41:21 48:4,9 49:15 53:16 93:24 94:16,17 95:24,25 96:16 99:8 107:25

**2014** 54:8,23 93:24

**2015** 56:21 71:17 72:6

**2016** 9:19 64:16 65:1 67:8

**2017** 70:23 108:6,25 110:16 132:5,19 152:1

**2018** 134:19 137:13

**2019** 9:19 94:19 124:10 154:17, 23 158:11,12,15 159:1,18 160:20 165:21 167:23 168:17 169:2 171:4 175:19 180:19 181:15 182:17 183:8 189:20 198:24 202:15,16,25 203:2,19 205:4

208:25 210:25 211:8

**2020** 162:5,6,10 214:9 215:3,22 216:7

**2021** 214:23

**2022** 33:25 34:12

**2023** 221:21

**2024** 6:2

**203** 56:14,16 59:1,5,6

**204** 56:12

**21** 56:21 64:16 65:1

**219** 126:18

**22** 34:1

**22nd** 210:24 211:8

**23** 171:4

**24** 67:8

**248 933-7878** 138:5

**25** 226:23

**25,000** 192:7

**250** 40:16

**27** 71:17

**277** 58:3 64:15

**27701** 10:8

**279** 66:8,24 67:2

**28** 124:17

**281** 67:1,14

**290** 66:9,24

**2:22-cv-12433** 6:10

**3**

**3** 40:16,18 49:7 66:10,23 67:5,7 68:13 69:22 181:15 182:17 238:16,17

**3,000** 89:11 90:17 121:19 218:17

**3,000,000** 210:12 217:20 218:8

**3,125,000** 119:20

**3.00** 40:18

**30** 37:2 39:22 82:20,21 118:9 159:4 226:23

**30-day** 38:19

**300** 128:19,20 129:8

**300,000** 217:20 218:7 225:23

**31** 36:24,25 37:1,10,12,13 38:9,21 134:19 152:1,6

**331** 165:20 167:15

**337** 167:22

**346** 151:25

**35** 226:23

**3:00** 140:3

**4**

**4** 71:11,15,16 180:22 215:21 216:7

**4,000** 192:7

**40** 226:23

**400** 14:20

**400,000** 225:23

**442** 84:4 108:5

**473** 132:5

**48** 10:8

**4:30** 175:25

**4th** 124:17 181:8,9

**5**

**5** 92:16,18,24 108:3,4 129:8 165:21

**5,000** 121:13 216:13,24,25 218:14,17,21

**50** 40:15,18 41:15 121:11 159:4

**50,000** 88:9

**500** 54:7 55:13 90:25 129:13,16 225:14

**500,000** 218:7

**52** 23:16,18 29:18

**5:00** 176:1 188:4

**5:55** 256:21

**6**

**6** 118:22,24 119:9 120:21,24 122:10 123:17 126:21 127:20 131:13 217:11,18,20,25

**600** 90:25

**61** 19:5

**655** 134:19

**6th** 166:8

**7**

**7** 123:17,19,22,24 124:8,9 126:8

**70** 40:15

**700** 39:7 89:16

**76** 55:22

**7:36** 167:23

**7:45:29** 64:16

**7th** 221:21

**8**

**8** 131:24 132:2,8,22 246:5

**8,000** 155:22

**800** 80:25 129:24

**806** 166:13 188:10 236:11

**80s** 12:4 252:6

**813** 237:10 238:10

**82** 238:15

**823** 238:14 239:4

**841** 239:12

**842** 239:18,20

**843** 239:24

**844** 240:7

**847** 240:12

**848** 240:23

**850** 240:25

**851** 241:18

**853** 242:12,15,16

**856** 190:7

**865** 189:11,13,18,19 190:8,9,15 192:18 243:13,15,16,17

**870** 244:16

**879** 245:6

**88** 39:25

**881** 245:6,7

**882** 245:16,18 246:11

**883** 188:11,14,16,17 190:19 192:18 246:7,12

**889** 188:10

**8:00** 153:17 156:18

**8:30** 65:5,14

**9**

**9** 49:8 134:2,5,18 138:4,22

**9-11-2019** 239:14

**9-12-2019** 240:15

**9-16** 246:10

**9-4-2019** 239:15

**90s** 15:12

**910** 232:4,9

**919 806-6158** 112:1 167:24

**92** 15:14

**930** 235:12

**95** 19:5

**96** 15:15

**99** 169:21

**9:00** 153:17

**9:35** 6:3

**A**

**a.m.** 6:3 64:16

**ability** 59:19 227:18

**about** 6:3 8:5,14 13:2 14:20 17:16 18:4,5 19:2 20:10 24:13,17, 18 27:7 29:18 30:2,3 32:12,17,22 35:15,19 38:6 44:25 45:1,12 46:5, 12 47:5 48:24 49:6 50:4 51:18 54:13 57:11 58:6,18 60:1,2,4 63:13,15,16 65:8,15,17,19 66:1,4 67:19 68:11,12 71:25 72:1,11 73:16,17 74:4,20 75:2,3,25 79:5 80:10,12,15,16 81:4,18,22,23 85:11 86:10 89:5,14,21,24,25 90:5,6,9,19 91:14,16,17,19,20 92:1,9,10,21,24 93:17,21 97:17 98:13 99:13,15,20 101:16 104:9 105:5,18 107:10 108:7,23,24 110:1,6 112:4,15 114:6,17 115:1, 4,7 116:25 117:16 118:2 120:8,23 121:2,7 122:17 124:7 125:8,20 127:17,21 128:3 131:13 133:21 135:1,3,4,18 137:5 143:2 144:2 147:7 152:6,9,12,17 153:6 154:15 156:23 160:6,8 161:18 163:11,24 164:10 165:8 166:18,19,23 167:6, 9 168:4,23 170:10,15 172:15 173:6,11,13 175:4,16,17,25 176:17 178:12,13 179:15 180:23 181:7,21 182:10,11 183:3,4,20 184:23 186:4,22 187:4,8,18 188:13 190:12,20 191:1,2,4,13, 17,19,21 192:21 194:16 196:16, 17,18 198:25 199:2,3,16,19 200:20 201:3,17 203:7,10,13,15 204:1,5,7,8,9,10,11,12,25 205:24 206:13 207:3,6,7,18 208:8,10,13, 25 209:2,16,25 210:25 212:1 213:12,13,17 214:8 218:12,14 219:18 222:12 224:2,3,18 228:17, 18 229:3,13,15 230:10,12,18,23 231:2,16,17,21,22,25 232:16,21 233:8 235:16,18,20 239:2,5,9 241:13 242:25 244:8 245:1,2,4 246:5 247:6,23,25 248:12,20,23 249:10,18 250:25 251:1,8,22 252:17 253:16,18,19,20 254:11 255:2 256:5

**above** 68:4 119:14

**absolutely** 12:14 24:1 27:16 104:3 108:21 216:1,23 236:20,22

**accepted** 57:22

**accommodations** 27:17

**accompany** 28:10

**accomplished** 180:7

**accordance** 219:16

**according** 42:18,19 105:15,23

**accordingly** 148:5

**account** 10:17,25 11:6,12 93:6,8 94:19,21,22 95:4,6

**accountant** 172:18

**accounted** 93:1

**accounting** 93:3,4 95:8 128:13

**accrued** 221:23

**accuracy** 121:2 181:22 198:15 210:14 219:11

**accurate** 8:9 169:21 181:23 182:1 202:18 203:20,21,25 210:11 216:6

**acknowledge** 160:25 161:1 172:8

**acquired** 219:16 222:6,15

**across** 120:16 234:12

**act** 100:17 103:1,2,5 105:2 141:5

**acted** 103:9 105:4

**acting** 103:7 142:18 149:2

**action** 36:7

**active** 226:24

**actual** 12:4 51:18 52:24 169:24 218:12

**actually** 18:24 29:15 41:19 53:1 65:4,12,13 67:1 78:20 101:17 111:16 113:5 119:10 136:22 137:2 154:4 155:22 168:3 182:9 188:12 214:12 215:20 226:23

**ad** 166:15,22

**add** 222:9,10,12

**addiction** 13:1

**addictions** 18:22

**additional** 124:2 226:13

**address** 10:7 223:8

**addresses** 119:11

**adds** 225:2

**Adell** 20:10,12 21:2,3 22:2 54:6 56:11 64:16 67:9 71:18 95:22 107:1 108:6 114:15 132:6,15 133:8 134:20 150:3 152:2 154:22 164:15 165:2 172:2 175:2,4 192:18 215:5,23 216:17 232:17, 21 233:2,8,13,20 236:16,21,23 237:22 238:3,23 239:9,15 240:1, 13 241:1,18 242:25 243:23,25 244:11,16,23 245:8,19 246:10 248:18

**Adell's** 240:8 242:15 243:8

**ADL** 26:10 254:2

**admire** 175:17

**admired** 175:16

**admit** 216:21

**ads** 166:20

**advance** 108:19 222:14

**advantage** 116:4

**Adventist** 18:7,8

**Adventists** 18:8

**affiliated** 225:4

**affirmative** 219:25

**afforded** 107:3

**affront** 207:7

**afraid** 117:21,23,24 239:11

**African** 185:1 208:17

**after** 14:20 17:14 19:3,6,16 35:12 38:15 40:24 53:16 54:19 68:15,16 69:4,22 76:17 77:15,16 93:22 99:10 105:22 106:6 110:16,17 127:24 133:10 145:2 162:7,19 163:5 171:11 180:23,25 181:7,8 184:15 201:21 202:19 208:25 213:25 214:9 219:16 221:24 222:6,15 239:8 242:6

**afterwards** 241:13

**again** 26:5 27:2,6 28:16 32:10 35:13 41:20 46:4 53:3,16 60:8,21 87:21 88:20 93:1 96:11 97:9 104:23 105:2 121:20 132:18 133:9 141:11 146:11 147:20 153:2 166:23 172:17 175:22 181:2 183:18 191:16 198:14 214:16 221:9 229:16 240:12,23 245:19 253:12

**against** 30:19 143:20 144:3 177:2

**age** 19:1,4,8 234:16

**agendas** 186:7

**ago** 8:7 14:2,4,5,6 33:22 39:12 88:19 93:20 115:14 121:24 127:25 172:6 179:11 184:24 196:20 255:11,14

**agree** 103:7 111:18 118:11 138:23 167:10 217:5,7 220:15,17 221:4,9 222:13 242:13 252:21

**agreement** 6:19 22:2 24:19 25:10 27:4,6,13 28:20 29:1 30:11 31:3 32:10,12 35:9,12,14 39:23 40:24 47:22 70:19 73:17 79:24 81:9,10 84:23 85:3 96:11,15 97:4, 6,14 114:1 126:22 219:17

**agreements** 24:13 151:8 232:16 233:1

**ah** 53:19

**ahead** 31:11 32:9 60:20 61:14,19 77:9 103:17,19,20 121:16 130:24 145:3 149:16 179:3 193:21 216:10

**ain't** 126:5 234:11 243:6 248:12 255:6

**air** 24:25 35:16,17 45:25 46:8 49:20 54:5 128:24 157:8,24 159:1,5 177:11 202:24 205:15

**aired** 157:9 202:13,16,23 203:18

**airfare** 27:18

**airing** 191:2

**airports** 184:20,21

**airtime** 47:20

**align** 134:21

**allegation** 165:18 166:2

**allegations** 221:25

**allege** 88:5 105:16 213:23

**alleged** 107:12 118:3 122:9 124:23 130:18 133:2 215:7 217:6 219:6 220:23

**allegedly** 93:6 166:3

**alleging** 91:17 115:5 216:22

**allotment** 40:15

**allowed** 70:10 101:22 116:4 146:21,22 149:1 163:23

**allowing** 35:23

**almost** 58:7 110:6 179:25 227:23

**along** 35:10 51:5 91:10 94:6 133:2 185:20

**already** 21:13 50:21 54:20,21 56:19 57:8 62:8 75:2 78:24 108:25 134:18 136:14 138:25 142:20 151:24 188:23 220:19 229:21

**also** 10:20,21 67:8 73:6,13,17 77:24 81:2 91:24 127:17 130:2,12 138:21 151:12,13 203:12 224:18 232:3 249:3 255:11

**altogether** 140:23

**always** 43:10 66:16 93:13 112:16 137:19 151:13 175:7 186:10,11, 12 188:1 191:8 228:25 248:14,15

**am** 11:9 37:15 47:25 55:14 103:7 132:14 133:8 135:3 141:7 142:2, 11,18 144:25 148:19 164:1,19 178:17 207:24

**Amanda** 6:15 58:3 66:9 144:3 147:12

**America** 201:17

**American** 185:1 208:17

**among** 7:22 253:5

**amount** 43:8 84:5 91:9,12,22 98:14,19 99:21 106:6 107:24 128:21 130:18 131:2 153:6 156:7 202:22 203:15 216:6,15 217:7 218:7 219:6

**amounts** 112:7 116:19 118:3 130:19 217:13,15

**anger** 205:9

**angry** 135:3 205:7 210:17,19,21 211:1,8,22 212:4

**animated** 69:24

**animation** 70:2

**ankle** 115:22

**another** 16:23 20:23 21:1 23:19 24:6 41:16 46:13 58:4 70:16 71:14 76:18 77:17 80:13 81:12 92:15 118:21 121:23 126:19 143:23 225:14 233:17 241:9 245:8,19 253:25

**answer** 6:24 7:3,11 9:12 12:16 14:22 30:13,15 33:8 37:20 54:25 62:11 69:18 84:25 89:6 91:8 93:11,12 96:13 101:10,11,24 102:15 106:19,20,21 107:22 109:3 111:24 118:7 134:14 151:7 185:25 186:15 188:24 193:19 197:19 207:4 208:7 209:12,13 216:10 227:13 229:4 246:19 249:25 256:1

**answered** 60:20 62:8,9 100:21 116:14 138:25 154:5 185:22 192:21 207:25 208:5 247:1

**answering** 62:13,15 97:1 105:8 117:18,19 207:22,24 217:9 247:1

**answers** 7:3,8 118:20

**anti** 254:12

**Anti-semitism** 254:14

**any** 7:14,17 9:2,22 11:4,18 13:5 17:7 20:7 28:17,24 29:21 30:5,7, 11,18,24 36:14 39:9 43:8,24 46:16 49:16 50:11 52:10 53:1,2 57:17 60:18 61:16 62:8 63:21,24 86:10 87:15 89:21 91:5 92:2 93:3, 4 94:9 95:4 98:19,22 102:21 108:11 113:17 115:2 118:3 120:20 126:15 127:13 135:19 143:5 150:25 153:2,6,8 156:1 159:15 166:7 171:22 178:15 179:24 190:23 192:16,22 195:12, 17,18 205:7,22 206:5 207:7,20,22 212:14 213:20 222:20 223:17,23 226:3,4,25 227:25 228:9 233:19, 22 234:23 236:23 237:22 248:18 250:13 256:13

**anybody** 136:2 162:3 178:3,4 201:19 254:10,18

**anymore** 49:2 184:17 207:22 235:1

**anyone** 13:16 47:9 58:9 127:10 143:9 206:19 207:1

**anything** 11:14 17:6 24:18 30:2 41:9 57:11 58:5 75:22 85:3 92:5 99:13 102:4,7 104:8 108:17 109:6 114:1 117:20 118:2,5 123:23 146:1 153:5,13 163:11 165:2 166:16,25 167:4,5 191:1,13,17 196:18 207:1 212:13 219:1,4 222:7,9,10 225:2 228:3 247:10 253:8 254:11,17

**anytime** 41:25

**anyway** 22:7 30:25 65:24 124:7 156:2 167:13 185:3

**anywhere** 32:11 226:12

**apart** 221:5

**apologize** 70:12,14,15 214:7

**apologized** 236:23

**App** 16:23 45:23

**apparent** 251:15

**apparently** 119:24

**appear** 29:5 158:14

**appearance** 135:1 136:10 139:16,18

**appearances** 25:23 38:24 44:11 45:9,15 136:16 224:21

**appeared** 39:5

**appearing** 147:25

**apples** 234:17

**applicable** 222:6

**applies** 220:1

**appointment** 8:16,17

**appointments** 9:14

**appreciate** 60:16 101:1 103:13, 14 108:18 126:11 194:14 196:9 202:7

**appreciated** 73:13 194:12

**approve** 66:5 216:4

**approved** 219:5

**approximation** 120:15

**April** 6:2

**Arcenia** 122:22,25 128:12

**area** 20:20 76:18 118:8

**aren't** 109:21 110:6 191:3

**argued** 221:3

**arguments** 147:5

**Ark** 90:23

**arm** 228:2

**around** 19:8 21:10,12,18 24:25 41:21 48:9 49:15,18 56:21 64:25 68:25 71:9 74:8,11,13 94:14 96:16 115:19 129:18 173:18 176:1 180:1,22 183:8 185:17 231:13 234:5,16,23 243:4 248:2

**arrangement** 24:17,19 25:8 36:15 42:25 47:16,23 53:17 59:19 61:11 74:21 79:17 81:14,15 82:11,23 84:4,8 93:7 95:20 96:1, 2,6,11 99:11 105:16 106:17 107:14 131:4,5 250:23

**arrangements** 24:14 25:5 48:11 220:21 232:16

**arrested** 12:12

**arrived** 233:1

**article** 163:8,9,11,13 164:6 165:3

**artist** 45:6

**Asay** 9:11 30:13,15 32:6 33:8 58:6 60:20 61:14,19 69:18 72:23, 25 96:13 98:1 99:17,23 100:1,4 102:11,13,22 103:4,11 104:7,12, 16,18,25 105:11 116:14 118:8,12 119:7 124:1 138:1,4,7,9,13 144:23 145:19,21,24 146:3,6,10 150:19,22 162:1 163:25 164:3,4 170:2 172:12 179:3 181:21 193:21 200:12,17 208:9,14 210:1 211:6 216:8 217:22 219:14,23 220:2,6,12,15,24 221:1,5,7,9,15, 18 222:9,11,17 232:12 235:19,21, 23 236:3 241:25 242:4,10,11,14 249:9 250:3 255:2,14 256:13,17

**aside** 179:6

**ask** 7:1 14:22 20:19 27:3,5 30:4 32:8 35:13 37:5 53:3 57:13 58:19 66:20 69:2,4 70:10 72:19 76:21

83:17,19 84:3 92:24 93:8,12 97:17 98:8 105:11 108:7 115:7 116:1 123:23 124:7 125:16 127:8, 10,12 137:5 138:1 139:5,14 142:24 149:18 162:1,21 163:2,24 168:14 170:10,18 172:12 176:10, 12 181:21 182:11 183:18 186:18 188:12 197:18 199:6 201:8,18 203:7 206:8,9 223:19,20 228:20 232:13 235:15,16 241:9 255:12 256:10

**asked** 7:4 13:2 26:20 30:2 60:20 73:21 84:2,3 93:17 104:13,18 105:18,25 115:1,3 116:10,14 118:9 127:11,15,16 128:16 131:6 135:16 136:1,15 170:15 185:22 190:2 191:17 195:20 196:20 208:5 209:2 226:9 233:8 255:6

**asking** 27:11 29:18 34:17 35:19 38:19 62:12 67:10 70:11 80:16 91:19 93:9 95:2,5,9 96:1 98:8 102:14 104:22 105:14 107:13 108:23,24 109:20 110:5,6 112:3 113:15 117:24 141:24,25 144:2 152:7,10,12 154:19 185:21 186:22 190:12,16,22,23 192:19, 20 203:10 204:1 206:10 208:1 213:2,24 228:13 229:22 252:20, 21 254:22,23 255:11,16

**asks** 201:19

**ass** 177:20 247:12,13,14,19

**assembled** 16:16

**assert** 107:24

**assigned** 96:9

**assignment** 186:4,6

**assist** 37:22

**assistance** 37:17

**assistant** 27:16,18,20

**assistants** 37:18

**associate** 151:17

**associates** 151:1

**assume** 33:6 248:14

**Atlanta** 223:7 226:16

**atmosphere** 196:3

**atrocious** 103:25

**attached** 124:3

**attend** 15:4,18 16:1 145:8

**attending** 19:16

**attention** 65:2 66:25 243:19

**attest** 119:5

**attorney** 119:3 143:24 172:12 216:16 217:17 218:18

**attorneys** 134:24 141:5 217:3,8 218:5,6,23

**attracts** 196:4

**audience** 26:4 36:17 51:14 107:2

**author** 37:14,19 38:2

**authority** 43:12 48:24 51:25 52:1 59:19 62:24

**authors** 23:6

**auxiliaries** 35:3

**auxiliary** 35:5

**average** 224:8

**avoid** 105:8

**aware** 21:19 124:10 137:13 150:7 159:18 237:2,8

**away** 54:3 62:7 102:12 135:4 175:8 180:6 212:24

**awesome** 13:4

**B**

**B-Y-N-U-M** 150:22

**Babylon** 163:9 165:3

**back** 12:4 18:1 20:14 21:7 22:24 24:15 27:3 28:13 34:1 38:16 42:25 48:25 51:19,23 56:4 60:17 62:17 63:7 64:8,22 65:9,12,25 66:2 76:12 91:7 94:12 96:11 99:7 105:14 109:19,25 118:18 121:9, 10 139:1 141:4 143:13 148:23 149:12 163:7 166:24 170:19 174:10 177:12 180:15,18 181:5 184:14 185:2 188:25 189:1,9 190:7 201:1,8,17 202:7 207:17 221:23 224:6,20 227:6 236:4 237:14 239:7,16,17 240:25 241:19 242:12,15 243:6,18 244:18 247:24 251:7 252:6 255:5

**backs** 91:5

**backtracking** 198:1,2

**bad** 12:11 71:4 72:8 180:1,3 183:21 197:20

**badger** 100:18

**badgering** 101:9 102:1,2

**ball** 46:13 205:2

**ballplayer** 115:22

**bare** 42:3

**base** 36:18 44:3 88:13 129:13

**based** 37:6,7 94:20,25 97:23 98:23 111:6 113:13 119:15 123:7, 10 125:15 156:9

**basic** 6:24 47:2

**basically** 169:21

**basing** 88:21

**basis** 44:14 47:15 104:13,18,19 114:9,10 127:13 144:16 226:5

**bate** 123:22 238:10

**bates** 56:12 64:14 66:24 71:16 108:4 132:5 134:19 151:25 165:20 167:22 188:10

**Battles** 219:21 220:3,5,7 222:1, 15

**bears** 216:21

**beat** 147:18

**became** 20:17 21:19 46:3

**because** 7:10 16:22 18:14 21:1 23:18,23 26:10,16 29:16 30:17 31:17 34:17 35:21 38:10 41:6 43:14 48:11,14 49:6 52:9,17 53:3, 7,18 54:2 55:21 57:7,9 59:17 60:8 63:3 68:9 70:3,18,22 75:7 78:24 80:10,19 81:21 82:4,19 83:8,9 85:2,7 86:12 89:13 90:6 91:2,10 95:10 96:9,15 98:3,16 100:1 101:13 102:15 107:8 108:1,24 110:16 111:10 113:6,11 114:12, 23 121:12,17 127:5 128:14 130:22 135:3,10 136:10 137:5

139:4,15 141:21 142:15 143:19 144:5 145:10 146:21 148:17,19 149:4 152:18,25 153:19 155:18 156:24 157:8 158:16,20 159:5 160:8 161:2,25 164:11 171:2,25 172:5 176:3 177:12 179:7,8,25 180:12,14,23 182:9 183:7,11,15, 18 184:20 186:11,20 189:25 190:5 191:4 192:1,12,21 193:6, 14,23 194:4 195:10,11,12 196:23 197:3,19 198:16 199:9,14 200:2, 13 201:12 202:8,20 204:13,15 205:14,25 206:12,17 207:9,25 208:1 209:13,20 212:14,15 214:2, 12 216:23 221:25 222:4 224:19 225:13 229:24 231:13 232:7 235:17 240:21 246:19,25 248:15 253:20,25 254:12 255:12,17,19

**become** 17:14,24

**becoming** 69:24 154:6

**been** 6:5 7:22 10:9 11:21,24,25 12:1,12 13:3,7,14 18:23 21:11 25:23 26:6 41:25 43:19 51:6 53:23 58:6 84:16 88:7 91:10 93:24,25 96:16 100:5 101:2,25 103:25 112:15,23 118:8 122:21 132:7 136:16 139:22 142:13 153:1 157:1 168:12 169:10 170:17 176:22 177:2,3 180:17 182:3 184:16 191:14 193:23 195:2 221:4 224:19 225:25 234:7, 9,10,11,12 243:4 246:16,24 247:2

**before** 6:22 7:15,17 8:3,7 12:16 36:9 42:16,17,25 62:9 73:20 74:5, 12 82:21,24 92:24 109:9,10 121:19 122:21 124:1 127:23 128:3,22 129:17 132:14 138:10 148:23 154:14 181:21 189:2 191:9 193:4 202:5,6,24 216:4 219:14 246:25

**began** 35:18 176:2 184:19

**begging** 65:4,8,13

**begin** 36:13 38:9

**beginning** 24:25 47:23 93:16 110:25 120:14 152:22 165:19 200:4,13 214:9 224:20

**behalf** 101:14 229:23

**behave** 142:24

**behaved** 196:14

**behaving** 143:2

**behavior** 57:7,22 101:2 103:24 141:17

**behind** 38:22

**being** 30:2 44:21 50:12 54:17 62:20 79:23 105:15 109:22 115:7 133:21 142:14 153:2 176:19 196:12 200:13 225:4 227:17 241:7 245:2 250:1 251:2,22 252:17

**believe** 15:25 47:4 106:13 114:24 124:13 152:2 183:4 186:16,23 187:14 219:15 222:5 246:13,14,24 249:1

**believed** 107:17 114:23

**belittle** 235:3

**Below** 6:8,12 9:13 12:19 30:16 32:7 33:11 56:9,15 58:8,14 60:22 61:15,20 64:21 66:14 69:17,20 71:13 73:1 87:8,11,14 92:15,20 96:14 98:2 99:19,25 100:3,6,8,12, 15,20,22 101:5,8,12,17,22 102:2, 5,9,12,18,21,24 103:2,5,9,12,14, 16,18,21,23 104:2,5,10,14,17,23 105:4,7,13 116:15 118:11,14,17, 24 119:8 123:21 124:6 132:4 134:4,9 138:3,6,8,10,15,18 140:14,22 141:1,6,12,14,18,20,23 142:2,5,7,9,22 143:1,5,8,16,19 144:1,8,11,15 145:5,11,15,20,23 146:1,4,8,12,17,18,21,25 147:4,7, 11,14,17,21 148:3,6,8,11,15 149:1,8 150:24 157:18,19 161:8 162:2 164:1,4,5 165:7,10,12,15 167:17,20 169:11,15 170:3,6,25 171:21 181:13 182:5 187:1 188:8 194:2 198:12 200:16,18 206:15, 22 208:11,15 210:3 211:7 214:21 215:11,15 216:18 217:23,24 219:21,24 220:4,8,13,17,25 221:3,6,8,11,14 222:8,10,13,18, 19 232:6,10 233:8 235:18,20,22, 25 236:8,10 241:24 242:2,8,13 249:23 250:5,10 256:11,14,16

**bend** 243:7

**benefit** 12:22

**Benny** 164:17,18 201:4,14 202:5, 8,9 204:1,7,9,10,11,12 205:4,24 206:13 207:4,14,16,17 208:9,10

**Bernard** 133:13,14 169:7 171:7

**best** 74:24 77:19 171:3 198:17 227:3

**Bethel** 10:24,25 11:2 14:7,8,9,11, 19 16:24 35:7 43:19,25 44:5,7,12 62:21,22 151:3 181:16 226:4,11

**better** 26:3,15 36:3 111:22 151:19 154:20 199:6 209:16,22 213:5 227:16 231:8 253:4,8

**between** 7:23 9:18 18:14 19:11 22:12,14,16,17 31:8 32:14,19 46:8 51:15 56:11 64:15 65:5,14 67:9 71:18 72:18 108:6 124:17 150:2 153:17 154:11 192:10 203:16 210:11,18 224:21 233:1 246:11 253:6

**beyond** 249:12

**bible** 15:8,9,10,13,18,19 19:12 53:19,20,24,25 54:3,12,18 75:5,7, 8,25 76:3,4,14,17,18,23 77:1,2, 15,16,17,19,22,23 78:6,7,8,10,14, 15,24 79:2 85:16,18 86:10 87:23, 25 88:9 91:14,15,16,20 119:25 120:5,8,12 125:8 126:25 128:15 130:9,19 131:18 132:13 152:9,13, 18,19,20 153:5,8 184:23 209:23

**bibles** 53:21 54:3,7,11 55:1,2,10, 12,13,14,15,18,19 74:20 75:6,8,9 76:4,6,9,15,25 77:25 78:5,8,19, 20,24 84:10,11,13,16,20,22 86:15,18 87:3,17 88:10,15 89:8, 11,12 90:17,20,22 91:25 92:2 96:3 116:21 121:8,19 127:14 128:6,21,22 129:11,16 130:8 131:14 132:19 153:3 168:22 192:8 194:18 216:12,24 218:2,17 230:15,19 231:24 250:15

**big** 35:14 59:3 154:6 176:5 185:12,13,14 204:23,25 213:1 236:7 239:2

**birth** 11:22

**bishop** 16:5,8,23,24,25 17:2,15, 18,22,24 26:14 184:21 205:19 222:23 232:13

**bishop's** 16:18

**bishopry** 17:10

**bishops** 16:9,11,13,15,20,22,25

**bit** 12:21 18:5 26:6 43:6 57:2 76:12 80:7 108:9 115:7 193:11 249:18

**bitch** 247:16

**black** 21:4 67:19 109:15,16 164:7 166:3 173:9,17 176:20,25 177:12, 20 195:8,14 230:6,8,11,21,22,25 231:1,3,8 234:6,7,15,24 238:8,12, 23,25 247:12,13,14,19 248:5 251:15 255:17

**blacks** 67:16

**blah** 50:18 128:6 184:17,18 248:7

**blessing** 115:19,20

**blew** 175:8

**blinding** 164:7

**block** 225:16

**bloggers** 201:3

**Bloomer** 6:4,9 12:15 13:15 16:5 43:22,24 44:1,3,7,10,13 45:18 64:15 71:18 75:24 78:4 79:8 80:18 86:4 87:15,16 92:6 108:6,7 112:6,12,23 116:25 125:2,3,20 130:6,20 132:6 134:20 152:1 154:12 165:20 167:14,22 176:15 184:21 220:13,20 232:14 248:3 250:12,24

**Bloomer's** 45:19

**Bloomers** 10:20 44:9 80:19 112:17

**blow** 235:12

**blowing** 176:24

**blows** 83:22

**board** 35:6 120:17

**boardroom** 195:10,11

**body** 20:7 201:24

**bomb** 166:17

**Bonhill** 10:8

**book** 8:16,17 9:18 20:17 36:25 37:1,7,13 39:17,21,24 40:8,13 48:11 51:7 53:7 77:3 82:4 129:5 130:6 161:15 162:14,16,18

**books** 36:22 40:2,20 41:1 43:1,4 50:19,21,23 51:9,13 53:7,8,14 55:22 73:17 74:21,24 75:3,20 77:10 80:16,17,19,21,24,25 81:9 82:11,24 83:2,14 92:6,8 95:1 96:3,6 112:18 116:19,20,22 127:13,14 128:13 130:3,7,8,13,20 152:25 190:13 194:16 195:5,6 250:13,14,16

**boss** 30:10 230:4 231:4

**both** 12:17 14:1 61:8 104:4 136:8 148:18 206:21

**bother** 205:25

**bothered** 108:13 113:7 164:11 234:24

**bothering** 91:3

**bottles** 113:7

**bottom** 149:22 168:3,10 171:23 188:15 202:10

**bought** 40:14 47:9 76:23 112:19 130:24

**bow** 243:3

**boy** 185:1 204:22

**boycott** 199:9,10,13,14,15,19,22, 25 200:2 212:9,14,17,18 213:10, 12,13,22,23

**boycotting** 183:7

**boys** 153:12,23 154:1 222:20

**bracket** 234:16

**brain** 134:12

**brainchilds** 78:9

**brainwashing** 164:7

**branded** 53:25 54:12 55:2 75:5, 6,8,10,11,18,25 76:6 78:25 152:20

**break** 56:5 58:8 61:16,18 118:18

**breakdown** 154:17

**breaks** 115:22

**Brian** 153:19

**briefly** 56:4

**bring** 16:16,25 39:2 41:7 66:25 78:13 109:25 130:14 132:13 136:7 143:19,20 144:1 150:8 178:5 185:19

**bringing** 43:16 48:12 65:12 70:3 109:19 158:10 166:21

**brings** 53:25 196:19

**britches** 204:25

**broadcast** 181:18 212:5

**broadcasted** 181:16

**broadcasters** 244:7

**broader** 132:6

**broke** 154:10 180:14 184:13 247:24 251:6

**broken** 228:2

**broker** 47:20

**Brooks** 214:24 215:21

**brother** 144:23 176:4

**brotherly** 211:10

**brought** 26:19 47:19 51:5,11,15 52:10 54:4 62:16 63:7 70:18 77:15,18 136:15 139:12

**buck** 40:15,18

**bucks** 40:6 49:7

**build** 26:18 35:18 36:18 49:12 129:18

**building** 26:10 41:5 51:18 65:17 180:20 195:2,4

**buildings** 201:23

**builds** 41:4,5

**built** 196:5

**bullshit** 71:23

**bunch** 19:15 109:21 110:7 156:20 157:4 166:19 196:17

**business** 19:9 57:15 95:3 106:22 107:12,13 114:14 137:11,14 151:1,11,13,19 152:8 183:21 187:17,18,25 190:21 191:3 192:5, 10,12,13 194:20 205:8,12,13,14 207:9,11 211:21,24 220:21 226:1 241:7

**busted** 13:5

**buy** 40:2 128:20,21 129:13 248:7

**buying** 50:19,21 76:6 78:19 121:12 182:22

**buys** 40:8

**Bynem** 150:3 247:21

**Bynum** 150:7,9,12,15,16,17,20, 22

## C

**Caicos** 108:20

**cake** 195:2,4

**calendar** 8:18,20,21,22,23 9:18, 21 10:5

**call** 6:10 11:14,15 15:6,7,8,9 16:5 20:24 24:18,19 26:2 27:3 36:3,7,8 38:21 41:5,8,20,23,24 42:1,2,5,22 45:12 49:8 51:20 52:1 54:12,17, 19,20,24 56:24 57:13 59:12,14,17 60:7 62:23 63:1 67:24 69:11 75:4 88:15 101:12 105:3 111:6 113:22 119:16 121:9,12 126:12 129:7 133:11 140:23 146:8,9 147:1,3,4, 11 148:8,9,13,24,25 170:5 173:16 176:13,15,16 183:15,16 188:24 195:8,9 202:3 203:8,11 211:11 214:16 216:13 218:22 234:24 240:21 241:13 251:9 252:24,25 255:16

**called** 20:17,21 21:7 23:1 34:2 37:1 43:12 55:12 69:5,21 81:20 82:4,5 111:11 118:25 121:10 127:23 133:17 139:20 162:14 163:13,16 181:2 188:25 189:9 190:6 199:10,13,14,15 200:1 204:5,10 214:24 236:13 246:18, 23 248:13,23 249:3 255:15

**calling** 26:14,17 31:15,16 51:8, 16 63:3 104:23 108:2 111:4 204:13 205:18 240:4 246:18,24 247:2 252:17,22,23,25 256:8

**calls** 36:4 70:19 128:19 184:16 185:8 204:23 248:11

**calm** 110:13,15,17

**Calmed** 110:18

**calming** 109:17

**came** 18:12 21:5 23:17,18 25:14 26:21,22 28:7 31:5 43:12 47:9 50:23 51:5 68:21 76:19 88:20 92:13 94:5 135:6 136:11,13 139:13,25 155:18,21,22 176:1 194:25 203:14 205:4 209:24 216:14 217:3 233:1 235:17 247:8 254:6

**camel's** 180:14 184:13 247:24 251:6

**camera** 26:20 106:23

**campaign** 41:12

**can** 6:10 7:2 12:17,21 13:9 25:12 26:14 30:13,15 31:5 32:8 34:5 38:17 40:15 41:24 46:7 55:14 59:24 64:17 65:9 66:3 67:3 70:16 71:15,21 74:11 76:12,21 77:22 78:15,18 79:3 81:17 83:1 84:18 86:7 87:9,22 89:13 92:3 95:19 96:13 105:21 108:17 109:2 115:7 116:1 119:10,11 127:5 131:15 132:7,21,24 134:13,14 138:1,15 139:1 142:6 143:24 145:3,4,5,6 147:3,5,9,13 148:12,13,20,22 152:11 156:7,10 161:23 162:3 166:21 168:21 170:10,18 172:12 175:20 176:18 179:9 182:11,15, 18,20 183:17 184:21 191:16 193:14,16 201:8 206:9,19 207:1 208:9 211:25 212:22 217:21 219:12 223:9,10 227:16 229:4,15 230:5 246:1 247:10 249:24 250:6 256:15,17,18

**can't** 7:5 9:10 22:18 23:18 30:12 34:15 54:25 65:10 67:15 76:17 104:4,8 105:9 145:10,20 155:8 156:8,10 166:18 170:8 177:14,15 185:14 197:18 213:13 235:25 246:16 253:4

**Canada** 239:1

**cancel** 30:4,12

**cancels** 30:18,22

**cannot** 140:23 141:1

**car** 177:3 248:9

**card** 254:16

**care** 93:14,18 108:18 117:7 137:11 147:10 162:22 220:17 235:11,12 243:10,12

**carefully** 198:4

**Carolina** 10:8 44:4 185:9

**carpet** 166:17

**carry** 53:24 177:21

**cars** 182:23

**Carson** 23:5

**case** 6:10,13 7:22 19:18 24:14 32:1 43:10 50:13 88:20 90:4 91:24 101:3 103:10 104:2,6 107:13 127:22,24 130:18 132:7 139:11 143:11 173:11 182:1 198:15 220:5,7,9,10,12 221:2 222:16 223:15 228:17,18 229:4 233:24 250:13 251:19,20 255:12

**cases** 221:3

**cash** 183:16

**Catchy** 162:16

**cause** 144:19

**CBN** 38:23 39:3,5,11

**CD** 45:9

**center** 10:24,25 11:2 14:11 36:4 41:5,20,23,24 42:3,5,22 44:12 54:17,19,20,24 59:12,14,17 62:23 63:2 88:15,24 119:16 122:23 129:8 181:17 183:16

**certain** 78:23 82:14 96:22 106:6 128:16,21 131:7 173:18 177:15 221:19 232:21 234:8

**chairs** 195:11,13

**chance** 56:17 64:22 67:4 119:9 188:17 256:11

**chances** 234:18

**change** 35:12,19 38:14,15 40:24 53:16 59:3 174:20 217:21

**changed** 35:21 48:7,9,10 49:14, 15 53:18

**changes** 36:15

**channel** 171:8

**chapter** 161:14,16

**character** 241:8 252:4

**characterization** 216:8

**characterize** 74:5

**charge** 50:14,15

**charges** 17:25

**Charisma** 76:3 129:12

**chart** 119:11,12,14

**check** 22:4 112:16 113:13 114:2, 3,5 152:23 187:17 253:14

**checked** 113:5 253:11,14

**checks** 12:11 112:16,18

**cherry** 195:2

**child** 100:24 101:18 175:9

**children** 10:13

**children's** 35:6

**chill** 102:22 104:7,8

**chitchat** 99:16,18

**chitchatting** 99:15 221:14

**choice** 199:18

**choir** 35:6

**Christ** 23:20 182:22 201:24

**Christian** 23:5 41:16

**Christians** 53:24

**Christmas** 226:7

**chummed** 76:16

**church** 10:20,21,23 13:17 14:3, 12 16:10,14 18:8,20,25 19:16 20:11 23:20 31:9,14,15,16,17,18 33:19,20,22,24 34:2,3,6,7,20,21, 22,24 35:3 45:8,13,16 79:12,25 122:18 151:6,9,15 154:22 155:7 158:14 163:6 164:6 179:2,4 183:23 185:8 201:20 204:18 205:19 212:7 224:13,14,15

**churches** 44:23 45:12 226:5,16, 17,18,19,22

**City** 15:21

**civil** 13:10

**claim** 19:19,21,22 20:8 94:24 107:24 221:23,24 252:14,22

**claiming** 250:12

**claims** 107:12 131:13 186:16 222:5

**clarification** 59:7 60:16 66:21 200:17

**clarify** 58:16 149:13 250:11 255:3

**clarifying** 138:1

**class** 17:9,11

**classes** 17:12

**clear** 60:10 62:19 101:21 139:2 144:4 187:11,14,15,16 194:6

**clearly** 216:9

**CLERT** 226:21,22,25

**client** 142:1,2,19 143:15 146:2

**climate** 196:4

**close** 54:12,17 67:22,23 92:21 108:4 182:15 201:9

**closer** 197:11 209:17

**cloth** 39:21

**Club** 39:7

**clunky** 44:21

**coals** 214:5

**coat** 176:2 248:7

**cocaine** 18:23

**cold** 16:22

**collect** 115:7 117:10

**collecting** 118:3

**collection** 71:18

**college** 16:9,11,13,15,20,22 17:1

**color** 234:7

**Comcast** 166:17,22

**come** 8:25 9:4,15 16:8 17:1 20:19 21:2,8,16,20 23:1,6,7,14 26:16 39:16 41:17 45:13 50:18 54:18 55:24 65:20 76:2 78:18 89:10,14, 15 90:9,16,24 91:11 93:14 107:9 112:11 113:6 116:11 121:18 128:15 129:15 130:4 136:12 147:18 148:19 155:15 156:20 157:25 159:20 176:4 183:5 196:6 210:5 221:2 226:21 243:5 248:3

**comes** 17:17,24 36:6 40:7 83:21 124:20 133:14 139:24 153:13 175:11 201:17 202:9 204:22 207:17 226:6 234:22 235:4 254:7

**coming** 7:18 24:25 25:17 41:12 52:13 68:19 73:15 106:10,24,25 117:3 126:9 133:10 134:23 176:3 185:5 191:7 195:9,15 196:7 205:2,23 206:6 208:2 235:13 243:6 248:2 255:4

**commenced** 33:25 34:12

**comment** 147:22 148:24,25 177:22,23,24 179:24 201:13 202:5 203:17

**commenting** 101:15

**comments** 103:13 137:8 164:10, 11 205:24 233:14 251:1 252:15 253:16 254:19

**commercials** 125:9 126:1

**commission** 19:20 20:6 120:2

**commissions** 107:16 153:2 250:25

**commitment** 28:24

**communicate** 236:21

**communicated** 80:7 244:15

**communication** 216:10

**Communications** 76:4 209:23

**communion** 246:22

**community** 164:7 201:21 212:7 234:6,7,14 244:4,5 255:19,24

**companies** 129:12

**company** 129:12 215:22

**compare** 217:10,25

**comparison** 124:8

**compensate** 117:8

**compensating** 43:15

**compensation** 20:8 59:22 60:15 201:17

**complain** 178:12,13,18,21,22 179:15,18,19

**complained** 179:23

**complaining** 85:11

**complaint** 7:25 8:1,2,6 90:3,4 178:15,17

**complete** 111:22 124:3 126:8 162:19

**completed** 161:15 162:16,18

**completely** 146:13,19

**concerned** 89:14 90:19 107:7

**concluded** 256:21

**conduct** 17:14,17,18

**conference** 29:15 44:8,9 201:16 226:8,9

**conferences** 29:13

**confirmed** 127:18

**confronted** 185:18

**confused** 138:13

**congregants** 14:19 34:25

**conjunction** 177:17

**connect** 20:10 51:19 218:25

**connected** 20:12 57:1

**connection** 19:18 170:13 177:19

**connotation** 237:18,23 238:1,2 239:4 241:11

**connotations** 238:6

**consecrate** 17:2

**consecrated** 16:9 17:6

**consecration** 16:14 246:19

**consistent** 221:20

**consolidated** 221:4

**constantly** 235:4

**contending** 142:11 144:25

**content** 27:8 36:19,21 38:4

**context** 109:20 193:21 203:22 205:18

**continuation** 123:16

**continue** 35:10 107:14 126:16 148:7 152:11 211:10

**continued** 99:10 106:3,16 137:18 248:20,25

**continues** 174:19

**continuously** 120:8

**contract** 24:15,20 47:16 61:12, 13,16 62:24 63:12 135:25 136:1 138:20 139:5,9 150:15,16 151:3, 19

**contracts** 47:18 135:17,19 136:2 137:17 150:25 151:10,13,16 220:9,22 232:17

**contributed** 249:20

**control** 78:19 101:2 102:20 104:3 109:24 146:13,19

**controls** 206:12,17

**convention** 23:20,21

**conversation** 83:16 109:10 111:4 122:4,7 138:21 140:13,16 160:6 181:3 191:8,9 192:25 193:3,4 200:5,13,15 201:2 202:4 204:24 246:10,14,15,17 247:7,11 248:18,19,22

**conversations** 65:19 115:4,12 140:19 191:4 192:1,21,23 193:6 223:18 232:20 246:25

**conversely** 64:1

**conversion** 106:25

**convicted** 11:24,25 12:12 13:3

**cookie** 25:20

**cool** 134:1

**copy** 163:2

**Corey** 144:23

**corner** 188:15

**corporation** 34:7

**correct** 6:20 10:3 15:2 16:6,7 18:1 21:22 25:1,2,4,6 29:6,21 30:19,21 31:4,20 32:2 33:7 35:1 40:3,12 43:11,19 47:13,21,24 48:6,10,12 49:22 53:6,15 56:17 59:12,20 60:6,19 61:1 63:17,24 64:3,12 69:23 71:21 75:6,15 81:25 82:16 83:1,5,6 85:3 86:25 87:1,5 94:2 95:19,20 96:12,18 98:10 99:8,11,22 106:1,4,14 109:1 111:23 113:3,14,18,19 114:14,18,20 115:12 122:12,13 127:8 128:17 130:25 137:4,14,19 145:11 152:16 154:23 163:17 168:5,18 169:3 171:12,14 180:5, 13 188:22 191:20,23,25 192:2 197:8,12 200:11 213:24 216:22 219:5,23 220:2 227:7 228:15 231:5 232:23,24,25 240:10,21 244:2 249:1 252:5,7 254:21

**correctly** 215:25

**correspondence** 150:2

**corroborate** 178:5

**cost** 46:8

**could** 11:15 24:14 25:25 26:15, 18 29:4,6,21 30:4,6,8 31:6 51:6, 17,19 57:14,16,17,19 60:17,23 61:2,16,18,21 62:7 63:15,16,18, 21 64:1,4,7,8 67:19 82:22 83:13 93:4 101:24 124:23 147:16 154:8 157:24 164:11,12 221:11 224:5 225:20 253:10 254:17

**couldn't** 57:11 60:5 64:2 80:10, 11 95:13 98:15 145:8 173:23 180:5 196:11 218:17

**counsel** 12:21 24:14 104:15 144:23 178:25 179:2,4

**counseling** 45:15 222:21

**counselor** 223:23

**counting** 113:1

**Countryman** 230:12,14,15

**couple** 35:14 80:21,23,24 134:13 235:16 255:14

**course** 10:2 13:12 86:19 97:23, 24 109:5 168:21

**court** 104:8 141:22 146:15 148:8, 9,12,13,24,25 215:17 219:19 255:6 256:14

**Court's** 219:17 221:21

**covenant** 39:22

**cover** 75:12 122:9

**covered** 54:15,16 75:2

**COVID** 14:20 120:17 122:21 224:19,24

**Cox** 230:25

**crack** 18:23 177:1,13 195:8 235:11

**Craig** 215:21

**crazy** 109:13 176:21 197:1 211:12 241:25 254:10

**create** 211:12

**creating** 38:25

**Crefloe** 164:13

**criminals** 211:15

**criticism** 205:22 207:3

**criticize** 207:1

**criticizing** 205:23

**crooks** 211:15

**cropped** 239:17,20 240:19

**cross** 144:20

**culminated** 154:17

**culture** 194:24 196:5 230:1,2 252:1

**curious** 8:6 69:25 212:16

**current** 10:7

**curse** 248:17

**cut** 81:5 140:23 141:6 144:12 145:15

**cutter** 25:20

**cutting** 140:20 182:23

**cycle** 216:12,15,23 217:1,7 218:24

**cycles** 121:12

**D**

**da** 205:15

**dah** 90:23

**daily** 55:21 133:13 139:18

**damages** 119:12 124:23 219:13, 15 221:20,22 228:10

**damn** 163:19

**dancing** 185:17

**Daniel** 87:11,12 90:22

**Daniels** 87:6,7,8,12

**dark** 235:14

**Darrell** 72:7

**date** 6:20 11:21 54:9 84:8,10 89:21,23,25 95:20 96:12,20 97:3, 25 98:5,11,13,15,24 99:21 122:6 124:9,17 131:7 166:8 171:7 178:1,2 179:23 180:24 189:5,6 193:6 246:13

**dated** 64:16 67:8 71:17 108:5 132:5 134:19 151:25 165:21 167:22 180:18 181:15 189:20 215:21

**dates** 15:12 70:24 89:23 90:4 94:13 98:9 122:9 127:21 154:24 181:6 183:9 193:8 205:5

**daughter** 175:9 176:3

**Dave** 204:23 248:10,13

**David** 229:13

**Davis** 20:22 25:21 35:23 42:14, 18 47:24 183:5 228:17,18 229:1, 2,3,6,8

**Davis'** 42:5

**day** 8:3,6 9:2,5 18:9 26:22 33:16 34:18 37:4 38:20 48:19 49:21 51:16 70:16 82:20 89:10 120:10 121:9 124:19 125:6,21,23,25 126:19 133:14 134:25 155:16,19, 21,22 156:11 158:2 177:5 181:8 190:20 200:24 232:2 237:5 242:1, 5 246:5,6,8,24 247:2

**days** 8:7 36:24 37:1,2,10,12,13 38:9 39:22 41:15 82:21 121:10 171:14,15 172:5 178:10 201:1 228:14

**Daystar** 46:12

**deacons** 34:22 35:6 151:8,17

**dead** 143:16

**deaf** 176:24

**deal** 54:2 59:4 79:16 85:10,11 95:21 101:13 107:1 108:14 148:5 151:1 176:5 213:1

**dealing** 18:22 95:24 97:23,24 107:2 110:20,21 151:21 153:20 218:7

**dealt** 75:24

**December** 221:21

**decent** 136:14 142:13,16

**decide** 107:14 211:24

**decided** 188:21 201:2

**decision** 116:16

**decisions** 135:1

**declaration** 220:8 235:24

**dedicated** 226:5

**defendant** 13:23,24 33:24 34:8

**defendants** 6:12 119:16 221:24

**Defendants'** 119:1

**defense** 144:24 219:16,25

**defined** 234:25

**definitely** 178:10

**definition** 34:6 227:17

**degree** 16:1,3

**delays** 185:11

**delicate** 134:22

**deliverance** 20:20 77:21 78:7 129:4,5,6

**delivered** 18:23

**demand** 105:16 215:2,4 216:9

**Den** 90:23

**denied** 112:2

**Denise** 232:3

**deny** 112:4

**dep** 70:16 235:22

**department** 86:16

**departure** 210:25

**Dependant** 40:14 111:24

**dependent** 151:21 224:9

**depending** 158:9

**depicted** 163:18

**depiction** 164:9 169:21

**depleted** 91:10 113:8

**deponent** 108:7 142:13

**deposition** 6:9,19,22 7:5,14,18 56:7 58:12 66:10 71:11 92:18 93:10 101:21 102:16 104:15 105:5 118:22 123:19 132:2 134:2 137:24 141:2 142:12,20,24 143:3, 21 144:2,12,18,21,24 145:8 146:7,14,22 149:2 165:13 167:18 169:13 181:11 188:6 198:10 215:13 256:21

**depth** 81:8

**describe** 227:9,12

**described** 17:7 132:21,22

**describing** 248:19

**despite** 137:8

**detail** 81:15 110:24

**determine** 186:21

**determined** 192:16

**Detroit** 27:15

**devil** 187:25

**devotion** 37:4

**dick** 251:2

**dicks** 255:5

**did** 7:14,17 8:2,9,16,17,19,22,23 9:18,21 14:2,23 15:2,4,6,18 16:1, 3 17:6,7 19:3,4,8,11,16,21 20:10 22:7 26:6,23 27:14 28:20 29:17, 23 32:4 35:12,19,21 36:11 37:16, 22 38:4,14 40:23,24 43:7,10 44:13 45:9 46:20,25 47:12,14 48:1 49:14,25 51:16,17 53:16 54:5 55:12,18 56:23 57:24 58:17 59:8 60:1,2 62:18 63:8,9 66:15 67:6,18,22,24 68:5,7,9,10,11,18, 21,25 69:2,4,7,9,12,13,23 70:4,9 71:9 73:21 74:8,12 75:23,25 76:2, 15,17 77:16 79:1,22 80:3 83:15, 17,19 84:4,6,8 88:14,18 89:1,7 91:10,20,23 92:1,4,11 93:7,8,13 94:8,19,21,22,24 95:2,3,4,6,9,11, 16 97:17,20 98:3 99:22,24 103:23 105:16 107:4,14,20 109:6,8,14,16 110:15,17 111:1 112:3,4 113:14, 20 114:3,5,7,9 115:12 117:7,9,16, 20 118:2,5 120:10,23 121:2,7 122:20,22 123:4,7,10 124:13 126:10,18 127:10,12,15,19 128:3 131:5,17 135:24 136:6 137:1 139:5,8 150:15 153:22 155:11,14 156:25 158:11 159:18 160:8,9 161:13 162:4 163:8,13,22 164:6 166:15,16,17,22 170:15 174:14, 15 176:13,15 177:5,10,22,23 178:1,12,15,24 179:15,18,23 183:5 184:23 186:8 189:5,11 190:1,6 193:25 194:5,7,10 197:2, 4,13,16,19 199:8 201:25 202:23 203:7,15 204:11,17,20 205:14 207:5 210:4,22 214:5,6 216:4,5 218:20 220:25 222:6 223:12,17, 23 224:1 226:12,15 228:25 230:14 231:12 233:13 236:21 237:1,7,22 241:13,25 243:4,8 244:8 245:1 248:18,19,24 253:13, 14,15,18 255:9,10 256:2,6

**didn't** 7:19 13:5 15:3 18:11 21:2, 4,20 22:1 23:23 28:8,10 29:11 30:1 31:17,18 32:1 46:19 48:12, 14 49:21 51:4,13 55:3 57:15,20, 21 62:1 72:3 76:9 80:7,10 83:16 90:9,14 93:12 95:16 97:5,13 98:10 99:6,13,20 104:19 105:25 107:24 110:13 112:11 113:13 114:2 115:24 116:10 123:14 127:5,8 128:13 130:8 133:15 136:12,19 137:18 139:9 145:22 146:1,2 150:16 154:4 158:10,11, 14,17 173:20,22 174:21 176:16 179:7,8,19 180:12 184:3,23 185:10 188:24 190:2,18,23,25 191:1,17 194:14 195:19 196:9 198:2 199:12,13 200:25 202:1 204:4,17 205:22,23,25 208:6,7 210:2 217:16,19 218:6 219:4,17 221:4 223:16 230:11 232:3,4 235:5 237:22 239:19 241:6,16 243:10,12 246:19 248:17 250:15 253:3 255:10 256:4

**difference** 31:8 217:21 225:18

**different** 16:16 17:12 30:4,17 33:4 44:23 55:23 59:18 61:25 62:2 72:18 75:8 96:9 98:8 114:15 121:10 128:23 129:24 136:17 143:5 186:7 209:20 217:5,13,15 222:24 224:21 254:9

**differently** 95:10

**difficult** 142:21 207:12 230:4

**direct** 102:14 190:7 236:4 243:18

**directed** 190:2

**director** 119:16

**dirty** 195:13 233:17

**disagree** 22:15 63:12 205:16 206:19

**disagreement** 204:21 205:3

**discovery** 119:1,2 161:14

**discriminated** 177:2

**discrimination** 251:19,20 252:18,22 254:21

**discuss** 153:5 199:23 200:9

**discussed** 9:21 24:24 53:17 77:18 231:15 236:16

**discussing** 85:13 199:24,25

**discussion** 37:3 51:18 58:11 60:4 62:15 64:20,25 66:13 87:22 118:16 124:5 132:1 133:11 134:8 137:16 149:7 153:18 165:6 170:24 171:20 172:17 186:25 198:9 202:22 203:22 221:17 236:2 249:8 250:8

**discussions** 65:25 92:11,12,14 154:7

**disloyalty** 108:14 194:20

**dismiss** 220:18

**disparage** 141:4 142:1 143:10

**disparaging** 142:2,19 145:2

**disrespect** 186:23

**distinction** 192:10

**disturbed** 245:22 247:6

**divine** 129:4,5,6

**divorce** 13:25

**divorced** 13:19,21

**dock** 80:11

**doctor** 228:12

**document** 118:25 119:6 139:10 171:1

**documenting** 162:11

**documents** 7:14,17,21,22 111:8 115:2 118:20 154:14

**Dodie** 193:2 232:1,3 234:1 248:10

**does** 10:25 11:2 14:11,19 16:8,18 28:1 29:7 35:7 43:24 44:3,7,21,22 57:9 72:21 75:5 81:22,25 100:11 120:5 153:10,13,25 161:20 165:21 173:7 174:1,5,6,9,18 191:15 192:7 199:21 202:17 210:20 218:12 229:8,11 239:5 244:23 248:16

**doesn't** 22:20 24:17 80:6 85:2 101:10 108:11 137:17 142:16 145:23 164:15 173:14 174:10,13, 18,20 186:22 191:13 195:11,12 201:20 205:16 221:1 244:13 253:11

**dog** 176:23 255:21

**doing** 6:16 22:11,23,25 24:5,7, 11,25 25:23 26:12 30:25 38:11,25 39:1 41:19 43:8,14 44:9 48:17 49:5,23 50:10 51:4,23 53:24 56:1 57:1,15 62:7 65:19 66:1 76:17 85:14 106:21,22 107:15 113:12, 22,23 114:12 116:17 117:4 139:22,24 152:15 153:20 158:20 164:12,13 166:16 169:6 170:21 173:10,21,22 196:12 204:16 205:19 206:21 219:1 235:10 243:4 244:25 248:16 255:5

**dole** 173:9

**dollar** 38:20 164:13

**dollars** 53:1,2 99:21 133:2

**don't** 6:25 7:1,16 10:21,22 11:3, 6,10,11 12:4 13:17,24 15:12,13, 14,17,25 19:10,23 22:19 24:5,6,9, 12,16,20 28:7,18,19 30:11,18 31:14 33:7,12,13,21 37:20 42:2 43:15,18 45:15,16 46:3,4,5 47:14 49:2 51:4 53:20 54:9,24 55:4 59:9,17 63:12 66:25 69:9 70:15 74:1,3 77:5 80:2 81:5 84:1,10,12, 19,25 85:1 86:22 87:11 89:3,6,19, 20 90:3 91:19 92:7,23 93:10,18 94:12 98:21 100:18,25 101:1,22 103:12,14,21,24 104:14 105:5 107:1 109:11 111:12,21,24 112:2 114:24 118:5,11 120:7,21 122:5, 6,9,13,16 123:12,14 124:16 125:1,4 126:4 127:21 130:1 135:8,16,19 136:2,8,9 139:7,24 140:15 142:13 143:1,5,11 144:5 146:11 147:10,19 148:3 149:2,9, 10,18 150:8 151:13 152:11 153:5 154:2,24 155:24 156:1 157:3 159:2 161:17,19,25 162:11,22 164:13 165:1 166:9 167:13,14 170:7,19 171:2,15 172:13,16,25 173:10,18 176:12 177:1 178:2 179:19 180:24 181:6,9,23 182:1 183:9 186:16,23 187:2,14 189:6 190:16 191:10 192:22 193:6,8,18 196:10,21,22 198:4 200:24 201:12 203:12,13,21,25 205:5,15 206:9 207:20,22 208:20 209:1 212:1,3,6,17 213:1 214:10,16,20 215:4,9 217:9 218:13,19 219:12 220:15,17 221:9,11 223:16,19,21 225:9,10,15 226:24 227:13,15,22, 23 228:4,5,7 229:2,6,18 231:9 235:7,8,11,12 241:6 243:5,17 245:25 246:2,5,23 251:12,13,14, 20,24,25 252:9,20,23 253:5,7,12 254:22,25 255:12,21 256:4,9,13

**done** 66:17 71:23 72:3 79:2 115:7 133:19 134:25 137:19 143:3 149:11 170:17 180:7 181:1 187:5 188:4 190:5 208:2 215:16 232:6 235:18,20

**door** 121:25

**doors** 115:18 117:4

**down** 7:15 24:21 58:2 78:14 103:18 104:8 105:21 109:17 110:13,15,17,18 128:25 142:10 144:17 145:7,9 154:11 157:14 160:22,25 161:2 172:13 176:2 177:14,15 195:9,11 197:3 198:19 200:20 201:22 202:9 218:14 242:6 243:3 246:21

**drawn** 92:24

**drew** 238:8

**drill** 118:20

**drive** 10:8 131:23 247:14,19

**driven** 128:23

**driving** 177:3

**drop** 158:4 166:20

**dropped** 115:13 133:16

**dropping** 213:15

**drug** 12:12,13 13:1,3,4

**due** 95:20 96:12,20 97:3,25 98:5, 9,19,24 115:6 118:3 130:18 133:3 153:6 215:7 216:22 219:6

**duly** 6:5

**dummy** 138:13

**duration** 12:6 29:1

**Durham** 10:8 28:1

**during** 76:10 77:12,13 122:21 183:6 238:25

**DVD** 77:22

**DVR** 156:3,9

**dying** 103:16

**dynamics** 131:21

## E

**e-mail** 85:22 242:2

**e-tran** 256:19

**each** 9:10 22:4 40:1,8,13 43:7 49:20 51:23 55:15 79:25 81:16 96:2,21 112:13 133:14 148:17 170:19 184:14 231:4 255:5

**ear** 100:16,17

**earlier** 107:24 181:24 217:6 247:23

**early** 22:9 99:7

**easier** 147:16 169:25

**Easter** 18:20 41:11,13,15 226:6,7

**eat** 235:5

**eaten** 234:19

**ecclesiastical** 15:4

**economic** 119:11 219:13

**economy** 204:14

**editing** 45:24

**Edmunds** 220:19

**EE** 20:3

**EEOC** 19:19,22,23 20:4

**effect** 138:25

**efforts** 194:12,14

**eight** 8:14 22:14,16,17,21 153:16 172:5 184:23 185:7

**either** 13:14 29:4 61:16 85:4 87:15 162:25 167:14 176:13 178:15 191:22 192:3,17 253:15

**election** 67:10

**elements** 6:24

**else** 13:15,16 15:7 21:3 23:24 27:5 34:5 38:14 47:9 48:5 66:15, 16 106:9 117:12 166:25 167:4 178:3,6 182:12 183:19 186:20,21 190:18 198:20 219:25 226:12 247:10 253:15

**embossed** 75:14

**emotions** 101:2 135:2

**Empey** 6:17 56:14 87:6,10

**employee** 21:22 214:12

**employees** 231:7,8

**employment** 19:19 20:6

**end** 9:19 19:3 56:25 88:6 90:24 119:12,14,15,20 120:13 155:1 172:6 173:5 201:5

**ended** 57:17 83:9 218:5 221:24

**ending** 219:13

**enforce** 99:22

**engage** 26:24 38:22

**engaged** 36:17 50:25 51:13 59:12

**enlarged** 239:18 240:23

**enlightening** 123:18

**enough** 64:7 73:16 126:8 129:15 131:11 132:10 140:22 170:19 185:16 192:14 196:19 214:17

**enter** 221:18

**entering** 39:22

**entire** 104:2 158:1 211:14 242:1

**entirely** 113:1 221:10

**entitled** 6:10 212:6

**entity** 16:11

**entry** 125:1 167:23

**environment** 178:8 179:16 180:13 186:2,3

**equal** 19:19 20:6

**equivalent** 238:8

**errands** 18:19

**especially** 109:22 151:14 223:14

**essentially** 97:25 130:19 222:4

**established** 116:7

**estimate** 88:13 119:24

**estimates** 95:15 119:15,17 121:3 122:9 123:10 125:14

**estimation** 88:9

**estimations** 209:20

**etc** 36:7 216:12

**Europe** 201:16

**even** 21:4 70:23 74:2 92:4 96:11 98:15 102:3 105:5 114:2 130:1 132:18 135:18 143:2,21 145:1 146:2 149:9 157:3 159:12 166:9 167:13 171:6 180:24 207:2

**evening** 170:21

**event** 46:16 171:22 205:7,22 207:13,16,17

**eventually** 55:1 107:21

**ever** 11:8,24,25 12:1,12 13:7,13 19:18,22 20:8 32:4 34:18 74:8 83:17 92:1,4 97:17 113:14 123:23 127:10,12 146:11 159:21 160:4, 11,18 163:8 237:7

**evergreens** 156:24

**every** 9:3 14:9,15,16,17,18 23:13, 15,17,18 25:3 29:20 33:16 81:18, 24 86:22 96:25 104:5 120:10 124:7 141:9 143:10 148:16 158:7, 9 252:1 256:16

**everybody** 21:3 42:19 48:5 73:8 102:13,22 103:4 134:22 135:21 136:2 139:23 166:23 178:4 187:23 188:3 195:23 229:12

**everyone** 33:3 137:3

**everything** 22:21 41:7 66:6 68:18 81:21,23 112:12 134:24 151:9 152:23 162:19 178:6 185:13,14 190:18,20 194:22 198:20 199:21,23 200:1,7 206:17 231:15 235:23 251:4

**everywhere** 44:1 57:8

**evidence** 219:16 222:6,14,15

**evolved** 154:15,16

**exact** 127:21

**exactly** 126:8 143:4 213:17,19 214:10 235:9

**EXAMINATION** 6:7 232:11

**example** 72:20 77:7,8 87:16,21 122:1

**examples** 233:19,22

**Except** 25:5 232:6

**exception** 82:2

**exchange** 56:20 143:14

**excited** 52:10 166:23

**excitement** 52:12

**exclamation** 71:24 241:21

**excuse** 85:9 100:10 115:6 143:22 253:13

**exercise** 124:8 169:25

**exhibit** 56:5,6,7,10,11,17 58:4, 12,16,18 64:13,14,23 65:1 66:8, 10,15,21,23 67:4,7 68:13 69:22 70:22 71:11,14,15 74:15 92:15, 18,24 108:3,4 118:21,22,24 119:9 120:21,24 122:10 123:17,19,22, 23 124:3,8,9 126:8,21 127:20 131:13,24 132:2,8,22 134:2,5,18 137:23,24 138:4,22 151:22,23,25

152:4 161:20,22 162:25 165:8,13, 20,22 167:17,18,21 168:5 169:12, 13 171:1,4 180:18 181:11,14 182:16 188:3,6,10 189:11 197:23 198:10,13 215:11,13,19 217:6,10, 11,12,18,20,25 219:4 236:4,5,6 238:14 249:10

**exhibited** 144:19

**exhibits** 70:22,24 217:19

**exist** 16:18

**existence** 16:12

**expect** 95:16 106:11 155:8

**expectation** 233:5

**expected** 105:23

**expense** 28:14 35:16,17

**expenses** 27:14

**experience** 78:9 128:15 142:23 227:20

**explain** 20:13 45:1,2 132:25 143:24 169:1 176:14 191:13 212:8 253:3,4

**explained** 35:14 36:14 61:17 160:23 211:1

**explaining** 63:11 98:25 191:12 219:3 237:17

**explanation** 110:12

**exploited** 117:7

**Exposing** 82:9

**exposure** 36:15 116:17

**express** 237:22

**expressed** 205:9

**expression** 73:2,4,9

**extent** 197:10 211:23 219:5

**eyeballs** 25:25

**eyebrow** 146:2

**F**

**face** 71:5 84:3 110:2 148:1,3 163:19 166:1,3 206:10 207:3,5 238:8,9,12,24,25 244:13

**Facebook** 10:17,21,25 181:15

**facets** 176:8

**facilitating** 53:4

**facility** 44:9

**fact** 42:17 63:14 98:23 99:13 116:13 117:23 162:14 166:10 169:18 174:20 175:4 213:7,9

**failure** 82:23

**fair** 7:5 11:16 15:7 40:19 64:7 66:6 73:16 85:15 126:11 164:9 170:1 182:13,14 185:16 192:14 214:17 222:8

**fairness** 203:18

**faith** 106:25 144:6,8,9

**faithful** 38:20 39:18,19 129:6

**faithfulness** 132:13

**fall** 226:7

**false** 163:13

**familiar** 161:21 164:18 165:21

**family** 10:24,25 11:2,19 14:11 17:23 18:12 44:12 72:8 175:7,8, 16 181:16

**Fantasy** 252:4 256:3,4,5,6

**far** 52:24 120:20 212:22 220:2

**fare** 27:16

**fast** 148:18 177:15

**fasting** 182:10

**fear** 117:6

**February** 71:17 215:3,21 216:7

**fee** 52:14,15,22,23

**feel** 6:25 8:9 58:16 67:18 72:17 74:12 161:13 175:15,18 177:4 179:10 194:10 227:20 228:15,25 229:5 231:7 234:24 239:11 251:8 254:21

**feeling** 57:5 164:9,10 239:7,8,9

**feels** 118:12

**fell** 158:3

**fellowship** 226:18,20,21

**felony** 11:24,25

**felt** 114:17 161:11 174:21 175:13 178:7,10 179:11,16 180:4 186:4 242:25 249:21

**festive** 41:16

**few** 25:17 33:22 38:16 56:22 115:12 121:10 168:23 179:11 182:6 183:1 188:12 201:1 218:11 223:13 224:18

**fib** 209:16 210:8

**field** 244:12

**fight** 170:22

**figure** 97:6 98:22 125:14 139:13 185:21,23,24 208:11 210:18 211:23 251:18

**figured** 82:7 116:21 235:1

**figures** 127:13 209:5,6,7,8

**file** 19:21 144:6,20 256:18

**filed** 19:18,22 20:7,8

**filing** 145:14,17

**filled** 234:14

**filler** 158:5

**filthy** 233:17 234:3

**find** 39:14 45:12 63:2 84:18 132:24 133:1 138:15 149:5 189:11 190:6 253:13,15

**fine** 8:13 11:11,21 32:8 35:11 38:14 52:5 66:21,22 78:5 79:11 81:6 83:22 88:4 90:13,15 104:20 141:8,23 143:17 159:11 160:23 182:13,20,25 221:15

**finish** 9:11,12 32:6 69:18 72:23 125:23,24 136:18 141:25 142:20 179:3 207:16 242:6

**finished** 113:12 144:10

**Finley** 122:22,25 123:1 126:12, 13,15 127:18 128:2,5,12 155:13

**fire** 193:25 194:7 197:2 212:12

**fired** 171:25 183:12 184:3 193:24 194:5 196:24 201:4,5 204:24

**fires** 213:19,20,23

**firing** 182:23

**firm** 214:24 215:21

**first** 6:5 16:23 17:20 20:10 21:15 23:16 34:1,18 35:17 45:23 47:8 51:25 67:2,3 76:15 77:4,5 81:2 82:24 85:16 93:20 111:12,14 117:1 120:1 123:23 125:1,5,20 155:12,14 156:13,14,20,25 157:6, 8,22 158:5 166:10 171:24 180:19 198:18 223:14 236:11

**fits** 145:24

**five** 46:9 102:9 119:3 125:6,21, 23,25 155:16 156:11,23 157:25 158:1,2 169:10 200:20 209:5,6 246:16 250:6

**fixed** 130:22

**flames** 214:5

**flew** 196:6

**flies** 213:16

**floor** 18:19 195:14 227:23

**Florida** 226:16

**fly** 27:15 184:21

**flying** 28:11

**focus** 108:10 154:20

**focused** 185:3

**folks** 38:19 229:19,22 230:6

**follow** 128:25 130:17

**following** 221:22

**follows** 6:6

**followup** 232:13 256:13

**food** 234:5

**force** 60:5,23 61:2

**forced** 193:12 197:8,11,12,24

**Forever** 10:10

**forget** 86:6

**forgetting** 62:9,10

**forgive** 73:20

**form** 17:1 22:1 30:13 220:10

**former** 119:16

**forth** 13:1 17:15 24:15,16 51:20 65:25 93:23 98:18 106:24 148:23 151:17 171:7 201:1 216:14

**forward** 49:21 57:22 106:3

**found** 33:21 126:20 131:11,12 173:5,6 219:25 232:2 236:19 255:15

**four** 10:16 17:12 71:24 120:8,25 122:15,16 125:6 158:2 168:3 172:22 179:14

**four-page** 215:20

**fourth** 172:12

**free** 6:25 43:11,14 45:14 46:3 49:3 50:2,8 58:16

**freeing** 53:4

**freewheeling** 12:21

**French** 252:8

**Friday** 6:2 8:5 9:3 18:9,14 23:1, 13,15,17,18,21 25:3 26:12 29:6, 20 35:24,25 36:2 37:3 41:15 49:24 50:10 51:8,14 52:6,14,15 53:5 59:21,22,24,25 61:2 62:25 80:20,23 90:21 96:21 129:20,21 140:3 156:16,17 157:9,20,21 158:21 159:5 184:17 196:12 246:25

**Fridays** 8:24 9:16 25:5 97:4

**friend** 73:21,22 222:23

**friendly** 74:6

**friends** 214:3,4

**from** 15:14 16:3,8,16 18:23 20:24 22:20 23:22 24:2 25:20 26:3 33:22 39:25 40:2,11 41:13 43:20 49:21 51:5 53:25 56:10 62:7 64:15 67:8 71:17 73:15 74:10 76:2,8 77:11 80:17,19 82:14 83:2, 3 84:5 86:15,22,23 88:14 89:1,17 91:3 92:6 93:7,16 94:9,17 95:24, 25 99:14 106:24,25 108:6,7 109:13 113:6 114:12 118:18 120:17 121:19 122:20 124:25 126:9 127:19 130:24 132:5 134:19,20 135:6 136:11 138:5,7 139:13,25 152:1 154:22 161:15 162:21 163:6,7 166:12 167:23 168:3,10 171:25 172:4 174:14 176:4 180:6 181:16,24,25 185:5 188:9,22 191:7,11 192:17 195:9 197:13,16 198:1,2 202:21 206:5,6 207:17 208:2,9 209:1 210:5,25 213:25 216:14 219:17 221:2 224:12,14 225:20,25 226:11 227:20 230:20 237:14 239:8,10, 20 240:13,19,22 243:7,8,22 244:6 245:8,19 252:4 256:3,4,6

**front** 51:2 85:7 106:22 161:4 164:15 185:2 221:23 244:14

**fruit** 234:17,19 235:5

**fuck** 242:22

**fulfillment** 88:24 122:23 127:6,8, 10,11

**full** 116:17

**fun** 70:22 251:9

**functions** 45:7

**funds** 50:17 66:3 83:21 94:25 183:14 201:5,22

**funny** 82:6 172:14 227:17 238:6 240:9,10 241:9 248:13

**furious** 212:10,11

**further** 124:23 172:19 198:15

**furthering** 182:21

## G

**game** 46:13

**games** 241:8 247:4

**gathering** 17:13

**gave** 18:24 27:7 40:1 98:11,13 104:19 109:20 119:24 127:16,23 151:23 161:20 188:23 209:20 217:16 218:5,23 247:20

**gender** 153:20 154:6

**generally** 110:22

**generate** 26:19 66:3

**generated** 128:18

**generating** 46:22 50:4

**George** 6:4,9,10 11:4 13:15 16:5 18:6 19:1 27:18 34:17 44:10

56:11,16 58:3,15 64:15,16,22 66:15 67:2,9 70:23 71:15,18 85:9 87:15 108:8 110:25 118:18 119:5, 9 124:10 127:6 132:7 134:6,10,20 138:7 150:25 154:11 161:14 165:16,22 167:24 171:6,22 173:7 176:15 181:17 182:7 183:3 188:15,17 189:12 191:10 215:16, 25 226:22 250:11

**Georgia** 223:7

**get all** 223:9

**gets** 12:16 41:7 201:18

**getting** 16:24 40:25 50:19 75:10 80:13 90:14 102:20 105:21 106:7 152:10 170:21 184:16 185:8 204:23 229:16 235:15,21 239:8 242:12

**Getty** 54:10 76:14

**GG** 10:20 43:22,24 44:1,3,7,9,13, 21 45:18,19 75:24 78:4 79:7 80:17,19 86:4 87:16 92:6 112:6, 11,17,23 116:25 130:6,20 154:12 250:12,24

**GGB** 79:8,12 81:17,24 82:10,14, 16 83:2,3 85:20 93:2 152:15 154:12

**Gibbs** 21:15

**gig** 47:12

**girl** 47:19

**give** 12:16 23:19 48:9,15,17 51:14,24 55:14,15 79:20,25 80:14 82:18,19,20 97:13,14 112:12 116:24 121:7,9 123:10 127:15 131:10,22 135:16,19 137:18 140:2 150:19 153:10,15 162:14 182:19 188:13 215:16 224:15 227:16 250:3 252:3

**given** 9:2 17:22 89:21 115:14 134:25 218:9

**gives** 39:24

**giving** 97:10,12 112:11,13 155:23 166:24 217:17 218:10

**glad** 109:20 141:16 148:18

**global** 139:23

**go** 14:23 17:7,9 18:20 20:23 21:6 23:22 24:15 27:3 28:13 29:14,15 30:24 31:11 32:9 35:23 36:25 38:16 42:25 44:22 45:15,23 51:6 56:4 58:2 60:16,20 61:14,19 64:8, 13 65:16 66:23 67:1 76:12,18 77:9,16,17,21 78:1 81:8 84:18 89:14 94:12 95:23,24 96:11 98:9, 17 102:12 103:16,19,20 105:9,10, 14 108:10,16 109:2,7,14,17 115:21 119:10 121:16 123:14,17 124:23 127:5 128:19,24 129:2,3, 10,17 131:21 133:15 136:3,18 139:1 143:13 145:3 147:12 148:10 149:10,12,16 150:17 151:13,24 152:18 157:24 158:1 159:13 161:25 164:15 167:17 169:11 170:19 171:1 172:18 174:10,19,22 178:18 179:3 180:18 182:15 183:15 184:20 185:3,19 188:3,11 189:9,11 193:21 197:21 198:5 200:3 202:1, 7,9 203:22 205:5,14 216:10 218:16,18 221:15 224:5,9,18 225:13,14 226:15 227:1,6 233:18 235:12 239:7 240:25 241:23 243:5,17 244:4,13 245:16 248:6,9 251:24

**God** 16:10 18:12 23:20 101:5 107:1 201:20

**God's** 108:1

**Godly** 116:5

**goes** 17:3 41:4 54:2 70:16,20 86:25 90:1 133:12 175:11 184:9, 12 207:18 220:3 234:22

**going** 17:24 18:13 19:3 23:24 24:13,18,20 25:10,11 26:3 27:1,8 28:21 29:5 35:10 36:9,24,25 37:2, 3 38:8 39:1,21 40:23,25 41:1,4,7, 8,9,10,19 42:15,17 48:1,15,17 49:9 50:16,17 51:6,24 52:8,9,11 53:8,14,22 55:14 56:6 57:13 58:3, 6 59:21 61:9,10 69:5 71:14,22 72:1,2,10 76:16 79:25 81:4,7 83:20,21,22 84:11 87:2 89:16 93:13,14,23 94:5 96:21,25 97:21, 22 99:4,21 100:8,10,13,15,16,17 101:6,13,25 102:9 104:1 105:3, 14,20,22,24 106:10,20 107:7,16, 17,18 109:15 114:18,25 115:23, 24,25 116:2,13,18,20,24 117:1,4, 5 118:21 119:5 121:19 123:17 124:7 128:22 129:2,4 131:22 136:13 139:22 140:2 141:6,7,9,21 142:19 144:12,17 145:15 146:4,5 147:1,4,8,11,18 148:13,24 149:5 150:14,19 153:19 154:5 156:4 157:15 158:9 160:22,25 161:1,2, 19,23 162:14,18,24 163:24 166:19 169:11,22,23 170:22 174:7 176:1,3 177:3,15 178:18,21 180:17 183:1 185:20 186:9,18,20, 21 187:2,12 188:3,4 193:9 194:5 195:13 196:7 197:1,4,19 199:23 200:9 201:18 204:22 206:3 210:7 211:11,12,14,15 212:9,11 217:13 220:4 222:11,20,24 223:15 224:3 228:18 229:19 231:13,14 232:13 234:19 239:11 240:4,5,21 241:9 242:2 243:2,3 244:5,12 245:4 247:14,15,16,17,18 248:4,6,7,24 249:14,15 255:24,25

**gone** 21:1 72:8 113:11 121:24 122:21 169:18 185:7 188:23

**good** 10:7 41:15 58:4 64:13 70:25 71:4 72:17 89:15 92:21 95:18 103:22 109:7 131:1 132:11 144:6,8,9,15,19 151:10 152:22,23 158:5 172:15 175:5 222:17,18 225:19,25 244:25 252:12

**gospel** 23:6 182:21

**got** 18:5,25 27:2 35:21 36:9 41:9 49:7 50:5 52:11 55:19 60:13 63:19 77:23 82:4,5 83:4 89:11 90:15 99:1 101:10 103:22 104:25 105:1 110:19 113:7,12 116:7 121:18 124:1 127:4 129:8,16 137:21,22,23 145:19,21 150:13 152:23 156:3 157:13 158:7 161:4, 17 166:23 173:23 176:2 180:6 183:18 185:1,17 186:6,9 187:11 190:3 195:8 200:1,24 201:12,21, 22 207:3 209:22 234:6 235:5 237:5 240:1 242:1,5,10 248:14 250:4 255:22

**gracious** 133:21,23

**grade** 115:13

**graduate** 15:2

**grand** 46:9 101:12 104:24 105:3, 6 125:10 126:3,4 146:8,9 147:1,2, 4,11

**grapes** 234:17

**gravity** 17:23

**great** 40:14 52:9 79:4 108:18 110:9 132:13,14,16 160:21,22 176:4

**Greg** 20:22 21:1 25:20 35:23 42:5,14,18 47:24 51:1 183:4 228:17,18 229:1,2,3,6,8

**grew** 19:17 36:16

**grievances** 168:24 191:2

**ground** 36:11

**grounds** 220:22

**group** 17:3 108:15

**grow** 50:16,17 52:8

**guaranteed** 226:10

**guess** 31:12 66:5 73:20 81:12,13 85:1 88:23 108:22 128:21 132:24 140:5 149:18 169:1 176:7 181:17 183:25 190:12 201:8 206:23 207:2 211:23 218:15 233:13

**guest** 26:20

**guests** 36:6 159:19 195:9,12

**guy** 21:15 51:1 54:3 76:14 77:15 139:23 146:5 166:2 175:7,8 176:22 230:15,19 254:1

**guys** 75:25 110:22 121:2 145:4 148:17 167:14 188:14 219:17

**H**

**H-O-U-S-E** 223:3

**ha** 67:16 153:13

**had** 6:22 8:22,24 9:3 12:22 13:2, 16 16:14 18:13,23 19:15 20:21 21:1,5,13,16 22:1 23:1 25:21,23 35:23 36:22 37:1 39:17 40:2 42:8 43:12 45:25 47:18 49:10 51:6 52:8,10 54:2 55:19 56:16 59:19 60:4,18 64:22 65:19,24 67:4,25 69:10,21,22 70:25 72:3,7,8 74:15 76:3,4,6 77:18 80:9 82:21,23 89:18 91:9 92:14 95:20 96:3,4 98:17 106:12,13 107:9 108:14 109:10,24 110:4,22 115:4 116:7 117:6 119:9 121:24 123:11 128:14 129:13,14,23 130:8,22 131:3,18,22 133:11,13,19 136:14, 16 137:19 138:21 139:18 140:13, 16,19 143:9 145:7 152:25 153:18 154:8 157:11,22,23 158:3 159:21 160:6 165:2 171:7 172:17 183:5, 11 184:16 185:7 186:4,6 187:20 188:17,23,25 189:2 191:4,8 192:1,21 193:6,23,24 194:12 195:2 196:10 199:15,16,17,18,19 201:1 202:22 203:2 204:21,24 212:18 213:19 216:11,12,16,24 218:4,9,25 222:12 232:17,20 233:4 234:15,16,18,21 237:17,18, 23 238:1,2 240:4 241:16 245:1 246:10,14,15,19,24,25 247:7,8,11

**hadn't** 26:11 134:18 153:1 179:14 227:22

**half** 8:14 22:17,21 46:9 58:7 125:21 131:3 158:3 159:12 182:25 196:11

**hallway** 172:18 185:17,18 237:6 248:1,2

**handle** 36:4 86:3 101:3

**handled** 86:2,4 210:22

**hands** 55:19

**handshake** 136:2

**Hanna** 100:5,10,13,16,21,25 101:6,9,15,19,24 102:3,7,14,20, 25 103:7,12,15,19,22 104:1 105:2,6,9 119:4 140:20,25 141:3, 11,13,16,19,21,24 142:4,6,8,15, 23 143:4,7,13,18,22 144:4,10,13 145:4,6,12,17 146:11,18,23 147:3,6,9,13,15,20,22 148:5,7,12, 22

**Hannah** 144:18

**happen** 116:13 179:23 200:25

**happened** 13:17 14:2 21:9 26:23 51:22 68:15,16 78:23 93:15,16 96:15 107:18 150:7 160:4,5 162:12 179:10 187:15 199:1,16 200:1,25 209:21 211:9 212:13 216:16 223:14 228:22 234:21 238:25 254:1 255:1

**happening** 226:8

**happier** 153:12,22

**hard** 39:14 95:7 182:7 206:23

**Harpercollins** 76:3,8 86:23

**has** 11:21 13:12 25:10 28:3 36:3 66:5 88:16 96:12 103:25 119:13 136:22 138:22 139:10 144:21 146:12,19 160:11 180:17 191:14 193:20 195:10 210:14 225:4,25 238:6 241:11 247:18 248:14

**hasn't** 182:3

**hat** 248:7

**hate** 74:1,3

**have** 6:22 7:8,22 8:21 10:9,13,17, 21,22,25 11:2,6,8,11,14,24,25 12:1,4,12 13:7,13 14:9,19 15:12, 15 16:1,24 17:6,7 19:2,18,22 20:8,16 21:11,19 23:13,23 26:1,2, 5,6,19 27:1,5,20 28:21 29:4 30:11,18,24 31:13 35:7 36:6,7,17 37:3,16,18 41:21,25 43:15,17,18, 19 44:3,8 45:8,14,15 46:4,5 49:2, 10 51:17,19,20 52:13 55:24 56:5 57:14,16,17,19 58:4,15,17 59:12, 13,21 62:7 63:1,2,13 64:18,22 65:10,20 66:15,16,25 67:4,10,22 71:14,23 74:8 75:7 77:22 78:1,11, 14,24,25 79:7,19 80:20,23 81:7 82:4,20 83:25 84:2,8,10,19 85:21, 22,23 86:9,10,19 87:2,15,20 88:6, 7 89:10,16 90:3,16 91:12 92:8,10 93:24 94:12 95:4 96:16 101:20 102:3,7 103:9 105:7 106:15 108:11,18 109:24 111:3,5,9,22,24 112:2,20,23 113:4 114:17,20 115:6,12 116:12 119:5,9 120:10, 13 123:23 124:3,13,16 125:16 127:3 128:13,20,21,22,23 129:5, 13 130:5,14 131:15,17,22 132:10, 16 135:15 137:11 139:5,9,14 140:3,4,5,8,23 141:1,8 142:6,13, 17,23 143:3,9,25 144:11 147:21 148:3 149:1,18 150:15,16,25 151:3,8,16,19 152:14 155:17,18 156:1,5,6 157:3,6 158:11 159:2 160:13,14 165:16 166:9,16,25 168:21,22 169:5,8,16,23 170:7,19 173:2,4 175:23 176:20,23 177:1,4 179:9,22 181:2,7,24 182:2,8,23 188:14,17 189:10 192:12,22 194:5 195:14 203:22 205:5

208:21 210:18 211:12 213:15 214:1,4 218:18 219:11 221:3 222:2,20 223:8,19,20 224:25 225:12,21 226:3,6 227:25 228:9, 14 232:7 233:19,22 234:13 235:1 238:7 239:4 245:13 246:7 248:18 249:21 250:1,5,16 254:6 256:10, 11,13,15

**haven't** 81:3 102:16 224:19 225:23 254:25

**having** 6:5 13:14 23:20,21 24:2 29:15 62:16 79:1 83:16 95:7,8 98:4,7,12 124:9 130:24 134:11,21 137:2,12 138:19 140:9 155:5,6 159:20 166:21 192:24 193:3 202:21 206:23 227:18 234:4 246:22

**He'd** 131:10

**he'll** 9:12 69:19 177:12 234:1

**he's** 30:10 50:21 53:3,4 83:21 99:4 100:21 105:20 109:12 110:1 135:18 138:11,16 140:21 145:9, 23 146:19 148:24 150:5,13 155:23 164:21,23 173:17,23 175:8,11,19 176:3,23 178:18 184:16 186:6 196:7 201:18 204:23 205:19 206:3 230:13,19, 22,24 231:3 235:9 240:4,19,21 243:2,3,11 245:4 248:8,9,15 254:8,9 255:17

**head** 7:6 84:19 94:13 173:17 180:1

**heading** 45:16,17 170:4

**hear** 145:4,6 176:24 178:20 193:18 207:20,22 244:5 248:17 253:20

**heard** 11:8 34:18,19 159:21 176:16 177:16 178:3 214:4 249:6 255:25

**hearing** 208:10 244:3,6

**heart** 73:15 106:24 115:25 116:2

**heated** 148:18

**height** 251:16,18

**held** 58:11 64:20 66:13 118:16 124:5 132:1 134:8 149:7 165:6 170:24 171:20 186:25 198:9 221:17 229:16,19 236:2 249:8

250:8

**hell** 71:5 115:20 235:6

**help** 37:18 105:10 108:19 153:11

**helped** 37:19

**helping** 52:20 109:1

**here** 7:18 34:4,16 36:5 37:5 39:1 62:16 63:19 65:10 66:1,4 71:14 74:2 89:19 91:2 92:15 101:7 108:8,15,19 110:20,21 118:13 119:19 125:19 126:2,6,17 133:4 135:14 136:4,7,23 138:13 139:4, 12,13 140:7 143:21 144:16,23 145:1,23 149:17 150:8 151:24 153:2 155:17,23 167:11 168:11, 20,24 169:19 171:1,22 172:15,21, 24 173:5,20,25 174:25 176:22 177:5 179:6 182:2,7 187:12 188:9 189:15 190:5,14,20 191:3,5,14 192:4 194:16,17 199:4,20 200:20 202:18 204:22 217:1,4 219:14 236:9 241:5 243:4,7 246:24 248:3 249:21

**here's** 139:12 176:17

**heroine** 18:23

**Herve** 252:10

**hesitant** 188:13

**hey** 54:6 93:21 100:8 104:7 237:1,7 241:10,13 242:4

**high** 14:23 16:1 88:10 119:12,14, 20

**higher** 26:15

**highlight** 173:4

**highlighted** 173:5

**highlights** 173:2

**hilarious** 101:5

**Hinn** 164:17,18 201:4,14 202:5,8, 9 204:1,7,9,10,11,12 205:4,24 206:13 207:4,14,17 208:9,10

**hiring** 214:24

**hit** 45:5 51:14 77:23 136:19

**Hm** 178:23

**hobbies** 11:18

**hobby** 11:14

**hold** 17:22 62:2 90:8 98:10 104:20 186:15,20 219:1

**holding** 83:9 182:2

**hole** 242:6

**holiday** 41:16 132:16

**holy** 18:15

**home** 41:8 44:3 156:3 175:11 176:3 180:25

**honest** 209:12

**Honestly** 148:16 251:14

**honorariums** 225:20

**honorary** 226:13

**hope** 106:9,16 108:16 221:12

**hoped** 105:24 106:8,15 116:11, 20

**hoping** 114:19 188:14

**host** 20:22 21:6,7 24:2 29:15

**hosted** 25:17

**hosting** 25:20

**hosts** 160:9

**hotel** 27:16 28:13 35:16,17 112:21

**hour** 46:9 58:7 125:21 158:3 187:8

**hours** 65:5,14 101:25 187:8

**house** 131:17 223:1,2,3,4,12,24 224:1,2 244:12

**houses** 88:22

**how** 6:16 9:1 10:9,15 12:6 13:21 14:2,19 17:14,16,18 18:5,6,25 20:10,13 21:6,8 24:24 25:25 26:2, 3,23 27:2 28:3,20 37:20 40:14 42:15 44:20,21 45:21 49:25 51:17,22 54:12,17 55:14 63:6 70:15,20 71:9 78:23 81:9 83:14, 19 84:25 86:17 87:3,16 88:6 89:6 90:1,2 91:20 93:1,2,6,20 94:19, 21,22,23,24 95:2,3,4,9,11,16 98:22 101:19,20 102:3,7 106:20 107:20 110:10 111:24 114:14 115:14 116:21 121:8 123:4 128:3

133:12 141:19 143:2 150:13 154:15,16 155:14 156:22,25 157:4 158:9 159:1 164:11 167:13 171:18 179:5 186:1,3 187:2,8 196:20 198:2,3 209:19 210:22 215:7 217:3,21 218:14 221:1,11 223:2,12 225:8 226:22 228:24 229:2,6,8,11,20 230:10,12 239:7, 8,9,11 242:25 245:5,11,13 253:1

**How's** 79:10

**Howard** 231:25

**however** 45:2 47:16 113:2 193:4

**huge** 66:1 164:25 201:14 248:5

**Huh** 30:14 36:20 69:3 127:7,9 136:24 167:2 212:23 235:19

**Hum** 49:11 73:3 150:11 193:5 231:11

**hundred** 80:21,23,24

**hung** 145:18 146:19 147:25 248:13

**hurricane** 107:9 166:19 168:4,7, 8 181:4,5

**I**

**I'D** 24:10 56:12 80:20 104:21 122:21 136:20 154:14 170:20 181:22 182:8

**I'LL** 8:12 14:22 15:6 39:18 45:1 54:12 56:25 60:16 65:24 81:14 103:16 105:20 110:21 121:9 123:22 125:5 132:10 153:12,22 154:20,21 163:24 169:1 171:22 175:4 210:22 233:13 235:15 245:13 247:18,19 253:7

**I'M** 6:12 7:3,10 8:19,25 9:8,9 11:19 12:18 14:10 18:4 19:5,13, 25 20:16 21:21 22:9,13 23:4,12 24:17,18,20,22 25:10 27:9,10,11 28:9,21 29:5,7 30:1,25 32:5 33:14 34:3,13,17 35:9,13,19 36:5,24,25 37:24 41:24 44:11,20,21 45:2,14 46:8 48:10 50:4 53:4 60:15,21 61:9 62:10,12,15 63:6 65:4,11,12, 13,21 66:1,22 69:17,25 71:21,22 72:21,24 74:4 75:11 79:5 82:13, 25 83:1,20 84:7 85:11,14 91:4,7 92:24 93:5,13,25 94:6 95:7,10,21 96:1,21 97:1,3,6,10 98:4,7,8,12, 22,25 99:21 100:15 101:13 102:14 104:8,20,22,23 105:14 106:20,21,22 107:5,6,9,13,22 108:15,16,19,20,22,24 109:20 111:8 112:11 113:4,21,24 115:18, 19,20,21 117:24 118:21 121:4 124:7 125:14,16,24 126:22 128:25 129:2 130:17 134:11,12 137:1 138:13 139:4,12,23 140:12, 16 141:6,9,16,21,24,25 142:9,10, 19 143:2,4 144:2,10,12,17 145:15 146:4,5,16 147:6,17,23,25 148:16,18 149:4,5,11,17 150:1,7 157:15,18 158:20,21 161:1,7,19, 23 162:24,25 168:11,14 169:16, 20 170:10,17,20 173:13,16,22,23, 24 174:2 175:1 176:11,17 177:15 179:7 180:1 181:1,6 182:2 183:1 184:15 185:19,21,23,25 186:12, 18,22 187:4,6,8 189:7 190:5,6,9, 12,23 191:12 192:12 194:4,14 195:20 196:6,18 197:19 198:2 202:20 203:15 204:2,18 205:14, 19 206:9,17,20,23 207:13,16,21 208:1,10,11 210:7 211:22,23 212:3,8,16 213:2,17,24 214:2,16, 19 217:3,15 219:1,3 221:1 223:19 224:13,20 225:2 227:16 228:12, 13 229:22 232:6,13 234:23 235:2, 14,15,21,23 236:11 237:5,7 241:4,9,13 243:7,16 244:13 245:22 246:5 247:6 248:6,7,21 249:1,2,13 251:18 252:12,21 253:25 254:25 255:7,11,12,16,24, 25

**I'VE** 7:4 12:21 98:25 102:16 105:4 124:1 143:8 154:4 168:12 169:18 172:21 175:7,22 176:22 177:2 201:13 234:6 242:1 247:2 255:22,25

**idea** 21:5 43:6 87:20 88:6,8 95:4 107:20 117:16 118:3 157:3 159:2 166:9 225:12

**identification** 56:8,10 58:13 64:14 66:11,24 67:7 71:12,16 92:19 108:4 118:23,24 123:20 132:3 134:3 137:25 165:14,19 167:19,21 169:14 181:12 188:7 198:11 215:14

**identified** 56:12 126:7 131:13 134:18 171:1 215:19,25 229:17

**illusion** 211:14

**image** 103:24 238:12 239:4

**Immediately** 80:4

**Impact** 72:2 109:12,15 134:23 139:6,9,15,22 150:17 247:17,18, 20

**impacted** 161:11 225:5

**important** 66:20 137:9,13 194:4 233:23

**impossible** 95:21 183:14

**impression** 242:25

**improved** 210:14

**inappropriate** 100:7 101:1 102:18 103:13 104:10 105:2,4 141:5 142:19 233:17

**incarcerated** 12:1 152:19

**incarceration** 12:8

**included** 42:21,22 128:17,18

**includes** 41:15 82:11 145:13,17

**including** 144:18 169:17

**income** 224:8,12,23 225:3,5 226:1,11

**incompatible** 132:24 133:1

**incomplete** 126:24

**independent** 75:20 76:5,23

**indication** 72:17 216:6

**individual** 11:4

**inflamed** 143:14

**information** 90:14,15 128:3,9 218:8,10,12

**infuriated** 201:25 202:3 204:4

**initiated** 111:19

**injuries** 227:25 228:1

**ins** 17:10

**insensitively** 253:11

**insert** 104:5

**inside** 45:8 82:9 117:6 136:22,25 152:19 179:2,4 218:5 234:18 235:12 250:16,18 255:6

**insinuation** 147:23

**Instagram** 10:21 11:2

**instance** 27:14 29:5 119:24

**Institute** 15:19

**integrity** 61:8,11 106:15,16

**Intel** 81:20 82:3,4,5,8

**intend** 144:13

**intent** 145:12

**interaction** 91:3

**interested** 26:4

**interesting** 173:6

**interestingly** 131:11

**interfered** 144:11,21

**interference** 144:17

**interfering** 142:12 143:20

**International** 226:21

**internet** 12:24

**interpretation** 203:17

**interpreted** 238:22 245:11

**interrupt** 144:5

**interruption** 159:15,17

**interruptions** 159:16

**interview** 26:14 169:6,7,24 171:7 197:15,21 199:8 208:24 209:25

**interviewed** 23:7

**interviews** 175:22

**invitation** 140:3

**invite** 119:4

**invited** 18:19 157:23

**invoice** 82:6,16,17 86:11,12,15

**invoiced** 86:12

**invoices** 81:17 83:8,10 85:23

**invoicing** 86:5

**involved** 13:14 122:23

**involvement** 248:20,25

**involving** 222:1

**irrelevant** 84:23 137:6 219:20 220:6,7

**irrespective** 107:15

**Island** 252:4 256:3,4,5,7

**isn't** 39:3 70:19 133:6 168:24 192:20 217:18 252:4

**issue** 98:15 205:4 251:18

**issues** 92:13 159:18 160:20 192:17

**it's** 6:24 7:11 9:1 15:21 16:13,22 17:11,12,20,21,23 20:1,5 22:9,21 24:20 28:17 31:2,7 32:11 37:7,10 38:20 43:20,21 44:1,6,22 46:7 47:20 51:11 52:17 53:24 54:23 56:14 57:1,9 61:16 62:3,5,6 64:16 66:7,19 67:8 70:15 75:11 82:6 83:3,22 84:6,16 85:3 86:21 87:11, 12 93:25 95:10,21 100:6 102:18, 20 106:24,25 108:1,5,6 110:16 113:11 114:24 118:7 119:3 121:10 125:5 126:9,18 129:23 131:5 134:6,20 140:2 147:8,18 148:21 151:3,19,21,25 152:1,24 155:7,19,21 157:21 159:12 162:23 166:10,12 167:14 169:10 171:2,3,15 172:15,16 174:5 175:7 181:14,23 182:7 184:12,13,14,24, 25 185:1,24 187:2,11,17,18 189:6,20 191:8 192:5,6,15 194:17,22 195:18 196:16,17 197:15 198:15 203:12 205:1,14 207:2,11 208:13,25 209:10 210:8 211:8 213:21 215:20 216:9,23 217:1 221:15 226:18 230:1,3 232:20 233:23 234:11,25 235:14, 22 237:24 238:6,7 241:9 245:10 246:5,15,16,23 248:6 251:15,20 252:23

**item** 81:24 88:5 97:10

**items** 73:17 74:22,24 75:1,2 81:9 82:10,14 97:18 232:21,22

**itinerary** 44:2

**itself** 141:11 142:18

**J**

**J-U-A-N-I-T-A** 150:22

**Jack** 230:12,14,15

**Jackson** 139:24

**jail** 239:11

**Jamal** 153:18

**January** 124:9,17 152:1,6 202:13 203:19

**Jeff** 88:14,16 89:7,10 90:8 119:24 121:8 122:17 123:7,10 124:10 125:16 127:12,19 129:10 193:2 209:20 214:8,11 216:11 218:4,8, 10,19,20,24 231:2,24 248:10

**Jeff's** 218:12

**Jeffrey** 119:16

**Jesse** 68:21

**Jesus** 182:22

**jets** 201:23

**Jew** 254:16

**Jewish** 251:25 253:9,16,19 254:11

**Jimmy** 219:21 220:2,7 222:1,15

**job** 103:22 180:7 187:20 244:25

**jobs** 19:15

**John** 6:12 14:25 15:1 104:7,12, 16 105:11 140:25 141:3 142:21 143:7 144:10 145:19 146:23 147:13,16 208:9 242:5

**Johnny** 23:5 230:23 231:8,10,12, 17

**Johnson** 193:2 232:1,3 248:10

**joke** 74:8,13 237:25

**joked** 74:11

**jokes** 233:10,14 234:22 251:25

**joking** 239:2 248:8 254:8

**Jordan** 133:13,14 169:7 171:8

**Juanita** 150:3,7,9,12,15,16,20 247:21

**judge** 101:12 104:24 105:3,6 146:8,9 147:1,4,11 220:19 221:4

**Jumbled** 184:2

**jump** 12:21

**jumps** 104:23

**just** 6:24 7:11 8:12 9:14,21 11:19 17:11 18:15 20:13 22:12 24:10, 18,21,24 25:17 26:4,11,12 30:25 32:15 33:12,21 34:17 35:14,15 36:13 39:18 40:4,22 41:18,24 42:25 43:5,6,8,10 45:2 47:2 48:4 51:13 52:25 53:10,17 56:4,5,6,25 57:7 58:1,4,21 59:24 60:4,10 61:17 64:17 65:4,14 67:2 69:25 70:15 72:18,23 73:9 74:4 80:21 81:4 82:8,18 87:12,16 88:3 89:22 90:7,16 92:11,25 94:6,16 98:25 100:23 101:17,20,21 102:1,12,22 104:21 105:9 107:6,11 108:22 110:22 113:12 117:5 118:6 119:10,14 120:14 121:7 124:3,8 128:7 130:9 131:14,19,21 132:11, 14 134:13 136:6 138:1,13 141:10, 25 142:15,24 143:23 144:4 146:3, 6,11,13,23 147:10,15,16,24 148:22,25 149:21 150:19 152:8 154:5 157:6 162:1 163:1,5,24 166:22 167:5 169:25 171:22 172:18,21 175:7 176:11 177:6 178:13 181:22 185:24 186:1,22, 23 190:1,12 197:3,4,13,16,17,19 198:16 200:12 205:1 206:23 207:12 208:1,11 209:6 210:21,23 212:2,16,24 214:1 216:8 217:1 221:1,14 222:4,11 225:16 228:13, 18,20 232:13 233:25 234:3 236:11 237:1,7,24 238:12 239:9 241:24 242:6 243:18 245:16 249:12,15 250:3,6,11 251:13,21 252:19 253:2 254:16,25 255:2,11 256:17

**justify** 176:18

**K**

**Kaput** 190:5

**keep** 8:19,22,23 30:17 36:17 40:23 49:5,8 50:10 56:13 60:5,23 61:2 76:17 95:11,13,16 98:4 101:18,19 102:1,5 103:6 114:17 141:7 146:4,5 163:24 185:20 193:9 212:12 221:11 222:20 235:3

**keepers** 18:8

**keeping** 112:5

**keeps** 39:24 105:21 155:5

**kept** 40:16 57:23,24 113:23 133:9 135:18,19 161:2 166:22 172:6 180:9 209:6,13 249:14,15

**kerosene** 212:12 214:5

**Kevin** 9:4 20:10,12 21:2,3 23:18, 24 26:1,22 27:12 30:18,22 32:14, 15,16,18,19,21,22,24 33:3,6 35:23 39:16 42:21,22 47:19 48:14 49:22 50:25 51:16 52:25 53:19, 22,24 54:6 56:11,19 60:17,23 61:2 62:24 63:13,14,16,21 64:2, 15 65:8 66:5 67:9,10,19,22 68:1 70:18,25 71:18 72:18 73:4,21 74:1,9,11,12 76:16 78:9 79:25 84:23 85:3 89:13 90:19 91:3 92:1, 4 93:9 95:22 105:16 107:1,3 109:25 111:3,4,5,19 113:7 114:15,17 121:20 124:11 128:20 129:10 132:6,15 133:8 134:20 135:6,10,14 136:13 138:6,7,9,19 139:5,14,20 149:18 150:2,10 152:2 154:22 155:5 159:18 160:22,23 162:22 163:1,9,18 164:15 165:2,18 166:15 168:1 169:2 172:1 173:11,13,14 175:1, 4,14,25 176:13,16 177:6 178:17, 24 179:19 183:11 184:25 188:19 191:11 192:17 193:24,25 194:5,6, 10 201:25 203:8 204:4,15,22,24 205:23 210:15 211:2,22 212:4,10 215:5,22 216:17 217:17 228:25 229:3,6,8 230:4 231:4,7,16,17 232:17 234:22 235:9 237:14,17 244:11,13 248:8,14 251:1,8 252:17 253:18 254:7,8,9,10 255:4 256:7,8

**Kevin's** 52:19 166:2 188:9 249:12

**key** 162:24

**kicked** 105:21

**kicking** 36:12

**kid** 208:2

**kids** 175:16

**kill** 175:1

**kind** 39:2 40:18,23 44:21 57:22 64:17 68:4 69:25 81:20 110:25 119:10 122:6 123:14 142:13,16, 17 164:10 177:18 179:9 182:7 184:18 189:10 197:4 204:25 243:6

**King** 86:6 249:4

**kingdom** 108:19 153:21

**knew** 8:24 9:3 24:10 25:25 26:15, 17 31:6 34:15 38:25 39:1 71:9 99:7 106:6 114:25 117:7 121:17, 23 128:20 161:13 176:7 205:25 229:12 231:13,24 233:9 254:16

**know** 9:1 10:2 12:6 13:17 14:22 15:14 19:23 21:2,5 23:23 24:3,5, 6,9,20,21 25:7,10 27:11 28:7,21 31:8,11,14,17 32:1,11 33:2,4,7,9, 12,13,19,21 34:2,14,15 37:20 41:18 42:2,14 43:3 44:15 50:16 51:4,23 53:23 54:8,9,24 55:4,24 56:19 59:9 69:9 73:17 77:5 78:10 80:14 82:3 84:1,12,15,16,25 86:19 88:21 89:3,4,6,17 91:3,5,9, 19 92:7,23 93:17 94:1 95:9 96:9 100:22 101:12 102:15 104:18 105:5 107:9 108:10 109:11 111:24 112:2 113:10 114:14,24 115:24 118:5 119:23 120:1,7,21 122:5,6,9,13,16 123:12,14 124:15,22 125:1,4 127:21 129:8,9 130:6 132:18 134:6 135:14,15 136:6,8,9 137:8 139:7,25 140:22 141:4 143:1,2,11 147:18,19 148:3 149:2,9,17,18,19 154:2,14,17 155:24 156:1,3 157:4 159:2 161:17,19 162:11,23 163:21 164:12 165:1 166:10,16 167:13 168:14 169:18 170:15 171:15,23 173:10,17,22,23 174:14 177:3,4, 12,20 178:2 179:5,10 180:23 181:6,9,23 182:1,7 183:9 184:22, 25 186:1,2 187:2,17,19 189:6 190:5,16 192:22 193:6,8 194:14 195:23 196:21,22 200:24 201:12 205:5,13,15 206:16 207:12 209:1, 16,24 212:1,7,17 213:5,9,17,19 214:11,22 215:4 217:13 218:6 220:25 221:11 223:8,16,17,19,21 225:9,10,15 226:24 227:2,13,15, 22,23 228:5,7,22 229:2,6,8,11 230:11 231:9,20,21 233:13,22 235:7 238:2,3,4 239:19 243:5

245:25 246:2,5,23 248:15 249:18 251:13,20,21,24,25 252:1,9,20, 23,24 253:5,7,11,23 254:19,22,25 255:21,23 256:6,9

**knowing** 116:17 135:4 157:3

**knowledge** 15:24 86:18 89:1,5 223:21 229:9

**known** 114:20 232:3

**knows** 129:2 139:23 195:23 217:23 231:22 234:3 235:9

**L**

**lady** 20:24

**large** 121:17 228:15

**largest** 184:25 227:4

**Larry** 171:8 173:16

**last** 26:23 38:8 39:11 81:10 86:7 87:5 103:16,17,19,21 104:1 109:8 118:9 121:19 142:6 148:13,14,23, 25 171:24 177:16 182:9,18 201:2 202:12 226:11,12,14 232:7

**lasted** 133:17

**late** 22:9 159:15 168:21 195:5,6, 7,24 196:1

**later** 21:7 54:6 82:17 93:14,18 183:17 190:20

**laugh** 45:1 58:21

**laughed** 163:19

**laughing** 237:9 248:6

**law** 192:13 215:21

**lawsuit** 6:9 13:7,8,10,12,14,18, 23 33:24 34:8,12,14 179:21,22 230:20 254:23,25

**lawsuits** 13:13

**lawyer** 145:1 170:10,18 214:24 215:2 219:1

**lawyers** 100:12 142:11 144:25 161:20 206:9

**lay** 228:9

**leadership** 20:19

**leading** 47:7 144:24 154:21,25

**leaning** 228:6

**learn** 212:9

**learned** 34:1 105:15,22 115:13

**least** 91:4 109:22 115:3 121:24 137:13 175:18 192:16 207:3 226:1 238:22 239:15

**leather** 54:15,16 75:14

**leave** 180:12 196:9,10 205:21 248:9

**leaving** 72:2 177:17 184:1 194:11 203:16 222:21 228:11 249:19 254:7

**left** 20:23 39:25 89:2 107:6 120:18 121:19 122:21 127:23 150:17 162:7,8 163:5 171:12 180:14,15,20 181:8,9 184:3 194:1,21 201:3,9 202:19,23,24,25 208:25 210:15 213:22 214:9 234:20 251:3

**Legions** 82:9

**length** 187:4

**less** 14:20 46:14

**lessen** 38:19

**lesser** 96:4

**lesson** 17:14 78:18

**let** 9:11,12 27:5,14 30:4,17 32:6 37:5 50:25 53:19 56:4 62:18 65:1 69:18 72:23 76:16 81:16 92:24 95:10,23,24 98:8,9 103:17 106:18 108:16 109:7 116:16 117:5 125:23 133:9 134:13 136:18 139:5 141:25 142:4 144:16 145:6, 9 146:23 154:20 161:17 162:1 163:7 174:8,11 176:10 177:5 179:3 187:15 199:6 207:16 211:10 214:1 215:10 226:21 233:16 235:16 236:4 238:3,4 242:4,6 253:25

**let's** 15:9 20:10 38:8,16 40:22 41:12 42:25 48:4 51:25 53:18 56:4,5 58:1,2,8 64:13 66:8,23 67:2 70:21,23 71:10 74:4,20 80:21 84:4 90:25 92:15 94:16 101:11,12 103:8 105:9,10 108:3, 7,10 123:16 126:15 127:21,24 129:16 131:24 136:3 142:20 146:8 147:1 148:7,8 151:22 165:8 167:17 169:5 171:17 174:10,22 180:16 185:20 189:11 193:9 197:23 203:23,25 204:22 205:21 217:11 219:12 221:15 222:20 225:16 228:17 245:6

**letter** 113:15 140:3 215:2,4,20 216:2,4,9 217:2 218:4,5 219:2

**letting** 125:24

**Lewis** 21:15

**Lexi** 20:25 136:15

**liar** 214:16

**lie** 159:10 168:13 209:14,15 210:2,8 211:18

**lied** 209:25

**life** 18:24 132:16 181:16 234:7

**like** 8:19 11:11,13 13:3 15:15 17:15,16 18:6 19:11 20:7 21:3,12 22:17,21 23:4,5 25:8,9 28:20,21, 24 29:5 36:5,11 37:12,24 38:6,11, 23 39:16 40:18,24 42:5 44:13,14, 15,19,22 45:4 46:5,8 47:4,5,9,20 48:5,18,20 50:4 51:15 52:24 54:23 55:23 56:12,22 57:2,15 58:15 65:19,20,25 67:14 68:19 72:10,12 75:11,12,14 76:5 79:1 81:18,20,24 82:2 83:25 84:8,15 85:12 87:3,12 89:5 93:3,7,23 99:24 100:17,23 101:10,18 103:1, 2,5,7 104:19,21 106:24 107:6,8 109:6 110:6 114:1,18 115:21 118:4,12 119:13,14 120:14,17 123:23 124:11,19 125:19 126:15 127:14 128:10,15 129:7 134:23 136:20 138:21 141:4,7,9 142:1 147:18 149:2 154:1,8,14,18 155:7,21 158:14,17 160:21 161:11,13,14 162:23 164:9 165:2, 20 166:12,17 169:21 170:5,20 171:14 174:21 177:4 178:7 180:4, 20 181:16 182:8 184:13 186:18 187:9 190:18 194:10 197:22 200:19 201:13,23 202:17,23 203:12 205:3,22,23 208:7 211:9 212:18 213:16 214:8 216:14 223:3,4 224:4 225:19 226:4,7 227:14,20 228:2,20 229:22 230:8 233:13,18 234:2 237:14 241:6

243:3 244:1 247:15,16 249:16 250:23 252:6 255:9,10,12

**liked** 175:7 196:12,13 250:1

**likewise** 53:1

**line** 35:10 66:5 120:1 144:12 145:15 168:10 172:13 185:20 198:19 202:12

**lines** 168:3 200:20 235:12

**linguistics** 192:15

**linked** 11:9

**Linkedin** 11:6,8,9

**Lion's** 90:23

**liquidate** 129:17

**liquidated** 121:20

**list** 25:9 168:24 195:5 230:6,11, 14 231:10,12

**listed** 228:19 229:22

**listen** 100:8,10,13,15,17 101:1 103:15 140:20,25 141:8,25 143:9, 13 146:3

**listened** 41:17

**listening** 100:12

**literally** 143:3 146:13,19

**litigation** 145:13 182:3

**little** 12:21 14:20 18:5 36:14 40:22 43:1,6 54:19 57:2 59:3 76:12 101:18 108:9 115:7 149:22 154:20 169:19 172:19 193:11 205:1 247:15,16 249:18

**live** 18:16 23:20,22 28:1 36:4 59:25 116:5 157:9,21 171:8

**lived** 18:15

**lives** 18:15

**living** 26:25 36:5 55:21

**loading** 80:11

**located** 223:6

**location** 23:9 24:4,8 31:19 43:25 52:17,18

**lodge** 104:21 181:22

**long** 10:9 12:6 14:2 28:3 39:12 49:23 50:10 52:5 81:10 84:16 93:20,25 134:6 186:8,13 187:8 195:3 242:5 247:2

**longer** 133:15 187:2,3 188:4 222:6

**look** 8:2 10:2 47:22 48:18,23 50:7 51:25 56:5,17 57:8 64:22 66:8 67:3,4 70:21,23 71:10,15 82:4 84:4 90:6,8 92:21 94:6,12 108:3 118:8 119:9 124:15,16,23 132:7 134:6 136:22 146:1 149:22 151:22 161:20 165:21 169:5,25 171:6,17 182:6,8 188:14 202:17 205:5 215:19 217:10,11 234:2 236:11 237:10 238:14 239:12,24 240:7,12 241:18 242:12 243:13 244:16 245:6,13

**looked** 8:1 26:20 70:24 165:16 217:6 243:17

**looking** 127:4 155:21 236:5,11 238:10

**looks** 22:20 58:15 81:18 119:14 165:20 166:12 181:16 234:2 237:14

**lord** 18:24 106:23

**lose** 166:18

**losing** 115:21

**lost** 146:13,19

**lot** 20:18 110:24 111:1 115:5 117:11,13,17,21,22 118:1,6,13 126:4,15 131:4 133:5 154:7 173:9 182:10 186:18 187:17,19 188:9, 11 195:15 196:3 211:14,15 213:14 230:3 232:16 233:21,25 243:4 244:12

**loud** 58:22 233:23

**love** 11:19 21:8 71:24 72:15 73:7 108:18 211:10

**loved** 158:18 163:19 175:25

**loves** 175:8,9,15

**loving** 154:6

**low** 40:15 88:9 119:14,20 121:11

**loyal** 168:11,18 169:2

**loyalties** 194:14

**loyalty** 194:12

**lunch** 118:18

**lying** 211:4,18,21

**M**

**M-A-R-K** 223:3

**ma'am** 148:22

**mad** 204:7 207:6 211:2 212:4 244:22,25

**Madam** 146:15 148:12 215:16 256:14

**made** 25:5 42:1 45:1 78:25 79:24 90:3 106:11 112:23 116:5,16 148:24 159:16 169:16 181:24 198:23 201:22 205:24 239:19

**maintain** 8:16,17 9:18,22 223:17

**maintained** 233:5

**make** 12:15 18:13 26:25 36:8,9 38:24 45:15 55:23 56:6 58:21 59:3 62:19 64:2 71:22 85:10 113:14 124:3 131:10 136:13 142:10,16 146:14 152:20 155:7 159:18 161:19,22 162:24 178:15 181:3,5 193:14 194:6 196:6,16,18 199:12 205:16 213:24 214:14 215:11 219:20 220:6 233:9,14 237:1,8 243:2,3 244:25 251:9 253:16

**makes** 207:12

**making** 44:10 60:15,16 102:21, 25 104:9 136:10,16 142:18 175:21 210:24 224:20 225:2 234:23 244:22 253:7 254:8

**Malia** 231:25 232:1

**man** 20:22 54:6 71:24 72:15 132:13 178:17 208:21 234:2 255:22

**man's** 177:13

**manager** 229:14

**manner** 142:24

**many** 10:15 14:19 20:18 28:7 79:18 86:17 87:3,16 88:6 91:20

101:19,20 102:3,7 107:20 113:2 121:8 123:4 145:3 156:22,25 157:4,6 158:11 159:1 171:18 213:14 214:2,3 223:12 226:22

**March** 134:19 137:13 226:12

**mark** 118:21 223:1,2,3,12,24 224:1,2

**MARKED** 56:7 58:12 66:10 71:11 92:18 118:22 123:19 132:2 134:2 137:24 165:13 167:18 169:13 181:11 188:6 198:10 215:13

**market** 77:10 78:10

**marks** 241:21

**married** 10:11

**Marrow** 249:4

**Martin** 193:10 194:4 196:23 197:5,21,24 198:13 199:2,4,5,8, 15,24 200:2,14 203:14 208:24 209:25

**Martin's** 193:25

**masses** 44:15

**material** 118:13

**matter** 22:20 144:14,15 176:1

**Matterlo** 230:23 231:8,10,12

**maximum** 48:4

**may** 37:12 108:5,24,25 110:16 112:5 140:8 186:18 202:13 203:19 229:5 233:23 252:3

**maybe** 14:4,20 15:14 18:5 25:17 28:10 34:5 40:15,16 41:11,21 43:1 46:4,10 47:5 48:3 54:8 66:17 82:2 115:6,7 129:13 133:18 139:10 153:15 154:15 157:25 159:4 161:15 169:20 188:4 214:23 226:23 232:8 243:19

**mean** 7:21 24:17 32:8 37:20 44:8, 18,20 47:14 57:14,17 68:16 69:9 81:5 82:13 84:18 85:2,9,15 90:3 100:11 109:24 110:9 118:7,9 120:14 128:11 136:8 140:4 145:24 149:13 151:2 153:10,14, 22,24,25 155:24 157:1 158:13 160:13 162:3 167:4 168:20 174:18 176:14 178:13 179:23 184:24 186:1,23 192:7 193:19 199:22 201:11 206:19 207:1 210:4,18,20 211:8 212:2 224:22 226:17 228:2 234:3 235:23 244:8 251:15 256:2

**meaning** 139:10

**means** 24:15 75:16 191:10 199:23 227:16 242:23 256:1

**meant** 11:9 173:8 176:6

**media** 11:4 76:3

**meet** 14:12 47:19 223:12

**meeting** 77:18

**Members** 35:3

**meme** 162:23 163:1,3,9,18 172:15 175:13 177:17,19 180:25 185:18 190:17,23,25 191:1,4,20 194:25 202:5,6 204:3 231:16,17 232:2 235:16 236:14 237:17 238:1 239:14,16,20 240:20 243:1, 9 248:1,3,12 249:10,20 251:6

**memes** 191:18,21

**memories** 209:22

**memory** 92:1 111:23 211:9

**men** 132:14

**mention** 85:1,5,6,7 110:13 130:1 153:2 190:23,25 191:1,17,22 192:2,16 214:7

**mentioned** 76:10 168:4,7,22,23

**mentioning** 109:22 110:7 137:6

**mentions** 133:5

**message** 18:21 89:12 90:20 132:22 133:2 138:23 166:12 237:4 241:10 243:22 245:8,19 246:7

**messages** 37:25 56:11 238:5 239:8,10 243:22

**messed** 82:20

**met** 21:5 223:13

**Michael** 100:22 103:24 104:7,23 119:4 141:8 143:8 144:18 149:1 170:3 242:8,10

**Michigan** 6:1 23:14 34:7

**mid** 252:6

**middle** 63:1 68:2 243:19

**midget** 249:16 251:23

**might** 12:20 23:19 24:19 44:8 45:9 58:15 75:2,10 85:12 106:21 156:23 168:13 186:13 226:8 228:21 231:21 234:9,10

**millions** 208:19

**mind** 17:17 32:11 40:16 115:23

**mine** 33:18 52:21 78:9 116:22 128:19 212:17 214:3,4

**Mine's** 128:22,23

**minister** 43:24 115:15 224:9 239:1

**ministered** 116:6

**ministering** 107:11 108:1 115:18

**ministers** 44:1 222:23

**ministries** 10:20 17:13 43:22,24 44:1,3,6,7,10,13,22 45:18,19 75:24 78:4 80:18,19 86:4 87:16 92:6 112:6,12,17,23 154:12 250:12

**ministry** 10:18,19,20 35:6 40:7 43:21 44:2,22 45:17 47:15 51:18 56:24 59:15 106:21,22 107:3,4,10 108:1 112:13 114:13,14 116:7 130:6 137:8,9 186:5 192:6,7,11, 13 211:14 213:21,22 214:2,3 222:23 225:23

**minute** 28:13 64:17 74:20 92:22 134:5 145:16 248:1 255:11

**minutes** 33:22 36:6 102:10 118:9 179:11 250:6 255:14

**mirror** 103:24

**misappropriation** 201:5

**misappropriations** 183:14

**mischaracterization** 100:3 249:24

**mischaracterizes** 219:5

**mischaracterizing** 100:1

**misconduct** 147:8

**misrepresentation** 220:22

**miss** 222:6

**missing** 71:20 126:5

**missions** 26:2

**Missouri** 230:8

**mistreatment** 192:3,4

**misunderstand** 187:6

**misunderstood** 140:8 187:7

**mix** 79:22 139:4

**model** 51:5,11

**moments** 38:16

**Monday** 140:2

**monetary** 52:24

**monetize** 36:2

**money** 43:8 50:7 58:21 66:2 82:21,24 83:5 91:18 92:5,8 93:6,21 94:9 98:22 108:25 109:3,21 110:7,14 115:6 129:10 130:4 131:6,15,22 181:4 182:18,21 183:17 185:19 186:7 209:2 224:14 230:20

**monkey** 251:23 255:19 256:1

**month** 9:4 28:16 37:10,12 49:18 81:2 121:24 124:22 155:8,15 156:21,24 158:1,8,9 208:25 214:9 224:5,10 226:11,12,14

**monthly** 44:14 47:15 93:8 114:9,10 127:12 224:8 226:3

**months** 25:18 93:22 154:21 156:21 182:19 184:24 185:8

**Moore** 27:23,24

**moral** 175:11,19,20

**more** 14:10 17:12 22:21 24:18 25:25 27:8,9 36:14 40:22 43:1,6 46:14,15 49:16 52:8,13 53:6,12,13,15 57:5 61:11 66:5 71:4 72:19 73:12 81:7,8 115:7 117:20,23 118:2,5 122:6 124:19 126:4 132:12 133:5,7,21 154:19 155:5 157:8 167:5,6,8 186:3 187:3 190:16 207:20 210:9 234:20 250:5

**morning** 7:15,18 21:14 43:13,17,19 46:1,2 52:2,3,4 59:11 60:6 62:22,23 64:11 109:8 132:11 152:22,23

**mornings** 43:13,18

**most** 6:24 18:15 111:3,9 137:9 208:16,18 224:12

**motion** 143:19 144:1,6,8,9

**motions** 144:18,20 220:18

**motive** 70:10

**Motown** 45:3

**mouth** 100:6,19 101:18

**move** 7:3 55:14 71:9 73:20 78:23 80:21,23,24 82:22 94:6 101:11 104:21 113:10 124:1 128:14,16 129:19 131:19 149:21 157:23,24 158:10 203:23,25 205:25 208:9 219:12 227:18

**moved** 18:18,22 26:11 54:7 55:1,21,22 57:22 79:23 81:12 89:16 90:25 116:6 128:5,6 206:2,3 227:20 228:15

**moving** 30:18 51:6 57:23,24 79:21 84:22 90:22 91:4 94:1,8,10 120:11 122:2 129:15 161:2,5,9

**Mr** 6:8 9:11,13 12:15,19 30:13,15,16 32:6,7 33:8,11 56:9,15 58:6,8,14 60:20,22 61:14,15,19,20 64:21 66:14 69:17,18,20 71:13 72:23,25 73:1 87:8,11,14 92:15,20 96:13,14 98:1,2 99:17,19,23,25 100:1,3,4,5,6,8,10,12,13,15,16,20,21,22,25 101:5,6,8,9,12,15,17,19,22,24 102:2,3,5,7,9,11,12,13,14,18,20,21,22,24,25 103:2,4,5,7,9,11,12,14,15,18,19,21,22,23 104:1,2,5,7,10,12,14,16,17,18,23,25 105:2,4,6,7,9,11,13 116:14,15 118:8,11,12,14,17,24 119:7,8 120:23 123:21 124:1,6 132:4 134:4,9 138:1,3,4,6,7,8,9,10,13,15,18 140:14,20,22,25 141:1,3,6,11,12,13,14,16,18,19,20,21,23,24 142:2,4,5,6,7,8,9,15,22,23 143:1,4,5,7,8,13,16,18,19,22 144:1,4,8,10,11,13,15 145:4,5,6,11,12,15,17,19,20,21,23,24 146:1,3,4,6,8,10,11,12,17,18,21,23,25 147:3,4,6,7,9,11,13,14,15,17,20,21,22 148:3,5,6,7,8,11,12,15,22 149:1,8 150:19,22,24 157:18,19 161:8 162:1,2 163:24 164:1,3,4,5 165:7,10,12,15 167:17,20 169:11,15 170:2,3,6,25 171:21 179:3 181:13,21 182:5 187:1 188:8 193:21 194:2 198:12 200:12,16,17,18 206:15,22 208:9,11,14,15 210:1,3 211:6,7 214:21 215:11,15 216:8,18 217:22,23,24 219:14,21,23,24 220:2,4,6,8,12,13,15,17,24,25 221:1,3,5,6,7,8,9,11,14,15,18 222:8,9,10,11,13,17,18,19 232:6,10,12,21 233:2,8,13,19 235:18,19,20,21,22,23,25 236:3,8,10,16,21,23 237:22 238:3,23 239:9,15 240:1,7,13,25 241:18,24,25 242:2,4,8,10,11,13,14,15,25 243:8,23,25 244:15,23 245:8,19 246:10 248:18 249:9,23 250:3,5,10 255:2,14 256:11,13,14,16,17

**MS** 56:14 87:6,10

**much** 22:20 24:5 28:10 40:14 55:14 82:1 108:14 110:4 132:12 147:16 170:20 186:1,3 187:2 196:7,20 215:7 225:8 245:13

**multiple** 176:8

**must** 17:22 114:17,20 116:12

**my** 9:17 10:20,21 11:19 18:7,24 27:16 40:16 43:21 44:1 45:13,17 46:20 50:2 53:7 55:19,20 56:24 59:10,15 60:11,15 62:13,20,22,23 63:18 64:4 66:7 70:10,16 71:5 73:15 76:18 77:10,13 78:20 84:19 86:16 94:13 100:18 101:5,19 104:21 106:24,25 107:4,10 110:19 111:7 115:1,15,23,25 116:2 117:18 128:18 129:23 131:16 132:15 133:15 134:12,24 135:1,2 140:6,17 141:25 142:1,19 143:10,15 145:2,7 147:7 148:1 155:3,7 156:3 159:9,25 162:14 163:19 168:13 175:22 176:4 177:3,21 178:25 179:2,4 180:1,6 184:15,19,23 185:13,14,19 186:10,11 187:17,18 191:10 193:24 194:14 196:20 201:21 202:12 203:18 204:18 205:16,19 206:3 207:5,23 208:2,3 211:3 217:9 219:6 224:16 225:2 228:20

233:25 234:7,16 240:5 241:8 242:4,6 247:13,14,19 248:9 251:1 253:7

**myself** 8:20

**N**

**name** 16:8,14 21:15 27:22 75:10 76:14 86:7,9 87:5 136:14 164:1 174:12 222:25 223:1 240:5 241:8 252:10

**named** 20:22,24

**nasty** 251:23,24

**nation** 204:13

**National** 82:9

**natural** 7:11

**nature** 22:11,23 159:19 179:24

**near** 90:9 120:13 166:7 202:10

**nearer** 120:14

**necessarily** 254:20

**necessary** 198:16

**need** 24:21 53:20 58:5 70:15 79:1 90:20 91:1,2 103:2,5,21 106:19 128:20 129:17 135:25 141:3 176:12 182:12 186:2,3,10 191:16 208:2 214:11 248:17 256:17

**needed** 9:1 27:12,13 49:8 59:3 68:1 103:23 129:9 131:6,8,19

**needs** 198:14

**negate** 219:24

**negated** 219:15

**negative** 178:8 179:16 180:13 253:19

**negatively** 161:11 225:4

**negativity** 212:15

**negotiate** 76:9

**neither** 34:4 211:1

**Nelson** 249:4

**network** 20:11,21,23,25 21:1,4, 13,14,15,16,19,20,23 22:2,8 26:1, 18 27:1 31:7,9,12,13,15,16,17,18 32:17,18,20,21,22,23,25 33:2,3,5, 19,20,21,22,24 34:3,7,20 38:23 46:1,10,17,24 47:4,8 53:19,25 55:22 57:9 66:4,7 68:4 72:3 75:13 77:11 79:12,24 107:5 108:5 109:12,15,16 110:2,3 113:2 115:20 122:18,20 129:23 132:15 134:23 135:1 136:10,12,14,19 139:6,9,15,22 150:13,17 154:22 155:11 156:15 158:14 162:7,8 163:6 164:6 171:25 172:5 173:17 178:5 182:22 183:7,15,23 184:17 185:1 188:22 189:1 193:13 195:23 196:5,9,10,11,12 199:4 200:10 202:1 203:16 204:5,18 208:16,17,22 211:1 212:11,13,15 213:2,14,15 215:22 224:3,5 225:20 227:1,3,4 230:20 232:18 233:5 244:1 245:14 247:17,21 248:5 250:2 253:8

**Network's** 78:21

**networks** 25:23 38:24 51:5 109:23 110:5 136:17 199:13

**never** 13:16 20:7,9 29:13 31:5 41:17 52:10 98:3 102:2 103:9 105:4 108:16 112:3 113:5 114:18 115:1 125:12 127:11 131:2 135:10,16 143:8,9 154:4 160:4,5, 6,8,9,11,12 168:12 172:1,5 176:16 179:7 201:18 234:11 236:25 237:3 241:15,17 255:25

**new** 15:21,22 26:10 48:1 78:8 195:10 213:14 240:5 255:22

**news** 239:2

**next** 26:22 29:5 39:17 51:16 58:2 64:13 66:8 70:21 80:23,24 89:16 91:1 119:13 129:17 134:25 137:23 151:22 165:8 166:3,12 171:17 174:22 183:1 188:3 190:19 197:23 200:19 208:14 224:5 241:18,23 242:21 244:23 245:17 246:7,8

**nice** 108:4 133:25 230:5 254:19

**nigger** 176:21 177:2 234:25 235:11

**niggers** 244:12

**night** 23:4,21 26:12,23 50:10 51:14 52:6,14,15 90:21,24 109:8, 9,10 129:20,21 155:5,6 157:20,21 158:21 159:5 246:2,14,15,19,22, 23 247:11 249:1,2,3

**nights** 45:13 49:24 61:2 62:25 91:11 130:11 153:16 159:5 196:13 247:12

**nine** 22:12,14,16,17 179:25 182:19 184:24 185:7

**ninth** 115:13

**no** 6:23 7:5,19,24 8:24 9:1,7,17, 20 10:1,12 11:5,13,25 13:6,16 15:3 16:2,4 21:5,12,24,25 22:4,6 26:8 28:19,23,25 29:1,3,4,11,24 30:20 31:2,5,10,21 32:3,9 33:14 34:21 42:2,12 43:9 48:21 52:8,15 57:21 59:3 60:18 61:3,4,23 62:13, 22 66:22 67:13 68:13,23,24,25 69:4,22 70:4 74:3,4 76:1,6,7,9 79:6 85:14 86:10 90:1 91:8 93:13 95:20 96:12,20,24 97:1,3,5,25 98:16,18,23,24 100:3 103:9,21 106:2,13 109:25 111:1 113:4 114:1,10 116:1 122:8 123:25 127:11,14 128:18 129:1,2 130:6,8 131:18 133:15 135:9,24 138:23 139:4,9,10,22 140:10,16 142:2,3, 5 143:16 144:14,15 145:6,20,23 146:8,25 147:14 148:15,20 149:11 150:16 151:7 152:14 153:2,7,9 155:5 156:13 157:3 159:2 160:2,11,16,20 162:17,22 164:24 165:4 166:9 167:1,3,7,8 172:12 176:1,16 177:25 183:16 186:1,10 187:13,25 190:2 191:17, 22 192:2,16,24 193:17,25 197:2, 16 199:23 200:1 203:3,5 206:9 207:6,11,22,25 208:3,6,23 211:21 212:18 213:24 217:3,20 218:2,16 219:8,10 221:14 222:6,8,10,22 223:22 225:12,13 226:2,6,9 228:4,7,8 230:7 237:9,24 240:5 243:12 249:14 253:3,24 255:10

**Noah** 90:23

**nobody** 184:25 193:12

**nobody's** 53:22 131:21 211:21

**nodding** 7:6 18:4

**noise** 212:10

**none** 10:22 36:9,10 75:22 108:17 116:7 126:20 130:1 192:19 205:8, 12,13 207:9,11 219:10 227:2

**nonprofit** 31:19 33:23 34:2,7,21

**nonsense** 141:7 208:8,13

**Nope** 230:9

**nor** 34:4 211:1

**normally** 18:16 119:4 159:4

**North** 10:8 44:4 185:8

**note** 198:18

**nothing** 6:6 11:13 30:10 35:22 42:3,4 44:8 53:6,12,13,15 63:14, 16 73:12 90:9 94:5 99:15 106:9 113:22,24 117:7,9,12 129:23 167:9 191:19,21 226:9 237:24 248:6

**notice** 6:19 135:2

**notoriety** 164:24

**November** 69:14 181:15 182:17 183:8

**nullify** 220:9,22

**number** 6:10 7:10 38:22 39:18 56:7,12 58:12 64:14 66:10 71:11, 16 82:14 92:18 98:24 112:1 118:22 123:19 129:9,24 132:2,5 134:2,19 137:24 147:12 151:25 155:1 165:9,10,13,20 166:13 167:18,22,23,24 169:13 172:22 181:11 188:6 198:10 215:13 216:14 217:4 222:3 226:24 243:20,25

**numbers** 66:24 90:5 96:9 113:5, 14 114:2,3,5,6 119:19 120:24 121:11,17 124:24 125:12 126:21 127:16,17,19,23 134:21 188:10 214:8 217:16 219:11

**O**

**o'clock** 21:14 43:13,17 46:1,2 52:5 65:5,15 153:16

**object** 30:13 33:8 135:24 200:12 216:8 249:23

**objecting** 85:12 101:13,15 141:1

**objection** 61:14,19 96:13 98:1 99:17,23,25 102:21,25 104:9,11, 12,19,20,21 116:14 142:11 181:22 182:4 208:21 210:1 211:6 216:10 217:22

**objections** 142:18 144:22 243:1, 9

**obligated** 49:22,23 50:1

**obligation** 45:13 49:25

**obnoxious** 175:20 176:7,19

**obtain** 16:3 83:3 128:3

**obtained** 128:9

**obviously** 10:5 162:23 169:22 173:2

**occasions** 116:10 136:1 185:7

**occurred** 92:25

**October** 56:21 64:16 65:1 67:8 198:23 201:11 202:16 208:24,25

**odd** 131:12

**off** 29:6,8,9 36:11 38:5 39:25 51:13 53:15 55:14,15 58:10 63:22 64:19 66:12 79:23 80:11 81:5 82:17 83:20 84:11 86:7 96:2,3 112:13 118:15 124:4 131:25 134:7 135:2 140:20 141:6 144:12 145:15 148:10 149:4,6 159:9 165:5 170:23 171:19 173:24 177:11 179:7 182:15 183:7,18 186:24 188:22 198:5,8 203:5 212:22 213:15,16 221:15,16 222:12 224:24 236:1 249:7 250:7

**offensive** 236:19 253:9 255:15, 18

**offer** 55:25 108:17 168:13 169:1

**offered** 21:15 54:18 85:2 87:19 113:3

**offering** 26:21 36:7 42:1 43:4 48:20 51:14,15 88:1 94:25 225:14

**offerings** 38:10,12,13 41:4 48:11 52:13 76:10 77:3

**offertory** 224:14

**office** 51:1 184:15 211:3,13 248:11,16 249:5 255:4

**often** 111:12,16 155:14 158:14 223:14

**oh** 17:5 31:11 52:17 53:23 59:9 66:7 72:21 88:25 100:20 101:5 151:23 167:8 183:22 187:7 192:4 227:19 229:3 243:2 248:6

**oil** 113:7

**oils** 130:19 216:12 231:24

**okay** 6:9,12 7:7,9,10,20 8:4,11, 12,14,19 9:1,6 10:7,17 11:11 12:3,6,10 13:7 14:2,5 15:9,16 16:18 18:5,17 20:1,14,15 21:17, 25 22:7,11,14,22,23 23:3,8 24:3, 10,13 25:16,19,20,22,24 26:9,13 27:3 28:13,17 29:1,12,25 31:3,8, 18,22,25 32:1,4 33:17,19 34:4 35:2,9,24 36:1,23 37:9,19 38:12, 14 39:13,15 40:2,5,22 41:11,14, 20 42:13,20,22 43:2 44:13 45:20, 22 46:16,19,21,23,25 47:6,22 48:1,16,18 49:1,2,4,14,18,20 50:3,6,11,22,24 51:3,10,12 52:7 55:1,9,16 56:2,4 57:24 59:1 60:1, 9 61:7 63:5,11,15 64:7,8,13,25 65:2,4,8,16,18,23 66:17,23 67:1, 12,18 68:6,8,13,20 69:6 70:7,12, 17,18,21 71:2,6,10,25 72:25 73:2, 9,14,16 74:8 75:23 76:12 77:9,14, 25 78:12,15,22 79:1,6,22 80:5,7 81:1,8,14 82:10 83:17,19 84:4,17, 20 85:15 87:15,21 88:11,13 90:11,18,25 91:5,17,23 92:15 93:20 94:14,17 95:14 96:6,23 97:2,17,20 98:19 99:3,10 100:9, 15,23 101:8 102:12,18,22 103:3, 18,22,24 104:13,17,25 105:19 106:21 108:3,10 109:18 110:18 111:2,8,18 113:20 115:17 116:9 117:12,14,24 118:2,12 119:19,23 120:5,9,23 121:2,14,16,18,22 122:12,22 123:13,16 124:15,22 125:5,7,10,13,14,22 126:7 127:4, 15 128:1 129:16 130:16 131:20, 21 133:5,12,16 134:1,15,16,21 135:10,13,22,24 136:5 137:7,16 139:5,17,21 140:1,15,19,22 141:6,18,20 142:5,7,9,10,14 143:11,18 144:17 145:3,6,16 146:2,11 147:4 148:6,8 149:4,13, 20 150:4,6,9,15,18 151:16,22 152:6 153:22 154:13,25 155:10, 11,20 157:6,17 158:7,19,22 159:11,13,18 160:7,10,17,19,25 161:3,11,14 162:8,13,20 164:4,20 165:1,8,12 166:1,7 167:17 169:9 170:2,3,9,12 171:11,17 172:4,14, 16,22 173:3,4,11 176:5 177:10

178:3,7 179:21 180:4,16 181:10 182:20,24 183:10,13 184:5 185:6, 20 186:17,19,23 187:20 188:2 189:5,8,11 191:10 192:10,14 193:1,4 194:3,8 195:1,4 196:8,15 197:4,10 198:21 199:11 200:4,19 201:15 202:7 203:4 204:19 205:22 206:19,23,25 207:18 208:3 209:16 210:4,10,13 211:4, 17 212:21,25 213:3,18 214:6,11, 15 216:6,19 217:5,14,15,18 218:3,6 219:4,9 220:24 221:9,18 222:9,18 223:6,15 224:12 225:1 226:3 227:9,24 228:23 229:15,25 230:2,4,16,21 231:4,19,23 232:15 238:10 241:21 242:3,7 247:10,23 250:5,17 251:5 252:2,8,11 254:5 255:13,22 256:12,15,20

**old** 23:4 213:14 217:10

**once** 9:3 103:10 105:15 112:3 155:8

**one** 9:15 10:18 14:10 17:11 22:12 24:6 27:9 29:4 47:8 49:6,7 58:2 62:16 65:2,5,10,14 69:16 71:10, 17 72:19 75:2 76:3,4 77:4,5,25 78:1,16 79:14 80:9 82:2 85:7 88:22 90:3 92:16,21 98:16 102:17 108:5 119:19 122:6,13 126:18 127:2 129:2,12 131:24 132:10,12 134:23,25 137:2,18 138:10,24 140:11 145:1 147:23 152:1,15,20 153:11 154:19 155:19,22 156:14 157:12,13 160:11,16 161:6,16 164:10 172:20,21,22 175:4,16,25 181:22 183:5 189:6 190:16,19 196:16 198:18 199:13,14 202:2,4, 17 206:14 210:7 212:11 214:18 218:2 220:14 225:13 226:16,17 231:17 233:16 234:3,25 237:24 238:6 244:18 247:12 249:3 250:3 255:22

**one-nighter** 136:18

**ones** 75:24

**only** 26:16 52:18 55:13,19 83:13 102:16 107:1 110:15,16 116:1 130:4,8,14 131:2 132:21 148:16 157:9 176:18 184:12 188:1 195:14 202:12,16,18,23 203:18 222:16 234:25 244:10 246:13 250:23

**onto** 168:11,18

**open** 108:12 132:11 153:13 200:24 224:20 226:7 234:1 249:17

**opened** 51:17

**opening** 21:1 115:18 117:4

**operate** 110:10,11 182:24

**operated** 31:19

**operates** 245:5

**operating** 34:2 215:22

**operation** 114:15

**opinion** 27:7 71:4 85:14 168:13 206:6 207:13 228:9,13 249:11

**opportunity** 19:19 20:6 45:7 71:22 72:13 74:8 81:8 107:3 196:13

**opposed** 61:11 144:25 169:19

**oranges** 234:17

**order** 17:1 40:11 49:8 76:5 78:23 83:2 86:11 98:17 121:20,23 155:6 176:21 184:23 201:20 216:15,23, 24 218:4,20,24 219:19 221:21 230:20

**ordered** 80:17,19 81:2 82:14 88:12 89:8 90:5 216:24 218:2

**ordering** 51:8 88:14,22 231:18

**orders** 85:22 86:5 91:12 218:14 256:15

**organization** 16:17,18,19,25

**organizations** 16:16

**original** 173:4 239:16

**originally** 68:24,25 239:14

**Orman** 55:24

**other** 9:10,15,21 11:10 13:8,13 19:18 25:23 29:13 36:15 37:22 38:24 41:1 43:4,14,24,25 45:12 49:14 50:11,17 51:5 57:13 64:5,6 79:14 80:17 91:17 92:5 98:23 99:15 106:11 109:15,23 110:5 117:9 128:9,12 137:6 143:6 145:13 148:17 153:8 157:12,23 158:9,16 160:8 164:10 168:20 177:21 179:24 181:7 182:10,25 184:14 194:6 199:1,13 203:11 204:12 220:5 223:23,24 226:4,25 227:24 234:19 235:2 243:4 244:15 254:6 255:7

**other's** 255:5

**others** 71:23 79:19

**Otherwise** 182:15

**ourselves** 41:12 80:13

**outs** 17:10

**outside** 11:14,18 18:15 226:4,11

**outsourcing** 41:6

**outstanding** 80:20

**over** 9:10 39:1,2,25 43:21 45:24 47:23 51:11 63:13 72:2 83:22 84:18 118:8,10 121:19 122:14 124:22 127:5 136:16 139:22 147:18 161:25 166:23 175:22 177:3,21 194:12 197:21 200:25 201:1,4,5 235:4 237:25 244:7 247:19,22 249:13 254:2,6,25

**overtly** 251:15

**owe** 66:2 92:5 93:21 99:21 201:24 218:21

**owed** 50:12 88:5 91:18 92:8 93:7 94:9,19,25 95:5,11,13,17 98:14, 22 109:1,21 112:6 153:3 209:2,17

**owes** 110:7 210:9

**owing** 133:3 215:8 216:7

**own** 45:17 49:10,12 55:20 78:1 128:18 138:22 228:9

**owned** 109:16

**owner** 33:15 138:4 152:1 182:22

**ownership** 207:7 208:13

**owning** 208:21

**owns** 33:2,3,5,6,20,21

**P**

**p.m.** 140:3 167:23 256:21

**package** 55:25 196:1 250:14

**packages** 168:22 185:9 195:24 250:14,18,22

**page** 58:23 59:5 67:1,2,14 71:17 108:5 119:10,13 124:7 125:1 126:17 152:1 171:17,23 172:10, 12,22 174:22,24 182:9,17 188:11, 14,17 189:11,18 190:15,19 192:18 200:19 209:10 236:11 237:10,12 238:14 239:12 240:25 241:18,23 242:21 244:23 245:17 246:11

**pages** 119:3 120:24 124:2 126:17 171:18 182:6 188:12 192:19 236:8

**paid** 43:7 47:15 57:8 83:13,15 88:7 95:16 96:12,22 105:15,20, 22,24,25 106:7,8 107:11,16,17, 19,21 112:18 114:18,23 116:18, 21 117:1 133:15 152:25 160:11, 13 233:5 250:14

**paper** 126:5

**paragraph** 182:9,18

**paraphrase** 228:19 229:15

**parcel** 145:13

**Pardon** 56:16

**parents** 18:7

**Parsley** 51:7

**part** 13:18 27:6 31:3 38:8 65:6 77:3 93:10 107:10 108:10 121:11 123:16 132:6 138:23 145:12 150:9,12 151:10,13 162:24 183:25 184:9 185:12,13,14 194:22,23,24 195:24 196:1 204:3 220:20 226:25 228:15 248:18 250:23 251:2,18,20 252:14,15,18, 21,23 254:20

**particular** 17:7 20:20 206:7

**particularly** 17:16 187:23

**parties** 7:23 101:13 136:8 221:18

**partner** 26:25 38:21

**partners** 36:18 38:23

**partnership** 54:1

**parts** 134:11

**party** 13:7 42:8 61:16

**passage** 135:5 173:6 182:11,15 183:3,4,20 184:7 199:20

**passages** 170:1

**passed** 54:3

**Passover** 41:13

**past** 74:16 153:6 224:18

**pastor** 31:15,16 44:11 122:25 123:1 126:12,13,15 127:18 128:2, 5 151:3,4 155:7 207:13,16

**pastor's** 201:16

**pastors** 151:17 222:24 226:25

**Pat** 39:4

**PAW** 23:21

**pay** 21:16 27:14,18 43:16,18 46:4,6,17,19,20 48:1,12,14 49:2, 5,16,21,22,23 50:1 51:24 53:1,2 60:7 63:2 80:6,10 83:16 95:25 96:21,25 97:4,22 98:3,13,17 99:4, 6 105:17 106:15 114:25 116:20 117:5 131:2,16,17 221:23

**paying** 35:3 40:13 46:25 47:2,6, 24,25 48:3,4,23,25 49:7 50:7 64:8 66:2 97:17 98:16 99:7 153:1 159:21,23

**payment** 49:25 50:12,13,15 53:3, 4 83:17 92:2 95:20 96:20 97:25 98:23,24 99:1 105:18 116:13 185:11 195:7

**payments** 52:25 85:23 93:17 98:9

**payroll** 22:3

**PBS** 55:23,24

**PDF** 256:17

**peace** 145:19,21,22

**pejorative** 47:14

**pending** 208:4

**Pentecost** 41:13,16

**people** 16:5 18:16 26:4,14,24 34:22 36:3,8 37:22 38:22 45:6,24 46:16 47:8 53:20 56:24 63:3 66:2 72:1,3 77:18 78:13,24 79:2 80:14, 17 81:2 85:8 87:3 106:23 107:4,6, 7 108:1,17 109:16 115:16,18,20 116:6 129:11 137:14 138:20 140:24 141:1,4,19 148:20 152:19 154:6 155:8 158:16 159:20 161:4 164:11,16 166:21 173:9,18 178:25 179:2,4 181:3 182:23 183:7,17 184:20 185:10 187:19, 23 188:1 192:24 193:2 195:15 196:4 197:1 199:9,12 204:5 208:12 209:20 211:11,12 212:5, 10 213:11,13,14,15 224:14 228:19 229:17 234:15,16,24,25 235:7 243:4 244:8 245:1 249:5 250:15 253:5,9,16,18 254:11

**people's** 29:8 182:18

**per** 88:5,7 97:10

**perceived** 183:20

**percent** 132:15 133:8 168:11,18 169:21

**perfect** 169:17

**perhaps** 123:18

**period** 119:23 120:5 124:22 201:1 219:13

**periodically** 47:6 124:11 170:21 218:10

**periods** 108:11

**Perpetuity** 81:13

**person** 14:9 54:3 95:3 136:12 151:21 157:22 168:12 175:19 176:19,20 178:22 215:7 223:23 227:10,12 238:23 253:10

**person's** 27:22 166:1 222:25 231:4

**personal** 10:18 59:10 145:2,8

**personally** 11:11 13:13 33:7 229:6,8 239:9

**persons** 231:17 232:1

**pertain** 120:6

**pertains** 119:23

**petered** 212:22

**petitioned** 13:25

**petrified** 115:20

**Pews** 20:17 55:20

**phone** 9:14,17 53:21 54:6 55:12 112:1 146:20 148:1,4 166:12 167:23,24 188:10 223:13 247:2 248:9,10,11,13,15,23 249:4,5,6

**phones** 39:23 53:22

**photo** 239:18

**phrase** 72:15 153:22 177:6,7

**phrases** 72:12

**physical** 227:25 228:1

**physically** 23:13

**pick** 53:21 81:7 134:13 225:20

**picked** 78:20

**picking** 201:4 224:23

**picture** 162:25 166:4,5,7,9,11 167:6,9 170:4,15 179:11 202:2 227:22 236:13,14,16 238:9,20,23 239:17,20 240:19,23 243:7

**piece** 40:9 81:21,23 250:23 256:16

**pieces** 63:19 134:13

**Pierce** 214:25 215:21

**piled** 184:14

**pimp** 163:16,18 170:5 185:19 238:7

**pinch** 131:19

**pineapples** 234:17

**pipe** 177:1

**piping** 144:22

**Pissed** 57:5

**place** 24:1 43:21 60:14 109:25 110:19 111:13,15 115:19 186:9, 10,11 194:24 196:19 202:23 204:23 206:2,3,4 225:13,14 230:1,2 234:17 235:3,4

**places** 156:15 209:24 224:21 225:6

**plain** 174:5

**plaintiff** 13:23,24

**Plaintiff's** 118:25

**plaintiffs** 119:2 221:21,25 222:2, 4 228:20

**Plane** 27:16

**plantation** 244:1,9,22 245:2

**platform** 44:17 115:15,18,19,21 116:5 186:6

**platforms** 20:18

**play** 45:4 50:23 155:16 158:1 171:3 198:16

**played** 126:25

**playing** 241:8

**plays** 115:22

**please** 12:15 13:9 100:6,17,20,22 101:9,24 103:1,12,18 108:15 132:8 143:24 148:12 253:3

**pledge** 38:11

**pledges** 36:8,9,13,15 38:9,10,11

**plugs** 100:16

**pocket** 50:8 186:7

**point** 19:16 48:7 59:7 60:15,17 63:7 66:20 70:1,3 89:12 93:4 99:10 107:17 109:4,21 110:2 114:23 116:12 122:1 123:9 126:16 132:18 135:14 154:10 169:23 190:17 221:24 233:6 234:23 236:23 237:7,22,24 239:7 249:11,13 253:7

**points** 71:24

**politicians** 69:11

**Polynesian** 252:8

**poor** 74:13,18 233:10,14,16 249:12 254:19

**pop** 40:6 50:20,21

**popular** 20:18 234:13

**popup** 65:19,21,22

**portion** 239:16

**position** 110:4

**positions** 61:8

**possession** 12:13 13:3

**possessive** 169:20

**possibility** 159:20

**post** 144:18 169:6

**posturing** 198:3

**pour** 214:5

**power** 166:16

**powerful** 208:16,18

**practice** 145:3

**prayer** 39:21 69:10,12

**preach** 36:6 45:23 224:18 244:4, 5 247:3

**preacher** 11:15 18:21 45:8 164:20,21,24 201:14

**preacher's** 177:1

**preachers** 20:19 23:7 26:16 57:7 68:18 69:10 153:19 157:23 164:7 176:25 183:5,6 195:8 204:12 214:2 243:25 244:6

**preaching** 12:22 18:6,21 47:14 177:8 204:18

**precise** 120:20

**precluded** 206:5

**predicated** 62:15

**premium** 136:18 227:4

**preparation** 7:18 18:9

**prepare** 41:12

**preparing** 80:12 91:24

**presence** 253:15

**presentations** 226:3

**presidency** 67:15,20

**press** 68:7,9,18 69:10 204:15

**pressed** 26:5

**pressing** 26:7

**presuming** 7:4

**pretty** 67:22,23 82:1 134:6 171:11 196:7 201:9 227:9,12 252:12

**previous** 100:2 138:16,17 168:4 249:24

**previously** 243:17

**price** 232:21

**prime** 65:4,13,24 66:3 152:10 153:10,11,15,17 154:8 239:1

**principally** 144:20

**principle** 40:17 45:7

**principles** 17:23

**printer** 40:2,11,13 83:4 131:16, 17

**printers** 75:21,24 131:6

**prior** 111:4 182:3

**prison** 152:9,13,21 153:5 154:6 234:9,10

**prisoners** 152:20

**prisons** 154:9

**private** 201:23

**probably** 15:14 20:14 30:8 34:4 40:25 71:20 86:6 93:22 118:9 121:10,11 124:12 127:21 169:23, 25 188:3 198:16 223:19 228:22 229:21

**problem** 98:4,7,11 114:24 117:23 134:11 158:20,23,24,25 166:22 206:10,16 207:2 219:6,8, 10,11 247:18 248:5

**problems** 155:2,3 194:6

**procedurally** 221:6

**proceed** 107:20

**proceeded** 110:18

**proceeds** 198:15

**process** 17:3 107:25

**procured** 80:17

**produce** 44:13,14 75:23,25 130:8 152:14

**produced** 23:8 75:20 78:1 79:7 84:20 85:16 87:25 93:2,3 94:9 96:6 98:20 112:8,9,25 130:7 132:7 136:8 152:13 161:14 167:14 182:3 188:9

**produces** 24:3 196:3

**producing** 24:7 85:21 94:10 161:16

**product** 40:1 55:19,20 75:4 77:1, 2,11 78:20,21 81:3,12,13,16,24 82:18,19 91:13 94:8,9 98:17,18, 20 109:1 120:16 122:2 128:14,17 129:19,22 130:5 131:18,22 155:12 156:7 157:23 185:10 209:24 231:18,22

**Production** 222:3

**productions** 182:19

**products** 51:6 74:20,25 75:1 78:1,24 79:7,8,12,18,20,22 80:1, 11 81:17 82:10,22 83:2,3,14 84:6 85:20 91:17 93:2,3,22 94:1,10,25 96:4,7 97:10 99:2,6,9 106:4,7 112:8,9,14 113:1,14 116:6,21,25 128:17,18 130:1,2 152:23 157:24 250:12,16

**professing** 169:17

**professional** 100:18 103:1,2,5, 8,10 145:2

**professionally** 101:4

**profile** 26:16 116:17

**profit** 49:10,12

**program** 20:21 21:13,16 26:2 31:13 35:22 36:24 39:2 43:12,20 45:25 46:1,3 52:1,10,19 55:23 62:19,20,22,23,25 63:2,3 72:7 82:5 98:16,17 113:10,11 133:13 135:2 153:20 154:5 155:6,12 157:22 158:2 161:9 193:25 201:18,21 244:14 252:16

**programs** 39:16 117:3 128:24 133:16 152:25 154:9 203:11

**project** 129:18

**projects** 18:18

**promise** 71:22 80:13 157:16

**promised** 79:20 135:3 153:15

**promote** 43:3

**promoted** 87:25 232:22

**promoting** 113:21

**pronouncing** 164:1

**proper** 53:10

**property** 205:14,17 206:18

**prophet** 163:14

**Prophetis** 168:23

**prospective** 206:24 208:12

**protect** 94:24 137:14 196:23 211:13 213:1

**protects** 134:22 137:3 138:20

**protocol** 17:14

**proud** 71:22 237:9

**proverb** 37:4

**proverbs** 36:25 37:1,6,8,10,13

**provide** 193:21

**provided** 207:1 222:2 232:22

**psychiatrist** 222:22

**psychological** 228:10

**public** 212:5

**publishers** 75:21,23 82:19

**publishing** 131:17

**pull** 29:6 39:14 59:8 60:13,17 63:18,21 64:4 84:19 197:23

**pulled** 56:24 57:3,9 59:10,11 60:7,11,13 62:20,25 133:18 177:3 179:11 254:16

**pulling** 29:9 56:20 63:8,9 176:13

**pulls** 29:8 63:14

**pulpit** 158:21 163:16 244:7

**purchase** 77:11 85:8 86:22 218:16,17

**purchased** 86:20,21 92:6 216:12

**purpose** 186:4

**purposes** 56:10 64:14 66:23 67:8 71:16 94:16 118:25 165:19 167:21 169:24

**push** 77:22 89:12 131:22

**pushed** 172:4 179:5 193:12 194:1 197:7

**pushing** 209:6,13

**pussy** 233:25 247:16 251:1

**put** 9:14,17 17:9 23:24 30:17 36:3 43:20 45:3,4,9 54:5 74:24 77:23 100:5,16,18 110:19 116:16 121:23 134:12 146:18 147:23 166:19 167:13 169:23 176:2 177:20 183:11 185:9 186:9,11

195:2,10 196:23 201:8 203:11 204:22 206:3 213:19,20,23 235:3 247:12,13,18 253:8 256:18

**puts** 61:8

**putting** 127:22 145:7 221:12

**Q**

**qualify** 176:18

**quarter** 132:19 176:1

**quarterly** 127:12

**Queens** 15:23

**question** 6:24,25 7:2,11 8:19 9:11 12:16 13:2 19:13 30:2,4 32:6,8 33:4,19 37:20 53:3 58:15, 19 62:2,3,5,6,7,11,12,13,15 64:18 65:11,12 72:19,23 76:21 80:2 82:25 84:7 89:6 95:18 97:1 98:4, 12,21 100:21 101:25 102:14 105:8,12,14 106:19 109:3 111:25 117:14,15,18,19 118:7,20 134:14 138:1,2 142:25 152:12 170:7,15 172:13 176:12 182:11 183:18 185:24 186:15 188:12 191:11 193:19,20,22 196:20 204:1,3 207:24,25 208:4,5,7,14 217:9 218:13 219:22 227:11,14 233:11 248:21

**questioning** 241:25 242:4,5

**questions** 7:2 12:20 70:11 118:10 138:25 162:1,21 163:24 170:10,18 181:21 197:18 207:23 232:13 233:8 235:16 250:5

**quibble** 63:13

**quick** 79:1 129:15

**quicker** 171:22 182:15

**quiet** 103:18 172:6

**Quinton** 230:21 235:14

**Quinton's** 255:4

**quit** 172:5 189:3,22 201:2 209:1 243:5 247:15

**quite** 22:9 80:7 111:8,16 168:23 182:6 188:12 217:9 223:14

**quitting** 185:12,13,14 201:3

203:16

**quote** 56:23 65:4,13 67:15 71:19 132:11 134:21 153:10 166:15 168:11 171:24 172:6,13 175:1 182:18 198:20 200:24 201:6 209:9 253:23,24,25

**quoted** 254:1

**quotes** 108:12 140:6

**quoting** 138:11,16,17,19 140:6

**R**

**rabbit** 242:6

**race** 252:18,21,23

**racial** 176:13 192:17 251:8,11,19, 20 252:14 254:20

**racially** 177:2 178:7 179:16 180:12 234:24

**racism** 191:22 192:2 249:21

**racist** 176:19 237:18,23 238:1,2, 6 239:4 241:7,11 243:1,9 248:4 249:20 252:25

**rackers** 234:10

**radio** 45:5 232:4,9 235:13

**raise** 140:15 146:2 225:2

**raised** 18:7 181:4

**raising** 140:17,21

**Ralph** 97:21 105:20 248:2 254:7

**ran** 125:5,9,21,25 134:24 135:1 208:8

**range** 40:19

**rant** 109:13 247:5

**rather** 107:7 245:6

**reach** 78:10

**reached** 199:15

**reaching** 208:19 216:17

**reaction** 36:4

**read** 8:6 64:17 92:23 108:3 115:14 132:10 143:14 148:13,14 163:8 172:21 174:3,4 176:12 182:11 184:7 188:17 190:1,3

191:16 198:4 217:2 219:12 242:2 254:25

**reading** 163:20 174:14 241:24

**ready** 16:24 31:6 60:13 80:13 92:22 139:3 152:10

**real** 73:15 109:16 139:10 212:15

**realize** 198:14 237:23 241:16

**really** 18:22 26:19 30:17 36:12 41:25 42:11 66:5,20 70:14,15 72:8 73:13 94:6 95:10 101:1 103:12 108:3 120:20 123:16 124:8,19 137:5 149:13 162:22 170:8 171:2 173:6 175:5 176:17, 23,24 177:5 185:24 186:15 190:19 197:3,20 198:4,17 203:17, 18 212:13,16 218:6 234:6 255:20 256:17

**reason** 30:7 70:18 85:5 106:13 136:14,15 144:19,21 184:1,13 193:23 194:20 196:5 200:3,4 226:21

**reasons** 249:18 251:3

**rebuilding** 14:21

**recall** 17:19 34:12,15 56:19,20,22 64:25 65:10 67:7,14 68:1 71:19 72:5 74:11 108:8,20 120:7 152:6, 7 154:21,25 161:16 162:22 163:5, 7 164:6 173:8 190:10,11 203:13 208:24

**recapping** 248:22

**received** 20:24 49:20 81:3 118:25 190:17 222:20 226:13

**receiving** 92:2 239:10

**recent** 39:9 239:12

**recently** 13:21

**recognize** 236:14

**recollection** 92:5 110:17 215:10 232:20

**reconsider** 69:2,4

**reconsidered** 69:8,22 70:1

**reconsidering** 69:25

**record** 9:22,24 58:10 64:19,22 66:12 86:17 87:15 91:5,6 100:25 101:6,20 111:18,22 118:15,18

119:3 124:4 131:25 132:11 134:7 141:11 142:12,15,16,17 143:23, 25 144:4,5,16,19,22 145:7,9,22 146:12,18 147:8,15,16,20,24 148:2,10 149:4,6 156:2,14,25 165:5 170:7,23 171:19 177:22,23 179:7 186:24 198:5,8 219:12 221:15,16,19 222:12 236:1 249:7 250:7

**recorder** 37:24

**recording** 45:3,4,5 148:18,19 192:22

**recordkeeping** 87:2

**records** 89:1 113:1 123:10 127:2,4 223:17

**recourse** 30:19,24 60:19 63:24

**recovered** 13:4

**recruiting** 110:6

**redirect** 242:7

**redo** 139:1

**Reed** 171:8

**REEXAMINATION** 250:9

**reference** 83:24 202:8,9 245:17 256:6

**referred** 238:5,12

**referring** 238:20 247:24

**reflect** 145:7,9 147:25

**reflected** 131:3 147:8

**reflecting** 219:19

**reflective** 125:9 126:1

**reflects** 101:6 218:4

**refresh** 158:7 215:10

**refuse** 63:15 64:1

**refusing** 102:15

**regard** 73:21 227:3

**regarding** 6:19 25:8 27:4 35:15 67:10 81:9 137:11 155:2,3 175:21 199:22 205:3,23 222:15 224:1

**regular** 19:17

**regularly** 19:16 202:15

**rehashing** 118:12

**reimbursement** 112:20,21

**reinstatement** 221:23

**reiterated** 88:20

**Rejoice** 20:21 23:1 24:25 49:24 52:18 62:7 63:16,22 64:1,2 76:11 130:2,10 155:11 156:12,16 157:4, 6,8,9,20,21 160:3,11 178:8

**Rejoicing** 130:12

**related** 40:24 221:22

**relating** 221:19

**relationship** 57:17 67:22,23,25 70:25 71:7 72:17 74:6 120:13 150:9 154:10,11 155:1 221:25

**relative** 17:18 27:13 50:12

**release** 168:12

**relevance** 33:8

**relief** 168:4,7 181:4,5 220:10,20 222:5

**religion** 70:5

**religious** 15:4,6 18:12 232:21

**remain** 132:19

**remember** 12:4 15:13,14,17 28:16,17,20 46:4 47:18 50:23 59:21 67:10,16 89:19,20 92:3,7 122:1 134:10,11 135:8 136:10 152:4 154:24 162:24 163:11,13 164:9 168:1 169:6 171:6 180:19, 24 181:17 183:11 188:19 189:14 193:9,12,15 197:24 203:10,12 205:3 209:3,4,5,10 210:13,24 214:6,7,10,20,24 215:2,7,9 216:1, 2 218:19 232:18 233:10 236:4 246:10,16,17 247:10

**remotely** 253:9

**rent** 44:8

**repeated** 177:6

**repeatedly** 147:21

**rephrase** 7:1 154:19 227:11

**replete** 131:15

**reporter** 12:15 56:8 58:13 66:11 69:16 71:12 87:9 92:17,19 104:4, 8 118:23 123:20 132:3 134:3 137:25 140:11 146:15,16 148:10, 12,16 149:4 150:21,23 157:13,17 161:6 165:11,14 167:19 169:14 181:12 188:7 198:11 206:14,21 214:18 215:14,17 221:13 250:6 256:14,15,20

**reports** 124:24

**represent** 6:12

**representation** 200:12

**representing** 169:20 181:25

**reputation** 141:8 143:10 145:2

**request** 113:13 221:22 222:3

**requested** 220:11

**requests** 119:2 134:24

**required** 53:1,2

**rereading** 189:24

**rerun** 201:24

**rescind** 220:10

**rescinds** 220:13

**rescission** 220:20

**resemblance** 216:21

**resending** 239:15 240:19

**resent** 249:11

**reserve** 92:11

**reserved** 92:13

**residence** 10:9

**resigned** 116:12

**resilient** 227:10,15,16,17

**respect** 7:13 28:11 32:10 35:9 43:7 67:14 74:21 79:6,16 81:16, 24 83:14 85:20 86:9 89:4 93:1 112:5,7,25 113:2,17 119:19 124:9 182:16 219:21 250:11

**respectful** 186:12

**responded** 63:6

**response** 26:3 51:20 67:12 119:2 145:17 222:3 240:7,25 242:15 244:18

**responses** 111:7 119:1 243:8 244:19

**rest** 45:14 174:6,9,20

**restart** 30:19

**restate** 133:9

**restroom** 58:5,8

**result** 111:3 222:21 224:23 227:25 228:10

**retain** 116:16

**retaliate** 144:14 145:12

**retaliatory** 145:14

**return** 18:13 249:14

**revelation** 129:4

**revenue** 26:19 43:16 46:22 48:12 50:4 52:10,11 53:7 68:9,11,12 117:3 130:14 160:22,25 161:1,12 166:21 183:15

**revenues** 48:20

**review** 7:14,17

**reviewed** 8:6

**revised** 222:2

**revival** 226:6,7

**revolution** 129:6

**revved** 197:1

**rewind** 204:15

**Rich** 230:8

**rid** 89:13 91:2 248:4,5,8

**ridiculous** 100:23,25 102:24

**right** 7:11 8:2,7,11,14 12:12 13:7 14:22 15:11 19:24 20:2 23:8 24:3, 24 25:13 28:14,20 29:19 30:11,12 31:3,8 32:11 33:4 34:4,5,23 35:15,19 37:11 40:6,8 41:3,18 42:11,15 46:16,17 47:11,16,20, 21,22 48:7 49:16 50:11 51:21 52:17,20,24 53:6,8,11 54:13 55:4 56:16,23 57:6,11,14,15,18,20 58:1 59:5,6,11,14,16,23 60:5,9, 12,25 61:5,6 62:16 63:25 64:6,13 66:4,8,18 68:22 70:6,8,10,21 71:4,8,10,14 72:12 73:9,12,18 74:2,4 75:5,13 77:9,20,25 79:6 81:4,22 82:12 83:7,9,12,14 84:23, 24 85:9,10,22,23,25 86:7,14,17, 22,23 88:24 89:9,19 91:2,22 92:22 93:16,24 94:1,11 95:23 96:1,16,19 97:14 98:3,6,14 99:5, 7,15,20,22 101:20 102:11,22 103:4,11,15 104:25 105:11,14,25 106:9,13 107:22,23 109:7 110:4, 5,9,12,20,21 111:20 112:1,15,23 113:5,9,13,23,24,25 114:2,4,20 115:5,8,10 116:3,9,12,23 117:2,9 118:14 120:23 122:10 123:16 124:15 125:19 126:1,5,11,15,16, 20 127:6 128:16 129:2,3 130:23 131:1,6,9,11 132:19 133:4,24 134:18,21 135:12,15 137:5,12 138:8,22 139:13 141:6 142:9 145:24 147:5,11,23 150:10 151:11,14,16,22 153:3,8 154:1,3, 10,20 155:23 156:2,19 157:10 158:16,17 162:7,9,23 163:1,18,21 164:14 165:16 166:13,25 167:10, 11,21,24 168:1,7,8,22 169:5,11 170:8,11 171:3,17 172:24 173:12, 14,20,21 174:16,17,20,25 175:14, 17 176:7,8 178:15 180:2,9,10 181:7,14,20 182:6 183:24 184:8 185:5,11 187:22 188:2 189:2,15 190:14 191:19,22 192:5 193:7,9, 18 195:22,24 197:20,23 198:4,23 199:4,7,21 200:8,10,16,20 201:9 202:22,25 203:1,11 204:15,21 205:17,20 206:19 207:2,15 208:14 209:14 210:13 211:9 213:4,6,8,18,24 214:19 215:19 217:1,4 219:4 220:4,6 221:5,7 222:20 223:23 224:8 225:16 228:13 229:21 230:8 232:6 236:9 237:15 239:15 240:13,15 241:1, 19,21 242:12,15,19,23 243:7,19, 23 244:3,15 245:9,20 250:24 251:22 252:14,15 254:15 255:9, 24

**right-hand** 188:15

**Riley** 230:10

**ringing** 39:23

**rings** 248:9

**riot** 211:12

**road** 44:10 58:2 105:21

**Robertson** 39:3,4

**Rod** 51:7

**Rodney** 249:4

**Roland** 193:10,24 194:4 196:23 197:5,21,24 198:13 199:2,4,5,8, 15,24 200:2,14 203:14 208:24 209:25

**role** 76:6

**roll** 78:15 117:5

**rolling** 46:2 120:16 225:19

**rolls** 177:21,24 205:1 247:13,14, 19 248:23

**Ronnie** 86:6

**roof** 136:11,19

**room** 26:12,25 36:5 79:14 91:7 107:22,23 128:13 185:2 192:24 193:2 233:21 234:14,15,18 235:13,14

**Ross** 230:21

**rough** 120:15

**roughly** 41:20 54:23

**round** 159:13

**Royce** 177:21,24 247:13,14,19 248:23

**rude** 251:22 252:17

**ruling** 219:17

**run** 76:15 155:6 156:21 157:12

**running** 88:15 101:18,19 156:23 166:15 185:2 208:1

**S**

**Sabbath** 18:8

**said** 13:24 20:25 21:5,7,12 26:1, 22,24 27:1 29:4,9,13,24 30:22 31:5 34:17 43:15,17 48:14 50:7, 16 51:23,25 53:18,22,24 55:12, 13,15,17 57:2 61:8 62:14 63:12 67:15 68:13,23,24,25 69:4,15,22 70:4 77:21 83:20 91:1 92:5 93:17 96:21,25 97:3 101:25 102:1,2,3,7, 16 104:12 105:20 111:11 112:13 117:4,5 121:5,8,9,10,12,15 129:3 135:16 136:1 139:22 140:8,9,10,

12 142:14 143:14,15 144:1 149:21 167:5 171:2 172:11 173:7, 20,25 174:21 175:22 176:11 177:19 179:7,22 184:13,16,22 191:14 197:2,11,13,16 201:21,25 202:1,16,18,20 203:3,5,9 204:8,9, 10,11,16 207:8 209:6,7,9 210:7 211:4 212:2,4 222:4 224:21 237:24 239:19 240:5 247:2,3,12 248:3,4,8,12,14,16 249:2,19 253:5,10 254:7,10 255:6,7,8,14, 21 256:7

**salaries** 182:23

**salary** 22:6 224:13,16,17

**sale** 43:3 76:9 88:1,3 94:25 98:19 112:7

**sales** 90:4,5,9 124:11 127:13 128:4,18 130:19 218:12

**same** 7:13 33:19 35:10 45:7 54:18 60:17 61:19 62:3,5,6 69:13, 19 76:18 108:13 111:8 118:7,9, 13,20 126:19 133:3,14 148:21 154:6 155:18 168:7,8 175:20 228:25 229:5,24

**sanction** 144:2

**sanctions** 143:20 144:2,6,20

**Sandra** 230:10

**sat** 7:15 51:1 54:4

**Saturday** 18:10,14 52:2

**save** 147:5

**saved** 19:6,11

**saw** 68:9 81:20 136:6,19 139:20 166:10 175:13 184:17 202:2 227:22 248:1

**say** 7:5,21 8:12,14 9:15,19 11:9 19:2 21:22,24,25 22:24 23:18 24:18 27:14 29:5,11,17 30:1,8,24 33:12 36:13 38:8,10 39:16,17 40:15 41:11 42:5 48:9 50:25 57:24 60:21 61:9,10 67:19,23 69:9 70:23 71:5 72:21 73:6 74:11, 13 76:8 78:4,14,15 79:5,24 80:21 81:16 82:13 84:20 85:15 86:9,17 87:4 88:3,6 89:11,15 90:16,25 92:13 93:21 95:10 97:5 99:16,18, 24 106:23 109:6 110:22 111:5,6 112:3,11 113:6 114:21,22 115:24 120:16 121:18 124:12 125:19 126:4 127:21,24 128:7,15 129:16 132:11,14 135:24 137:16 138:19 140:6 142:15 145:19,21,22 153:5 154:21,25 163:5,21,22,23 164:6 166:15 173:18 174:6,9 176:16,20, 24 177:1,6,10,16 178:1 179:8,19 182:16 184:21 185:14 186:3,14 187:19 188:1 191:7 192:2 193:16, 25 194:25 195:13 201:11 202:1 204:11 207:10,11 208:16,20 209:9,15 210:4,16 211:25 225:6,7 226:11,23 227:6 228:9,18,21,22 229:15 231:4,14 232:7,17 233:9, 13,15,20,23 234:1,9,10 235:7 237:7 241:13 242:8 244:23 250:25 251:24 252:1 253:5,8,18, 22,23,25 254:11,17,18 255:22

**saying** 11:10 21:18 24:22 26:14 27:5,6,9 29:23,25 30:1 34:21 46:3 52:12 53:23 57:12 63:7 68:1,17 69:21 73:10 86:17 91:4 98:5 108:20 111:21 114:17 125:16 126:7,24 128:12,25 130:17 137:1, 2 140:9 145:25 160:5,19 172:8 173:14,16,22,23,24,25 174:2 176:9 183:25 187:6,19 189:2 191:3 195:24 196:1 197:10 198:3 199:17,20 202:8 217:1,15 237:5 240:1 244:1,8,10,22 245:2 251:1 253:19,20 254:9 255:1,4

**says** 17:21 41:8 48:18 49:2 52:5 53:19 56:23 58:21 59:3 71:19 82:8 91:11 108:20 109:7 119:14, 15 120:1,2 125:1 126:17 132:13 168:10,11 171:23,24 172:4 174:3 177:11 178:6 185:19 198:20 199:20 200:19,20 201:18 202:12 203:18 204:24 210:10 211:10 217:20 218:20 220:19 234:1 235:4 238:6,7 241:21 242:3,17,21 245:13,22 247:6 253:11 254:9,11

**Scan** 79:2

**Schauer** 215:21

**schedule** 9:4 29:14

**school** 14:23 15:4,6,8,9,10,13,18 16:1 17:7 23:5 115:13

**scope** 221:20

**Scott** 72:7

**screen** 164:15

**scribbled** 166:1

**scripture** 17:20,25 211:10

**scumbag** 234:2 251:2

**second** 17:21 22:12 37:5 40:4 58:4 65:10 81:5 90:8 119:1 138:24 166:4 171:24 182:17 187:21 198:19 201:12 202:12 250:3

**section** 173:5 182:8 198:19 221:22

**see** 21:6 24:10 29:2,4 45:6 48:18 52:17 63:10 65:6 66:25 72:12,15 75:10 76:16 85:20 87:21 93:1 98:25 119:11,12,15,17,21 120:3 121:18 125:10 126:17 127:8 133:5 134:13,14 135:5 136:7,20 149:25 150:2 161:17 164:11,12 168:10,15 169:19 171:23 172:6, 18 173:5 174:8 182:8 186:2 191:5 192:7 198:21 200:22 201:6 202:12 206:8 220:19 223:23 224:25 237:12 243:19

**seed** 38:10,12,13,20 39:18,19 43:3 48:11 129:6 201:19

**seek** 222:14

**seem** 12:20 62:9 101:10 108:11 219:11

**seemed** 81:21

**seen** 74:15 85:25 86:1 123:23 154:4 179:14 201:13 212:12 225:23 227:22

**sees** 184:25

**selfie** 184:22

**sell** 55:3 78:10 84:10 97:10 106:3,17 128:24 129:22 130:2,5, 6,9,12

**selling** 54:10 55:1 84:14 88:14 109:1 158:16 192:8

**Semitism** 254:13

**send** 24:1 39:21 92:1 131:15 133:10

**sending** 188:19 236:23 238:23 246:11

**sends** 244:18

**sense** 243:8

**sensitive** 242:17,18

**sent** 138:9 165:18 185:9 215:2 216:4 236:17 237:1,3,4,18 238:9 239:3,6,14,17 240:6,23 245:24 246:7,13 250:15

**sentence** 141:25 147:13,24 148:14,23 171:24 172:1,6,21,22 174:2,20

**sentences** 65:2

**separate** 13:12 44:6 122:20 155:19 204:2 221:5,8

**separated** 74:12 94:17 154:22 163:6 199:3 213:25

**separation** 74:5 110:22 154:25 169:6 200:10 225:25

**September** 132:5 154:17,23 162:8 165:21 166:8 167:22 168:17 169:1 171:4 175:18 180:19,22 189:20 190:19,20 202:13,25 203:19 210:24 211:8 231:16

**series** 37:25 57:1 63:1

**serious** 107:9

**seriously** 227:17 243:11

**service** 14:12 16:14 184:15 234:21 246:19,22

**services** 14:9 226:7

**sessions** 45:15

**set** 25:21 51:7 54:5 79:4 132:6

**settlement** 216:9

**setup** 54:19

**seven** 155:16 158:2

**seven-page** 181:14

**Seventh-day** 18:7

**several** 114:8 116:10 153:19 176:22 195:6,20 249:19

**share** 51:7 66:20 115:15 184:19 185:4

**shared** 7:22 72:9 163:1 231:16 251:1

**shareholder** 32:24

**sharing** 162:22 183:11 206:5 231:17

**she** 18:19 20:25 123:4,7 128:7,14 150:13 177:14 179:11 230:11,25 232:4 234:2,3 247:21

**she'll** 55:24 126:12

**She's** 230:11 231:1 234:2

**sheet** 124:9

**sheets** 127:6,8,10,11

**Sheffield** 204:23 229:13 248:10

**shelf** 232:24

**shift** 204:14

**ship** 83:4 129:11

**shipment** 185:11

**shipments** 83:9

**shit** 141:9 248:12

**shocked** 57:2

**short** 59:3 132:10 255:17

**shortcut** 87:22

**shortly** 19:3 171:11

**shots** 70:19

**should** 6:25 21:2 70:4 95:25 102:6 124:2 135:15 142:24 149:21 155:23 173:16 221:3

**shoulder** 228:5

**shouldn't** 142:21

**show** 21:6,7,8 23:1,4,8,22,23 25:8,12 26:5,12,15,16 27:4,5,8,13 29:6,9,21 30:4,12,18,22,24 31:5, 6,7 35:24,25 36:2 40:24 41:9,25 42:5,25 43:3,5,6,7,8,10,11,13,15, 17,21 44:14 48:1,23 49:5 50:2 52:20 53:10 54:5 56:20 57:3,9 59:8,10,11,17,18,21,22,24,25 60:5,8,10,11,14,15,18,23 61:2 63:8,9,14,18,21 64:1,4,9 65:17,20 66:1,3 67:10 68:5,7,9,10,18 69:1, 7,10,12,13,23 70:4,9 73:16 77:12, 13,23 80:10,13,20,23,24 81:14,17 89:11,12,15 90:21 111:8 116:17 120:10 124:11 125:2,3,20,21 128:19,22,23 129:18,20,21,22,23 130:3,10,12 131:23 136:19 139:15 141:21 146:12 155:2,3,7 156:4 157:9,21 158:10 159:19,21, 25 160:13,14,20 169:8 171:9 180:10 183:4 190:13,21 194:4,11 198:25 199:2,24 200:2 202:12,16 203:14,18 215:10 252:6

**showed** 42:16,17 56:24 77:10 120:17 163:2,9 175:14 237:3,5

**showing** 119:19,20 155:13 162:25 163:20 166:3 237:7

**shown** 68:13 69:22 120:24 127:20

**shows** 8:25 9:5 24:4,7 25:17 29:8 30:2 31:4 32:10,12 35:9,15 40:23 43:14 47:23 48:19 49:20,21 52:25 56:4 79:23 91:10 120:10 124:25 125:6,8 126:5,18,25 139:18,23 155:15,19 156:3,4,5,10,11,20,22, 23 157:25 158:1,7,11,16 159:7 161:2 200:14 202:22,23 203:15 248:3

**shut** 176:2 235:2

**shuts** 195:9,11

**sick** 176:17

**side** 23:6 79:14 131:18 184:19 235:15 248:2

**sign** 119:6

**signed** 119:3

**significantly** 217:5

**silent** 201:2,3

**similar** 24:7

**since** 58:1 111:9 157:1 182:2 222:2

**Sing** 234:11

**singers** 23:6

**single** 83:24 124:19 131:12

**sir** 11:22 65:10 70:18 101:1,19 109:8 138:24 146:14 152:23

**sissy** 153:12,23 154:1

**sit** 51:7 74:2 78:13 89:19 179:6 195:12,14 213:16

**site** 42:22

**sitting** 26:24 34:15 36:5 185:1

**situation** 72:9 137:14 145:8 224:3

**situations** 134:22 153:20

**six** 21:14 43:12,17 45:25 46:2 52:5 125:21,23,25 131:14 155:16 156:11,23 158:2 174:24,25 175:1 209:7,8 222:3

**sixth** 18:18

**size** 26:11

**slapping** 70:1

**slot** 46:20 47:3,9 48:14 49:17,18 50:14,15 52:14 64:8 65:4,14 152:10 153:11,15,16 154:8 158:3, 4

**slots** 46:9,17,19,25 47:2,6 48:5, 13 49:16

**slow** 157:14 177:14,15 197:3 246:21

**small** 78:8 236:13 239:19

**smallish** 116:18

**smarter** 176:23

**snatched** 135:2

**snowflake** 205:1

**so** 7:2,8,13 9:6,7,8,18 11:3,11 12:16 13:1,3,10 15:25 16:23 17:15,23,24 18:9,10,12,18,23,24 19:6 20:13,18 21:18 22:23 23:4, 21,22 24:15 25:11,18,25 26:1,6, 12,15,19 27:3,11,18 28:4,5,13 29:1,9 31:18 32:5,15,19 33:25 35:19 36:8,11,13,14,19,22,24 37:2,5,10,12,25 38:2,4,9,14,19, 20,24 39:2,3,16,17,23 40:2,14,16, 18,23,24 41:4,5,7,8,12,15 42:22 43:13,14,15,20 45:3,5,6,7,13,14, 21,25 46:25 47:5,6,22 48:1,4,7 49:9,14,15,19 50:9,15,16 51:17, 19,22 52:5,7,12,20,24 53:16 54:23 55:10,20,22 56:3 57:1,22 58:7 59:7,11 60:1 61:11 62:25 63:8 65:8,20,25 66:1,3,20 68:13, 17 69:8,24 70:1,4,22 72:4,9,10 73:2,9,20 74:15 75:8,16,20,23 76:17,18,19 77:3,15,17,22,25 78:19,24 79:1,4,6,16,22 80:11,25 81:16 82:10,21 84:4 85:20 86:17 87:2,21 89:10,11,13,14,17 90:12, 14,19,20 91:1,3,8 92:11,22 93:1, 4,16,20,23,24 94:6,14,15,16,17 95:19,25 96:11,25 97:17,23 98:16,19,25 100:23 101:9,21 103:16 105:22 106:23,24,25 107:5,9,10,13,20 108:4,7,11,12, 14,17,22 109:6,17,24 110:4,12, 13,21 111:5,8,12 112:5,25 113:10,21 114:17,25 115:12 117:3 119:19,23 120:5,10,12,20 121:7,23 123:16,22 124:22 125:5, 9,14 126:7,16 127:2,24 128:14,21 129:3,7,13,14 130:2,3,9 131:15, 22 132:12,18 133:12,13,16,19 134:25 135:14,18 136:9,18,19,20 137:5 138:9 140:2 141:10 142:20 143:14,24 144:4,16,25 145:10 147:16 148:18 151:7,10,17,25 152:10,13,15,19 154:3,5,7,8,10, 20 155:11,21,22 156:14,25 157:6, 11,20,21 158:11,24 159:3,13,18 160:19,22,25 161:5,9 162:10 164:12 165:18 166:20,24 168:9, 17 169:1 170:7 171:7,11,17 173:14 176:21 177:5,19 178:4,7 179:6,25 180:1 181:6,19 182:3,6, 15,16,23 183:3,17 184:19 185:4, 5,9,11 186:13,14,18,22 187:2,14, 15 189:2 190:2,17 192:10 193:24 194:6,23 196:25 197:7 198:1 199:17 201:23 202:19 203:11 204:21,23 205:1,3,21 208:25 209:14,25 210:4,10,13 211:4,18 212:17 213:8,10 214:7,16 215:6, 12 216:13,14,23 217:9 218:6,10, 17,18,24 219:5,25 220:6,19 221:5 223:12,16 224:14,19,20 225:7,15, 18,25 226:11,18,23 228:19 229:3 230:16 231:20,21 233:17 234:9, 22,25 241:10 242:17,18 243:6 244:12,15 245:1,16 246:7 247:6, 15 248:9 249:5,6 250:21 252:3,14 253:1 254:16,19 255:6,21

**social** 11:4

**sold** 54:3 55:10 75:22 78:6 84:16 85:2 86:18,21 87:17,18,19 88:5,6, 10 89:8 91:21,25 96:3 97:11,16, 18 99:2,6 112:14 113:2,14 119:17,25 120:7,13 121:8,17 122:13 123:5 156:7 230:15,19

**sole** 32:24

**some** 12:20,22 15:5 17:17 18:19, 22 25:5 28:5 43:4 45:9 48:1,7 55:1 56:6 58:21 59:3 65:19 70:24 74:21 79:18 81:14 84:5,22 85:22 86:1,22 87:22 89:12 93:4,21 96:4 107:17 108:7 114:23 115:14 116:12,19 118:20 122:1 123:9 126:16 130:13,19 134:11,14 135:14 151:18 154:10,14 156:6 159:8,18 162:21 163:10 168:24 169:23 170:1 179:8 183:21 185:22 188:22 194:6 208:8 209:23 214:11 224:20 226:13 232:13 233:6,8,15,22 234:15 239:1 244:6 246:25 250:5 252:1

**somebody** 41:25 72:21 177:11 184:16,21 186:20,21 248:14 251:2

**somebody's** 208:12 211:24

**someone** 13:15 16:16 25:10 73:7 86:25 124:12 135:3 166:3 248:16 253:15

**someplace** 158:21 183:19 185:2 226:14

**something** 7:3 13:17 15:7 21:12 23:24 25:11 26:18 27:1 34:5 41:6 45:4 46:5 47:5 48:20,24 50:5 56:23 58:16,17 66:15,16,19 67:18 69:24 72:18,21 73:10 74:15 75:11 76:23 79:20,25 81:15,20 83:24 84:5,18 93:16 95:8 106:18 107:18 108:13 111:5,6 120:12 133:11,19 134:21 135:3,15 137:2,12 140:9 147:19 164:17 168:23 176:4 177:16 179:21,22 180:4 182:12 193:16 198:20 209:1 211:24 212:5 219:25 231:21 236:19 238:25 242:9 244:3 252:6 253:5, 10,19,23,24 254:7

**Sometime** 88:19

**sometimes** 23:19 24:1,19 29:10, 14 74:13 77:25 130:7 156:21 169:18 233:9,18

**somewhat** 36:18

**somewhere** 65:5,14 90:19 209:9 210:5,10,11

**soon** 82:23 84:13

**Sore** 228:5

**sorry** 9:8,9 12:18 14:10 18:4 19:25 22:13 23:12 27:10 31:11 32:5 34:3 35:13 44:21 48:22 49:18 60:21 65:11 69:17 72:22,24 77:9 79:5 82:13,25 93:25 121:16 140:12 151:24 157:15,18 161:7 164:4 165:1,16,19 170:10,20 174:14 181:6 190:9 206:20 223:19 235:15 241:4,13 243:7,16 245:6 246:22 249:13

**sort** 11:21 23:4 25:9 36:15 42:25 50:12 55:23 56:5 76:15 82:24 131:12 145:24 224:23

**sorts** 233:19 241:25

**sought** 220:9,20

**sound** 75:5 81:22,25

**sounds** 13:3 85:12 253:9

**source** 111:19

**Southfield** 23:9 24:4,8 31:19

**Spanish** 251:25 253:5

**speak** 9:10 10:3,23 13:1 20:19 90:20 97:21 129:18 146:22 168:21 170:8 182:16 197:4 226:12,20

**speaker** 26:20 248:15 249:6

**speaking** 10:19 144:22 158:21 202:4,20 225:13 247:20

**speaks** 141:11 142:17

**special** 25:5 78:25 120:10

**specific** 7:14 222:16

**specifically** 78:25

**speed** 188:5

**spell** 87:9 223:2

**spelled** 87:13

**spelling** 150:20

**spend** 11:19 170:20

**Spiritual** 43:12 48:24 51:25 52:1 62:23 75:7 76:19 77:21 78:7 91:16 119:25 120:5,8,12 230:19

**spoke** 18:24 56:19 75:2,3 114:6 128:2 203:14 209:23 211:13 218:11,19 226:14

**spoken** 101:21 102:16 216:11

**spot** 23:25

**spring** 28:17 159:15 226:6

**square** 202:10

**stack** 236:7

**stamp** 238:10 246:4

**stamped** 75:11 123:22

**stand** 106:22 115:15 196:11

**standing** 107:5 254:8

**standpoint** 206:7

**start** 15:6 19:4,16 22:7 26:7 38:4 40:25 51:13 53:13 67:2 80:3 84:6,8,13 90:22 93:7 94:8 153:20 166:15,21 240:4

**started** 18:6 19:12 20:13 21:15 22:24 25:14 27:2 28:16 34:14,15 35:17,23 36:12 41:21 42:3 43:16 46:2,22 48:3 53:23 54:9,17 58:2 81:9 82:17 84:9,12,13,15 94:5,10 97:7 151:6,9 161:15 185:8 201:4 204:22

**starting** 54:8 175:1 200:14

**starts** 41:4 42:23 71:19 172:25 174:12 207:18 248:6,11

**state** 234:12

**stated** 217:18 219:14 249:3

**statement** 40:19 67:16 175:21 181:24 193:14,24 198:23 201:5

**states** 222:4

**station** 26:10 31:2 194:11 229:14 232:9,10 235:13 254:6

**stay** 48:4 60:8 68:1 110:1,8,15 161:4 185:3 186:8

**stayed** 110:16 178:13 180:6 249:21,22

**step** 141:3 142:19

**stepped** 72:9

**Steven** 230:18

**stick** 43:5 70:5

**still** 15:24 16:11,18 17:3 24:3 58:15 60:14 70:9 81:3 107:7 169:2 175:17,18 181:5 196:14 198:14 220:1 238:10

**stipulation** 219:13 221:19 222:14

**stock** 88:22 89:13,14,18 90:19 91:2,9

**stocking** 88:22,23

**stockpile** 129:14,17

**stood** 116:5

**stop** 29:21 30:9 31:5,6,7,16 46:25 47:1,2 100:6,20,22,23 101:9 102:6,13 129:14 140:20 141:10 142:20 149:25 174:18 208:1 210:23 241:8 244:22 249:14,15,16

**stopped** 30:2,25 209:1

**story** 90:22 149:14 150:5 178:5 182:25 184:19

**straight** 183:16 203:6

**Strang** 76:3 209:23 230:18

**straw** 180:14 184:13 247:23 251:6

**street** 234:12

**strength** 212:18

**strike** 227:24

**strip** 72:4 132:12 133:4,5,12,13,16,17 135:4 140:2

**stuck** 81:21

**studio** 33:23 200:25

**study** 19:4,12

**stuff** 37:24 48:17 50:4 81:17 107:8 116:22 127:14 128:24 137:6 155:13 170:5 177:18 179:9 181:4 182:10 184:14 186:18 187:9 188:25 189:10 195:16 196:11 205:1 220:3,5 224:4 233:22 234:5 235:7,11 244:12

**subject** 75:7 76:17,23 77:1,2,16 78:6 85:17,18,19 86:10,18 87:3,17,22 88:9 91:15,20 203:17 216:13

**submitting** 235:23

**substance** 191:13 246:17

**successful** 27:8 108:17

**such** 48:12 94:8 159:19 208:13 217:21 231:7

**suck** 233:25 251:1

**sucking** 255:5

**sue** 63:8,9 99:22

**sued** 13:12,14,16

**suffered** 212:15 254:21

**suggested** 49:6

**suing** 13:14

**summary** 228:21

**summer** 159:7,15 203:5,10

**summers** 159:9

**Sunday** 14:17,18 18:20 43:13,17, 18,19 52:3,4,15,20 53:4 59:11,17, 22 60:6,23 62:22 64:11 129:22 184:16 246:2,15,23 247:1,3,4

**Sundays** 18:11 45:14

**sundown** 18:9,10

**superior** 87:2 111:19

**Supplemental** 119:1

**supplier** 83:3

**support** 126:20

**suppose** 64:7 154:12

**supposed** 59:25 60:14 81:10 84:13,21 97:14

**supposedly** 144:23

**suppressed** 179:5

**sure** 7:10 8:25 12:15 20:16 21:21 22:10 28:9 29:7 34:13 38:18 58:20 67:4 76:13 111:8 116:5 124:3 136:5 138:3 146:14 161:19 181:3,5 196:6 199:12 202:20 214:14

**surprise** 83:25

**sustained** 196:3,4

**Suze** 55:24

**sweet** 132:21 133:2

**sworn** 6:5

**system** 82:11,13 85:21 114:16

**T**

**T-E-M-E-L-I-A** 87:10

**Tabernacle** 15:19 16:3 19:3,4

**table** 70:1

**tactics** 145:13

**tag** 101:22 104:14 144:3 149:2

**tailor** 90:21,22

**take** 36:2,5,24 37:12 45:23 47:23 48:9,18 50:7 58:8 64:17 65:9 70:16 71:15 89:1 92:21 93:13,18 108:15 110:5 117:7 132:7 134:5 137:11 141:3,10 149:22 152:18 169:5 177:14 181:24 182:18 183:15,17 184:22 186:13 187:2, 20 188:22 215:19 217:25 250:6 255:25 256:2,16

**taken** 6:19,22 108:18 135:4 166:7,9

**takes** 187:3

**taking** 38:5 79:3 182:21 218:24 243:11

**talk** 17:16 20:10 21:2 24:16 58:17 67:19 74:20 78:10 81:4 92:21 99:14 105:20 109:25 112:4 117:9, 16 118:2,5 119:5 120:23 121:2,7 126:13 136:16 141:19,24 147:1 154:15 160:9 165:8 187:3 204:4 213:16 218:18 224:1,2 228:17 248:19

**talked** 26:22 35:15 55:4 73:16,17 75:25 93:21 99:20 121:5 122:17 210:25 214:6,8,11,20 218:14 219:18 222:12 223:13 232:16 247:23 248:23 249:10,18 250:25 255:2

**talking** 24:13 32:22 37:24 46:12 54:13 65:16 66:1 74:4 80:9,12 89:5,23,25 90:5,6 91:14,16 102:5 105:5 107:6 112:15 116:25 117:11,13,17,20,21 118:1,6 125:8,20 127:17 135:10,18 141:7 143:2 148:20 150:14 160:8 161:18 167:6 168:3 172:15 173:11,13 181:1,7 187:4,8 190:12 191:2 193:9 194:16 198:25 199:2, 3 203:13,15 207:18 212:1 213:17 222:22 235:2,6 239:5 247:25 249:13

**talks** 183:20 222:23

**tangent** 179:8

**tape** 8:25 9:5 37:24 155:15 156:4, 20,23 157:24,25

**taped** 156:5 157:4

**taste** 74:13,18 233:10,14,16 249:12 254:19

**Tattoo** 238:5 240:1,4,22 241:7 251:9,11,15,22,23 252:4,8,15,17, 22,23,25 254:19 255:15,16,17,19 256:1,3,4,6,8

**TBN** 38:23 46:12 51:6,8 109:12, 14 245:2

**TCT** 38:23 109:12,14

**teach** 17:22 129:3

**teaching** 129:5

**teachings** 17:18

**team** 104:14 132:15 133:8 149:2

**teaming** 101:23 144:3

**telephone** 133:11 145:18 181:1

**telephonically** 147:25

**telethon** 234:4,5

**telethons** 65:20

**Televangelism** 227:4

**television** 31:13 45:8,25 72:2 139:20 176:25 177:12 194:11 244:14 247:17

**tell** 6:5 7:1,10 17:9 18:5 25:11 27:12 34:6 35:19 41:24 44:25 46:7 66:19 68:11 73:6,8 88:18 89:7,23 90:14,22 91:20,23 92:22 97:9,20 99:20 106:18,23 121:7 125:5 126:8,12 128:5,14 136:3 140:21 147:7 149:14 156:7,10 161:1,17 168:13 175:4 178:24 179:6 180:23 181:2 182:20 187:18,23 188:1 192:12 195:18

204:3 208:20 210:6,7 211:21 212:22 213:12,13 214:14 218:12 235:15 237:1 246:1 248:24 252:19

**telling** 21:12 33:25 62:14 63:3 69:21 85:7 89:17 95:19,21 106:11 126:22 133:9 135:14 144:7,13 150:5,14 168:14,17 169:2 174:2 183:1 187:24 188:2 193:12,15 195:20 197:8,24 200:7 201:24 202:21 205:18 207:21 209:5 210:8,13 212:6 214:16,19 217:3,16 238:7 241:5,10 243:25 248:11 255:7

**tells** 33:3 68:12 187:23 244:21

**Temelia** 86:6 87:5,9,11

**Temelia's** 86:7 87:5

**ten** 22:12,17 28:4 65:5,14 115:3 185:8

**tens** 89:8

**term** 28:21 50:13 65:21 81:10 98:23 176:13 211:18 234:11 255:19

**terms** 7:21 25:8,12 27:4 35:14 99:1,2 226:1 234:8 248:25 255:21

**Territories** 82:9

**Testament** 78:8

**testified** 6:6 229:21 255:11

**testify** 13:16 14:2 229:3,19,20

**testimony** 100:2 115:15 232:18 249:24

**text** 56:10 65:16 66:1,4 67:14 71:19 72:10 80:12 84:2,3 90:8 92:1,4 108:8,12 109:7,8,9,17 111:5,11,17 112:1,3 124:10 131:12 132:5,6 133:4,10 134:10,19 136:6,20,22,25 138:4,9,16,17,19 149:17 152:4,6,9,22 162:23 165:20,23,24 167:6,7,8,9,11 168:1 188:19,21,23,24 189:14,22 190:11,19 191:5,7 198:20,21 199:1,21 200:7,9 237:4,12,14 238:5 240:6,8,12 241:10 242:3 243:17,22 245:8,19 246:7,11,12,13 247:8,20

**texted** 109:9 111:10,12,14 112:2 194:10

**texting** 111:4 136:20 200:25

**texts** 10:2 64:15 67:9 70:3 71:18 80:9,16 83:25 85:22 108:6 111:3,9,18,20 124:25 131:3,4,15 133:12 136:9 160:24 181:7 189:6 191:11,19 192:17 193:4 195:17,18 199:17,19 249:3

**than** 9:15,21 13:8,13 14:20 17:12 19:18 43:25 49:14 53:6,12,13,15 57:13 64:5,6 71:4 92:6 96:4 98:24 99:15 106:11 111:22 117:9,20 118:2,5 124:19 128:12 133:6,21 153:12,22 155:5 157:8 167:5 176:23 217:5 223:24 227:24 231:8

**thank** 58:3 71:20,21,23 72:12,21 73:2,4,6,10 101:11 132:12,14 146:23 150:23 173:1 256:14

**thanked** 133:17,23

**thanking** 133:21 204:13

**thanks** 71:20 188:2

**that** 7:2,4,5,10,11,22 8:12,13,22,24 10:2,9,23 11:13,14,15,21 12:10 13:2,3,5,17,23 14:7,20 15:7,15,20 16:1,15,18 17:3,10,15,16,19,21 18:1,15,16,21 19:3,9,16 20:1,7,13,20,25 21:4,9,13,16,18 22:16,20,21 23:8,13,16,19,23,24 24:1,11,16,17,21 25:5,8,20 26:11,15,17,18 27:6,7,22 28:5,17,24 29:7,13,15,17,23 30:1,24 31:3,14,18,19 32:1,19,24,25 33:3,6,22,25 34:2,10,12,18,21 35:15,20,22,24,25 36:6,9,11,14 37:3,4,7,16,18,24 38:4,24 39:2,3,16 40:1,6,7,19,22 41:7,15,21,23,25 42:2,8,13,15,17 43:3,5,10,12,13,15,20 44:11,15 45:1,4,14,21 46:4,5,6,16 47:5,9,18 48:7,9,12,18 49:2,6,9,14,15,21 50:2,5,9,12,13,15,19,23,25 51:5,11,17,18,19,22 52:5 53:6,12,13,15,25 54:8,13,25 55:3,19 56:20 57:3,5,11,15 58:17 59:7,12,20,21 60:1,10,11,14,15,16,17,19 61:9,16,22 62:8,16,18,19,25 63:2,7,8,10,11,12,13,14,19 64:5,6,18 65:1,6,8,9,15,25 66:2,6,25 67:4,16,18,19 68:1,4,13,15,16,19 69:8,9,21 70:24,25 71:9,15,23 72:2,3,4,7,10,20 73:7,8 74:15,24 75:4,5,6,16,20,22,25 76:15,16,23 77:10,15,22,25 78:5,18,23 79:1,4,5,10,21,23,24 80:3,15,16 81:2,4,7,8,10,14,20,22,24,25 82:10,11,23 83:23,25 84:5,6,8,12,15,19,20,25 85:5,6,7,13,14,20 86:2,4,7 88:5,6,7,12,13,14,16,18,21 89:6,8,13,14,16 90:3,10,16 91:1,3,5,9,10,12,17,20,22,23,25 92:3,4,5,6,21 93:2,3,4,6,10,12,16,17,20,23,24 94:1,3,8,11,17,24 95:19,21,23,24 96:3,4,6,9 97:4,5,10,24 98:7,9,10,11,13,23 99:2,10,13,21,24,25 100:11 103:16 105:14,15,16,22,25 106:6,8,9,10,15,16,23,24 107:2,7,8,14,17,18,20,24 108:12,14,15,20,24,25 109:3,9,10,12,17,20,22 110:1,4,7,9,12,19,22,24,25 111:3,4,7,12,16,18,21,25 112:2,4,14,18 113:8,10,11,17 114:1,7,9,19,20,21,22,23 115:1,3,5,6,18 116:5,8,11,13,18,20 117:3,23 119:11,12,15,17,21 120:3,12,16,24 121:20,24 122:1,4,6,9,22 123:4,10 124:2,10,13 125:8,9,17,19,21 126:5,7,15,18,20,21,23,25 127:2,14,16,17,19 128:3,7,9,10,14,16 129:7,8,9,17,18,19,20,21 130:4,11,14,22 131:3,4,12,13,14,21 132:8,10,13,25 133:2,5,6,11,13,14,17 134:6,10,16,23,24,25 135:4,5,8,10,14,16,18,19,24 136:3,13 137:1,6,8,9,11,13,22 138:9,10,21,25 139:10,14 140:4,16 141:7 142:1,11 143:1,10,11 144:8,9,16,21 145:7,9 146:11,12,18 147:9,25 148:20,24 149:10 150:2 151:1,7,10,12,14 152:4,9,15,25 153:10,13,18,22,25 154:4,5,8,11,14,15,17,21,23 155:1,6,13,23 156:2,3,7,10,11,15,17,21 158:3,17,20,23,24 159:4,9,19,20,21,22 160:4,6,17,19,20,23,25 161:11,15,16,20,22 162:11,16,18 163:1,2,5,7,8,9,11,13,16 164:6,9,12,13 165:1,2,16,18,21 166:2,3,4,7,9,11,17,18,19,24,25 167:1,3,10 168:1,4,7,15,17,22 169:2,5,17,18,20 170:1,3,5,7,8,10,16,17,18,22 171:7,8,11,23 172:1,5,6,8,12,17,18 173:8,14,18,20,22,23,25 174:21 175:4,7,13,15,17,18,19,21,25 176:2,4,12,18,19,21,23,25

177:5,6,10,18,20,22 178:1,3,4,5, 6,10,12,20,24 179:6,9,11,14,15, 20,21,22 180:1,4,14,16,23,24 181:3,5,6,9,22,23,24,25 182:1,4, 13,21,23 183:1,3,4,11,17,25 184:3,7,9,11,12,13 185:4,5,14,17, 20 186:2,3,18,22 187:9,14,16,19 188:13,17,19,21 189:2,3,5,10,24 190:6,10,13 191:3,10,13 192:7, 12,16 193:4,12,15,16,18,24 194:5,6,9,10,11,20,24,25 195:2,4, 17,20,23,24,25 196:1,4,6,11,23, 24 197:7,10,11,13,16,24 198:1,4, 20,21,23,25 199:1,9,10,12,14,17, 20,21,23 200:1,7,9,12,14,17,22, 24 201:4,6,8,13,22,23 202:10,17, 21,22 203:7,12,14,16,17,19,21 204:2,4,11,16,22,24,25 205:1,4,9, 16,21,22,25 206:2,6,7 207:1,3,6, 10,12,13 208:7,16,20,21 209:3,4, 10,12,19 210:5,11,14,15,23 211:1,4,13,18,24 212:2,4,6,13,14, 15,18,19 213:9,10,19,23,25 214:2,14,19 215:2,7,8,25 216:6,8, 10,12,14,15,16,21,25 217:1,5,7, 13,16,17,18 218:4,5,7,8,16,20,21, 22,24 219:14,15,18,19 220:9,15, 19,21,25 221:1,3,10,23 222:3,13, 14,23,25 223:2,9,10 224:4,12,14 225:2,6,23 226:3,8,20,25 227:2,6, 24 228:9 229:4,5 230:2,15 231:14,15,16,18,21 232:2,17,18, 20,21 233:1,5,10,16,18,19,22,25 234:8,23 235:1,7,8,25 236:5,14, 16,19,21,24 237:1,5,7,12,15,17, 22 238:12,18,22,25 239:3,4,7,16, 18,19 240:1,4,7,13,15 241:1 242:3 243:6,11,25 244:1,3,8,10 245:2,9,11,16,20,24 246:6,7,13, 14,15,19,22,23 247:8,11,12,17, 20,21,23,25 248:4,6,12,14,17,19, 22,24 249:1,2,3,10,11,19,20,21 250:12,14,15,16,23,25 251:1,2,6, 8,11,18,21,24 252:1,3,14 253:7,9, 10,15,18,23,25 254:1,6,16,21,22, 23 255:6,8,9,14,15,17,25 256:1,2, 3,6,7,11,18

**that's** 10:5 11:11,21 12:11 13:2 16:7,11 17:10 18:14,25 20:1 21:8 25:2,4,6 27:2 29:7,24 32:1,8 33:1, 4,18 34:4,24 35:1,3,11 36:19,21 38:14 39:24 40:3 43:22 44:11 45:21 46:3,13 47:11,13,21 48:6 50:8 51:8,22 52:19 55:13,17,25 58:23 59:5,12 61:25 62:2 63:6,7, 12 64:12 65:2 66:4,21 69:8,9,23 70:19,20 71:7 72:25 75:15,16 78:5,23 79:3,5,6,11 80:12,15 81:6 83:13,16,23 84:18,23 85:14,15 86:12,15 87:1 88:4 90:1,2,13,15 93:10,11,15 95:18 98:7,11 101:5 104:12,20,22 106:12,24 107:22 108:16 110:10,12 111:7 112:15, 18 117:14,18 119:3 121:15 125:16 126:1,11,18,22 127:16 129:9 130:25 131:3,11,21 132:6 133:12 134:1 135:10 136:14,15 137:2,4,16,21,22,23 138:5,7 140:22 141:23 143:4,17 145:11 148:1 149:21 150:13,14,20 152:16 153:11 154:13 155:16 156:16 159:10,11 160:22 163:17, 21,22,23 166:3,8,10,13,24,25 167:24 168:15 169:5 170:7 174:3 175:16 176:21 179:21 180:7,15 182:13,14,20,25 184:12 185:5 187:19,20 192:7,20 194:9 195:15 196:5 197:22 198:16 200:2,4,10, 19 203:8,13,21,25 204:2,3 206:16 207:4 208:12 209:14 211:13 212:8 213:11,13 216:14,15,16,20 217:3,5,7,9 218:1,23 219:6,18,19 220:18 222:8 224:21 226:9 229:14,23 230:16 232:23,25 234:12,21 238:8,19,20 239:5,11, 20 240:3,5,21,23 242:23 243:6 244:2 245:5 246:14 247:7,8,16,21 248:4 249:23 250:3,21 251:6 252:5,7,14,18 254:10 255:3,22 256:10,12

**their** 20:19 23:20,21 26:25 52:17, 18 53:21 81:3 107:7 182:19,21 185:10 209:22 221:22,24 228:20 244:6 250:15

**them** 10:3 18:10 21:5 22:24 25:9, 12 26:17,25 31:16 38:22 46:17 51:15 53:2,25 54:16 68:21 73:7 75:22 77:10 82:18,19 90:25 91:11 92:13 111:10 121:12 127:4 130:24 136:15 143:5 157:5 158:1 160:9,13,14 169:18 173:2 178:5 181:6 182:19,20 185:4 186:22,23 191:16 195:5,12,14,19 211:22 213:14 214:1,3 217:10,11,25 220:10 228:11 233:15 243:5 248:24

**themselves** 253:6

**then** 9:11,14 17:13 22:24 23:8,13, 23 29:4,25 37:25 38:1,8 40:2,16 41:7,15 45:12,25 46:25 48:25 50:11,19 52:24 53:16 54:23 55:25 57:2 59:1 60:7 68:5,7,10,25 69:7, 18 70:4,9 75:3 77:15,16,17,23 78:13 79:7,18 82:16,18,19 83:3, 14,22 88:5,19 89:14,15 90:24 95:25 96:4 97:9,24 107:13 108:19 110:18 112:25 119:13 120:1,2 121:23 125:10,25 126:18 129:8, 10,14,15,18 133:18 134:14 137:18 139:10 140:6,20 147:1 152:17,18 153:12 155:17,18 160:9 172:4 173:8 174:6 181:2 182:12,20,25 185:22 188:24 189:9 190:6 192:11 197:19 201:3 204:22 209:7,9 210:8 211:19,24 221:2 228:7 229:3 232:10 239:3 240:6,7 241:18 242:4 246:15 247:4 248:13 254:9,12

**theory** 220:21 222:16

**therapist** 223:24

**therapy** 222:21

**there** 8:24 9:2,3,7,8 10:2,3 15:24 18:18 20:24,25 22:12,16 23:22 24:2 25:15 28:24 29:1,13,16 34:4 35:22 36:2,9,14 42:2,11,12 49:10 50:11,13 52:12,13 56:25 58:1 63:4 65:2,24 67:7 69:24 71:20 72:4,7 74:20 77:10 78:6 79:18 82:11 83:24 88:14,19 89:13,17 91:25 94:5 96:4,20,24 97:3,24 98:11,15,18,23 100:3,4 107:5,11 109:3,25 111:14,17 113:4,21,24 116:7 121:17 131:21 133:6,12 136:3 138:11 144:17 145:10 153:18 155:1,8,9 156:15 157:1, 11,22 158:2 159:16 160:20 162:21 163:7 164:17 166:10 167:5 168:10,20 169:20 178:3,10 179:12,15,24,25 180:7,9 182:2,10 184:20 185:7 186:8,9 187:25 188:25 191:19 192:19,24 193:2 194:9,16,17 195:12,15,20 197:19 199:9 208:3 209:24 212:8,9,10,14 213:16,22 216:20 217:21 219:8, 10 226:3,25 231:13 234:7 235:21 236:23 239:1 243:22 244:11,12 246:4,13 247:10,19 249:5,19

252:1 254:8 255:5

**there's** 16:23 17:20 36:13,25 37:12 54:10 63:14,16,19 79:19 81:2 98:24 108:25 114:1 119:11, 12 124:2,19 126:4,19 131:4 133:5 138:10 141:16 148:20 153:2 154:7 166:1 167:8,9 169:19 173:18 182:6,9 183:16 186:10 188:9 191:21,22 192:2,4,16,19 195:14 196:3 199:1 211:14 219:8, 10 225:6 233:21 234:5,19 236:13 239:18 246:4 250:14

**thereabout** 41:22 154:24

**Theresa** 230:25

**these** 40:19 56:13 63:11 70:11,24 72:12 79:16 92:2,8 95:15 97:10 106:3 107:16 108:7 113:17 116:19 118:3 119:19 120:20,24 121:2 124:15,16,24,25 125:6,12, 19 126:1,7,20,25 131:12,14 139:23 143:3 154:9 170:19 173:2, 17 187:17 191:11,19,22 192:3,17 194:16 195:17 213:11 228:19 229:16,19,22 230:6 231:4 239:8 241:24 247:23 254:8

**they** 8:22 14:9 15:8 16:25 17:1 18:10,11,15 20:20 23:1,21 24:2, 10 26:17 27:14 29:15 31:14 34:2 36:8 37:2,25 38:25 39:1 42:8 44:13 45:4,12,24 46:14 51:4,15 53:21 54:4,18 55:19 56:24 72:3 75:6,8 76:4,19 77:17 79:1,4 80:10,14,19 82:20 83:8 85:1 86:13,15,19,21,22,24 88:12 91:21 94:4 112:18,23 113:6 116:7,22,23 121:12,23 124:17 125:5,8,19,20, 25 126:5,18 127:3 128:13,19,20 129:7,11,12,13,14,15 131:2,18 133:15 139:18 140:3 151:13 155:15,18,24,25 156:23 157:24 158:1,3 162:3 163:13,16 167:13 169:21 173:9 176:20 178:5 183:15 184:24 195:13 208:20 212:10 218:21 221:6,24 228:20 229:20 230:6 235:8,12 239:19 243:5 244:10 249:6 254:6,12,20

**they'll** 17:9 80:14

**they're** 24:5,6 87:2 110:5 126:8, 24 155:25 156:24 173:10 176:19 186:21 187:24 220:23 221:5,8

**thick** 155:23

**thing** 7:13 23:5 49:8 52:11 55:13 65:10 68:4 79:4 82:3 93:15 110:19,21 111:9 122:21 131:13 135:19 137:9 139:12,24 150:8 168:8 175:4,16 176:2,17 180:25 185:3 189:24 196:16,17,23 198:6 211:13 223:14 224:19 233:16 239:2 244:13 249:16 251:16,24

**things** 7:17,22 10:22 35:7,8 38:15 41:17 43:4 46:2 50:17 52:9 56:22 63:11 72:3 82:2 84:18 93:14 94:6 96:10 108:8 111:1,7 123:14 126:7 150:14 155:11 162:11 168:20,24 173:18 175:25 177:15 179:5 181:7 182:10,25 184:2,18 187:17 188:11 194:24 195:6,15,21 196:3,17 198:18,25 199:1 208:13 211:15 214:5 222:24 224:20 233:9,19,21,25 234:3,8 235:2 243:5 244:15 249:19 252:1 254:9 255:7,8

**think** 8:5 11:3 13:22 14:22 15:25 21:10 22:9 25:12 30:8 32:25 33:1 41:9 46:7 49:19 66:19 70:25 71:1 72:5,20 75:4,10 76:3,4 77:19 78:15 81:4,7 82:6 86:6,9 87:11, 12,13 93:10,21 98:8,22 101:22 102:5,18 104:10 110:24 111:9,12 115:6 121:8 124:12 131:1 134:20 143:1,15,16 151:19,21 164:13 166:2 168:9 171:2 172:16 178:4 181:19 182:8,12,20 183:6,20 184:15,24 185:25 187:16 199:12, 14 201:11 202:15 203:21,25 205:12,13 209:16,22 210:14 212:6,13,14,19 213:1 214:6 215:6,11 217:9 219:18 220:15 221:9 222:8 223:16 224:25 228:18,20 229:15 232:6 233:8,23 242:8 246:5 247:7,23 251:11 252:8,10 256:4,5,12

**thinking** 57:4 58:6 75:11 108:24 187:16 247:6

**thinks** 29:7 205:13 206:17,20

**third** 42:8 132:18 168:10 172:10, 13 198:19 243:19

**this** 6:9,19 7:15,18 13:8,10 14:22 19:18 24:14 26:6,8,11 27:14 28:21 33:18 34:1,8,12,14 35:10 38:21 39:21,22 41:4 42:3,5 45:1 47:22,23 48:17 50:5,13,25 51:23 52:5 54:2,7 56:6,20,22 57:7,22 58:2 60:2,10,15 61:9 62:15,17 64:15 65:10,24 66:1,4,5 67:20 68:2,7,9,21 69:13 71:10,19,22,25 72:1,5,10,17,18,20 73:2,4,9,21 76:16 78:14,15,16,18 79:19,22 81:9,16 82:2,3 83:16,20 84:4,9 85:8,21 86:9 87:21 90:4,21 91:2, 11 92:23,25 93:6,15 99:21 100:21 101:3,21 102:16,24 103:10 104:2, 6 105:4,16 106:20 107:12,22,23 108:8,11,23,24 109:2,4,17,21 110:2,9,17,19,20,25 112:4,11 113:7 114:17 115:19,21,23 116:16 118:8 119:5,15,23 120:5 122:10,13,17 123:17,23 124:7 125:8,9,19 126:1,5,17 128:6 129:5 131:5,24 132:10,18 133:4 134:5,23 135:6 136:3,7,20,22,25 137:16 138:4,9 139:4,5,13,24,25 140:2,4 141:21 142:12,20,21,24 143:11,19 144:2,5,11,21 145:3 146:4,12,14,22 147:15,19 148:5, 18,23 149:3,5,11,17 150:2 151:22 152:6,8,9,22 155:5,16,21,22,23 162:4,23,24,25 165:8,10 166:24 167:11 168:17,24 169:16,25 170:13,21 171:1,18 172:14,20,21 173:5,6,8,11,15,23 174:1,5,21,24, 25 175:7,21 176:10,18,22 177:19 179:23 181:14,16,17 182:1,13,15 183:6,25 184:14,15,24 185:4,11, 13 186:2,15 187:20 188:4,9,21, 23,25 189:2,14,18,22 190:2,7,17, 18,23,24 191:19 194:20 198:15 199:20 200:4,13,25 201:12,14,20 202:4,5,6,8,13,21 203:19 204:7, 15 205:2,3,4,18 206:24 207:7 208:1,2 209:25 211:8 215:11,12, 16 216:2,4,15,23 217:1,2,3 218:21,22 219:1 220:7,10,12 221:2,12,19 222:13,16 223:15 228:18 229:4,16,19 230:6 233:13 234:1,6,7,14,18,21 236:7,9 237:8, 14 238:6 239:3,14,15 240:12,15, 25 241:7,10,11,14,18 242:7,15 243:1,7,17,22 244:15,18 245:8, 11,16,19 246:23 247:3,8 248:5 250:13 253:8,23,24 254:1 255:12

**those** 9:14 10:22 13:13 17:23 23:22 35:7,8 38:24 40:11 41:17 49:20 54:17 76:2,5,10 78:9 80:16

85:25 89:8 91:4,11 92:11,14 94:13 98:9 99:9 106:7 107:6 108:17 111:7,18 121:24 123:14 127:1,3,5,17,19 129:12 132:24 152:20 155:24 156:5 157:25 158:7 164:10 182:24 184:18 192:19,22 193:4,6 214:4 219:15 221:20 222:5 226:7 232:22 233:1, 6,19 239:10 243:11 244:11 250:12,13 251:2

**though** 8:9 33:4 67:18 74:12 115:1 132:18 135:18 161:23 173:11 228:25 231:7

**thought** 11:9 21:3 24:10 27:7 94:8 140:8,9 151:23 169:24 174:14 178:24 180:12 186:7 187:5 199:9 203:2,5 204:9,10 222:11 238:1

**thousand** 113:7

**thousands** 89:8 90:9 143:3

**threat** 143:24 182:24 245:10

**threatened** 147:21

**threatening** 143:22,23 147:17

**three** 17:12 28:22 49:7 71:24 79:3 89:17 101:25 119:10 120:24 124:2 133:18 136:1 138:25 155:11,19 156:15 202:13,16,23 203:18

**through** 7:2 15:15 56:12,16 64:17 66:24 75:23 86:13 93:14 123:22 124:1,15,16 129:7 134:24 136:11 140:2 146:6 150:13 154:9 169:18 170:17 184:21 188:10 201:22 203:6 209:24 222:24 224:3 227:23 243:18

**throughout** 101:3 104:2 159:7 203:12 233:4 242:1

**throw** 39:18 65:24

**throwing** 212:12

**Thurman** 89:7 119:24 120:23 122:17 123:7,10 124:10 127:19 214:8,12 231:2

**Thurman's** 90:8 119:16

**Thursday** 18:9 153:15 157:25

**thus** 106:23

**tied** 63:11 163:8

**time** 6:20 11:19 12:20 14:10 17:8 19:1,9,11 23:19 27:9 28:5 29:8,21 30:5 33:16 39:9,11,12 42:11 46:8 47:24,25 48:1,7 49:15,20 50:14, 15 51:22 54:12,17,18 57:18 60:18 61:16 62:8 63:21 65:1,4,9,13,24 66:3 69:16 72:19 74:10 81:18 84:16 86:22 93:4,20,25 95:7 96:22 99:10,14 100:6 102:17 104:5 105:25 106:6 108:13 110:9 113:6 114:12 117:6 119:23 120:5, 7 121:13 122:1 126:16 128:5 129:13,14 130:24 131:14 132:12 133:3,14 136:11 140:11 141:9 143:6,11 148:21 149:22 152:10 153:10,11,15,18 154:8,10,19 157:13 161:6 166:7,10,24 168:14 170:19 172:14 175:13,20 177:11, 16,20 178:6,20 179:15 183:6 187:4,8 190:16,17 195:3 197:11 201:9,12 202:21 203:12,16 206:14,23 208:3 209:17,22 210:14 214:11,13,18 215:8 216:16 218:2 221:19 225:16 226:6 228:1 233:4 234:4,23,24 238:25 239:8 241:9 245:13,24 246:4

**timeframe** 89:5

**timely** 185:11

**times** 7:10 9:15 10:2 13:1 23:22 28:7 56:22 101:20 102:3,7 111:14,17 114:8 115:3 118:6 121:18 125:6,21,23,25 155:16 156:11 158:2 159:1,4 161:9 173:9 176:8 178:10 180:3 202:13,17 203:18 218:11 223:12,13

**timing** 89:4 120:20,21

**Timothys** 17:20,21

**tired** 147:17 208:10

**tithe** 35:3 207:19

**titles** 55:23

**today** 17:4 22:20 34:1,17 56:24 66:17 74:2 89:19 94:16 115:3 118:25 145:8 163:9 197:10 202:18,20 227:6 231:15 232:16

**today's** 7:14 8:5

**together** 8:25 14:12 17:1,9,13,23 43:20 50:16 52:9 54:4,11 63:11 88:20 97:21 118:20 127:23 151:14 166:20 167:13 185:9,15 196:14 217:11 226:21 251:4 256:18

**told** 22:14 23:24 31:15 33:13,14 55:13 58:1 69:5 83:24 84:10 88:16,19,20 89:21,22 90:7,16 91:9,22,24 92:9,10 94:3 96:2 97:8 106:12,13 114:12 115:3 118:6 121:24 124:13 156:11 172:14,16 180:22 181:1 188:21 189:2,7 190:5,18 197:7 202:15 203:2 204:4,11,17 216:11,24 217:7,8 218:19,20 240:4,10,21 241:6,7,10 245:1 248:12 253:2

**tonight** 89:11,16 90:20 129:2,3 245:22 247:7

**tons** 54:10 91:25

**took** 51:11 116:4 133:15 239:4 256:2

**top** 65:16 67:2 80:9,12 86:7 109:2,7 124:9 148:17 166:1 167:22,23 174:24 175:1 178:17 184:14 243:19

**topic** 36:6 45:10

**total** 120:2 125:10 126:3,4 216:15

**totally** 107:12

**totals** 93:8 113:15 124:11

**tough** 227:9,12,14,15

**toward** 205:9

**towards** 176:19

**town** 153:13,23 208:3

**track** 95:11,13,16 112:5

**traffic** 51:19

**tranches** 218:15

**transcribe** 37:25

**transcribers** 38:1

**transcript** 141:16 142:17 146:14 148:19 169:22 170:1 181:23,25 182:2 198:13,14 200:14

**transcription** 171:4 181:15 182:17

**transcriptions** 171:2

**transcripts** 169:16,17

**transpired** 198:21 199:21

**travel** 112:20,21

**treat** 141:9

**treated** 228:24,25 229:2,4,5,6,8, 24 231:7

**trial** 169:23

**tricky** 95:11

**tried** 71:1 189:9 210:22

**Trinitarians** 18:11

**Triumphant** 16:10,11,13,15

**trivia** 252:12

**Troy** 6:1

**true** 159:11,12 184:11,12 198:23 201:24

**trust** 124:16

**trusted** 98:16

**trustees** 151:8

**truth** 6:5,6 136:17 159:12 168:13 187:18,23,24 188:1 197:4,8 212:6 214:14

**try** 93:9 94:16 100:18 103:24 110:15 143:10 149:5 171:22 188:25 250:11 253:9

**trying** 24:17,23 36:17 45:2 94:6 95:11 97:3,6 98:22,25 100:5 101:3 104:20 105:7 109:12 110:13 125:14 134:11,12 139:13 146:6 147:6,23 149:25 150:1 175:1 176:11 180:1 185:21,23,25 190:6 196:16,18 208:11 211:23 212:8,9 218:25 228:16 233:15 244:25 246:5 251:18

**Tuesday** 45:13 51:8

**Turks** 108:20

**turn** 38:22 40:11 45:24 65:1 119:13 144:17 244:23

**turned** 36:4 68:25

**turning** 142:9,10 145:9

**tuxedos** 239:19

**TV** 209:1 211:11 232:10 252:6 253:24

**twelve** 79:3

**twice** 9:4

**Twitter** 11:12,13

**TWN** 248:20,25

**two** 8:7 9:15 12:9 13:13 17:21 25:18 28:22 44:6 46:8 63:11,19 64:17,18 76:4 82:2 100:12 101:13 104:14 121:9,18 122:14 124:22 127:24 131:21 132:24 140:24 141:1 142:11 144:25 148:20 156:21 159:5 167:13 171:23 182:9,17 186:7 187:8 191:11,19 192:19 218:17,22 220:13,18,20 243:20,25 255:5

**two-hour** 35:22

**two-part** 57:1

**TXT** 256:18

**type** 9:22 38:4 74:21 168:12

**types** 75:9 239:10 254:9

**typically** 73:6

**typos** 169:19

### U

**ugly** 233:23

**Uh-huh** 68:14 189:19,21 200:21 223:5 243:14 252:13

**ultimately** 85:2 186:20 226:1

**um** 200:20,22,24 234:1

**Um-hum** 6:14,21 8:8 12:23,25 13:11 18:2 23:10 27:19,21 28:15 39:20 40:10 42:7,24 43:23 45:11 47:17 48:8 54:14 55:3,6 57:25 59:2 63:23 72:14,16 73:5,11,19 78:17 79:9,13,15 80:22 81:19 82:15 84:22 85:24 87:24 88:2 94:18 96:17 110:23 112:22,24 115:9,11 119:18 122:11 124:18, 21 126:14 132:20,23 134:17 137:10 152:3 163:12 164:17 166:14 168:6,16,19,25 169:4 171:13 172:7 174:8 175:3,10,24 179:13 180:11 183:2 189:4,16,23 191:6 200:6 201:10 202:11,14 211:20 215:24 224:11 231:6 232:5 236:12 237:11,19 238:13, 21 239:13,21,25 240:14,16 241:2, 20,22 243:21 244:17,20 245:23 246:9 251:10

**Um-um** 11:7 39:10 60:7 113:16 120:22 180:21 223:25 224:7 225:11,17 229:7 253:17

**unaware** 20:1

**unbelievable** 115:14

**under** 29:1 45:16,17 97:14 106:16 107:13,20 220:21 222:15 226:18 244:11

**underhanded** 147:22

**understand** 6:25 7:1,16 11:10 13:24 19:10 24:22 31:18 32:24 33:14 34:10 36:13 45:2,20 52:12 53:23 61:23 63:10 69:8 80:2 83:1 85:1 95:8,23 97:3 98:21 103:15 108:14 109:8 110:16 111:21 115:5 122:22 123:4 128:16 137:1, 18 142:14 148:22 151:10,12,14 152:11 160:5,17,19 165:18 172:13 173:7,14,20,25 174:1,5, 11,13,18,21 176:11 191:10 204:2 205:9,12 212:3 218:13 235:8,9 245:1 251:16 252:3

**understanding** 8:19 19:13 27:9 41:23 42:9,15 44:20 79:17 82:25 84:7 93:5 95:7 115:1 123:8 139:4 159:9 165:1 206:23 248:21

**understood** 7:4 25:9 32:19 97:24 106:9,10 238:22

**unfiltered** 198:13

**unit** 81:18 82:8 88:7 218:15

**units** 113:2 119:17,25 120:1 123:4

**unlawful** 207:2

**unless** 117:1 188:5 203:8 204:3 220:8

**unpaid** 83:8,9 132:19 190:13 194:15 250:13

**until** 21:20 41:15 42:3 46:20 47:5, 7 81:12 83:4 94:17 108:15 120:18 168:12 188:4

**up** 8:22 18:12 19:3 23:22 25:21 39:14 41:12,17 42:16,17 47:4 51:17 53:21 54:20,21 55:23 56:5 57:8 59:24 62:17 64:1 65:16,20 66:2 70:3,18 76:19 78:18 79:2,3,4 81:7 82:20 83:9 85:10 91:5 92:13 94:17 104:21 105:11 106:22 107:5 115:19 116:5 117:4 120:17 139:12 145:18 146:19 147:18 148:1 154:21,25 155:7 163:7 164:15 176:2 184:2,14 188:5 195:4,13 197:1 201:4 203:14 204:24 205:4 217:3 218:5 224:20, 23 225:20 226:7 234:14 235:2,6 244:11 248:13

**updates** 84:19

**upon** 40:14 62:15 111:24 158:9 224:9

**upset** 72:1 109:12 110:1 201:17 207:17 208:12 210:15,18,21 211:2,22 212:4 245:4 253:18

**upsetting** 245:2,4

**upwards** 121:11

**us** 7:15 9:4 14:1 18:5 30:18 54:1 61:8 63:3 80:14 110:19 112:16 127:23 161:20 169:25 173:19 182:3 186:13 208:20 218:9 226:21 235:1 244:11 248:22

**use** 12:13 40:4 44:17,19 58:5 59:17 87:21 90:23 110:1 121:20 211:18 225:16 234:8 235:1,2 245:16

**used** 18:19 42:8 77:5 176:18 254:1

**user** 13:4

**uses** 233:25

**Usher** 35:6

**ushers** 34:22

**using** 65:21

**usual** 152:8

**V**

**valid** 186:22

**various** 116:18

**vary** 46:7

**verbal** 7:8 92:11 151:12,16,20

**verified** 198:14

**verses** 79:3

**very** 20:17 72:1 95:18 100:6 102:14 107:9 108:16 132:21 139:2 158:11 236:13 245:22

**Victor** 27:23,24 28:1,3,5,13

**video** 45:23 82:5 169:24 171:5 181:15,25 184:15 198:13,16 210:24

**videos** 54:10 169:16 171:3

**viewers** 208:19

**Villechaise** 252:10

**vis-à-vis** 213:23

**visit** 226:4

**voice** 140:15,17,21

**volume** 145:9

**vote** 67:20

**W**

**W-2** 22:1

**WADL** 232:10 254:3,4

**wait** 26:6 82:21 140:11 142:3 174:10 179:1 206:14

**waived** 50:13,15 52:14,15,22,23

**waives** 50:9

**walk** 37:2 234:3

**walked** 57:14,16 62:7 180:20

**walks** 37:2,5,14,19 38:4,9,16 40:4,8,25 55:20 75:3 77:4,5 234:1

**Walmarts** 107:8

**want** 15:7 24:16 25:7 30:17 43:5 45:2,6 55:3 58:15,16,19 62:11 66:17,19,20,25 75:4 76:18 80:14, 15 89:11 92:23 104:14 108:10 109:3,14,16 110:13 119:10 132:11,14 134:5 136:6 137:5 138:15 139:1,2 142:10 144:5 146:12,13 147:9,10,15,16,24 148:10,25 149:12,13,14,17 150:8 153:11 161:25 162:3,21 163:2 172:11 179:9 186:1 193:18 194:6 195:11,12 196:9,10 197:21 201:20 206:9,16 207:4,20,22 211:25 213:16 214:14 217:2,10, 11 218:1 222:10 227:6 235:8 243:17,18 250:11 254:10 255:2

**wanted** 30:6 31:7 39:2 41:18 42:1 49:7,12 58:17,21 60:8,10,18 62:19 77:16 110:1,8 148:1 185:4 188:11 193:19 198:18 199:12 200:3 254:18 255:16

**wants** 41:6 57:10 113:8 121:20 148:25 170:18 242:8

**warehouses** 88:23

**Warfare** 75:8 76:19,20 77:21 78:7 91:16 119:25 120:5,8,12 130:3 230:19

**warning** 29:9,11

**was** 8:9 9:7 12:10,11 13:18 14:7, 8 15:12,14 16:9 18:1,7,12,18,21, 22 19:5,8 20:12,18,22 21:1,3,4, 10,12,13,18 22:11,12,14,23 23:4, 8,13,24 25:14,17,20 26:11,12,16 27:6,7,13 28:17,24 29:1,9,13,15, 16 31:3,14,17,19 32:10,14,19,21, 22 33:25 34:12,21 35:17,22,23, 24,25 36:9 37:4 38:19 39:11,12, 24,25 40:6,18,19 41:6,18,23,24 42:2,3,5,13,15,17 43:10,14 46:4 47:4,8,19 48:24,25 49:6,9,23,25 50:1,2,11,15,19 51:1,16 52:5,9, 12,25 53:7 54:8,12,18,19,20 55:20 56:7 57:1,3,5,13,15 58:6, 11,12 60:10,11,13,14 61:11,13 62:16,19,20,24 64:20,25 65:11, 15,16 66:4,10,13 67:7,12,18 70:18 71:4,5,11 72:1,2,4,5,7,9,10, 17 73:15 74:15,21 75:4 76:14,23 77:2,3,4,10,23 78:6 79:2,4,16,18, 21,23,25 80:15 81:10,14,15,18, 20,24 82:11,23 84:11,13 85:7,16 88:12,19,21,22,25 89:4 90:5 91:2, 9,22,25 92:18 93:20,22,23 94:5, 11,19 95:5,11,13,17 96:1,2,4,6, 20,24,25 97:3,4,6,14,24 98:13,19 99:2,6,25 101:15 104:10,12 105:24 106:9,10 107:6,8,11,17,18 108:1 109:12,24,25 110:2,18 111:14,17 112:13,16 113:11

114:12,19 115:14 116:20 117:1,4, 5,16,17,21,23 118:1,6,16,22 120:11,12 121:12,17 122:4,14,17, 22 123:19 124:5 127:17 128:22, 23 129:9 130:4,9,14 132:1,2 133:12,13,23,25 134:2,8,23 136:3,13 137:13,24 140:8,12 144:6 145:18,25 149:7 150:9,12, 13,19 151:23 152:9,13,19,20 153:18 154:5 155:12,13 156:7,15, 17 157:9,20,21,22 158:2,9,10,16, 24 160:21,22,23,25 161:2,5,9 162:11 163:8,20 164:9,11,13,17 165:1,6,13 166:7,9,18,19,21,24 167:18 168:7 169:13,25 170:24 171:8,11,16,20,25 172:4,14,17 173:21,22 174:14 175:21 176:1,8 177:16 178:3,24 179:6,16,24 180:1,3,4,7,12,14,18,22,25 181:6, 9,11,16 182:8 183:4,6,7 185:5,7, 11,13,14,17 186:2,3,5,7,8,9,10, 11,25 187:25 188:6,13,14,23 193:2,4,14,25 194:4,9,20,25 195:4,6,20 196:11,13,23 197:1 198:9,10,23,25 199:9,13,24 201:2,3,4,16,25 202:3,4,5,8,20 203:5,21 204:1,4,7,13 205:4,7,8, 12,13 206:2 207:2,9,13 208:3 209:12,13,17 210:21 211:21 212:8,9,10,14 213:1,10,22 214:8, 12,22 215:13 216:4,6,13 217:17 218:10,20,21 221:17 222:22 225:19 228:24 229:5 230:11,19 231:4,13,14,17,18 232:1,10 233:15 234:4,14 235:13 236:2,16, 23 237:9,14 239:1,2,14 242:25 244:3,5,6,11,12 245:2,4,24 246:2, 6,13,18 247:1,12 248:1,2,16 249:1,2,4,5,8,10,11,13,16 250:8 251:8,18 252:8,9,10 253:7 254:6 255:4,16 256:3,4,21

**wasn't** 18:10 26:4 38:11,25 39:1 42:5,12 49:22 78:20 83:24 88:24 97:17 98:11,15 99:7 101:15 102:25 107:10 109:15 114:25 116:13,24 128:13 129:15 158:20, 23 164:12 170:5,13 194:1 195:6 199:1,14 206:4 211:21 212:11,17 239:11 247:1 249:20 252:14

**wasting** 208:3

**watch** 247:4

**watching** 12:22 26:4 38:20

**watermelon** 195:15 234:18,20, 22 235:5,6,7

**waters** 76:16

**way** 24:6,11 30:17 45:1 46:3 50:23,25 57:15 62:9 67:20 74:24 79:2,4 83:13 85:13,22 98:8 113:4 116:16 126:15 130:4,14 143:8,9, 10 148:20 152:24 157:3 164:1,10 171:18 174:24 175:13,15 178:11, 14 180:6 186:2 188:4 201:20 206:5 207:7 217:18 229:3,5 243:18 253:8

**ways** 128:9

**we'd** 55:23 80:20 129:14 187:5

**we'll** 7:10 12:20 27:1 28:13 34:5 36:13 38:14 40:4,22 41:11 43:4 48:23 50:7 64:18 87:21 88:3 92:21 93:18 110:24 134:14 139:14 140:5,23 148:5 198:5,16 215:11 220:19 224:25 256:16

**we're** 14:21 24:13 37:3 39:21,22 44:9 48:17 51:23 52:8,9 53:8,14 54:13 56:6 58:3 61:10 62:16 71:14 80:12 81:4 91:14 93:14 97:21,22 100:8,12 101:3,21 102:9 105:2 107:2 110:19,21 116:25 118:12,18 123:17 125:8 127:17 129:3 143:11 146:6 147:1,4,11 148:13 169:11,23 170:22 172:15 177:5 182:21 187:5 188:2 218:7 220:4 221:14 224:3 254:7

**we've** 9:21 58:2,6 63:19 70:24 112:15 118:8 170:17 192:16 215:19 220:9,10,18 227:24 236:13,16 249:10,18

**wearing** 224:24

**Wednesday** 8:5 153:16

**week** 12:9 14:9,15,16 21:7 22:4 33:16 45:14 46:5 54:6,7 81:2 91:1 96:25 128:6 202:19

**weekly** 44:14 48:23 127:12

**weeks** 23:16,18 29:18 89:17 133:18 183:1

**well** 9:3 15:8 17:9,20 26:24 27:1 29:7 30:9 33:24 36:17 37:24 38:16 41:11,23 43:20 44:25 46:16 48:18 50:21 51:25 57:1 61:18 63:10 65:12 67:2 70:10,21 78:14 82:1 83:1,21 85:5,11,12,15 86:12, 21 89:7 93:6 95:23 96:21 98:15 99:14 101:17 102:9 103:22 105:3, 24 107:24 112:11 115:22 116:17 121:5 127:3,4 128:5 133:15 136:11 139:5,10,12 143:18 144:20 149:13,22 150:7 155:25 156:1,3 159:16 162:8 163:7 167:9,14 168:20 175:18 177:11 180:16 183:20 185:3 191:23 198:4 204:5 207:21 209:23 212:2 218:14,20 220:15,17 221:6 222:11 224:1 225:16 237:4 243:5 247:3,12 253:25 254:17 256:10

**went** 14:24 18:20 21:6 24:21 26:1 47:16 48:14 50:4 51:22 53:18 63:13 77:22 87:3 91:10 106:3 109:13 129:11,12 136:11 139:15 156:3,11 183:18 199:9 201:21,25 212:24 218:14,18 226:16 227:23 242:5 247:4,21 249:12

**were** 8:11 9:8,22 10:3 13:23 15:13 17:17 18:7,8,13,15 19:1,6, 11,14 21:22 22:3,11,23,24 24:2,7, 10,24 25:5,7,12 26:10,14,17 28:5 36:14 38:19,25 39:1,11 41:19 43:7 47:6,9 48:4,11 51:4 53:2 54:16,17,18 55:25 57:2,3 58:1 63:1,11 69:5 75:6,8,20 78:9 79:1, 23 80:9,20 83:8 84:21,22 85:2 86:18 87:17,18 88:6 89:8 91:4,24 92:8 93:2,3 94:1,4,9,24 95:23 96:4 97:18 98:9 105:15,22 106:6 107:7,15 110:12 113:1,2 114:18 116:18,22,23 117:3,23,24 119:5 120:16 121:17 124:10 127:22 128:9,16 133:21 137:12 149:9 153:19 155:1 159:1,9,19,20,21 160:20 164:7 169:22 174:10 177:17 178:7,8,10 179:15,24,25 183:7 184:1,20 192:24 193:3 194:10 197:1,8,10,11,24 199:25 200:9 201:16 202:15 203:13 204:13 210:15,17 211:1,4,8 212:6,10,11 216:17 222:11 229:22,24 233:1,10 234:18 237:6, 17 244:3,8,10,11 245:2 246:22 247:24,25 248:19,22,24 249:19 251:2 254:19,20 255:7,8

**weren't** 42:11 197:7

**what** 7:4 10:7 11:10,21 12:4,10,

11 14:2 15:15,18 16:24 17:17 19:1,4,8,11,23 20:1,16 21:18,19 22:11,23,24 24:5,7,10,15,21,22 25:7,11 26:5,19,23 27:3,5,7,9,12, 13 29:7,24,25 30:9 31:13,14 32:17,25 33:1,13,14 34:6,19,21, 24 35:3 37:3,4,20 38:14,21,25 39:1 40:13 41:8,9,10,18 42:2,17 43:17 44:7,11,17,18,22 46:4 48:15,17,18,19,23 49:8,25 51:4, 16,20,24 52:12 53:20,23 54:13 55:17,25 57:3,10,12,13 59:8,13 60:1,2,7 61:9 62:14 63:6 64:25 65:15,20 66:4 67:12,24 68:15,16 69:9,10 70:10 71:5,25 72:9,10 75:16,20 77:18 78:10,11 79:5,16, 19 80:12,14,15 82:3,13,20 84:15 85:1,14,16 86:6,17,19,21 87:2 88:7,13,21 89:4,5,7,17,20,21,23, 25 90:4,5 91:4,13,17,19,20 93:8, 15 94:11,19 95:5,6,7,11,13,17,19, 21 96:1,2 97:6,20 98:8,13,24 99:1,25 100:11,13,22 101:12 102:9 104:25 105:5,23 106:11,12, 13 107:15 108:23 109:9 111:21, 24 112:2,5,15,20 113:22 117:15 118:4 119:13,23 120:5,21 121:7, 11,15 124:25 125:16 126:20,22 127:15,16 128:9,11,20,25 129:2,9 130:17 131:5 132:21 133:1 134:22 136:6 137:3,19 139:23 140:4,10,12,22 143:1,2,4,11,14, 15,22,24 144:6,14,15 145:24 147:19 149:13 150:7 151:2 152:6, 7,8,11,12,17 153:10,12,13,22,24, 25 154:8,16 155:24,25 158:13 159:3 161:17 163:2,21,22,23 165:10 166:18,24 167:4,5,6,11 168:14,15 170:5,14 173:6,7,8,10, 14,16,20,22,24 174:1,2,3,5,6,7,9, 13,21 175:8,23 176:1,11,14 177:3,4,7 178:1,13 179:10,23,24 180:7,23 183:3,20 185:5,21 186:1,8 187:6,16,19 188:9 189:5, 10 190:16,22 191:10,13 192:7,10, 20 194:9 195:8,9 197:13,16,19,22 199:16,20,24 200:19,24 201:11, 12 202:3,7,17,18,20 203:3,8,9,11, 13 204:8,9,10 205:18 206:2,3 207:6,7 208:11 209:2,16,20 210:4,18,20,21 211:11 212:1,8,19 213:15,17 214:4,22 215:12,19 216:13,16,21 217:7 218:12,19,22, 23 219:18,19 220:18,19 222:4,12, 25 224:1,3,8,17 225:2,20,21 226:17,20 227:24 228:2,17,20,22 229:13,15 230:2,18,23 231:2,13, 14,25 233:15 234:13,21,24 235:9 236:13 237:24 238:7 239:5 240:23 241:5 242:22,23,25 243:6 244:8,21,23 245:1,24 246:3,6 247:16,24 248:16,24 250:16 251:8,17,24,25 252:9,20,24 253:5,7,22 254:1,22 255:4,7 256:2,10

**what's** 10:23 27:22 35:5 38:22 39:17 59:7 65:8 70:1,3 77:5 87:5 101:6 115:23,24 116:2 131:3 133:7 142:14 174:7 187:11,14,15 217:6 225:18 236:6

**whatever** 7:13 39:25 83:4 94:15 102:1 121:21 129:8 154:23 162:3 211:25 214:14 220:23 232:7 234:12 235:13 254:17

**wheel** 38:25

**when** 7:21 8:2,6,24 9:1,6,15,22 11:9 12:3 15:6,13 16:24 17:16 18:10,14 19:4,11 21:14,18,22,25 22:7,24 25:10,14 27:3 31:5 34:14 35:17,21 36:11 38:4 39:11 41:20 42:5 43:16 46:1,22,25 51:4,22 54:8,9,24 55:10,12 57:2 58:21 59:24 60:13 67:7 68:13 69:9 73:6, 16 74:11 76:15 77:3 78:4 79:22, 23 80:3 81:8 82:13 83:20,21 84:4, 6,8,10,12,15 86:24,25 88:18,20 89:2,10 91:23,24,25 92:13,22 94:5,8,10,17 96:12,15 97:6,12,14, 16,18 98:19 99:2 106:22 107:5,6 108:11,12 112:16,18 114:7 116:7 120:17,18 122:4,17,20 124:22 125:19 127:15,19,22 128:20 133:10 136:13 140:7 142:18 143:13,21 153:13 156:3 162:3,6, 10,11,16,18 166:9,21 169:18 171:11,16 173:9 175:25 176:24 177:10,16,17 178:8,17 179:5,11 180:19 181:1 183:5 184:23 185:17,18 186:9,14 188:1 191:2, 4,7 192:24 193:2 194:10,25 195:13 196:6,7 197:7 201:1,9,11, 16 202:4 203:14 205:3 206:8 210:4,15 211:4,9,13 214:4,6,7,10, 11,20 215:16 217:8 218:18 223:14 225:19 227:22 231:14 235:2 238:8 247:1,6,24 255:4,23 256:7

**whenever** 25:14

**where** 14:23 15:20,22 16:8,14 23:6 31:12,17 34:5 44:9 59:12 61:8 67:15 71:19 76:2 79:2,19 90:14,15 115:21,22 124:19 125:14 126:8 127:2 138:12,19 139:13,24,25 149:9,17 157:23 166:22 172:22 174:10,14 176:4 182:7 185:7 186:8 188:21 189:6, 22 195:13 196:19 197:13,16 200:20 202:9 206:6 210:5,25 216:14 223:6,8 224:12 226:12,15 235:4,14 236:23 248:22 249:11

**whether** 13:2 24:6,20 30:11 78:6 107:15 111:19 186:21 233:9

**which** 10:19 13:4 41:16 58:3 62:24 66:8 82:9 87:25 88:7 92:16 109:15 110:19,21 119:25 125:3, 20 127:1 128:17 145:13,17 155:12,13 180:18 183:14 188:11 196:19 201:9 202:17 220:9 221:24 226:11 246:7

**while** 8:11 14:5,6 19:5 63:1 88:19 116:4 144:23 147:25 163:19 180:17 182:22 196:20 227:23

**whistle** 176:24

**white** 164:22,23 173:9 185:1 195:10 208:21 230:13,24 231:7 234:15 238:23 252:8

**who** 13:25 18:18 20:12,22,25 21:3 32:10 33:2,4,19,21 37:19,21 38:19 47:19 51:1 78:10 86:2,3,4 105:7 115:22 122:24 136:2 145:1 152:2,19,20 157:23 178:17,21 179:18 185:10 187:23 199:13,14 201:16,19 210:7 219:1 222:24 230:19 232:1 234:16,25 235:6,7 244:11

**who's** 45:8 138:17

**whoever** 86:13,15

**whole** 6:5 12:16 21:19 26:18 46:13 55:25 59:18 72:9 100:6 109:19 117:6 127:22 129:24 131:2 154:7 155:15 156:24 176:2 177:17 185:3,13 189:24 194:22 198:6 216:24 233:17 239:2 247:4

**wholly** 116:6

**whom** 142:13

**why** 7:1 13:2 21:25 63:7 69:25 83:16 84:3 85:1,5,6 97:17 107:24 109:6,21 110:6 114:11,22,24 115:24 131:11 136:15 143:15 149:2,21 150:13 155:16 157:3 161:1,24 166:10 170:5 172:11,13 180:15 184:1 190:6,12,23,25 191:1,3,17 192:19 193:23 195:17, 18 196:6 198:1,4 199:3,8 200:3,4 201:25 202:17 204:16,17 205:13, 14,18 206:5,10,16 207:2,5,6 208:12 212:5 213:20,25 214:1 216:20 217:16,18 219:12 224:21 229:3,22 230:14,16 231:10,12 241:24 247:8 251:3 252:19 253:18 255:16,17 256:8

**wife** 13:25 175:8,15 176:3

**wild** 201:21

**Williams** 168:23

**willingly** 106:3

**win** 67:15

**wind** 79:3

**windows** 45:6

**wine** 17:22

**Wisdom** 37:2,5,14,19 38:4,9,16 40:4,8,25 55:20 75:3 77:4,5

**wise** 120:16 209:2

**Witchcraft** 20:17 55:20

**withdraw** 221:21

**withdrawing** 219:15 222:5

**withdrew** 183:17

**within** 91:22 153:20 166:11 177:20

**without** 29:9,11 63:24 67:15 98:16 114:15 135:2,4 159:15

**witness** 12:18 30:14 33:10 60:21 72:24 87:7 99:18,24 100:18 101:9,14 105:7 138:12,17 140:12 157:15 161:7 170:4 179:4 193:23 210:2 214:19 216:11 223:15 230:14 232:9 236:9 250:1

**witnesses** 179:25 228:17,19,21

**WNC** 56:12 64:14 66:24 71:16 108:5 123:22 132:5 134:19 151:25 188:10 192:18 209:10 236:11

**woman** 18:18

**Woman's** 78:6

**women** 233:21

**won** 220:18

**won't** 38:10 39:14 114:21,22 127:5 188:4

**wonder** 124:2 188:1

**wondering** 202:8 221:1

**wooed** 109:22

**word** 8:12 9:5,23 13:12 20:11,21, 25 21:4,13,14,19,20,23 22:2,7 23:2 24:3 25:1,25 27:12 28:6 31:9,12,13,15,16,17,18 32:17,18, 20,21,22,23,24 33:2,3,5,19,20,21, 22,24 34:3,6,20 38:23 40:8 46:1, 10,17 47:4,8 49:24 52:18,25 53:19,25 55:21 60:24 62:8 63:16, 22 64:2,7 68:4 75:3,13,20 76:5,6, 11,23 77:1,2 78:1,21 79:7,12,24 82:16 83:2,14 84:5,20 85:16 86:18 87:16,22,25 89:2 90:24 92:2 94:9,10,20,25 96:6 98:19 102:16 103:16,17,20,21 104:1 105:17 106:17 107:5 108:5 109:1 110:2 112:7,9,25 113:2 120:13 121:21 122:18,20 125:5,20 127:10 128:17 129:23 130:3,7,8, 9,10,12 132:15 136:12,13 142:6 148:17 150:17 152:13 154:22 155:11,12,14 156:12,13,14,15,16, 20,25 157:6,7,8,20,21,22 158:5, 14 160:3,11 162:7,8,15 163:6 164:6 171:12,25 172:4 176:15,16, 17,18,20 178:4,9 183:7,23 188:22 193:13 196:5,9,10,11,12 199:3 200:10 208:16 209:1,2 210:15,25 213:20,21,22,25 214:12 215:22 222:21 224:3,5 225:4,19,25 227:1,3,7,21 228:1,10 230:20 232:7,18 233:4,25 234:25 235:1 244:1 250:2 253:8,16

**words** 25:7 36:3 100:5,19 130:1 138:22 157:4

**work** 11:15,18 21:20,22 76:17 93:15 123:7 155:7 175:11 180:5 203:6 227:1 228:10 230:4 232:4 254:2

**worked** 20:25 22:16 28:3,5 39:16 45:3 88:14 107:4,5 123:4 203:2

**workers'** 20:8

**working** 8:11 19:14 22:1,7 88:19 122:18 127:22,24 136:3 178:7,8 180:9 221:25 233:4 244:11

**works** 178:4

**world** 136:17 151:15

**worry** 93:18

**worse** 213:24

**worship** 10:24,25 11:2 14:11 18:10,11 44:12 181:17

**would** 8:13,25 9:1,4,14,15 11:14 15:8 18:16 19:2 20:19 21:8,10,24 22:15 23:6,7,13,16,19,22,23 24:1 26:6,18 29:14 30:8,9 36:24 38:24 39:16,17,23 40:6 41:7,20,21,25 43:19 46:16,17 51:19 52:13,15 60:7 62:14 65:20 70:23 74:5,12 75:6 76:5,10 77:11,19 78:1,4,13, 14,15,18,19,25 79:5 80:24 81:15 82:4,14,16,17,18,19,24 83:2,3,25 84:3,5 85:1,6,10,14 86:18,19 87:4,13 88:9,12 89:10,15,23 90:16,21,24 91:11 92:8 93:6,13, 24 94:12 96:15 97:4 98:18 99:14 106:8,15 107:14,21 110:10 111:5, 6,16,17,18,22 112:6,23 113:4,6, 10,17 114:19,23 116:11 120:12, 14,16 121:18,23 124:10,13 125:12 126:20 128:5,7,14,15,19, 20,21,22,23 129:7,10,13,15,18, 20,21,22 130:2,4,6,9,12,14 131:2 135:16 136:17 144:8,9 149:25 150:2 152:14,15,18 153:10 155:15,16 156:14,20,21 157:6,8, 12,24 158:1,3,5,7 159:4,5,7,13,16 167:10 169:19 172:1,5 176:23 179:19 181:5 184:20 185:9 187:20 192:2,12 194:25 196:6,14 201:8 203:8,22 205:5 206:5 207:6 208:7,16,20 209:9,16 210:4,5,16, 18 213:20,25 215:6 216:21 218:16 219:19,24 220:6 223:20 224:5 225:6,7 226:12,23 227:6,9,

12 228:9 229:3,15 231:10 232:22 233:5,18,20 244:4,5 249:15,21,22 250:1,25 251:8 253:18,20,23,24 254:12

**wouldn't** 9:17 23:22 61:22,24 62:1,3 67:23 78:9 83:4 84:2 86:12 92:13 99:16,18 109:25 114:20 119:4 124:12 180:23 187:25 209:15 212:5 233:16 249:14,16 254:10,17

**wow** 56:23 57:3

**wrap** 180:1

**write** 12:17 37:16,22 38:1 104:4 132:21 148:20 154:4 162:3,4 195:19 217:19

**writing** 12:11 32:11 37:18 86:10 114:4,5 134:22,25 135:15 137:3, 12 146:16 148:16 151:20 178:15, 17

**written** 7:17 9:22,24 47:18 91:6 112:16,17 113:13 140:3 150:25 151:3,10 165:2 202:18 215:20,22

**wrong** 41:24 46:8 48:10 56:23 65:21 69:24 71:21 75:11 83:2 99:1 108:13 143:12,16 146:1 164:2

**wrote** 20:16 37:7 55:22 135:10 173:7 219:2,7 252:24

**WTF** 242:23

**Y**

**yeah** 7:22 8:1,5,18,21 9:25 13:25 14:8,13 15:1 16:21,22 17:5,10,13 19:5,7,15,17 20:13 22:5,12,17,19 27:11,25 28:12 29:20,22 30:6,8, 23 32:8,13 33:1 37:22 38:3,13 39:4 40:18 41:2 44:4,14 46:7,11 47:2,8,19,22 53:9 54:22 55:11 56:3 57:17 58:8,19,23,25 60:3 63:10,20 65:3 66:7 70:21 71:1,3 73:23,24 74:10 75:14 76:25 77:8 79:4 82:6,7 83:11 85:6 87:19 92:17 94:22 95:3,6 100:4 110:18 112:10 113:4 114:14 117:23 120:19 121:6 123:2,6 124:12,14 125:25 127:2 128:8 129:23,25 130:4,11,21 131:4 132:9 133:9 134:20 135:6,7 136:5,8 137:22,23 138:10,15 139:2,19 145:5 148:11 149:15 150:21 151:5 153:4 154:5 155:4 157:2,8 159:8,24 160:1 161:10,19,22,23 162:3 163:4,10 165:17,25 166:6 167:12,16 168:2, 9 170:17 171:15 172:9,23 173:2 174:23 175:6 176:5,12 178:10,22 184:4,6 185:23 187:2,10 188:1,2, 17 189:25 190:9,11 191:1 193:16 198:7,22 200:23 202:6 203:24 205:9,11 206:5 207:6 208:19,20 209:4 210:13,21,22 212:20 215:6 216:3 217:9 220:13 221:13 223:11 224:16 225:6,7,22 227:16, 19 229:10 236:15 237:5 238:11 239:17 240:2 242:16,24 245:10 246:6,18 248:17 249:22 250:1,20, 24 252:12,17 254:11,24 256:16

**year** 23:16 84:15 94:11 122:13 158:11 159:6,13 202:13 203:19 214:22 225:16,19,20

**years** 8:14 9:19 13:22 14:4 22:13, 14,16,17,18,21 28:4,21,22 47:7 54:4 81:11 107:20 113:17 115:14 120:8 122:14,15,16 127:24 131:14 142:23 145:3 169:10 176:22 179:14,25 194:13 201:22 224:19 246:16

**Yep** 175:12

**yes** 6:11,18 7:5,12 8:1,10,15 10:4,6,14,18 11:1,17 12:2,11 13:20 14:14,16 15:5 18:3,4 21:24 23:11,12,15 28:2,7 29:17 31:1 32:16,20,22 34:9,11 35:21 36:22 37:15 39:6,8 40:21 42:10 44:6,16, 24 45:3 46:18 49:13,19 53:15,18 55:7,8 56:18,22 62:18 63:19 64:10,24 65:7 67:6,11,17,21 68:3, 5 69:8 73:15 74:7,14,17,19,23 75:6,13,17,19 76:22 78:3 79:21 81:23 82:17 83:6,18 86:1 87:1,4 88:17,25 93:19 94:3,7 96:8 97:19 99:9,12 106:5 108:9 111:17 113:6 114:15 117:19 118:19 119:7,22 120:4 121:1 122:3,19 123:1,3,6,9 125:11 127:14 132:17 133:20 135:23 137:15,17,20 140:18 141:12,14,15 146:16,17,21 149:24 151:18 152:5 158:6 159:14 163:15,19 164:8,19,21 167:25 171:10 172:3 175:20 177:9,21 179:17 180:8 181:19 183:22 184:10,12 188:18,20 189:13,17 190:4 191:15 192:9 193:11,14 194:19 197:6,9,25 198:25 199:2 200:9 201:7 205:18 209:11,24 210:16 211:3 215:1,6, 18 216:5 222:13,22 226:14 227:5, 8 230:5,17 232:10,19 233:3,7,12, 15 236:18,20 237:13,16,20,21 239:22,23 240:11,17,18,24 241:3, 4,12 242:20 243:24 245:12,15,21 253:14 255:21

**yesterday** 8:3

**yet** 26:11 124:22 166:16 184:23

**York** 15:21,22

**you'd** 131:17 169:8

**you'll** 81:7 119:15 155:17 171:23 256:10,11

**you're** 11:10 13:4 17:24 20:1 25:11 26:24 27:5,9 29:23 33:25 36:17 37:14 46:12 47:24 52:12,20 53:23 57:12 61:8 62:13 63:10 65:8 68:17 69:21,24,25 70:10 85:12,13 86:17 88:5 90:3 91:17, 18 92:22 95:5,19 98:22,25 100:1, 10,16,17,23 101:17,22 102:15 103:9,16 104:1,3 105:5,11 109:22 111:21 112:3 115:5 126:7,24 127:4 132:12 137:2,6 141:5 142:16,18 143:2,13,15,16,21,23 144:7 146:10,21,22 147:18 148:17 149:1 151:21 160:5,19 161:17 163:23 168:3,17,18 169:2 173:11,14,25 176:9 179:5 181:25 182:24 183:25 185:21 187:16,19 189:2 190:12,16,22 191:2 192:13 195:24 196:1,2,25 197:3,10 198:3 199:3,17,20 200:7 201:23 202:4,7 204:25 206:21 207:22,25 208:3 210:7,8 211:10 212:1,4,9 215:16 216:22 218:24 220:2 221:12 229:16,19 238:10,20 240:5 241:10 242:2 243:25 244:22,25 245:13 254:22 255:23 256:1

**you've** 7:4 17:6 36:14 56:16 62:8 85:25 96:9 100:5 101:2,25 107:12 108:14 118:9 157:13 188:21 190:17 207:25 218:14 227:20 228:15 234:9,10,11 254:21

**young** 20:22,24 183:5,6

**younger** 141:4

**your** 6:22 7:6,8,18,25 9:14 10:7 11:15,21 12:16,22 13:25 15:24 19:9 25:7,8 27:4,7,13,14 28:11 29:6,9,21 32:11 33:24 34:6 36:5 38:20 39:17,18 40:19 41:23,24 42:8,13,15 43:16,17 46:19 47:12, 14,15 48:11,19,23 49:10,12 51:25 57:3,9 59:14,19 60:5,18,23 63:8, 14,21 64:8,9 65:1,11 66:25 70:2 71:4 75:21,23 77:3,12 78:1 79:16 82:6 84:23 85:3,14 89:1,12 90:20 92:1,4 94:24 97:1,23 99:22 100:16 101:1,2,16,18 103:13,24 105:11 109:1,8 110:12,17 111:23 112:1 117:19 120:13 123:7 124:23 129:6,22 130:2,3,13 136:6,22,25 137:8 138:19,23 140:8,15 141:16 142:2,25 143:24 145:19,21 146:2 147:5,22 148:3, 19 149:14 150:9 151:16 155:2 156:9 159:19,21 160:20 161:20 164:1 165:1 166:13 167:9,24 170:10,18 174:12 177:20 179:21, 22 181:24 185:12 186:16 190:21 194:12 198:19 200:7 201:2 202:1, 16 204:5,17,25 206:9,10,23 207:3,13 210:25 211:9 213:22 215:10 219:1 223:17,21 224:8,17, 23 225:4,5,25 226:11 227:20 228:1,9,10,13 229:9,22 232:20 233:4 235:3,22 240:7,25 242:5,25 243:8,18 247:12,13,14,19 248:20, 25 249:11 253:15 255:24 256:1, 15

**yours** 103:14 116:23 128:17 219:6

**yourself** 8:23 16:5 17:14,17,18 37:16,22 104:5 105:10 116:12 201:8 227:9,12

**Youtube** 44:19 171:3,4 202:1,2 204:20 207:18 210:24