# EXHIBIT A

NEWS WHAT'S HAPPENING NOW
In Flint, Big Names Helping With Town's Big Water Problems

ADVERTISEMENT

NEWS

# In Flint, Big Names Helping With Town's Big Water Problems

By Kimberly Hayes Taylor on January 27, 2016




Relief from big names and big business is rolling into Flint amid the city's man-made water disaster.

The Rev. Jamal H. Bryant announced he is hosting the Environmental Justice #WaterForFlint Rally at noon Monday, leading a 50-vehicle caravan of 50,000 cases of water to the city. At least 60 churches from around the nation, including 30 Detroit congregations collected water and will join him in the effort he is calling an extension of the Black Lives Matter movement.

"This is environmental terrorism, and to exact this kind of cruel and unusual punishment to American citizens on our shores is completely inexcusable," Bryant, the dynamic leader of the 12,000-member Empowerment Temple in Baltimore, told EBONY.com. "We're calling for the accountability of the state, and an independent investigation."

ADVERTISING

BEAUTY NEWS
The Wu-Tang Clan and Milk Makeup Come Through for NYC During the CoronaVirus Pandemic

BEAUTY NEWS
5 PR Gals On Their Normal Self-Care Beauty Routines

OPINION
OPINION: MeToo Movement....Transparency

ENTERTAINMENT NEWS TV & FILM
STREAMING NOW: Octavia Spencer Stars as the Nation's First Female Self-Made Millionaire, Madam C.J. Walker, in Netflix Series

BEAUTY NEWS
10 Spring Scents To Brighten Your Mood

OPINION
OPINION: How to Kill A Mogul in the Era of #MeToo

EBONY EXCLUSIVE SOCIAL JUSTICE & ACTIVISM
Formerly Incarcerated, Marcus Bullock, tells his Story of Prisoner to Tech Entrepreneur

NEWS
Color Of Change: Black Voters Determined Super Tuesday Results

BLACK HISTORY EBONY EXCLUSIVE EBONY MAGAZINE RACE & CULTURE
The Blacks of the 1960s: Black History from the Pages of EBONY

This website or its third-party tools use cookies, which are necessary to its functioning and required to achieve the purposes illustrated in the privacy policy. If you want to know more or withdraw your consent to all or some of the cookies, please refer to the privacy policy. By closing this banner, scrolling on this page, clicking a link or continuing to browse otherwise, you agree to the use of cookies.

Ok Read more

ADVERTISING

Earlier this month in his State of the State address, Michigan Governor Rick Snyder apologized for the crisis and vowed to fix it. "Apologies for children who have rashes on their skin and have a level of brain stimulus being retarded in the process that's going to take years for them to know the full scope is much larger than saying, 'I'm sorry,'" Bryant said.

To help with foreshadowing legal action against the state of Michigan and its governor, Attorneys Benjamin Crump and Billy Murphy, attorneys for the Trayvon Martin and Freddie Gray families, respectively, will join Bryant in the beleaguered city.

The Rickey Smiley Show will broadcast live from Flint Monday, and Radio One's Roland Martin Show also will feature the Flint crisis in its Feb. 1 broadcast. Bryant will host a live telethon from 8 to 10 p.m. Monday on The Word Network, based just outside Detroit.

Soul legend Aretha Franklin pledged 25 to 50 free hotel rooms and food to Flint residents who have been affected by the water crisis, and exposed to lead poisoning.

"Detroiters usually come to the aid of Detroiters—and Flint is certainly regarded as Detroit," Franklin told Detroit television station WDIV Tuesday.

Her donation to her neighbors about 68 miles north of Detroit is among the latest in a long line of celebrities who have stepped forward to help the relief effort.

Motown artist Kem donated $10,000 to the Salvation Army and doled out bottles of water in Flint Tuesday. The R&B crooner, who

This website or its third-party tools use cookies, which are necessary to its functioning and required to achieve the purposes illustrated in the privacy policy. If you want to know more or withdraw your consent to all or some of the cookies, please refer to the privacy policy. By closing this banner, scrolling on this page, clicking a link or continuing to browse otherwise, you agree to the use of cookies.

Ok Read more

Flint is home to nearly 100,000 residents who cannot drink the city's unfiltered tap water. The crisis in the city, which is nearly 57 percent black and 42 percent poor, began in 2014 after Snyder appointed an emergency manager who halted its supply of Detroit water to save money, and switched to the Flint River, long known for its caustic pollution and environmental issues. The Flint River water wasn't properly treated and caused lead from pipes to leach into the city's water supply. An estimated 9,000 children have tested positive for lead poisoning.

For months, despite residents' reports of rashes, unexplained illnesses and brown, yellow and red smelly water, state officials continued convincing Flint residents the water was safe until October, when the water was switched back to Detroit's system. A state of emergency has been declared, and the National Guard has been deployed to assist with delivering water and filters to residents.

On an upbeat note, the crisis seems to be bringing rivals together. Long-time soda rivals Coca-Cola and PepsiCo joined Walmart and Nestle to ensure Flint public school students have water through the end of 2016, the companies announced Tuesday. Giant brewer Anheuser-Busch has pledged 51,000 cans of water to Flint.

Philadelphia rapper Meek Mill, who sent 60,000 bottles of water and donated $50,000 to the Flint Child and Family Health Development Fund, challenged his rival 50 Cent to match the donation. The "In Da Club" rapper agreed to put their Instagram beef aside long enough to help.

Sean "P-Diddy" Combs and Mark Wahlberg, investors in AQUAhydrate bottled water company, pledged to donate 1 million bottles to aid the troubled city. Rappers Eminem and Wiz Khalifa are joining the AQUAhydrate effort. At least 5,000 cases of water are scheduled to be delivered to Flint today.

Through craigsconnects, Craigslist founder Craig Newmark also is helping Flint by pledging to match any $20 donation to CrowdRise with 100 cases of water to the United Way of Southeastern Michigan.

"I want to put clean drinking water into the hands of every resident of Flint, Michigan," Newmark said in a statement. "The situation is real bad and we need to get folks from across the U.S. to support the people of Flint right now."

CrowdRise apparently has become a popular crowdfunding source for the Flint water crisis. Last week Detroit rapper Big Sean announced that his Sean Anderson Foundation would partner with actor Edward Norton through CrowdRise to launch the "#HealFlintKids" campaign. Funds will be donated to the Community Foundation of Greater Flint Michigan's Flint Child Health & Development Fund.

Rock band Pearl Jam announced a $300,000 donation to the

This website or its third-party tools use cookies, which are necessary to its functioning and required to achieve the purposes illustrated in the privacy policy. If you want to know more or withdraw your consent to all or some of the cookies, please refer to the privacy policy. By closing this banner, scrolling on this page, clicking a link or continuing to browse otherwise, you agree to the use of cookies.

Ok Read more

Actress and singer Cher donated more than 180,000 bottles of water, and Detroit Lions defensive end Ziggy Ansah donated and delivered 94,000 bottles of water.

Bryant said his campaign to galvanize the nation's churches originally planned to donate water filters instead of bottled water. But after reviewing statistics from the Flint Water Study, PraiseFest Ministries, its planned source for the filters that donates filters in Africa and other parts of the world through its Project Clean Water, determined it couldn't help.

"Regrettably and embarrassingly," Bryant said, "they said the toxin levels are heavier and higher in Flint than in any place they've worked in Haiti or Africa, and won't work in Flint."

**Also of Interest:** Georgia Student Receives Acceptance Letters from 39 Colleges
Dwyane Wade & Gabrielle Union Support 11-Year-Old Son at Miami Pride
Bye, Gucci & Burberry: 10 Black-Owned Luxury Brands to Give Your Money

**In this article:** Crisis, Flint, michigan, water

CLICK TO COMMENT

## TRENDING




**Claressa Shields on Her Flint Roots & Historic Christina Hammer Fight**
EBONY EXCLUSIVE



**Michigan Boy Fills Street Potholes in His Neighborhood**
NEWS



**Jaden & Jada Pinkett Smith Are Bringing Clean Water to Flint**
NEWS



**Man Who Shot at Black Teen Who Knocked on Door Sentenced to Prison**
NEWS

ADVERTISEMENT

BEAUTY

# The Wu-Tang Clan and Milk Makeup Come Through for

This website or its third-party tools use cookies, which are necessary to its functioning and required to achieve the purposes illustrated in the privacy policy. If you want to know more or withdraw your consent to all or some of the cookies, please refer to the privacy policy. By closing this banner, scrolling on this page, clicking a link or continuing to browse otherwise, you agree to the use of cookies.

Ok Read more

# NYC During the CoronaVirus Pandemic

By **Joane Amay** on April 13, 2020



The Wu-Tang x Milk Makeup Lip Color in Flow. Image: Courtesy of brand

When your city is hurting, what do you do? Well, if you're two fab born and bred New York brands famous for their hustle you come together in a meaningful way to give back to your hometown during its moment of need. Milk Makeup in collaboration with the Wu-Tang Clan have raised $106,264.31 for the NYC COVID-19 Emergency Relief Fund. 100% of proceeds from all milkmakeup.com purchases on April 10th were donated to the fund, which provides resources for health care workers and essential staff, local small business, displaced hourly workers, families, youth and vulnerable New Yorkers.

"Me and my wife Talani collaborated with Milk Makeup to create this vegan-friendly line of lipsticks. It's been said that beauty is skin deep, but Wu-Tang and Milk, we believe that beauty is soul deep. And there's no better way to express that beauty then helping your fellow man, woman, and child. The opportunity to help our community and spread positivity remains on the forefront of our respective brands. With our doctors, nurses, and

This website or its third-party tools use cookies, which are necessary to its functioning and required to achieve the purposes illustrated in the privacy policy. If you want to know more or withdraw your consent to all or some of the cookies, please refer to the privacy policy. By closing this banner, scrolling on this page, clicking a link or continuing to browse otherwise, you agree to the use of cookies.

Ok Read more

challenge with limited resources, we were compelled as fellow New Yorkers to lend our support. Hopefully we inspire others to do the same," explains RZA of the Wu-Tang Clan.

"[We are] grateful to everyone who participated. Every cent counts, and every cent is going back to the Mayor's NYC COVID-19 Emergency Fund. Thank you again to all of the brave first responders in New York and around the world," adds Tim Coolican, Milk Makeup CEO.

Shoppers who spent $55 or more on milkmakeup.com during the fundraiser were gifted a limited edition Wu-Tang x Milk Makeup Lip Color. The brand also donated $250,000 worth of skincare products to the city's frontline responders across NYC hospitals.

And don't worry, if you missed the one-day fundraiser, you can still donate directly to the NYC Covid-19 Emergency Relief Fund here.

**In this article:** CoronaVirus, covid-19, Milk Makeup, RZA, wu-tang clan

## TRENDING




**Hulu Releases First Look Trailer of 'Wu-Tang: An American Saga'**
ENTERTAINMENT



**Ol' Dirty Bastard Biopic on the Way; RZA to Produce**
ENTERTAINMENT



**Wu-Tang's Ghostface Killah and Method Man Meet James Comey**
ENTERTAINMENT



**U-God Belives RZA Mismanaged The Wu-Tang Clan, Leading to Group's Demise**
BOOKS

ADVERTISEMENT

This website or its third-party tools use cookies, which are necessary to its functioning and required to achieve the purposes illustrated in the privacy policy. If you want to know more or withdraw your consent to all or some of the cookies, please refer to the privacy policy. By closing this banner, scrolling on this page, clicking a link or continuing to browse otherwise, you agree to the use of cookies.

Ok Read more

# 'The Word Network' holds telethon for Flint



*By Anthony Sabella* | Posted: Tue 12:37 AM, Feb 02, 2016 | Updated: Mon 2:29 PM, Jun 13, 2016

**SOUTHFIELD (WJRT) -** (2/1/16) - Help has come in from different cities and states, but Monday night, Flint's story was broadcast around the world on the popular religious TV station, The Word Network.

Baltimore Pastor Jamal Bryant, who spent the day in Flint, turned his monthly program, 'The Empowerment Encounter' into the 'Water Telethon for Flint' at the network's Southfield studios. 100 percent of the donations will be turned over to the Concerned Pastors of Flint...to be used for not just water, but for rebuilding a city impacted by lead for years to come.

"The equity of their home is now under tremendous risk, the level of unemployment in that city, the inequity of the educational system. The whole city needs a renovation and tonight, the world is going to be able to help," said Bryant.

After hosting Bryant, Monday, at Flint's First Trinity Missionary Baptist Church, Pastor Ezra Tillman made the trip to Southfield for the show.

"We need to make sure we keep yelling as loud as possible for everyone to know, that yes, even here in Michigan, we're being polluted, we're being neglected, we're being looked over," said Tillman.

The Word Network tells ABC12 it will not release how much money the telethon raised.

The network is broadcasting a Tuesday night town hall meeting in Flint. It's at UM-Flint's Northbank Center at 7:30 p.m.

BLOOMER_000007




Congressmen taking part in Mid-Michigan virtual town hall Thursday

READ MORE »

**Show Comments**

*Comments are posted from viewers like you and do not always reflect the views of this station.*

BLOOMER_000008

More Create Blog Sign In




Wednesday, February 3, 2016

## Where Is The Money The Word Network Raised For Flint's Water Crisis?

Monday night, Flint's story was broadcast around the world on the popular religious TV station, The Word Network.



Baltimore Pastor Jamal Bryant, who spent the day in Flint, turned his monthly program, 'The Empowerment Encounter' into the 'Water Telethon for Flint' at the network's Southfield studios. 100 percent of the donations will be turned over to the Concerned Pastors of Flint...to be used for not just water, but for rebuilding a city impacted by lead for years to come he said.

"The equity of their home is now under tremendous risk, the level of unemployment in that city, the inequity of the educational system. The whole city needs a renovation and tonight, the world is going to be able to help," said Bryant.


Pastor Stacy Swimp

What is odd about the telethon is the fact that The Word Network will not release how much money the telethon raised.

One pastor in the city of Flint has some serious doubts about The Word Network.

Stacy Swimp a pastor and activist in the city of Flint had the following to say,

Follow On Social Media

Like

Tweets by @ronalddwyer

Ronald Dwyer
@ronalddwyer

Never Trumper David Frum Clobbered for Saying Bernie Bros Are People Who 'May Forget to Pay Their Bills' dlvr.it/RRC476

Never Trumper David Frum Cl...
Oops.
redstate.com

Mar 4, 2020

Ronald Dwyer
@ronalddwyer

THEMBNG.COM NEWS States Can Prosecute Illegal Aliens For Identity Theft, Supreme Court Rules dlvr.it/RRBhx7

Embed View on Twitter

>

Follow by Email

Email address... Submit

BLOOMER_000009

*" So the The Word Network will not release how much money it raised after holding a telethon which was supposedly to support the Flint water crisis? They say, however, that 100 percent of the money will be turned over to a local group of pastors. That's strange. I don't think I have ever seen a telethon for anyone or anything where there is a refusal to be transparent about the money. Seems that a great deal of exploitation is taking place during this time of real crisis."*

Posted by Ronald Dwyer at 10:36 AM

Labels: Flint, Flint Water Crisis, Stacy Swimp, The Word Network

## No comments:

## Post a Comment

Enter your comment...

**Comment as:** Google Accour ▼

Publish Preview

Newer Post Home Older Post

Subscribe to: Post Comments (Atom)

Search This Blog

Search

Blog Archive


- ► 2020 (2)
- ► 2019 (3)
- ► 2018 (11)
- ► 2017 (48)
- ▼ 2016 (119)
  - ► December (1)
  - ► November (2)
  - ► October (1)
  - ► September (2)
  - ► August (3)
  - ► July (12)
  - ► June (16)
  - ► May (13)
  - ► April (14)
  - ► March (20)
  - ▼ February (9)
    - Michigan Senator Joe Hune Endorses Donald J. Trump...
    - Trump Holds Sizable Lead In Multiple Polls Except ...
    - Jeb Bush's Porn Problem
    - Democrats More Than Once Worked To Block Lame Duck...
    - Republican National Committee Illegally Using Trum...
    - Damning evidence that shows that the Flint water c...
    - Senior Staffer For Ted Cruz For Michigan Deletes C...
    - Could An Anti-sodomy Clause In The Logan's Law Ani...
    - Where Is The Money The Word Network Raised For Fli...
  - ► January (26)
- ► 2015 (291)
- ► 2014 (177)


Advertisement

amazon




Empowering People: My...

$21.42 Prime

Shop now

Popular Posts



IRISH: THE FORGOTTEN WHITE SLAVES

They came as slaves: human cargo transported on British ships bound for the Americas. They were shipped by the hundreds of thousands a...

The Chew's Michael Symon: Trump Not Welcome At My Restaurants

BLOOMER_000010