# EXHIBIT D

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION

| | |
|---|---|
| BISHOP GEORGE BLOOMER, Individually, and GG BLOOMER MINISTRIES, Foreign Non-Profit Corporation. | CASE NO. 2:22-cv-12433-NGE-DRG |
| Plaintiffs, | HON. NANCY G. EDMUNDS |
| vs | MAGISTRATE JUDGE DAVID R. GRAND |
| THE WORD NETWORK OPERATING COMPANY, INC., a Foreign Profit Corporation, CHURCH OF THE WORD d/b/a THE WORD NETWORK CHURCH, a Domestic Nonprofit Corporation, KEVIN ADELL, Individually, | |
| Defendants. _______________________________/ | |

PAGES 1 THROUGH 257

DEPOSITION OF GEORGE BLOOMER,

Taken by the Defendants before Debra M. Cummings, Court Reporter (CSR-6037) and Notary Public for the County of Livingston, acting in the County of Oakland, Michigan, on Friday, April 12, 2024 at 201 W. Big Beaver Road, Suite 500, Troy, Michigan at 9:35 a.m.

FORTZ Legal

Fortz Legal Support

www.FortzLegal.com

844.730.4066

FORTZ Legal

Page 210

MR. ASAY: Objection.
**THE WITNESS: I didn't lie.**
BY MR. BELOW:
Q. Okay. So what did you mean when you say I would say somewhere in the 150s? Where would that come from?
**A. You tell me.**
Q. I'm not going to tell you. You're the one who said it, and now you're telling me it's not a lie, and is it a fib then?
**A. He owes me 150 and more.**
Q. Okay. But it says somewhere in the 150s. Okay. So somewhere between 150 and 159, is that accurate?
**A. Or 150 and 3,000,000.**
Q. Okay. Yeah. All right. So you do remember telling him that, but you think that the accuracy has improved with time on that. When you left The Word, were you upset with Kevin?
**A. I would say yes.**
Q. Were you angry at him?
**A. I would have to figure out what you mean between upset and angry at him.**
Q. What does it mean to you?
**A. I was -- I just -- yeah. I was upset. I was angry at what he did and how he handled me and how he tried -- yeah. I'll just stop at that.**
Q. Do you remember making a YouTube video on September 22nd, 2019 where you talked about your departure from The Word

Page 211

Network and you explained that you were neither angry nor upset or mad at Kevin?
**A. In my office, yes.**
Q. Okay. So were you lying when you said that or are you lying now?
MR. ASAY: Objection.
BY MR. BELOW:
Q. Were you angry? I mean this is September 22nd, 2019. It's like right when it happened. Your memory --
**A. The scripture says let brotherly love continue. You're not going to get me on the TV, people are -- what you call it -- and I create a riot and have all the people going crazy. When I spoke in that office, to that thing, that's to protect the entire illusion of ministry. There's a lot going on. A lot of criminals, a lot of crooks, a lot of things is going on.**
Q. Okay.
**A. So you use that term lie, are you lying now, are you lying then --**
Q. Um-hum.
**A. No. I wasn't lying, but it was nobody's business to tell them I'm angry, I'm upset with Kevin.**
Q. I guess to the extent -- I'm trying to figure out, if you decide that something is not somebody's business, then you can say whatever you want.

Page 212

**A. I don't know what you're talking about now.**
Q. Well, I mean, you just said that --
**A. I don't understand if I'm --**
Q. You said that you're not angry or upset or mad at Kevin in a public broadcast of something, why wouldn't people be entitled to think that you were telling the truth? I don't know the church community.
**A. There was -- and that's what I'm trying to explain to you, and you're not trying to learn it. There was a boycott going on. There was noise. People were furious at Kevin, they were furious at the network, and I wasn't going to be the one to keep on throwing kerosene seen in the fire.**
Q. Do you think that anything really happened at the network because of that boycott? Do you think that there was any real negativity suffered at the network because of that? Really? I'm just curious.
**A. Boycott wasn't mine, so I don't know.**
Q. That boycott had like no strength.
**A. Is that what you think?**
Q. Yeah.
**A. Okay.**
Q. It petered off as far as we can tell.
**A. Huh?**
Q. It just went away.
**A. Okay.**

Page 213

Q. I don't think it was a big deal for you to protect the network is all I'm asking?
**A. Okay.**
Q. All right.
**A. I know better.**
Q. All right.
**A. For a fact.**
Q. All right. So --
**A. Now, that I know for a fact.**
Q. So that boycott was --
**A. These are people that's --**
Q. Tell me about the boycott.
**A. I can't tell you about the boycott. People that's on the network now, many of them are new. A lot of the old people are off the network and what have you. People are dropping off like flies. You sit there and talk all you want to. I know exactly what I'm talking about.**
Q. Okay. All right.
**A. And I know exactly the fires that I had to put out.**
Q. Why would you put out any fires for The Word?
**A. It's not for The Word. It's for the ministry.**
Q. For your ministry? You left The Word, there was a boycott, you allege that you put out fires vis-à-vis the boycott, right, to not make it worse, correct or no? And I'm asking you why you would do that after you separated from The Word?