UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BISHOP GEORGE BLOOMER, Individually,
and GG BLOOMER MINISTRIES,
Foreign Non-Profit Corporation,

Plaintiffs,

Case No. 2:22-cv-12433-NGE-DRG
Hon. Susan DeClercq
Magistrate Judge David R. Grand

v.

THE WORD NETWORK OPERATING COMPANY, INC., a Foreign Profit Corporation, CHURCH OF THE WORD d/b/a THE WORD NETWORK CHURCH, a Domestic Nonprofit Corporation, and KEVIN ADELL, Individually,

Defendants.

**MORGAN & MORGAN, P.A.**
Michael N. Hanna (P81462)
James McCoy (P81832)
2000 Town Center, Ste. 1900
Southfield, MI 48076
Telephone: (313) 251-1399
mhanna@forthepeople.com

**HKM EMPLOYMENT ATTORNEYS LLP**
J. Corey Asay
312 Walnut Street, Suite 1600
Cincinnati, OH 45202
casay@hkm.com
*Attorneys for Plaintiffs*

**BODMAN PLC**
John T. Below (P48677)
Amanda McSween Empey (P84594)
201 W. Big Beaver Road, Ste. 500
Troy, MI 48084
Telephone: (248) 743-6000
Facsimile: (248) 743-6002
jbelow@bodmanlaw.com
aempey@bodmanlaw.com

*Attorneys for Defendants*

**INDEX OF EXHIBITS**
**DEFENDANTS' MOTION IN LIMINE TO PRECLUDE INADMISSIBLE TESTIMONY EVIDENCE FROM FORMER EMPLOYEES**

| EXHIBIT | DESCRIPTION |
|---|---|
| A | 11.13.20 Declaration of Denise Johnson |
| B | 07.16.2023 Declaration of Denise Johnson |
| C | Declaration of Malea Howard |
| D | Declaration of Paul Crouch Jr |
| E | Declaration of Bishop Greg Davis |
| F | Declaration of David Hollis Sheffield |