# EXHIBIT A

# DECLARATION OF DENISE JOHNSON

I, Denise Johnson, declare under penalty of perjury and pursuant to 28 U.S.C. § 1746 as follows:

1. I am over the age of eighteen years and have personal knowledge of the facts set forth herein.

2. I am not represented by an attorney in connection to this matter, nor have I ever been represented by an attorney with regard to the matters discussed in this declaration.

3. I have been informed by Mari Yokhana, Esquire, not to divulge any attorney-client privileged communications with respect to the matter that I may have learned during my employment with Adell Broadcasting Corporation ("The Company") and I have not divulged any attorney-client privileged communications with respect to this matter. Candidly, I have never been privy to any attorney-client privileged information during or after my employment with the above entities, in any event.

4. I worked for The Company from October 2007 to approximately March 2020 as a Station Manager for Superstation 910AM Radio.

5. The Company is owned and operated by Kevin Adell.

6. The Word Network Operating Company, Inc. ("TWN") is also owned and operated by Kevin Adell.

7. Throughout my employment, I worked alongside Bishop George Bloomer ("Bishop Bloomer") when he worked for TWN.

8. I was not Bishop Bloomer's manager or supervisor.

9. TWN hired Bishop Bloomer for promotional value because Bishop Bloomer brought in a great amount of revenue and publicity for TWN.

10. Mr. Adell controlled Bishop Bloomer's duties while Bishop Bloomer worked for TWN. For example, Mr. Adell had control of the location, duration, and frequency of air time that Bishop Bloomer received on TWN. Mr. Adell had the authority to discipline and or terminate Bishop Bloomer. Bishop Bloomer required Mr. Adell's approval prior to guest interviews and advertising products on TWN, as did anyone that worked for Mr. Adell.

11. He treated all individuals that worked for him the same way, whether they were on the payroll or not, Mr. Adell had control over all who worked for him and their duties.

12. In fact, in exchange for Bishop Bloomer's work on TWN, Mr. Adell allowed Bishop Bloomer to air his own program on TWN without a fee. Bishop Bloomer was compensated with air time on TWN.

13. In September 2019, I informed Mr. Adell of a racist meme that I discovered was published on the internet that depicts him as a "pimp" or "master" of several African American members of the clergy, including Bishop Bloomer. The article labels Mr. Adell as "Black Gospel Network Pimp" *See* **Exhibit A**.

14. Soon after, it became common knowledge that Mr. Adell sent racially-insensitive text messages to Bishop Bloomer regarding the meme.

15. On September 4, 2019, I was in a conference room with Mr. Adell and Operations Director, Dave Sheffield, when Bishop Bloomer and Mr. Adell were on the phone with one another. During the phone call, Bishop Bloomer objected to Mr. Adell's harassment in sending the racially-insensitive meme, and advised him that this meme is "not funny." In response, Mr. Adell dismissed Bishop Bloomer's complaint and hung up the phone.

16. As an African American, I find Mr. Adell's remarks toward Bishop Bloomer to be racially insensitive and offensive.

17. Mr. Adell frequently made racially discriminatory remarks. For example, he often said: "I have the black man's crack, which is television".

18. Additionally, I personally witnessed Mr. Adell refer to an African American male employee as "pussy" and I objected to same.

19. I believe that Bishop Bloomer's race was indeed a factor in the degree of negativity and disrespect he received from Mr. Adell, which ultimately caused the deterioration of his work opportunity with TWN. Mr. Adell's increasing insensitivity, constant demeaning and dressing down of his employees, in particular Bishop Bloomer, were the driving forces responsible for the deterioration of the work environment and ultimately the demise of Bishop Bloomer's tenure with TWN.

20. I understand and aver the allegations contained within this Declaration are true and correct to the best of my knowledge and recollection.

I, Denise Johnson, declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and recollection:

Dated: 11/13/2020

DENISE Johnson
DENISE Johnson (Nov 13, 2020 11:47 EST)

Denise Johnson

# EXHIBIT A

# Black Gospel Network PIMP Kevin Adell

**Babylon Today** / March 12, 2019



Mr. Kevin Adell is the founder of the **Word Network** and was born in Birmingham, Michigan in 1966. After graduating from high school in 1985, Adell attended Arizona State University where he graduated in 1989.

Following his graduation from college, Kevin set out on a course to build a media empire for radio, television, and online media and content on the backs of the black community hosting false prophets, such as Joshua Holmes and pulpit pimps with questionable lifestyles such as Jamal Bryant, Brian Carn and Bishop Bloomer, just to name a few. He had the audacity to include in one of his online bio's that *"In 2000, I saw the need for the African-American community to be able to access content that would help support their spirituality. After having success at 910, I was able to model that process to create The* ***Word Network.****"* This is a bunch of bull! Instead, in the year 2000 Adell saw an opportunity to capitalize on the ignorance and vulnerability of the black community, and he seized it! He used his resources to

acquire a platform that blacks couldn't afford, wouldn't afford, didn't know how to obtain on their own, or simply didn't want and he rents his platform out to ignorant black people! He's not helping the black community- HE'S PIMPING THEM, AND GETTING PAID! According to en.wikipedia.org, The Word Network, also known as The Word, is a religious broadcasting network and is the largest African-American religious network in the world. He allows people to be hosted on his network who are blatant embarrassments to the black community much less the black religious community and it was a well thought out BUSINESS OPPORTUNITY to keep "seed" pouring into his pockets from black folk. Anyone who claims to care about Gods people of ANY RACE will have a high standard of holiness, PERIOD! Anyone who has watched some of the people hosted on the **Word Network** knows that there is absolutely no standard of holiness on the **Word Network-** they can't say two words without asking for MONEY. God is light, and in Him there is no darkness-none at all! 1John 1:5

Instead of content being presented on his network of any real significant spiritual value, his only interest is in ratings and money which is one reason why the black community continues to be brainwashed, stagnant and with no spiritual power, it's being blinded by the performances of unholy gospel artists, lying preachers, false prophets and others who present themselves as people of God on his network while living lives of unholiness and immodesty. Adell and others like him are nothing less than glorified "massas" who's only interest in black people and their religious beliefs is how much money they can generate for him by using his platform to pimp out black talent! You people need to open your eyes! There's no singing and dancing your way to heaven- IT'S HOLINESS OR NOTHING!



Ecclesiastes 1:9 The thing that hath been, it is that which shall be; and that which is done is that which shall be done: and there is no new thing under the sun.

**The Word Network** is available in 95 million homes in the U.S. and to more than 3 billion households in 200 countries via 12 satellites which means **A WHOLE LOT OF PEOPLE BEING ENTERTAINED BY UNGODLY BLACK [and whlte]PERFORMERS** while Kevin Adell who is rumored to not even believe in God gets paid.

# Denise Johnson Declaration

Final Audit Report 2020-11-13

| | |
|---|---|
| Created: | 2020-11-12 |
| By: | Morgan & Morgan PA (vstewart@forthepeople.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAS36s_GqxhJe9WHEdnqcBHAmuTZFiTbiy |

## "Denise Johnson Declaration" History

Document created by Morgan & Morgan PA (vstewart@forthepeople.com)
2020-11-12 - 11:06:30 PM GMT- IP address: 104.129.206.178

Document emailed to DENISE Johnson (diversitygroupllc@gmail.com) for signature
2020-11-12 - 11:07:43 PM GMT

Email viewed by DENISE Johnson (diversitygroupllc@gmail.com)
2020-11-13 - 4:39:24 PM GMT- IP address: 64.233.172.49

Document e-signed by DENISE Johnson (diversitygroupllc@gmail.com)
Signature Date: 2020-11-13 - 4:41:30 PM GMT - Time Source: server- IP address: 173.14.63.46

Agreement completed.
2020-11-13 - 4:41:30 PM GMT