UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GEORGE BLOOMER, and GG BLOOMER MINISTRIES,

Plaintiffs,

v.

THE WORD NETWORK OPERATING COMPANY, INC., et al.,

Defendants.

_______________________________________/

Case No. 2:22-cv-12433

Honorable Susan K. DeClercq
United States District Judge

**JOINT FINAL PRETRIAL ORDER**

**Joint Concise Statement of the Case**

The Parties could not agree on language for a joint concise statement of the case.

**Concise Statement of Plaintiffs' Claims**

Bishop George Bloomer is an African American televangelist, pastor, and author. Bishop Bloomer several television programs for The Word Network, the largest African American religious broadcasting network in the world. In September 2019, Kevin Adell, the network's owner and chief executive, sent Bishop Bloomer racist images and a series of related messages, to which Bloomer repeatedly objected and asked him to stop sending. Bishop Bloomer claims that Adell continued the conduct, doubled-down by making further race-based remarks, and retaliated against Bishop Bloomer for objecting, and ultimately constructively discharged his working

relationship after telling him he would put him in his Rolls-Royce and drive his "black ass over" to The Word Network's competitor, Impact.

Plaintiffs claim this conduct constitutes race discrimination, harassment, and retaliation in violation of 42 U.S.C. § 1981. Plaintiffs also content that they are entitled to equitable relief to prevent Defendants from being unjustly enriched for promoting and selling Defendants' bibles, books, and anointed oil during Bishop Bloomer's programs.

Plaintiffs seek compensatory and punitive damages under § 1981 for the race discrimination, harassment, and retaliation, and also for equitable relief to prevent Defendants from being unjustly enriched for promoting and selling Defendants' bibles, books, and anointed oil during Bishop Bloomer's programs.

**Concise Statement of Defendants' Claims**

Defendant Kevin Adell is a long-time business owner and founder of Defendants The Word Network Operating Company, Inc. ("TWN") and Church of the Word d/b/a The Word Network Church ("WNC"). Plaintiff Bishop George Bloomer ("Bloomer") was friends with Adell and hosted Rejoice in the Word, a religious show produced by WNC, which was aired on TWN. After almost nine years of a successful partnership, Adell and Bloomer's relationship deteriorated in the fall of 2019. Rejoice in the Word was struggling – less viewers were calling in and donations dwindled. Both parties felt the other one was at fault: Bloomer blamed

WNC for late shipment of Bloomer's books, and Adell blamed Bloomer's rambling on-air performance and his selection of guests on the show.

Against this backdrop, on September 4, 2019, an unflattering article about TWN, Adell, and Bloomer was published online. Within the article was a digitally altered image, now known as the meme, which Plaintiffs discussed in their statement. Defendants neither published the article nor created the meme. Adell did not take the meme seriously and joked about it with Bloomer. Two weeks later, Bloomer sent Adell a lengthy text stating that he was quitting Rejoice in the Word because Adell had forgotten his loyalty and because of the late shipment of Bloomer's books. Defendants vehemently deny Plaintiff's claims that Adell's conduct constitutes race discrimination, harassment, or retaliation under 42 U.S.C. § 1981. Defendants also deny Plaintiff's claim that he is owed any money for the promotion of WNC sourced and produced products during Rejoice in the Word.

**Stipulated Facts**

1. This Court has subject matter jurisdiction over Plaintiff's federal claims.

2. This Court has supplemental jurisdiction over Plaintiff's state-law claims.

3. Venue is proper in the Eastern District of Michigan.

4. Plaintiff, Bishop Bloomer is an African-American televangelist, pastor, and author.

5. Bishop Bloomer is the sole owner of GGB, a corporation through which Bloomer coordinates his commercial speaking engagements and sells his books.

6. Defendant TWN is a Delaware corporation with its principal place of business in Michigan.

7. Defendant WNC is a Michigan nonprofit corporation with its principal place of business in Michigan.

8. Defendant TWN owns WNC.

9. Defendant Kevin Adell is the founder, sole owner, and Chief Executive Officer of TWN, and also the president and CEO of WNC.

10. TWN is the largest African American religious broadcasting network in the world.

11. WNC is a non-profit ecclesiastical organization which, before the Covid-19 pandemic, produced religious programming for TWN.

12. Bishop Bloomer hosted the shows *Rejoice in the Word* and *Spiritual Authority*.

13. In 2019, WNC operated a call center where viewers could call in donations or purchase religious items marketed during certain programs hosted by multiple different preachers.

14. Bloomer promoted WNC products and GGB products during his shows, which includes bibles, spiritual books, and anointed oil and beads.

15. Bloomer was paid $10 for each GGB book sold through the WNC call center.

**Issues of Fact for Trial**

**<u>Plaintiffs States</u>:**

1. Whether Defendants TWN and WNC are an integrated enterprise.

2. Whether Defendants discriminated against Plaintiffs based on race in violation of 42 U.S.C. § 1981.

3. Whether Defendants harassed and/or caused a hostile work environment based on race against Plaintiff Bishop Bloomer in violation of 42 U.S.C. § 1981.

4. Whether Defendants retaliated against Plaintiffs in violation of 42 U.S.C. § 1981.

5. Whether Plaintiff was constructively discharged from his working relationship with Defendants.

6. Whether Defendants acted with malice or with reckless indifference to Plaintiffs' federally protected rights so as to support an award of punitive damages.

7. Whether Plaintiff(s) are entitled to equitable relief to prevent Defendants from being unjustly enriched (e.g., quantum meruit), and the amount of damages owed. Adell insisted on handshake agreements and did not have written agreements with any of the on-air preachers, including Bloomer.

**Defendants State:**

1. There is no document (or group of documents) which, on their own, that constitutes the "contract" referenced in Plaintiffs' Amended Complaint. Exhibit 5, Plaintiffs' Responses to Defendants' Second Requests for Admission and Third Requests for Production of Documents to Plaintiffs, RFA Nos. 1-8.

2. Adell maintains he is a long-time friend of the Black church community with personal relationships with the (late) Reverend Jesse Jackson, Reverend Sharpton, Bishop Charles

H. Ellis III, Reverend Nicholas Hood III, and Reverend Horace Sheffield III.

3. Defendants maintain Adell never treated Bloomer any differently than other similarly situated non-black individuals.

4. TWN sells air time slots to ministers and other non-profit entities, but it does not produce its own programming.

5. WNC is registered with the State of Michigan as a domestic nonprofit organization, engages in its own activities, maintains its own finances and bank accounts, and annually files the necessary licensing documentation.

6. In 2011, Bloomer became acquainted with Adell, who offered Bloomer the opportunity to host WNC's production, "Rejoice in the Word."

7. Bloomer was never paid for hosting Rejoice in the Word.

8. WNC could pull Rejoice in the Word off the air at any time, and Bloomer could refuse to host Rejoice in the Word at any time without any recourse by WNC.

9. During airings of Rejoice in the Word, Bloomer promoted his own GGB-produced products ("GGB Products"), and as the show evolved, he also promoted WNC-owned products, including WNC bibles ("WNC Products").

10. Regarding the GGB Products, "the agreement was [WNC] gives [GGB] $10 for [each] book."

11. WNC operates a call center where viewers can call in donations or purchase religious items marketed during certain programs.

12. Once GGB received an order from WNC, GGB would issue an invoice to WNC, buy the books from its printer for $1.50-$3.00, and then GGB would ship them to WNC.

13. GGB would wait to ship the GGB Products until WNC paid its invoices.

14. WNC would then deliver the books, etc., to donors.

15. Neither WNC nor GGB bought or delivered GGB Products without an advance sale or pledge commitment from donors.

16. Bloomer made efforts to collect payment from WNC for the GGB Products by issuing invoices, texting Adell to pay him the outstanding amounts, and withholding shipments until WNC paid for them.

17. The only way Bloomer tried to collect payment on the WNC Products was by verbally "talk[ing] to [Adell] from time to time."

18. In September 2019, a Radio 910 employee (Radio 910 being in the same building as WNC and TWN), Denise Johnson, showed Adell and Bloomer a digitally created image of Adell, Bloomer, and other preachers (the "meme").

19. Neither Adell, TWN nor WNC had any involvement in authoring the

article in which the meme was published or creating the meme.

20. The meme was featured in an article titled, "Black Gospel Network Pimp Kevin Adell" published in Babylon Today on March 12, 2019.

21. Adell never read the article.

22. Adell never told Bloomer that Adell was his "massa".

23. Adell never told Bloomer that he was a "hoe".

24. During a text exchange on September 4, 2019, Adell jested with Bloomer about the similarity between Bloomer's meme wardrobe and that of Tattoo – the short, white-appearing, and famously French character from the popular television series, *Fantasy Island*, who wore a white tuxedo with a black bowtie.

25. Pop-culture references from *Fantasy Island* are generally well-known among Baby Boomers and Generation X – such as Adell and Bloomer – due to the popularity of the television series in the late 1970s and 1980s.

26. At 4:12 p.m. on September 4, 2019, Adell sent Bloomer the meme with the caption, "You look like a midget", and then sent the following subsequent texts: "A tattoo from fantasy island", "I didn't know they made Tuxedos that small", "Lol".

27. At 4:29 p.m. on September 4, 2019, Bloomer responded, "That's not funny at all".

28. At 4:35 p.m. on September 4, 2019, Adell responded, "Lol".

29. At 5:03 p.m. on September 4, 2019, Bloomer responded, "That's not funny that has a racist connotation to it that pimp thing get rid of that as quickly as

you possibly can it's not funny it's equivalent to a black face being put on a white man I'm telling you it's not funny".

30. Later that night, at 9:21 p.m. on September 4, 2019, Adell texted Bloomer inquiring as to what Benny Hinn (another TV preacher) said about a YouTube video that was going viral; in doing so, Adell revived the Tattoo joke, saying, "Tattoo what did Benny say", attaching an image from Fantasy Island of Mr. Rourke and Tattoo in white tuxedos, and sending links to YouTube videos of Benny Hinn.

31. At 9:26 p.m. on September 4, 2019, Bloomer responded, "Still waiting for his [Benny Hinn's] response but this is going viral today about him".

32. At 9:30 p.m. on September 4, 2019, Bloomer texted "I'm in church".

33. At 9:30 p.m. on September 4, 2019, Adell texted, "That's not good" with an image of Adam Sandler, the comedian, making a disapproving face.

34. The next day, on September 5, 2019 at 2:03 p.m., Adell texted Bloomer a screenshot of an iPhone screen displaying a photograph of Adell in a white tuxedo with a former TWN employee, Paul Crouch Jr. in a black tuxedo, and Crouch's face was scribbled over with a black digital pen.

35. On September 5, 2019 at 2:32 p.m., Adell texted Bloomer a photograph of Bloomer smiling and pointing to a blank wall display, captioned "Not anymore"

36. On September 6, 2019 at 3:27 p.m., Bloomer texted Adell, "Did we

start running the ad and if we did is it doing anything yet you know you have the power to carpet bomb it like you did with Comcast if you do that we can't lose" to which Adell immediately responded, "Yes".

37. At 3:28 p.m. on September 6, 2019, Adell texted Bloomer, "Hurricane $600so far" to which Bloomer immediately responded, "Just like that it's the power of TV I'll see you Friday".

38. At 3:29 p.m. on September 6, 2019, Adell texted Bloomer, "Made $6000 so far in prayer shawls"; "Thanks".

39. At 3:50 p.m. on September 6, 2019, Bloomer texted Adell a picture of a flyer for the "Glory Conference" with the caption "I need to say something about this on Friday".

40. On September 8, 2019 at 11:39 a.m., Adell texted Bloomer "Call me".

41. On September 11, 2019 at 8:07 a.m., Adell texted Bloomer a link to a drop box file and a link to the WNC call center, with the caption "Start selling".

42. At 12:03 p.m. on September 11, 2019, Bloomer texted Adell "Saw you called I'm sitting on the platform getting ready to speak can't talk now I'll have to call you after the seminar".

43. At 12:04 p.m. on September 11, 2019, Adell replied, "Ok" accompanied by a screenshot of a close-up of Bloomer [alone] as depicted in the meme with the follow-up text, "Got it Tatoo".

44. At 12:05 p.m. on September 11, 2019, Bloomer responded, "Not funny!!!!!"

45. At 8:46 p.m. on September 11, 2019, Adell sent Bloomer a cloudfront link, with the caption, "Prayer Shawls !!!! Tonight is going to be good".

46. On September 12, 2026 at 11:46 a.m., Adell texted Bloomer "Hi !!! We did great on the pretzels last night 20 K" accompanied by the same close-up image of Bloomer [alone] from the meme.

47. At 11:52 a.m. on September 12, 2026, Adell corrected his typo and sent "prayer shawls".

48. At 12:29 p.m. on September 12, 2026, Bloomer texted Adell, "I told you I don't like that tattoo business I told you that it was highly offensive I told you would see that as being races I told you I do not play games with my name or my character and what you think is funny is not I'm going to ask you for the last time stop playing with me like that I do not like it!!!!!!!! Great on the prayer shawls see she's earned her picture on the Hall of Fame is at The Word Network".

49. At 12:30 p.m. on September 12, 2026, Adell responded, "Ok !!!!"; "Got it"; "So sensitive"; "WTF".

50. On September 14, 2019 at 10:34 p.m., Bloomer texted Adell to photographs of crates full of bottled water with the caption, "Two crates of full working on the Third one now for the Bahamas BS".

51. Immediately thereafter, Bloomer texted Adell, "We need to do more

consistent shows on Friday night in order to gain our audience back if we can do two shows every month the first and the last of the first and the third I believe we can win the back had been on in a while think that's the reason why I was low just my Opinion I'll talk to you tomorrow getting ready to speak thanks.".

52. On September 15, 2019 at 7:34 p.m., Bloomer texted Adell a link to the podcast, Strang Report".

53. At 7:35 p.m. on September 15, 2019, Bloomer texted Adell, "I need to charge it at my neighbors please".

54. At 7:46 p.m. on September 15, 2019, Bloomer texted Adell a link to YouTube video entitled, "The Gospel of Fallen Angels (A Plea to Pastor Benny Hinn)" and a screenshot of him speaking in the video on the Benny Hinn scandal.

55. At 7:46 p.m. on September 15, 2019, Bloomer texted Adell, "I was a little bit disturbed by our conversation this afternoon with regarding the show on Friday nigh and yes it was a low revenue night we have some serious problems and no one is telling you about them and is like no one wants to hear the show on Friday night no one knew it was coming on it was going to be live we had four operators on in the call center we had no run sheet we couldn't book a single no promos announcing that a new season was going to start I spoke to Prophetess Williams and she told me that Wednesday night was a hard night for her also but she did almost $8000 I did a little more than $6000 I'm not saying that this is our new normal but

there's a lot going on that they're not telling you but I'm going to tell you (1) it's hard to guess because book gospel artist telling people that when they come to the network we treat them poorly (2) preachers telling folks over the pulpit that the network is like a plantation (3) there are people waiting for their Bibles six months after we taken that money Bible experience and product from my show and still six months after we taken that money Bible experience and product from my show and still have not received it. (4) I myself sent out 1700 late packages on my own dime to people that hadn't received the product in eight months after paying for it Benny Hinn put out a statement that seat so when is ungodly in church all over the country has been declining their offer in the past two Sundays as the debate goes on about seed time and harvest online I know little to nothing about television and programming but I know a whole lot about ministry the church the black church particular I've been preaching for 38 years 38 years and I know that if the pastor shows up to the church once every other month when he gets there no one is going to be there consistency is going to be our key tosuccess not only lost our audience we lost the trust of a lot of people and we can get it back and it's not about doing a new hoopla dance is about praying and being faithful to God being on his heaven integrity and God will bless us not telling you how to run the network I don't know how to do that but I know how to please God and I know what moves him and his people all the other networks are doing projects during the summer missions out

reach back to school programs for kids hurricane relief etc. that's all I'm going to see everyone there knows what time it is they just not telling you I'm here I'm loyal in 100% unto you release me but I've never been the type of person to lie and not tell you to truth might not offer my opinion but if you ask me and I know what I'm telling you what time it is and that's what we are".

56. Adell responded at 7:53 p.m. on September 15, 2019, "It seems like you're very unhappy there"; "At the Word network"; "I tried calling you and your facts are all correct"; "Not all correct"; "And stop saying it's a plantation you're making me mad"; "If if you're trying to make me mad you're doing a very good job"; "If you don't wanna be on the Word tell me"; "That's a conversation you say about me over the phone not on the text"; "And then you're not even available to discuss it"; "And I told you that I give you two shows a month"; "But I guess you're not happy with that"; "Why are u bugging me on Sunday"; "What's wrong with u"; "U receive a lot of time on the Network"; "I don't think u are appreciative"; "Will look tomorrow on how much time u are on Network"; "I'm very disturbed by you tonight".

57. On September 16, 2019 at 3:44 p.m., Bloomer texted Adell, "Good afternoon sir after our conversation last and prayerful consideration I've decided to take some time off of television at The Word Network to take a break from television at the Network and my reason for that is I'm not OK with how you have forgotten

my loyalty my commitment and my contribution that I had made to the station in the network secondly I do not like or appreciate how that you tried to put me in the other house in competition with one another this is not a game this is a ministry and it's on acceptable also have a problem with my integrity being questioned by ministry partners for not receiving their products on time we take peoples money and don't give them the product in a timely fashion in the most painful thing is the way that I hear people talking about you and your station behind your back in the church circles that I took the bullet for and then you hear you called me out of my name you told me last night and I quote that Jeff and Dave has lost confidence in me that Taketa Williams raise $25,000 in Precious that my show is not effective and it's old and stale you never stated thousands and hundreds of thousands of dollars that I brought in for you through those Bibles warfare Bible woman's Bible deliverance Bible thousands of books and DVDs the money that you still owe me from the warfare Bibles that you promised to give me four dollars off of every Bible the woman's Bible never complained about those things and I'm not complaining now neither am I asking you for the money The Bible experience oils etc I'm not in competition I don't do competition I do ministry so I need to step back take a break so that I can regroup from this matter thank you for all that you've done for me and the church community particularly the African-American church community I appreciate it God has used you tremendously".

58. Adell responded at 3:48 p.m. on September 16, 2019, "No problem try to reach out to you and talk to you but that's fine"; "If that's what you want all your time will be taken away";"Call me like a man".

59. Bloomer responded at 4:29 p.m. on September 16, 2019, "I'm not disrespecting you Or ignoring your call I just have nothing else to say I apologize for the call and long text on Sunday night Thanks for everything and I do mean everything that you've done for me".

60. On September 18, 2019 at 8:02 p.m., Bloomer texted Adell, "Good morning sir the relief drive is going great they are three bins at Wallmark ready for shipping I will have my coordinator contact Dave by email today as I am still on this consecration again thank you very much thanks for everything you do for the body of Christ".

61. At 8:47 p.m., Adell responded, "Please no longer communicate with me I am now blocking your phone".

62. Bloomer did not mention any alleged discrimination, harassment, or retaliation in the text detailing the reasons why he quit to Adell.

63. Bloomer testified in deposition that he quit WNC because the late payments and shipment delays were "the straw that broke the camel's back. It's all the stuff piled up on top of each other"; "The big part of my quitting was this whole everything."

64. Bloomer quit "about a bunch of things."

65. Bloomer was never an employee of WNC or TWN.

66. Bloomer was not demoted.

67. Bloomer did not receive a reduction in payments.

68. Bloomer did not suffer a reduction in job responsibilities.

69. Bloomer was not reassigned to work under a different supervisor.

70. Bloomer was not offered early retirement or continued employment on terms less favorable than the employee's former status. On September 22, 2019, Bloomer posted a YouTube video, titled "Bishop George Bloomer speaks on his departure from The Word Network", in which he stated, "I have served for a number of years and I have decided to step down as host of Rejoice In The Word on The Work Network and I want you to be clear it was my decision no one pushed me out[.]"

71. On November 3, 2019, Bloomer posted another YouTube video, titled "Bishop Bloomer talks about the things on his heart after a wonderful Sunday Morning Worship Service at Bethel Family Workship Center", in which Bloomer stated, "I probably should have walked away from that place about three year ago – um, not because of any conflict with the owner, just out of the practices of people sowing the seed for a Bible and never giving their bible, things of that nature[.]"

72. To the extent a jury finds liability on Plaintiffs' § 1981 claims, Plaintiffs'

economic damages for hosting Rejoice in the Word are limited to $12,000 ($2,000 for monthly value of Spiritual Authority x 6 months).

73. Bloomer has not sought nor utilized any psychiatric or psychologic counseling as a result of his separation from WNC or TWN in September 2019.

74. At beginning of the COVID-19 pandemic in March 2020, WNC stopped producing television shows and did not ever continue the practice.

75. Bloomer does not know the amount either WNC or TWN owes or would owe regarding any promotion of the WNC Products; in his words, he "couldn't keep track of what was owed to [him.]".

76. WNC has paid GGB for all outstanding invoices on GGB products.

77. Adell never promised to pay Bloomer for the promotion of any WNC products on the Rejoice in the Word show. Bloomer had no expectation of receiving compensation for promoting WNC products on Rejoice in the Word.

78. Adell is a long-time friend of the Black church community with personal relationships with the (late) Reverend Jesse Jackson, Reverend Sharpton, Bishop Charles H. Ellis III, Reverend Nicholas Hood III, and Reverend Horace Sheffield III.

79. A majority of TWN's employees are/have been Black.

80. WNC does not have/has not had any employees.

81. Adell did not intentionally interfere with any of Bloomer's contractual rights based on Bloomer's race – to the extent that Bloomer possessed any contractual rights at all.

82. Adell never treated Bloomer any differently than other similarly situated non-black individuals.

83. Bloomer did not receive contractual services in a markedly hostile manner or in a manner which a reasonable person would find objectively discriminatory.

84. Bloomer was never subjected to unwelcome harassment.

85. Bloomer was never subjected to harassment based on his race.

86. Bloomer was never subjected to harassment that was sufficiently severe or pervasive to alter the conditions of the parties relationship or create an abusive working environment.

87. Neither Adell, WNC, nor TWN were aware or should have been aware of any harassment suffered by Bloomer.

88. Neither Adell, WNC, nor TWN took any action materially adverse to Bloomer because Bloomer voluntarily quit hosting Rejoice in the Word at WNC.

89. Neither Adell, WNC, nor TWN deliberately created intolerable working conditions for Bloomer, as judged under a reasonable person.

90. Bloomer was not subjected to badgering, harassment, or humiliation by any Defendant calculated to encourage his resignation.

91. Adell never told Bloomer that he would put him in his Rolls Royce and drive his black ass over to Impact.

92. Adell never implied that Black people should not sit in his white conference room chairs.

93. Adell never asked Bloomer why he did not eat leftover watermelon.

94. When Adell referred to Bloomer as "Tattoo", he did so because he thought, in jest, Bloomer looked like the character Tattoo from Fantasy Island; there was no racial implication, and Tattoo is white.

95. Adell never believed or thought that "Tattoo is a term for monkey" like Bloomer asserted in his deposition.

96. When Adell sent the screenshot of the photograph of himself and Paul Crouch with Crouch's face scribbled over to Bloomer, Adell "was trying to portray:

this is what you should look like in a tuxedo, because he was wearing a white tuxedo. I'm a big guy, strong, water tower picture, and so I was showing Bloomer, this is what you're supposed to look like in a tuxedo, that's all I meant. I was just joking with him because I had a relationship with him that we were friends… And this isn't blackface. I crossed out Paul Crouch's face because Paul doesn't work for me anymore; was caught stealing, stealing, skimming numbers, do you know what I'm saying, so I didn't want to show Paul Crouch there, but it wasn't anything to Bloomer, it wasn't blackface. You're taking it out of context."

97. Bloomer quit hosting Rejoice in the Word for the reasons he said in his text message to Adell on September 16, 2019 – namely, because Adell had forgotten Bloomer's loyalty and because WNC was late in delivering products to viewers.

**Joint Issues of Law**

1. Whether WNC and TWN are an integrated enterprise.

2. Whether Plaintiffs prove by a preponderance of the evidence the elements to their quantum meruit claim.

3. Whether Plaintiffs prove by a preponderance of the evidence the elements of their 42 USC § 1981 claims.

4. Whether Defendants are liable for damages to Plaintiffs.

**Evidentiary Issues for**

**Trial The Parties Stipulate to the following:**

1. Plaintiffs stipulated to limiting their request for economic damages under Section 1981 to that which would have accrued on or before April 27, 2020. Plaintiffs will not seek damages for money owed for the sale of GG Bloomer Ministry books or Bloomer's hosting of Rejoice in the Word. The parties agree that this stipulation does not affect Plaintiffs' other claims, including claims for unjust enrichment or their claims under 42 U.S.C. § 1981.

2. The Parties agree they will not present evidence at trial concerning Defendant's allegations pertaining to Bloomer's alleged sexual assault against Jimmy Battles and Michael Tripp.

**Plaintiffs State:**

The evidentiary issues Plaintiffs have identified are raised in their motions in limine, contemporaneously submitted to the Court with the Joint Final Pretrial Order.

**Defendants State:**

1. Defendants object to Plaintiffs presenting the following newspaper articles because they are hearsay under FRE 801(c), not relevant under FRE 401 and 402, unduly prejudicial under FRE 403, and impermissible character evidence under FRE 404(a):

a) The telethon TWN held to raise funds for the Flint water crisis and subsequent articles criticizing TWN for not publicizing the amount of money owed. *Articles re: Flint Water Crisis and Telethon* [Bloomer_000001-10].

b) TWN's supposed "protest politics tactics" for getting on the air. *A Network's Tactic For Getting on Air: Protest Politics* [Bloomer_000012-000023].

2. A boycott of TWN initiated by black clergy in response to Bloomer's decision to stop hosting Rejoice in the Word. *Articles re: boycott* [Bloomer_000024-000025; 000027; 000028-000029; 000031-000036; 000037; 000038; 000039]. Defendants object to Plaintiffs presenting testimonial evidence from Bloomer – or any other witness – regarding any potentially insensitive comments Adell may have made based on any characteristic other than race because it is impermissible character evidence under FRE 404(a).

3. Defendants object to Plaintiffs presenting testimonial evidence from Denise Johnson regarding Bloomer's alleged contractual arrangement arrangements with Defendants under FRE 602 and FRE 403 because she lacks personal knowledge on the details of their arrangement and her speculative testimony will only confuse the jury.

4. Defendants object to Plaintiffs presenting testimonial evidence from

Denise Johnson regarding Kevin Adell's alleged history of failing to pay his bills because it is improper character evidence under FRE 404(a), because she lacks personal knowledge under FRE 602, and because it is overly prejudicial under FRE 403.

5. Defendants object to Plaintiffs presenting testimonial evidence from Denise Johnson regarding the text messages between Bloomer and Adell because she does not have any personal knowledge under FRE 602, her personal assessment of those text messages are not relevant to the claims in this case under FRE 402, and it is overly prejudicial to Defendants under FRE 403.

6. Defendants object to Plaintiffs presenting testimonial evidence from Denise Johnson regarding Adell's allegedly discriminatory tendencies because it is improper character evidence under FRE 404(a).

7. Defendants object to Plaintiffs presenting testimonial evidence from Malea Howard regarding the texts between Bloomer and Adell for lack of personal knowledge under FRE 602, her assessment of those claims is not relevant to the claims in this case under FRE 402, and to the extent that her opinion on those texts is relevant, the probative value is far outweighed by the unfair prejudice to Defendants under FRE 403.

8. Defendants object to Plaintiffs presenting testimonial evidence from Malea Howard that she was "advised from coworkers that Mr. Adell regularly makes

racially discriminatory remarks" as hearsay under FRE 801, because it is impermissible character evidence under FRE 404(a), and because it is not relevant under FRE 402, and overly prejudicial under FRE 403.

9. Defendants object to Plaintiffs presenting testimonial evidence from Paul Crouch Jr. regarding Adell's alleged history of failing to pay his bills because it is improper character evidence under FRE 404(a) and because Crouch has no personal knowledge of Adell's alleged failure to pay Bloomer under FRE 602.

10. Defendants object to Plaintiffs presenting testimonial evidence from Paul Crouch Jr. regarding Bloomer's alleged contractual agreement with Defendants because he lacks personal knowledge under FRE 602 and his speculative testimony on the same would be overly confusing to the jury under FRE 403.

11. Defendants object to Plaintiffs presenting testimonial evidence from Bishop Greg Davis regarding Adell's alleged history of failing to pay his bills because it is impermissible character evidence under FRE 404(a).

12. Defendants object to Plaintiffs presenting testimonial evidence from David Hollis Sheffield regarding Bloomer's alleged contractual agreement with Defendants for lack of personal knowledge under FRE 602.

**Applicable law**

1. 42 U.S.C. § 1981

2. 28 U.S.C. § 1331 (federal-question jurisdiction), 28 U.S.C. § 1337

(commerce), and 28 U.S.C. § 1367 (supplemental jurisdiction over Plaintiff's state-law claims).

3. Common law on integrated enterprises. *See Swallows v. Barnes & Noble Book Stores, Inc.*, 128 F.3d 990, 993–94 (6th Cir. 1997)

4. Michigan common law of quantum meruit and unjust enrichment / contract implied in law

**Witness list**

The Parties to this matter will not call any expert witnesses in the trial of this matter. Plaintiffs will call the following lay witnesses:

| Name | Affiliation | Expected Testimony | Est. Time for Direct |
|---|---|---|---|
| George Bloomer | Party (Plaintiff) | Plaintiff's background as a minister, author, and broadcaster; the claims as alleged in the Complaint; damages sustained. | 3 – 5 hours |
| Kevin Adell | Party (Defendant) | Called adversely. The facts alleged in the Complaint and related testimony. | 2.0–3.0 hours |
| Ralph Lameti | TWN and WNC Representative | Called adversely. Testimony as corporate representative of Defendants' concerning Defendants | 1.0–1.5 hours |

| | | | |
|---|---|---|---|
| | | businesses. | |
| Bishop Greg Davis | Former on-air preacher, TWN/WNC | Testimony related to Plaintiff's quantum meruit claim. | 0.75 hour |
| Malea Howard | Former employee, TWN | Testimony related to Plaintiffs' race discrimination claim. | 0.5 hour |
| Jeffery Thurman | Former Data Manager / Call Center Director, TWN | Testimony related to Plaintiff's quantum meruit claim and damages. | 1.0 hours |

Plaintiffs may call the following lay witnesses:

| **Name** | **Affiliation** | **Expected Testimony** | **Est. Time for Direct** |
|---|---|---|---|
| Paul Crouch Jr. | Former Production Director, TWN | Testimony related to Plaintiff's quantum meruit claim and damages. | 0.75 hour |
| Denise Johnson | Former Station Manager, TWN | Testimony related to Plaintiffs' race discrimination claim. | 1.0 hour |
| David Hollis Sheffield | Former Operations Manager, TWN | Testimony related to Plaintiff's quantum meruit claim and damages. | 1.0 hour |

| | | | |
|---|---|---|---|
| Any Rebuttal Witnesses | | Any witness whose testimony is necessary to rebut evidence or testimony offered by Defendants. | As needed |

Defendants will call the following lay witnesses:

| **Name** | **Affiliation** | **Expected Testimony** | **Est. Time for Direct** |
|---|---|---|---|
| George Bloomer | Party (Plaintiff) | Testimony related to Plaintiffs' claims and Defendants' defenses | 3-5 hours |
| Kevin Adell | Party (Defendant) | Adell's background; information about TWN and WNC; Testimony related to Plaintiffs' claims and Defendants' defenses. | 3-5 hours |
| Ralph Lameti | TWN and WNC Representative | Information about TWN and WNC, Testimony related to Plaintiffs' claims and Defendants' defenses | 2 hours |

Defendants may call the following lay witnesses:

| **Name** | **Affiliation** | **Expected Testimony** | **Est. Time for Direct** |
|---|---|---|---|
| Bishop Charles Ellis III | Mutual friend of Bloomer and Adell who is also an African American preacher | Testimony regarding Plaintiff's race discrimination claims | 1 hour |
| Scott Pilat | Director of eDiscovery at N1 Discovery | Testimony regarding the search of Kevin Adell's phone for responsive text messages to Plaintiff's requests for production of documents and the collection of the same | 0.75 hour |
| Allowable rebuttal witnesses | | Any witness whose testimony is necessary to rebut evidence or testimony offered by Defendants | As needed |
| Witnesses listed on Plaintiff's Trial Witness List | | Any witness whose testimony is necessary to rebut evidence or testimony offered by Defendants | |

# JOINT EXHIBIT LIST

| Plaintiffs' Exhibits | | |
|---|---|---|
| **Exhibit** | **Description** | **Admission Status** |
| 1 | "Black Gospel Network PIMP Kevin Adell" Article and "Pimp" Meme (Babylon Today) (ECF No. 85-12; Bloomer 00112–00114) | Stipulated |
| 2 | Bloomer-Adell Text Messages (ECF No. 85-15; Bloomer 00285–00308) | Stipulated |
| 3 | NABJ Detroit Chapter Letter (WNC_05059) | Excluded |
| 4 | Boycott Petition (re The Work Network) (ECF No. 85-17) | Excluded |
| 5 | Kevin Adell/Word Network Press Statement on Racial-Insensitivity Allegations (ECF No. 85-19; Bloomer 0026) | Stipulated |
| 6 | GG Bloomer Ministries Invoices (ECF No. 83-8; 00201–00206) | Stipulated |
| 7 | Check Request (The Word Network Form) (ECF No. 85-7; WNC_002) | Stipulated |
| 8 | Detroit Free Press Article (Bloomer 000028–00030; Bloomer 0028–0030) | |
| 9 | The Atlanta Black Star Article (Bloomer 000038) | |
| 10 | Email Forwarding Detroit NABJ Letter Regarding "Racist Meme" (D. Johnson to R. Lameti) (WNC_05057– 05058) | |
| 11 | Detroit Free Press Media Inquiry Regarding Meme Forwarded to Kevin Adell (WNC_05060– 05061) | |

| Plaintiffs' Exhibits | | |
|---|---|---|
| **Exhibit** | **Description** | **Admission Status** |
| 12 | Email Forwarding "Over a Hundred Leading Black Clergy & Allies Call for Boycott of The Word Network" (J. Bryant to D. Sheffield) (WNC_17783 – 17795) | |
| 13 | Valuation Analysis of WADL-TV, WFDF-AM, and The Word Network (Broadcast Assets of Kevin Adell) (WNC_03590 – 03630) | |
| 14 | Insurance Proposal for Adell Broadcasting Corporation (Schedule of Entities and Vehicles) (WNC_03679 – 03705) | |
| 15 | Employee Summary – All Adell Operations (WNC_04717–04718) | |
| 16 | Call Center Package and Price List (WNC_02248– 02249) | |
| 17 | Company Overview (WNC_04998– 5019) | |
| 18 | Email from D. Johnson on behalf of K. Adell (WNC_05062) | |
| 19 | Cease and Desist Letter (WNC_05063) | |
| 20 | Demand for Retraction Letter (WNC_05064– 05065) | |
| 21 | Letter to Arn Tellem (WNC_2567– 2568) | |
| 22 | Note from Bishop Neil Ellis (WNC_17781) | |
| 23 | October 14, 2019 Email to R. Lameti (WNC_19512) | |
| 24 | Change.org Petition – Black Clergy and Allies for Boycott of the Word Network (Bloomer 31–36) | Excluded |

| Plaintiffs' Exhibits | | |
|---|---|---|
| **Exhibit** | **Description** | **Admission Status** |
| 25 | EEW Article – "Let's talk about The Word Network and its problematic leadership" (Bloomer 39) | |

| Defendants' Exhibits | | |
|---|---|---|
| **Exhibit** | **Description** | **Admission Status** |
| A | George Bloomer Deposition Transcript | Withdrawn |
| B | Ralph Lameti Deposition Transcript | Withdrawn |
| C | Kevin Adell Deposition Transcript | Withdrawn |
| D | Temelia Daniel Deposition Transcript | Withdrawn |
| E | Ralph Lameti Deposition Transcript | Withdrawn |
| F | WNC Designee Deposition Transcript | Withdrawn |
| G | GGB Designee Deposition Transcript | Withdrawn |
| H | GG Bloomer Ministries Invoice (WNC_000003) | Stipulated |
| I | GG Bloomer Ministries Invoices (Bloomer_000201 to Bloomer_000206) | Stipulated |
| J | Text Message between Bloomer and Adell re Bloomer Thanking Adell for the Opportunity (WNC_00082 to WNC_00084) | |
| K | Text Message between Bloomer and Adell re Request for Living by the Word Book Order (WNC_00087) | Withdrawn |

| Defendants' Exhibits | | |
|---|---|---|
| **Exhibit** | **Description** | **Admission Status** |
| L | Text Message between Bloomer and Adell re "love you man" (WNC_00117) | |
| M | Text Message between Bloomer and Adell re Need for 700 Living by the Word Books (WNC_00140) | Withdrawn |
| N | Text Message between Bloomer and Adell re Bloomer Requesting Promo for New Spiritual Authority Show (WNC_00153 to WNC_00154) | Withdrawn |
| O | Text Message between Bloomer and Adell re Bloomer Requesting Balance on the Books (WNC_00165) | Withdrawn |
| P | Text Message between Bloomer and Adell re Bloomer Requesting Additional Spot On Show (WNC_00191) | Withdrawn |
| Q | Text Message between Adell and Jeff Thurman re Thurman Texting Adell Updates on What was Sold During the Show (WNC_01891 to WNC_01892) | |
| R | Text Message between Bloomer and Adell re Follow up on Payment for Books (WNC_00236) | Withdrawn |
| S | Text Message between Adell and Jeff Thurman re Thurman Texting Adell Updates on What was Sold During the Show (WNC_01893) | |
| T | Text Message between Bloomer and Adell re Follow up on Payment for WNC Products (WNC_00253) | Withdrawn |
| U | Text Message between Bloomer and Adell re Thank you (WNC_00300) | |
| V | Text Message between Bloomer and Adell re Follow up on Payment for Books (WNC_00310) | Withdrawn |

| Defendants' Exhibits | | |
|---|---|---|
| **Exhibit** | **Description** | **Admission Status** |
| | | |
| W | Text Message between Bloomer and Adell re Follow up on Payment for Books (WNC_00317) | Stipulated |
| X | Text Message between Bloomer and Adell re Follow up on Payment for Books (WNC_00329) | Stipulated |
| Y | Text Message between Bloomer and Adell re Bloomer in Bad Situation with Publishing House (WNC_00332 to WNC_00346) | Stipulated |
| Z | Text Message between Bloomer and Adell re Follow up on Payment for Books (WNC_00381) | Withdrawn |
| AA | Text Message between Bloomer and Adell re Bloomer's Loyalty and Respect Towards Adell (WNC_00442) | Withdrawn |
| BB | Text Message between Bloomer and Adell re Follow up on Payment for Books (WNC_00448) | Withdrawn |
| CC | Text Message between Bloomer and Adell re Books (WNC_00449) | Withdrawn |
| DD | Text Message between Bloomer and Adell re late shipment of Bibles (WNC_00469) | Withdrawn |
| EE | Text Message between Bloomer and Adell re Bloomer Thanking Adell (WNC_00473) | |
| FF | Text Message between Adell and Jeff Thurman re Thurman Texting Adell Updates on What was Sold During the Show (WNC_01276 to WNC_01277) | |

| Defendants' Exhibits | | |
|---|---|---|
| **Exhibit** | **Description** | **Admission Status** |
| GG | Text Message between Bloomer and Adell re Contract with Impact Network (WNC_00655) | Withdrawn |
| HH | Text Message between Adell and Jeff Thurman re Thurman Texting Adell Updates on What was Sold During the Show (WNC_01897) | |
| II | Text Message between Adell and Jeff Thurman re Thurman Texting Adell Updates on What was Sold During the Show (WNC_01898) | |
| JJ | Text Messages between Adell and Jeff Thurman re Thurman Texting Adell Updates on What was Sold During the Show (WNC_01899 to WNC_01901) | |
| KK | Text Messages between Adell and Jeff Thurman re Thurman Texting Adell Updates on What was Sold During the Show (WNC_01902 to WNC_01906) | |
| LL | Text Messages between Adell and Jeff Thurman re Thurman Texting Adell Updates on What was Sold During the Show (WNC_01907 to WNC_01910) | |
| MM | Text Message between Adell and Jeff Thurman re Thurman Texting Adell Updates on What was Sold During the Show (WNC_01911) | |
| NN | Text Message between Adell and Jeff Thurman re Thurman Texting Adell Updates on What was Sold During the Show (WNC_01912) | |
| OO | Text Message between Adell and Jeff Thurman re Thurman Texting Adell Updates on What was Sold During the Show (WNC_01913) | |

| Defendants' Exhibits | | |
|---|---|---|
| **Exhibit** | **Description** | **Admission Status** |
| PP | Text Messages between Adell and Jeff Thurman re Thurman Texting Adell Updates on What was Sold During the Show (WNC_01914 to WNC_01915) | |
| QQ | Text Messages between Adell and Jeff Thurman re Thurman Texting Adell Updates on What was Sold During the Show (WNC_01916 to WNC_01917) | |
| RR | Text Message between Adell and Jeff Thurman re Thurman Texting Adell Updates on What was Sold During the Show (WNC_01918 to WNC_01919) | |
| SS | Text Messages between Adell and Jeff Thurman re Thurman Texting Adell Updates on What was Sold During the Show (WNC_01920 to WNC_01922) | |
| TT | Text Message between Adell and Jeff Thurman re Thurman Texting Adell Updates on What was Sold During the Show (WNC_01923) | |
| UU | Text Message between Adell and Jeff Thurman re Thurman Texting Adell Updates on What was Sold During the Show (WNC_01924) | |
| VV | Text Messages between Adell and Jeff Thurman re Thurman Texting Adell Updates on What was Sold During the Show (WNC_ 01925 to WNC_01927) | |
| WW | Text Messages between Adell and Jeff Thurman re Thurman Texting Adell Updates on What was Sold During the Show (WNC_ 01928 to WNC_01930) | |
| XX | Text Messages between Bloomer and Adell re the meme (WNC_00806 to WNC_00889) | Admitted |
| YY | Fantasy Island Photograph (WNC_00815) | Withdrawn |

| Defendants' Exhibits | | |
|---|---|---|
| **Exhibit** | **Description** | **Admission Status** |
| | | |
| ZZ | Fantasy Island Photograph (Better quality) | Withdrawn |
| AAA | Bloomer Text Messages (BLOOMER_000326 to BLOOMER_000337) | Withdrawn |
| BBB | Transcript of YouTube Video, Bishop George Bloomer Speaks On His Departure From "The Word Network" | Withdrawn |
| CCC | Video of YouTube Video, Bishop George Bloomer Speaks On His Departure From "The Word Network" | |
| DDD | Transcript of YouTube Video, LIVE INTERVIEW with George Bloomer and Bernard Jordan | Withdrawn |
| EEE | Video of YouTube Video, LIVE INTERVIEW with George Bloomer and Bernard Jordan | Withdrawn |
| FFF | Transcript of Facebook Video, Bishop Bloomer talks about the things on his heard after a wonderful Sunday Morning Worship Service at Bethel Family Worship Center | Withdrawn |
| GGG | Video of Facebook Video, Bishop Bloomer talks about the things on his heard after a wonderful Sunday Morning Worship Service at Bethel Family Worship Center | |
| HHH | Transcript of YouTube Video, Roland Martin interview with George Bloomer (WNC_000016 to WNC_000020) | Withdrawn |
| III | Video of YouTube Video, Roland Martin interview with George Bloomer | Withdrawn |

| Defendants' Exhibits | | |
|---|---|---|
| **Exhibit** | **Description** | **Admission Status** |
| | | |
| JJJ | Video of YouTube Video, A Larry Reid Live Exclusive: A Conversation with Bishop George Bloomer | |
| KKK | Video of YouTube Video, Metamorphosis CLURT Convocation 2025 Bishop George Bloomer | Withdrawn |
| LLL | Video of YouTube Video, Larry Reid Live and Bishop George Bloomer "Exposing the Lies about the Truth" | Withdrawn |
| MMM | Video of YouTube Video, *The Full Story: Bishop George Bloomer on Addiction, Calling & God's Unshakable Grace* | |
| NNN | Video of YouTube Video, Spiritual Warfare Exposed: The Lies Demons Use to Divide Believers @GeneralofWarfare | Withdrawn |
| OOO | Chapter One: The Beginning on the End (BLOOMER_000040 to BLOOMER_000054) | Admitted |
| PPP | Brooks Pierce Demand Letter to Mr. Adell (WNC_00024 to WNC_00027) | |
| QQQ | Plaintiffs' Responses to Defendants' Second Requests for Admission and Third Requests for Production of Documents | |
| RRR | Defendants' Second Supplemental Responses to Plaintiff's Request for Production of Documents | |
| SSS | Email from Defense Counsel to Plaintiffs' Counsel producing Kevin Adell's text messages responsive to Plaintiffs' RFP 10 | |

| Defendants' Exhibits | | |
|---|---|---|
| **Exhibit** | **Description** | **Admission Status** |
| | | |
| TTT | Adell's Public Statement (BLOOMER_000026) | Admitted |
| UUU | Summary of Jeffrey Thurman and Kevin Adell's Text Messages regarding show donations/pledges under FRE 1006 | |
| VVV | April 2025 Text Messages Between Adell and Bloomer (WNC_19704-WNC_19705) | |
| WWW | 09.17.26 YouTube Video, From Selling & Using Drugs, To Learning Business & Becoming A Bishop \| George Bloomer Gets Candid | |

**Deposition Evidence**

As of the date of this filing, no de bene esse depositions have been taken or scheduled, and the parties do not anticipate reading any deposition testimony into the record as Exhibits during trial, with the exception of transcripts used for the purpose of possible impeachment. The parties anticipate presenting witnesses live at trial, but that may change, contingent on witness availability.

**Juror Expenses**

The parties and their counsel understand that under Local Rule 38.2, the expense to the United States of bringing jurors to the courthouse for a trial may be assessed to one or more of the parties or counsel if the jury trial does not begin as scheduled or the jurors are not used for that trial for any reason attributable to the

parties or counsel. It is the policy of the Judicial Conference of the United States that last minute settlements and continuances that result in unnecessary juror fees and expenses be penalized by the assessment of costs against the responsible attorney or party. The parties and their counsel have also reviewed E.D. Mich. LR 40.2 and understand its implications for this matter.

HAVING SEEN AND AGREED:

*s/ Michael N. Hanna*
Michael N. Hanna (P81462)
James McCoy
MORGAN & MORGAN, P.A.
2000 Town Center, Suite 1900
Southfield, MI 48075
(313) 251-1399
mhanna@forthepeople.com

Keith Mitnik
MORGAN & MORGAN, P.A.
20 North Orange Avenue
Suite 1600
Orlando, FL 32801
T: (407) 420-6919
E: KMitnik@forthepeople.com

*s/J. Corey Asay*
J. Corey Asay
HKM EMPLOYMENT ATTORNEYS LLP
312 Walnut Street, Suite 1600
Cincinnati, Ohio 45202
T: (513) 318-4496
F: (513) 318-4496
E: casay@hkm.com
*Counsel for Plaintiff*

*s/ Amanda McSween Empey (with permission)*
John T. Below (P48677)
Rebecca Seguin-Skrabucha (P82077) Amanda McSween Empey (P84594) 201 W. Big Beaver Road, Ste. 500 Troy, MI 48084
Telephone: (248) 743-6000
Facsimile: (248) 743-6002
jbelow@bodmanlaw.com
rseguin-skrabucha@bodmanlaw.com
aempey@bodmanlaw.com

*Counsel for Defendants*

s/Susan K. DeClercq
Hon. Susan K. DeClercq
District Court Judge

Dated: October 5, 2026