UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

George Bloomer, et. al,

Plaintiff,

v.

The Word Network Operating Company, et. al,

Defendant.

_______________________________________/

Case No. 22-12433

HONORABLE SUSAN K. DECLERCQ
UNITED STATES DISTRICT JUDGE

ORDER FOR LUNCHEON FOR JURORS

IT IS ORDERED that the eight (8) deliberating jurors in the above case, be furnished their luncheon at the expense of the United States.

s/Susan K. DeClercq
Susan K. DeClercq
United States District Court

Dated: October 13, 2026