UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BISHOP GEORGE BLOOMER, et al.,

Plaintiffs,

Case No. 2:22-cv-12433

v.

Honorable Susan K. DeClercq
United States District Judge

THE WORD NETWORK
OPERATING COMPANY, INC., et al.,

Defendants.
______________________________________/

**JOINT STIPULATED ORDER DISMISSING
PLAINTIFF GG BLOOMER MINISTRIES WITH PREJUDICE**

On October 13, 20216, after the close of proofs, and based on the evidence at trial, the Parties hereby jointly stipulate to the dismissal of Plaintiff GG Bloomer Ministries from this action, with prejudice, pursuant to Civil Rule 41(a). The Parties further stipulated that each party will bear its own attorney fees and costs as to GG Bloomer Ministries, which includes the application of Defendants' Offer of Judgment for GG Bloomer Ministries Only.

Having reviewed the stipulation, Civil 41(a), and being otherwise fully advised in the premises, it is **ORDERED** that Plaintiff GG Bloomer Ministries is **DISMISSED WITH PREJUDICE and without costs.**

*/s/Susan K. DeClercq*
SUSAN K. DeCLERCQ
United States District Judge

Dated: October 13, 2026

Stipulated and agreed to on October 13, 2026 by:

*/s/ J. Corey Asay*
J. Corey Asay
HKM EMPLOYMENT ATTORNEYS LLP
312 Walnut Street, Suite 1600
Cincinnati, Ohio 45202
T: (513) 318-4496
F: (513) 318-4496
E: casay@hkm.com

Michael N. Hanna (P81462)
MORGAN & MORGAN, P.A.
150 W. Jefferson, Suite 1400
Detroit, MI 48226
(313) 739-1950
mhanna@forthepeople.com

*Counsel for Plaintiffs*

*s/ Amanda McSween Empey*
(with permission)
John T. Below (P48677)
Rebecca Seguin-Skrabucha (P82077)
Amanda McSween Empey (P84594)
BODMAN PLC
201 W. Big Beaver Road, Ste. 500
Troy, MI 48084
T: (248) 743-6000
F: (248) 743-6002
jbelow@bodmanlaw.com
rseguin-skrabucha@bodmanlaw.com
aempey@bodmanlaw.com

*Counsel for Defendants*