**INTEGRATED ENTERPRISE**

1. Do you find, by a preponderance of the evidence, that The Word Network Operating Company, Inc. ("TWN") and the Church of the Word (doing business as The Word Network Church) ("WNC"), operated as a single integrated employer?

✓ YES ______ NO

***If you answer "YES," please proceed to folder "A" where TWN and WNC are treated as a single enterprise. If you answer "NO," please proceed to folder "B" where you will consider separately whether TWN and WNC are entities that can be separately liable for the particular claims.***

## COUNT I – 42 U.S.C. § 1981 RACE DISCRIMINATION

2. Do you find, by a preponderance of the evidence, that any of the Defendants discriminated against Plaintiff based on race, in violation of § 1981?

| **Defendant** | **YES** | **NO** |
|---|---|---|
| TWN/WNC | ✓ | |
| Kevin Adell | ✓ | |

## COUNT II – 42 U.S.C. § 1981 HOSTILE WORK ENVIRONMENT

3. Do you find, by a preponderance of the evidence, that Plaintiff was subjected to a hostile work environment by the Defendant(s)?

| Defendant | YES | NO |
|---|---|---|
| TWN/WNC | ✓ | |
| Kevin Adell | ✓ | |

## COUNT II – 42 U.S.C. § 1981 RETALIATION

4. Do you find, by a preponderance of the evidence, that any of the Defendants retaliated against Plaintiff because of Plaintiff's opposition to race discrimination and/or race-based harassment?

| Defendant | YES | NO |
| --- | --- | --- |
| TWN/WNC | ✓ | |
| Kevin Adell | ✓ | |

***If you answered "YES" to any portion of Questions 2, 3, or 4, please answer Question 5. If you have answered "NO" to all portions of Questions 2, 3, and 4, move on to Question 6.***

## COMPENSATORY DAMAGES FOR § 1981 CLAIMS

5a. If you answered "YES" to any portion of Questions 2, 3, or 4, please state the total amount of compensatory damages to be awarded to Plaintiff, if any, for the § 1981 violation(s) you found:

$ 9,200,000

If the amount is greater than $0.00, please break down how the total amount is parsed out for each of the § 1981 claims:

| | |
|---|---|
| Count I – Race Discrimination: | $ 3,680,000 |
| Count II – Hostile Work Environment: | $ 1,840,000 |
| Count III – Retaliation: | $ 3,680,000 |

If the amount is greater than $0.00, please also break down what amount each Defendant owes, if any, of the overall total amount:

| **Defendant** | **Amount** |
|---|---|
| TWN/WNC: | $ 3,680,000 |
| Kevin Adell: | $ 5,520,000 |

**PUNITAVE DAMAGES FOR § 1981 CLAIMS**

5b. If you answered "YES" to any portion of Questions 2, 3, or 4, please state the total amount of punitive damages to be awarded to Plaintiff, if any, for the § 1981 violation(s) you found:

$ 51,000,000

If the amount is greater than $0.00, please break down how the total amount is parsed out for each of the § 1981 claims:

| Count | Amount |
|---|---|
| Count I – Race Discrimination: | $ 17,340,000 |
| Count II – Hostile Work Environment: | $ 16,830,000 |
| Count III – Retaliation: | $ 16,830,000 |

If the amount is greater than $0.00, please also break down what amount each Defendant owes, if any, of the overall total amount:

| Defendant | Amount |
|---|---|
| TWN/WNC: | $ 40,800,000 |
| Kevin Adell: | $ 10,200,000 |

## UNJUST ENRICHMENT

6. Do you find, by a preponderance of the evidence, that TWN/WNC received a benefit provided by Plaintiff's services or products, and that it would be inequitable for Defendant(s) to retain the benefit without paying Plaintiff its reasonable value?

__✓__ YES ________ NO

***If you answered "YES," move on to the next question. If you answered "NO," your deliberations are finished and you may go to the Concluding Instruction.***

## DAMAGES FOR UNJUST ENRICHMENT

7. State the reasonable value of the benefit retained by TWN/WNC:

$ 2,000,000

## CONCLUDING INSTRUCTION

If you have properly followed the jury instructions that accompany this Verdict Form, you will have completed your deliberations when you have reached this point. Please review the Verdict Form once more to make sure you have answered all the questions that you were called upon to answer by the instructions and that you have recorded no response to the questions that, under the instructions, there was no for you to address. After you have completed your review, your foreperson should place his, her, or their signature, the date, and his, her, or their printed name in the appropriate spaces below.

**SO SAY WE ALL.**

s/JURY FOREPERSON
Jury Foreperson Signature

10/14/2026
Date

______________________________
Jury Foreperson's Printed Name