UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| BISHOP GEORGE BLOOMER, *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>THE WORD NETWORK OPERATING COMPANY, INC., *et al.*<br><br>Defendants. | Case No. 2:22-cv-12433<br>Hon. Susan K. DeClercq<br>United States District Judge<br><br>**SUGGESTION OF BANKRUPTCY** |

---

**MORGAN & MORGAN, P.A.**
Michael N. Hanna (P81462)
2000 Town Center, Ste. 1900
Southfield, MI 48076
Telephone: (313) 251-1399
mhanna@forthepeople.com

**HKM EMPLOYMENT ATTORNEYS LLP**
J. Corey Asay
312 Walnut Street, Suite 1600
Cincinnati, OH 45202
casay@hkm.com

*Attorneys for Plaintiffs*

**BODMAN PLC**
John T. Below (P48677)
Rebecca Seguin-Skrabucha (P82077)
Amanda McSween Empey (P84594)
201 W. Big Beaver Road, Ste. 500
Troy, MI 48084
Telephone: (248) 743-6000
Facsimile: (248) 743-6002
jbelow@bodmanlaw.com
rseguin-skrabucha@bodmanlaw.com
aempey@bodmanlaw.com

*Attorneys for Defendants*

---

Kevin R. Adell, (the "**Debtor**"), by and through their bankruptcy counsel, hereby gives notice that on October 23, 2026, the Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code[1] in the United States Bankruptcy Court for the Middle District of Florida, Fort Myers Division under case number 8:26-bk-02722-LER (the "**Bankruptcy Case**").

As a result of the filing of the Bankruptcy Case, certain acts and proceedings against the Debtor and its property are stayed as provided for in § 362 of the Bankruptcy Code. The effect of

[1] All references to the "Bankruptcy Code" are to the applicable section of Title 11 of the United States Code, 11 U.S.C. § 101 *et seq*.

this stay is generally equivalent to an automatic restraining order against all entities from commencing and continuing any lawsuit, enforcing any judgment, or pursuing any monetary claims against the Debtor, from enforcing any lien against, or attempting to obtain possession of the Debtor's property, or from the setoff of any debt owing to the Debtor.

The bankruptcy court has already, or will shortly, set a deadline for all parties who may have a claim against the Defendant to file a proof of claim in the bankruptcy court. Failure to file a proof of claim by the deadline could result in the denial of any claim against the Debtor.

**The filing of this Suggestion of Bankruptcy shall not be deemed an appearance by the undersigned counsel on behalf of any party in this case and is simply notice of filing the Bankruptcy Case.**

Respectfully submitted,
**JOHNSON, POPE, BOKOR, RUPPEL & BURNS, LLP**

/s/ Angelina E. Lim
Angelina E. Lim (FBN: 0158313)
400 North Ashley Drive, Suite 3100
Tampa, FL 33602
Telephone: 813-225-2500
Facsimile: 813-223-7118
Email: angelinal@jpfirm.com
*Bankruptcy Attorney for Debtor*

**BODMAN PLC**
*/s/* John T. Below
John T. Below (P48677)
*Attorneys for Defendants*

Dated: October 23, 2026

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 23, 2026, a true and correct copy of the foregoing has been furnished by the Court's CM/ECF system, which will send notification of such filing to the attorneys of record via the Court's e-file system.

*/s/* John T. Below
JOHN T. BELOW (P48677)